IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Criminal No. 1:22-cr-00015-APM** |
| ) | |
| v. ) | |
| ) | |
| **THOMAS CALDWELL,** ) | |
| ) | |
| And ) | |
| ) **Criminal No. 1:21-cr-00028-APM** | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendants** ) | |

# ORDER

Upon consideration of the Motion to Transfer Venue, any Opposition, Reply in Support thereof, any Oral Argument, and good cause having been shown, it is this _____ day of April, 2022, by the United States District Court for the District of Columbia ORDERED:

Based on the foregoing, Defendants have demonstrated that they, as both are alleged to be members of the Oath Keepers, and/or January 6th Protestors, face significant potential prejudice in the District of Columbia, and due to the concerns of ensuring a fair and impartial jury as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, I order a transfer as a preventative remedy.

Accordingly, it is Ordered that the Defendants' cases shall be transferred, and as the evidence submitted by the Defendants sets forth below, even the Eastern District of Virginia, with its Alexandria Court House only 8.1 miles from the United States District Court House in Washington, D.C. would reduce the bias and potential prejudice to these

Defendants, therefore, the cases shall transfer to the Eastern District of Virginia, specifically to its Alexandria Court House.

.

                                              Respectfully Submitted,

                                              _____
                                              The Hon. District Judge Amit P. Mehta
                                              United States District Court Judge

*Copies to all Counsel via ECF*