## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ELMER STEWART RHODES, III, *et al.*,

Defendants.

Case No: 22-cr-15-APM

## APPLICATION FOR ACCESS TO TRIAL EXHIBITS

Pursuant to Local Criminal Rule 57.6, applicants Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post (together, the "Press Coalition") respectfully request, under the First Amendment and common law, same-day access to the exhibits that will be admitted into evidence at the upcoming jury trial in this matter.  In support of this application the Press Coalition states as follows:

1.      As this Court is aware, on May 14, 2021, in response to a motion filed by the Press Coalition, Chief Judge Beryl A. Howell issued Standing Order No. 21-28 (the "Standing Order").  The Standing Order recognizes "[t]he significant public and media interest in the numerous criminal cases arising from the January 6, 2021 violent breach of the United States Capitol (the 'Capitol Cases')."  *See* Standing Order at 2.

2.      To accommodate this interest, the Standing Order provides that "[m]embers of the media seeking access to video exhibits submitted to the Court in Capitol Cases may file an application . . . to the presiding judge in the case, or if no judge has been assigned, to the Chief Judge, for determination, and the judge may seek the position of the parties." *See id.* at 5.

3.      The Standing Order further provides that "[u]pon grant of such media application, the government shall make the video exhibit[s] available to any member of the media with necessary access credentials provided by the government, unless the order otherwise limits access." *See id.* at 5-6.  Specifically, the Standing Order states that "[m]embers of the media provided access to video exhibits in a particular case pursuant to such order may view those exhibits" by way of an electronic "'drop box'" into which the Government has agreed to place videos subject to access orders in the Capitol Cases. *See id.* at 6.

4.      This is one of the Capitol Cases.  Defendants are charged with a number of claims, including seditious conspiracy, in connection with their conduct leading up to and on January 6.

5.      Jury selection for the trial of Defendants Roberto A. Minuta, Joseph Hackett, David Moerschel, and Edward Vallejo is set to begin as soon as December 6, 2022.  *See* Dec. 1, 2022 Minute Order.

6.      Ahead of the trial for other defendants in this matter that commenced on September 27, 2022, the Court entered an order providing that "the admitting party shall make available to the media at the end of each trial day a copy of any admitted exhibit that has been published to the jury and not restricted by the Court for dissemination."  Order at 3, Dkt. 327. Consistent with this directive, the Government made hundreds of submitted exhibits available to members of the Coalition and other requesting parties through the USAfx "drop box."

7.     The Coalition anticipates the parties will similarly publish many exhibits to the jury in the upcoming trial in this matter (the "Trial Exhibits"), and respectfully requests that the Court enter an order directing the Parties to make the Trial Exhibits available to the Coalition and requesting public the same day they are published.

8.     The Trial Exhibits will be introduced with the intent "to influence the court" in its decision-making, and as a result they will be judicial records subject to a "strong presumption in favor of public access."  *Leopold v. United States*, 964 F.3d 1121, 1127-28 (D.C. Cir. 2020) (Garland, J.).

9.     Once these Trial Exhibits are admitted in open court, neither the Defendant nor the Government can possibly rebut the presumption of access to them under *United States v. Hubbard*, 650 F.2d 293, 317-21 (D.C. Cir. 1980).  *See also, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) ("A trial is a public event.  What transpires in the court room is public property.").

10.     Because the Trial Exhibits will be judicial records subject to an unrebutted presumption of public access upon their entry into evidence, the Court should grant this Application and direct the Government to release Trial Exhibits to the Press Coalition via electronic "drop box" on the same day that those Trial Exhibits are introduced into evidence.[1]

11.     To expedite that release, the Court should instruct the Government to provide Coalition members and their counsel with the "necessary access credentials" referenced in the Standing Order.

---

[1] The Government has provided same-day access to trial exhibits in other Capitol riot cases. *E.g.,*, Apr. 26, 2022 Minute Order, *United States v. Webster*, No. 21-cr-208-APM; Feb. 24, 2022 Minute Order, *United States v. Reffitt*, No. 21-cr-32-DLF; Order, *United States v. Robertson*, No. 21-cr-34-CRC, Dkt. 77.

12.    The Standing Order provides that "[n]o recording, copying, downloading, retransmitting or further broadcasting of video exhibits in a particular case is permitted, unless such permission is granted by the presiding judge." *See* Standing Order at 6. The Press Coalition therefore requests that the Court grant permission to record, copy, download, retransmit, and otherwise further publish these Trial Exhibits.[2]

**CONCLUSION**

For the foregoing reasons, the Press Coalition respectfully requests that the Court order the Government to provide same-day access to the exhibits admitted into evidence in the upcoming trial in this matter.

   Dated:  December 2, 2022      Respectfully submitted,

                                 BALLARD SPAHR LLP

                                 */s/ Charles D. Tobin*
                                 Charles D. Tobin (#455593)
                                 Maxwell S. Mishkin (#1031356)
                                 Lauren Russell (#1697195)
                                 1909 K Street, NW, 12th Floor
                                 Washington, DC 20006
                                 Tel: (202) 661-2200 | Fax: (202) 661-2299
                                 tobinc@ballardspahr.com
                                 mishkinm@ballardspahr.com
                                 russelll@ballarspahr.com

                                 *Counsel for the Press Coalition*

---

[2] The Press Coalition makes this request without conceding that the Standing Order complies with the First Amendment or common law, and expressly reserving the right to challenge this and other portions of the Standing Order in this and other Capitol Cases.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I caused true and correct copies of the

foregoing to be served via electronic mail and U.S. Mail on the following:

William Lee Shipley , Jr.
LAW OFFICES OF WILLIAM L. SHIPLEY
PO Box 745
Kailua, HI 96734
808Shipleylaw@gmail.com

*Counsel for Roberto A. Minuta*

Angela Halim
Angela Halim
3580 Indian Queen Lane
Philadelphia, PA
19129angiehalim@gmail.com

*Counsel for Joseph Hackett*

Connor Robert Martin
BROWN, SUAREZ, RIOS & WEINBERG
1532 Jackson Street
Fort Myers, FL 33901
connor@bsrlegal.com

Scott Weinberg
BROWN, SUAREZ, RIOS & WEINBERG
265 E Marion Avenue
Suite 114
Punta Gorda, FL 33950
scott@bsrlegal.com

*Counsel for David Moerschel*

Matthew J. Peed
CLINTON & PEED
1775 Eye Street, NW
Suite 1150
Washington, DC 20006
matt@clintonpeed.com

*Counsel for Edward Vallejo*

Ahmed Muktadir Baset
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the
District of Col
555 Fourth Street, N.W.
Room 4209
Washington, DC 20530
ahmed.baset@usdoj.gov

Alexandra Stalimene Hughes
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
Alexandra.Hughes@usdoj.gov

Jeffrey S. Nestler
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

Justin Todd Sher
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
justin.sher@usdoj.gov

Kathryn Leigh Rakoczy
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
kathryn.rakoczy@usdoj.gov

Louis J. Manzo
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
louis.manzo@usdoj.gov

Troy A. Edwards , Jr.
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
troy.edwards@usdoj.gov


*Counsel for the United States of America*



/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)