# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-cr-15 (APM)** |
| | : | |
| v. | : | |
| | : | |
| (1)  ROBERTO MINUTA, | : | |
| | : | |
| (2)  JOSEPH HACKETT, | : | |
| | : | |
| (3)  DAVID MOERSCHEL, and | : | |
| | : | |
| (4)  EDWARD VALLEJO | : | |
| | : | |
| **Defendants.** | : | |

## VERDICT FORM

**Count One: Seditious Conspiracy**

   A.  **Verdict as to each defendant:**

      **(1)** *Roberto Minuta*

   Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

      i.  **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To oppose by force the authority of the Government of the United States

        \_\_\_\_\_ To use force to prevent, hinder, or delay the execution of any law of the United States

1

**(2) *Joseph Hackett***

Guilty _____ Not Guilty _____

 **i. If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

  _____ To oppose by force the authority of the Government of the United States

  _____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(3) *David Moerschel***

Guilty _____ Not Guilty _____

 **i. If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

  _____ To oppose by force the authority of the Government of the United States

  _____ To use force to prevent, hinder, or delay the execution of any law of the United States

**(4) *Edward Vallejo***

Guilty _____ Not Guilty _____

 **i. If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

  _____ To oppose by force the authority of the Government of the United States

  _____ To use force to prevent, hinder, or delay the execution of any law of the United States

**Count Two: Conspiracy to Obstruct an Official Proceeding**

    A.  **Verdict as to each defendant:**

        **(1) *Roberto Minuta***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(2) *Joseph Hackett***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(3) *David Moerschel***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(4) *Edward Vallejo***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

**Count Three: Obstruction of an Official Proceeding**

        **(1) *Roberto Minuta***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(2) *Joseph Hackett***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(3) *David Moerschel***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

        **(4) *Edward Vallejo***

        Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

  A. **Verdict as to each defendant:**

    **(1) *Roberto Minuta***

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

      i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

    **(2) *Joseph Hackett***

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

      i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

    **(3) *David Moerschel***

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

      i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(4)** *Edward Vallejo*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

> i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**
>
> \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress
>
> \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Five: Destruction of Government Property**

**(2)** *Joseph Hackett*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

**(3)** *David Moerschel*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

---

**Count Six:    Tampering with Documents or Proceedings**

**(1)** *Roberto Minuta*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

---

**Count Seven: Tampering with Documents or Proceedings**

**(2)** *Joseph Hackett*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

**Count Eight: Tampering with Documents or Proceedings**

      **(3)** *David Moerschel*

      Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

Date: January \_\_\_\_, 2023

                                                        Signature of Foreperson