**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-cr-15 (APM) |
| | : | |
| v. | : | |
| | : | |
| ROBERTO MINUTA, | : | |
| | : | |
| JOSEPH HACKETT, | : | |
| | : | |
| DAVID MOERSCHEL, and | : | |
| | : | |
| EDWARD VALLEJO, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**
**TO FILE OPPOSITION TO DEFENDANTS' RULE 29 AND RULE 33 MOTIONS**

The United States respectfully requests an extension of the deadline to oppose the November Trial Group defendants' Rule 29 and Rule 33 motions.

Roberto Minuta, Joseph Hackett, David Moerschel, and Edward Vallejo were charged by indictment for their participation in a plot to use force to oppose the authority of the Government of the United States and to prevent, hinder, or delay the execution of specific laws and provisions of the Constitution of the United States governing the transfer of presidential power.

The indictment charged all defendants with seditious conspiracy, in violation of 18 U.S.C. § 2384 (Count One); conspiracy to obstruct an official proceeding, in violation of 18 U.S.C. § 1512(k) (Count Two); obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2) (Count Three); and conspiracy to use force, intimidation, or threats to prevent officers of the United States from discharging their duties, in violation of 18 U.S.C. § 372 (Count Four). ECF No. 167.  Some defendants were additionally charged with destruction of government

1

property and aiding and abetting, in violation of 18 U.S.C. §§ 1361 and 2 (Count Five); and tampering with documents or other objects and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(1) and 2 (Counts Six through Eight).   *Id.*

On January 23, 2023, after a multiple-week trial, a jury sitting in the District of Columbia found all of the defendants guilty of Count One, Count Two, Count Three, and Count Four.   The jury also found Joseph Hackett guilty of Count Seven.   ECF 450.

On February 1, 2023, the Court ordered that the defendants file combined Rule 29 and Rule 33 motions by February 24, 2023, the government file oppositions by March 24, 2023, and the defendants file replies by April 3, 2023.   ECF 467.

Joseph Hackett and David Moerschel filed their motions on February 24, joining the Rule 29 and Rule 33 motions filed by counsel from the September Trial Group.   After both Edward Vallejo and Roberto Minuta moved unopposed for extensions of time, they filed their motions on February 28 and March 2, respectively.

The government requests an extension of its deadline to respond to the defendants' motions to April 3, 2023.   Defendants would consequently request an extension of the reply deadline from April 3 to April 12, 2023.   Undersigned government counsel conferred with counsel for the November Trial Group and none opposed this request.

WHEREFORE, the government respectfully moves for an extension of its deadline to oppose the Rule 29 and Rule 33 motions from defendants in the November Trial Group to April 3, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  _____

Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
Louis Manzo
Jeffrey S. Nestler
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530

_____
                /s/

Alexandra Hughes
Trial Attorneys
National Security Division,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004