UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **STEWART RHODES, et. al.,** ) <br> ) <br> ) <br> **Defendants** ) <br> ) | Case No. 22-cr-00015-APM |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF JOINDER AS TO ECF NO. 494**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

Now comes Defendant Roberto Minuta by and through his undersigned counsel of record William L. Shipley, Esq., and hereby notifies the Court of his intention to join Defendant Elmer Stewart Rhodes's Motion to Continue Sentencing Deadlines and All Related Deadlines filed as ECF No. 494, and hereby moves the Court to consider Rhode's motion as if the motion had been filed by Minuta directly.

Date: April 1, 2023                                     Respectfully Submitted,


                                                        /s/ William L. Shipley
                                                        William L. Shipley
                                                        PO Box 745
                                                        Kailua, Hawaii 96734
                                                        Tel: (808) 228-1341
                                                        Email: 808Shipleylaw@gmail.com

                                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I, John M. Pierce, hereby certify that on this day, April 1, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley
