UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

EDWARD VALLEJO,

        *Defendant.*

No. 22-cr-15 (APM)

## NOTICE OF JOINDER

Mr. Vallejo, through counsel, hereby gives notice that he joins the following documents filed by counsel for co-defendants:

1. ECF 478 – Defendant Roberto Minuta's Motion for a New Trial Pursuant to Fed.R.Crim.Proc Rule 33;

2. ECF 479 – Defendant Roberto Minuta's Motion for a Judgment of Acquittal Pursuant to Fed.R.Crim.Proc. Rule 29;

3. ECF 482 – Defendant Roberto Minuta's Motion to Continue Sentencing Date

4. ECF 494 – Defendant Elmer Stewart Rhodes's Motion to Continue Sentencing Date

April 2, 2023

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)
(202) 587-5610 (fax)

*Counsel for Defendant Edward Vallejo*