UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>　　　　　　*Defendant.* | No. 22-cr-15 (APM) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLIES IN SUPPORT OF RULE 29/33 MOTIONS**

Defendant Edward Vallejo, through counsel, respectfully requests an extension of time until April 17, 2023 to file replies in support of Rule 29/33 motions. The government consents to this request, which is joined by Defendant Roberto Minuta. Replies are currently due on April 12, 2023. Due to continuances in the schedule necessitated by the government's trial obligations, the time for the reply was extended into a period of travel for undersigned counsel and into a period overlapping with the responses to the draft presentence investigation report (due April 14, 2023). To ensure that the issues raised in the Rule 29 motion are adequately addressed for the Court, counsel seeks this modest extension to finalize the reply in support of the motion. A proposed order is attached.

April 11, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Matthew J. Peed
　　　　　　　　　　　　　　　　　　　Matthew J. Peed (D.C. Bar No. 503328)
　　　　　　　　　　　　　　　　　　　CLINTON & PEED
　　　　　　　　　　　　　　　　　　　1775 I St. NW, Suite 1150
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　(202) 919-9491 (tel)
　　　　　　　　　　　　　　　　　　　(202) 587-5610 (fax)

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Edward Vallejo*