UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00015-APM |
| ) | |
| **STEWART RHODES, et. al.,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR JUDGEMENT OF ACQUITTAL OR NEW TRIAL**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW COMES Defendant Roberto Minuta by and through his undersigned counsel of record William L. Shipley, Jr. and submits this Reply Memorandum in support of his Motions for a Judgment of Acquittal or a New Trial.

In order to sustain the conviction of Defendant Minuta on any of the three charged conspiracies, the evidence must have shown – beyond a reasonable doubt – that Minuta was either part of the conspiracy at its formation, or that when he joined a previously existing conspiracy he did so with <u>knowledge</u> of all the elements of the conspiratorial objective. The Motions filed by Minuta reflect the myriad ways the Government's evidence at trial failed to provide any evidence on one or more elements of each of the conspiracies, with that failure papered-over by speculation and conjecture.

### I. Reply to the "Evidence of the Conspiracy" as Described by the Government's Opposition

Minuta was not a participant in the GTM call on November 9, 2020. The discussions by the participants on that video conference – Rhodes and several others – were not something that Minuta was ever aware of. He was not a member of any Signal chat in the aftermath of that call where the issues raised on that call were discussed further.

Minuta arrived in Washington DC late in the evening on January 5. No evidence that supports the claim he "joined in the planning with other co-conspirators" about anything having to do with events of January 6. He met Joshus James and stayed with him at the hotel in Vienna. There was no

testimony about their time together as the Government chose to not call Josh James as a witness even though it could have done so.

Minuta's videos posted on Facebook have no references to opposing by force the "execution of law" or the peaceful transition of power.  The videos are certainly provocative and in reflect something of a "doomsday prepper" mindset, but they are not ADVOCATING an attack on the Government.  They are advice for others to be prepared for any attack on them maybe at the hands of a tyrannical government.  That is, in fact, the historical foundation for the inclusion of the Second Amendment in the Bill of Rights, whether the Department of Justice wants to acknowledge that or not.  (Opp. p. 7-8)

That such language might offend the sensibilities of some portion of the citizenry – and members of the Department of Justice – is irrelevant.  It was political advocacy protected by the First Amendment and nothing in the videos or his comments advocated opposing by force the execution of law by the government, or seditious conspiracy in any other fashion as defined by the statute.

Minuta's Facebook posting following the Million Maga March is also not evidence of knowledge of any conspiratorial objective to use force to oppose the execution of law by the government.  He had been part of a security detail during the Million Maga March – his first such event.  His comment was about his experience – and nothing regarding an ongoing conspiracy can be fairly inferred from it.  (Opp. p. 9)

The message Minuta passed along to a third party on December 18, 2020, regarding Rhodes' sentiments about the benefit of further peaceful

protests, was not an endorsement of Rhodes' views nor advocacy by Minuta of Rhodes sentiments. He was simply passing along Rhodes' views to another – not an Oath Keeper (Opp. p. 12).

Minuta responded to a Parler post to the general public by Proud Boys leader Enrique Tarrio. The post by Tarrio was not made to Minuta. Tarrio wrote in his message "Lords of War" and "#J6 #J20" – those were not put in the message by Minuta. Minuta's response was "Bad ass! Thanks @Noblelead for the picture! Honor to stand with you guys. See you Jan 6." (Opp. p. 19)

As the FBI admitted, Minuta and members of the Proud Boys has been together as part of a security detail for Ret. Gen. Michael Flynn on December 12. That is when the photograph was taken that became the basis for the photoshopped digital artwork included by Tarrio in his Parler message to the public.

Nothing about the message or reply by Minuta is EVIDENCE of anything having to do with the three counts that alleged conspiratorial agreements between members of the Oath Keepers. The Court noted this very fact when preventing the Government from pursuing any line of questioning about who the Proud Boys were as an organization, or who Dominic Pezzola was – the Proud Boy member in the image with Minuta.

As for the recording of audio and video during the golf cart ride to the Capitol, the Government witnesses conceded on cross-examination that Minuta's running narrative was not describing anything he was seeing, as nothing like his description was actually happening along the route they traveled. (Opp. p. 23). So his comments were not "evidence" of anything.

Just before Minuta said "Word is they got into the building", on the same audio an unknown person can be heard saying "They got into the building."

The level of sheer silliness of the Government's recounting of "evidence" is the fact that at the top of Page 24, it says "At about 3:15 p.m., Line Two, led by defendant Minuta and James, breached the Capitol through the same East Rotunda doors utilized by Line One half an hour earlier.

There were only 3 Oath Keepers from the second group together at this point – James, Minuta, and Walden.  They were separated by the crowd from the other three – Ulrich, Grods, and Jackson – while outside on the Plaza.  To say the second group was "led" by Minuta and James – there was only one other person -- as it "breached" the Capitol is just nonsensical hyperbole divorced from reality. The Columbus Doors were open, 4-6 Capitol Police Officers were standing at the entrance, and they signaled to each other to let the three Oath Keepers come through and into the building.  Using a loaded word like "breach" for that particular episode undermines the credibility of the otherwise factual statement that they entered a building that was not open to the public on January 6.

The evidence did NOT show James and Minuta assaulting any officer with a stolen riot shield.  The shield was taken by another rioter unconnected to the Oath Keepers. That individual's hands – without gloves – can be seen in the video holding both handles of the shield.  James did not touch the shield while he engaged in a physical exchange with the USCP Officers inside the Rotunda.  Minuta was separated from James by approximately 10 feet when James engaged in the physical contact.  Minuta was pushed forward by the

5

force of the crowd behind him, he had his cell phone in his right hand video taping the entire event as it happened, and never used any riot shield to assault any officer.  (Opp. p. 24).

That fact is best revealed by the fact that the Government did not charge Minuta with assaulting any officer.

Minuta was not "expelled" by the USCP.  Minuta exited the Capitol through the Columbus Doors as quickly as he was able to extricate himself from the crowd that had pushed in behind him.

As he left the building Minuta said "If you take away the First Amendment, all that is left is the Second f**king Amendment."

What is referenced above is the ONLY evidence the Government cites in its Opposition, claiming this evidence is sufficient to establish "knowledge" on Minuta's part of the conspiratorial objectives of the conspiracies for which he was convicted.

## II. Government's Arguments Regarding Evidence Supporting Convictions on Counts 1 through 4.

Minuta had no "actions" with Rhodes between November and January 6. There was no evidence of any communications between them or meetings between them.  The only telephone records of calls between Minuta and Rhodes were the ones on January 6 itself.

Minuta's comments in Facebook videos have no relationship to any conspiracy or "plan" by Rhodes and others because there was no evidence of knowledge by Minuta about any such conspiracy or plan when he made the comments.  He was not on the GTM call on November 9.  He was not on any of

the multiple Signal chats where members of the Oath Keepers were discussing events and plans throughout November and December.

Minuta's public statements were about Minuta alone – not any conspiracies involving Oath Keepers or others. On that basis they were protected First Amendment conduct.

Minuta's comment on the Oath Keeper "Rocketchat" forum makes no mention of the Government or any intention to take any action in opposition to the Government. It's a warning call to others to be prepared to defend – not attack.

There was no evidence presented at trial with regard to why Minuta came to Washington DC for the Million Maga March on November 14. (Opp. p. 51) It is only speculation and conjecture that it had anything to do with being "called into action" – a claim for which there was no evidence either. This is all "narrative" masquerading as evidence.

The long quotation at Opp. p. 51, taken from a Minuta video posted to Facebook is notable for its internal ellipses – comments by Minuta the Government would rather not share as it runs contrary to the diatribe. As the Court will recall, this is the video where Minuta was complaining about the Republican party and its support for former President Trump. The basis for his anger was not the election, but rather the COVID lockdowns that had closed his business and forced him to plan to move to Texas, which he did only a few weeks after making and posting that video. That was the "Boot of the government on your fucking face for eternity..." This is the video that actually destroyed the Government's claim that Minuta was seeking to interfere with the

7

peaceful transition of power – he didn't support either major political party. As he said "The integrity of our democratic system is fucking dead. I don't care what camp you reside in or how you identify, you should be appalled…."

To the extent the Government claims – and it does so repeatedly – that these comments reflect a point of view on the election that somehow reflects his preference in one side or the other, the Government is simply fabricating claims out of whole cloth.

But it persists in doing so because the evidence actually suggests exactly the opposite – and the Government knows that.

At p. 53, the Government again adds its narrative on the end of Minuta's comments so as to create the false impression that the comments are evidence that supported knowledge of the charged conspiracy. The long quotation is accurate – and it does not one time reference the election or a preferred outcome or candidate.

But in the sentence that follows, the Government adds "he was prepared to use force or knew of any calls to use to stop the transfer of power."

That the Government feels compelled to continually add references to the election and transfer of power that Minuta never made reflects a clear understanding by the Government that the evidence if offered at trial did not prove in any respect that Minuta KNOWINGLY joined and participated in a conspiracy to oppose by force the execution of any law or interfere with the transfer of power.

At page 54, the Government attempts to link Rhodes "Open Letters" and advocacy for the use of force to Minuta. But there was no evidence at trial that

8

Minuta was aware of Rhodes' "Open Letters." The Government falsely – again – claims Minuta was advocating the use of force in connection with the election. There was no evidence of that.

And to further establish that the Government clearly knows the shortcomings of its evidence, it once AGAIN goes back to Enrique Tarrio's public post on Parler – not directed to Minuta – and Minuta's brief reply.

It's as if that is all the "evidence" the Government has – a reply "liking" a computer enhanced photoshopped image of the Defendant that <u>Tarrio</u> labeled "Lords of War." This one image and reply buttresses multiple efforts by the Government to show how compelling its case was.

In the final paragraph on p. 54, the Government makes an argument that reflects a stunning lack of self-awareness. While claiming to rebut the argument by Minuta that the Government's case was nothing more than a collection of "disconnected tracks of evidence", the Government refers to the "disconnected tracks of evidence" to prove the contrary.

Yes, Minuta went to the Jericho Rally on December 12, 2020, and was a member of the personal security detail for General Michael Flynn. There as NO other evidence regarding Minuta's actions on December 12. Shortly before Minuta did so, Rhodes added Minuta to an already existing Signal chat and described him – gratuitously – as "our NY Oath Keepers leader … He is one of my most trusted men."

But, as the evidence made clear, there was not NY Oath Keepers chapter – Minuta was it. And how was Minuta supposed to respond to being called a "most trusted" man -- by denying it?

9

The fact that Rhodes typed it in a Signal chat didn't make it true.

And it is also true that a week after the Jericho Rally Minuta sent a message to another individual conveying Rhodes sentiments about the state of affairs in the country. Minuta didn't say he agreed or advocated Rhodes' views. He just passed along to another what Rhodes had conveyed.

These are EXACTLY the kinds of "disconnected tracks of evidence" raised by the motion which only the Government sees as compelling.

A trip to a Washington DC rally to serve as part of a VIP personal security detail.

A Signal chat "compliment" that may or may not have had any basis in fact – and did have one "little white lie".

A Signal chat comment that passes along the thoughts of another.

That is the epitome of a series of benign unrelated incidents that the Government stitches into evidence of a "conspiracy."

As the Government notes, there was one message sent by Minuta on the "DC OP Jan 6 2021" Signal chat after he was added to that chat by Rhodes. This was an offer by Minuta to reserve hotel rooms at Marriott for others at a discount – his mother-in-law works for Marriott. The Mayflower Hotel is operated by Marriott – hence the three room reservations made by Minuta at the Mayflower Hotel occupied by Jackson, Ulrich, and Grods – three people Minuta never met.

The offer was made through this Signal chat on January 1, 2021.

There were no other messages sent or received by Minuta to and through January 6. Not a single response by him that would show he read any

10

of the messages on that Signal chat leading up to January 6. As the Government witnesses admitted, without Minuta's phone there was no way to show that Minuta opened or read any of the Signal messages sent in that chat after January 1.

The evidence did show that Minuta was in Texas the entire time between being added to that Signal chat – looking for a new home for his family and place for his business – and returning to New Jersey in the evening on January 5.

The next message the Government references comes after January 6, regarding deleting a video from the Signal chat after a message from Vallejo. Again, given the timing, this message is not a basis to infer that Minuta read any of the messages between his offer of discounted hotel rooms on January 1, and the posting of a video on January 7. The fact that there are no messages from him in that 6 day time span – given the events in between – is compelling evidence he was <u>not</u> reading the Signal chat while in Texas.

Finally, the Government claims that because Minuta "continued to interact with Rhodes" on January 6 – presumably a reference to the phone records showing calls between their two cell numbers – that is evidence Minuta" agreed with Rhodes and his other co-conspirators to stop the transfer of power that day by any means necessary…"

Other than not being able to prove if the calls went through, who was on the calls, or what was said by the participants on the calls, the Government's logic is compelling.

Two people might have talked on the phone.

11

That is compelling evidence they were engaged in a seditious conspiracy and a conspiracy to corruptly obstruct the lawful transfer of power.

One fact is unassailable.

If the Government wanted the jury to hear evidence concerning the various conversations that may have involved Roberto Minuta at the Mayflower Hotel and Capitol during the day on January 6, 2021, it had the ability to produce that evidence.

It could have called Joshua James to the witness stand.

The Government opted to not have James testify in three consecutive trials.

That decision speaks louder than any decision made by Roberto Minuta.


Dated: April 18, 2023					Respectfully submitted,

							/s/ William L. Shipley
							William L. Shipley, Jr., Esq.
							PO BOX 745
							Kailua, Hawaii 96734
							Tel: (808) 228-1341
							Email: 808Shipleylaw@gmail.com

							*Attorney for Defendant*