5/5/2023

Ryan Williams
5900 Baywater Dr
#2002
Plano, TX 75093
(949) 533-0646
ryanewilliams04071@gmail.com

Re: Character Reference Letter / Rob Minuta

To: Honorable Judge Amit P. Mehta

My name is Ryan Williams and I had the privilege of meeting and getting to know Rob just over 2 yrs ago and the men's bible study that I attended and still do today. During this time I was able to engaged with Rob on a weekly basis at and outside of our bible study. What I was able to learn about Rob and witness first hand is this: He's a man devoted to seeking God's will for his life; loves his wife and will devote his life to her; is a father who will make sure his children are provided for and will never question his love for them; and a great son that his parents are proud of. Seeing Rob interact and maneuver through all facets of life has had a profound impact on me and my life. No matter what challenges and obstacles that life has for us, if we keep on ours eyes on our heavenly father, we can overcome anything. That is what Rob has taught me through his words, his actions, and devotion to his friends and family.

I believe that nothing is by chance and God places people in our lives at unique times and moments to sharpen us, encourage us, and lead us. I wrote earlier that I've known Rob for over 2 yrs, but his impact on me feels like I've known him the majority of my life. I'm proud to call him friend and even more proud to call him a brother in Christ

Thank you for your time.

Ry E Will     5/5/23