UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00015-APM |
| ) | |
| **STEWART RHODES, et. al.,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF WAIVER OF IN-PERSON APPEARANCE AND REQUEST TO APPEAR BY ZOOM**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

   NOW comes Defendant Roberto Minuta by and through his undersigned counsel of record William L. Shipley, Esq., hereby gives notice that he waives his appearance for the in-person hearing scheduled for Wednesday, May 24, 2023, at 9:30 a.m.   Further, Defendant Minuta requests to appear for the hearing via Zoom.


Dated: May 18, 2023                            Respectfully submitted,

                                               /s/ William L. Shipley
                                               William L. Shipley, Jr., Esq.
                                               PO BOX 745
                                               Kailua, Hawaii 96734
                                               Tel: (808) 228-1341
                                               Email: 808Shipleylaw@gmail.com

                                               *Attorney for Defendant*

2