# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                                    )<br>)<br>ELMER STEWART RHODES, III, *et al.*, )<br>)<br>Defendants.                                                 )<br>) | Criminal No. 22-cr-15 (APM) |

## **ORDER**

At the Omnibus Hearing scheduled for Wednesday, May 24 at 9:30 a.m. in Courtroom 20, counsel shall be prepared to proceed according to the following schedule:

1. First, the court will hear any victim impact statements or testimony applicable to all defendants.

2. Second, the court will deliver its opinion on outstanding post-trial motions.

3. Third, the court will hear legal arguments regarding the sentencing enhancements and restitution issues.   If time permits, the court may hear argument about the factual bases for sentencing enhancements with respect to particular defendants.

Date:  May 22, 2023

Amit P. Mehta
United States District Court Judge