UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
                     v.    )   No.: Cr. 1:22-cr-15 (APM)
                           )
DAVID MOERSCHEL            )

### SUPPLEMENTAL EXHIBITS TO SENTENCING MEMORANDUM

Mr. Moerschel submits the attached additional correspondence in support of Mr. Moerschel's allocution at sentencing.

Respectfully submitted,

/s/ Scott Weinberg
Suarez, Rios & Weinberg, P.A.
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone: (941) 575-8000
Facsimile: (941) 575-8888
E-mail: Scott@bsrlegal.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2023 a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

By /s/ Scott Weinberg
Scott Weinberg

5/29/2023

Dear The Honorable Judge Mehta,

David and I celebrated 21 years of marriage last week. We have 3 children. Our first born girl is 7. She is smart and competitive. David is teaching her French and Hebrew. David is also teaching her the Flute. David was trained in the Classical Flute in his youth and even played in a local orchestra. Our oldest girl needs orthodontic treatments, and her dental issue creates a speech problem. David is a linguist (he knows 5 languages), and he is working on her diction to overcome this speech issue.

We also have boy-girl twins that are 5. David is teaching the boy twin the recorder, and he displays a natural aptitude. He loves his father. He wants to dress like him and work the same jobs. The girl twin loves horses. She also loves riding her bike. David taught her how to ride without training wheels by the time she was 4. The twins developed a similar speech problem by copying their older sister, so David is working with them on their diction as well. He is also teaching them French and phrases in Hebrew.

From this, I hope you can see that David is not just a fixture but a foundation of our home. He is the sole bread-winner. He has an irreplaceable role teaching and developing our children. We could not afford a speech pathologist or music lessons, but for David. And we need his income to give our oldest the orthodontic treatments she needs.

In our 21 years of marriage, we have never owned our own home. We spent a decade living on extremely limited income, while we pursued a ministerial calling. We have helped thousands of people all over the world, but had to deny ourselves a proper home and children in the process.

Prior to that fateful day on January 6, we were finally in a position to buy a home and started looking. We were finally out of poverty and started our family. David had a good job and was well respected in the medical community. Now, we are again unable to buy a home, and we are again in poverty.

I am a home-maker and home school our children. I will turn 50 this year. I do not have a career to fall back on to provide for our family. I am now faced with the prospect of moving in with David's elderly parents. At one time, when in poverty, we lived with them. It is much different now when you have three small children to consider. That one decision to go to D.C. proved to be a watershed moment.

Just two days before the group was leaving for D.C., David was still undecided about going. He asked me if I thought he should go. He said they would work with the Secret Service to protect the President. And I told him to go. I wish I hadn't. But David is like a

robot. He's a scientist to the core. The funniest thing in the world is watching him try to "play" or have fun. I thought getting out of his routine would help him. Little did I know the far-reaching consequences.

David is a wonderful father and man of character. But I am asking you to consider me, a woman, and my three children. They not only depend on David for financial and emotional support, but he has an irreplaceable role as teacher. Without David, they will not be able to develop to the same potential. And I will have to live with my in-laws, again.

Sincerely,

Jennifer Moerschel

5/15/2023

To the Honorable Judge Mehta,

My wife and I have four children. All except David have pursued various business endeavors, which provided substantial incomes for their families. David was different. He is selfless to a fault. His life has been focused on helping others. He began working in neuroscience research while in undergraduate. Then he was 3 years in graduate school for neuroscience. During which time, he conducted brain surgeries on animals helping research treatments for children with traumatic brain injuries. All the while, his peers were engaging in financially rewarding business, yet he lived with us at home during graduate school.

Helping people physically was a natural segue to helping people spiritually. From the research lab, he went to seminary to be a minister. He promoted the things of God in under-served areas of the world, such as South America. After 10 hard years of living on very little income, he went back to serving people physically so he could provide better for his growing family. That is when he entered the medical field.

Until the events of Jan 6, David worked as a Neurophysiologist with Neurosurgeons and made a modest salary in support of his family. He was forced to leave that field in 2021. But he is undaunted in his servant's heart. He is already making plans to return to the ministry again, once he is free.

There is one main theme for David's life: Others. With David, "serving others" is not a catchy phrase for self promotion. He lived it for 15 years, choosing to live in poverty (much to his mother's and my chagrin) in order to help others.

I fear now that David's wife will again be reduced to poverty, trying to support their three small children. His mother and I have agreed to take his wife and children into our small home. And we are happy to help them, in whatever way we can. We see it as our way of giving back to those who have given so much for others.

I hope you will take this into consideration, as you deliberate.

Regards,

Richard Moerschel






13 May 2023

Dear Judge Mehta,

As pastor of New Life Family Worship, I have known David Moerschel for approximately 2.5 years. He has always been an upstanding member of the church. He, his wife and 3 children attend faithfully. David and his wife are loving parents, and their children are well taught, well mannered, and well behaved.

David worked in the medical field and was not only well liked by many but was also considered a highly trained surgeon's assistant and sought after by many surgeons. David has specialized skills working in the operating room with brain and spine surgeons. Having been forced to leave this profession due to this indictment, David, as a responsible husband and father, went to work in the construction field, even in the heat of Florida, in order to provide for his family.

David met with me privately in May 2021. He was very broken, even weeping as he told me about the situation generally. I believe he genuinely thought he was going to be a help to the Capitol Police and congressmen in the midst of what looked like could be an overwhelming situation for them. Upon his return he was truly sorry for his involvement on Jan 6, 2021. His life from that point sadly fell apart.

I have always known David as an upstanding person, a law abiding individual, and a responsible father and husband. I would recommend him for any profession and any position that he is qualified for without reservation. This adversity in David's life has not changed him in the area of his integrity or responsibility. I've watched him step up to these new challenges to care for his family without being resentful, but rather stood on his faith.

I have met personally with David almost every week for the last 2 years to provide mentorship and guidance through this troubled time in his life. I have witnessed firsthand his growth through this process, from a shattered, remorseful man, to a person standing strong in faith doing what he needed to do to care for his wife and three children.

My reference for David Moerschel comes with high regard. He is responsible and considerate of his family. He is thoughtful in the raising of his children. It is my hope that these considerations will be taken into account.

Sincerely,

Dr. Bob Raimondo, Senior Pastor

May 11, 2023

Dear Judge Mehta,

I have known David for approximately twenty years. I have known his wonderful wife and her family for at least three decades, having attended the same church. David's wife, Jennifer, was and still is a best friend to one of my daughters.

When I first met David, he was busy building a non-profit organization and asked me to join his board of directors. It was then that I learned of his character, his wisdom that was beyond his years, and his love and concern for all people.

He has quite an educational pedigree (including a stint at the University of Oxford, England). But the wisdom I observed in him could not have come simply from good education. I believe it demonstrates an innate goodness that cannot be taught. I watched David give of his life to help people spiritually. And when he entered a demanding medical profession, he gave of his life again to help them physically. This kind of self-sacrifice cannot be taught.

I deeply respect the gravity of the decisions you must make as a Judge. I was a State Legislator in Georgia for many years – so I can appreciate the intricacies of the law you must interpret. The decisions you must make are far-reaching. You have my utmost respect.

I hope you will give consideration to my estimation of this good natured, intelligent, dedicated husband and father. He is a man of truth.

Sincerely,

Roger Hines

To the Honorable Judge Mehta,

I am writing today as a letter of support for a trusted friend and colleague, David Moerschel. I first met David in 2012 when he started working in the operating room performing neuromonitoring during surgical procedures when the patient's neuroanatomy could potentially be compromised. By this time, I had already been in the field for 10+ years. I was impressed with David's level of care for the patients. He was able to gain the trust of the surgical team, including neurosurgeons, anesthesiologists, and nurses. Our friendship grew over the years as we worked closely together.

Neurosurgery is extraordinarily demanding. Our role as intra-operative neuromonitorists is to act on behalf of an anesthetized patient. When their nerves become compromised, we recognize this in real time and advise the surgeon that there might be a problem. Naturally, we are also involved in acute trauma surgery.

This role seemed to suit David well. Whether professionally or personally, David was always available to help when there was a critical patient care need. There is a saying in trauma surgery: We both hate it and love it. We hate it because it usually means a patient is experiencing something traumatic, but we love it because it is when we are able to shine. That is how I know my friend David. When he told me that he went to the Capitol on Jan 6 to assist the medic, it made perfect sense. He belongs beside patients in critical situations.

David is not only a skilled clinician, but he is also a minister and crisis chaplain. These are helpful skills when you are working with patients that have life-threatening brain tumors or spinal cord injuries that may result in paralysis. In these situations, I have observed David confidently step into the role as caretaker: providing spiritual comfort to those facing medical crisis, while performing his neurophysiologic duties for the surgeon.

David and I share the same faith. Because he is a trusted friend, I confided in David when I went through a divorce. I appreciated his advice, comfort, and willingness to come alongside me. Alternatively, when David has faced hard times, like the events following January 6, I was there for him. I trust you will take into consideration the fact that David's training in crisis chaplaincy and trauma medicine are a primary motivator in his decisions.

Thank you for your time and consideration for reading this letter.


My best regards,


Brian K. Adkins, B.S., CNIM, R.EEGT



## Great Awakenings
—— Proclaiming Christ in Rural Communities ——

May 20, 2023

To the Honorable Judge Mehta,

I have known David Moerschel for nearly 20 years. We have worked together in many ministerial capacities: From the sophisticated streets of New York City to the devastated communities of New Orleans after Katrina. In all these years of observation, David impressed me with the continuity of his character. He is the same young man I met in the early 2000's. He has the same heart for God and for helping people.

We first met as part of a select group that was invited to participate in specialized ministerial training, hosted by the most respected organization in the field. From there, we were invited to join a crisis chaplaincy team. We received intensive training on how to minister to people in crisis and disaster situations.

In the wake of hurricane Katrina, our crisis chaplaincy team was deployed to New Orleans. I observed David as he compassionately listened to these victims' stories. He empathized with them and prayed for God to help them. We were also involved in food distribution. Some of us (David included) rode with local law enforcement on their shifts. The police were not equipped to handle the emotional trauma they encountered.

Later, I called upon David to partner with me to put on a regional outreach in northwestern rural Kansas. He had received even more training from a well-respected worldwide organization to teach their highly prized counselor program. He came out to train our people in counseling and follow-up.

In all these years and in all these situations, David has proven himself to be of the highest moral caliber and character. He genuinely loves people. And he has been trained by the best.

I hope that you will take into consideration that David has a history of being in places of crisis in order to provide support, both physical and spiritual, to those affected.

A Servant of Jesus,

Clint Decker, President

May 21, 2023

To the Honorable Judge Mehta,

I am writing this personal character reference to commend David Moerschel. He is a remarkable individual whom I have had the privilege of knowing for over twenty years. Throughout our longstanding friendship, I have witnessed David's unwavering commitment to his family, his relentless work ethic, and his profound dedication to serving others.

David and I share a passion for the medical field. I am an R.N. David worked in the operating room with brain and spine surgeons. Medical workers – especially those that work in emergency or trauma situations – have an instinct to run to the aid of those in medical crisis. Case in point: David was at a restaurant and a man suddenly fell to the ground convulsing. Without thinking, he jumped up and ran to the man's side. He was the only one to do so. Even the man's table-mates did not stir. He took control of the situation and quickly ascertained that the man's airway was clear of food (so he didn't choke) and that the man had a history of epilepsy. The instinct of the rest of the patrons was to recoil in shock. David's was exactly opposite.

With instincts like this, you would expect David to excel in other areas of compassion. And in this, he does not disappoint. He is an exemplary husband and father. He embodies the qualities of love, compassion, and support. He prioritizes his family above all else, ensuring their well-being and happiness. His nurturing nature and strong moral compass have helped shape his three children into outstanding individuals.

Professionally, David is an absolute powerhouse. He approaches every task with an unparalleled level of dedication and determination. Whether it is managing complex projects or handling intricate problems, David consistently demonstrates his exceptional work ethic and his ability to deliver results of the highest caliber. His attention to detail and his natural leadership skills have earned him the respect and admiration of colleagues and surgeons alike.

Beyond his professional career, David possesses remarkable personal qualities. He is an active listener, always willing to lend an empathetic ear and offer valuable advice or support. David's genuine interest in others and his ability to connect on a deep level create an environment of trust and camaraderie.

In summary, David Moerschel is an outstanding individual who exemplifies the qualities of a dedicated, hardworking husband and father, as well as a compassionate and selfless community servant. I hope you will take this into consideration, as you consider David's case.

Sincerely,

Marlo Brown, R.N.

May 15, 2023

To the Honorable Judge Mehta,

My name is Johnny Flanders and I am writing to you on behalf of David Moerschel. My wife and I are both in our late seventies. I am a retired IT programmer and also worked as a tax preparer after retirement until 2021.

I first became acquainted with David approximately 20 years ago when David approached me about being a member of his board of directors for his non-profit. I served in this position for many years. It was from this vantage point that I observed many positive character traits that were present in this young man.

I was impressed with the humility that he demonstrated by seeking older, mature adults to help guide him in decision making and in overseeing the ministry. He displayed such compassion for everyone he encountered. Regardless of their need, he had a desire to lift their burdens in some way.

David always conducted himself in an honorable way, especially when making decisions concerning the ministry and using donations to help those in need. I considered it a privilege to walk alongside this humble and kind young man.

David later received advanced training to work with neurosurgeons in the operating room. His employers recognized early on that he was intelligent, conscientious, hard-working, and honest. He was a highly respected member in the medical community and his career advanced quickly.

His wife and three young children were thriving too. However, because of the event in D.C. on January 6, 2021, everything came to a halt. David's employer let him go. In order to provide for his family, he took a job on a construction crew, laboring outdoors in the heat of Florida. I admire him tremendously for this demonstration of responsibility. David is now under house arrest and unable to work. His family has no income. David and his family have suffered tremendously.

Martin Luther King, Jr. once said, *"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy."* Through this hardship, David has proved himself once again to be of the highest character. And I hope that you will consider the asset that David has been to society as you deliberate.


Johnny Flanders


Dear Judge Mehta,

I have known David Moerschel for the past 21 years. He married my daughter and has remained faithful to her ever since. Faithful is a good description of his moral character. After their marriage, he spent 4 years in seminary training to be a minister and a crisis chaplain. He was faithful in his studies and graduated with distinction. He was faithful as a minister and travelled the world, working with highly reputable ministries in positions of trust.

He was faithful in the medical profession and distinguished himself again among his colleagues, working with some of the most demanding professionals in the world – neurosurgeons. They asked for him by name, because in critical situations, he had earned their trust.

When the situation over events on January 6 escalated, he wept as he told us he would be arrested. His main concern – even through tears – was what would happen to his family. David is faithful even in personal crisis.

I do not know the specifics of what transpired over January 6, but I know this: David has not even had so much as a speeding ticket in over 20 years. He is faithful to the laws of the land. Regardless of the specifics, I believe David is a credit to his family and mine. He has always been an excellent example for others to follow.

I trust you will take this into consideration.

Regards,

George Essaff

