# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-CR-15 (APM) |
| : | |
| **ELMER STEWART RHODES, III,** : | |
| **et al.** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Assisant United States Attorney Ahmed M. Baset, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Ahmed M. Baset*
AHMED M. BASET
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530

**CERTIFICATE OF SERVICE**

On this 9th day of June 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Ahmed M. Baset*
Ahmed M. Baset
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
