## UNITED STATES DISTRICT COURT
## FOR THE DISRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 22-cr-00015** |
| | ) | |
| **ROBERTO MINUTA** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### DEFENDANT ROBERTO MINUTA'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Roberto Minuta, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from Order denying Defendant Minuta's Motion for Release of Custody Pending Appeal.


Dated: July 28, 2023                    Respectfully submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com

                                        *Attorney for Defendant*