1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3

4    UNITED STATES OF AMERICA,
                                      Criminal Action
                   Plaintiff,        No. 1:22-cr-15
5
          vs.                        Washington, DC
6                                    October 31, 2022
     ELMER STEWART RHODES, III, et al.,
7                                    1:44 p.m.
                   Defendants.       Day 20
8    _____/    Afternoon Session

9

10          TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
11             UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Government:     KATHRYN RAKOCZY
                             JEFFREY NESTLER
15                           ALEXANDRA HUGHES
                             LOUIS MANZO
16                           TROY EDWARDS
                               U.S. Attorney's Office
17                             601 D Street, NW
                               Washington, DC 20579
18

19

20   For Defendant Rhodes:   PHILLIP LINDER
                             JAMES LEE BRIGHT
21                             Barrett, Bright, Lassiter & Linder
                               3300 Oak Lawn Ave, Suite 700
22                             Dallas, TX 75219

23                           EDWARD TARPLEY
                               819 Johnston Street
24                             Alexandria, LA 71301

25

1    **APPEARANCES CONTINUED:**

2    **For Defendant Watkins:**    **JONATHAN CRISP**
                                    Crisp & Associates
3                                   4031 North Front Street
                                    Harrisburg, PA 17110
4


5
     **For Defendant Meggs:**    **JULI HALLER**
6                                Law Offices of Juli Haller
                                 601 Pennsylvania Ave, NW, #900
7                                Washington, DC 20036

8


9    **For Defendant Harrelson:**    **BRADFORD GEYER**
                                      FormerFeds, LLC
10                                    2006 Berwick Drive
                                      Cinnaminson, NJ 08077
11


12
     **For Defendant Caldwell:**    **DAVID FISCHER**
13                                  Fischer & Putzi, P.A.
                                    7310 Governor Ritchie Highway
14                                  Empire Towers, Suite 300
                                    Glen Burnie, MD 21061
15

16

17

18

19

20

21

22
     **Court Reporter:**    **JEFF M. HOOK**
23                          Official Court Reporter
                            U.S. District & Bankruptcy Courts
24                          333 Constitution Avenue, NW
                            Room 4700-C
25                          Washington, DC 20001

1                          **I N D E X**

2  **WITNESS**                                                    **PAGE**

3  GRAYDON YOUNG

4     Continued Direct Examination by Mr. Nestler         5750

5     Cross-Examination by Mr. Bright                     5793

6     Cross-Examination by Ms. Haller                     5817

7     Cross-Examination by Mr. Geyer                      5822

8     Cross-Examination by Mr. Crisp                      5830

9     Redirect Examination by Mr. Nestler                 5848

10

11


12                        **E X H I B I T S**

13  **EXHIBIT**                                                    **PAGE**

14  Government 4650      .....Admitted into evidence.....    5779

15  Government 4651      .....Admitted into evidence.....    5792

16  Government 4654.2    .....Admitted into evidence.....    5787

17  Government 4660      .....Admitted into evidence.....    5767

18  Government 4661      .....Admitted into evidence.....    5750

19

20  Defense H-100        .....Admitted into evidence.....    5824

21  Defense H-101        .....Admitted into evidence.....    5825

22

23

24

25

5750

1                    P R O C E E D I N G S

2          (Jury present)

3               THE COURT:  Mr. Nestler.

4     CONTINUED DIRECT EXAMINATION OF GRAYDON YOUNG

5     BY MR. NESTLER:

6          Q.    Thank you, Your Honor.  Ms. Rohde, if we can get

7     4661 on the screen for Mr. Young, please.

8               We spoke earlier about Signal messages and the

9     Okay FL Hangout chats.  Do you remember that, Mr. Young?

10         A.    Yes, sir.

11         Q.    Are these some of the messages that you remember

12    being part of on that Okay FL chat?

13         A.    I remember the -- I don't remember this exact

14    wording of course, but yes, sir, I generally remember.

15              MR. NESTLER:  The government moves into evidence

16    4661.

17              MS. HALLER:  No objection.

18              THE COURT:  Okay, 4661 is admitted.

19         (Government Exhibit 4661 admitted into evidence)

20    BY MR. NESTLER:

21         Q.    If you could please remind us, Mr. Young, who was

22    OK Gator 1?

23         A.    Kelly Meggs.

24         Q.    And this is from December 13th of 2020, around

25    10:17 p.m.  Do you see that?

5751

1       A.   Yes, I see it.

2       Q.   So Kelly Meggs writes:  "This just in, when real

3  shit starts, Proud Boys die first.  It's okay someone has to

4  be first.  It's always the loudmouths with their airsoft

5  shit on.  I'd rather be the silent killer than the loudmouth

6  dead."

7          Do you see that?

8       A.   Yes, sir.

9       Q.   Do you know what he's referring to there?

10      A.   Meaning who's going to do the killing or who's

11  going to get killed?

12      Q.   Yeah, when the real shit starts?

13      A.   Yeah.

14      Q.   When you had these conversations on Signal, you

15  were talking about when the real stuff starts?

16      A.   Yes, sir.

17      Q.   And what did you understand that to mean?

18      A.   Anybody who's in opposition to the objective of

19  getting the government on track the way we thought it should

20  be, whether it's the government people or Antifa or

21  whoever's in opposition.

22      Q.   If we can go to the next slide, Ms. Rohde.  Do you

23  see someone named Jason then chimes in about five minutes

24  later?

25      A.   I see this, yes, sir.

1      **Q.**   And so Jason says:  "I hope not, but you're right

2      in the sense that someone has to be first.  Hopefully not

3      the first casualties, but first to create the idea of mass

4      people standing against tyranny.  I applaud them for that.

5      I also agree with you, I'd rather be the gray man in the

6      background that can both take care of the enemy and return

7      home.  Whether that happens or not who knows, but I like it

8      when the chances are in my favor."

9              This idea of people standing against tyranny, was

10     that a concept that was discussed on these Signal chats?

11     **A.**   I believe so, yes, sir.

12     **Q.**   And what did you understand that to mean, standing

13     against tyranny?

14     **A.**   The perception at the time -- I can speak

15     obviously strictly for myself, but I think the general

16     perception was that the government had been corrupted, and

17     there were a potential for even foreign influences in the

18     government, Chinese, Korean, stuff like that.  In my

19     particular instance, I remember hearing Sidney Powell and

20     other people talk about voting machines potentially being

21     tampered with and messed with by foreign powers, and that

22     our government was even complicit.

23     **Q.**   And so what did it mean for the government to be

24     tyrannical or to have tyranny?

25     **A.**   Well, the government was using its apparatus to

1    suppress the general population, force us to accept an

2    invalid election and whatever else.

3        Q.    Okay.  If we can go to the next slide, please.

4    And so you see that you responded about a minute later; is

5    that right?

6        A.    Yes, sir.

7        Q.    And this is you, GenX; is that right?

8        A.    Yes, sir.

9        Q.    What did you write?

10       A.    I said:  "The real enemy is going to be much

11   smarter than Antifa."

12       Q.    And can you tell us, what's your understanding of

13   what Antifa was?

14       A.    Anti-fascist is I think what it stands for, and

15   they're a left-wing extreme group.

16       Q.    When you said that the real enemy was going to be

17   much smarter than Antifa, what did you mean?

18       A.    What I was alluding to a minute ago, whatever

19   group within the government or even around the government

20   that was -- had infiltrated it and corrupted it.  And

21   obviously the government's got a whole lot more resources

22   than Antifa does.

23       Q.    And so did you think that Antifa was your real

24   enemy at the time in December of 2020?

25       A.    I think they were an enemy, but not the worst

1    threat or the real enemy.

2        **Q.**    And if we can go to the next slide, please.  You

3    see about a minute later Jason says:  "The brains behind the

4    brain"?

5        **A.**    Yes, sir.

6        **Q.**    And then the next slide, please, Ms. Rohde.  A few

7    seconds later Jason corrects and says:  "Braun."

8            Do you see that?

9        **A.**    Yes, sir.

10       **Q.**    And then next slide then says:  "Muscle."  And

11   then about a minute later on the next slide, at 10:25 p.m.,

12   what do you write?

13       **A.**    "Yeah, also probably more effective muscle too."

14       **Q.**    And what were you meaning by this statement?

15       **A.**    That's what I meant by saying that government

16   people were training, and all the resources they have are

17   obviously far more effective than a bunch of civilian Antifa

18   teenagers running around.

19       **Q.**    And about three minutes later on the next slide,

20   at 10:28 p.m., what do you continue with?

21       **A.**    "FBI and ATF target patriots."  What I was

22   referring to there was I had seen in the news recently where

23   people had had weapons seized, private citizens.  And I

24   thought at the time that that was being selectively done to

25   people on the right.

5755

1       Q.   And what entity are the FBI and ATF part of?

2       A.   They work for the government.

3       Q.   And what did that mean for you, that the FBI and

4   ATF were targeting patriots?

5       A.   I thought that the apparatus of the government was

6   being misused to target -- for political purposes.

7       Q.   And who are patriots?

8       A.   Patriots would be the people that -- I guess even

9   though it's embarrassing to say, that agree with me

10  essentially on the right that -- who were pushing back

11  against the perception of this government corruption.

12      Q.   So you were one of the patriots?

13      A.   Yes, sir.

14      Q.   And what about the other members of the Oath

15  Keepers?

16      A.   My perception was that they were as well.

17      Q.   And now if we can go to the next slide.  About a

18  minute later, what do you tell the Okay FL Hangout chat?

19      A.   "I think Antifa and BLM are a distraction."

20      Q.   Why did you say you thought that Antifa and BLM

21  were a distraction in the course of this conversation?

22      A.   I thought that they were obviously very visible,

23  on the news, doing all kinds of things.  And during like --

24  after one of the protests, Antifa and BLM were in direct

25  conflict with some of the people that were protesting.  And

5756

1    it was very obvious and visible, you know -- what's the

2    right word, resistance to what the right was trying to

3    resist they perceive as happening with the election.

4           But I also thought that there's a lot more to it

5    than -- obviously if you're going to have a corrupt

6    election, it's not going to be a bunch of Antifa people that

7    are going to be behind that.  There's going to be people

8    that are in power.

9    **Q.**   So when -- well, on these Signal chats, was Antifa

10   and BLM a source of some conversation?

11   **A.**   Yes.

12   **Q.**   And what was it that you were trying to get across

13   here about Antifa and BLM being a distraction?

14   **A.**   I thought that ultimately they were people that we

15   need to be concerned with.  And when we talked about

16   security operations and so forth at events, they were the

17   ones that were obviously attacking protesters.  But I

18   thought they weren't the true long-term actual threat to the

19   freedom of the government.

20   **Q.**   So what did you think the other members of the

21   Oath Keepers meant when they were talking about Antifa and

22   BLM, going up against Antifa and BLM?

23   **A.**   I think that they genuinely thought those people

24   needed to be dealt with.  But I also think we were all in

25   agreement that those people weren't the ones that were

1    causing the problem in the election.

2         Q.   So who was it that you thought you needed to be

3    going up against?

4         A.   Whoever it was that was behind the fraudulent

5    election, which I assumed obviously would have been corrupt

6    government.

7         Q.   And so the government?

8         A.   Yes, sir.

9         Q.   And if we can now pull up on the screen, please,

10   Exhibit 68.  68 is already in evidence.  And if we can go to

11   slide 51, please, Ms. Rohde.

12         So here on Christmas day, December 25th of 2020,

13   the same chat group, Okay FL Hangout, do you see what you

14   wrote to the group?

15         A.   Yes, sir.

16         Q.   What did you write?

17         A.   I said:  "We need much larger numbers PDQ."

18         Q.   And what does PDQ mean?

19         A.   Pretty darn quick.

20         Q.   And what did you mean that your group needed much

21   larger numbers quickly?

22         A.   Well, obviously if you're going to go against the

23   government in some form, against a corrupt government, you

24   can't do it with a few hundred people.  I mean, the

25   government's huge.

1    Q.   How many people did you think you had with the

2    Oath Keepers to go up against the government?

3    A.   I never really clearly knew that.  I mean, I would

4    have guessed maybe a thousand total throughout the country,

5    but I never knew how many.

6    Q.   If we can go to the next slide please, Ms. Rohde.

7    And you see that OK Gator 1, Kelly Meggs, responded:  "We

8    have millions"?

9    A.   Yes.

10    Q.   And if you go to the next slide, a few seconds

11    later he wrote:  "Once they see it start."  And then the

12    next slide Meggs wrote:  "We need to wait patiently and then

13    be the leaders."

14         Do you see that?

15    A.   Yes, sir.

16    Q.   Did you think that the Oath Keepers group were

17    leaders?

18    A.   Potentially, yeah.

19    Q.   How so?

20    A.   They're organized and trained and motivated.

21    Q.   If we can go to the next slide, please.  You see

22    that someone named Gator had said:  "If this election

23    situation is not resolved on January 6th, all hell is going

24    to break loose across America.  So resolved which way?  IMHO

25    either way is going to set it off."

5759

1           Do you see that?

2      **A.**   Yes, sir.

3      **Q.**   And then the next slide, a few minutes later Gator

4   says:  "Not anymore, LOL"?

5      **A.**   Yes, I see it.

6      **Q.**   Were you aware at this time what was planning to

7   be occurring on January 6th of 2021?

8      **A.**   I knew that the election was going to be

9   approved -- or whatever the proper word is, yeah.

10      **Q.**   And in general, how did you feel about that?

11      **A.**    I felt sort of a sense of desperation and

12   hopelessness.  Like I said, at the time I was a firm

13   believer that there had been fraud committed.  You know, I

14   had listened to what Trump's attorneys were saying, and I

15   didn't think there was anything that was going to prevent it

16   from just continuing on course.

17      **Q.**   If we can go to the next slide, please.  About 10

18   minutes later, you chimed in from the group.  What did you

19   say?

20      **A.**   I said:  "Sure feels awfully freaking stupid

21   spending all the time and money going to D.C. if we already

22   know we're going to lose."

23      **Q.**   Is this some of that desperation you were just

24   mentioning?

25      **A.**   Yes, sir.

1    Q.    And at this time, were you already thinking about

2    going to D.C. spending time and money?

3    A.    Yes.

4    Q.    And if we can go to the next slide, about three

5    minutes later someone named Aaron says:  "Death to tyrants."

6    And then if we go forward, a minute after that Aaron says:

7    "If you're not in the lead the view never changes."  And

8    then one more, Aaron says:  "We are going to be in the lead

9    of 1776.2."  If we can go to the next slide, please,

10    Ms. Rohde.

11        At 6:32 p.m., a couple minutes later, who writes

12    in this chat, Okay FL Hangout?

13    A.    Stewart Rhodes.

14    Q.    At the time on December 25th, 2020, did you know

15    who Stewart Rhodes was?

16    A.    Yes, in his role.

17    Q.    How did you feel about the fact that Stewart

18    Rhodes was posting in your Florida Hangout chat?

19    A.    It was surprising.  It was kind of like if I

20    was -- I used to work in a big bank.  It would have been

21    like if the CEO all of a sudden showed up in your meeting.

22    So I was surprised.

23    Q.    And Rhodes wrote:  "His power and duty to suppress

24    insurrections is part of that same constitutional process,

25    the lying lawyers around him are just not telling him that.

1    He needs to look at what Lincoln did."

2         Do you see that?

3    **A.**   Yes, sir.

4    **Q.**   And then if we go forward to the next slide,

5    Rhodes says:  "You all should know that Mike Adams is on our

6    national intel chat and he and I speak often.  I talked to

7    him on Thurs."  And then on the next slide, at 6:37 p.m.

8    Rhodes wrote:  "And the oath we all swore to defend the

9    Constitution as well as the President's oath to do the same

10   are also part of that constitutional design.  See Article

11   VI."

12        Do you see all that?

13   **A.**   Yes, sir.

14   **Q.**   If we go to the next slide that's one minute

15   later, you write.  And what is it that you write?

16   **A.**   "What's your opinion on the likely outcome of

17   January 6th based on the current situation and Trump's

18   bittering."

19   **Q.**   Why is it that you wrote this message in this chat

20   at this time?

21   **A.**   As you said, I was planning on going to D.C., but

22   I also felt like it was a hopeless situation.  And I was

23   looking to see if there was anything that I didn't know

24   about, that maybe there was some hope or whatever for things

25   to change.

1    Q.   And who did you think would be the one offering

2    you that hope giving you that information that was something

3    you didn't already know about?

4    A.   I thought Stewart might have more information than

5    I did.

6    Q.   Why?

7    A.   Well, because he was the leader of the

8    organization, and I think maybe he had -- I thought maybe he

9    had more awareness of events in Washington and how they

10   worked.

11   Q.   And if we can go to the next slide.  About seven

12   minutes later Gator writes:  "I'm trying to schedule work,

13   et cetera, so Tuesday the 5th is travel day, Wednesday 6th

14   is action day, Thursday 7th back to FL.  Is that accurate?

15   Thanks."

16        Do you see that?

17   A.   Yes, sir.

18   Q.   And if we can go to the next slide.  About five

19   minutes after that, Stewart Rhodes writes back into the

20   chat, and he says:  "He is being advised to wait until the

21   6th in reliance on Congress.  His legal advisers are not

22   actually advising him (not laying out all his actual options

23   like a real staff member should and then let him decide.)

24   They are instead acting as if his only option is to hope

25   Congress does the right thing which is extremely unlikely."

1          If we go to the next:  "I'm working to get him to

2    see the other options and put them on the table."

3          What did you think when you saw Stewart Rhodes

4    write those messages about him trying to get President Trump

5    to do the right thing?

6      A.    I was surprised.  I wasn't sure -- when he said he

7    was working to get the president to see something, I didn't

8    know if that meant he had some direct line into the

9    president or what.  So it was surprising, and I wasn't

10   really clear on what it meant.

11     Q.    Did you ask a question about that?

12     A.    Yes, sir.

13     Q.    And if we can go to the next slide.  So two

14   minutes later, what is it that you said?

15     A.    I said:  "That is what I would have guessed.  One

16   damned week left.  I'm going to D.C., but it feels like a

17   fool's errand based on current events."

18     Q.    So what do you mean by "one damned week left"?

19     A.    It was one week until January 6th.

20     Q.    And what did you think was going to happen after

21   January 6th?

22     A.    President -- well, soon to be President Biden

23   would be the president.

24     Q.    Well --

25     A.    I guess he wouldn't be inaugurated yet, but the

1     process would be essentially over.

2          Q.   And you said:  "I'm going to D.C., but it feels

3     like a fool's errand."

4               Why did you write that?

5          A.   Similar to what we talked about earlier where I

6     had been to the previous protests.  I thought protests were

7     a waste of time, they don't achieve anything.

8          Q.   Did Stewart Rhodes respond to you?

9          A.   Yes, sir.

10         Q.   If we can go to the next slide, please.  A minute

11    later Rhodes wrote:  "I think Congress will screw him over.

12    The only chance we/he has is if we scare the shit out of

13    them and convince them it will be torches and pitchforks

14    time if they don't do the right thing.  But I don't think

15    they will listen."

16              And then if we can go forward, a few minutes later

17    he wrote:  "It's not a fool's errand."

18              Do you see that phrase "fool's errand"?

19         A.   Yes, sir.

20         Q.   Is that a phrase you had originally used?

21         A.   Yes, sir.

22         Q.   What did you think this meant that Stewart Rhodes

23    was using your words here?

24         A.   I thought it was a direct response to what I said.

25         Q.   And Rhodes continued:  "It has benefits regardless

1    of outcome and regardless of what we then do.  Trump needs

2    to know we support him in using the Insurrection Act, and

3    that he needs to be the message" -- sorry, "and that needs

4    to be the message.  If Congress rubber stamps an

5    unconstitutional fraud, President Trump must defend the

6    Constitution, and we urge him to use the Insurrection Act to

7    do so.  And we will support him with our boots on the ground

8    nationwide, and we will protect him and assist him.  He

9    needs to know that to his bones.  We need to make it clear."

10          And if we continue forward, he then wrote:  "And

11   we need to have that message echoing off every rooftop from

12   now till that day, focus like a laser on it."  And one more

13   message, Rhodes followed up a minute later:  "He needs to

14   know that if he fails to act, that we will.  He needs to

15   understand that we will have no choice."

16          Do you remember having this exchange on Christmas

17   day in the evening close to 7:00 p.m. with Stewart Rhodes?

18       A.   Yes, sir.

19       Q.   What did this mean for you?

20       A.   At the time I was actually contemplating not going

21   because it was expensive and time consuming.  But after

22   reading that, I kind of decided -- I was regalvanized I

23   guess to go.  I thought maybe it was more meaningful than I

24   realized.

25       Q.   And what did you understand -- when Stewart Rhodes

1    said that he, President Trump, needs to know if he fails to

2    act then we will, what did that mean to you?

3        A.    Well, I didn't know exactly how we would act or

4    when, but I thought it was an allusion to what we were

5    saying earlier that whether the general population would

6    start to resist the fraud and then we would step in and help

7    them or if we would do something to get them to do

8    something.  I wasn't really sure exactly what it meant, but

9    I thought it meant that after President Biden was confirmed,

10   that there would then be a reaction -- a resistance to that.

11       Q.    And earlier you talked about who sort of your

12   opponent or enemy would be; is that correct?

13       A.    Yes, sir.

14       Q.    And so around this time in late December of 2020,

15   who did you think was the enemy of your group, the Oath

16   Keepers and the patriots?

17       A.    A corrupt element within the government, and the

18   left-wing extremists.

19       Q.    And so within the government, which part of the

20   government did you think was the part that was the tyrants

21   that was going to be sort of causing harm to you and the

22   other patriots?

23       A.    I thought it was basically endemic in the whole

24   government, but that would include Congress and President

25   Biden and heads of all the apparatus.

1        Q.   And if we could now go to Exhibit 4660, please,

2   Ms. Rohde.  And this is just for the witness.

3            Do you remember engaging in some additional Signal

4   messages with Stewart Rhodes around January 1st of 2021?

5        A.   Vaguely.

6        Q.   If we can go to the next slide.  Do you remember

7   writing things like this?

8        A.   Yes, sir.

9            MR. NESTLER:  The government moves into evidence

10  Exhibit 4660.

11           MR. BRIGHT:  No objection.

12           THE COURT:  4660 is admitted.

13       (Government Exhibit 4660 admitted into evidence)

14  BY MR. NESTLER:

15       Q.   And so here on January 1st, New Year's day, you

16  see that Stewart Rhodes was also now posting in the Okay FL

17  Hangout.  He wrote:  "Some shit is best talked about face to

18  face over a beer, not on a chat.  Makes a big difference

19  difference."

20           And then if we go forward to the next slide, about

21  four minutes later what did you write?

22       A.   "Hey boss, while you're here, any intel on Trump

23  doing anything?"

24       Q.   Why did you write that?

25       A.   Well, obviously now you're even closer to the 6th,

5768

1    and I'm still thinking about whether I want to go up there

2    and just essentially -- and I had the perception based on an

3    earlier message that maybe Stewart knew more about what was

4    going on than I did.

5        Q.    If we go forward about one minute later, Rhodes

6    responded:  "Not yet, keep your fingers crossed."

7            Do you see that?

8        A.    Yes, sir.

9        Q.    If we can go back to the first slide, please,

10   Ms. Rohde.

11           This idea about talking face to face, not on a

12   chat, do you remember that concept coming up?

13       A.    Yes, sir.

14       Q.    What did that mean for you?

15       A.    Obviously whether it would be the FBI or Antifa

16   people or anybody that would be hostile to us and get us in

17   trouble for what we were doing.  You needed to be smart

18   about incriminating yourself, you know, in writing.

19       Q.    Let's -- you can pull that down, please.  So did

20   there come a time when you actually decided to travel to

21   D.C.?

22       A.    Yes, sir.

23       Q.    And were there communications with other members

24   of the group about that trip?

25       A.    Yes, sir.

1    Q.   What was your understanding about the other

2  members' plans for how to get to D.C.?

3    A.   They were traveling in an RV.

4    Q.   And what were they bringing with them in the RV?

5    A.   They had weapons.

6    Q.   What kind of weapons?

7    A.   At least ARs.

8    Q.   And what was your understanding about what those

9  weapons were for?

10    A.   My understanding was they were going to create a

11  QRF, or a separate space group, to hold those weapons in

12  case they were needed, if something went wrong on the 6th.

13    Q.   Were you asked to contribute a weapon to this RV

14  with the weapons?

15    A.   No.  But I told the group that since I was flying

16  I wasn't going to bring one, and then Mr. Meggs told me that

17  he could bring one for me.

18    Q.   What was it that he told you about that

19  specifically?

20    A.   I think he said something to the effect that he

21  had more than one, and his family members had them or

22  something like that.

23    Q.   And did he tell you what kind of weapon he would

24  have for you?

25    A.   I'm pretty sure we talked about an AR.

1      Q.    And were you familiar with ARs?

2      A.    Yes, sir.

3      Q.    Did you let other members of the group know that

4  you knew how to operate an AR?

5      A.    Yes, they knew that.

6      Q.    You said you were flying and not driving; is that

7  correct?

8      A.    Yes, sir.

9      Q.    And why did you decide to fly and not drive?

10     A.    I was going to go to meet me sister at her house,

11 and it's a long distance, I'd be by myself.  So I wasn't

12 going to go with a group because I was going to meet with my

13 sister, and also meet some friends from high school and

14 rendezvous and ride up with them.

15     Q.    Did you in fact fly to meet with your sister in

16 North Carolina?

17     A.    Yes, sir.

18     Q.    On these message boards in advance of your trip,

19 was there any conversation about gear to bring with you?

20     A.    Yes, sir.

21     Q.    What was that conversation?

22     A.    We had talked about the possibility of providing

23 security at the event, and people wanted to know what level

24 of gear to bring.  We talked about bringing -- I forget what

25 they call it, bulletproof vests but not having the plates

1    inside them, helmets and radios, things like that.

2         Q.    Now let's talk about your sister briefly.  She

3    lives in North Carolina; is that correct?

4         A.    Yes, sir.

5         Q.    What was her profession?

6         A.    She was a security officer at a hospital.

7         Q.    And prior to that?

8         A.    She was a police officer.

9         Q.    After flying to North Carolina to see your sister,

10   did you two drive towards the D.C. area?

11        A.    Yes, sir.

12        Q.    Did you bring any firearms with you in the car as

13   you drove from North Carolina towards D.C.?

14        A.    We brought two handguns.

15        Q.    Now let's talk about January 6th itself.  How did

16   you get into the city that day?

17        A.    I took the Metro from the hotel.

18        Q.    And the hotel was in Virginia?

19        A.    Yes, sir.

20        Q.    Did you go to the area behind the White House for

21   President Trump's rally?

22        A.    Yes, sir.

23        Q.    While you were there, did you meet any other

24   members of the Oath Keepers group?

25        A.    Yes, sir.

5772

1      Q.   Who did you meet as far as you remember?

2      A.   I remember Ahab, Mr. Meggs.  And I don't really

3  remember -- I know there were quite a few other people, but

4  I didn't know them before and I don't...

5      Q.   At that point, had you met Ahab before that live?

6      A.   No.

7      Q.   Had you met Kelly Meggs before that live?

8      A.   No.

9      Q.   Now, when the rally was over, what did you do with

10  your gear that you had brought with you?

11      A.   So actually before we entered, we were told we

12  couldn't bring it in.  So we had stored it under the

13  Jumbotron, and one or two people were left in charge of it.

14  So then when we went back out, we put it back on again.

15      Q.   And what kind of gear did you have?

16      A.   I had a vest, an armored vest without the plates

17  in it.  I had a radio, a handheld radio, and a bump helmet.

18      Q.   What about your sister?

19      A.   Essentially the same.  I don't think she had a

20  radio, but I think she had a vest without plates and a

21  helmet -- I think she had a helmet.  She may not have had --

22  I don't remember if she had a helmet or not.

23      Q.   Okay.  Now, when you left the rally, what building

24  were you headed towards?

25      A.   The Capitol.

1      Q.   And why were you going to the Capitol?  What was

2   your understanding about why you were going to the Capitol?

3      A.   It evolved.  Initially we were told that we were

4   going to be escorting somebody who was a relative of a

5   speaker, you know, that was going to be at the Capitol.  And

6   then as we got there, Mr. Meggs became aware of the fact

7   that the barricades had been broached and people were

8   getting into the Capitol.  So then we modified our goal, you

9   know, modified it to be getting up there for that to

10  participate.

11     Q.   Who was it that was providing you with directions

12  and instruction?

13     A.   Mr. Meggs.

14     Q.   And I know you only met Mr. Meggs that one day.

15  If you saw him again, would you recognize him?

16     A.   Yes, sir.

17     Q.   Do you see him sitting here in the courtroom

18  today?

19     A.   I do.

20     Q.   Could you please point out where he's sitting and

21  what he's wearing?

22     A.   He's wearing a gray jacket and he's got glasses.

23         MR. NESTLER:  Let the record reflect, please, the

24  in-court identification of Defendant Kelly Meggs.

25         MS. HALLER:  No objection.

5774

1          **THE COURT:**  The record will reflect an in-court

2     identification of Mr. Meggs by the witness.

3     BY MR. NESTLER:

4          **Q.**  So as you were going towards the Capitol from the

5     rally behind the White House, what was your pace initially?

6          **A.**   Initially it was -- it kind of picked up and

7     accelerated as we were going.  And the person that we were

8     escorting was actually a middle aged overweight lady, and

9     she couldn't keep up.  So we actually wound up stopping

10    probably at about the three-quarter way mark, and Mr. Meggs

11    assigned a couple people to stay with her so that we could

12    move more quickly.

13         **Q.**  Did he tell you why you needed to move more

14    quickly?

15         **A.**   No, but it was self-evident.

16         **Q.**   What was self-evident?

17         **A.**   It was self-evident that -- obviously the general

18    crowd was moving there.  There's this huge air of

19    excitement.  And we all knew that there was the potential

20    for a historical event to be taking place at the Capitol, so

21    we just really wanted to get there.

22         **Q.**   What, if anything, did you observe Kelly Meggs

23    doing with his phone during your walk from the Ellipse

24    towards the Capitol?

25         **A.**   He had it in his hand the whole time, and he was

1    speaking on the phone.

2        Q.    Could you hear what he was saying?

3        A.    No, sir.

4        Q.    What was your understanding, as you were walking

5    along, about who he was talking to?

6        A.    Mr. Rhodes.

7        Q.    Why do you think that?

8        A.    He told us that we were going to rendezvous with

9    Mr. Rhodes when we got there.

10        Q.    As you got closer to the Capitol, did Defendant

11    Meggs say anything of note to you?

12        A.    Since this has occurred, I kind of questioned my

13    own accuracy on this.  But I thought we had talked about

14    somebody getting injured, and there was another member of

15    the Oath Keepers who had medical training who was attending

16    to that person.  And we were getting there to help with that

17    kind of stuff.

18        Q.    Did Meggs say anything about people being inside

19    of the Capitol?

20        A.    He did, he said that the Capitol had been

21    breached.  I think he said something to the effect:  "We

22    were in, we're in."

23        Q.    And what did that mean for you that Kelly Meggs

24    said that "we're in" or the Capitol had been breached?

25        A.    Well, unfortunately for me at the time, it meant I

1    felt it was like a Bastille type moment in history where in

2    the French Revolution it was that big turning point moment

3    where the population made their presence felt.  I thought it

4    was going to be a similar type of event for us.

5        Q.    When Meggs made this comment to you, what was his

6    mood, his tone?

7        A.    It was similar to my own, everybody in the group

8    were energized and wanted to get there to participate in

9    whatever was going on.

10       Q.    When you got to the Capitol, did you observe a

11   crowd there?

12       A.    Yes, sir.

13       Q.    Can you describe it for us?

14       A.    It was massive and loud and chaotic.  It was

15   crazy.

16       Q.    What was the mood generally like?

17       A.    Extremely energetic and loud.

18       Q.    Earlier we talked about how with only a couple

19   hundred people or a thousand people you couldn't actually

20   accomplish anything.  Remember you saying that?

21       A.    Yes, sir.

22       Q.    Now here when you're at the Capitol and you see

23   the crowd and you feel this mood, has your opinion changed?

24       A.    Certainly that crowd would be capable of doing

25   something.

5777

1      Q.    What did you think?

2      A.    I thought the crowd was actually probably in the

3   process of doing something.

4      Q.    And what did that mean for you individually?

5      A.    Again, unfortunately for me at the time, it meant

6   it was exhilarating.  I felt like I was going to be part

7   of -- maybe even like an integral or an important part of

8   what was happening.

9      Q.    And what do you think that meant for the Oath

10  Keepers as a group, the people you were with?

11     A.    I thought that they probably felt the same way.

12     Q.    When you got to the area of the Capitol, how was

13  it that you and the other members of your group were able to

14  move through the crowd?

15     A.    We were recognized as Oath Keepers, and the crowd

16  parted and allowed us up the steps.

17     Q.    What do you mean you were recognized as Oath

18  Keepers?

19     A.    Actually people started yelling:  "The Oath

20  Keepers are here," or something to that effect and kind of

21  cheering us on.

22     Q.    How did that make you feel?

23     A.    Excited and motivated.

24     Q.    You said the crowd parted and let you up the

25  steps; is that right?

1      **A.**   Yes, sir.

2      **Q.**   What did you want to accomplish at this point?

3      **A.**   If you had asked me the question at the time, I

4  don't know if I could have really articulated as precisely

5  what I wanted to accomplish.  But obviously all of us were

6  aware of what was going on in the building, and we were

7  upset about what was happening.  So in some form, I wanted

8  to have some kind of an impact on that and change what was

9  happening.

10     **Q.**   And what was it that Congress was doing inside of

11  the building?

12     **A.**   They were approving the election.

13     **Q.**   If we could pull up on the screen Exhibit 4650,

14  please, just for the witness.

15           When you were inside of the Capitol building, who

16  initially were you staying close to?

17     **A.**   I found out later his name was Kenny.

18     **Q.**   Did you know his name before that day?

19     **A.**   No.

20     **Q.**   And had you met him before that day?

21     **A.**   No.

22     **Q.**   And if you saw Kenny again, would you recognize

23  him?

24     **A.**   I'm not sure, probably not.

25     **Q.**   How long did you interact with him that day?

5779

1          A.    Maybe half an hour.

2          Q.    And when you were in the building, how was it that

3    you were staying in communication with Kenny?

4          A.    We went in with our shoulder -- hands on each

5    other's shoulders, and maintained that for some period of

6    time when we were in the building.  We got separated not

7    long after we got in.

8          Q.    Sure.  I'm going to pull up on the screen

9    Exhibit 4650 just for the witness.

10               Do you recognize this photograph?

11         A.    Yes, sir.

12         Q.    Are you in it?

13         A.    Yes, sir.

14         Q.    Does it fairly and accurately depict what you

15   recall happening inside of the Capitol building?

16         A.    Yes, sir, it does.

17               **MR. NESTLER:**  Move into evidence Exhibit 4650.

18               **MS. HALLER:**  No objection.

19               **THE COURT:**  4650 will be admitted.

20          (Government Exhibit 4650 admitted into evidence)

21   **BY MR. NESTLER:**

22         Q.    And can you do us a favor, Mr. Young, can you

23   circle -- that screen in front of you is a touch screen.

24   Can you circle yourself?

25          (Witness complies)

1    Q.    And so you circled the person with the black

2  helmet on; is that right?

3    A.    Yes, sir.

4    Q.    And you have your right hand on someone's

5  shoulder?

6    A.    Yes, sir.

7    Q.    Whose shoulder is that?

8    A.    That's Kenny.

9    Q.    And could you circle Kenny for us.

10    (Witness complies)

11    Q.    And you've circled the person in the center of the

12  screen?

13    A.    Yes, sir.

14    Q.    Tell us, what was it like inside of the Rotunda?

15  What did it sound like, what did it feel like?

16    A.    It was pandemonium.  There was a lot of screaming

17  and yelling and people running around aimlessly.  There were

18  police randomly running through the crowd, you know, trying

19  to get people out.  I saw a shoving match between a police

20  officer and some people.  Yeah, it was crazy.

21    Q.    Did you see any members of Congress inside of the

22  Rotunda?

23    A.    No, sir.

24    Q.    Were you able to accomplish what you wanted to

25  accomplish by being inside of the Rotunda?

5781

1      A.   No.

2      Q.   Did you try to go somewhere else?

3      A.   Yes, sir.

4      Q.   Why?

5      A.   Kind of a couple of reasons.  One was I had no

6  idea where I was or what was going on, so I was kind of

7  generally following the crowd.  But I was also following the

8  crowd because I felt like we hadn't achieved or done

9  anything at that point.

10     Q.   And where would you go in order to achieve or do

11 something?

12     A.   Eventually you'd have to try to make contact -- or

13 do both, or disrupt Congress wherever they were meeting.

14     Q.   If we could pull up Government Exhibit 1102.1,

15 it's already in evidence.

16          And have you seen this scene before, Mr. Young?

17     A.   Yes, sir.

18     Q.   If we can play it forward until about 10 seconds,

19 then look at the bottom left corner.

20     (Video played)

21     Q.   Do you see the black helmet just appear in the

22 bottom left corner?

23     A.   Yes.

24     Q.   Do you recognize that?

25     A.   That's more than likely my head.

5782

1      Q.    If we can just go back a couple seconds,

2   Ms. Rohde, and play that again.  And maybe pause it at about

3   nine seconds, Ms. Rohde, right there.

4      (Video played)

5      Q.    Can you see that person in the black helmet there

6   at the bottom left?

7      A.    Yes, sir.

8      Q.    Does that look like you?

9      A.    Yes.

10     Q.    You mentioned the need to leave the Rotunda to go

11  somewhere else.  Where were you trying to go?

12     A.    Wherever the people in Congress are approving the

13  process.

14     Q.    And what was the mood like in this hallway you

15  were in?

16     A.    The mood, did you say the mood?

17     Q.    Yeah, the mood.

18     A.    It was loud and boisterous and energetic, pushing.

19     Q.    Were you one of the people pushing?

20     A.    Yes.

21     Q.    Were you pushing towards the Rotunda or away from

22  the Rotunda?

23     A.    The Rotunda is the big round -- oh, away.

24     Q.    Why?

25     A.    To make further progress up the hallway.

5783

1      Q.   Did you notice anything about the air while you

2  were in the --

3      A.   Eventually, yeah.

4      Q.   What was it that you noticed?

5      A.   There was tear gas in the air.

6      Q.   What did that mean for you?

7      A.   Obviously that the resistance was building, the

8  resistance to us trying to get in was building.

9      Q.   Who did you think was resisting you?

10     A.   This is going to sound ridiculous, but initially I

11 thought it was the building may have had some kind of

12 security apparatus, you know, like something that would

13 spray.  Because I didn't see -- I was so far back I couldn't

14 see the conflict in the front.  But then upon further

15 thought, it was obvious the police were doing it.

16     Q.   And so how do you feel about the fact that you

17 were pushing towards a line of police officers?

18     A.   Today I feel extremely ashamed and embarrassed.  I

19 just feel bad about it.

20     Q.   How did you feel at the time?

21     A.   I felt like, again, we were continuing in some

22 kind of historical event to achieve a goal.

23     Q.   Shortly after -- well, were you able to get down

24 this hallway?

25     A.   No.

1    Q.    And shortly afterwards, did you leave the Capitol

2    building?

3    A.    Yes, sir.

4    Q.    With other members of your Oath Keepers group?

5    A.    Yes, sir.

6    Q.    And after you all left the building, did you sort

7    of congregate around?

8    A.    Yes, sir.

9    Q.    Who was there?

10   A.    I remember talking to Kenny.  My sister was there.

11   But there were a lot of other people there, most of whom I

12   hadn't met before, so I'm not sure who they were.

13   Q.    Was Kelly Meggs there?

14   A.    Yes.

15   Q.    And what about Stewart Rhodes?

16   A.    I found out later that he was there, I didn't know

17   at the time.

18   Q.    While you were outside of the building, did you

19   have a conversation with Kenny?

20   A.    Yes, sir.

21   Q.    And tell us about what it is that Kenny told you

22   about the police's level of protection inside the building?

23   A.    Well, we talked as a group about the apparent

24   equipment that the police had on.  They had on it looked

25   like plastic armor covering.  We talked about how effective

1     or ineffective that would be against weapons, firearms.

2          Q.   And what was it that Kenny was saying about the

3     police's level of protection, their gear on their chests?

4          A.   It seemed like it would be ineffective against

5     firearms.

6          Q.   What did that mean for you that Kenny was telling

7     you that the police's gear appeared to be ineffective

8     against firearms?

9          A.   Well, we'd also spoke about gas masks and the fact

10    that we didn't have them.  And the whole general context was

11    if we had been more geared up and prepared, we might have

12    been able to get through the police barrier.

13         Q.   With gas masks?

14         A.   Yes, sir.

15         Q.   And what about with weapons?

16         A.   Same.

17         Q.   How would having -- I know this sounds like an

18    obvious question, but how would having weapons help you get

19    further given the police's level of protection and their

20    gear?

21         A.   Initially I suppose we could threaten them, and if

22    that wasn't successful you would engage them, shoot at them.

23         Q.   What was Kenny's mood when he was telling you this

24    about the police's level of protection?

25         A.   At that point, we were still all kind of amped

1    about what was happening.

2        Q.    How did you feel when Kenny was saying these

3    things?

4        A.    I think I was -- I was 50/50 starting to -- my

5    sister, with her background in law enforcement, she more

6    quickly than me was starting to engage in the oh crap, this

7    is bad, we're in trouble.  She was starting to -- I was

8    starting to pick up on that from her.  But I also started --

9    sort of was still amped, so I kind of was coming down from

10   being amped.  And obviously when you're in there, you're

11   kind of in a survival mode, so you're just kind of reacting

12   on instinct.  And I think I was starting to slowly come out

13   of that and start thinking.

14       Q.    If we can pull up just for Mr. Young

15   Exhibit 4654.2.

16             Did you post something on Facebook while you were

17   still on the Capitol grounds outside with the rest of this

18   group?

19       A.    Yes, sir.

20       Q.    Is this what you posted on Facebook?

21       A.    Yes, sir.

22             MR. NESTLER:  Move into evidence, Your Honor,

23   4654.2.

24             MS. HALLER:  No objection.

25             THE COURT:  4654.2 is admitted.

1           (Government Exhibit 4654.2 admitted into evidence)

2      **BY MR. NESTLER:**

3      **Q.**   So around 4:22 p.m. Eastern Time, what is it that

4      you posted to Facebook, Mr. Young?

5      **A.**   I posted:  "We stormed and got inside."

6      **Q.**   Why did you write that?

7      **A.**   Like I was talking about earlier with that context

8      of like the Bastille type of event, I thought that I had

9      participated in something that was potentially a

10     historically meaningful event, and I was kind of bragging I

11     guess.

12     **Q.**   And storm, you used that word here, right?

13     **A.**   Yes, sir.

14     **Q.**   Why?

15     **A.**   Well, because obviously we had to overcome

16     resistance to get in, so we did.

17     **Q.**   And you talk about Bastille.  Can you explain for

18     the members of the jury what your understanding of the

19     French Revolution is and what happened with Bastille being

20     stormed?

21     **A.**   Yeah, sorry.

22     **Q.**   That's okay.

23     **A.**   So I like to read a lot of history and stuff.  The

24     French Revolution obviously happened right after ours.  It

25     kind of was inspired by ours.  Their general population

1    stood up and resisted kings and tyrants.  It started by

2    them -- Bastille was a jail that had political prisoners in

3    it.  It was attacked by the population, and they freed the

4    political prisoners.  And that was the beginning of the

5    French Revolution.

6         **Q.**   And so the people attacked the government?

7         **A.**   Yes, sir.

8         **Q.**   How does that have a parallel to what it is that

9    you did on January 6th?

10        **A.**   Well, the people were obviously attacking the

11   government in their functioning.

12        **Q.**   Let's talk about later on the night of January

13   6th.  Did you eventually leave D.C. with your sister Laura?

14        **A.**   Yes, sir.

15        **Q.**   And where did you go?

16        **A.**   I went to her house.

17        **Q.**   Back in North Carolina?

18        **A.**   Yes, sir.

19        **Q.**   The next day was January 7th, right?

20        **A.**   Yes.

21        **Q.**   What did you do on January 7th with all of the

22   gear that you had with you?

23        **A.**   My sister's got a burn pile in the back of her

24   yard where they burn refuse and stuff like that, and we

25   burned it in that pile.

1    Q.    What is it that you burned?

2    A.    We burned the bump helmet and the vest.

3    Q.    Your bump helmet and vest?

4    A.    And hers.

5    Q.    Did you have an Oath Keepers T-shirt?

6    A.    Yes, sir.

7    Q.    What did you do with that?

8    A.    Same.

9    Q.    Why did you burn all of this equipment and

10   clothing and shirt?

11   A.    The primary reason was to destroy the trail of

12   evidence of what we had participated in.  By then we were

13   obviously -- my sister and I were solidly in freak-out mode

14   and scared.  But also emotionally, because I was trying

15   to -- that's when the embarrassment about the whole thing

16   kicked in, too.  I didn't want my mom -- my mom was with my

17   sister.  I'm like I'm going to have to tell my mom, I'm

18   going to have to tell my sister's husband.  It was just

19   really getting me.

20   Q.    And what did your sister's husband do at the time

21   as a profession?

22   A.    He was a police officer.

23   Q.    If we can pull back up 4650, please, the jpeg

24   version.  We can leave the PDF version, that's fine,

25   Ms. Rohde.

1           This photograph that we were looking at, did you

2     see a similar photograph publicized in the news around this

3     time?

4     **A.**    Yes, sir.

5     **Q.**    How did that make you feel?

6     **A.**    Freaked out, scared.

7     **Q.**    Why?

8     **A.**    I knew I was -- I knew the FBI was going to be at

9     my door quickly, soon.

10    **Q.**    We saw your Facebook account earlier, right, some

11    of your Facebook posts?

12    **A.**    Yes, sir.

13    **Q.**    What did you do with respect to your Facebook

14    account around this time?

15    **A.**    I deleted it.

16    **Q.**    Why?

17    **A.**    Same kind of with the gear, it was primarily to

18    remove traces and evidence of what I had done, not just from

19    the law enforcement but from some people in general.  I just

20    wished the whole thing would go away.

21    **Q.**    And you had Signal on your phone at the time,

22    right?

23    **A.**    Yes, sir.

24    **Q.**    What did you do with your Signal app?

25    **A.**    I deleted it.

1    Q.    Why?

2    A.    Same reason -- well, that one was not so much for

3    other people, that was strictly to get rid of evidence.

4    Q.    Did you get arrested a short time later?

5    A.    On February 15th.

6    Q.    How did you feel when you got arrested?

7    A.    Terrified, scared, embarrassed.  I obviously

8    started to fear the consequences of what was coming.

9    Q.    Did you eventually plead guilty?

10    A.    Yes, sir.

11    Q.    What did you plead guilty to?

12    A.    I participated in a conspiracy to obstruct

13    Congress.

14    Q.    And which judge did you stand in front of when you

15    pled guilty?

16    A.    Judge Mehta.

17    Q.    If we can pull up on the screen, please,

18    Ms. Rohde, just for the witness Exhibit 4651.

19          Is this your plea agreement, Mr. Young?

20    A.    Yes, sir.

21          MR. NESTLER:  The government moves into evidence

22    4651.

23          MR. BRIGHT:  No objection.

24          THE COURT:  4651 is admitted.

25          (Government Exhibit 4651 admitted into evidence)

1    BY MR. NESTLER:

2        Q.    Under your plea agreement, what are your

3    obligations, Mr. Young?

4        A.    I'm obligated to -- I can't go to D.C. anymore.  I

5    have to tell the truth when I'm asked questions about what

6    took place on and before the 6th.

7        Q.    And what is your understanding of what the

8    government's obligations are under the plea agreement?

9        A.    There's really not a whole lot of obligations from

10   the government.  I did -- something to the effect where I

11   guess I wouldn't continue to get further charges unless they

12   were violent, I think I remember something like that in the

13   agreement.

14       Q.    What do you hope the government's going to do with

15   respect -- well, let me step back for a second.

16             You pled guilty in front of Judge Mehta about a

17   year ago; is that right?

18       A.    Yes, sir.

19       Q.    Have you been sentenced for your crimes yet?

20       A.    Not yet.

21       Q.    When it comes time for you to be sentenced, who

22   makes the decision about what sentence you get?

23       A.    Judge Mehta.

24       Q.    What do you hope the government will do when it

25   comes time to recommend a sentence to Judge Mehta?

1      **A.**    I hope that the government will take into account

2    the fact that I'm really sorry for what I did and...

3      **Q.**    It's okay, take your time.  It's okay.

4      **A.**    And they understand that I won't do anything like

5    that ever again.  It's really embarrassing.  Sorry, sorry.

6      **Q.**    It's okay, take your time.  Why is it that you

7    pled guilty, Mr. Young?

8      **A.**    For two reasons.  Primarily obviously because I

9    was guilty, and I know that.  That's on a practical level.

10    And on a personal level, to be forgiven, you have to

11    confess.  I feel like I needed to confess completely and

12    wholly.

13          **MR. NESTLER:**  Thank you, Mr. Young.  I have no

14    further questions, Your Honor.

15          **THE COURT:**  Thank you, Mr. Nestler.

16          Mr. Bright.

17    <u>**CROSS-EXAMINATION OF GRAYDON YOUNG**</u>

18    BY MR. BRIGHT:

19      **Q.**    Thank you, Your Honor.  Good afternoon, Mr. Young.

20    How are you?

21      **A.**    Good afternoon.

22      **Q.**    I appreciate your presence here today.  As you can

23    understand, I have a few questions for you.  My name is

24    James Lee Bright, I represent Stewart Rhodes.

25          You've never met Mr. Rhodes, have you?

1          A.    No, sir.

2          Q.    You never exchanged any direct discussions

3     in-person, on the phone or otherwise with Mr. Rhodes?

4          A.    No, sir.

5          Q.    Your contact with him, including on Wednesday,

6     January 6th, 2021, historically was limited to a couple of

7     text Signal chat exchanges that we witnessed here; is that

8     correct?

9          A.    Yes, sir, that's correct.

10         Q.    And beyond that, in your associations with

11    Mr. Meggs, Ahab and then Kenny Harrelson, from what you

12    seemed to have detailed today, those interactions in terms

13    of in-person are the sum total of your general interactions

14    with Oath Keepers in-person?

15         A.    Yes, sir, all my interactions were the texts and

16    the phone conversations.

17         Q.    But in-person was really just --

18         A.    Oh, in-person, the only in-person was on the 6th,

19    yes, sir.

20         Q.    I'm going to start off, if I may, with what kind

21    of brings you here today, and then we're going to work our

22    way back to your associations with the Oath Keepers.

23               You voluntarily pled guilty in this case on

24    June 16th, 2021, correct?

25         A.    Yes, sir.

5795

1      Q.   And your first interactions with the federal

2   government started February 22nd, 2021, is that correct,

3   about a week and one day after you were arrested?

4      A.   That sounds correct.  I don't know exactly --

5   that's probably correct.

6      Q.   Relatively soon --

7      A.   It was quick.

8      Q.   -- after you were arrested, you had your first

9   meeting with these prosecutors or other FBI agents, correct?

10     A.   Again, it was a long time ago so I can't remember

11  exactly what happened when.  But that sounds -- I don't

12  doubt what you're saying is true.

13     Q.   Okay, perfect.  So from the period of time from

14  June 22nd (sic) to when you pled guilty on June 16th, 2021,

15  would it be reasonable to suggest that you had anywhere from

16  four to seven meetings with the government in preparation

17  for your guilty plea?

18     A.   Yes, sir.

19     Q.   Okay.  And do you recall on the same day that you

20  entered your guilty plea in the afternoon, 2:00 p.m. in the

21  afternoon before Judge Mehta, that you also gave sworn

22  testimony on the same day?

23     A.   Yes, sir, I did.

24     Q.   Okay.  Now let's start out with the plea agreement

25  itself.  You voluntarily and you knowingly pled to two

5796

1    counts; is that correct?

2        A.    You mean it would have been the conspiracy and the

3    obstruction?

4        Q.    Yes.

5        A.    Yes.

6        Q.    Okay.  And certainly through your representation

7    by counsel, you became aware or had it explained to you what

8    the range of punishment in those cases were, correct?

9        A.    Yes.

10       Q.    And so you went into that agreement freely and

11   voluntarily, correct?

12       A.    Yes, sir.

13       Q.    Not because anyone forced you?

14       A.    No.

15       Q.    And not because anyone promised you anything,

16   correct?

17       A.    That's true.

18       Q.    Okay.  But you went into it, and it's clear in

19   this because you signed on it, correct?

20       A.    Correct.

21       Q.    So you were aware of the amount of prison time

22   that you're facing?

23       A.    Yes, I am.

24       Q.    And that prison time is based on the two counts

25   that you voluntarily pled to, correct?

1      **A.**    Yes.

2      **Q.**    Conspiracy, what does conspiracy mean to you?

3    What was your understanding of conspiracy when you entered

4    into the plea agreement?

5      **A.**    When more than one person agrees to commit a

6    crime.

7      **Q.**    Agrees to commit a crime, more than one person?

8      **A.**    Yes, sir.

9      **Q.**    Okay.  You'll forgive me, but in listening to you

10   for the past hour or so, I haven't heard you articulate an

11   actual agreement with anybody to commit a crime, have you?

12     **A.**    It was implicit to me at the time.

13     **Q.**    Did you articulate today an actual agreement with

14   another person to commit a crime?

15     **A.**    I'm not a lawyer, so I don't know how to answer

16   that question exactly.

17     **Q.**    Did you have a conversation with anybody on the

18   6th that you were going to commit a crime?  I understand you

19   followed people.

20     **A.**    Right, yes.

21     **Q.**    You didn't, did you?

22     **A.**    I did not explicitly say --

23     **Q.**    That's not --

24     **A.**    -- let's get together and commit --

25          **MR. NESTLER:**  Objection.  Let the witness finish,

1    please.

2    **BY MR. BRIGHT:**

3        **Q.**   Fair enough.  I apologize, sir.  Please.

4        **A.**   I didn't explicitly say let's commit a crime, but

5    I thought it was implicit.

6        **Q.**   Okay.  To your understanding, what's the amount of

7    time you're potentially looking at as part of your guilty

8    plea?

9        **A.**   Up to 72 months.

10       **Q.**   Seven and a quarter years in prison?

11       **A.**   Yes.

12       **Q.**   Okay.  And as part of your plea agreement -- and I

13   have a copy if it would refresh your memory, you did indeed

14   agree to cooperate, correct?

15       **A.**   Yes.

16       **Q.**   And you understood as part of that cooperation the

17   government agreed to not bring any further charges against

18   you?

19       **A.**   Yes, sir.

20       **Q.**   And they also agreed to potentially make a motion

21   on behalf of the government that based on what you're doing

22   today, you can get a reduction in your sentence; is that

23   correct?

24       **A.**   There's a potential for that, yes, sir.

25       **Q.**   Okay.  And that's called a 5K1.1 motion, correct,

1  you're familiar with that?

2      **A.**   I'm not familiar with the exact -- I'm familiar

3  with the concept, not exactly what you just said.

4      **Q.**   So you're familiar then that it's a departure,

5  it's a way of getting your case reduced?

6      **A.**   Yes, sir.

7      **Q.**   And it's called substantial assistance, correct?

8      **A.**   Yes.

9      **Q.**   And so you're aware that while you waived your

10  right to variances before the Court, you reserved your right

11  that upon your help from the -- with the government, your

12  hope was that they would be lenient on you, correct?

13      **A.**   Yeah.

14      **Q.**   Okay.  And you actually -- the same day that you

15  entered this plea, under oath, under sworn testimony you

16  said that your hope in doing so was leniency from the

17  government, correct?

18      **A.**   I said that?

19      **Q.**   You said that under oath, didn't you?

20      **A.**   I said a lot and have been involved in a lot.  I

21  can't remember everything.  I believe you that I said that.

22      **Q.**   So you have a motivation to be here to testify

23  today; is that accurate?

24      **A.**   Yes.

25      **Q.**   Okay.  I'd like to go back and start, if I may,

1    when you first started getting interested and started

2    investigating groups like the Oath Keepers, that was in the

3    year of 2020, correct?

4        A.   Yes, sir.

5        Q.   That was a rough year for a lot of people, wasn't

6    it?

7        A.   Yes, sir.

8        Q.   You've talked about Antifa and other groups that

9    you felt were motivating you to want to be a part of these

10   groups, correct?

11       A.   Yes, sir.

12       Q.   Can you recall for me perhaps when you first

13   really started getting interested in the Oath Keepers?  You

14   said it was your sister that got you interested?

15       A.   She was the one who told me about the existence of

16   the organization.

17       Q.   Do you recall perhaps exactly when that might have

18   been?

19       A.   No.  It was not -- it was close in time.  It would

20   have been within probably weeks of when I joined or days

21   even, I think.

22       Q.   Do you recall when that general period of time was

23   when you got interested in --

24       A.   During the election period.

25       Q.   I'm sorry?

1       A.    During the election period.

2       Q.    Okay.  Was it before or after the election?

3       A.    I think it was after the election.

4       Q.    Okay.  And certainly you had not joined by the

5    time that you went to the march in the District of Columbia,

6    the first one, correct?

7       A.    True, yes.

8       Q.    And so that was November 14th?

9       A.    That's true, yes.

10      Q.    So we can say that you really were only a member

11   of the Oath Keepers, in any form at all, for roughly about a

12   month and a half; does that sound reasonable?

13      A.    Yes, sir.

14      Q.    And did you attend any events specifically of

15   theirs in that lead-up period?

16      A.    Besides the Stewart -- I mean, the one we talked

17   about earlier -- I forgot the guy's name.

18      Q.    I believe there was a security detail for Roger

19   Stone.

20      A.    Yeah, yeah, Roger Stone.

21      Q.    That's his guy, right?

22      A.    Yeah.

23      Q.    But leading up to the days of January 6th, that

24   would have been your only direct interaction with the group?

25      A.    Yes, sir.

1      Q.   And despite the language that we saw being used in

2    your consultations with Mr. Rhodes on the Signal chat, there

3    had been nothing else in terms of your involvement, right?

4      A.   That's correct, sir.

5      Q.   Leading up to the January 6th date, you said that

6    you went and you stayed with your sister on the 5th,

7    correct?

8      A.   Yes, sir.

9      Q.   And you went into the city, per your testimony, on

10    the day before, January 5th, correct?

11      A.   Yes.

12      Q.   Why did you go into the city on January 5th?

13      A.   My sister and I both rendezvoused with some

14    friends that we had from high school, and we kind of agreed

15    as a group to go in and kind of see the lay of the land.  We

16    hadn't been in D.C., any of us, before.  We didn't really

17    know where things were.  Just kind of to orient ourselves.

18      Q.   You were familiarizing yourself with the city?

19      A.   Yeah.  And also I thought it might be an

20    opportunity to find out -- I had that radio I talked about

21    before.  I had never interacted with the radio with the

22    group, and I was going to try to see if I could find a way

23    to figure that out.  But I couldn't get that done that

24    night.

25      Q.   At that point on January 5th, had you planned to

5803

1     go and breach the Capitol building?

2          A.    No.

3          Q.    Would you consider going into the city,

4     familiarizing yourself with it and getting the lay of the

5     land reconnaissance?

6          A.    I guess it depends on the context in which you're

7     using the word.  I mean, in the sense of --

8          Q.    There was nothing nefarious about what you were

9     doing, was there?

10         A.    No.

11         Q.    There was no malintent in going and looking at it

12    and getting the lay of the land, correct?

13         A.    No.

14         Q.    Because you had at that point no intent of

15    breaching the Rotunda, correct?

16         A.    No, I was with my sister and my high school

17    friends, and they certainly -- they weren't members of the

18    Oath Keepers.  And they actually were religious, nice

19    people, so there was no -- none of that.

20         Q.    Where did you return to on the 5th after you had

21    gotten the lay of the land in D.C.?

22         A.    I went back to my hotel room.

23         Q.    And where was that?

24         A.    It was in Virginia.  I don't remember the name of

25    the city, but it was like a half an hour ride on the train.

5804

1      Q.   The next day you got up, and you came into the

2  city with your sister and who else?

3      A.   We got up early in the morning and went looking

4  for the rest of the Oath Keepers group to meet with them,

5  because we thought we were participating in a security

6  detail.

7      Q.   When you were not having contact with them, why

8  did you make that presumption?

9      A.   Because --

10      Q.   How would you know where to go?

11      A.   I didn't know exactly where to go, but I knew from

12  talking in Signal roughly where to go.  I think I knew it

13  was the Ellipse, if I remember.

14      Q.   Okay.  And you didn't bring any firearms into the

15  city, correct?

16      A.   No, sir.

17      Q.   And you actually testified under sworn -- under

18  oath that part of the reason you do that, and that you also

19  knew the Oath Keepers didn't do that, is because there are

20  strict gun laws in the city of D.C.?

21           MR. NESTLER:  Objection as to form.

22           THE COURT:  If you can just reword it -- rephrase

23  it, Mr. Bright.

24  BY MR. BRIGHT:

25      Q.   Certainly.  You knew that it was illegal to bring

5805

1      firearms into the city, correct?

2          A.   Correct.

3          Q.   And you had been part of discussions with Oath

4      Keepers that they were aware of it also, correct?

5          A.   Yes.

6          Q.   Okay.  So there was a general consensus, to your

7      understanding, that the Oath Keepers were not bringing

8      weapons into the city, correct?

9          A.   Yes, sir.

10         Q.   And you never witnessed any during the entire day

11     of January 6th, correct?

12         A.   Correct.

13         Q.   Including when you were storming the Capitol, you

14     did not witness anybody bringing out weapons?

15         A.   Correct.

16         Q.   Now, you've referenced that there were talks that,

17     gosh, maybe we could have done more if we had them, correct?

18         A.   Yes.  Yes, sir.

19         Q.   Okay.  So you're also then aware that if they had

20     so desired, the Oath Keepers had weapons outside of the

21     District?

22         A.   Yes, sir.

23         Q.   What were those called?

24         A.   I'm sorry, what were --

25         Q.   Well, do you recall that there was a specific

1   name?

2       A.   QRF.

3       Q.   What's QRF?

4       A.   I think it means quick response force, I think.

5   My own understanding of it was from watching Seals on TV.

6   It's like a support group.

7       Q.   Okay.  Would you have considered it at the time a

8   support group that could have been called in?

9       A.   Yes.

10      Q.   Were you aware of any of the specifics regarding

11  the manner in which the Oath Keepers planned this?

12      A.   No, sir.

13      Q.   But you're aware they existed?

14      A.   Yes, sir.

15      Q.   So when people were opining afterwards that more

16  could have been done if there had been weapons, you're aware

17  that there were weapons available if they had so desired?

18      A.   Yes, sir.

19      Q.   Okay, thank you.  The Court's indulgence just a

20  moment, Your Honor, I apologize.

21      (Brief interruption)

22      Q.   Do you recall in the June 21st testimony that you

23  gave in 2021 talking about how the decision was actually

24  made to leave the Ellipse to go up to the Capitol?

25      A.   Are you asking me if I recall my testimony or --

1        Q.    Yes.

2        A.    -- do I recall what actually happened?  No, I

3   don't recall my testimony.

4        Q.    Would you agree with me that at the time when you

5   were asked by Mr. Nestler why did you think people were

6   going up to the Capitol, do you not recall under oath

7   stating that it's because Trump told you all to?

8        A.    I just don't remember.

9        Q.    Would you agree with me that it's likely that that

10  was your answer?

11       A.    That could have been my answer.

12       Q.    Was that the general mood in the air?  We've

13  talked a lot about how you felt.

14       A.    Yes.

15       Q.    Do you agree with me that a lot of people in that

16  group, unlike the allegations here, they actually felt that

17  they had been directly told to go to the Capitol by

18  President Trump?

19            MR. NESTLER:  Objection as to form.

20            THE COURT:  Sustained.  Rephrase it.

21  BY MR. BRIGHT:

22       Q.    Were you aware that others felt similarly to you?

23       A.    I assumed so.

24       Q.    But you felt that way, you had testified under

25  oath you actually had been -- you would agree with me that

1    you felt personally that you had been told to go up there by

2    President Trump?

3        A.    Not me personally, but I do feel like he told the

4    group, yeah, yeah.

5        Q.    So it wasn't Mr. Meggs that decided to go to the

6    Capitol, correct?  You were on a security detail, but you

7    felt the group writ large --

8        A.    Well, he talked to us before we left when we were

9    sitting at the Ellipse about escorting somebody to the

10   Capitol.  So he did tell us.

11       Q.    As you progressed to the Capitol building, you

12   left behind the young woman that you've detailed, correct?

13       A.    Yes.

14       Q.    What was the size of your group at that point?

15       A.    I would guess less than 12 and more than six.

16       Q.    So half dozen or so?

17       A.    Something like that.

18       Q.    When you did get to the Capitol building, you can

19   see the crowd because you were coming in from the west,

20   correct?

21       A.    I could see the crowd, yes.

22           MR. BRIGHT:  May I approach, Your Honor?

23           THE COURT:  Yes.

24   BY MR. BRIGHT:

25       Q.    I'm going to show you, sir, what's been marked as

1       the Government's Exhibit 1653.  Do you recognize this?

2           **A.**    That's the Capitol.

3           **Q.**    What side of the Capitol is that?

4           **A.**    I don't know.

5           **Q.**    This is the east side and this is the west side,

6       correct, if this is the Colombian doors where you entered?

7           **A.**    You know, it was all kind of a blur for me that

8       day.  I just -- I'm sure you're saying something that's true

9       and correct, I just don't remember that.

10          **Q.**    The evidence has shown that we're looking at the

11      east side from this direction.

12          **A.**    Okay.

13          **Q.**    As you were approaching from the west side, you

14      were coming from the Ellipse, correct?

15          **A.**    We were coming from the Ellipse, yes.

16          **Q.**    What was it you saw about the crowd at that time?

17          **A.**    They were all over the steps and all around the

18      steps.

19          **Q.**    How many people did you see?

20          **A.**    Gosh, I have no idea, just in the thousands.

21          **Q.**    Okay.  Mr. Nestler asked you if you had greater

22      people, greater numbers, you had a greater capability to

23      carry out some type of operation, correct?

24          **A.**    Yes, sir.

25          **Q.**    But to your knowledge, the Oath Keepers that you

1    were with were only six to 10 -- six to 12 people, correct?

2        A.    That's true, yes.

3        Q.    Unarmed?

4        A.    Yes.

5        Q.    Okay.  Now, where did you go to when you came

6    around the west side of the Capitol?  How did you know to go

7    where you were going?

8        A.    I was following the guy in front of me.

9        Q.    You were just following people?

10       A.    Yeah.  I didn't know --

11       Q.    You were just following people when you joined

12   this group, weren't you?

13       A.    Yeah, I wasn't a leader of the group.

14       Q.    I didn't suggest that.

15       A.    Yeah.

16       Q.    When you were in what's been defined as stack

17   formation -- do you recall that?

18       A.    Yes, sir.

19       Q.    Hands on the backs?

20       A.    Yes.

21       Q.    Do you recall giving sworn testimony regarding

22   that?

23       A.    Again --

24       Q.    June 21st?

25       A.    I know it was talked about, I don't remember

5811

1    exactly what was said.

2            MR. BRIGHT:  May I approach just to have the

3    witness refresh his memory, Your Honor?  I can put it on

4    here instead.

5            MR. NESTLER:  Objection as to form, there's no

6    question pending.

7            MR. BRIGHT:  I did ask him if he remembered, Your

8    Honor.

9            THE COURT:  Well --

10   BY MR. BRIGHT:

11      Q.   Do you recall giving sworn testimony as to why you

12   all chose to approach in that fashion?

13           THE COURT:  Why don't we get on the phone real

14   quick.

15       (Sidebar discussion)

16           THE COURT:  So Mr. Bright, in my view, the sort of

17   orderly way to do this is to say isn't it true that X, and

18   if he doesn't deny it or can't recall, then you can confirm,

19   okay?

20           MR. BRIGHT:  That was the way I was going to

21   rephrase it, Your Honor.

22           THE COURT:  Okay, thank you.

23       (Open court)

24   BY MR. BRIGHT:

25      Q.   Isn't it true, sir, that the sworn testimony you

1    had stated --

2        **THE COURT:**  Mr. Bright, it's --

3    BY MR. BRIGHT:

4        **Q.**   Would you agree with me, sir, that the reason you

5    approached stacked was that it was just a common-sense way

6    to do things?

7        **A.**   Yes.

8        **Q.**   And you would agree with me that it's something

9    that's very common, simple and used at generalized sporting

10   events?

11       **A.**   Yes.

12       **Q.**   So from your perspective, there was nothing about

13   it that was militaristic, it was just a simple, common-sense

14   way to move through a crowd?

15       **A.**   I don't know if I would go so far as to say there

16   was nothing about it militaristic, but I would say that it

17   is not by definition militaristic.

18       **Q.**   As you approached the Rotunda from the east, the

19   Capitol doors there -- the Columbian doors, excuse me, you

20   have said multiple times that you just felt there was a

21   general vibe in the crowd of what to do, it just made sense

22   to you, right?

23       **A.**   Yes, sir.

24       **Q.**   But nothing was ever explicitly stated or told to

25   you regarding going into the building, correct?

1    A.    True, yes.

2    Q.    You never received any notice, any words or

3  communications from Mr. Rhodes, correct?

4    A.    Correct.

5    Q.    Mr. Meggs never explicitly stated:  "We are going

6  in, this is what we're doing," correct?

7    A.    Correct.

8    Q.    You just followed the crowd, correct?

9    A.    Correct.

10    Q.    And you actually detailed it when you were at the

11  top of the steps, the doors were already opened, correct?

12    A.    Yes.

13    Q.    And you said that you were just wedged in and the

14  crowd pushed you through?

15    A.    I was wedged in, I don't know if it would be

16  totally accurate to say the crowd just pushed me in.  I mean

17  we -- I, at least, did do some pushing of my own.

18    Q.    You went in willingly?

19    A.    Yes, sir.

20    Q.    Not at anyone's command?

21    A.    That's correct.

22    Q.    No orders were given to you?

23    A.    No, they were not.

24    Q.    As a matter of fact, other than what we've seen

25  here, from your perspective there was no explicit plan up to

5814

1    that moment that you were aware of to breach the Capitol

2    doors, correct?

3        A.    Yes.

4        Q.    You would agree with me that in the series of

5    meetings that you had with the FBI leading up to your guilty

6    plea, you had made several comments regarding your reasoning

7    for going in, correct?

8        A.    I probably have.

9        Q.    Okay.  And would you agree with me, sir, that at

10   one point, meeting with them on February 22nd, 2021, you

11   told the government that no decision was ever made to go

12   into the Capitol, it was just a, quote, stupid, let's do

13   this thing, correct?

14           MR. NESTLER:  Objection as to form.

15           THE COURT:  Overruled.

16           THE WITNESS:  Again, I did say that we didn't

17   explicitly say we were going to go in, but it was a general

18   agreement -- or I don't know if agreement's the right word,

19   but it was we all just went in.

20   BY MR. BRIGHT:

21       Q.    You just went in?

22       A.    Yeah.

23       Q.    It was spontaneous?

24       A.    It was spontaneous.

25       Q.    As you just stated was correct, no real decision

5815

1    was made to go in?

2         **A.**    I suppose you have to make a decision when you do

3    something, but there was no explicit statement -- like we

4    didn't stop at the foot of the stairs and say we're going to

5    go up there, go in the doors and do stuff.

6         **Q.**    It was spontaneous?

7         **A.**    It was.

8         **Q.**    No prior planning?

9         **A.**    No explicit prior planning to do what we did,

10   right.

11             **MR. BRIGHT:**  No further questions, Your Honor.

12             **THE COURT:**  I'm sorry, what's that, Mr. Bright?

13   You said no further questions?

14             **MR. BRIGHT:**  I'm so sorry?

15             **THE COURT:**  Did you say no further questions?

16             **MR. BRIGHT:**  I did, sir.

17             **THE COURT:**  Okay.  Before we get started with the

18   next cross-examination, why don't we take our afternoon

19   break.  It's probably an opportune time to do that.  It's

20   almost 3:00, we'll start up at 3:15.  I look forward to

21   seeing everyone shortly.  Thank you, everyone.

22         (Jury not present)

23             **THE COURT:**  Mr. Young, you can step down.  I'll

24   remind you not to discuss your testimony with anyone during

25   the break.  Thank you everybody, see you shortly.

1          (Recess taken at 2:57 p.m.)

2          (Back on the record at 3:15 p.m.)

3          (Jury not present)

4          THE COURT:  So defense counsel, I want to just be

5     clear about how I view cross-examination with prior

6     inconsistent statements.  And that is --

7          MR. NESTLER:  The witness is over here, just so

8     Your Honor is aware.

9          THE COURT:  Oh, actually, I'll just ask Mr. Young

10    to step out for a moment.  Thank you.  Sorry about that.

11    Thanks, Mr. Nestler.

12          MR. NESTLER:  I was just trying to be efficient,

13    sorry.

14          THE COURT:  So it draws an objection when defense

15    counsel goes straight to the prior inconsistent statement

16    and says isn't it true that you said X on this and such

17    date.  I think that is a proper objection.  But if you ask

18    basically the substance of what was said, detached from the

19    fact that he said it previously, that is an acceptable way

20    to begin the cross-examination.  If the person then says "I

21    don't know" or "I didn't say that," then you can actually

22    confront them with what they said previously; either with

23    just the fact that they said it -- and if they say "I don't

24    know," then you can actually confront them with the actual

25    document.

1          So that's just the order of sequence, and that's

2     why I've been sustaining the objections in the way I have.

3          **MR. BRIGHT:**  I completely understand, Your Honor.

4     That was --

5          **THE COURT:**  No, that's fine.  I just wanted to

6     make sure everybody understands the reasoning for it.  It's

7     not that you can't get to the substance, it's just the way

8     you get there.

9          **MR. BRIGHT:**  I completely understand, sir, and I

10    appreciate that.  Thank you.

11         (Jury present)

12         **THE COURT:**  So we're heading down the final

13    homestretch for the afternoon, and we'll go as close to 5:00

14    o'clock as we can.  Thank you.

15         Ms. Haller.

16         **CROSS-EXAMINATION OF GRAYDON YOUNG**

17    BY MS. HALLER:

18    **Q.**    Thank you, Your Honor.

19         Mr. Young, my name is Juli Haller, and I represent

20    Kelly Meggs.  Thank you for your time, you know, today

21    because I know it's difficult.  I just want to ask you a few

22    questions.

23         So about your time in the Capitol, when you

24    entered the Capitol, it's fair to say that you helped a man

25    named William because he was exposed to too much tear gas;

1    would that be correct?

2         A.    Yes, ma'am.

3         Q.    And you helped William leave the building; would

4    that be fair to say?

5         A.    Yes, ma'am.

6         Q.    And while you were inside the Capitol, you really

7    just were there as a protester to be heard; would that be

8    fair to say?

9         A.    Sort of.  I mean, I really wanted to be heard, so

10   yeah.

11        Q.    You wanted to be heard?

12        A.    I guess it's how you define being heard, but yes,

13   ma'am.

14        Q.    Well, being heard means having people hear you I

15   assume?

16        A.    Yeah, okay.  Yeah, yeah.

17        Q.    You didn't assault anyone while you were in the

18   Capitol?

19        A.    No, ma'am.

20        Q.    You didn't touch anyone aggressively?

21        A.    No, ma'am.

22        Q.    I know you had your arm on Kenny, but I'm saying

23   you didn't touch anyone in an aggressive manner, correct?

24        A.    Correct, ma'am.

25        Q.    And in fact, you actually told people not to

5819

1    damage property while you were inside; would that be

2    correct?

3        A.   Yes, ma'am.

4        Q.   And when you went inside, you didn't actually stay

5    with Kelly Meggs; would that be correct?

6        A.   Correct.

7        Q.   And back when you joined the Oath Keepers

8    originally, you had said that you were really worried about

9    the violence of -- against Trump protesters, people who

10   supported Trump, and you were concerned about violence in

11   regards to protesters and you wanted to protect them; would

12   that be fair to say?

13       A.   Yes, ma'am.

14       Q.   And you went to the Roger Stone event, and that

15   was to provide security against the idea of a speaker who

16   supported Trump, to protect him from potentially

17   counter-protesters; would that be correct?

18       A.   Yes, ma'am.

19       Q.   And just to bring up a point that came out on

20   direct with the CPT team.  I think you had understood that

21   means community planning and disaster relief, does that

22   sound right?

23       A.   That does sound right, ma'am.

24       Q.   And in Florida, community planning and disaster

25   relief is a significant issue; would that be fair to say?

1       **A.**   Definitely.

2       **Q.**   Now, your sister really wanted to see speakers on

3  Jan. 5 and 6; would that be fair to say?

4       **A.**   Yes, ma'am.

5       **Q.**   You all heard speakers on January 5 as well as

6  January 6th, correct?

7       **A.**   We did the night of the 5th, yes, ma'am.

8       **Q.**   I'm going to show you a picture that was

9  previously admitted as I believe KM 28 or 29.  It depends

10  how much in view the monitor is for the numbering.  But it's

11  a picture of a number of people wearing Oath Keepers shirts

12  at the rally on January 6th.

13          Do you see the photo?

14       **A.**   Yes, ma'am.

15       **Q.**   Is this a familiar scene, do you recall being

16  there?

17       **A.**   I do.

18       **Q.**   Do you see the boxes behind all the chairs with

19  the guys all in Oath Keepers shirts, do you see those boxes?

20       **A.**   Oh, wait, yes, ma'am.

21       **Q.**   The cardboard boxes on the ground.  You do recall,

22  don't you, that you all passed out flyers while you were at

23  the event?

24       **A.**   I don't recall doing that.

25       **Q.**   Do you recall having a VIP pass?

1    **A.**    I do recall that.

2    **Q.**    So it's fair to say you were in the VIP area

3    because you were there to have a role, and that's why you

4    got a VIP pass, correct?

5    **A.**    Yes, I suppose, yeah.

6    **Q.**    And then to go to another point, you had testified

7    on direct that you brought a radio with you.  But it's also

8    correct to say that you never actually used your radio,

9    correct?

10    **A.**    Correct.

11    **Q.**    And when you say you had a plate carrier but no

12    plates, that means it's just a vest; would that be fair to

13    say?

14    **A.**    Yeah, yes.

15    **Q.**    And a bump helmet literally means if someone tries

16    to hit your head or you fall and hit your head, it's

17    supposed to protect your head; would that be fair to say?

18    **A.**    Yes, ma'am.

19    **Q.**    So at a point there was a call-to-action public

20    letter posted on the website which was written by Stewart

21    Rhodes, and it's something you made a point of showing to

22    your sister.

23         Do you recall that?

24    **A.**    Yes, ma'am.

25    **Q.**    And in showing this letter to your sister, you

1    wanted your sister to understand about the rhetoric in the

2    organization; would that be fair to say?

3         A.    Yes, ma'am.

4         Q.    And give me one second.  Oh, would you know who

5    Gator is?

6         A.    Honestly, I was a little confused about who -- or

7    call signs related to who.  I know who Gator 1 is.  I don't

8    know if there's --

9         Q.    Gator 1, yes.  But you were shown a number of text

10   messages from a Gator; not a Gator 6, not a Gator 1, but a

11   Gator.

12        A.    Just Gator, yeah, I don't know who --

13        Q.    But you don't know who that is?

14        A.    No, ma'am.

15             MS. HALLER:  Well, thank you so much for your

16   time.

17             THE WITNESS:  Yes, ma'am.

18             MS. HALLER:  That's all I have, Your Honor.

19             THE COURT:  Okay.  Mr. Geyer.

20        CROSS-EXAMINATION OF GRAYDON YOUNG

21   BY MR. GEYER:

22        Q.    Hello, Mr. Young.  How are you.  My name is Brad

23   Geyer, and I represent Ken Harrelson.

24        A.    Hello.

25        Q.    So if I understand your testimony, sometime in

1    November of 2020 you went to an Oath Keepers event, is that

2    right, to provide security or --

3         A.   I think it was in December, wasn't it?

4         Q.   December, was that the Oliver Stone (sic) event?

5         A.   Yeah, I thought it was in -- I don't know the date

6    of when it was.

7         Q.   Did you see Mr. Harrelson there?

8         A.   No, sir.

9         Q.   You can't name one bloviated statement involving

10   hyperbole that you've ever seen or heard from Ken Harrelson

11   on any chat group; isn't that correct?

12        A.   That is true, yes, sir.

13        Q.   And yet was this a challenging time for you, a lot

14   of tumult with the election that made you sad, concerned for

15   the country?

16        A.   Yes, sir.

17        Q.   Do you think it had a psychological impact?

18        A.   Yes.

19        Q.   I'd like to share some Facebook posts just so we

20   can get a sense of your state of mind.  Is that okay?

21        A.   Yes, sir.

22        Q.   I'd like to publish this to the witness.  Without

23   objections, I'd like to introduce it into evidence and

24   publish it to the jury.  I'd like to mark it as H-100.

25             I don't mean to pick on you, I'm just --

1          **A.**    No, it is what it is.

2          **Q.**    Yeah, that's fair.

3              **THE COURT:**  Hang on, Mr. Geyer.  Is there any

4     objection?

5              **MR. NESTLER:**  No objection, Your Honor.

6              **THE COURT:**  H-100 will be admitted.

7          (Defense Exhibit H-100 admitted into evidence)

8     **BY MR. GEYER:**

9          **Q.**    So during this time you were making a lot of

10    Facebook posts.  And would you agree that some people might

11    find these offensive?

12         **A.**    I do now.

13         **Q.**    And when you're posting this, there's an

14    assumption that it's appropriate for a general audience,

15    isn't that true, or the audience that's on this particular

16    thread?

17         **A.**    Yeah, if you're thinking about what you're doing,

18    that's true.  Yeah, yeah.

19         **Q.**    Right.  And when you referred to whoever this

20    person was using the B word, you're kind of imprinting that

21    on them; is that fair to say?

22         **A.**    Yeah.

23             **MR. GEYER:**  This is H-101.  I'd ask that it be

24    admitted into evidence without objection.

25             **MR. NESTLER:**  No objection.

5825

1          **THE COURT:**  H-101 will be admitted.

2          (Defense Exhibit H-101 admitted into evidence)

3    **BY MR. GEYER:**

4          **Q.**   "I think we all learned the wrong lesson if Biden

5    wins.  What we know now in Republican precinct we can chase

6    out Democrats with malice, run whatever ballots through

7    machines that we want, rig our machines, et cetera, et

8    cetera."  And then down at the bottom:  "BLM are domestic

9    terrorists."

10          You probably see now how that objectifies

11   different groups of people?

12         **A.**   Of course.

13         **Q.**   And it certainly isn't coming from a good spirit;

14   would you agree with that?

15         **A.**   Yeah, yeah.

16         **Q.**   "Like you A-holes did, we will resist harder than

17   you.  Yeah, what the hell are we going to do about it?"

18          So does this reflect an unsettled psychology for

19   you at this time?

20         **A.**   Absolutely.

21         **Q.**   And do you think that you were at that time

22   assuming what people around you might have thought or

23   thought was appropriate, making assumptions?

24         **A.**   I probably was making assumptions.

25         **Q.**   Okay.  And there's a lot of this, and my point

5826

1    isn't to --

2              **DEPUTY CLERK:**  Do you want to move that in?

3              **MR. GEYER:**  Yes, I would.  That was H-101.  I'd

4    like to move that in, thank you.

5              **DEPUTY CLERK:**  There's already an H-101.

6              **MR. GEYER:**  Yes, you're absolutely right.  It's

7    102, thanks.

8         **Q.**   The point is that this was a point in your life

9    where you're making assumptions about what people think on a

10   pretty grand scale.

11             You never met Ken Harrelson, even -- isn't that

12   true?

13        **A.**   Yes.

14        **Q.**   You never talked to him?

15        **A.**   No.

16        **Q.**   Don't know what's inside his head?

17        **A.**   I do not.

18        **Q.**   You showed up on January 6th with your sister?

19        **A.**   Yes.

20        **Q.**   You showed up at the Ellipse to do security?

21        **A.**   Yes.

22        **Q.**   You didn't even really have the time to even talk

23   to him or meet him at that point?

24        **A.**   Correct.

25        **Q.**   You had brought PPE, correct?

1      **A.**    I'm sorry, brought what?

2      **Q.**    You had brought personal protection equipment?

3      **A.**    Yes, yes.

4      **Q.**    And it was actually stored by the Jumbotron; is

5    that correct?

6      **A.**    Yes.

7      **Q.**    You went to get it, correct, within the group?

8      **A.**    Yes, yes.

9      **Q.**    His group took a group of protectees over to the

10   Capitol before you even got your stuff, are you aware that?

11     **A.**    No, sir, I was not.

12     **Q.**    And by the time you arrived, when the national

13   anthem was playing and you're walking up the steps, when you

14   aggregated on those steps, you didn't even have the time to

15   talk to him then; is that correct?

16     **A.**    Yes, sir.

17     **Q.**    The first time you had any exchange with him was

18   in the Rotunda; isn't that correct?

19     **A.**    Yes, sir.

20     **Q.**    So you have to understand my skepticism that Ken

21   Harrelson would just pick you out of a line up, and make

22   comments about the state of body armor and some kind of a

23   comment about not having weapons.

24             Do you see why I might be somewhat cynical about

25   your testimony about that?

1      A.    Sure, you could.  But like I said, we were in a

2   large group of people.  I don't remember -- and I don't

3   think he was addressing me specifically at the time.  And

4   like I said, it was such a chaotic time that I don't

5   remember exactly who was there and who was saying what.

6      Q.    But you certainly don't think for a moment that he

7   was saying gee, it's a shame we didn't all bring

8   semiautomatic weapons to attack the Capitol?

9      A.    I can't say if he -- one way or the other about

10   that.

11      Q.    You see how when you infer intent or infer what's

12   in people's heads with -- how that's problematic when you

13   think the worst about people?

14      A.    I'm sorry, can you -- what's the question?

15      Q.    You see how it's a problem when you think the

16   worst about people?

17      A.    That is a problem, right.

18      Q.    And it may be that he had none of the awareness

19   that you did.  All the stuff that's going on in the

20   background, he may not have had any awareness of that

21   whatsoever.

22          Can you accept that as a theoretical possibility?

23      A.    He didn't have any awareness of the things that I

24   was saying, is that what you're saying?  I'm not sure I'm

25   understanding.

1    **Q.**   I'm saying that the meaning you're giving

2    everything, calling people the B word --

3        **A.**   Oh, his state of mind may have been --

4        **THE COURT:**  Hang on, can we just avoid talking

5    over one another, please.

6        **THE WITNESS:**  Yes, sir.  I'm sorry.

7        **THE COURT:**  That's okay.

8    BY MR. GEYER:

9    **Q.**   Dehumanizing somebody by calling them a bitch;

10   dehumanizing somebody because they're a member of BLM;

11   making broad generalizations about people based on

12   membership associations, communications, how that

13   dehumanizes and debases us all, you understand that?

14       **A.**   Yes, sir.

15   **Q.**   And that you -- what I'm asserting -- and I wonder

16   if you agree with me, is if you were projecting what was in

17   your head on to my client, and isn't that an absolute

18   travesty?

19       I have no more questions.

20       **A.**   I'm supposed to...

21       **THE COURT:**  I guess he didn't want an answer.

22       Okay, Mr. Crisp.

23       <u>CROSS-EXAMINATION OF GRAYDON YOUNG</u>

24   BY MR. CRISP:

25   **Q.**   Thank you, Your Honor.  Good afternoon, sir.  My

1    name is Jonathan Crisp, and I represent Jessica Watkins.  I

2    believe you know her?

3        **A.**   Yes, sir.

4        **Q.**   I want to first start talking about your entry

5    into the Capitol, all right -- or excuse me, your walk down

6    to the Capitol.

7            So you were with a group of about how many people

8    would you say?

9        **A.**   Between six and 12.

10       **Q.**   And does that include the people you were

11   escorting?

12       **A.**   Yeah.

13       **Q.**   Okay.  So one of those individuals was my client,

14   Jessica Watkins, right?

15       **A.**   I believe so, yes, sir.

16       **Q.**   And if we can pull up Government Exhibit 192.V.2,

17   please.  I'm going to show you this video and see if you can

18   identify yourself as part of that.

19           So while we're waiting for that, you learned about

20   that morning what you were going to be doing the day in

21   question of the 6th; is that accurate?

22       **A.**   Yes, sir.

23       **Q.**   So the night before, you really weren't sure what

24   you were going to be doing?

25       **A.**   Correct.

5831

1    Q.    So you get to --

2    A.    Well, sir, to be totally accurate, we had talked

3    about potentially providing security.

4    Q.    Who you were going to be -- and thank you, who you

5    were going to be escorting was unclear until the morning of

6    the 6th?

7    A.    Yes, sir.

8    Q.    So by the time you get to the rally, about what

9    time would you say you figured out who it was you were going

10    to be escorting from, say, point A to point B?

11    A.    What time?

12    Q.    Uh-huh.

13    A.    I never really was clear on what time anything was

14    that day, so I can't say time.  But I can tell you logically

15    in sequence I didn't find out until we were leaving the

16    Ellipse.

17    Q.    Now, can you see what's on the screen right now?

18    A.    Yes, sir.

19    Q.    And you recognize this?

20    A.    I do, sir.

21    Q.    And how do you recognize this?

22    A.    It looks like the view walking up to the Capitol.

23    Q.    Do you see yourself in this video -- if we can

24    please hit play?  At about the 29 second point, if we can

25    freeze it.

1          (Video played)

2      **A.**    Yes, sir, I think I do now.

3      **Q.**    You should be able to circle yourself on that

4   screen.  There you go, that's it.

5          So that's you, right?

6      **A.**    Yes, sir.

7      **Q.**    And you're ahead of the rest of the group, right?

8      **A.**    Yes, sir.

9      **Q.**    So between you and the individual holding the

10  camera would be the people you're escorting?

11     **A.**    Okay, yes, sir.

12     **Q.**    I mean, I'm asking?

13     **A.**    That sounds reasonable, yes.

14     **Q.**    Okay.  I mean, do you recognize the people you're

15  escorting?

16     **A.**    I thought that we were only escorting a person.

17     **Q.**    Okay.  Where is she?

18     **A.**    I'm not really sure.  I wasn't really aware of who

19  she was, I think, really until we got to that rendezvous

20  point where we decided to split off.

21     **Q.**    Do you remember telling people that she was a

22  black female?

23     **A.**    Yes.

24     **Q.**    Okay.  So you at least know a descriptor in terms

25  of that, yes?

5833

1           A.   Yes, yes.

2           Q.   Okay.  And so there's a fair number of Oath

3      Keepers with you, yes?

4           A.   Yes.

5           Q.   And do you recognize or were you aware at the time

6      that Jessica Watkins was behind you?

7           A.   No, not specifically.

8           Q.   Okay.  Have you ever seen this video before?

9           A.   Not this one.

10          Q.   Okay.  This is a fair and accurate representation

11     of you on that day?

12          A.   Yes, sir.

13          Q.   And that's the hat you were wearing?

14          A.   That's the helmet, yes, sir.

15          Q.   And while you were walking down this street

16     towards the Capitol, this is part of your security detail

17     that you were escorting the individual in question?

18          A.   Yes, sir.

19          Q.   You can take that down.  Now, you talked about

20     when you approached the actual Capitol itself, at one point

21     you ended up getting into a single file line, yes?

22          A.   Yes, sir.

23          Q.   You agree you went in the building?

24          A.   Yes, sir.

25          Q.   And you would also agree that you have stated that

5834

1    you got pushed into those doors, right?

2        A.    I would say we pushed and got pushed in.  I think

3    initially we were doing some pushing, but then the crowd

4    just piled up on top of everybody and we kind of rode in.

5        Q.    So you gave about three proffers, do you remember,

6    three interview sessions with law enforcement or two?  How

7    many do you remember giving?

8        A.    Actually I don't -- I'm not sure.  At least two.

9        Q.    Okay.  There was one on the 22nd of February of

10   2021 you discussed with Mr. Bright, yes?

11       A.    Yes, sir.

12       Q.    And present for that interview was you obviously,

13   right?

14       A.    Okay, yes.

15       Q.    Special Agent Palian and Drew -- Special Agents I

16   should say, they're not one person.

17       A.    Okay, right.

18       Q.    And do you remember -- do you see Special Agent

19   Palian here in the courtroom?  Of course, now he's --

20       A.    I'll be honest, this has been such a weird

21   experience for me, I just don't remember.  Yeah, I don't

22   remember.

23       Q.    FBI agents were in the room?

24       A.    Yes, sir.

25       Q.    They asked you questions?

5835

1        A.    Yes, sir.

2        Q.    And there were also U.S. Attorneys as well, right?

3        A.    I don't know what their titles were.  There were

4   attorneys, yes.

5        Q.    Your attorneys were also there?

6        A.    Yes, sir.

7        Q.    And you understood the purpose of having this

8   proffer session was to be truthful and honest about what you

9   remember?

10       A.    Yes, sir.

11       Q.    And you were truthful and honest?

12       A.    My truthfulness evolved in this as I became

13  more -- what's the right word, truthful with myself about my

14  role and what I did.  So I think I probably was revealing

15  more of what I did as I became more honest with myself.  So

16  what I said on the 22nd, I may not have been as complete in

17  telling the truth as I probably have been more recently.

18       Q.    Okay.  And more recently, you pled guilty when,

19  what was the date?

20       A.    June something, 16th maybe.

21       Q.    Of 2022?

22       A.    Yes, sir.

23       Q.    And as part of that guilty plea, you met with law

24  enforcement after your guilty plea as well, right?

25       A.    I have.

1      Q.   And you met with law enforcement prior to your

2   cooperation plea agreement, right?

3      A.   Yes, sir.

4      Q.   And they asked you additional questions in terms

5   of what you were supposed to be doing, yes?

6      A.   Yes, sir.

7      Q.   Okay.  Now, at that time with your attorneys

8   present, your attorneys I'm sure told you don't lie, right?

9      A.   Yes, sir.

10      Q.   If you lie, the deal's off the table, right?

11      A.   Yes, yes.

12      Q.   And you said:  "I was being pushed in; guy's in

13   front of me, I was telling him, he was being pushed as

14   well," right?

15      A.   Yes.

16      Q.   And you also said on that 2020 -- excuse me,

17   February 22 of '21 interview that you guys were just a bunch

18   of morons going up to the Capitol stairs?

19      A.   Yes.

20          MR. NESTLER:  Objection as to form.

21   BY MR. CRISP:

22      Q.   Do you remember -- I'll rephrase, Judge.

23          Do you remember saying that going up those Capitol

24   stairs was just a bunch of morons?

25      A.   Yes.

1    **Q.**   Now, there's been a lot of discussions --

2    unfortunately ad nauseam probably, about the stack.

3         That was not a phrase you ever used, right?

4    **A.**   That's true, I did not.

5    **Q.**   That is something that just -- it was suggested to

6    you to call it a stack, and you adopted that phrase?

7    **A.**   I don't even know if I've ever actually called it

8    that.  I've heard it referenced that.

9    **Q.**   When asked about that particular single line

10   formation, in other proceedings you have described it as

11   it's just a common-sense thing to do?

12        **MR. NESTLER:**  Objection as to form.

13        **THE COURT:**  Sustained.

14   **BY MR. CRISP:**

15   **Q.**   Have you ever described it as a common-sense thing

16   to do?

17        **MR. NESTLER:**  Objection as to form.

18        **MR. CRISP:**  That's not objectionable, Judge.  I

19   can ask him how he's ever described it.  It's an open-ended

20   question.

21        **THE COURT:**  Please get on the phone.

22        (Sidebar discussion)

23        **THE COURT:**  So you can't ask him out of the box

24   what he has said previously.  You can say to him:  Isn't it

25   true that a stack was just a common-sense way of getting in

5838

1    the building.  And if he says no, then you can confirm --

2         MR. CRISP:  (Inaudible) I can ask him what he's

3    ever said.

4         THE COURT:  No, you can't ask him whatever he

5    said.  You can only confirm with a prior inconsistent

6    statement if he denies or can't recall what you ask him

7    about.  And you can't just start asking him, oh, haven't you

8    said A, B and C in the past.

9         MR. CRISP:  Understood.

10        THE COURT:  It's not that you can't -- but he's

11   gotten -- if you get the admission now, then there's no

12   reason to confront him with what you said at the beginning.

13        MR. CRISP:  I agree, which is why I can ask have

14   you ever said that.  And then if he says --

15        THE COURT:  Hang on.  You've got to ask him first:

16   Isn't it true that the reason you went in there was -- or

17   that you formed a line was because it was a common-sense way

18   to get in the building.  And if he says no, then you can

19   confront him with what he said previously.  But you can't

20   just ask him:  Isn't it true you said X previously.

21        MR. CRISP:  That's not what I said, I asked if

22   he's ever said that.  And if he says no -- I mean, I think

23   it is a distinction with a difference.  But I understand,

24   and I will try and follow the Court's rule.

25        THE COURT:  Okay.

5839

1          (Open court)

2     BY MR. CRISP:

3          Q.   So let me rephrase.  Is it something that you

4     would think is a common-sense thing to do?

5          A.   Yes, sir.

6          Q.   Is it something that you've done at sporting

7     events?

8          A.   Yes.

9          Q.   With your family?

10         A.   Yes.

11         Q.   And in fact, when you were asked about that

12    earlier by Mr. Nestler -- that's why did you get in that

13    line, your answer was that's what you do at sporting events

14    with your family?

15         A.   I don't know if I said that exactly, I don't

16    remember.  But essentially, yeah, it's just a logical thing

17    to do.

18         Q.   Would seeing a copy of your earlier statement in

19    regards to that testimony with Mr. Nestler help refresh your

20    recollection?

21         A.   Sure.

22         Q.   Okay.  And just for the witness, please.  Please

23    let me know when it's up on your screen, sir.

24         A.   I'm sorry?

25         Q.   Please let me know when it's on your screen.  If

1    you could please read to yourself --

2        **A.**    Okay.

3        **Q.**    -- starting with -- excuse me, starting with row

4    four down to row 14.

5        **A.**    Okay.

6        **Q.**    And I'm going to direct your attention to the

7    first page of this document -- again, reading this to

8    yourself.  Let me take a moment to pull it up.  The Court's

9    indulgence, Your Honor.  I apologize we're having technical

10   difficulties here.

11           The earlier page I showed you, does that refresh

12   your memory as to the question you were asked by the

13   government counsel in your earlier testimony?

14       **A.**    Yes, sir.  Yes, yes.

15       **Q.**    And so you would agree with me in that instance

16   that when that question was asked of you -- that's why would

17   you do that, well, it's just what you do with family at

18   sporting events, right?

19       **A.**    Yes, sir.

20       **Q.**    Now, there was discussion you said that the -- you

21   were introduced to the Oath Keepers by your sister, right?

22       **A.**    Yes, sir.

23       **Q.**    So you had never heard of them until she mentioned

24   them?

25       **A.**    I don't think I had, no, sir.

1    Q.    And she went with you up to D.C. that day, right?

2    A.    Yes, sir.

3    Q.    Okay.  And did your sister ultimately get in

4    trouble as well as a result of this?

5    A.    Yes, sir.

6    Q.    Do you know, are you aware that during the course

7    of one of her interviews, that she indicated that you had

8    misled her about the Oath Keepers?

9         MR. NESTLER:  Objection.

10        THE COURT:  Sustained.

11        MR. CRISP:  It goes to credibility, Judge.  The

12   credibility of the witness on the stand is paramount.  I can

13   ask why he may have --

14        THE COURT:  Hang on.

15        (Sidebar discussion)

16        MR. CRISP:  Your Honor, I'm going to ask that

17   Mr. Manzo be represented.  I don't believe it's appropriate

18   to laugh out loud in front of the jury.  I think it's

19   entirely inappropriate.

20        THE COURT:  You're right.  Mr. Manzo, please be

21   mindful of that.  So look, I'm not sure what you're trying

22   to drive at here in terms of credibility.

23        MR. CRISP:  I'm happy to explain, if I may.

24        THE COURT:  Please, go ahead.

25        MR. CRISP:  Sure.  So any time a witness takes the

1    stand, if they misstate things or their credibility is an

2    issue and they've lied in other instances, I think it's

3    relevant for the purposes of whether or not the jury should

4    trust what he has to say.

5              So his sister has indicated in earlier law

6    enforcement interviews that he misled her about certain

7    things, and I wanted to probe that.

8              THE COURT:  Well, let me put it differently, which

9    is that if what you're suggesting is that he has made

10   untruthful statements previously, what you can do is say:

11   Isn't it true you told your sister X.

12             MR. CRISP:  I don't know what she said, I don't

13   know what it was, I wanted to probe that.  I want to know if

14   he's aware.  If he's not aware, then I'll move on.

15             THE COURT:  Well, the problem is you can't sort of

16   bracket it with -- or preface it with the suggestion that

17   his sister thinks that he's lied about something.  I mean,

18   it's not appropriate to impeach his credibility with the

19   observations of his sister that she made in an FBI

20   interview.

21             MR. CRISP:  Well, I have a good faith basis to say

22   are you aware that she said you misled her, and then ask

23   what it was.

24             THE COURT:  Well, how do you know she would -- how

25   do you know that he would have heard that from -- how do you

1    know that he would have said that to his sister?  Look, I

2    mean, once you ask the question, the question -- it's

3    already something that has been pregnant in the jury's mind

4    and that his sister has said that.  So unless you actually

5    have a good faith basis to believe that he would have known

6    that she said that about him, I'm not inclined to let you

7    just ask it as an open-ended question.

8            **MR. CRISP:**  I would have thought that he would

9    know, but that's fine, I'll move on, Judge.

10           **THE COURT:**  Okay.

11       (Open court)

12   **BY MR. CRISP:**

13       **Q.**    So the final area of inquiry I want to talk with

14   you about is your presence in the hallway, okay.  And by the

15   hallway, the area that you were shown a video of, is that

16   the area that you now know as the Senate hallway?

17       **A.**    Okay.

18       **Q.**    Is that -- do you now know that?

19       **A.**    Yes, sir, I do know that now.

20       **Q.**    At the time you were there, you didn't know that

21   was the Senate hallway, true?

22       **A.**    True.

23       **Q.**    You'd never seen a map of the Capitol before you

24   went in there, right?

25       **A.**    Yes.

5844

1    Q.   It's not like anybody showed you this is the
2    interior of the Capitol, and these are the -- this is the
3    House side, the Senate side, nothing like that had ever
4    occurred?
5    A.   Yes, sir -- no, sir, it had not.
6    Q.   Okay.  Now, you were shown a video of both you and
7    an individual by the name of William Isaacs.
8         Do you know who that is?
9    A.   Yes, sir.
10   Q.   And you didn't know him at the time, correct, when
11   you were in that hallway?
12   A.   I heard his name being William while we were
13   walking up, but that is all I knew about him.
14   Q.   You had never met him before?
15   A.   No, sir, I had not.
16   Q.   And that's the first time you had actually met him
17   was on the 6th of January?
18   A.   Yes, sir.
19   Q.   And then there's another person named Jessica
20   Watkins who is seated here as well, right?
21   A.   Yes, sir.
22   Q.   You had never met her before?
23   A.   No, I had not.
24   Q.   The first time was that day on the 6th?
25   A.   Yes.

5845

1      Q.   And then there was a Donovan Crowl and Sandra

2  Parker.  Same series of questions with those two?

3      A.   Yes, that's true that I had never met them before.

4      Q.   Okay.  And at some point you were shown a picture

5  or image of the video that we saw earlier in court, right?

6      A.   I've been shown pictures and videos, yes.

7      Q.   You said you have no idea why -- you know, earlier

8  you stated you had no idea why you were in that hallway,

9  right?

10     A.   I probably said something to that effect.  I was

11  following the group.

12     Q.   Right.  There was no group decision that was made

13  to enter the hallway is how you would phrase that?

14     A.   I'm sorry, can you --

15     Q.   There was no group decision made to say --

16     A.   I don't know if there was or wasn't, I was

17  following the group.

18     Q.   Okay.  And just so I'm clear, you never sat down

19  with Jessica and said, hey, we're going to make a concerted

20  effort to go in that direction, right?

21     A.   I did not.

22     Q.   You had no idea what was down there?

23     A.   Not really.

24     Q.   Okay.  Not --

25     A.   I mean, common-sense tells you that you're in the

5846

1    Capitol building, so somewhere in there is -- yeah.

2        Q.    Somewhere in there is somebody who's a politician,

3    right?

4        A.    Right, exactly.

5        Q.    But who it would have been you have no idea,

6    right?

7        A.    Yeah.

8        Q.    And it wasn't like let's go down that hallway to

9    go talk to a politician, right, that was never said?

10       A.    No, that was never said.

11       Q.    And when you're talking about the group to go down

12   there, it was the group writ large meaning the entire

13   hundred some odd people that were squeezed in that picture?

14       A.    That's true.

15       Q.    So it wasn't as if the group of you also got

16   together -- I want to make sure that we're clear, you never

17   had any individual discussions with any of the Oath Keepers

18   about going down that hallway or anybody else in that

19   building about going down that hallway?

20       A.    No, I didn't.

21       Q.    Okay.  It was pretty loud and pretty riotous I'd

22   say in that hallway; would you agree?

23       A.    Yes, sir.

24       Q.    Raucous?

25       A.    Yes.

1    **Q.**   And very hard to hear?

2    **A.**   Yes, sir.

3    **Q.**   And there were times when videos were played of

4    those events and there were voices in the background.  You

5    don't even remember hearing those voices, do you?

6    **A.**   No.

7    **Q.**   Because it was so loud you could barely hear

8    yourself think let alone hear someone next to you, right?

9    **A.**   Right.

10   **Q.**   And do you have any specific recollection of

11   having conversations in that hallway?

12   **A.**   I know that I did, but I don't remember what they

13   were.

14   **Q.**   Okay.  And to be clear, you were asked on direct

15   about who was in front of you, meaning yards or, you know,

16   many feet in front of you.

17         You didn't know who it was when you first walked

18   in there that it was police down at the end of the hallway,

19   did you?

20   **A.**   I did not exactly know that, no.

21   **Q.**   Okay.  You couldn't see them?

22   **A.**   I couldn't see them.

23         **MR. CRISP:**  Your Honor, no additional questions.

24   Thank you.

25         **THE COURT:**  Thank you, Mr. Crisp.

1          Mr. Fischer.

2          **MR. FISCHER:**  No cross.

3          **THE COURT:**  All right.  Thank you, Mr. Fischer.

4          Mr. Nestler, any redirect?  Actually, Mr. Nestler,

5     before you begin, Mr. Crisp, if you want to just get on the

6     phone real quick.

7          (Sidebar discussion)

8          **THE COURT:**  So Mr. Crisp, just in terms of what

9     you were trying to get at earlier, if you want to ask him:

10    Have you made any misleading statements to your sister about

11    this, you can ask that.  But the problem was the way it was

12    phrased.  So I didn't want to preclude you from trying to

13    explore it if he believes he's made some misleading

14    statements to his sister, okay?

15         **MR. CRISP:**  Understood, Judge.  Give me one

16    minute, if I may?

17         **THE COURT:**  Sure.

18         (Open court)

19         **MR. CRISP:**  Your Honor, we're good.  Thank you, we

20    appreciate it.

21         **THE COURT:**  Okay.  Redirect, Mr. Nestler.

22         <u>**REDIRECT EXAMINATION OF GRAYDON YOUNG**</u>

23    BY MR. NESTLER:

24    **Q.**   Thank you, Your Honor.  Good afternoon, sir.  I'll

25    start with how Mr. Crisp ended, which is talking about that

5849

1      hallway that you were in.

2              Do you remember being in that hallway?

3          A.   Yes, sir.

4          Q.   You said you were talking to people in that

5      hallway; is that right?

6          A.   I remember talking to people in the round area,

7      not so much the hallway.

8          Q.   And so you told Mr. Crisp that common-sense would

9      tell you that politicians would be down that hallway; is

10     that right?

11         A.   Yes, sir.

12         Q.   Why is that?

13         A.   Just the purpose of the building, and I knew what

14     was going on that day.

15         Q.   So why don't you explain what was going on that

16     day?

17         A.   It was January 6th, it was the endorsement of the

18     election.

19         Q.   And so what was Congress supposed to be doing?

20         A.   Endorsing the election.

21         Q.   Deciding who was going to be the president, right?

22         A.   Endorsing that decision, yes, sir.

23         Q.   And how did you feel about Congress' actions?

24         A.   I thought that they were --

25              **MR. FISCHER:**  Objection.

1          **THE COURT:**  How did he feel about Congress'

2    actions?

3          **MR. FISCHER:**  It's beyond the scope.

4          **THE COURT:**  That's overruled.

5    BY MR. NESTLER:

6          **Q.**   How did you feel about what Congress was doing

7    that day?

8          **A.**   I was frustrated because I thought, like I said,

9    earlier, they were ignoring a lot of evidence of fraud.

10         **Q.**   And what was your understanding about how other

11   members of the Oath Keepers felt about what Congress was

12   doing that day?

13         **A.**   Like I said, I assumed that they were on the --

14   some version of the same page with that thinking.

15         **Q.**   Why did you have that assumption?

16         **A.**   Well, because we said things that pretty much said

17   that in the chats and on the phone conversations.

18         **Q.**   So more than an assumption?

19         **A.**   Well, that's true, yes.  We essentially said those

20   things to each other.

21         **Q.**   Right.  So what kind of things were you saying to

22   each other?

23         **A.**   We were talking about the election apparently

24   being fraudulent, and that it looked like there's nobody in

25   the government that was going to do the right thing as far

5851

1    as slowing it down and evaluating those -- the allegations

2    of fraud.

3        Q.   And what about talking about trying to do

4    something about it?

5        A.   Yes.

6        Q.   Did that conversation happen on Signal and on

7    these phone calls?

8        A.   Yes, sir.

9        Q.   And so what did that mean to you, that people were

10   talking about trying to do something about this, trying to

11   do something about Congress certifying the election?

12       A.   I guess it meant that if an opportunity presented

13   itself to do something, we would do something.  Like I said,

14   it wasn't explicit, but it was implied that either right

15   away or sometime in the future we were going to do

16   something.

17       Q.   And let's talk about that.  You used the word

18   implicit in response to some questions on cross-examination.

19            Do you remember that?

20       A.   Yes, sir.

21       Q.   What's your understanding of what an implicit

22   agreement is?

23       A.   An implicit agreement would be sort of like a

24   common-sense based agreement where if you say something that

25   implies you're in agreement about something, then you know

1    that -- I don't know, it's kind of like a syllogism, right,

2    if A then B then C.  I'm sorry, but it's a logical

3    progression.  I mean, if you say you and I are going to

4    agree that I'm going to tell you the truth, and you ask me a

5    question, then obviously I would tell you the truth.  That's

6    what implicit means to me.

7        Q.    And you talk about having an implicit agreement

8    with other people; is that right?

9        A.    Yes, sir.

10        Q.    Who do you believe you had an implicit agreement

11    with?

12        A.    The rest of the members of the Oath Keepers that I

13    had been on chats with.

14        Q.    Would that include Kelly Meggs?

15        A.    Yes, sir.

16        Q.    What about Stewart Rhodes?

17        A.    Yes, sir.

18        Q.    Jessica Watkins?

19        A.    Yes, sir.

20        Q.    And Kenneth Harrelson?

21        A.    Yes, sir.  At the time, obviously I didn't know

22    most of those people's names, but yes, the call signs.

23        Q.    You knew them by call signs?

24        A.    Yes, sir.

25        Q.    You stood in court here over a year ago in front

1   of this judge and pled guilty to conspiracy; is that right?

2       A.   Yes, sir.

3       Q.   And you pled guilty to conspiracy.  You earlier

4   defined, I think for one of the defense lawyers who asked

5   you a question, what a conspiracy was, right?

6       A.   Yes, sir.

7       Q.   And how do you define that?

8       A.   More than one person getting together and agreeing

9   to do something illegal.

10      Q.   And when you pled guilty in front of Judge Mehta

11  in a courtroom that looks just like this, what was it you

12  said you conspired with them to do?

13      A.   To obstruct Congress.

14      Q.   Now, you talked about how you had -- nothing was

15  specified, there was no set plan, right?

16      A.   Correct.

17      Q.   So how do you know that these other people were in

18  agreement with you, had this implicit understanding with

19  you?

20      A.   It's common -- I feel like it's common-sense.  We

21  talked about doing something about the fraud in the election

22  before we went there on the 6th.  And then when the crowd

23  got over the barricade and they went into the building, an

24  opportunity presented itself to do something.  We didn't

25  tell each other that or whatever, but I don't know --

5854

1          Q.    Understood.

2          A.    Yeah.

3          Q.    So Mr. Crisp just asked you a few questions about

4     putting your hand on someone's shoulder, and you mentioned

5     something about a sporting event; is that right?

6          A.    Yes, sir.

7          Q.    When you are at sporting events, is there tear

8     gas?

9          A.    No.

10         Q.    Are alarm bells blaring?

11         A.    No, sir.

12         Q.    Are there police trying to keep you out?

13         A.    No.

14         Q.    Mr. Crisp also showed you video of you walking

15    down the street.  Do you remember that?

16         A.    Yes, sir.

17         Q.    Who was it that you were told you were escorting?

18         A.    A person that was a relative of a person that was

19    supposed to be speaking at the Capitol.

20         Q.    If you saw her again, would you recognize her?

21         A.    No.

22         Q.    Do you know her name?

23         A.    No.

24         Q.    Who told you you were escorting her?

25         A.    Mr. Meggs.

5855

1       Q.   Ms. Haller, Kelly Meggs' lawyer, asked you some

2   questions about some people, including about William; is

3   that right?

4       A.   Yes, sir.

5       Q.   And William's a member of your group?

6       A.   Yes, sir.

7       Q.   So when you were helping him, you were helping a

8   member of your group?

9       A.   Yes.

10      Q.   And that was after what happened to him?

11      A.   Yes.

12      Q.   What happened to him?

13      A.   He got tear gassed, yeah.

14      Q.   Do you know where he was when he got tear gassed?

15      A.   I don't know exactly.  I think he was further

16  ahead of me in the group going up the hall, but I didn't see

17  it so I don't know for sure.

18      Q.   And did you personally experience tear gas in that

19  same hallway?

20      A.   Yes, sir.

21      Q.   And you -- she asked you questions about whether

22  you touched anybody aggressively.  Do you remember that?

23      A.   Yes.

24      Q.   How about when you were entering the building, did

25  you touch anybody aggressively?

5856

1      A.    That's subjective I guess.  But obviously if

2   you're pushing to get in, then I'm not aggressively pushing

3   the person in front of me with the intent to do something to

4   them.  But the group is aggressively trying to get in.

5      Q.    And you're a member of the group?

6      A.    Yeah.

7      Q.    And were you pushing away from the building?

8      A.    No.

9      Q.    What direction were you pushing?

10     A.    Toward the door.

11     Q.    And when you were in that hallway, were you one of

12  the people pushing?

13     A.    Yes, sir.

14     Q.    Mr. Ken Harrelson's lawyer asked you some

15  questions or made some comments about not seeing anything

16  from Ken Harrelson.

17           Do you remember that?

18     A.    I'm sorry, can you repeat that?

19     Q.    Sure.  When he was standing here, he was making

20  some comments to you about not seeing any Signal messages

21  from Ken Harrelson.

22     A.    Yes, sir.  Yes, I remember that.

23     Q.    Do you know what Ken Harrelson's Signal name was?

24     A.    No.

25     Q.    So do you know if he was talking to you on Signal

1    or what he was saying?

2          A.    Actually, no, I don't.

3          Q.    Now, Mr. Rhodes' lawyer also asked you some

4    questions; I want to go over that.  He asked you about

5    conversations or what you overheard Kelly Meggs saying.

6                So let's talk about on your way from the Ellipse

7    to the Capitol building, what was Kelly Meggs doing with his

8    phone?

9          A.    He was talking on his phone.

10         Q.    And who was it your understanding he was talking

11   to?

12         A.    At least to Stewart, and I thought potentially

13   maybe to that person I talked about that was taking care of

14   injured people.

15         Q.    And why do you think he was talking to Stewart?

16         A.    Because he said that we were going to rendezvous

17   with Stewart when we got there.

18         Q.    And what was your understanding of what the

19   purpose of rendezvousing with Stewart at the Capitol was

20   going to be?

21         A.    I assumed it would be for the group to get

22   together and decide its next steps, next actions as a group.

23         Q.    Who were you taking direction from?

24         A.    From Mr. Meggs.

25         Q.    And who do you think he was taking direction from?

5858

1          A.    Mr. Rhodes.

2          Q.    Now, at some point after being on the phone, did

3    Mr. Meggs say something to the group of Oath Keepers who was

4    around?

5          A.    He did, yes.

6          Q.    And what was it that Meggs told you and other

7    members after Meggs got off of the phone?

8          A.    There were multiple exchanges.  One was about

9    somebody being injured, and that the other person in the

10   group that had medical experience was rendering aid.  There

11   was that comment about "we're in," that other people had

12   already broached into the Capitol.

13         Q.    And so walk us through this.  Meggs is on the

14   phone, correct?

15         A.    Yes, sir.

16         Q.    And then how does he communicate to the rest of

17   the group?

18         A.    Just kind of projecting his voice verbally to us.

19         Q.    And what was it your understanding -- when he's

20   saying "we're in" after being on the phone, what was it your

21   understanding about what he was communicating to you?

22         A.    I wasn't really sure if he meant we being the Oath

23   Keepers are in or if we meaning the general crowd was in.

24   At the time I assumed he meant the general crowd.

25         Q.    And did you have an understanding about being in

5859

1    what?

2        A.    Yeah, it was in the Capitol.

3        Q.    Why did you think that?

4        A.    Because that's where everybody was going.  That's

5    where -- that's what the whole day was --

6        Q.    Wait, but let's get something straight.  All these

7    defense lawyers just asked you all these questions about how

8    you knew what you were supposed to be doing if no one

9    explained it to you.

10           How did you know?

11       A.    It's just common, it's common-sense.

12       Q.    Explain that to us.  How is it common-sense that

13   when he said "we're in" he meant we're going in the Capitol

14   building?

15           MS. HALLER:  Objection.

16           THE COURT:  Sustained.

17   BY MR. NESTLER:

18       Q.    So when he said "we're in," what does it mean to

19   you common-sense wise?

20       A.    Common-sense wise, I thought it meant that the

21   crowd had gotten into the Capitol building.

22       Q.    And then what would that mean for you, Graydon

23   Young, and your group?

24       A.    That would mean that we were going to go there and

25   participate in some form of what was already happening.

1    Q.   Did anyone explicitly tell you that?

2    A.   No, sir.

3    Q.   And then when you got to the Capitol building,

4    what did your group actually do?

5    A.   We went into the Capitol.

6    Q.   Who was in charge?

7    A.   Mr. Meggs.

8    Q.   Mr. Rhodes' lawyers also -- lawyer also asked you

9    some questions about guns.  Do you remember that?

10   A.   Yes, sir.

11   Q.   What was your understanding about who was in

12   charge of accessing the guns at the QRF?

13   A.   I can only speculate.  I would guess that

14   Mr. Meggs or somebody else in the --

15           MR. BRIGHT:  Objection, speculation.

16           THE COURT:  Sustained.  I ask you not to

17   speculate, sir.

18           THE WITNESS:  Okay.  I don't know.  Mr. Meggs

19   would have been my best guess.

20   BY MR. NESTLER:

21   Q.   Sure.  So you don't know explicitly, right?

22   A.   No, I don't know.

23           THE COURT:  Ladies and gentlemen, I'm just going

24   to ask you to ignore the fact that he's guessing at this.

25   He can only testify about what his personal knowledge is.

BY MR. NESTLER:

Q.    Yes, Your Honor.

So just to be clear, no one told you explicitly;
is that right?

A.    Yes.

Q.    Was there conversation on the Signal messages
about weapons?

A.    Yes.

Q.    A lot or a little?

A.    Quite a bit.

Q.    And were you on these Signal messages?

A.    Yes, sir.

Q.    Including some specifically about coming to D.C.?

A.    Yes, sir.

Q.    Now, based on being on those Signal messages, did
you have an understanding about where the guns were going to
be?

A.    I had a general understanding, yes.

Q.    What was that?

A.    My understanding was that they were going to be in
Virginia in an RV.

Q.    And what was your understanding about how it would
be that you would access these guns?

A.    Somebody would make the decision that they were
needed in the city and call them in.

1    Q.   And remind us, who told you that they had an extra

2    gun with your name on it?

3    A.   Mr. Meggs.

4    Q.   Now, Mr. -- I think you know him as Kenny, right,

5    the guy who you had the arm on?

6    A.   Yes, sir.

7    Q.   His lawyer asked you about a bunch of questions

8    about the comments that Kenny made to the group after you

9    all left the Capitol.

10        Do you remember those questions?

11   A.   Yes, sir.

12   Q.   Like an hour or so ago?

13   A.   Yes.

14   Q.   So describe for us what kind of standing

15   arrangement are you in after you leave the Capitol and

16   you're all standing around?

17   A.   What kind of standing -- oh, it was kind of a

18   circular mob standing in a grass field.

19   Q.   And what was Kenny's demeanor like when he was

20   talking?

21   A.   We were all still amped about what was going on

22   and what we had just done.

23   Q.   Was he talking directly to you?

24   A.   I don't think so.  Like I said, it was a long time

25   ago.  I can't remember exactly, but I don't think he was

1    directly addressing me.

2        Q.   Approximately how many people were there?

3        A.   Hard to say, 30.  There were a lot.

4        Q.   And what was it that you remember Kenny saying

5    about police officers' gear?

6        A.   We talked about the effectiveness or lack of

7    effectiveness of the gear.  It was plastic armor and could

8    be overcome.

9        Q.   Did Kenny tell you why he thought that the police

10   officers only had plastic armor?

11       A.   No.

12       Q.   Did you have an understanding there about what it

13   was he was talking about?

14       A.   Yeah, I mean, we could see the police officers

15   were still all around -- they were still up at the building;

16   we could see them.

17       Q.   And what did he say about gas masks?

18       A.   Well, he said that if we had gas masks, it would

19   have been -- obviously the tear gas that was used against us

20   would have been less effective, we would have been able to

21   do more.

22       Q.   And what was it about how Kenny was saying it that

23   made it stick with you that he was having this conversation?

24       A.   I guess we were kind of expressing frustration

25   and -- excitement about what was going on, but frustration

5864

1    about not being more successful in effecting events.

2       **Q.**    What kind of success were you looking for?

3       **A.**    Ultimately, logically it would have been good if

4    Congress would have not endorsed the election that day, and

5    if there would have been some form of a committee or

6    something stood up to investigate the fraud and decide if it

7    was actually valid.  That's my personal answer to your

8    question.  I don't know if other people might...

9       **Q.**    Understood.  So let me take you back a little bit

10   to some of the messages that we went over earlier.  When you

11   were on these Signal messages with Kelly Meggs and Stewart

12   Rhodes and others in December of 2020, what was your

13   understanding about what it was that they were asking you to

14   do?

15      **A.**    So --

16      **Q.**    So let me --

17      **A.**    There were a lot of messages, so I'm not --

18      **Q.**    Sure.  When we read the messages earlier about you

19   engaging with Stewart Rhodes directly, and you asked is it a

20   fool's errand to go to D.C., and he responded to you and

21   said it's not a fool's errand.

22           What was your understanding about what he meant

23   when he was talking to you?

24      **A.**    That we were --

25           **MS. HALLER:**  Objection.

1          **THE COURT:** Basis?

2          **MS. HALLER:** Well, asked and answered, and he's

3    asking to speculate about somebody else's understanding.

4    You know, it's --

5          **THE COURT:** He was asked what his understanding

6    was, what did he understand. He's not speculating about

7    what he understood, so it's overruled.

8          **THE WITNESS:** I thought that we were going there

9    to look for an opportunity to potentially do something about

10   what was going wrong with the election.

11   BY MR. NESTLER:

12       **Q.** And how did it make you feel to know that you were

13   interfacing with Stewart Rhodes about this?

14       **A.** Yeah, I was surprised and kind of motivated by

15   that. Like I said earlier, I didn't know he was going to

16   show up to chat.

17       **Q.** After having these messages with Stewart Rhodes

18   and with Kelly Meggs, who did you think the enemy was that

19   you were going to D.C. to fight against?

20          **MS. HALLER:** Objection.

21          **THE COURT:** Basis?

22          **MS. HALLER:** It's a lack of foundation. Nobody

23   said fight.

24          **THE COURT:** Ms. Haller --

25          **MS. HALLER:** I'm just objecting to the form of the

1    question.  It's improper, it's leading.

2          **THE COURT:**  The objection is overruled.

3    **BY MR. NESTLER:**

4       **Q.**  Who did you think you were going to D.C. to fight

5    against after having these conversations with Stewart Rhodes

6    and Kelly Meggs?

7       **A.**  The corrupt elements in the government that were

8    allowing the election to proceed, and obviously leftists and

9    extremists and whoever else was in the way.

10      **Q.**  Looking back now almost two years later, what

11   would that make you as someone who was coming to D.C. to

12   fight against the government?

13      **A.**  I guess I was asking like a traitor, somebody

14   against my own government.

15          **MR. NESTLER:**  I have no further questions.

16          **THE COURT:**  Mr. Young, thank you for your time and

17   your testimony.  You may step down, sir.  Thank you very

18   much.

19          Mr. Nestler, same schedule?

20          **MR. NESTLER:**  Yes, Your Honor.

21          **THE COURT:**  Ladies and gentlemen, so we're going

22   to break for the day.  It's 4:15.  Just because the way our

23   witnesses are sequenced and scheduled, we're going to break

24   today now sooner than 5:00 o'clock.  We'll start again

25   tomorrow at 9:30.  Just the same reminders I've been giving

1   you throughout, to avoid the media, no discussions about the

2   case and no independent research.  We look forward to seeing

3   you tomorrow.  Have a happy Halloween evening, and don't eat

4   too much candy.  Thank you all.

5        (Jury not present)

6            **THE COURT:**  Have a seat everyone.

7            **MR. CRISP:**  We were talking about working through

8   objections to exhibits for tomorrow just briefly, so that's

9   what that was.

10           **THE COURT:**  Okay.  So Mr. Nestler, can you just

11  give me a preview of the coming days and where we think the

12  government is?

13           **MR. NESTLER:**  Yes, Your Honor.  Tomorrow we expect

14  to call Special Agent Kelsey Harris -- or we should recall

15  him.  Former Special Agent Whitney Drew will be not

16  testifying again due to a scheduling conflict given the

17  unexpected delay in the trial and her other obligations.  So

18  Kelsey Harris will be taking that mantle up tomorrow

19  morning.  We provided the exhibits for his testimony last

20  night to defense.  I thought if we had time now, if they had

21  objections, we can address them now rather than tomorrow

22  morning.  After Special Agent Harris, we have a custodian

23  from Facebook, or Meta.  And we also have another civilian

24  witness and one more FBI agent.

25           **THE COURT:**  And then you expect to rest at that

1    point?

2         **MR. NESTLER:**  Yes.

3         **THE COURT:**  So probably we're looking at,

4    depending upon the length of the cross-examination of the

5    civilian witness, Wednesday, maybe Thursday.

6         **MR. NESTLER:**  Precisely.

7         **THE COURT:**  So I think we -- we can talk about

8    schedule for presentation of the defense case maybe

9    tomorrow.

10        Mr. Linder, did you want to --

11        **MR. LINDER:**  I was going to ask you about that

12   since you were talking about that today.  If the government

13   finishes Thursday, we have our Rule 29 motions, we've got

14   jury instructions.  We're flying people in, so we were

15   trying to see if maybe we could start Monday morning with

16   defense witnesses.

17        **THE COURT:**  I've got to use every single day that

18   we've got.  I know that's challenging for you all, but given

19   the days they've been sitting out, they're not going to be

20   happy if I tell them we're skipping days.

21        **MR. LINDER:**  And is it my understanding that

22   you're going to work a full day this Friday or a half day?

23        **THE COURT:**  So I can work the full day Friday.

24   I'd have to move some things.  I can work until I think

25   4:00 on Friday.  I'd have to move something in the

1    afternoon.  I don't know whether the jurors -- wait a

2    minute, can I do that this Friday?  No, I can't.  So I can't

3    do full day Friday, I can only do a half day Friday.

4              MR. LINDER:  Okay.

5              THE COURT:  I mean, I would -- obviously we'll do

6    the Rule 29 depending upon the timing of it, we'll just have

7    to see.  We can get a better sense of exactly how that's

8    going to unfold.

9              MR. LINDER:  We do have two opening statements

10   left.

11             THE COURT:  We do, that's right.

12             MR. LINDER:  And the jury instructions.

13             THE WITNESS:  Well, jury instructions I'm not too

14   concerned about unless you all are going to tell me that

15   you're going to rest this week, which I didn't understand

16   you to be doing.  But you're right, we do still need to deal

17   with that.  I was thinking we would carve out some time.

18             MR. LINDER:  We'll try to have somebody that we

19   could be ready with on Friday, we can do that.  Hopefully

20   we'd start then.

21             THE COURT:  Okay.  What's Mr. Woodward's status --

22   or Ms. Haller, will you be opening?

23             MS. HALLER:  Oh, well, Your Honor, that depends on

24   Stanley's condition.  We were planning that it would be

25   Stanley.  Of course I can do it if Mr. Woodward's not

5870

1   available.

2           **THE COURT:**  All right.  Do we have a sense of

3   whether he may be back tomorrow or when, we just don't know?

4           **MS. HALLER:**  He has a procedure tomorrow.

5           **MR. LINDER:**  He told us earlier probably

6   Wednesday, not tomorrow.

7           **THE COURT:**  Right, because he has a procedure

8   tomorrow, okay.  It seems like the earliest we would open --

9   or the two defendants who waived would open I think is

10  probably Thursday realistically.

11          So any exhibits that we can talk about now or are

12  you all still working through that?

13          **MR. CRISP:**  We don't have any issues to raise

14  right now, but we'll certainly let the Court know if

15  something comes up.

16          **THE COURT:**  Mr. Fischer?

17          **MR. FISCHER:**  Your Honor, I submitted some 801

18  statements over the weekend.  The government gave us

19  exhibits, but it was after midnight last night so we still

20  need to look at them.

21          **THE COURT:**  That's fine, I understand.  Well,

22  Mr. Fischer, I've not forgotten about your 801 statements.

23  I started looking at them over the lunch hour, because I had

24  not had a chance over the weekend to look at the

25  transcripts.

1        The other thing, Mr. Fischer, you've sent me some

2   substantive argument over the weekend via e-mail.  I'm going

3   to post that on the docket to make sure that's preserved and

4   that there's no question about what arguments you're making

5   and what I'm ruling on.  So I will take care of that for

6   you.

7        So if there are any issues regarding exhibits,

8   please just let Mr. Douyon know this evening so we can get

9   started a little earlier, and we'll take it from there.

10      **MR. NESTLER:**  No problem, Your Honor.  I can say I

11  expect the defense will object to one, so I'm happy to do it

12  now, which is on the lower west terrace tunnel, there's some

13  additional evidence we plan to present on that.  So I'm

14  happy to flag it for the Court and defense counsel now.

15  It's in the exhibits we sent them.

16      **THE COURT:**  This is after the 3:30 time period?

17      **MR. NESTLER:**  This is not after the 3:30 time

18  period.  It links up to a message, so I can tell Your Honor

19  the relevance if that helps.  So later on the night of

20  January 6th, Mr. Caldwell sends a message talking about how

21  we stole the police's riot shields.  There is video evidence

22  of Mr. Caldwell being present as the police's riot shields

23  are being stolen on the lower west terrace area outside of

24  the tunnel.

25      And so we intend to introduce video of

1    Mr. Caldwell's presence there, the stealing of the riot

2    shields and showing the riot shield in proximity to

3    Mr. Caldwell and how he would have been present to see it to

4    link up with the message he sent later that night to someone

5    else boasting about what he had done.

6              **THE COURT:**  Is the video inside the tunnel or --

7              **MR. NESTLER:**  Both.  The riot shield is stolen

8    from the police inside of the tunnel and passed out over

9    heads outside of the tunnel.  And there's a video of

10   Mr. Caldwell -- which we are happy to pull up, outside of

11   the tunnel at 2:53 p.m. waving his fist towards the tunnel.

12   Then there's a video from inside the tunnel of that exact

13   same time of the riot shield being stolen.  And then that

14   riot shield, in that same video from outside the tunnel,

15   shows the riot shield coming out of the tunnel being passed

16   over people's heads towards where Mr. Caldwell was standing,

17   all within about a 45-second timeframe.  So that's linking

18   up with the message he sent later in the day.

19              And so we have the CCTV exterior, and also CCTV

20   from the tunnel as well as the YouTube video from --

21   capturing Mr. Caldwell, and then the riot shield.  I'm happy

22   to play it for the Court, if Your Honor would like.  This on

23   the screen here, this is Exhibit 1112.2.  It's a screenshot

24   from the video.  We didn't need to play the full video

25   again.  But this is a screenshot of this riot shield coming

1    out of the tunnel.  About 45 seconds earlier, Mr. Caldwell

2    is standing approximately where the videographer is just to

3    the left -- back left of where this is, of where the person

4    videoing this is.  And then there's video, as I said, from

5    the tunnel showing the progression of this riot shield.  You

6    can tell it's the same riot shield based on the

7    discoloration because of the OC spray.

8         THE COURT:  Okay.  And Mr. Fischer, if you need to

9    take a look at it, I'm not asking you to make affirmative

10   arguments today.

11        MR. NESTLER:  I'm sorry, I wasn't trying -- I

12   wanted to just flag it.  I thought it would be an issue, so

13   we might as well raise it when Your Honor had some time.

14        THE COURT:  I'm sure Mr. Fischer appreciates you

15   raising it, but we'll give him an opportunity to look at

16   what the government intends to introduce and then raise it

17   with me tomorrow.

18        MR. NESTLER:  Yes, Your Honor.  Thank you.

19        THE COURT:  Anything else folks?

20        MR. NESTLER:  Not from the government, Your Honor.

21        MR. BRIGHT:  Not from defense, Your Honor.

22        THE COURT:  All right.  Thank you all very much.

23   We'll see you in the morning.

24        (Proceedings adjourned at 4:25 p.m.)

25

1                      **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9         November 1, 2022                    _____

10              **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'
'21 [1]    5836/17

.....Admitted [7]
5749/14 5749/15
5749/16 5749/17
5749/18 5749/20
5749/21

0

08077 [1]    5748/10

1

10 [3]    5759/17
5781/18 5810/1
100 [4]    5749/20
5823/24 5824/6
5824/7
101 [6]    5749/21
5824/23 5825/1
5825/2 5826/3
5826/5
102 [1]    5826/7
10:17 p.m [1]
5750/25
10:25 p.m [1]
5754/11
10:28 p.m [1]
5754/20
1102.1 [1]    5781/14
1112.2 [1]    5872/23
12 [3]    5808/15
5810/1 5830/9
13th [1]    5750/24
14 [1]    5840/4
14th [1]    5801/8
15 [1]    5747/4
15th [1]    5791/5
1653 [1]    5809/1
16th [3]    5794/24
5795/14 5835/20
17110 [1]    5748/3
1776.2 [1]    5760/9
192.V.2 [1]    5830/16
1:22-cr-15 [1]
5747/4
1:44 [1]    5747/7
1st [2]    5767/4
5767/15

2

20 [1]    5747/7
20001 [1]    5748/25
20036 [1]    5748/7
2006 [1]    5748/10
2020 [9]    5750/24
5753/24 5757/12
5760/14 5766/14
5800/3 5823/1
5836/16 5864/12
2021 [9]    5759/7
5767/4 5794/6
5794/24 5795/2
5795/14 5806/23
5814/10 5834/10
2022 [2]    5747/6
5835/21
20579 [1]    5747/17

21061 [1]    5748/14
21st [2]    5806/22
5810/24
22 [1]    5836/17
22nd [5]    5795/2
5795/14 5814/10
5834/9 5835/16
25th [2]    5757/12
5760/14
28 [1]    5820/9
29 [4]    5820/9
5831/24 5868/13
5869/6
2:00 p.m [1]
5795/20
2:53 p.m [1]
5872/11
2:57 p.m [1]    5816/1

3

30 [1]    5863/3
300 [1]    5748/14
31 [1]    5747/6
3300 [1]    5747/21
333 [1]    5748/24
3:00 [1]    5815/20
3:15 [1]    5815/20
3:15 p.m [1]    5816/2
3:30 [1]    5871/17
3:30 time [1]
5871/16

4

4031 [1]    5748/3
45 [1]    5873/1
45-second [1]
5872/17
4650 [7]    5749/14
5778/13 5779/9
5779/17 5779/19
5779/20 5789/23
4651 [5]    5749/15
5791/18 5791/22
5791/24 5791/25
4654.2 [5]    5749/16
5786/15 5786/23
5786/25 5787/1
4660 [5]    5749/17
5767/1 5767/10
5767/12 5767/13
4661 [5]    5749/18
5750/7 5750/16
5750/18 5750/19
4700-C [1]    5748/24
4:00 on [1]    5868/25
4:15 [1]    5866/22
4:22 p.m [1]    5787/3
4:25 p.m [1]
5873/24

5

50 [1]    5786/4
50/50 [1]    5786/4
51 [1]    5757/11
5750 [2]    5749/4
5749/18
5767 [1]    5749/17
5779 [1]    5749/14
5787 [1]    5749/16
5792 [1]    5749/15

5793 [1]    5749/5
5817 [1]    5749/6
5822 [1]    5749/7
5824 [1]    5749/20
5825 [1]    5749/21
5830 [1]    5749/8
5848 [1]    5749/9
5:00 [2]    5817/13
5866/24
5K1.1 [1]    5798/25
5th [7]    5762/13
5802/6 5802/10
5802/12 5802/25
5803/20 5820/7

6

601 [2]    5747/17
5748/6
68 [2]    5757/10
5757/10
6:32 p.m [1]
5760/11
6:37 p.m [1]    5761/7
6th [29]    5758/23
5759/7 5761/17
5762/13 5762/21
5763/19 5763/21
5767/25 5769/12
5771/15 5788/9
5788/13 5792/6
5794/6 5794/18
5797/18 5801/23
5802/5 5805/11
5820/6 5820/12
5826/18 5830/21
5831/6 5844/17
5844/24 5849/17
5853/22 5871/20

7

700 [1]    5747/21
71301 [1]    5747/23
72 [1]    5798/9
7310 [1]    5748/13
75219 [1]    5747/21
7:00 p.m [1]
5765/17
7th [3]    5762/14
5788/19 5788/21

8

801 [2]    5870/17
5870/22
819 [1]    5747/23

9

900 [1]    5748/6
9:30 [1]    5866/25

A

A-holes [1]    5825/16
Aaron [3]    5760/5
5760/6 5760/8
able [6]    5777/13
5780/24 5783/23
5785/12 5832/3
5863/20
above [1]    5874/5
above-entitled [1]
5874/5

absolute [1]
5829/17
absolutely [2]
5825/20 5826/6
accelerated [1]
5774/7
accept [2]    5753/1
5828/22
acceptable [1]
5816/19
access [1]    5861/23
accessing [1]
5860/12
accomplish [5]
5776/20 5778/2
5778/5 5780/24
5780/25
account [3]    5790/10
5790/14 5793/1
accuracy [1]
5775/13
accurate [6]
5762/14 5799/23
5813/16 5830/21
5831/2 5833/10
accurately [1]
5779/14
achieve [3]    5764/7
5781/10 5783/22
achieved [1]    5781/8
across [2]    5756/12
5758/24
act [5]    5765/2
5765/6 5765/14
5766/2 5766/3
acting [1]    5762/24
action [3]    5747/4
5762/14 5821/19
actions [2]    5849/23
5850/2 5857/22
actual [6]    5756/18
5762/22 5797/11
5797/13 5816/24
5833/20
actually [32]
5762/22 5765/20
5768/20 5772/11
5774/8 5774/9
5776/19 5777/2
5803/18 5804/17
5806/23 5807/2
5807/16 5807/25
5813/10 5816/9
5816/21 5816/24
5818/25 5819/4
5821/8 5827/4
5834/8 5837/7
5843/4 5844/16
5848/4 5857/2
5860/4 5864/7
ad [1]    5837/2
Adams [1]    5761/5
additional [4]
5767/3 5836/4
5847/23 5871/13
address [1]    5867/21
addressing [2]
5828/3 5863/1
adjourned [1]

**A**

adjourned... [1]
5873/24
admission [1]
5838/11
admitted [16]
5750/18 5750/19
5767/12 5767/13
5779/19 5779/20
5786/25 5787/1
5791/24 5791/25
5820/9 5824/6
5824/7 5824/24
5825/1 5825/2
adopted [1]   5837/6
advance [1]   5770/18
advised [1]   5762/20
advisers [1]
5762/21
advising [1]
5762/22
affirmative [1]
5873/9
afternoon [10]
5747/8 5793/19
5793/21 5795/20
5795/21 5815/18
5817/13 5829/25
5848/24 5869/1
afterwards [2]
5784/1 5806/15
again [15]   5772/14
5773/15 5777/5
5778/22 5782/2
5783/21 5793/5
5795/10 5810/23
5814/16 5840/7
5854/20 5866/24
5867/16 5872/25
against [20]   5752/4
5752/9 5752/13
5755/11 5756/22
5757/3 5757/22
5757/23 5758/2
5785/1 5785/4
5785/8 5798/17
5819/9 5819/15
5863/19 5865/19
5866/5 5866/12
5866/14
aged [1]   5774/8
agent [6]   5834/15
5834/18 5867/14
5867/15 5867/22
5867/24
agents [3]   5795/9
5834/15 5834/23
aggregated [1]
5827/14
aggressive [1]
5818/23
aggressively [5]
5818/20 5855/22
5855/25 5856/2
5856/4
ago [6]   5753/18
5792/17 5795/10
5852/25 5862/12
5862/25

agree [20]   5752/5
5755/9 5798/14
5807/4 5807/9
5807/15 5807/25
5812/4 5812/8
5814/4 5814/9
5824/10 5825/14
5829/16 5833/23
5833/25 5838/13
5840/15 5846/22
5852/4
agreed [3]   5798/17
5798/20 5802/14
agreeing [1]   5853/8
agreement [20]
5756/25 5791/19
5792/2 5792/8
5792/13 5795/24
5796/10 5797/4
5797/11 5797/13
5798/12 5814/18
5836/2 5851/22
5851/23 5851/24
5851/25 5852/7
5852/10 5853/18
agreement's [1]
5814/18
agrees [2]   5797/5
5797/7
Ahab [3]   5772/2
5772/5 5794/11
ahead [3]   5832/7
5841/24 5855/16
aid [1]   5858/10
aimlessly [1]
5780/17
air [4]   5774/18
5783/1 5783/5
5807/12
airsoft [1]   5751/4
al [1]   5747/6
alarm [1]   5854/10
ALEXANDRA [1]
5747/15
Alexandria [1]
5747/23
allegations [2]
5807/16 5851/1
allowed [1]   5777/16
allowing [1]   5866/8
alluding [1]
5753/18
allusion [1]   5766/4
almost [2]   5815/20
5866/10
alone [1]   5847/8
along [1]   5775/5
always [1]   5751/4
AMERICA [2]   5747/3
5758/24
AMIT [1]   5747/10
amount [2]   5796/21
5798/6
amped [4]   5785/25
5786/9 5786/10
5862/21
and I [1]   5772/4
answered [1]   5865/2
anthem [1]   5827/13
Anti [1]   5753/14

Anti-fascist [1]
5753/14
Antifa [17]   5751/20
5753/11 5753/13
5753/17 5753/22
5753/23 5754/17
5755/19 5755/20
5755/24 5756/6
5756/9 5756/13
5756/21 5756/22
5768/15 5800/8
anymore [2]   5759/4
5792/4
apologize [3]
5798/3 5806/20
5840/9
app [1]   5790/24
apparatus [4]
5752/25 5755/5
5766/25 5783/12
apparent [1]
5784/23
apparently [1]
5850/23
appear [1]   5781/21
APPEARANCES [2]
5747/13 5748/1
appeared [1]   5785/7
applaud [1]   5752/4
appreciate [3]
5793/22 5817/10
5848/20
appreciates [1]
5873/14
approach [3]
5808/22 5811/2
5811/12
approached [3]
5812/5 5812/18
5833/20
approaching [1]
5809/13
appropriate [4]
5824/14 5825/23
5841/17 5842/18
approved [1]   5759/9
approving [2]
5778/12 5782/12
approximately [2]
5863/2 5873/2
AR [2]   5769/25
5770/4
are the [1]   5844/2
area [9]   5771/10
5771/20 5777/12
5821/2 5843/13
5843/15 5843/16
5849/6 5871/23
argument [1]   5871/2
arguments [2]
5871/4 5873/10
arm [2]   5818/22
5862/5
armor [4]   5784/25
5827/22 5863/7
5863/10
armored [1]   5772/16
around [17]   5750/24
5753/19 5754/18
5760/25 5766/14

5767/4 5780/17
5784/7 5787/3
5790/2 5790/14
5809/17 5810/6
5825/22 5858/4
5862/16 5863/15
arrangement [1]
5862/15
arrested [4]   5791/4
5791/6 5795/3
5795/8
arrived [1]   5827/12
ARs [2]   5769/7
5770/1
Article [1]   5761/10
articulate [2]
5797/10 5797/13
articulated [1]
5778/4
ashamed [1]   5783/18
assault [1]   5818/17
asserting [1]
5829/15
assigned [1]
5774/11
assist [1]   5765/8
assistance [1]
5799/7
Associates [1]
5748/2
associations [3]
5794/10 5794/22
5829/12
assume [1]   5818/15
assumed [5]   5757/5
5807/23 5850/13
5857/21 5858/24
assuming [1]
5825/22
assumption [3]
5824/14 5850/15
5850/18
assumptions [3]
5825/23 5825/24
5826/9
ATF [3]   5754/21
5755/1 5755/4
attack [1]   5828/8
attacked [2]   5788/3
5788/6
attacking [2]
5756/17 5788/10
attend [1]   5801/14
attending [1]
5775/15
attention [1]
5840/6
Attorney's [1]
5747/16
attorneys [6]
5759/14 5835/2
5835/4 5835/5
5836/7 5836/8
audience [2]
5824/14 5824/15
available [1]
5806/17 5870/1
Ave [2]   5747/21
5748/6
Avenue [1]   5748/24

**A**

avoid [2]   5829/4
5867/1
aware [21]   5759/6
5773/6 5778/6
5796/7 5796/21
5799/9 5805/4
5805/19 5806/10
5806/13 5806/16
5807/22 5814/1
5816/8 5827/10
5832/18 5833/5
5841/6 5842/14
5842/14 5842/22
awareness [4]
5762/9 5828/18
5828/20 5828/23
away [5]   5782/21
5782/23 5790/20
5851/15 5856/7
awfully [1]   5759/12

**B**

back [21]   5755/10
5762/14 5762/19
5768/9 5772/14
5772/14 5782/1
5783/13 5788/17
5788/23 5789/23
5792/15 5794/22
5799/25 5803/22
5816/5 5819/7
5864/9 5866/10
5870/3 5873/3
background [4]
5752/6 5786/5
5828/20 5847/4
backs [1]   5810/19
bad [2]   5783/19
5786/7
ballots [1]   5825/6
bank [1]   5760/20
Bankruptcy [1]
5748/23
barely [1]   5847/7
Barrett [1]   5747/20
barricade [1]
5853/23
barricades [1]
5773/7
barrier [1]   5785/12
based [9]   5761/17
5763/17 5768/2
5796/24 5798/21
5829/11 5851/24
5861/15 5873/6
basically [2]
5766/23 5816/18
basis [4]   5842/21
5843/5 5865/1
5865/21
Bastille [5]   5776/1
5787/8 5787/17
5787/19 5788/2
became [4]   5773/6
5796/7 5835/12
5835/15
beer [1]   5767/18
begin [2]   5816/20

5848/5
beginning [2]
5788/4 5838/12
behalf [1]   5798/21
behind [8]   5754/3
5756/7 5757/4
5771/20 5774/5
5808/12 5820/18
5833/6
believer [1]
5759/13
believes [1]
5848/13
bells [1]   5854/10
benefits [1]
5764/25
Berwick [1]   5748/10
Besides [1]   5801/16
best [2]   5767/17
5860/19
better [1]   5869/7
beyond [2]   5794/10
5850/3
Biden [4]   5763/22
5766/9 5766/25
5825/4
big [4]   5760/20
5767/18 5776/2
5782/23
bit [2]   5861/10
5864/9
bitch [1]   5829/9
bittering [1]
5761/18
black [4]   5780/1
5781/21 5782/5
5832/22
blaring [1]   5854/10
BLM [9]   5755/19
5755/20 5755/24
5756/10 5756/13
5756/22 5756/22
5825/8 5829/10
bloviated [1]
5823/9
blur [1]   5809/7
boards [1]   5770/18
boasting [1]   5872/5
body [1]   5827/22
boisterous [1]
5782/18
bones [1]   5765/9
boots [1]   5765/7
boss [1]   5767/22
both [5]   5752/6
5781/13 5802/13
5844/6 5872/7
bottom [4]   5781/16
5781/22 5782/6
5825/8
box [1]   5837/23
boxes [3]   5820/18
5820/19 5820/21
Boys [1]   5751/3
bracket [1]   5842/16
Brad [1]   5822/22
BRADFORD [1]   5748/9
bragging [1]
5787/10
brain [1]   5754/4

brains [1]   5754/3
Braun [1]   5754/7
breach [2]   5803/1
5814/1
breached [2]
5775/21 5775/24
breaching [1]
5803/15
break [5]   5758/24
5815/19 5815/25
5866/22 5866/23
Brief [1]   5806/21
briefly [2]   5771/2
5867/8
BRIGHT [10]   5747/20
5747/20 5749/5
5793/16 5793/24
5804/23 5811/16
5812/2 5815/12
5834/10
bring [11]   5769/16
5769/17 5770/19
5770/24 5771/12
5772/12 5798/17
5804/14 5804/25
5819/19 5804/7
bringing [4]   5769/4
5770/24 5805/7
5805/14
brings [1]   5794/21
broached [2]   5773/7
5858/12
broad [1]   5829/11
brought [6]   5771/14
5772/10 5821/7
5826/25 5827/1
5827/2
building [33]
5772/23 5778/6
5778/11 5778/15
5779/2 5779/6
5779/15 5783/7
5783/8 5783/11
5784/2 5784/6
5784/18 5784/22
5803/1 5808/11
5808/18 5812/25
5818/3 5833/23
5838/1 5838/18
5846/1 5846/19
5849/13 5853/23
5855/24 5856/7
5857/7 5859/14
5859/21 5860/3
5863/15
bulletproof [1]
5770/25
bump [4]   5772/17
5789/2 5789/3
5821/15
bunch [5]   5754/17
5756/6 5836/17
5836/24 5862/7
burn [3]   5788/23
5788/24 5789/9
burned [3]   5788/25
5789/1 5789/2
Burnie [1]   5748/14

**C**

Caldwell [8]
5748/12 5871/20
5871/22 5872/3
5872/10 5872/16
5872/21 5873/1
Caldwell's [1]
5872/1
call [8]   5770/25
5821/19 5822/7
5837/6 5852/22
5852/23 5861/25
5867/14
call-to-action [1]
5821/19
called [5]   5798/25
5799/7 5805/23
5806/8 5837/7
calling [2]   5829/2
5829/9
calls [1]   5851/7
came [3]   5804/1
5810/5 5819/19
camera [1]   5832/10
can [88]   5750/6
5751/22 5752/6
5752/14 5753/3
5753/12 5754/2
5755/17 5757/9
5757/10 5758/6
5758/21 5759/17
5760/4 5760/9
5762/11 5762/18
5763/13 5764/10
5764/16 5767/6
5768/9 5768/19
5776/13 5779/22
5779/22 5779/24
5781/18 5782/1
5782/5 5786/14
5787/17 5789/23
5789/24 5791/17
5793/22 5798/22
5800/12 5801/10
5804/22 5808/18
5811/3 5811/18
5815/23 5816/21
5816/24 5817/14
5823/20 5825/5
5828/14 5828/22
5829/4 5830/16
5830/17 5831/14
5831/17 5831/23
5831/24 5833/19
5837/19 5837/24
5838/1 5838/2
5838/5 5838/13
5838/18 5841/12
5842/10 5845/14
5848/11 5856/18
5860/13 5860/25
5867/10 5867/21
5868/7 5868/23
5868/24 5869/2
5869/3 5869/7
5869/19 5869/25
5870/11 5871/8
5871/10 5871/18
5873/6

# C

candy [1]   5867/4
capability [1]
5809/22
capable [1]   5776/24
Capitol [61]
5772/25 5773/1
5773/2 5773/5
5773/8 5774/4
5774/20 5774/24
5775/10 5775/19
5775/20 5775/24
5776/10 5776/22
5777/12 5778/15
5779/15 5784/1
5786/17 5803/1
5805/13 5806/24
5807/6 5807/17
5808/6 5808/10
5808/11 5808/18
5809/2 5809/3
5810/6 5812/19
5814/1 5814/12
5817/23 5817/24
5818/6 5818/18
5827/10 5828/8
5830/5 5830/6
5831/22 5833/16
5833/20 5836/18
5836/23 5843/23
5844/2 5846/1
5854/19 5857/7
5857/19 5858/12
5859/2 5859/13
5859/21 5860/3
5860/5 5862/9
5862/15
capturing [1]
5872/21
car [1]   5771/12
cardboard [1]
5820/21
care [3]   5752/6
5857/13 5871/5
Carolina [5]
5770/16 5771/3
5771/9 5771/13
5788/17
carrier [1]   5821/11
carry [1]   5809/23
carve [1]   5869/17
case [5]   5769/12
5794/23 5799/5
5867/2 5868/8
cases [1]   5796/8
casualties [1]
5752/3
causing [2]   5757/1
5766/21
CCTV [2]   5872/19
5872/19
center [1]   5780/11
CEO [1]   5760/21
certain [1]   5842/6
certainly [8]
5776/24 5796/6
5801/4 5803/17
5804/25 5825/13
5828/6 5870/14

certify [1]   5874/4
certifying [1]
5851/11
cetera [3]   5762/13
5825/7 5825/8
chairs [1]   5820/18
challenging [2]
5823/13 5868/18
chance [2]   5764/12
5870/24
chances [1]   5752/8
change [2]   5761/25
5778/8
changed [1]   5776/23
changes [1]   5760/7
chaotic [2]   5776/14
5828/4
charge [3]   5772/13
5860/6 5860/12
charges [2]   5792/11
5798/17
chase [1]   5825/5
chat [14]   5750/12
5755/18 5757/13
5760/12 5760/18
5761/6 5761/19
5762/20 5767/18
5768/12 5794/7
5802/2 5823/11
5865/16
chats [5]   5750/9
5752/10 5756/9
5850/17 5852/13
cheering [1]
5777/21
chests [1]   5785/3
chimed [1]   5759/18
chimes [1]   5751/23
Chinese [1]   5752/18
choice [1]   5765/15
chose [1]   5811/12
Christmas [2]
5757/12 5765/16
Cinnaminson [1]
5748/10
circle [4]   5779/23
5779/24 5780/9
5832/3
circled [2]   5780/1
5780/11
circular [1]
5862/18
citizens [1]
5754/23
city [12]   5771/16
5802/9 5802/12
5802/18 5803/3
5803/25 5804/2
5804/15 5804/20
5805/1 5805/8
5861/25
civilian [3]
5754/17 5867/23
5868/5
clear [9]   5763/10
5765/9 5796/18
5816/5 5831/13
5845/18 5846/16
5847/14 5861/3
clearly [1]   5758/3

client [2]   5829/17
5830/13
close [4]   5765/17
5778/16 5800/19
5817/13
closer [2]   5767/25
5775/10
clothing [1]
5789/10
Colombian [1]
5809/6
COLUMBIA [2]   5747/1
5801/5
Columbian [1]
5812/19
coming [12]   5768/12
5786/9 5791/8
5808/19 5809/14
5809/15 5825/13
5861/13 5866/11
5867/11 5872/15
5872/25
command [1]   5813/20
comment [3]   5776/5
5827/23 5858/11
comments [5]   5814/6
5827/22 5856/15
5856/20 5862/8
commit [7]   5797/5
5797/7 5797/11
5797/14 5797/18
5797/24 5798/4
committed [1]
5759/13
committee [1]
5864/5
common [18]   5812/5
5812/9 5812/13
5837/11 5837/15
5837/25 5838/17
5839/4 5845/25
5849/8 5851/24
5853/20 5853/20
5859/11 5859/11
5859/12 5859/19
5859/20
common-sense [15]
5812/5 5812/13
5837/11 5837/15
5837/25 5838/17
5839/4 5845/25
5849/8 5851/24
5853/20 5859/11
5859/12 5859/19
5859/20
communicate [1]
5858/16
communicating [1]
5858/21
communication [1]
5779/3
communications [3]
5768/23 5813/3
5829/12
community [2]
5819/21 5819/24
complete [1]
5835/16
completely [3]
5793/11 5817/3

5817/9
complicit [1]
5752/22
complies [2]
5779/25 5780/10
concept [3]   5752/10
5768/12 5799/3
concerned [4]
5756/15 5819/10
5823/14 5869/14
concerted [1]
5845/19
condition [1]
5869/24
confess [2]   5793/11
5793/11
confirm [3]   5811/18
5838/1 5838/5
confirmed [1]
5766/9
conflict [3]
5755/25 5783/14
5867/16
confront [4]
5816/22 5816/24
5838/12 5838/19
confused [1]   5822/6
congregate [1]
5784/7
Congress [16]
5762/21 5762/25
5764/11 5765/4
5766/24 5778/10
5780/21 5781/13
5782/12 5791/13
5849/19 5850/6
5850/11 5851/11
5853/13 5864/4
Congress' [2]
5849/23 5850/1
consensus [1]
5805/6
consequences [1]
5791/8
consider [1]   5803/3
considered [1]
5806/7
conspiracy [8]
5791/12 5796/2
5797/2 5797/2
5797/3 5853/1
5853/3 5853/5
conspired [1]
5853/12
Constitution [3]
5748/24 5761/9
5765/6
constitutional [2]
5760/24 5761/10
consultations [1]
5802/2
consuming [1]
5765/21
contact [3]   5781/12
5794/5 5804/7
contemplating [1]
5765/20
context [3]   5785/10
5787/7 5803/6
continue [3]

**C**

continue... [3]
5754/20 5765/10
5792/11
continued [4]
5748/1 5749/4
5750/4 5764/25
continuing [2]
5759/16 5783/21
contribute [1]
5769/13
conversation [9]
5755/21 5756/10
5770/19 5770/21
5784/19 5797/17
5851/6 5861/6
5863/23
conversations [6]
5751/14 5794/16
5847/11 5850/17
5857/5 5866/5
convince [1]
5764/13
cooperate [1]
5798/14
cooperation [2]
5798/16 5836/2
copy [2]   5798/13
5839/18
corner [2]   5781/19
5781/22
corrects [1]   5754/7
corrupt [5]   5756/5
5757/5 5757/23
5766/17 5866/7
corrupted [2]
5752/16 5753/20
corruption [1]
5755/11
counsel [5]   5796/7
5816/4 5816/15
5840/13 5871/14
counter [1]   5819/17
counter-protesters [1]
5819/17
country [2]   5758/4
5823/15
counts [2]   5796/1
5796/24
couple [6]   5760/11
5774/11 5776/18
5781/5 5782/1
5794/6
course [7]   5750/14
5755/21 5759/16
5825/12 5834/19
5841/6 5869/25
court [16]   5747/1
5748/22 5748/23
5773/24 5774/1
5799/10 5811/23
5839/1 5843/11
5845/5 5848/18
5852/25 5870/14
5871/14 5872/22
5874/3
Court's [3]   5806/19
5838/24 5840/8
courtroom [3]

5773/17 5834/19
5853/11
Courts [1]   5748/23
covering [1]
5784/25
CPT [1]   5819/20
cr [1]   5747/4
crap [1]   5786/6
crazy [2]   5776/15
5780/20
create [2]   5752/3
5769/10
credibility [5]
5841/11 5841/12
5841/22 5842/1
5842/18
crime [6]   5797/6
5797/7 5797/11
5797/14 5797/18
5798/4
crimes [1]   5792/19
Criminal [1]   5747/4
CRISP [12]   5748/2
5748/2 5749/8
5829/22 5830/1
5847/25 5848/5
5848/8 5848/25
5849/8 5854/3
5854/14
cross [14]   5749/5
5749/6 5749/7
5749/8 5793/17
5815/18 5816/5
5816/20 5817/16
5822/20 5829/23
5848/2 5851/18
5868/4
cross-examination [13]
5749/5 5749/6
5749/7 5749/8
5793/17 5815/18
5816/5 5816/20
5817/16 5822/20
5829/23 5851/18
5868/4
crossed [1]   5768/6
crowd [24]   5774/18
5776/11 5776/23
5776/24 5777/2
5777/14 5777/15
5777/24 5780/18
5781/7 5781/8
5808/19 5808/21
5809/16 5812/14
5812/21 5813/8
5813/14 5813/16
5834/3 5853/22
5858/23 5858/24
5859/21
Crowl [1]   5845/1
current [2]   5761/17
5763/17
custodian [1]
5867/22
cynical [1]   5827/24

**D**

D.C [20]   5759/21
5760/2 5761/21
5763/16 5764/2

5768/21 5769/2
5771/10 5771/13
5788/13 5792/4
5802/16 5803/21
5804/20 5841/1
5861/13 5864/20
5865/19 5866/4
5866/11
Dallas [1]   5747/21
damage [1]   5819/1
damned [2]   5763/16
5763/18
darn [1]   5757/19
date [5]   5802/5
5816/17 5823/5
5835/19 5874/10
DAVID [1]   5748/12
day [40]   5747/7
5757/12 5762/13
5762/14 5765/12
5765/17 5767/15
5771/16 5773/14
5778/18 5778/20
5778/25 5788/19
5795/3 5795/19
5795/22 5799/14
5802/10 5804/1
5805/10 5809/8
5830/20 5831/14
5833/11 5841/1
5844/24 5849/14
5849/16 5850/7
5850/12 5859/5
5864/4 5866/22
5868/17 5868/22
5868/22 5868/23
5869/3 5869/3
5872/18
days [5]   5800/20
5801/23 5867/11
5868/19 5868/20
DC [4]   5747/5
5747/17 5748/7
5748/25
dead [1]   5751/6
deal [1]   5869/16
deal's [1]   5836/10
dealt [1]   5756/24
Death [1]   5760/5
debases [1]   5829/13
December [8]
5750/24 5753/24
5757/12 5760/14
5766/14 5823/3
5823/4 5864/12
December 13th [1]
5750/24
December 25th [2]
5757/12 5760/14
decide [4]   5762/23
5770/9 5857/22
5864/6
decided [4]   5765/22
5768/20 5808/5
5832/20
Deciding [1]
5849/21
decision [9]
5792/22 5806/23
5814/11 5814/25

5815/2 5845/12
5845/15 5849/22
5861/24
defend [2]   5761/8
5765/5
Defendant [7]
5747/19 5748/2
5748/5 5748/9
5748/12 5773/24
5775/10
defendants [2]
5747/7 5870/9
defense [14]
5749/20 5749/21
5816/4 5816/14
5824/7 5825/2
5853/4 5859/7
5867/20 5868/8
5868/16 5871/11
5871/14 5873/21
define [2]   5818/12
5853/7
defined [2]   5810/16
5853/4
Definitely [1]
5820/1
definition [1]
5812/17
dehumanizes [1]
5829/13
dehumanizing [2]
5829/9 5829/10
delay [1]   5867/17
deleted [2]   5790/15
5790/25
demeanor [1]
5862/19
Democrats [1]
5825/6
denies [1]   5838/6
deny [1]   5811/18
departure [1]
5799/4
depending [2]
5868/4 5869/6
depends [3]   5803/6
5820/9 5869/23
depict [1]   5779/14
describe [2]
5776/13 5862/14
described [3]
5837/10 5837/15
5837/19
descriptor [1]
5832/24
design [1]   5761/10
desired [2]   5805/20
5806/17
desperation [2]
5759/11 5759/23
despite [1]   5802/1
destroy [1]   5789/11
detached [1]
5816/18
detail [4]   5801/18
5804/6 5808/6
5833/16
detailed [3]
5794/12 5808/12
5813/10

**D**

die [1]   5751/3
difference [3]
  5767/18 5767/19
  5838/23
different [1]
  5825/11
differently [1]
  5842/8
difficult [1]
  5817/21
difficulties [1]
  5840/10
direct [11]   5749/4
  5750/4 5755/24
  5763/8 5764/24
  5794/2 5801/24
  5819/20 5821/7
  5840/6 5847/14
direction [5]
  5809/11 5845/20
  5856/9 5857/23
  5857/25
directions [1]
  5773/11
directly [4]
  5807/17 5862/23
  5863/1 5864/19
disaster [2]
  5819/21 5819/24
discoloration [1]
  5873/7
discuss [1]   5815/24
discussed [2]
  5752/10 5834/10
discussion [5]
  5811/15 5837/22
  5840/20 5841/15
  5848/7
discussions [5]
  5794/2 5805/3
  5837/1 5846/17
  5867/1
disrupt [1]   5781/13
distance [1]
  5770/11
distinction [1]
  5838/23
distraction [3]
  5755/19 5755/21
  5756/13
DISTRICT [6]   5747/1
  5747/1 5747/11
  5748/23 5801/5
  5805/21
do with [1]   5792/14
docket [1]   5871/3
document [2]
  5816/25 5840/7
domestic [1]   5825/8
done [9]   5754/24
  5781/8 5790/18
  5802/23 5805/17
  5806/16 5839/6
  5862/22 5872/5
Donovan [1]   5845/1
door [2]   5790/9
  5856/10
doors [7]   5809/6

5812/19 5812/19
5813/11 5814/2
5815/5 5834/1
doubt [1]   5795/12
Douyon [1]   5871/8
down [21]   5768/19
  5783/23 5786/9
  5815/23 5817/12
  5825/8 5830/5
  5833/15 5833/19
  5840/4 5845/18
  5845/22 5846/8
  5846/11 5846/18
  5847/18 5847/18
  5849/9 5851/1
  5854/15 5866/17
dozen [1]   5808/16
draws [1]   5816/14
Drew [2]   5834/15
  5867/15
drive [4]   5748/10
  5770/9 5771/10
  5841/22
driving [1]   5770/6
drove [1]   5771/13
due [1]   5867/16
during [8]   5755/23
  5774/23 5800/24
  5801/1 5805/10
  5815/24 5824/9
  5841/6
duty [1]   5760/23

**E**

e-mail [1]   5871/2
earlier [25]   5750/8
  5764/5 5766/5
  5766/11 5768/3
  5776/18 5787/7
  5790/10 5801/17
  5839/12 5839/18
  5840/11 5840/13
  5842/5 5845/5
  5845/7 5848/9
  5850/9 5853/3
  5864/10 5864/18
  5865/15 5870/5
  5871/9 5873/1
earliest [1]   5870/8
early [1]   5804/3
east [3]   5809/5
  5809/11 5812/18
Eastern [1]   5787/3
eat [1]   5867/3
echoing [1]   5765/11
EDWARD [1]   5747/22
EDWARDS [1]   5747/16
effect [5]   5769/20
  5775/21 5777/20
  5792/10 5845/10
effecting [1]
  5864/1
effective [4]
  5754/13 5754/17
  5784/25 5863/20
effectiveness [2]
  5863/6 5863/7
efficient [1]
  5816/12
effort [1]   5845/20

either [3]   5758/25
  5816/22 5851/14
election [21]
  5753/2 5756/3
  5756/6 5757/1
  5757/5 5758/22
  5759/8 5778/12
  5800/24 5801/1
  5801/2 5801/3
  5823/14 5849/18
  5849/20 5850/23
  5851/11 5853/21
  5864/4 5865/10
  5866/8
element [1]   5766/17
elements [1]   5866/7
Ellipse [9]   5774/23
  5804/13 5806/24
  5808/9 5809/14
  5809/15 5826/20
  5831/16 5857/6
ELMER [1]   5747/6
else [10]   5753/2
  5781/2 5782/11
  5802/3 5804/2
  5846/18 5860/14
  5866/9 5872/5
  5873/19
else's [1]   5865/3
embarrassed [2]
  5783/18 5791/7
embarrassing [2]
  5755/9 5793/5
embarrassment [1]
  5789/15
emotionally [1]
  5789/14
Empire [1]   5748/14
end [1]   5847/18
ended [4]   5833/21
  5837/19 5843/7
  5848/25
endemic [1]   5766/23
endorsed [1]   5864/4
endorsement [1]
  5849/17
Endorsing [2]
  5849/20 5849/22
enemy [9]   5752/6
  5753/10 5753/16
  5753/24 5753/25
  5754/1 5766/12
  5766/15 5865/18
energetic [2]
  5776/17 5782/18
energized [1]
  5776/8
enforcement [6]
  5786/5 5790/19
  5834/6 5835/24
  5836/1 5842/6
engage [2]   5785/22
  5786/6
engaging [2]   5767/3
  5864/19
enough [1]   5798/3
enter [1]   5845/13
entered [4]   5772/11
  5795/20 5797/3
  5799/15 5809/6

5817/24
entering [1]
  5855/24
entire [2]   5805/10
  5846/12
entirely [1]
  5841/19
entitled [1]   5874/5
entity [1]   5755/1
entry [1]   5830/4
equipment [3]
  5784/24 5789/9
  5827/2
errand [6]   5763/17
  5764/3 5764/17
  5764/18 5864/20
  5864/21
escorting [12]
  5773/4 5774/8
  5808/9 5830/11
  5831/5 5831/10
  5832/10 5832/15
  5832/16 5833/17
  5854/17 5854/24
essentially [6]
  5755/10 5764/1
  5768/2 5772/19
  5839/16 5850/19
et [4]   5747/6
  5762/13 5825/7
  5825/7
evaluating [1]
  5851/1
even [14]   5752/17
  5752/22 5753/19
  5755/8 5767/25
  5777/7 5800/21
  5826/11 5826/22
  5826/22 5827/10
  5827/14 5837/7
  5847/5
evening [3]   5765/17
  5867/3 5871/8
event [11]   5770/23
  5774/20 5776/4
  5783/22 5787/8
  5787/10 5819/14
  5820/23 5823/1
  5823/4 5854/5
events [11]   5756/16
  5762/9 5763/17
  5801/14 5812/10
  5839/7 5839/13
  5840/18 5847/4
  5854/7 5864/1
eventually [4]
  5781/12 5783/3
  5788/13 5791/9
everybody [5]
  5776/7 5815/25
  5817/6 5834/4
  5859/4
everyone [3]
  5815/21 5815/21
  5867/6
evidence [30]
  5749/14 5749/15
  5749/16 5749/17
  5749/18 5749/20
  5749/21 5750/15

**E**

evidence... [22]
5750/19 5757/10
5767/9 5767/13
5779/17 5779/20
5781/15 5786/22
5787/1 5789/12
5790/18 5791/3
5791/21 5791/25
5809/10 5823/23
5824/7 5824/24
5825/2 5850/9
5871/13 5871/21
evident [3]   5774/15
5774/16 5774/17
evolved [2]   5773/3
5835/12
exact [3]   5750/13
5799/2 5872/12
exactly [16]   5766/3
5766/8 5795/4
5795/11 5797/16
5799/3 5800/10
5804/11 5811/1
5828/5 5839/15
5846/4 5847/20
5855/15 5862/25
5869/7
examination [17]
5749/4 5749/5
5749/6 5749/7
5749/8 5749/9
5750/4 5793/17
5815/18 5816/5
5816/20 5817/16
5822/20 5829/23
5848/22 5851/18
5868/4
exchange [2]
5765/16 5827/17
exchanged [1]
5794/2
exchanges [2]
5794/7 5858/8
Excited [1]   5777/23
excitement [2]
5774/19 5863/25
excuse [4]   5812/19
5830/5 5836/16
5840/3
EXHIBIT [20]
5749/13 5750/19
5757/10 5767/1
5767/10 5767/13
5778/13 5779/9
5779/17 5779/20
5781/14 5786/15
5787/1 5791/18
5791/25 5809/1
5824/7 5825/2
5830/16 5872/23
Exhibit 1102.1 [1]
5781/14
Exhibit 1112.2 [1]
5872/23
Exhibit 1653 [1]
5809/1
Exhibit 192.V.2 [1]
5830/16

Exhibit 4650 [3]
5778/13 5779/9
5779/17
Exhibit 4651 [1]
5791/18
Exhibit 4654.2 [1]
5786/15
Exhibit 4660 [2]
5767/1 5767/10
Exhibit 68 [1]
5757/10
exhibits [6]   5867/8
5867/19 5870/11
5870/19 5871/7
5871/15
exhilarating [1]
5777/6
existed [1]   5806/13
existence [1]
5800/15
expect [3]   5867/13
5867/25 5871/11
expensive [1]
5765/21
experience [3]
5834/21 5855/18
5858/10
explain [4]   5787/17
5841/23 5849/15
5859/12
explained [2]
5796/7 5859/9
explicit [4]
5813/25 5815/3
5815/9 5851/14
explicitly [8]
5797/22 5798/4
5812/24 5813/5
5814/17 5860/1
5860/21 5861/3
explore [1]   5848/13
exposed [1]   5817/25
expressing [1]
5863/24
exterior [1]
5872/19
extra [1]   5862/1
extreme [1]   5753/15
extremely [3]
5762/25 5776/17
5783/18
extremists [2]
5766/18 5866/9

**F**

face [4]   5767/17
5767/18 5768/11
5768/11
Facebook [9]
5786/16 5786/20
5787/4 5790/10
5790/11 5790/13
5823/19 5824/10
5867/23
facing [1]   5796/22
fact [12]   5760/17
5770/15 5773/6
5783/16 5785/9
5793/2 5813/24
5816/19 5816/23

5818/25 5839/11
5860/24
fails [2]   5765/14
5766/1
fair [15]   5798/3
5817/24 5818/4
5818/8 5819/12
5819/25 5820/3
5821/2 5821/12
5821/17 5822/2
5824/2 5824/21
5833/2 5833/10
fairly [1]   5779/14
faith [2]   5842/21
5843/5
fall [1]   5821/16
familiar [6]   5770/1
5799/1 5799/2
5799/2 5799/4
5820/15
familiarizing [1]
5802/18 5803/4
family [4]   5769/21
5839/9 5839/14
5840/17
far [5]   5754/17
5772/1 5783/13
5812/15 5850/25
fascist [1]   5753/14
fashion [1]   5811/12
favor [2]   5752/8
5779/22
FBI [10]   5754/21
5755/1 5755/3
5768/15 5790/8
5795/9 5814/5
5834/23 5842/19
5867/24
fear [1]   5791/8
February [5]   5791/5
5795/2 5814/10
5834/9 5836/17
February 15th [1]
5791/5
February 22 [1]
5836/17
February 22nd [2]
5795/2 5814/10
federal [1]   5795/1
feel [19]   5759/10
5760/17 5776/23
5777/22 5780/15
5783/16 5783/18
5783/19 5783/20
5786/2 5790/5
5791/6 5793/11
5808/3 5849/23
5850/1 5850/6
5853/20 5865/12
feels [3]   5759/20
5763/16 5764/2
feet [1]   5847/16
felt [17]   5759/11
5761/22 5776/1
5776/3 5777/6
5777/11 5781/8
5783/21 5800/9
5807/13 5807/16
5807/22 5807/24
5808/1 5808/7

5812/20 5850/11
female [1]   5832/22
few [9]   5754/6
5757/24 5758/10
5759/3 5764/16
5772/3 5793/23
5817/21 5854/3
field [1]   5862/18
fight [4]   5865/19
5865/23 5866/4
5866/12
figure [1]   5802/23
figured [1]   5831/9
file [1]   5833/21
final [2]   5817/12
5843/13
find [4]   5802/20
5802/22 5824/11
5831/15
fine [4]   5789/24
5817/5 5843/9
5870/21
fingers [1]   5768/6
finish [1]   5797/25
finishes [1]
5868/13
firearms [6]
5771/12 5785/1
5785/5 5785/8
5804/14 5805/1
firm [1]   5759/12
first [18]   5751/3
5751/4 5752/2
5752/3 5752/3
5768/9 5795/1
5795/8 5800/1
5800/12 5801/6
5827/17 5830/4
5838/15 5840/7
5844/16 5844/24
5847/17
FISCHER [9]   5748/12
5748/13 5848/1
5848/3 5870/16
5870/22 5871/1
5873/8 5873/14
fist [1]   5872/11
five [2]   5751/23
5762/18
FL [7]   5750/9
5750/12 5755/18
5757/13 5760/12
5762/14 5767/16
flag [2]   5871/14
5873/12
Florida [2]   5760/18
5819/24
fly [2]   5770/9
5770/15
flyers [1]   5820/22
flying [4]   5769/15
5770/6 5771/9
5868/14
focus [1]   5765/12
folks [1]   5873/19
follow [1]   5838/24
followed [3]
5765/13 5797/19
5813/8
following [7]

**F**

following... [7]
5781/7 5781/7
5810/8 5810/9
5810/11 5845/11
5845/17
fool's [6]   5763/10
5764/3 5764/17
5764/18 5864/20
5864/21
foot [1]   5815/4
For Defendant [1]
5747/19
force [2]   5753/1
5806/4
forced [1]   5796/13
foregoing [1]
5874/4
foreign [2]   5752/17
5752/21
forget [1]   5770/24
forgive [1]   5797/9
forgiven [1]
5793/10
forgot [1]   5801/17
forgotten [1]
5870/22
form [13]   5757/23
5778/7 5801/11
5804/21 5807/19
5811/5 5814/14
5836/20 5837/12
5837/17 5859/25
5864/5 5865/25
formation [2]
5810/17 5837/10
formed [1]   5838/17
Former [1]   5867/15
FormerFeds [1]
5748/9
forth [1]   5756/16
forward [9]   5760/6
5761/4 5764/16
5765/10 5767/20
5768/5 5781/18
5815/20 5867/2
found [2]   5778/17
5784/16
foundation [1]
5865/22
four [3]   5767/21
5795/16 5840/4
fraud [7]   5759/13
5765/5 5766/6
5850/9 5851/2
5853/21 5864/6
fraudulent [2]
5757/4 5850/24
freak [1]   5789/13
freak-out [1]
5789/13
Freaked [1]   5790/6
freaking [1]
5759/20
freed [1]   5788/3
freedom [1]   5756/19
freely [1]   5796/10
freeze [1]   5831/25
French [4]   5776/2

**G**

gas [9]   5783/5
5785/9 5785/13
5817/25 5854/8
5855/18 5863/17
5863/18 5863/19
gassed [2]   5855/13
5855/14
Gator [13]   5750/22
5758/7 5758/22
5759/3 5762/12
5822/5 5822/7
5822/9 5822/10
5822/10 5822/10
5822/11 5822/12
gave [4]   5795/21
5806/23 5834/5
5870/18
gear [11]   5770/19
5770/24 5772/10
5772/15 5785/3
5785/7 5785/20
5788/22 5790/17
5863/5 5863/7
geared [1]   5785/11
gee [1]   5828/7
general [18]
5752/15 5753/1
5759/10 5766/5
5774/17 5785/10
5787/25 5790/19
5794/13 5800/22
5805/6 5807/12
5812/21 5814/17
5824/14 5858/23
5858/24 5861/18
generalizations [1]

5829/11
generalized [1]
5812/9
generally [3]
5750/14 5776/16
5781/7
gentlemen [2]
5860/23 5866/21
genuinely [1]
5756/23
GenX [1]   5753/7
GEYER [5]   5748/9
5749/7 5822/19
5822/23 5824/3
given [4]   5785/19
5813/22 5867/16
5868/18
giving [6]   5762/2
5810/21 5811/11
5829/1 5834/7
5866/25
glasses [1]   5773/22
Glen [1]   5748/14
goal [2]   5773/8
5783/22
goes [2]   5816/15
5841/11
good [9]   5793/19
5793/21 5825/13
5829/25 5842/21
5843/5 5848/19
5848/24 5864/3
gosh [2]   5805/17
5809/20
government [61]
5747/14 5749/14
5749/15 5749/16
5749/17 5749/18
5750/15 5750/19
5751/19 5751/20
5752/16 5752/18
5752/22 5752/23
5752/25 5753/19
5753/19 5754/15
5755/2 5755/5
5755/11 5756/19
5757/6 5757/7
5757/23 5757/23
5758/2 5766/17
5766/19 5766/20
5766/24 5767/9
5767/13 5779/20
5781/14 5787/1
5788/6 5788/11
5791/21 5791/25
5792/10 5792/24
5793/1 5795/2
5795/16 5798/17
5798/21 5799/11
5799/17 5814/11
5830/16 5840/13
5850/25 5866/7
5866/12 5866/14
5867/12 5868/12
5870/18 5873/16
5873/20
government's [5]
5753/21 5757/25
5792/8 5792/14
5809/1

Governor [1]
5748/13
grand [1]   5826/10
grass [1]   5862/18
gray [2]   5752/5
5773/22
GRAYDON [8]   5749/3
5750/4 5793/17
5817/16 5822/20
5829/23 5848/22
5859/22
greater [3]   5809/21
5809/22 5809/22
ground [2]   5765/7
5820/21
grounds [1]   5786/17
group [59]   5753/15
5753/19 5757/13
5757/14 5757/20
5758/16 5759/18
5766/15 5768/24
5769/11 5769/15
5770/3 5770/12
5771/24 5776/7
5777/10 5777/13
5784/4 5784/23
5786/18 5801/24
5802/15 5802/22
5804/4 5806/6
5806/8 5807/16
5808/4 5808/7
5808/14 5810/12
5810/13 5823/11
5827/7 5827/9
5827/9 5828/2
5830/7 5832/7
5845/11 5845/12
5845/15 5845/17
5846/11 5846/12
5846/15 5855/5
5855/8 5855/16
5856/4 5856/5
5857/21 5857/22
5858/3 5858/10
5858/17 5859/23
5860/4 5862/8
groups [4]   5800/2
5800/8 5800/10
5825/11
guess [15]   5755/8
5763/25 5765/23
5787/11 5792/11
5803/6 5808/15
5818/12 5829/21
5851/12 5856/1
5860/13 5860/19
5863/24 5866/13
guessed [2]   5758/4
5763/15
guessing [1]
5860/24
guilty [18]   5791/9
5791/11 5791/15
5792/16 5793/7
5793/9 5794/23
5795/14 5795/17
5795/20 5798/7
5814/5 5835/18
5835/23 5835/24
5853/1 5853/3

**G**

guilty... [1]
5853/10
gun [2]   5804/20
5862/2
guns [4]   5860/9
5860/12 5861/16
5861/23
guy [3]   5801/21
5810/8 5862/5
guy's [2]   5801/17
5836/12
guys [2]   5820/19
5836/17

**H**

H-100 [4]   5749/20
5823/24 5824/6
5824/7
H-101 [6]   5749/21
5824/23 5825/1
5825/2 5826/3
5826/5
half [6]   5779/1
5801/12 5803/25
5808/16 5868/22
5869/3
hall [1]   5855/16
HALLER [8]   5748/5
5748/6 5749/6
5817/15 5817/19
5855/1 5865/24
5869/22
Halloween [1]
5867/3
hallway [23]
5782/14 5782/25
5783/24 5843/14
5843/15 5843/16
5843/21 5844/11
5845/8 5845/13
5846/8 5846/18
5846/19 5846/22
5847/11 5847/18
5849/1 5849/2
5849/5 5849/7
5849/9 5855/19
5856/11
hand [3]   5774/25
5780/4 5854/4
handguns [1]
5771/14
handheld [1]
5772/17
hands [2]   5779/4
5810/19
Hang [4]   5824/3
5829/4 5838/15
5841/14
Hangout [6]   5750/9
5755/18 5757/13
5760/12 5760/18
5767/17
happen [2]   5763/20
5851/6
happened [6]
5787/19 5787/24
5795/11 5807/2
5855/10 5855/12

happening [7]
5756/3 5777/8
5778/7 5778/9
5779/15 5786/1
5859/25
happens [1]   5752/7
happy [7]   5841/23
5867/3 5868/20
5871/11 5871/14
5872/10 5872/21
hard [2]   5847/1
5863/3
harder [1]   5825/16
harm [1]   5766/21
Harrelson [10]
5748/9 5794/11
5822/23 5823/7
5823/10 5826/11
5827/21 5852/20
5856/16 5856/21
Harrelson's [2]
5856/14 5856/23
Harris [3]   5867/14
5867/18 5867/22
Harrisburg [1]
5748/3
hat [1]   5833/13
have had [1]
5772/21
head [6]   5781/25
5821/16 5821/16
5821/17 5826/16
5829/17
headed [1]   5772/24
heading [1]   5817/12
heads [4]   5766/25
5828/12 5872/9
5872/16
hear [5]   5775/2
5818/14 5847/1
5847/7 5847/8
heard [12]   5797/10
5818/7 5818/9
5818/11 5818/12
5818/14 5820/5
5823/10 5837/8
5840/23 5842/25
5844/12
hearing [2]   5752/19
5847/5
hell [2]   5758/23
5825/17
Hello [2]   5822/22
5822/24
helmet [11]   5772/17
5772/21 5772/21
5772/22 5780/2
5781/21 5782/5
5789/2 5789/3
5821/15 5833/14
helmets [1]   5771/1
help [5]   5766/6
5775/16 5785/18
5799/11 5839/19
helped [2]   5817/24
5818/3
helping [2]   5855/7
5855/7
helps [1]   5871/19
hey [2]   5767/22

5845/19
high [3]   5770/13
5802/14 5803/16
Highway [1]   5748/13
historical [2]
5774/20 5783/22
historically [2]
5787/10 5794/6
history [2]   5776/1
5787/23
hit [3]   5821/16
5821/16 5831/24
hold [1]   5769/11
holding [1]   5832/9
holes [1]   5825/16
home [1]   5752/7
homestretch [1]
5817/13
honest [4]   5834/20
5835/8 5835/11
5835/15
Honestly [1]   5822/6
Honor [33]   5750/6
5786/22 5793/14
5793/19 5806/20
5808/22 5811/3
5811/8 5811/21
5815/11 5816/8
5817/3 5817/18
5822/18 5824/5
5829/25 5840/9
5841/16 5847/23
5848/19 5848/24
5861/2 5866/20
5867/13 5869/23
5870/17 5871/10
5871/18 5872/22
5873/13 5873/18
5873/20 5873/21
HONORABLE [1]
5747/10
HOOK [3]   5748/22
5874/3 5874/10
hope [9]   5752/1
5761/24 5762/2
5762/24 5792/14
5792/24 5793/1
5792/19 5799/16
Hopefully [2]
5752/2 5869/19
hopeless [1]
5761/22
hopelessness [1]
5759/12
hospital [1]   5771/6
hostile [1]   5768/16
hotel [3]   5771/17
5771/18 5803/22
hour [5]   5779/1
5797/10 5803/25
5862/12 5870/23
house [5]   5770/10
5771/20 5774/5
5788/16 5844/3
huge [2]   5757/25
5774/18
HUGHES [1]   5747/15
huh [1]   5831/12
hundred [3]   5757/24
5776/19 5846/13

husband [2]   5789/18
5789/20
hyperbole [1]
5823/10

**I**

idea [10]   5752/3
5752/9 5768/11
5781/6 5809/20
5819/15 5845/7
5845/8 5845/22
5846/5
idea why [1]   5845/7
identification [2]
5773/24 5774/2
identify [1]
5830/18
ignore [1]   5860/24
ignoring [1]   5850/9
III [1]   5747/6
illegal [2]   5804/25
5853/9
image [1]   5845/5
IMHO [1]   5758/24
impact [2]   5778/8
5823/17
impeach [1]   5842/18
implicit [9]
5797/12 5798/5
5851/18 5851/21
5851/23 5852/6
5852/7 5852/10
5853/18
implied [1]   5851/14
implies [1]   5851/25
important [1]
5777/7
imprinting [1]
5824/20
improper [1]   5866/1
in the [1]   5783/2
in-court [2]
5773/24 5774/1
in-person [6]
5794/3 5794/13
5794/14 5794/17
5794/18 5794/18
inappropriate [1]
5841/19
Inaudible [1]
5838/2
inaugurated [1]
5763/25
inclined [1]   5843/6
include [3]   5766/24
5830/10 5852/14
including [4]
5794/5 5805/13
5855/2 5861/13
inconsistent [3]
5816/6 5816/15
5838/5
incriminating [1]
5768/18
indeed [1]   5798/13
independent [1]
5867/2
indicated [2]
5841/7 5842/5
individual [4]

**I**

individual... [4]
5832/9 5833/17
5844/7 5846/17
individually [1]
5777/4
individuals [1]
5830/13
indulgence [2]
5806/19 5840/9
ineffective [3]
5785/1 5785/4
5785/7
infer [2]   5828/11
5828/11
infiltrated [1]
5753/20
influences [1]
5752/17
information [2]
5762/2 5762/4
initially [7]
5773/3 5774/5
5774/6 5778/16
5783/10 5785/21
5834/3
injured [3]   5775/14
5857/14 5858/9
inquiry [1]   5843/13
inside [17]   5771/1
5775/18 5778/10
5778/15 5779/15
5780/14 5780/21
5780/25 5784/22
5787/5 5818/6
5819/1 5819/4
5826/16 5872/6
5872/8 5872/12
inspired [1]
5787/25
instance [2]
5752/19 5840/15
instances [1]
5842/2
instead [2]   5762/24
5811/4
instinct [1]
5786/12
instruction [1]
5773/12
instructions [3]
5868/14 5869/12
5869/13
Insurrection [2]
5765/2 5765/6
insurrections [1]
5760/24
integral [1]   5777/7
intel [2]   5761/6
5767/22
intend [1]   5871/25
intends [1]   5873/16
intent [3]   5803/14
5828/11 5856/3
interact [1]
5778/25
interacted [1]
5802/21
interaction [1]

5801/24
interactions [4]
5794/12 5794/13
5794/15 5795/1
interested [4]
5800/1 5800/13
5800/14 5800/23
interfacing [1]
5865/13
interior [1]   5844/2
interruption [1]
5806/21
interview [4]
5834/6 5834/12
5836/17 5842/20
interviews [2]
5841/7 5842/6
into [45]   5749/14
5749/15 5749/16
5749/17 5749/18
5749/20 5749/21
5750/15 5750/19
5762/19 5763/8
5767/9 5767/13
5771/16 5773/8
5779/17 5779/20
5786/22 5787/1
5791/21 5791/25
5793/1 5796/10
5796/18 5797/4
5802/9 5802/12
5803/3 5804/1
5804/14 5805/1
5805/8 5812/25
5814/12 5823/23
5824/7 5824/24
5825/2 5830/5
5833/21 5834/1
5853/23 5858/12
5859/21 5860/5
introduce [3]
5823/23 5871/25
5873/16
introduced [1]
5840/21
invalid [1]   5753/2
investigate [1]
5864/6
investigating [1]
5800/2
involved [1]
5799/20
involvement [1]
5802/3
involving [1]
5823/9
Isaacs [1]   5844/7
issue [3]   5819/25
5842/2 5873/12
issues [2]   5870/13
5871/7

**J**

jacket [1]   5773/22
jail [1]   5788/2
JAMES [2]   5747/20
5793/24
Jan. [1]   5820/3
Jan. 5 [1]   5820/3
January [26]

5758/23 5759/7
5761/17 5763/19
5763/21 5767/4
5767/15 5771/15
5788/9 5788/12
5788/19 5788/21
5794/6 5801/23
5802/5 5802/10
5802/12 5802/25
5805/11 5820/5
5820/6 5820/12
5826/18 5844/17
5849/17 5871/20
January 1st [2]
5767/4 5767/15
January 5 [1]
5820/5
January 5th [3]
5802/10 5802/12
5802/25
January 6th [1]
5771/15
January 7th [1]
5788/21
Jason [4]   5751/23
5752/1 5754/3
5754/7
JEFF [3]   5748/22
5874/3 5874/10
JEFFREY [1]   5747/14
Jessica [6]   5830/1
5830/14 5833/6
5844/19 5845/19
5852/18
Johnston [1]
5747/23
joined [4]   5800/20
5801/4 5810/11
5819/7
JONATHAN [2]   5748/2
5830/1
jpeg [1]   5789/23
judge [14]   5747/11
5791/14 5791/16
5792/16 5792/23
5792/25 5795/21
5836/22 5837/18
5841/11 5843/9
5848/15 5853/1
5853/10
JULI [3]   5748/5
5748/6 5817/19
Jumbotron [2]
5772/13 5827/4
June [6]   5794/24
5795/14 5795/14
5806/22 5810/24
5835/20
June 16th [2]
5794/24 5795/14
June 21st [2]
5806/22 5810/24
June 22nd [1]
5795/14
jurors [1]   5869/1
jury [13]   5747/10
5750/2 5787/18
5815/22 5816/3
5817/11 5823/24
5841/18 5842/3

5867/5 5868/14
5869/12 5869/13
jury's [1]   5843/3

**K**

KATHRYN [1]   5747/14
keep [3]   5768/6
5774/9 5854/12
Keepers [38]
5755/15 5756/21
5758/2 5758/16
5766/16 5771/24
5775/15 5777/10
5777/15 5777/18
5777/20 5784/4
5789/5 5794/14
5794/22 5800/2
5800/13 5801/11
5803/18 5804/4
5804/19 5805/4
5805/7 5805/20
5806/11 5809/25
5819/7 5820/11
5820/19 5823/1
5833/3 5840/21
5841/8 5846/17
5850/11 5852/12
5858/3 5858/23
Kelly [17]   5750/23
5751/2 5758/7
5772/7 5773/24
5774/22 5775/23
5784/13 5817/20
5819/5 5852/14
5855/1 5857/5
5857/7 5864/11
5865/18 5866/6
Kelsey [2]   5867/14
5867/18
Ken [8]   5822/23
5823/10 5826/11
5827/20 5856/14
5856/16 5856/21
5856/23
Kenneth [1]   5852/20
Kenny [18]   5778/17
5778/22 5779/3
5780/8 5780/9
5784/10 5784/19
5784/21 5785/2
5785/6 5786/2
5794/11 5818/22
5862/4 5862/8
5863/4 5863/9
5863/22
Kenny's [2]   5785/23
5862/19
kicked [1]   5789/16
killed [1]   5751/11
killer [1]   5751/5
killing [1]   5751/10
kind [38]   5760/19
5765/22 5769/6
5769/23 5772/15
5774/6 5775/12
5775/17 5777/20
5778/8 5781/5
5781/6 5783/11
5783/22 5785/25
5786/9 5786/11

**K**

kind... [21]
5786/11 5787/10
5787/25 5790/17
5794/20 5802/14
5802/15 5802/17
5809/7 5824/20
5827/22 5834/4
5850/21 5852/1
5858/18 5862/14
5862/17 5862/17
5863/24 5864/2
5865/14
kinds [1]   5755/23
kings [1]   5788/1
KM [1]   5820/9
knew [17]   5758/3
5758/5 5759/8
5768/3 5770/4
5770/5 5774/19
5790/8 5790/8
5804/11 5804/12
5804/19 5804/25
5844/13 5849/13
5852/23 5859/8
knowingly [1]
5795/25
knowledge [2]
5809/25 5860/25
known [1]   5843/5
knows [1]   5752/7
Korean [1]   5752/18

**L**

LA [1]   5747/23
lack [2]   5863/6
5865/22
Ladies [2]   5860/23
5866/21
lady [1]   5774/8
land [4]   5802/15
5803/5 5803/12
5803/21
language [1]   5802/1
large [3]   5808/7
5828/2 5846/12
larger [2]   5757/17
5757/21
laser [1]   5765/12
Lassiter [1]
5747/20
last [2]   5867/19
5870/19
late [1]   5766/14
later [28]   5751/24
5753/4 5754/3
5754/7 5754/11
5754/19 5755/18
5758/11 5759/3
5759/18 5760/5
5760/11 5761/15
5762/12 5763/14
5764/11 5764/16
5765/13 5767/21
5768/5 5778/17
5784/16 5788/12
5791/4 5866/10
5871/19 5872/4
5872/18

laugh [1]   5841/18
Laura [1]   5788/13
law [7]   5748/6
5786/5 5790/19
5834/6 5835/23
5836/1 5842/5
Lawn [1]   5747/21
laws [1]   5804/20
lawyer [6]   5797/15
5855/1 5856/14
5857/3 5860/8
5862/7
lawyers [4]   5760/25
5853/4 5859/7
5860/8
lay [4]   5802/15
5803/4 5803/12
5803/21
laying [1]   5762/22
lead [3]   5760/7
5760/8 5801/15
lead-up [1]   5801/15
leader [2]   5762/7
5810/13
leaders [2]   5758/13
5758/17
leading [4]   5801/23
5802/5 5814/5
5866/1
learned [2]   5825/4
5830/19
least [5]   5769/7
5813/17 5832/24
5834/8 5857/12
leave [7]   5782/10
5784/1 5788/13
5789/24 5806/24
5818/3 5862/15
leaving [1]   5831/15
LEE [2]   5747/20
5793/24
left [16]   5753/15
5763/16 5763/18
5766/18 5772/13
5772/23 5781/19
5781/22 5782/6
5784/6 5808/8
5808/12 5862/9
5869/10 5873/3
5873/3
left-wing [2]
5753/15 5766/18
leftists [1]   5866/8
legal [1]   5762/21
length [1]   5868/4
leniency [1]
5799/16
lenient [1]   5799/12
less [2]   5808/15
5863/20
lesson [1]   5825/4
letter [2]   5821/20
5821/25
level [7]   5770/23
5784/22 5785/3
5785/19 5785/24
5793/9 5793/10
lie [2]   5836/8
5836/10
lied [2]   5842/2

5842/17
life [1]   5826/8
likely [1]   5761/16
5781/25 5807/9
limited [1]   5794/6
Lincoln [1]   5761/1
LINDER [3]   5847/19
5747/20 5868/10
line [7]   5763/8
5783/17 5827/21
5833/21 5837/9
5838/17 5839/13
link [1]   5872/4
linking [1]   5872/17
links [1]   5871/18
listen [1]   5764/15
listened [1]
5759/14
listening [1]
5797/9
literally [1]
5821/15
little [4]   5822/6
5861/9 5864/9
5871/9
live [2]   5772/5
5772/7
lives [1]   5771/3
LLC [1]   5748/9
logical [2]   5839/16
5852/2
logically [2]
5831/14 5864/3
LOL [1]   5759/4
long [6]   5756/18
5770/11 5778/25
5779/7 5795/10
5862/24
long-term [1]
5756/18
look [12]   5761/1
5781/19 5782/8
5815/20 5841/21
5843/1 5865/9
5867/2 5870/20
5870/24 5873/9
5873/15
looked [2]   5784/24
5850/24
looking [10]
5761/23 5790/1
5798/7 5803/11
5804/3 5809/10
5864/2 5866/10
5868/3 5870/23
looks [2]   5831/22
5853/11
loose [1]   5758/24
lose [1]   5759/22
lot [19]   5753/21
5756/4 5780/16
5784/11 5787/23
5792/9 5799/20
5799/20 5800/5
5807/13 5807/15
5823/13 5824/9
5825/25 5837/1
5850/9 5861/9
5863/3 5864/17
loud [6]   5776/14

5776/17 5782/18
5841/18 5846/21
5847/7
loudmouth [1]
5751/5
loudmouths [1]
5751/4
LOUIS [1]   5747/15
lower [2]   5871/12
5871/23
lunch [1]   5870/23
lying [1]   5760/25

**M**

ma'am [19]   5818/2
5818/5 5818/13
5818/19 5818/21
5818/24 5819/3
5819/13 5819/18
5819/23 5820/4
5820/7 5820/14
5820/20 5821/18
5821/24 5822/3
5822/14 5822/17
machines [3]
5752/20 5825/7
5825/7
made to [1]   5845/15
mail [1]   5871/2
maintained [1]
5779/5
make affirmative [1]
5873/9
makes [2]   5767/18
5792/22
making [7]   5824/9
5825/23 5825/24
5826/9 5829/11
5856/19 5871/4
malice [1]   5825/6
malintent [1]
5803/11
man [2]   5752/5
5817/24
manner [2]   5806/11
5818/23
mantle [1]   5867/18
many [7]   5758/1
5758/5 5809/19
5830/7 5834/7
5847/16 5863/2
MANZO [3]   5747/15
5841/17 5841/20
map [1]   5843/23
march [1]   5801/5
mark [2]   5774/10
5823/24
marked [1]   5808/25
masks [4]   5785/9
5785/13 5863/17
5863/18
mass [1]   5752/3
massive [1]   5776/14
match [1]   5780/19
matter [2]   5813/24
5874/5
may [15]   5772/21
5783/11 5794/20
5799/25 5808/22
5811/2 5828/18

**M**

may... [8]    5828/20
5829/3 5835/16
5841/13 5841/23
5848/16 5866/17
5870/3
maybe [15]    5758/4
5761/24 5762/8
5762/8 5765/23
5768/3 5777/7
5779/1 5782/2
5805/17 5835/20
5857/13 5868/5
5868/8 5868/15
MD [1]    5748/14
mean [38]    5751/17
5752/12 5752/23
5753/17 5755/3
5757/18 5757/20
5757/24 5758/3
5763/18 5765/19
5766/2 5768/14
5775/23 5777/4
5777/17 5783/6
5785/6 5796/2
5797/2 5801/16
5803/7 5813/16
5818/9 5823/25
5832/12 5832/14
5838/22 5842/17
5843/2 5845/25
5851/9 5852/3
5859/18 5859/22
5859/24 5863/14
5869/5
meaning [6]    5751/10
5754/14 5829/1
5846/12 5847/15
5858/23
meaningful [2]
5765/23 5787/10
means [6]    5806/4
5818/14 5819/21
5821/12 5821/15
5852/6
meant [16]    5754/15
5756/21 5763/8
5763/10 5764/22
5766/8 5766/9
5775/25 5777/5
5777/9 5851/12
5858/22 5858/24
5859/13 5859/20
5864/22
media [1]    5867/1
medical [2]    5775/15
5858/10
meet [8]    5770/10
5770/12 5770/13
5770/15 5771/23
5772/1 5804/4
5826/23
meeting [4]    5760/21
5781/13 5795/9
5814/10
meetings [2]
5795/16 5814/5
Meggs [41]    5748/5
5750/23 5751/2

5758/7 5758/12
5769/16 5772/2
5772/7 5773/6
5773/13 5773/14
5773/24 5774/2
5774/10 5774/22
5775/11 5775/18
5775/23 5776/5
5784/13 5794/11
5808/5 5813/5
5817/20 5819/5
5852/14 5854/25
5857/5 5857/7
5857/24 5858/3
5858/6 5858/7
5858/13 5860/7
5860/14 5860/18
5862/3 5864/11
5865/18 5866/6
Meggs' [1]    5855/1
MEHTA [7]    5747/10
5791/16 5792/16
5792/23 5792/25
5795/21 5853/10
member [7]    5762/23
5775/14 5801/10
5829/10 5855/5
5855/8 5856/5
members [14]
5755/14 5756/20
5768/23 5769/21
5770/3 5771/24
5777/13 5780/21
5784/4 5787/18
5803/17 5850/11
5852/12 5858/7
members' [1]    5769/2
membership [1]
5829/12
memory [3]    5798/13
5811/3 5840/12
mentioned [3]
5782/10 5840/23
5854/4
mentioning [1]
5759/24
message [11]
5761/19 5765/3
5765/4 5765/11
5765/13 5768/3
5770/18 5871/18
5871/20 5872/4
5872/18
messages [14]
5750/8 5750/11
5763/4 5767/4
5822/10 5856/20
5861/6 5861/11
5861/15 5864/10
5864/11 5864/17
5864/18 5865/17
messed [1]    5752/21
met [13]    5772/5
5772/7 5773/14
5778/20 5784/12
5793/25 5826/11
5835/23 5836/1
5844/14 5844/16
5844/22 5845/3
Meta [1]    5867/23

Metro [1]    5771/17
middle [1]    5774/8
midnight [1]
5870/19
might [9]    5762/4
5785/11 5800/17
5802/19 5824/10
5825/22 5827/24
5864/8 5873/13
Mike [1]    5761/5
militaristic [3]
5812/13 5812/16
5812/17
millions [1]    5758/8
mind [3]    5823/20
5829/3 5843/3
mindful [1]    5841/21
minute [12]    5753/4
5753/18 5754/3
5754/11 5755/18
5760/6 5761/14
5764/10 5765/13
5768/5 5848/16
5869/2
minutes [11]
5751/23 5754/19
5759/3 5759/18
5760/5 5760/11
5762/12 5762/19
5763/14 5764/16
5767/21
misleading [2]
5848/10 5848/13
misled [3]    5841/8
5842/6 5842/22
misstate [1]    5842/1
misused [1]    5755/6
mob [1]    5862/18
mode [2]    5786/11
5789/13
modified [2]    5773/8
5773/9
mom [3]    5789/16
5789/16 5789/17
moment [7]    5776/1
5776/2 5806/20
5814/1 5816/10
5828/6 5840/8
Monday [1]    5868/15
money [2]    5759/21
5760/2
monitor [1]    5820/10
month [1]    5801/12
months [1]    5798/9
mood [9]    5776/6
5776/16 5776/23
5782/14 5782/16
5782/16 5782/17
5785/23 5807/12
more [32]    5753/21
5754/13 5754/17
5756/4 5760/8
5762/4 5762/9
5765/12 5765/23
5768/3 5769/21
5774/12 5774/13
5781/25 5785/11
5786/5 5797/5
5797/7 5805/17
5806/15 5808/15

Metro... 5829/19 5835/13
5835/15 5835/15
5835/17 5835/18
5850/18 5853/8
5863/21 5864/1
5867/24
morning [7]    5804/3
5830/20 5831/5
5867/19 5867/22
5868/15 5873/23
morons [2]    5836/18
5836/24
most [2]    5784/11
5852/22
motion [2]    5798/20
5798/25
motions [1]    5868/13
motivated [3]
5758/20 5777/23
5865/14
motivating [1]
5800/9
motivation [1]
5799/22
move [12]    5774/12
5774/13 5777/14
5779/17 5786/22
5812/14 5826/2
5826/4 5842/14
5843/9 5868/24
5868/25
moves [3]    5750/15
5767/9 5791/21
moving [1]    5774/18
Mr. [90]    5750/3
5750/9 5750/21
5769/16 5772/2
5773/6 5773/13
5773/14 5774/2
5774/10 5775/6
5775/9 5779/22
5781/16 5786/14
5787/4 5791/19
5792/3 5793/7
5793/13 5793/15
5793/19 5793/25
5794/3 5794/11
5802/2 5804/23
5807/5 5808/5
5809/21 5811/16
5812/2 5813/3
5813/5 5815/12
5815/23 5816/9
5816/11 5817/19
5822/19 5822/22
5823/7 5824/3
5829/22 5834/10
5839/12 5839/19
5841/17 5841/20
5847/25 5848/1
5848/3 5848/4
5848/4 5848/8
5848/21 5848/25
5849/8 5854/3
5854/14 5854/25
5856/14 5857/3
5858/1 5858/3
5860/7 5860/8
5860/14 5860/18
5862/3 5866/16

| | | | |
|---|---|---|---|
| **M** | 5750/9  5750/21 | 5765/1  5765/3 | 5866/24 |
| **Mr.... [19]**    5866/19 | 5779/22  5781/16 | 5765/3  5765/9 | **Oak [1]**    5747/21 |
| 5867/10  5868/10 | 5786/14  5787/4 | 5765/13  5765/14 | **oath [45]**    5755/14 |
| 5869/21  5869/25 | 5791/19  5792/3 | 5766/1 | 5756/21  5758/2 |
| 5870/16  5870/22 | 5793/7  5793/13 | **nefarious [1]** | 5758/16  5761/8 |
| 5871/1  5871/8 | 5793/19  5815/23 | 5803/8 | 5761/9  5766/15 |
| 5871/20  5871/22 | 5816/9  5817/19 | **NESTLER [15]** | 5771/24  5775/15 |
| 5872/1  5872/3 | 5822/22  5866/16 | 5747/14  5749/4 | 5777/9  5777/15 |
| 5872/10  5872/16 | **Ms. [13]**    5751/22 | 5749/9  5750/3 | 5777/17  5777/19 |
| 5872/21  5873/1 | 5754/6  5757/11 | 5793/15  5807/5 | 5784/4  5789/5 |
| 5873/8  5873/14 | 5758/6  5760/10 | 5809/21  5816/11 | 5794/14  5794/22 |
| **Mr. Bright [5]** | 5767/2  5768/10 | 5839/12  5839/19 | 5799/15  5799/19 |
| 5804/23  5811/16 | 5782/2  5782/3 | 5848/4  5848/4 | 5800/2  5800/13 |
| 5812/2  5815/12 | 5789/25  5791/18 | 5848/21  5866/19 | 5801/11  5803/18 |
| 5834/10 | 5855/1  5869/22 | 5867/10 | 5804/4  5804/18 |
| **Mr. Caldwell [7]** | **Ms. Haller [2]** | **New [1]**    5767/15 | 5804/19  5805/3 |
| 5871/20  5871/22 | 5855/1  5869/22 | **news [3]**    5754/22 | 5805/7  5805/20 |
| 5872/3  5872/10 | **Ms. Rohde [11]** | 5755/23  5790/2 | 5806/11  5807/6 |
| 5872/16  5872/21 | 5751/22  5754/6 | **next [32]**    5751/22 | 5807/25  5809/25 |
| 5873/1 | 5757/11  5758/6 | 5753/3  5754/2 | 5819/7  5820/11 |
| **Mr. Caldwell's [1]** | 5760/10  5767/2 | 5754/6  5754/10 | 5820/19  5823/1 |
| 5872/1 | 5768/10  5782/2 | 5754/11  5754/19 | 5833/2  5840/21 |
| **Mr. Crisp [7]** | 5782/3  5789/25 | 5755/17  5758/6 | 5841/8  5846/17 |
| 5829/22  5847/25 | 5791/18 | 5758/10  5758/12 | 5850/11  5852/12 |
| 5848/8  5848/25 | **much [13]**    5753/10 | 5758/21  5759/3 | 5858/3  5858/22 |
| 5849/8  5854/3 | 5753/17  5757/17 | 5759/17  5760/4 | **object [1]**    5871/11 |
| 5854/14 | 5757/20  5791/2 | 5760/9  5761/4 | **objectifies [1]** |
| **Mr. Douyon [1]** | 5817/25  5820/10 | 5761/7  5761/14 | 5825/10 |
| 5871/8 | 5822/15  5849/7 | 5762/11  5762/18 | **objecting [1]** |
| **Mr. Fischer [7]** | 5850/16  5866/18 | 5763/1  5763/13 | 5865/25 |
| 5848/1  5848/3 | 5867/4  5873/22 | 5764/10  5767/6 | **objection [27]** |
| 5870/16  5870/22 | **multiple [2]** | 5767/20  5788/19 | 5750/17  5767/11 |
| 5871/1  5873/8 | 5812/20  5858/8 | 5804/1  5815/18 | 5773/25  5779/18 |
| 5873/14 | **muscle [2]**    5754/10 | 5847/8  5857/22 | 5786/24  5791/23 |
| **Mr. Geyer [2]** | 5754/13 | 5857/22 | 5797/25  5804/21 |
| 5822/19  5824/3 | **must [1]**    5765/5 | **nice [1]**    5803/18 | 5807/19  5811/5 |
| **Mr. Harrelson [1]** | **myself [4]**    5752/15 | **night [8]**    5788/12 | 5814/14  5816/14 |
| 5823/7 | 5770/11  5835/13 | 5802/24  5820/7 | 5816/17  5824/4 |
| **Mr. Ken [1]**    5856/14 | 5835/15 | 5830/23  5867/20 | 5824/5  5824/24 |
| **Mr. Linder [1]** | | 5870/19  5871/19 | 5824/25  5836/20 |
| 5868/10 | **N** | 5872/4 | 5837/12  5837/17 |
| **Mr. Manzo [2]** | **name [15]**    5778/17 | **nine [1]**    5782/3 | 5841/9  5849/25 |
| 5841/17  5841/20 | 5778/18  5793/23 | **NJ [1]**    5748/10 | 5859/15  5860/15 |
| **Mr. Meggs [16]** | 5801/17  5803/24 | **nobody [2]**    5850/24 | 5864/25  5865/20 |
| 5769/16  5772/2 | 5806/1  5817/19 | 5865/22 | 5866/2 |
| 5773/6  5773/13 | 5822/22  5823/9 | **none [2]**    5803/19 | **objectionable [1]** |
| 5773/14  5774/2 | 5830/1  5844/7 | 5828/18 | 5837/18 |
| 5774/10  5794/11 | 5844/12  5854/22 | **North [6]**    5748/3 | **objections [4]** |
| 5808/5  5813/5 | 5856/23  5862/2 | 5770/16  5771/3 | 5817/2  5823/23 |
| 5854/25  5858/3 | **named [5]**    5751/23 | 5771/9  5771/13 | 5867/8  5867/21 |
| 5860/7  5860/14 | 5758/22  5760/5 | 5788/17 | **objective [1]** |
| 5860/18  5862/3 | 5817/25  5844/19 | **note [1]**    5775/11 | 5751/18 |
| **Mr. Nestler [12]** | **names [1]**    5852/22 | **notice [2]**    5783/1 | **obligated [1]** |
| 5750/3  5793/15 | **national [2]**    5761/6 | 5813/2 | 5792/4 |
| 5807/5  5809/21 | 5827/12 | **noticed [1]**    5783/4 | **obligations [4]** |
| 5816/11  5839/12 | **nationwide [1]** | **November [2]**    5801/8 | 5792/3  5792/8 |
| 5839/19  5848/4 | 5765/8 | 5823/1 | 5792/9  5867/17 |
| 5848/4  5848/21 | **nauseam [1]**    5837/2 | **November 14th [1]** | **observations [1]** |
| 5866/19  5867/10 | **need [10]**    5756/15 | 5801/8 | 5842/19 |
| **Mr. Rhodes [7]** | 5757/17  5758/12 | **number [3]**    5820/11 | **observe [2]**    5774/22 |
| 5775/6  5775/9 | 5765/9  5765/11 | 5822/9  5833/2 | 5776/10 |
| 5793/25  5794/3 | 5782/10  5869/16 | **numbering [1]** | **obstruct [2]** |
| 5802/2  5813/3 | 5870/20  5872/24 | 5820/10 | 5791/12  5853/13 |
| 5858/1 | 5873/8 | **numbers [3]**    5757/17 | **obstruction [1]** |
| **Mr. Rhodes' [2]** | **needed [8]**    5756/24 | 5757/21  5809/22 | 5796/3 |
| 5857/3  5860/8 | 5757/2  5757/20 | **NW [3]**    5747/17 | **obvious [3]**    5756/1 |
| **Mr. Woodward's [2]** | 5768/17  5769/12 | 5748/6  5748/24 | 5783/15  5785/18 |
| 5869/21  5869/25 | 5774/13  5793/11 | | **obviously [27]** |
| **Mr. Young [16]** | 5861/25 | **O** | 5752/15  5753/21 |
| | **needs [8]**    5761/1 | **o'clock [2]**    5817/14 | 5754/17  5755/22 |

**O**

obviously... [23]
5756/5 5756/17
5757/5 5757/22
5767/25 5768/15
5774/17 5778/5
5783/7 5786/10
5787/15 5787/24
5788/10 5789/13
5791/7 5793/8
5834/12 5852/5
5852/21 5856/1
5863/19 5866/8
5869/5
OC [1]   5873/7
occurred [2]
5775/12 5844/4
occurring [1]
5759/7
October [1]   5747/6
odd [1]   5846/13
off [6]   5758/25
5765/11 5794/20
5832/20 5836/10
5858/7
offensive [1]
5824/11
offering [1]   5762/1
Office [1]   5747/16
officer [4]   5771/6
5771/8 5780/20
5789/22
officers [3]
5783/17 5863/10
5863/14
officers' [1]
5863/5
Offices [1]   5748/6
Official [2]
5748/23 5874/3
often [1]   5761/6
OK [2]   5750/22
5758/7
Oliver [1]   5823/4
once [2]   5758/11
5843/2
one [44]   5755/12
5755/24 5760/8
5761/14 5762/1
5763/15 5763/18
5763/19 5765/12
5768/5 5769/16
5769/17 5769/21
5772/13 5773/14
5781/5 5782/19
5791/2 5795/3
5797/5 5797/7
5800/15 5801/6
5801/16 5814/10
5822/4 5823/9
5828/9 5829/5
5830/13 5833/9
5833/20 5834/9
5834/16 5841/7
5848/15 5853/4
5853/8 5856/11
5858/8 5859/8
5861/3 5867/24
5871/11

ones [2]   5756/17
5756/25
only [14]   5762/24
5764/12 5773/14
5776/18 5794/18
5801/10 5801/24
5810/1 5832/16
5838/5 5860/13
5860/25 5863/10
5869/3
open [8]   5811/23
5837/19 5839/1
5843/7 5843/11
5848/18 5870/8
5870/9
open-ended [2]
5837/19 5843/7
opened [1]   5813/11
opening [2]   5869/9
5869/22
operate [1]   5770/4
operation [1]
5809/23
operations [1]
5756/16
opining [1]   5806/15
opinion [2]   5761/16
5776/23
opponent [1]
5766/12
opportune [1]
5815/19
opportunity [5]
5802/20 5851/12
5853/24 5865/9
5873/15
opposition [2]
5751/18 5751/21
option [1]   5762/24
options [2]   5762/22
5763/2
order [2]   5781/10
5817/1
orderly [1]   5811/17
orders [1]   5813/22
organization [3]
5762/8 5800/16
5822/2
organized [1]
5758/20
orient [1]   5802/17
originally [2]
5764/20 5819/8
other's [1]   5779/5
others [2]   5807/22
5864/12
otherwise [1]
5794/3
ours [2]   5787/24
5787/25
ourselves [1]
5802/17
out [30]   5762/22
5764/12 5772/14
5773/20 5778/17
5780/19 5784/16
5786/12 5789/13
5790/6 5795/24
5802/20 5802/23
5805/14 5809/23

5816/10 5819/19
5820/22 5825/6
5827/21 5831/9
5831/15 5837/23
5841/18 5854/12
5868/19 5869/17
5872/8 5872/15
5873/1
outcome [2]   5761/16
5765/1
outside [7]   5784/18
5786/17 5805/20
5871/23 5872/9
5872/10 5872/14
over [18]   5764/1
5764/11 5767/18
5772/9 5809/17
5816/7 5827/9
5829/5 5852/25
5853/23 5857/4
5864/10 5870/18
5870/23 5870/24
5871/2 5872/8
5872/16
overcome [2]
5787/15 5863/8
overheard [1]
5857/5
overruled [4]
5814/15 5850/4
5865/7 5866/2
overweight [1]
5774/8
own [5]   5775/13
5776/7 5806/5
5813/17 5866/14

**P**

P.A [1]   5748/13
p.m [13]   5747/7
5750/25 5754/11
5754/20 5760/11
5761/7 5765/17
5787/3 5795/20
5816/1 5816/2
5872/11 5873/24
PA [1]   5748/3
pace [1]   5774/5
page [5]   5749/2
5749/13 5840/7
5840/11 5850/14
Palian [2]   5834/15
5834/19
pandemonium [1]
5780/16
parallel [1]   5788/8
paramount [1]
5841/12
Parker [1]   5845/2
part [17]   5750/12
5755/1 5760/24
5761/10 5766/19
5766/20 5777/6
5777/7 5798/7
5798/12 5798/16
5800/9 5804/18
5805/3 5830/18
5833/16 5835/23
parted [2]   5777/16
5777/24

participate [3]
5773/10 5776/8
5859/25
participated [3]
5787/9 5789/12
5791/12
participating [1]
5804/5
particular [3]
5752/19 5824/15
5837/9
pass [2]   5820/25
5821/4
passed [3]   5820/22
5872/8 5872/15
past [2]   5797/10
5838/8
patiently [1]
5758/12
patriots [7]
5754/21 5755/4
5755/7 5755/8
5755/12 5766/16
5766/22
pause [1]   5782/2
PDF [1]   5789/24
PDQ [2]   5757/17
5757/18
pending [1]   5811/6
Pennsylvania [1]
5748/6
people [79]   5751/20
5752/4 5752/9
5752/20 5754/16
5754/23 5754/25
5755/8 5755/25
5756/6 5756/7
5756/14 5756/23
5756/25 5757/24
5758/1 5768/16
5770/23 5772/3
5772/13 5773/7
5774/11 5775/18
5776/19 5776/19
5777/10 5777/19
5780/17 5780/19
5780/20 5782/12
5782/19 5784/11
5788/6 5788/10
5790/19 5791/3
5797/19 5800/5
5803/19 5806/15
5807/5 5807/15
5809/19 5809/22
5810/1 5810/9
5810/11 5818/14
5818/25 5819/9
5820/11 5824/10
5825/11 5825/22
5826/9 5828/2
5828/13 5828/16
5829/2 5829/11
5830/7 5830/10
5832/10 5832/14
5832/21 5846/13
5849/4 5849/6
5851/9 5852/8
5853/17 5855/2
5856/12 5857/14
5858/11 5863/2

**P**

people... [2]
5864/8 5868/14
people's [3]
5828/12 5852/22
5872/16
per [1]  5802/9
perceive [1]  5756/3
perception [5]
5752/14 5752/16
5755/11 5755/16
5768/2
perfect [1]  5795/13
perhaps [2]  5800/12
5800/17
period [8]  5779/5
5795/13 5800/22
5800/24 5801/1
5801/15 5871/16
5871/18
person [26]  5774/7
5775/16 5780/1
5780/11 5782/5
5794/3 5794/13
5794/14 5794/17
5794/18 5794/18
5797/5 5797/7
5797/14 5816/20
5824/20 5832/16
5834/16 5844/19
5853/8 5854/18
5854/18 5856/3
5857/13 5858/9
5873/3
personal [4]
5793/10 5827/2
5860/25 5864/7
personally [3]
5808/1 5808/3
5855/18
perspective [2]
5812/12 5813/25
PHILLIP [1]  5747/19
phone [16]  5774/23
5775/1 5790/21
5794/3 5794/16
5811/13 5837/21
5848/6 5850/17
5851/7 5857/8
5857/9 5858/2
5858/7 5858/14
5858/20
photo [1]  5820/13
photograph [3]
5779/10 5790/1
5790/2
phrase [5]  5764/18
5764/20 5837/3
5837/6 5845/13
phrased [1]  5848/12
pick [3]  5786/8
5823/25 5827/21
picked [1]  5774/6
picture [4]  5820/8
5820/11 5845/4
5846/13
pictures [1]  5845/6
pile [2]  5788/23
5788/25

piled [1]  5834/4
pitchforks [1]
5764/13
place [2]  5774/20
5792/6
Plaintiff [1]
5747/4
plan [3]  5813/25
5853/15 5871/13
planned [2]  5802/25
5806/11
planning [7]  5759/6
5761/21 5815/8
5815/9 5819/21
5819/24 5869/24
plans [1]  5769/2
plastic [3]  5784/25
5863/7 5863/10
plate [1]  5821/11
plates [4]  5770/25
5772/16 5772/20
5821/12
play [5]  5781/18
5782/2 5831/24
5872/22 5872/24
played [4]  5781/20
5782/4 5832/1
5847/3
playing [1]  5827/13
plea [14]  5791/19
5792/2 5792/8
5795/17 5795/20
5795/24 5797/4
5798/8 5798/12
5799/15 5814/6
5835/23 5835/24
5836/2
plead [2]  5791/9
5791/11
please [33]  5750/7
5750/21 5753/3
5754/2 5754/6
5757/9 5757/11
5758/6 5758/21
5759/17 5760/9
5764/10 5767/1
5768/9 5768/19
5773/20 5773/23
5778/14 5789/23
5791/17 5798/1
5798/3 5829/5
5830/17 5831/24
5837/21 5839/22
5839/22 5839/25
5840/1 5841/20
5841/24 5871/8
pled [11]  5791/15
5792/16 5793/7
5794/23 5795/14
5795/25 5796/25
5835/18 5853/1
5853/3 5853/10
point [26]  5772/5
5773/20 5776/2
5778/2 5781/9
5785/25 5802/25
5803/14 5808/14
5814/10 5819/19
5821/6 5821/19
5821/21 5825/25

5826/8 5826/8
5826/23 5831/10
5831/10 5831/24
5832/20 5833/20
5845/4 5858/2
5868/1
police [14]  5771/8
5780/18 5780/19
5783/15 5783/17
5784/24 5785/12
5789/22 5847/18
5854/12 5863/5
5863/9 5863/14
5872/8
police's [7]
5784/22 5785/3
5785/7 5785/19
5785/24 5871/21
5871/22
political [3]
5755/6 5788/2
5788/4
politician [2]
5846/2 5846/9
politicians [1]
5849/9
population [5]
5753/1 5766/5
5776/3 5787/25
5788/3
possibility [2]
5770/22 5828/22
post [2]  5786/16
5871/3
posted [4]  5786/20
5787/4 5787/5
5821/20
posting [3]  5760/18
5767/16 5824/13
posts [3]  5790/11
5823/19 5824/10
potential [3]
5752/17 5774/19
5798/24
potentially [9]
5752/20 5758/18
5787/9 5798/7
5798/20 5819/16
5831/3 5857/12
5865/9
Powell [1]  5752/19
power [2]  5756/8
5760/23
powers [1]  5752/21
PPE [1]  5826/25
practical [1]
5793/9
precinct [1]  5825/5
precisely [2]
5778/4 5868/6
preclude [1]
5848/12
preface [1]  5842/16
pregnant [1]  5843/3
preparation [1]
5795/16
prepared [1]
5785/11
presence [4]  5776/3
5793/22 5843/14

5872/1
present [10]  5750/2
5815/22 5816/3
5817/11 5834/12
5836/8 5867/5
5871/13 5871/22
5872/3
presentation [1]
5868/8
presented [2]
5851/12 5853/24
preserved [1]
5871/3
president [14]
5763/4 5763/7
5763/9 5763/22
5763/22 5763/23
5765/5 5766/1
5766/9 5766/24
5771/21 5807/18
5808/2 5849/21
President's [1]
5761/9
presumption [1]
5804/8
pretty [6]  5757/19
5769/25 5826/10
5846/21 5846/21
5850/16
prevent [1]  5759/15
preview [1]  5867/11
previous [1]  5764/6
previously [7]
5816/19 5816/22
5820/9 5837/24
5838/19 5838/20
5842/10
primarily [2]
5790/17 5793/8
primary [1]  5789/11
prior [7]  5771/7
5815/8 5815/9
5816/5 5816/15
5836/1 5838/5
prison [3]  5796/21
5796/24 5798/10
prisoners [2]
5788/2 5788/4
private [1]  5754/23
probably [18]
5754/13 5774/10
5777/2 5777/11
5778/24 5795/5
5800/20 5814/8
5815/19 5825/10
5825/24 5835/14
5835/17 5837/2
5845/10 5868/3
5870/5 5870/10
probe [2]  5842/7
5842/13
problem [6]  5757/1
5828/15 5828/17
5842/15 5848/11
5871/10
problematic [1]
5828/12
procedure [2]
5870/4 5870/7
proceed [1]  5866/8

**P**

proceedings [4]
5747/10 5837/10
5873/24 5874/5
process [4]   5760/24
5764/1 5777/3
5782/13
profession [2]
5771/5 5789/21
proffer [1]   5835/8
proffers [1]   5834/5
progress [1]
5782/25
progressed [1]
5808/11
progression [2]
5852/3 5873/5
projecting [2]
5829/16 5858/18
promised [1]
5796/15
proper [2]   5759/9
5816/17
property [1]   5819/1
prosecutors [1]
5795/9
protect [4]   5765/8
5819/11 5819/16
5821/17
protectees [1]
5827/9
protection [5]
5784/22 5785/3
5785/19 5785/24
5827/2
protester [1]
5818/7
protesters [4]
5756/17 5819/9
5819/11 5819/17
protesting [1]
5755/25
protests [3]
5755/24 5764/6
5764/6
Proud [1]   5751/3
provide [2]   5819/15
5823/2
provided [1]
5867/19
providing [3]
5770/22 5773/11
5831/3
proximity [1]
5872/2
psychological [1]
5823/17
psychology [1]
5825/18
public [1]   5821/19
publicized [1]
5790/2
publish [2]   5823/22
5823/24
pull [11]   5757/9
5768/19 5778/13
5779/8 5781/14
5786/14 5789/23
5791/17 5830/16

punishment [1]
5796/8
purpose [3]   5835/7
5849/13 5857/19
purposes [2]   5755/6
5842/3
pushed [7]   5813/14
5813/16 5834/1
5834/2 5834/2
5836/12 5836/13
pushing [12]
5755/10 5782/18
5782/19 5782/21
5783/17 5813/17
5834/3 5856/2
5856/2 5856/7
5856/9 5856/12
put [4]   5763/2
5772/14 5811/3
5842/8
putting [1]   5854/4
Putzi [1]   5748/13

**Q**

QRF [4]   5769/11
5806/2 5806/3
5860/12
quarter [2]   5774/10
5798/10
quick [5]   5757/19
5795/7 5806/4
5811/14 5848/6
quickly [5]   5757/21
5774/12 5774/14
5786/6 5790/9
quite [2]   5772/3
5861/10
quote [1]   5814/12

**R**

radio [7]   5772/17
5772/17 5772/20
5802/20 5802/21
5821/7 5821/8
radios [1]   5771/1
raise [3]   5870/13
5873/13 5873/16
raising [1]   5873/15
RAKOCZY [1]   5747/14
rally [6]   5771/21
5772/9 5772/23
5774/5 5820/12
5831/8
randomly [1]
5780/18
range [1]   5796/8
rather [3]   5751/5
5752/5 5867/21
Raucous [1]   5846/24
reacting [1]
5786/11
reaction [1]
5766/10
read [3]   5787/23
5840/1 5864/18
reading [2]   5765/22
5840/7
ready [1]   5869/19
real [11]   5751/2

5751/12 5751/15
5753/10 5753/16
5753/23 5754/1
5762/23 5811/13
5814/25 5848/6
realistically [1]
5870/10
realized [1]
5765/24
really [26]   5758/3
5763/10 5766/8
5772/2 5774/21
5778/4 5789/19
5792/9 5793/2
5793/5 5794/17
5800/13 5801/10
5802/16 5818/6
5818/9 5819/8
5820/2 5826/22
5830/23 5831/13
5832/18 5832/18
5832/19 5845/23
5858/22
really just [1]
5794/17
reason [6]   5789/11
5791/2 5804/18
5812/4 5838/12
5838/16
reasonable [3]
5795/15 5801/12
5832/13
reasoning [2]
5814/6 5817/6
reasons [2]   5781/5
5793/8
recall [23]   5779/15
5795/19 5800/12
5800/17 5800/22
5805/25 5806/22
5806/25 5807/2
5807/3 5807/6
5810/17 5810/21
5811/11 5811/18
5820/15 5820/21
5820/24 5820/25
5821/1 5821/23
5838/6 5867/14
received [1]   5813/2
recently [3]
5754/22 5835/17
5835/18
Recess [1]   5816/1
recognize [10]
5773/15 5778/22
5779/10 5781/24
5809/1 5831/19
5831/21 5832/14
5833/5 5854/20
recognized [2]
5777/15 5777/17
recollection [2]
5839/20 5847/10
recommend [1]
5792/25
reconnaissance [1]
5803/5
record [4]   5773/23
5774/1 5816/2
5874/5

redirect [4]   5749/9
5848/4 5848/21
5848/22
reduced [1]   5799/5
reduction [1]
5798/22
referenced [2]
5805/16 5837/8
referred [1]
5824/19
referring [2]
5751/9 5754/22
reflect [3]   5773/23
5774/1 5825/18
refresh [4]   5798/13
5811/3 5839/19
5840/11
refuse [1]   5788/24
regalvanized [1]
5765/22
regarding [5]
5806/10 5810/21
5812/25 5814/6
5871/7
regardless [2]
5764/25 5765/1
regards [2]   5819/11
5839/19
related [1]   5822/7
relative [2]   5773/4
5854/18
Relatively [1]
5795/6
Relatively soon [1]
5795/6
relevance [1]
5871/19
relevant [1]   5842/3
reliance [1]
5762/21
relief [2]   5819/21
5819/25
religious [1]
5803/18
remember [49]
5750/9 5750/11
5750/13 5750/13
5750/14 5752/19
5765/16 5767/3
5767/6 5768/12
5772/1 5772/2
5772/3 5772/22
5776/20 5784/10
5792/12 5795/10
5799/21 5803/24
5804/13 5807/8
5809/9 5810/25
5828/2 5828/5
5832/21 5834/5
5834/7 5834/18
5834/21 5834/22
5835/9 5836/22
5836/23 5839/16
5847/5 5847/12
5849/2 5849/6
5851/19 5854/15
5855/22 5856/17
5856/22 5860/9
5862/10 5862/25
5863/4

| R | | | |
|---|---|---|---|
| **remembered [1]** 5811/7 | 5776/2 5787/19 5787/24 5788/5 | 5853/15 5854/5 5855/3 5860/21 | 5773/15 5778/22 5780/19 5790/10 |
| **remind [3]** 5750/21 5815/24 5862/1 | **reword [1]** 5804/22 **rhetoric [1]** 5822/1 **RHODES [36]** 5747/6 | 5861/4 5862/4 5869/11 5869/16 5870/2 5870/7 | 5802/1 5809/16 5845/5 5854/20 **saying [22]** 5754/15 |
| **reminders [1]** 5866/25 | 5747/19 5760/13 5760/15 5760/18 | 5870/14 5873/22 **riot [12]** 5871/21 | 5759/14 5766/5 5775/2 5776/20 |
| **remove [1]** 5790/18 **rendering [1]** 5858/10 | 5760/23 5761/5 5761/8 5762/19 | 5871/22 5872/1 5872/2 5872/7 | 5785/2 5786/2 5795/12 5809/8 |
| **rendezvous [4]** 5770/14 5775/8 | 5763/3 5764/8 5764/11 5764/22 | 5872/13 5872/14 5872/15 5872/21 | 5818/22 5828/5 5828/7 5828/24 |
| 5832/19 5862/1 **rendezvoused [1]** | 5764/25 5765/13 5765/17 5765/25 | 5872/25 5873/5 5873/6 | 5828/24 5829/1 5836/23 5850/21 |
| 5802/13 **rendezvousing [1]** 5857/19 | 5767/4 5767/16 5768/5 5775/6 | **riotous [1]** 5846/21 **Ritchie [1]** 5748/13 | 5857/1 5857/5 5858/20 5863/4 |
| **repeat [1]** 5856/18 **rephrase [5]** | 5775/9 5784/15 5793/24 5793/25 | **rode [1]** 5834/4 **Roger [3]** 5801/18 | 5863/22 **scale [1]** 5826/10 |
| 5804/22 5807/20 5811/21 5836/22 | 5794/3 5802/2 5813/3 5821/21 | 5801/20 5819/14 **Rohde [12]** 5750/6 | **scare [1]** 5764/12 **scared [3]** 5789/14 |
| 5839/3 **Reporter [3]** | 5852/16 5858/1 5864/12 5864/19 | 5751/22 5754/6 5757/11 5758/6 | 5790/6 5791/7 **scene [2]** 5781/16 |
| 5748/22 5748/23 5874/3 | 5865/13 5865/17 5866/5 | 5760/10 5767/2 5768/10 5782/2 | 5820/15 **schedule [3]** |
| **represent [4]** 5793/24 5817/19 | **Rhodes' [2]** 5857/3 5860/8 | 5782/3 5789/25 5791/18 | 5762/12 5866/19 5868/8 |
| 5822/23 5830/1 **representation [2]** | **rid [1]** 5791/3 **ride [2]** 5770/14 | **role [3]** 5760/16 5821/3 5835/14 | **scheduled [1]** 5866/23 |
| 5796/6 5833/10 **represented [1]** | 5803/25 **ridiculous [1]** | **rooftop [1]** 5765/11 **room [3]** 5748/24 | **scheduling [1]** 5867/16 |
| 5841/17 **Republican [1]** | 5783/10 **rig [1]** 5825/7 | 5803/22 5834/23 **Rotunda [10]** | **school [3]** 5770/13 5802/14 5803/16 |
| 5825/5 **research [1]** 5867/2 | **right [89]** 5752/1 5753/5 5753/7 | 5780/14 5780/22 5780/25 5782/10 | **scope [1]** 5850/3 **screaming [1]** |
| **reserved [1]** 5799/10 | 5754/25 5755/10 5756/2 5756/2 | 5782/21 5782/22 5782/23 5803/15 | 5780/16 **screen [13]** 5750/7 |
| **resist [3]** 5756/3 5766/6 5825/16 | 5762/25 5763/5 5764/14 5777/25 | 5812/18 5827/18 **rough [1]** 5800/5 | 5757/9 5778/13 5779/8 5779/23 |
| **resistance [5]** 5756/2 5766/10 | 5780/2 5780/4 5782/3 5787/12 | **roughly [2]** 5801/11 5804/12 | 5779/23 5780/12 5791/17 5831/17 |
| 5783/7 5783/8 5787/16 | 5787/24 5788/19 5790/10 5790/22 | **round [2]** 5782/23 5849/6 | 5832/4 5839/23 5839/25 5872/23 |
| **resisted [1]** 5788/1 **resisting [1]** | 5792/17 5797/20 5799/10 5799/10 | **row [2]** 5840/3 5840/4 | **screenshot [2]** 5872/23 5872/25 |
| 5783/9 **resolved [2]** | 5801/21 5802/3 5812/22 5814/18 | **rubber [1]** 5765/4 **rule [3]** 5838/24 | **screw [1]** 5764/11 **Seals [1]** 5806/5 |
| 5758/23 5758/24 **resources [2]** | 5815/10 5819/22 5819/23 5823/2 | 5868/13 5869/6 **ruling [1]** 5871/5 | **seat [1]** 5867/6 **seated [1]** 5844/20 |
| 5753/21 5754/16 **respect [2]** 5790/13 | 5824/19 5826/6 5828/17 5830/5 | **run [1]** 5825/6 **running [3]** 5754/18 | **second [4]** 5792/15 5822/4 5831/24 |
| 5792/15 **respond [1]** 5764/8 | 5830/14 5831/17 5832/5 5832/7 | 5780/17 5780/18 **RV [4]** 5769/3 | 5872/17 **seconds [6]** 5754/7 |
| **responded [4]** 5753/4 5758/7 | 5834/1 5834/13 5834/17 5835/2 | 5769/4 5769/13 5861/21 | 5758/10 5781/18 5782/1 5782/3 |
| 5768/6 5864/20 **response [3]** | 5835/13 5835/24 5836/2 5836/8 | | 5873/1 **security [12]** |
| 5764/24 5806/4 5851/18 | 5836/10 5836/14 5837/3 5840/18 | **S** | 5756/16 5770/23 5771/6 5783/12 |
| **rest [7]** 5786/17 5804/4 5832/7 | 5840/21 5841/1 5841/20 5843/24 | **sad [1]** 5823/14 **same [20]** 5757/13 | 5801/18 5804/5 5808/6 5819/15 |
| 5852/12 5858/16 5867/25 5869/15 | 5844/20 5845/5 5845/9 5845/12 | 5760/24 5761/9 5772/19 5777/11 | 5823/2 5826/20 5831/3 5833/16 |
| **result [1]** 5841/4 **return [2]** 5752/6 | 5845/20 5846/3 5846/4 5846/6 | 5785/16 5789/8 5790/17 5791/2 | **seeing [5]** 5815/21 5839/18 5856/15 |
| 5803/20 **revealing [1]** | 5846/7 5847/8 5847/9 5848/3 | 5795/19 5795/22 5799/14 5845/2 | 5856/20 5867/2 **seemed [2]** 5785/4 |
| 5835/14 **Revolution [4]** | 5849/5 5849/10 5849/21 5850/21 | 5850/14 5855/19 5866/19 5866/25 | 5794/12 **seems [1]** 5870/8 |
| | 5850/25 5851/14 5852/1 5852/8 | 5872/13 5872/14 5873/6 | **seized [1]** 5754/23 **selectively [1]** |
| | 5853/1 5853/5 | **Sandra [1]** 5845/1 **sat [1]** 5845/18 **saw [9]** 5763/3 | 5754/24 |

## S

self [3]    5774/15
5774/16 5774/17
self-evident [3]
5774/15 5774/16
5774/17
semiautomatic [1]
5828/8
Senate [3]    5843/16
5843/21 5844/3
sends [1]    5871/20
sense [22]    5752/2
5759/11 5803/7
5812/5 5812/13
5812/21 5823/20
5837/11 5837/15
5837/25 5838/17
5839/4 5845/25
5849/8 5851/24
5853/20 5859/11
5859/12 5859/19
5859/20 5869/7
5870/22
sent [4]    5871/1
5871/15 5872/4
5872/18
sentence [3]
5792/22 5792/25
5798/22
sentenced [2]
5792/19 5792/21
separate [1]
5769/11
separated [1]
5779/6
sequence [2]    5817/1
5831/15
sequenced [1]
5866/23
series [2]    5814/4
5845/2
session [2]    5747/8
5835/8
sessions [1]    5834/6
set [2]    5758/25
5853/15
seven [3]    5762/11
5795/16 5798/10
several [1]    5814/6
shame [1]    5828/7
share [1]    5823/19
shield [9]    5872/2
5872/7 5872/13
5872/14 5872/15
5872/21 5872/25
5873/5 5873/6
shields [3]    5871/21
5871/22 5872/2
shirt [2]    5789/5
5789/10
shirts [2]    5820/11
5820/19
shit [5]    5751/3
5751/5 5751/12
5764/12 5767/17
shoot [1]    5785/22
short [1]    5791/4
shortly [4]    5783/23
5784/1 5815/21

5815/25
shoulder [4]    5779/4
5780/5 5780/7
5854/4
shoulders [1]
5779/5
shoving [1]    5780/19
show [4]    5808/25
5820/8 5830/17
5865/16
showed [6]    5760/21
5826/18 5826/20
5840/11 5844/1
5854/14
showing [4]    5821/21
5821/25 5872/2
5873/5
shown [6]    5809/10
5822/9 5843/15
5844/6 5845/4
5845/6
shows [1]    5872/15
sic [2]    5795/14
5823/4
side [8]    5809/3
5809/5 5809/5
5809/11 5809/13
5810/6 5844/3
5844/3
Sidebar [4]    5811/15
5837/22 5841/15
5848/7
Sidney [1]    5752/19
Signal [18]    5750/8
5751/14 5752/10
5756/9 5767/3
5790/21 5790/24
5794/7 5802/2
5804/12 5851/6
5856/20 5856/23
5856/25 5861/6
5861/11 5861/15
5864/11
signed [1]    5796/19
significant [1]
5819/25
signs [3]    5822/7
5852/22 5852/23
silent [1]    5751/5
similar [4]    5764/5
5776/4 5776/7
5790/2
similarly [1]
5807/22
simple [2]    5812/9
5812/13
single [3]    5833/21
5837/9 5868/17
sister [31]    5770/10
5770/13 5770/15
5771/2 5771/9
5772/18 5784/10
5786/5 5788/13
5789/13 5789/17
5800/14 5802/6
5802/13 5803/16
5804/2 5820/2
5821/22 5821/25
5822/1 5826/18
5840/21 5841/3

5842/5 5842/11
5842/17 5842/19
5843/1 5843/4
5848/10 5848/14
sister's [3]
5788/23 5789/18
5789/20
sitting [4]    5773/17
5773/20 5808/9
5868/19
situation [3]
5758/23 5761/17
5761/22
six [4]    5808/15
5810/1 5810/1
5830/9
size [1]    5808/14
skepticism [1]
5827/20
skipping [1]
5868/20
slide [27]    5751/22
5753/3 5754/2
5754/6 5754/10
5754/11 5754/19
5755/17 5757/11
5758/6 5758/10
5758/12 5758/21
5759/3 5759/17
5760/4 5760/9
5761/4 5761/7
5761/14 5762/11
5762/18 5763/13
5764/10 5767/6
5767/20 5768/9
slowing [1]    5851/1
slowly [1]    5786/12
smart [1]    5768/17
smarter [2]    5753/11
5753/17
solidly [1]    5789/13
somebody [12]
5773/4 5775/14
5808/9 5829/9
5829/10 5846/2
5858/9 5860/14
5861/24 5865/3
5866/13 5869/18
someone [9]    5751/3
5751/23 5752/2
5758/22 5760/5
5821/15 5847/8
5866/11 5872/4
someone's [2]
5780/4 5854/4
sometime [2]
5822/25 5851/15
somewhat [1]
5827/24
somewhere [4]
5781/2 5782/11
5846/1 5846/2
soon [3]    5763/22
5790/9 5795/6
sooner [1]    5866/24
sorry [19]    5765/3
5787/21 5793/2
5793/5 5793/5
5800/25 5805/24
5815/12 5815/14

5816/10 5816/13
5827/1 5828/14
5829/6 5839/24
5845/14 5852/2
5856/18 5873/11
sort [9]    5759/11
5766/11 5766/21
5784/6 5786/9
5811/16 5818/9
5842/15 5851/23
sound [5]    5780/15
5783/10 5801/12
5819/22 5819/23
sounds [4]    5785/17
5795/4 5795/11
5832/13
source [1]    5756/10
space [1]    5769/11
speak [2]    5752/14
5761/6
speaker [2]    5773/5
5819/15
speakers [2]    5820/2
5820/5
speaking [2]    5775/1
5854/19
Special [6]    5834/15
5834/15 5834/18
5867/14 5867/15
5867/22
specific [2]
5805/25 5847/10
specifically [5]
5769/19 5801/14
5828/3 5833/7
5861/13
specifics [1]
5806/10
specified [1]
5853/15
speculate [3]
5860/13 5860/17
5865/3
speculating [1]
5865/6
speculation [1]
5860/15
spending [2]
5759/21 5760/2
spirit [1]    5825/13
split [1]    5832/20
spoke [2]    5750/8
5785/9
spontaneous [3]
5814/23 5814/24
5815/6
sporting [6]    5812/9
5839/6 5839/13
5840/18 5854/5
5854/7
spray [2]    5783/13
5873/7
squeezed [1]
5846/13
stack [4]    5810/16
5837/2 5837/6
5837/25
stacked [1]    5812/5
staff [1]    5762/23
stairs [3]    5815/4

**S**

stairs... [2]
5836/18 5836/24
stamps [1]   5765/4
stand [3]   5791/14
5841/12 5842/1
standing [10]
5752/4 5752/9
5752/12 5856/19
5862/14 5862/16
5862/17 5862/18
5872/16 5873/2
stands [1]   5753/14
Stanley [1]   5869/25
Stanley's [1]
5869/24
start [13]   5758/11
5766/6 5786/13
5794/20 5795/24
5799/25 5815/20
5830/4 5838/7
5848/25 5866/24
5868/15 5869/20
started [11]
5777/19 5786/8
5788/1 5791/8
5795/2 5800/1
5800/1 5800/13
5815/17 5870/23
5871/9
starting [7]   5786/4
5786/6 5786/7
5786/8 5786/12
5840/3 5840/3
starts [3]   5751/3
5751/12 5751/15
state [3]   5823/20
5827/22 5829/3
stated [6]   5812/1
5812/24 5813/5
5814/25 5833/25
5845/8
statement [6]
5754/14 5815/3
5816/15 5823/9
5838/6 5839/18
statements [7]
5816/6 5842/10
5848/10 5848/14
5869/9 5870/18
5870/22
STATES [3]   5747/1
5747/3 5747/11
stating [1]   5807/7
status [1]   5869/21
stay [2]   5774/11
5819/4
stayed [1]   5802/6
staying [2]   5778/16
5779/3
stealing [1]   5872/1
step [5]   5766/6
5792/15 5815/23
5816/10 5866/17
steps [8]   5777/16
5777/25 5809/17
5809/18 5813/11
5827/13 5827/14
5857/22

STEWART [28]   5747/6
5760/13 5760/15
5760/17 5762/4
5762/19 5763/3
5764/8 5764/22
5765/17 5765/25
5767/4 5767/16
5768/3 5784/15
5793/24 5801/16
5821/20 5852/16
5857/12 5857/15
5857/17 5857/19
5864/11 5864/19
5865/13 5865/17
5866/5
stick [1]   5863/23
still [10]   5768/1
5785/25 5786/9
5786/17 5862/21
5863/15 5863/15
5869/16 5870/12
5870/19
stole [1]   5871/21
stolen [3]   5871/23
5872/7 5872/13
Stone [4]   5801/19
5801/20 5819/14
5823/4
stood [3]   5788/1
5852/25 5864/6
stop [1]   5815/4
stopping [1]   5774/9
stored [2]   5772/12
5827/4
storm [1]   5787/12
stormed [2]   5787/5
5787/20
storming [1]
5805/13
straight [2]
5816/15 5859/6
street [5]   5747/17
5747/23 5748/3
5833/15 5854/15
strict [1]   5804/20
strictly [1]
5752/15 5791/3
stuff [8]   5751/15
5752/18 5775/17
5787/23 5788/24
5815/5 5827/10
5828/19
stupid [2]   5759/20
5814/12
subjective [1]
5856/1
submitted [1]
5870/17
substance [2]
5816/18 5817/7
substantial [1]
5799/7
substantive [1]
5871/2
success [1]   5864/2
successful [2]
5785/22 5864/1
sudden [1]   5760/21
suggest [2]   5795/15
5810/14

suggested [1]
5837/5
suggesting [1]
5842/9
suggestion [1]
5842/16
Suite [2]   5747/21
5748/14
sum [1]   5794/13
support [4]   5765/2
5765/7 5806/6
5806/8
supported [2]
5819/10 5819/16
suppose [3]   5785/21
5815/2 5821/5
supposed [6]
5821/17 5829/20
5836/5 5849/19
5854/19 5859/8
suppress [2]   5753/1
5760/23
sure [27]   5759/20
5763/6 5766/8
5769/25 5778/24
5779/8 5784/12
5809/8 5817/6
5828/1 5828/24
5830/23 5832/18
5834/8 5836/8
5839/21 5841/21
5841/25 5846/16
5848/17 5855/17
5856/19 5858/22
5860/21 5864/18
5871/3 5873/14
surprised [3]
5760/22 5763/6
5865/14
surprising [2]
5760/19 5763/9
survival [1]
5786/11
Sustained [5]
5807/20 5837/13
5841/10 5859/16
5860/16
sustaining [1]
5817/2
swore [1]   5761/8
sworn [6]   5795/21
5799/15 5804/17
5810/21 5811/11
5811/25
syllogism [1]
5852/1

**T**

T-shirt [1]   5789/5
table [2]   5763/2
5836/10
talk [14]   5752/20
5771/2 5771/15
5787/17 5788/12
5826/22 5827/15
5843/13 5846/9
5851/17 5852/7
5857/6 5868/7
5870/11
talked [25]   5756/15

5761/6 5764/5
5766/11 5767/17
5769/25 5770/22
5770/24 5775/13
5776/18 5784/23
5784/25 5800/8
5801/16 5802/20
5807/13 5808/8
5810/25 5826/14
5831/2 5833/19
5853/14 5853/21
5857/13 5863/6
talking [28]
5751/15 5756/21
5768/11 5775/5
5784/10 5787/7
5804/12 5806/23
5829/4 5830/4
5846/11 5848/25
5849/4 5849/6
5850/23 5851/3
5851/10 5856/25
5857/9 5857/10
5857/15 5862/20
5862/23 5863/13
5864/23 5867/7
5868/12 5871/20
talks [1]   5805/16
tampered [1]
5752/21
target [2]   5754/21
5755/6
targeting [1]
5755/4
TARPLEY [1]   5747/22
team [1]   5819/20
tear [7]   5783/5
5817/25 5854/7
5855/13 5855/14
5855/18 5863/19
technical [1]
5840/9
teenagers [1]
5754/18
telling [6]   5760/25
5785/6 5785/23
5832/21 5835/17
5836/13
tells [1]   5845/25
term [1]   5756/18
terms [6]   5794/12
5802/3 5832/24
5836/4 5841/22
5848/8
terrace [2]   5871/12
5871/23
Terrified [1]
5791/7
terrorists [1]
5825/9
testified [3]
5804/17 5807/24
5821/6
testify [2]   5799/22
5860/25
testifying [1]
5867/16
testimony [16]
5795/22 5799/15
5802/9 5806/22

**T**

testimony... [12]
5806/25 5807/3
5810/21 5811/11
5811/25 5815/24
5822/25 5827/25
5839/19 5840/13
5866/17 5867/19
texts [1]   5794/15
thanks [3]   5762/15
5816/11 5826/7
that from [1]
5842/25
the whole [1]
5859/5
theirs [1]   5801/15
theoretical [1]
5828/22
thinking [6]   5760/1
5768/1 5786/13
5824/17 5850/14
5869/17
though [1]   5755/9
thought [41]
5751/19 5754/24
5755/5 5755/20
5755/22 5756/4
5756/14 5756/18
5756/23 5757/2
5762/4 5762/8
5764/6 5764/24
5765/23 5766/4
5766/9 5766/23
5775/13 5776/3
5777/2 5777/11
5783/11 5783/15
5787/8 5798/5
5802/19 5804/5
5823/5 5825/22
5825/23 5832/16
5843/8 5849/24
5850/8 5857/12
5859/20 5863/9
5865/8 5867/20
5873/12
thousand [2]   5758/4
5776/19
thousands [1]
5809/20
thread [1]   5824/16
threat [2]   5754/1
5756/18
threaten [1]
5785/21
three [5]   5754/19
5760/4 5774/10
5834/5 5834/6
three-quarter [1]
5774/10
throughout [2]
5758/4 5867/1
Thurs [1]   5761/7
Thursday [4]
5762/14 5868/5
5868/13 5870/14
till [1]   5765/12
timeframe [1]
5872/17
times [2]   5812/20

5847/3
timing [1]   5869/6
titles [1]   5835/3
today [12]   5773/18
5783/18 5793/22
5794/12 5794/21
5797/13 5798/22
5799/23 5817/20
5866/24 5868/12
5873/10
together [4]
5797/24 5846/16
5853/8 5857/22
together and [1]
5797/24
told [24]   5769/15
5769/16 5769/18
5772/11 5773/3
5775/8 5784/21
5800/15 5807/7
5807/17 5808/1
5808/3 5812/24
5814/11 5818/25
5836/8 5842/11
5849/8 5854/17
5854/24 5858/6
5861/3 5862/1
5870/5
tomorrow [12]
5866/25 5867/3
5867/8 5867/13
5867/18 5867/21
5868/9 5870/3
5870/4 5870/6
5870/8 5873/17
tone [1]   5776/6
took [3]   5771/17
5792/6 5827/9
top [2]   5813/11
5834/4
torches [1]   5764/13
total [2]   5758/4
5794/13
totally [2]   5813/16
5831/2
touch [4]   5779/23
5818/20 5818/23
5855/25
touched [1]   5855/22
Toward [1]   5856/10
towards [10]
5771/10 5771/13
5772/24 5774/4
5774/24 5782/21
5783/17 5833/16
5872/11 5872/16
Towers [1]   5748/14
traces [1]   5790/18
track [1]   5751/19
trail [1]   5789/11
train [1]   5803/25
trained [1]   5758/20
training [2]
5754/16 5775/15
traitor [1]   5866/13
transcript [2]
5747/10 5874/4
transcripts [1]
5870/25
travel [2]   5762/13

5768/20
traveling [1]
5769/3
travesty [1]
5829/18
trial [2]   5747/10
5867/17
tries [1]   5821/15
trip [2]   5768/24
5770/18
trouble [3]   5768/17
5786/7 5841/4
TROY [1]   5747/16
true [26]   5756/18
5795/12 5796/17
5801/7 5801/9
5809/8 5810/2
5811/17 5811/25
5813/1 5816/16
5823/12 5824/15
5824/18 5826/12
5837/4 5837/25
5838/16 5838/20
5842/11 5843/21
5843/22 5845/3
5846/14 5850/19
5874/4
Trump [11]   5763/4
5765/1 5765/5
5766/1 5767/22
5807/7 5807/18
5808/2 5819/9
5819/10 5819/16
Trump's [3]   5759/14
5761/17 5771/21
trust [1]   5842/4
truth [4]   5792/5
5835/17 5852/4
5852/5
truthful [3]   5835/8
5835/11 5835/13
truthfulness [1]
5835/12
try [5]   5781/2
5781/12 5802/22
5838/24 5869/18
trying [19]   5756/2
5756/12 5762/12
5763/4 5780/18
5782/11 5783/8
5789/14 5816/12
5841/21 5848/9
5848/12 5851/3
5851/10 5851/10
5854/12 5856/4
5868/15 5873/11
Tuesday [1]   5762/13
tumult [1]   5823/14
tunnel [13]   5871/12
5871/24 5872/6
5872/8 5872/9
5872/11 5872/11
5872/12 5872/14
5872/15 5872/20
5873/1 5873/5
turning [1]   5776/2
TV [1]   5806/5
two [13]   5763/13
5771/10 5771/14
5772/13 5793/8

5795/25 5796/24
5834/6 5834/8
5845/2 5866/10
5869/9 5870/9
TX [1]   5747/21
type [4]   5776/1
5776/4 5787/8
5809/23
tyrannical [1]
5752/24
tyranny [4]   5752/4
5752/9 5752/13
5752/24
tyrants [3]   5760/5
5766/20 5788/1

**U**

U.S [3]   5747/16
5748/23 5835/2
Uh [1]   5831/12
ultimately [3]
5756/14 5841/3
5864/3
Unarmed [1]   5810/3
unclear [1]   5831/5
unconstitutional [1]
5765/5
under [10]   5772/12
5792/2 5792/8
5799/15 5799/15
5799/19 5804/17
5804/17 5807/6
5807/24
understands [1]
5817/6
understood [8]
5798/16 5819/20
5835/7 5838/9
5848/15 5854/1
5864/9 5865/7
unexpected [1]
5867/17
unfold [1]   5869/8
unfortunately [3]
5775/25 5777/5
5837/2
UNITED [3]   5747/1
5747/3 5747/11
unless [3]   5792/11
5843/4 5869/14
unlike [1]   5807/16
unlikely [1]
5762/25
unsettled [1]
5825/18
untruthful [1]
5842/10
up [63]   5756/22
5757/3 5757/9
5758/2 5760/21
5765/13 5768/1
5768/12 5770/14
5773/9 5774/6
5774/9 5774/9
5777/16 5777/24
5778/13 5779/8
5781/14 5782/25
5785/11 5786/8
5786/14 5788/1
5789/23 5791/17

**U**

up... **[38]**   5798/9
5801/15 5801/23
5802/5 5804/1
5804/3 5806/24
5807/6 5808/1
5813/25 5814/5
5815/5 5815/20
5819/19 5826/18
5826/20 5827/13
5827/21 5830/16
5831/22 5833/21
5834/4 5836/18
5836/23 5839/23
5840/8 5841/1
5844/13 5855/16
5863/15 5864/6
5865/16 5867/18
5870/15 5871/18
5872/4 5872/10
5872/18
upon **[4]**   5783/14
5799/11 5868/4
5869/6
upset **[1]**   5778/7
urge **[1]**   5765/6
use **[2]**   5765/6
5868/17
used **[9]**   5760/20
5764/20 5787/12
5802/1 5812/9
5821/8 5837/3
5851/17 5863/19
using **[5]**   5752/25
5764/23 5765/2
5803/7 5824/20

**V**

vaguely **[1]**   5767/5
valid **[1]**   5864/7
variances **[1]**
5799/10
verbally **[1]**
5858/18
version **[3]**   5789/24
5789/24 5850/14
vest **[6]**   5772/16
5772/16 5772/20
5789/2 5789/3
5821/12
vests **[1]**   5770/25
VI **[1]**   5761/11
via **[1]**   5871/2
vibe **[1]**   5812/21
video **[20]**   5781/20
5782/4 5830/17
5831/23 5832/1
5833/8 5843/15
5844/6 5845/5
5854/14 5871/21
5871/25 5872/6
5872/9 5872/12
5872/14 5872/20
5872/24 5872/24
5873/4
videographer **[1]**
5873/2
videoing **[1]**   5873/4
videos **[2]**   5845/6

5847/3
view **[5]**   5760/7
5811/16 5816/5
5820/10 5831/22
violence **[2]**   5819/9
5819/10
violent **[1]**   5792/12
VIP **[3]**   5820/25
5821/2 5821/4
Virginia **[3]**
5771/18 5803/24
5861/21
visible **[2]**   5755/22
5756/1
voice **[1]**   5858/18
voices **[2]**   5847/4
5847/5
voluntarily **[4]**
5794/23 5795/25
5796/11 5796/25
voting **[1]**   5752/20

**W**

wait **[5]**   5758/12
5762/20 5820/20
5859/6 5869/1
waiting **[1]**   5830/19
waived **[2]**   5799/9
5870/9
walk **[3]**   5774/23
5830/5 5858/13
walked **[1]**   5847/17
walking **[6]**   5775/4
5827/13 5831/22
5833/15 5844/13
5854/14
was in **[1]**   5823/5
Washington **[5]**
5747/5 5747/17
5748/7 5748/25
5762/9
waste **[1]**   5764/7
watching **[1]**   5806/5
Watkins **[6]**   5748/2
5830/1 5830/14
5833/6 5844/20
5852/18
waving **[1]**   5872/11
way **[23]**   5751/19
5758/24 5758/25
5774/10 5777/11
5794/22 5799/5
5802/22 5807/24
5811/17 5811/20
5812/5 5812/14
5816/19 5817/2
5817/7 5828/9
5837/25 5838/17
5848/11 5857/6
5866/9 5866/22
we/he **[1]**   5764/12
weapon **[2]**   5769/13
5769/23
weapons **[17]**
5754/23 5769/5
5769/6 5769/9
5769/11 5769/14
5785/1 5785/15
5785/18 5805/8
5805/14 5805/20

5806/16 5806/17
5827/23 5828/8
5861/7
wearing **[4]**   5773/21
5773/22 5820/11
5833/13
website **[1]**   5821/20
wedged **[2]**   5813/13
5813/15
Wednesday **[4]**
5762/13 5794/5
5868/5 5870/6
week **[5]**   5763/16
5763/18 5763/19
5795/3 5869/15
weekend **[3]**   5870/18
5870/24 5871/2
weeks **[1]**   5800/20
weird **[1]**   5834/20
weren't **[5]**   5756/18
5756/25 5803/17
5810/12 5830/23
west **[6]**   5808/19
5809/5 5809/13
5810/6 5871/12
5871/23
what's **[15]**   5753/12
5756/1 5761/16
5798/6 5806/3
5808/25 5810/16
5815/12 5826/16
5828/11 5828/14
5831/17 5835/13
5851/21 5869/21
whatsoever **[1]**
5828/21
wherever **[2]**
5781/13 5782/12
White **[3]**   5771/20
5774/5
Whitney **[1]**   5867/15
Who you **[1]**   5831/4
who's **[4]**   5751/10
5751/10 5751/18
5846/2
whoever's **[1]**
5751/21
whole **[8]**   5753/21
5766/23 5774/25
5785/10 5789/15
5790/20 5792/9
5859/5
wholly **[1]**   5793/12
Whose **[1]**   5780/7
William **[5]**   5817/25
5818/3 5844/7
5844/12 5855/2
William's **[1]**
5855/5
willingly **[1]**
5813/18
wing **[2]**   5753/15
5766/18
wins **[1]**   5825/5
wise **[2]**   5859/19
5859/20
wished **[1]**   5790/20
within **[6]**   5753/19
5766/17 5766/19
5800/20 5827/7

5872/17
without **[4]**   5772/16
5772/20 5823/22
5824/24
witness **[18]**   5749/2
5767/2 5774/2
5778/14 5779/9
5779/25 5780/10
5791/18 5797/25
5805/14 5811/3
5816/7 5823/22
5839/22 5841/12
5841/25 5867/24
5868/5
witnessed **[2]**
5794/7 5805/10
witnesses **[2]**
5866/23 5868/16
woman **[1]**   5808/12
wonder **[1]**   5829/15
Woodward's **[2]**
5869/21 5869/25
word **[9]**   5756/2
5759/9 5787/12
5803/7 5814/18
5824/20 5829/2
5835/13 5851/17
wording **[1]**   5750/14
words **[2]**   5764/23
5813/2
work **[7]**   5755/2
5760/20 5762/12
5794/21 5868/22
5868/23 5868/24
worked **[1]**   5762/10
working **[4]**   5763/1
5763/7 5867/7
5870/12
worried **[1]**   5819/8
worst **[3]**   5753/25
5828/13 5828/16
wound **[1]**   5774/9
writ **[2]**   5808/7
5846/12
write **[10]**   5753/9
5754/12 5757/16
5761/15 5761/15
5763/4 5764/4
5767/21 5767/24
5787/6
writes **[4]**   5751/2
5760/11 5762/12
5762/19
writing **[2]**   5767/7
5768/18
written **[1]**   5821/20
wrong **[3]**   5769/12
5825/4 5865/10
wrote **[10]**   5757/14
5758/11 5758/12
5760/23 5761/8
5761/19 5764/11
5764/17 5765/10
5767/17

**Y**

yard **[1]**   5788/24
yards **[1]**   5847/15
year **[4]**   5792/17
5800/3 5800/5

**Y**

**year... [1]**   5852/25
**Year's [1]**   5767/15
**years [2]**   5798/10
 5866/10
**yelling [2]**   5777/19
 5780/17
**young [26]**   5749/3
 5750/4 5750/7
 5750/9 5750/21
 5779/22 5781/16
 5786/14 5787/4
 5791/19 5792/3
 5793/7 5793/13
 5793/17 5793/19
 5808/12 5815/23
 5816/9 5817/16
 5817/19 5822/20
 5822/22 5829/23
 5848/22 5859/23
 5866/16
**YouTube [1]**   5872/20