IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )      CR No. 22-15
                                    )      Washington, D.C.
          vs.                       )      December 6, 2022
                                    )      11:15 a.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )      Day 1
          Defendants.               )      Morning Session
_____ )

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:           William Lee Shipley, Jr.
                                LAW OFFICES OF
                                WILLIAM L. SHIPLEY
                                PO Box 745
                                Kailua, HI 96734
                                (808) 228-1341
                                Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                 Angela Halim
                                3580 Indian Queen Lane
                                Philadelphia, PA 19129
                                215-300-3229
                                Email: angiehalim@gmail.com

For Defendant
David Moerschel:                Connor Robert Martin
                                BROWN, SUAREZ, RIOS & WEINBERG
                                1532 Jackson Street
                                Fort Myers, FL 33901
                                (239) 337-9755
                                Email: connor@bsrlegal.com

                                Scott Weinberg
                                BROWN, SUAREZ,
                                RIOS & WEINBERG
                                265 E Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                 Matthew J. Peed
                                CLINTON & PEED
                                1775 Eye Street, NW
                                Suite 1150
                                Washington, D.C. 20006
                                (202) 919-9491
                                Email: matt@clintonpeed.com

```
 1                      P R O C E E D I N G S

 2              COURTROOM DEPUTY:  All rise.  The Court is now in

 3     session; the Honorable Amit P. Mehta now presiding.

 4              THE COURT:  Please be seated, everyone.

 5              COURTROOM DEPUTY:  Good morning, Your Honor.

 6              This is Criminal Case No. 22-15, United States of

 7     America versus Roberto Minuta; Defendant 7, Joseph Hackett;

 8     Defendant 8, David Moerschel; and Defendant 11,

 9     Edward Vallejo.

10              Kathryn Rakoczy, Jeffrey Nestler,

11     Alexandra Hughes, Troy Edwards, and Louis Manzo for the

12     government.

13              William Shipley for Defendant Minuta.

14              Angela Halim for Defendant Hackett.

15              Scott Weinberg and Connor Martin for

16     Defendant Moerschel.

17              And Matthew Peed for Defendant Vallejo.

18              All named defendants are present in the courtroom

19     for these proceedings.

20              Okay.  Counsel, welcome.

21              Gentlemen, welcome to all of you.

22              All right.  So we are ready to begin jury

23     selection this morning.  Everybody ready to roll?

24              MR. EDWARDS:  Yes, Your Honor.

25              THE COURT:  Okay.
```

1          Just to remind you how we're going to do this, we

2     have 18 jurors in courtroom 12.  Two of our jurors did not

3     show up this morning.  They are the juror on line 1 of your

4     sheet, who's Juror 1937, who called in to indicate that she

5     has childcare issues.  I think we will follow up with her

6     later today to see whether she can come in tomorrow.

7          Juror in -- on line 11, this is Juror 1928, called

8     in to let us know that that juror has COVID.  So that juror

9     will be stricken, and we will not seek to bring that juror

10    back for jury selection.

11         And then we have another 10 coming -- we have 15

12    coming this afternoon.

13         So we will bring, just as a reminder, we'll bring

14    our first 18 here into the courtroom to begin.  I will have

15    some preliminary instructions for them.

16         Once those instructions have concluded, the 17 --

17    the first juror -- I guess we'll take all 18 out of them out

18    to the other courtroom, and then we'll bring them in one at

19    a time for follow-up questions from their responses to the

20    jury questionnaire.

21         I will conduct the initial voir dire of the

22    jurors.  Counsel is permitted to have some follow-up-up; but

23    I'd ask you to be mindful and keep it limited, given the

24    number of jurors we need to get through.

25         If during the course of my questioning I simply

1    turn to each side and say, "Any objections?" that is a

2    signal to you all that I'm inclined to dismiss this juror

3    for cause.  If I hear no objection from anybody, that juror

4    will be dismissed for cause.

5           If a juror makes it through questioning and I do

6    not signal an intent to disqualify, if you wish for the

7    juror to be stricken for cause, please make your for-cause

8    strike objection known after the juror exits the courtroom

9    and before the next one arrives so we can take care of that

10   for-cause strike request.

11          Any questions about that process?  And we'll

12   continue that.  We'll go till about 12:30 and then resume at

13   1:30 from lunch.

14          I've got a meeting at 4:30 today, so we'll have to

15   finish up at 4:30.

16          Just, also, I've got a jury out that's

17   deliberating.  So all of these plans could be interrupted.

18   So just bear that in mind as well.  So while you all were

19   not working last week, we were working here in this

20   courtroom.

21          All right.  Any questions?

22          Yes, Mr. Peed?

23          MR. PEED:  I had some additional names of

24   potential defense witnesses.  You know, I certainly don't

25   expect any juror to have met any of them, but I wanted to

1    flag that in case the Court wanted to add that to the

2    instructions.

3              THE COURT:  How many?

4              MR. PEED:  Four.

5              THE COURT:  Why don't we do this.  Why don't

6    you -- I'll find a place during my initial --

7              MR. PEED:  Or I'll just wait until the jury is

8    picked.

9              THE COURT:  I'm sorry?

10             MR. PEED:  We could wait until the jury is picked

11   at the end, because I don't think there's any chance --

12             THE COURT:  It's too late then.

13             What I'll do is when they come in and during my

14   preliminary instructions, I'll just ask you to identify the

15   additional four witnesses, stand up, announce them, let the

16   jurors know that if they recognize any of them, they should

17   let us know when they come back in.

18             And if we -- if they don't identify any of those

19   individuals, then we'll assume they don't know who they are.

20             MR. PEED:  All right.  Thanks, Your Honor.

21             MR. EDWARDS:  Your Honor, I wanted to raise two

22   issues.

23             One, the government also has just two additional

24   names.  If we are going to add a couple names there, let us

25   know when the right time is and we can add those.

```
1              And then with respect to the proceedings and the

2    verdict, I wanted to be intentional and just kind of propose

3    that -- or see what the Court thought about if we ask the

4    jury or the jurors if their answer has changed to the juror

5    questionnaire, if they've answered "no" to they hadn't heard

6    the Oath Keepers in the news --

7              THE COURT:  Oh, I plan to ask.

8              MR. EDWARDS:  I assumed.

9              THE COURT:  I plan to inquire.

10             MR. EDWARDS:  I just wanted to be careful.

11             And I'm assuming defense counsel has already

12   thought through this, but we haven't had a chance to have a

13   conversation about this to figure out how to ask it without

14   injecting any information from the verdict in trial --

15             THE COURT:  No.  What I will ask is -- we'll go to

16   those questions for those who've said they heard nothing

17   about Oath Keepers or Stewart Rhodes in particular.  I'll

18   say whether that continues to be the case.  And if they say,

19   "Yes, we still haven't heard of them," we'll take it from

20   there.  If they say, "Yes," then we'll ask what's changed

21   and then go from there.

22             MR. EDWARDS:  Okay.  Great.

23             THE COURT:  Look, I mean, I hope -- the hope is

24   that all of them have followed the instructions, which is to

25   avoid media coverage.  It may have been darned near
```

1    impossible to avoid a headline.  But we'll see what, if any,

2    impact that has on people's thinking.

3              MR. EDWARDS:  Right.  Thank you.

4              THE COURT:  One other thing, this is just apropos

5    of just the point you've just raised.  I was thinking about

6    this.

7              Defense counsel and primarily, I guess, also

8    government counsel, once we get into the trial, if

9    there's -- if at any point in time you all are going to

10   cross-examine with prior trial transcripts, I would just ask

11   you all to refer to those prior -- as a prior proceeding

12   supposed to a prior trial.

13             Obviously, grand jury, you can refer to grand

14   jury.  But if you're going to refer to transcripts from the

15   Rhodes 1 trial, please just refer to it as prior proceedings

16   so that the jury isn't asking any questions about what the

17   prior trial was about, okay?

18             COURTROOM DEPUTY:  Jury panel.

19             (Prospective jury entered the courtroom.)

20             THE COURT:  Okay.  Please be seated, everyone.

21             All right.  Ladies and gentlemen, before we begin

22   with the preliminaries, I'm just going to ask all of you, if

23   you would, please, to stand one more time.  We do need to

24   have you sworn in before we begin this morning's

25   proceedings.

1          COURTROOM DEPUTY:  Could everyone please raise

2     their right hands.

3          (Prospective jurors were placed under oath.)

4          COURTROOM DEPUTY:  Thank you.

5          THE COURT:  Okay.

6          Ladies and gentlemen, good morning.  My name is

7     Judge Amit Mehta, and you are here today as a potential

8     juror in the case of United States versus Roberto Minuta,

9     Joseph Hackett, David Moerschel, and Edward Vallejo.

10          This is a criminal case.  Before we get started,

11    I want to extend to you my gratitude for making yourselves

12    available for jury service, and that would include coming in

13    a couple weeks ago to complete your juror questionnaire.

14          As you know, in our system of justice, juries and

15    jurors play a critical role.  Indeed, it is a fundamental

16    feature of our democracy to have ordinary citizens serve as

17    decision-makers in our courts of law.  You are, therefore,

18    performing an important duty today.  So I want to thank you

19    in advance for your service.

20          Now, for those of you who have gone through a jury

21    selection process before, today will be both different and

22    familiar.  It will be different in the sense that usually

23    when jurors are being considered for service, we will start

24    the process by asking jurors a series of questions to assist

25    us in determining whether a juror can be fair and impartial.

1          In this case, however, we will not start out the
2    process with questions because you came in a couple weeks
3    ago and completed a juror questionnaire that the parties
4    proposed and I approved.  So that part of the process is
5    complete.
6          What will feel familiar and why are you here today
7    is to ask each of you additional questions based upon your
8    responses to the juror questionnaire.  The way that will
9    work is as follows.  There are approximately 18 of you here
10   this morning.
11         After I have completed these initial remarks and
12   instructions, the Courtroom Deputy will escort all of you to
13   a different courtroom where you will be re-seated in the
14   order you are in now.  We will then call each of you back
15   into the courtroom one at a time for additional questions
16   from the parties and from me.
17         Now, before we provide you -- before I provide you
18   with some additional instructions, you will all remember in
19   your jury questionnaires, or at least as part of your jury
20   questionnaires, that there was an exhibit or an addendum
21   that listed the names of potential witnesses and people
22   about whom you will hear during trial.  The parties have
23   indicated to me, at least two of the parties have indicated
24   to me there are a couple of additions to that list.  So I'm
25   going to ask them now to stand up and advise you all or

1    announce who those additional individuals are.  So we'll

2    start with government counsel, and then we'll turn to

3    Mr. Peed.

4              MR. EDWARDS:  Your Honor, I apologize.  We've

5    actually clarified the issue.  There's no additional names.

6              THE COURT:  All right.  Then there are none from

7    the government.

8              Mr. Peed.

9              MR. PEED:  Kelly Carter, Trevor Osgood,

10   Phranq Tamburri, Stephen Brown.

11             THE COURT:  All right.

12             Now, you'll remember on your questionnaire, there

13   was a question that asked whether you recognized or knew any

14   of the people on that list of names.  If you recognize or

15   know any of the people that were just announced to you,

16   please let us know when we bring you back into the courtroom

17   so we can follow up with that.

18             Now, the questions we will be asking you when you

19   return and come in for individual questioning may touch on

20   matters that are personal to you.  Rest assured, it is not

21   my intention or desire, nor is it the intention or desire of

22   the lawyers, to invade your privacy or to embarrass you.

23   Our only wish is to select the fairest, most impartial jury

24   possible so that the parties can be assured that the jurors

25   selected will not be biased or pre-judge the case and will

1    return a verdict based only on the law and the evidence.

2            What will also feel familiar about this jury

3    selection process is you will spend some time waiting

4    throughout the day.  I promise I will try to keep your

5    waiting to a minimum, but some amount of wait time is

6    unavoidable.  And I know you've been waiting this morning,

7    so thank you for your patience.

8            While you are waiting during jury selection,

9    please feel free, if you wish, to talk quietly amongst

10   yourselves or to read a book, magazine, or whatever you have

11   brought with you.

12           The courthouse and the courtroom you will be in is

13   WiFi-enabled, so you should feel free to use your phones or

14   other mobile devices to read online or surf the Internet.

15   I would ask, however, that you place all of your devices in

16   silent mode.

17           Now, this is very important.  While you may use

18   mobile devices, you should not at any point during the jury

19   selection process -- and this will be true afterwards, too,

20   if you are selected -- communicate with anyone about this

21   case or do any online research about the case or the

22   parties.  That means do not email, text, tweet, or Snapchat

23   a friend or family member or all of your followers about

24   this case or post on Facebook or Instagram that you are a

25   potential juror in this case.  Do not get online and start

1    doing research about the case or the parties.

2          We also asked you as part of the questionnaire to

3    avoid media coverage about the case.  That includes social

4    media.  That instruction continues to apply and is perhaps

5    even more important now that the jury selection process has

6    started.

7          You should avoid any newspaper, television, or

8    radio news, podcasts, and, importantly, any social media

9    about this case or the events of January the 6th.  What that

10   means is avoiding not only news stories in the

11   *Washington Post*, for example, or on TV news, but also

12   journalists or others who are tweeting about this case or

13   posting about it on other social media sites.

14         In fact, it would not surprise me if there is some

15   live tweeting about the jury selection process itself.  So

16   if you follow journalists or others who cover or comment on

17   the events of January 6th, I'm going to instruct you to

18   avoid reading their tweets or any other social media

19   postings until you are fully dismissed from jury service in

20   this case.

21         I will also ask you to turn off any push

22   notifications that you may receive on your mobile device

23   from news sources.  The reason for these restrictions is

24   simple.  If you are selected as a juror, you will be sworn

25   to decide this case based only on the evidence that is

1    presented at trial and the law as to which you will receive

2    instructions.

3              You will be strictly forbidden to consider

4    anything that you might have read or heard about the case

5    from news sources or from social media or from other people.

6    If at any point during the jury selection process, you

7    happen to come across news or commentary regarding this

8    case, please immediately avert your eyes or ears and please

9    alert the Courtroom Deputy so he can advise me.

10             A juror who violates these restrictions

11   jeopardizes the jury selection process and possibly the

12   trial itself, which could require the entire trial process

13   to start over.

14             Also, during this jury selection process, if

15   anyone attempts to communicate with you about this case,

16   please notify the Courtroom Deputy or a court security

17   officer immediately.  The lawyers here are under strict

18   instructions not to speak with any juror during the jury

19   selection process.

20             So if you happen to see them in the courthouse and

21   they walk in the other direction, they're not being rude;

22   they are simply following my instructions.

23             I also have issued an order to members of the

24   media and the public not to approach any of you about this

25   case during jury selection.  Still, despite these

1    instructions, if you are approached about this case by

2    anyone, please notify the Courtroom Deputy or a court

3    security officer.

4            One other feature of jury selection today will be

5    different.  In most criminal cases, we will complete the

6    jury selection process or we do complete the jury selection

7    process in one day.  That usually means that unless you are

8    immediately excused, we ask that you remain in the

9    courthouse until the near -- until near the end of the day

10   when we select a final jury.  In this case, however, we are

11   not likely to complete the jury selection process today.

12           So after we have finished asking you additional

13   questions, you will be done for the day.  You will be given

14   instructions about further jury service in this case after

15   your individual questioning is completed.  Do not leave the

16   courthouse until you have received additional instructions

17   by a member of court staff.

18           If you are excused from further jury service

19   today, we will tell you soon after your questioning is

20   concluded.  If you are excused, you will be relieved of the

21   restrictions I discussed earlier.

22           If you are not excused from service, however, and

23   we ask you to return, it is critically important that you

24   follow my earlier instructions; that is, do not communicate

25   with anyone about the case, do not read or listen to

1    anything about the case, and do no independent research

2    about the case and do not watch or read about any

3    proceedings that might take place in Congress.

4          Following these instructions, it is critical to

5    ensuring a process will result in a fair and impartial jury

6    to hear this case.

7          Finally, as you can see, everyone in the courtroom

8    or most of you are wearing a mask except for me while I am

9    speaking.  Masking is optional in the public spaces in this

10   courthouse; however, I will be requiring masking during the

11   trial.  The only exception to that rule will be for lawyers

12   who are speaking and witnesses who are testifying.

13         You may be asking, Why do we need a mask?

14         Well, there's two reasons.  The first is that none

15   of you are here today voluntarily.  You are required to be

16   here.  So unlike going to a grocery store or restaurant or a

17   concert, you do not have the choice to avoid this location

18   or a person who might choose not to wear a mask.

19         The second reason for masking is to avoid a COVID

20   outbreak that might disrupt this trial.  As you know, the

21   trial is scheduled to last for more than a month, possibly

22   six weeks or more.  If one or more people inside the

23   courtroom, including jurors, tests positive for COVID, that

24   could delay the trial proceedings.  That is something I

25   would rather avoid.

1          Masking hopefully will prevent any COVID-related

2    trial delays.

3          Okay.  Folks, that is my preliminary instructions

4    to you all.  Mr. Douyon will now show you out of the

5    courtroom, and then we will bring even of you in

6    individually for some additional questioning.

7          Thank you, all, very much.

8          COURTROOM DEPUTY:  All rise.

9          THE COURT:  All right.  Have a seat, everybody

10   just a reminder, the juror in line 1 is not here, so we will

11   begin with Juror 1488.

12          (Pause)

13          THE COURT:  Come on up.  Have a seat, sir.  How

14   are you?

15          PROSPECTIVE JUROR:  Good.  Thanks.

16          THE COURT:  Feel free to remove your mask if you

17   would like.

18          You are Juror 1488; is that correct?

19          PROSPECTIVE JUROR:  Correct.

20          THE COURT:  All right.  We've got your juror

21   questionnaire in front of you.  Please feel free to refer to

22   it if you wish.  I'm going to first ask you to turn to

23   page 11 and Questions 49 and 51.

24          Now, you had indicated that you had read, seen, or

25   heard about the Oath Keepers organization and that you've

```
 1    read, seen, or heard about Stewart Rhodes, Kelly Meggs,

 2    Jessica Watkins, Kenneth Harrelson, and/or Thomas Caldwell.

 3            Can you tell us would you have heard about the

 4    Oath Keepers organizations or about any of those

 5    individuals?

 6            PROSPECTIVE JUROR:  Yeah.  Just in general from

 7    news reports and watching the, I think it was the

 8    January 6th committee hearing, the first one.

 9            THE COURT:  Okay.

10            PROSPECTIVE JUROR:  Just in general about the role

11    that the organization had with the January 6th event.

12            THE COURT:  Please go ahead.

13            PROSPECTIVE JUROR:  And then regarding

14    Question 51, I'd only heard of Stewart Rhodes from

15    that list.

16            THE COURT:  You indicated that you had acquired

17    some knowledge of the organization from the January 6th

18    Committee hearings.  Has there been any more recent

19    acquisition of knowledge, particularly since you completed

20    your juror questionnaire?

21            PROSPECTIVE JUROR:  Not so much.  Like, I didn't

22    really follow up on the additional hearings or anything from

23    the January 6th Committee.

24            I did recently -- per the instructions, I didn't

25    try to read anything, but I did see that there was a verdict
```

 1    in the Stewart Rhodes case.

 2              THE COURT:  Okay.

 3              So let me ask you before we talk about that, what

 4    you -- you had indicated that you'd watched the January 6th

 5    committee hearing and learned something about the

 6    Oath Keepers organization and their potential role of the

 7    events of January 6th.

 8              Can you tell us what you recall learning

 9    and hearing?

10              PROSPECTIVE JUROR:  Just that there was some type

11    of planning for the January 6th event from the Oath Keepers,

12    that they had some -- I think with the Proud Boys to

13    potentially, that they had some coordination with them

14    as well.

15              THE COURT:  Okay.

16              Anything else?

17              PROSPECTIVE JUROR:  Not really.  I recall hearing

18    something about, I think, something with that they were

19    trying to use a boat potentially to cross the Potomac.

20              THE COURT:  Okay.

21              So you've clearly been -- you know, you've learned

22    some things about the organization.  The organization itself

23    is not on trial here.  There are four individuals who are on

24    trial here.

25              Do you think you would be able to put aside what

1   you have learned and what you think you've learned about the

2   events of January 6th and the Oath Keepers' potential role

3   and focus only on the evidence in this case?

4           PROSPECTIVE JUROR:  I would hope so.

5           THE COURT:  Okay.

6           PROSPECTIVE JUROR:  I'm going to do my best, but

7   yeah, yeah.

8           THE COURT:  Do you have any reason to question

9   whether you will be able to do so?

10          PROSPECTIVE JUROR:  Based on -- I mean, I would

11  just try to look at it based on the evidence and the law,

12  really.

13          THE COURT:  Okay.

14          So you think you could sort of put aside what

15  you've learned from media and from January 6th Committee and

16  focus only on the evidence presented in this case?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  And do you think you could be fair and

19  impartial to the defendants in this case?

20          PROSPECTIVE JUROR:  Yes, I believe so.

21          THE COURT:  All right.

22          Now, you mentioned that you had seen something

23  about a verdict with respect to Mr. Rhodes?

24          PROSPECTIVE JUROR:  Correct.

25          THE COURT:  Did you see or read or hear anything

1    more than that?

2            PROSPECTIVE JUROR:  Really, like, I think I was

3    looking on YouTube, and it was just on the home screen.  It

4    was one of the news headlines.  It looked like it was a

5    guilty verdict for sedition is what I saw.

6            That's to the extent.  I didn't click on it or

7    watch or anything per the instructions from the Court, but I

8    did see that.

9            THE COURT:  Okay.

10           So I appreciate you letting us know that.

11           Now, the fact that there was a different trial and

12   a different conviction should have no bearing on your

13   thinking about this case whatsoever.

14           Do you understand that?

15           PROSPECTIVE JUROR:  Correct, yeah.

16           THE COURT:  And that there are four individuals

17   here on trial as to whom the evidence needs to be considered

18   as to them and them alone.

19           Do you understand that?

20           PROSPECTIVE JUROR:  Uh-huh.

21           THE COURT:  The fact that another person who maybe

22   was involved with this organization may have had a

23   particular outcome with a jury, that should have no bearing

24   whatsoever on your consideration of the evidence in

25   this case.

```
1              Do you understand that?

2              PROSPECTIVE JUROR:  Yes, I understand.

3              THE COURT:  And are those instructions that you

4    think you would have any trouble following?

5              PROSPECTIVE JUROR:  I do not.

6              THE COURT:  Do you think that the fact that you've

7    heard that Mr. Rhodes was convicted would cause you to

8    think -- well, think that these defendants are also guilty

9    just by virtue of their association with Mr. Rhodes?

10             PROSPECTIVE JUROR:  Without seeing the evidence, I

11   wouldn't really be able to say.

12             THE COURT:  Okay.

13             All right.  Well, let's turn then to some of the

14   other questions that you answered affirmatively.  Let's just

15   begin, again, with Questions 41, 42, and 43.  These were

16   questions that were designed to try and get at how much

17   media coverage that you have seen about the events of

18   January 6th.

19             Can you give us a sense of how you consume the

20   events of January 6?  Is it something you actively seek out?

21   Or is something that you may read if it happens to come

22   across a newsfeed or whatever you may be listening to?

23             PROSPECTIVE JUROR:  Really if it comes up in the

24   news or, you know, if I'm reading New York Times or

25   Washington Post or something like that and it comes up.
```

1          You know, every now and then, I think it was
2    like -- I did watch -- like, there was a documentary on HBO
3    about the January 6th event, and I did watch that.
4          Other than that, the congressional hearing, the
5    first one, I watched that.
6          I didn't really watch much beyond that.
7          THE COURT:  Okay.
8          So, you know, as jurors, we don't expect that you
9    would come into the courtroom and not have zero knowledge.
10   But what we would ask you to do is put aside whatever you've
11   read in the news media about the events of that day and
12   focus on only the evidence as presented in this case.
13         Do you think you would have any difficulty
14   doing that?
15         PROSPECTIVE JUROR:  I don't believe so.  I would
16   do my best to --
17         THE COURT:  Okay.
18         And do you have any -- do you think you would be
19   able to be -- put aside the media that you've watched and
20   viewed and -- or read and be a fair and impartial juror to
21   these defendants?
22         PROSPECTIVE JUROR:  I believe so.
23         THE COURT:  All right.
24         Now, you mentioned the January 6th Committee
25   hearings.  Can you tell us the extent to which you either

1  watched those hearings or read about those hearings?

2  PROSPECTIVE JUROR:  So, yeah, really it was --

3  like, the first one I did watch.  That was -- I think that

4  was the prime time one.  So I watched that, I think,

5  in full.

6  I might have watched bits of a few other ones, but

7  just from news clips, really, not the full hearings.

8  THE COURT:  Okay.

9  Do you recall from what you watched, there being

10 any specific testimony about the Oath Keepers?

11 PROSPECTIVE JUROR:  I think I really only recall

12 the Proud Boys' testimony, I think, from one of the

13 documentary makers that was with them.

14 THE COURT:  Okay.

15 And so, again, the same question I asked you about

16 the media I asked you earlier, which is that, do you think

17 you could put aside what you recall hearing from the

18 January 6th Committee hearings and, again, be fair and

19 impartial to these defendants?

20 PROSPECTIVE JUROR:  I believe so, yeah.

21 THE COURT:  Okay.

22 Let's turn then to page 3 or page -- I guess

23 what's page 7 of your questionnaire.

24 You've indicated that you have a close friend or

25 family member who's been employed by the Federal Government.

1              Can you tell us about that?

2              PROSPECTIVE JUROR:  Yeah.  I mean, my parents, my

3    mother was employed by the FDA for a number of years.

4              My uncle is employed by NIH.

5              I think one of my friends is employed with the

6    Federal Government, I think, in the --

7              THE COURT:  Were any of these folks in sort of an

8    enforcement capacity --

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  -- in the agencies that they worked

11   for?

12             PROSPECTIVE JUROR:  -- just general federal

13   government purposes.

14             THE COURT:  So one of the allegations in this case

15   is that the defendants conspired to resist the authority of

16   the United States by force and the United States Government

17   by force.

18             Do you think the fact that your family members and

19   friends have worked for the United States government, that

20   that would affect your ability to be fair and impartial?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  All right.

23             Question 20 asked whether you, a close friend, or

24   family member has attended a rally, a protest, or

25   demonstration or march in the last five years.

1    Can you tell us about that?

2    PROSPECTIVE JUROR:  Yeah.  I attended -- I think

3    it was like -- I'm trying to remember.  It was like a

4    science rally or something.  I think it was like roughly

5    five years ago.

6    THE COURT:  Okay.

7    PROSPECTIVE JUROR:  Then I think I attended

8    probably four years ago, I think it was like a -- a fight

9    for our lives?  Like, it was a gun control rally in D.C.,

10   over on Pennsylvania, I think --

11   THE COURT:  Okay.

12   PROSPECTIVE JUROR:  -- Constitution.

13   THE COURT:  Your recollection is that you attended

14   a rally concerning gun control.

15   PROSPECTIVE JUROR:  Yes.

16   THE COURT:  What are your -- let me ask you just

17   generally.  Do you have -- what are your views with respect

18   to gun possession and gun control?

19   PROSPECTIVE JUROR:  I mean, personally, yeah,

20   I mean, I would say I think that there should be more

21   proactive control in this country?

22   THE COURT:  Okay.

23   So there is going to be evidence in this case of

24   gun possession.  None of these defendants are charged with

25   illegally possessing a firearm.

```
 1              Do you think your views about gun control would
 2    affect your ability to fair and impartial in this case?
 3              PROSPECTIVE JUROR:  No.  I mean, I think you would
 4    have to look at what, you know, the law says about it.  If
 5    there's a violation of law, there's a violation of law.  If
 6    there's not, there's not.
 7              THE COURT:  You indicated in Question 21 that
 8    you've been on the Capitol grounds or inside the
 9    Capitol Building before.
10              Can you tell us about that.
11              PROSPECTIVE JUROR:  Sure.
12              So, I mean, I live probably about a mile north of
13    the Capitol, so I'm frequently hiking or walking around
14    there.  I've taken a tour of the Capitol, I think, twice.
15              THE COURT:  Is that also the reason for your
16    answering Question 22 "yes"?
17              PROSPECTIVE JUROR:  Correct, yeah.
18              THE COURT:  Okay.
19              So were you at -- where were you on January 6th?
20              PROSPECTIVE JUROR:  I was working from home.
21    Yeah, just in my office or bedroom working.
22              I was watching the events -- or, I guess -- on the
23    TV at the time as well.
24              THE COURT:  Okay.
25              Anything about the fact that you live within
```

```
 1    shouting distance of the Capitol and you did watch the
 2    events that day, any reason to think that your proximity to
 3    the Capitol would cause you not to be fair and impartial?
 4              PROSPECTIVE JUROR:  I mean, I'll say on the day,
 5    you know, I did have to go out, walk my dog.  So I did see
 6    some people that were part of the protests or, you know,
 7    whatever you would call it, walking around.  Some people
 8    wore, and I did notice, were in full body armor.
 9              THE COURT:  Uh-huh.
10              PROSPECTIVE JUROR:  I don't know how that
11    necessarily impacts how I would view the case, but --
12              THE COURT:  Okay.
13              All right.  If we could just turn to page 11, and
14    you indicated that, Question 55, that you or close friend or
15    family member has worked in the legal field.
16              Can you tell us about that.
17              PROSPECTIVE JUROR:  Yeah.  My father-in-law is an
18    attorney.  He's an in-house attorney for a pharmaceutical
19    company in New Jersey.
20              THE COURT:  Does he do any criminal work, to your
21    knowledge?
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  All right.  Any follow-up questions
24    from the government?
25              MR. EDWARDS:  No, Your Honor.
```

```
 1              THE COURT:  Any follow-up questions from defense
 2    counsel?
 3              MR. WEINBERG:  Yes, sir.
 4              THE COURT:  You can just sit there and turn the
 5    microphone.  You don't need to come up.
 6              You can just sit at the table.  Just turn the
 7    microphone.
 8              MR. WEINBERG:  Is it okay if I come up to the
 9    podium?
10              THE COURT:  Just stay.  We'll be more efficient
11    about it.
12              MR. WEINBERG:  My brain is connected to my feet,
13    so sometimes I like to stand.
14              Just briefly, you said you went to a gun
15    control rally?
16              PROSPECTIVE JUROR:  Uh-huh.
17              THE COURT:  Ask do you recall where that was?
18              PROSPECTIVE JUROR:  I believe it was on
19    Constitution Avenue.  It was right around here.
20              MR. WEINBERG:  Okay.
21              And how many people, approximately, attended
22    that rally?
23              PROSPECTIVE JUROR:  I don't know.  I really can't
24    even say.  I don't know.  In the thousands.
25              MR. WEINBERG:  Thousands?
```

1          PROSPECTIVE JUROR:  Yeah.

2          MR. WEINBERG:  So was it like a big crowd.

3          PROSPECTIVE JUROR:  Yeah.

4          MR. WEINBERG:  Were there some people that were

5    acting, let's say, a little eccentric at that rally?

6          PROSPECTIVE JUROR:  I wouldn't say so.  It was

7    pretty calm, pretty -- yeah, I mean, there was some speeches

8    and everything, but it was pretty calm.

9          MR. WEINBERG:  Okay.  Because sometimes at

10   rallies, there's like people that are dancing around and

11   then there are people that are more serious.

12         Did you kind of see that at the rally?

13         PROSPECTIVE JUROR:  It was pretty subdued.

14         MR. WEINBERG:  I'm sorry.  I couldn't hear you.

15         PROSPECTIVE JUROR:  It was pretty subdued.

16   I don't recall people dancing or anything like that.

17         MR. WEINBERG:  Now, when you said there were

18   thousands of people there, did you ever have trouble, like,

19   navigating that area or, like, field the crush of the crowd

20   or something like that?

21         PROSPECTIVE JUROR:  No, no.

22         THE COURT:  Okay.

23         Have you ever been in a situation where you felt

24   that, like at a Commanders' game, something like that, where

25   there's a lot of people surround you and it's difficult to

1    navigate?

2         PROSPECTIVE JUROR:  I mean, maybe at a sportings

3    event maybe sometimes, yeah.

4         MR. WEINBERG:  Okay.

5         And you said you watched some of the videos and

6    you watched it live; is that right?

7         PROSPECTIVE JUROR:  I watched it live as

8    well, yeah.

9         MR. WEINBERG:  Okay.

10         Which channel were you watching, if I can ask?

11         PROSPECTIVE JUROR:  That's a good question.

12    I want to say it was like one of the -- it was one of the

13    free streaming ones like NBC news live or online or

14    something like that.

15         MR. WEINBERG:  So is it fair to say -- are you a

16    cord cutter?  Do you have, like, just Internet TV and no,

17    like, actual --

18         PROSPECTIVE JUROR:  Yeah, I was at the time.

19    I kind of go in and out.  Like right now, I have Sling just

20    to watch the World Cup.  So...

21         MR. WEINBERG:  Okay.

22         And the U.S. is out of the World Cup; is that

23    right?

24         PROSPECTIVE JUROR:  Yes.  Yes, unfortunately.

25         MR. WEINBERG:  We've been working too hard.

1    I missed it.

2              PROSPECTIVE JUROR:  Yeah.

3              MR. WEINBERG:  Okay.

4              So with this live feed you watched, NBC, did you

5    see any violence that day?

6              PROSPECTIVE JUROR:  I believe so, yeah.  When they

7    were climbing the scaffolding, they were showing the live

8    shots and everything.  And I don't know if it was exactly --

9    like I said, I watched, like, the documentary on HBO, and

10   that showed a little bit more intimate footage of some

11   fights and everything like that and more violence.

12             But on the actual day, I don't think I necessarily

13   saw violence.  It was more so kind of people climbing up the

14   scaffolding and entering the Capitol building.

15             MR. WEINBERG:  So it's fair to say the scaffolding

16   part, it's kind of -- you remember it off top of your head?

17             PROSPECTIVE JUROR:  Yes.

18             MR. WEINBERG:  And on that day, you realized that

19   there were some people that didn't commit any violence.

20             PROSPECTIVE JUROR:  Yeah.

21             I mean, it appeared that some people were walking

22   away.

23             Like, when I was standing up, when I went outside

24   for -- during the -- around my house, there were just some

25   people carrying some flags around.  It didn't seem like they

1    were at the Capitol at the time.

2            MR. WEINBERG:  So you actually had some, I guess,

3    interaction with some of the protesters?

4            PROSPECTIVE JUROR:  I saw them, yeah, walking

5    around the streets.  They were just walking around.

6            MR. WEINBERG:  And they were --

7            THE COURT:  All right.  Mr. Weinberg --

8            MR. WEINBERG:  Yes.

9            THE COURT:  -- cut to the chase here, please.

10   Thank you.  Otherwise, we'll be here for a very long time.

11           MR. WEINBERG:  You mentioned that you are familiar

12   with the Proud Boys.

13           PROSPECTIVE JUROR:  Yeah, I've heard the name

14   several times in relation to the January 6th Committee.

15           MR. WEINBERG:  And does your knowledge of the

16   Proud Boys, do you think that would kind of make you think

17   the Oath Keepers is part of that type of group?

18           PROSPECTIVE JUROR:  Honestly, I don't know that

19   much about them, like, you know, where they're from, who

20   the -- you know, who the leader is or anything like that.

21   My knowledge of them is really just from the news.

22           MR. WEINBERG:  I don't have any other questions.

23           THE COURT:  Okay.  Sir, thank you very much for

24   your time.  Mr. Douyon will give you some further

25   instructions as you walk out of the courtroom.

1          Look, folks, let's go.  Come on.  He's done.

2     Let's go.

3          MR. SHIPLEY:  Your Honor, before be bring in the

4     other juror, can we be heard for just a moment?

5          THE COURT:  Sure.

6          MR. SHIPLEY:  In preparing, we went through or

7     followed -- we had discussed between the four of us how we

8     would approach this, understanding that the Court was

9     wanting to move along a little quicker than happened in the

10    first case.

11          But I think our idea was that one of us would take

12    the lead, but the other three would be given an opportunity

13    after the first one went and that we wouldn't repeat

14    ourselves.

15          THE COURT:  I'm generally fine with that, but I

16    don't need ten minutes' worth of inquiry.  And that's why

17    I'm asking you all to be mindful of.  We will be here for

18    two weeks if we treat every potential juror the same way we

19    did this last one.

20          So I'm not shutting you down in terms of asking

21    additional questions, but please be mindful of what you're

22    asking and whether it's necessary so we can actually move

23    this along.  That's all.

24          MR. SHIPLEY:  Understood.

25          THE COURT:  Okay.

1          MR. SHIPLEY:  Before the Court dismisses a juror,

2    if you would just give us a chance.  There may be no more

3    questions from the other three.

4          THE COURT:  That's fine.

5          MR. SHIPLEY:  But I'd like to have that

6    opportunity.

7          THE COURT:  That's fine.  Hang on, JC.

8          Yes, Mr. Peed.

9          MR. PEED:  I just wanted to make the motion to

10   strike for cause because, while he seems very fair, at the

11   same time the latent bias that he may not be aware of, the

12   HBO documentary and the January 6th committee hearings, he

13   already has a connection between Proud Boys and the

14   Oath Keepers.  He already mentioned a plan from the J6

15   committee and whether that's a plan and that will basically

16   be the central part of the trial.  It's too close.

17         MS. HALIM:  I'll join in that motion, Your Honor.

18         MR. SHIPLEY:  Same, Your Honor.

19         MR. WEINBERG:  Same, Your Honor.

20         THE COURT:  I'll just assume if there's one strike

21   for cause from one defendant, it's adopted by all.

22         That'll be denied.  The juror was asked any number

23   of different ways about what he knew, what he understood,

24   what he learned.  In each instance when there was a

25   follow-up either by me or defense counsel, he said he could

1    set it aside.

2           In fact, he ultimately admitted he didn't really

3    know that much.  I don't think there's any real latent bias

4    concern here.  Frankly, we have done an entire trial in

5    which some people indicated some prior knowledge of the

6    events and the Oath Keepers.  And there were a number of

7    acquittals at that trial.  So I don't think there's such a

8    latent bias here that these defendants can't get a fair

9    trial.

10           COURTROOM DEPUTY:  Your Honor, this is

11   Juror No. 1233.

12           THE COURT:  Hi, ma'am.  How are you?

13           PROSPECTIVE JUROR:  Good.  How are you?

14           THE COURT:  Good.  Thank you.  You are Juror 1233.

15           PROSPECTIVE JUROR:  Yes.

16           THE COURT:  All right.  Feel free to remove your

17   mask and have a seat.

18           Your juror questionnaire is there in front of you.

19           So let me ask you this.  You answered most of

20   these questions "no," if not all of them.

21           Did have any difficulty understanding any of the

22   questions that were asked in the jury questionnaire?

23           PROSPECTIVE JUROR:  No, because I -- this like my

24   first time ever going through like jury duty or anything.

25           THE COURT:  Okay.

```
 1              PROSPECTIVE JUROR:  So that's why I just put "no"
 2   on the answers, because some of the questions I never, like,
 3   been through none of this.
 4              THE COURT:  Sure.  That's understandable.
 5              MS. HALIM:  Your Honor, I am so sorry to
 6   interrupt.
 7              Ma'am, I cannot hear you.  I'm struggling to hear
 8   your answers.
 9              PROSPECTIVE JUROR:  Oh, I said that --
10              MS. HALIM:  Thank you very much.
11              PROSPECTIVE JUROR:  -- I've never been through
12   jury duty or anything.  So that was my first time.  I just
13   put "no" on some of the questions because my first time
14   dealing with court of any sort.
15              THE COURT:  Okay.
16              So -- but you've been a resident in D.C. for 39
17   years, and this is your first time you've been called for
18   jury service?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Okay.
21              PROSPECTIVE JUROR:  Yep.
22              THE COURT:  Let me ask you, if you would just turn
23   to your -- you've got that questionnaire in front of you,
24   question on page 11.  I'll ask you to turn to Question 49.
25   That question asks whether you have read, seen, or heard
```

```
 1    anything about the Oath Keepers organization.

 2              Do you see that?

 3              PROSPECTIVE JUROR:  No, I never heard of that.

 4              THE COURT:  Is that still true today, that you've

 5    never heard of a group called the Oath Keepers?

 6              PROSPECTIVE JUROR:  No, I never heard of that

 7    at all.

 8              THE COURT:  Okay.

 9              Ever heard the name Stewart Rhodes?

10              PROSPECTIVE JUROR:  No, at all.

11              THE COURT:  Okay.

12              We asked you in Questions 41 and 42 and 43 about

13    whether you'd seen news coverage about the events of

14    January the 6th.  And it looks like you said in Question 43

15    that you've seen a little news coverage.

16              Is that right?

17              PROSPECTIVE JUROR:  I look at the news some of the

18    times, but I stopped looking at it.  I don't look at regular

19    TV anymore, because it reminds me of my mom and my dad.  So

20    I don't even look at that anymore.

21              So, I mean, I might look and see something, but I

22    just change the channel.

23              THE COURT:  How much news do you think you've seen

24    or read about the events of January 6th?

25              PROSPECTIVE JUROR:  January 6th.  None at all.
```

1    I don't even remember.  My memory is not -- I don't even

2    remember that far.  Like, January 6th, because I haven't

3    done anything, so I don't remember nothing.

4              THE COURT:  Okay.

5              Do you have any memory or any understanding of

6    what happened at the U.S. Capitol on January the 6th?

7              PROSPECTIVE JUROR:  Oh, you talking about when the

8    people hopped the gate?  Oh, that -- I was at work.  I was

9    at work.  And that's all I remember, is they was saying

10   people hopped the gate and that's it.

11             THE COURT:  That's all you know?

12             PROSPECTIVE JUROR:  Yeah.  It wasn't -- being so

13   honest with everyone here, it wasn't a conversation; it

14   really wasn't like -- being so honest, like around my

15   neighborhood, it wasn't a conversation at all.  So I --

16   yeah.

17             THE COURT:  Did you follow any news stories about

18   what happened at the U.S. Capitol on January the 6th?  This

19   was back in 2021.  It's been a year-plus, but did

20   you follow --

21             PROSPECTIVE JUROR:  No, I didn't follow anything.

22   I didn't -- I didn't follow anything.

23             THE COURT:  Okay.

24             All right.  Any questions from government counsel?

25             MR. EDWARDS:  No, Your Honor.

```
1              Oh, I do have one question.  I'm sorry.
2              Thank you, ma'am, for coming today and for filling
3   out the questionnaire.
4              PROSPECTIVE JUROR:  No problem.
5              MR. EDWARDS:  Do you mind letting us know what you
6   do for a living?  You mentioned you were at work.
7              PROSPECTIVE JUROR:  Well, I was working for
8   Safeway.  I was a baker, but I'm no longer there anymore.
9              At home, stay-at-home mom right now at the time.
10  So that's it.
11             MR. EDWARDS:  Okay.  Thank you so much.
12             THE COURT:  Uh-huh.
13             Just to follow up on that.  You say you're a
14  stay-at-home mom, ma'am.  Would you have -- would there be
15  any difficulty in terms of your serving if you were selected
16  for a trial of this length, which could be six weeks
17  or more?
18             PROSPECTIVE JUROR:  No, because their dad helps
19  out a lot and -- well, he's in the house with me.  And my
20  sister, she helps me out lot.  She lives right downstairs
21  from me.  So it's like --
22             THE COURT:  Okay.
23             PROSPECTIVE JUROR:  -- I do have help also.
24             THE COURT:  Okay.  Great.
25             Any follow-up from defense counsel?
```

1          MR. PEED:  Good morning, ma'am.

2          PROSPECTIVE JUROR:  Good morning.

3          MR. PEED:  Do you have any opinions or thoughts

4    about the protests that happened that day?

5          PROSPECTIVE JUROR:  Not at all.  I mean --

6    no.  No.

7          MR. PEED:  And do you have any feelings, strong

8    feelings either way about gun ownership or people who use

9    guns recreationally or as a hobby?

10         PROSPECTIVE JUROR:  Well, I think it shouldn't be

11   used at all.  But, I mean, you know, but I don't -- I don't

12   deal with none of that.  I try to -- being so honest with

13   y'all, a lot have happened.  I just try to stay focused,

14   like, positive stuff.  I try not to think about nothing

15   that's, you know, too -- too much, too much.  It just --

16   I try not to think about stuff like that.  But I'm -- no.

17   I mean, I don't know.

18         MR. PEED:  That's good enough for me.

19   I appreciate your answer.

20         Just one more question from me.  You know, if

21   you're asked to be a juror in a criminal trial, you'll be

22   given instructions about the presumption of innocence.

23         Do you have any feelings like if you see somebody

24   at the defendants' table that you might assume they're

25   guilty, or do you think you will be able to sort of have a

 1    very open mind about that particular kind of question?

 2              PROSPECTIVE JUROR:  Well, I wouldn't know what

 3    happened until the person tells, you know, the story or

 4    whatever.  I can't go off of what I done heard from the next

 5    person.  I always have to hear for myself.  That's one thing

 6    I have learned.

 7              So, I mean, I have to hear what that person had to

 8    say first before I say, Oh, you did this; you did that.

 9    That's -- no.

10              MR. PEED:  Okay.  Thank you.

11              PROSPECTIVE JUROR:  Uh-huh.

12              THE COURT:  All right, ma'am.  Thank you very much

13    for your time.  Mr. Douyon will show you out of the

14    courtroom and provide you with additional instructions.

15              PROSPECTIVE JUROR:  Okay.  Thank you.

16              COURTROOM DEPUTY:  Your Honor, this is

17    Juror No. 0604.

18              THE COURT:  Hi, ma'am.  How are you?

19              PROSPECTIVE JUROR:  Good.  How are you?

20              THE COURT:  Good.  Thank you.

21              You are Juror 0604?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  All right.  I'm just going to ask you

24    to keep your voice up and speak into the microphone so

25    everybody can hear you.

```
 1              Let me ask you, if you would, please, your juror
 2    questionnaire is there in front of you, so if you would turn
 3    to page 11, please.
 4              In Question 49 -- let me know when you're there --
 5    we asked you whether you have read, seen, or heard anything
 6    about the Oath Keepers organization.
 7              And you answered "no."
 8              Is that still true today, ma'am?
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Okay.
11              And in Question 51, we asked you about whether
12    you'd heard anything about Stewart Rhodes or Kelly Meggs,
13    Jessica Watkins, Kenneth Harrelson, or Thomas Caldwell.
14              Is that still true today?
15              PROSPECTIVE JUROR:  Yes.
16              THE COURT:  All right.
17              Just turning to prior page in Questions 41, 42,
18    43, we were trying to get at how much news coverage and
19    video you've seen of the events of January the 6th.
20              Can you give us a sense of how much news coverage,
21    how closely you've followed the events of that day.
22              PROSPECTIVE JUROR:  I don't really remember.
23    I mean, I think I was in D.C. and stuff was, like, blocked
24    off.  And then it was probably like on TMZ and like Fox 5.
25    But I don't know.
```

```
1              THE COURT:  Have you watched news coverage or read
2    news articles about the events of that day since the day of?
3              PROSPECTIVE JUROR:  Not really, I don't think,
4    unless it -- you know like when you flip through the news
5    articles and you can see, like, the headliner?  I probably
6    didn't click on it.  I probably just saw, like, the
7    headliner --
8              THE COURT:  Okay.
9              PROSPECTIVE JUROR:  -- after that day or around
10   that day.
11             THE COURT:  All right.
12             So it's fair to say that -- would you agree with
13   me that you're not somebody who has read a lot about the
14   events of January 6th or watched a lot of news about the
15   events of January 6th?
16             PROSPECTIVE JUROR:  No.
17             THE COURT:  Okay.
18             If I could please ask you to turn to page 7 and
19   Question 16.
20             Question 16 asked whether you or a close friend or
21   family member's has been employed by the Federal Government.
22             Can you tell us about that.
23             PROSPECTIVE JUROR:  My dad and my sister, my
24   brother-in-law, that's all I can think of.
25             THE COURT:  Okay.  Can you tell us where they
```

```
 1   worked and then sort of what kind of work they did.
 2            PROSPECTIVE JUROR:  My dad, he works for OPM, and
 3   he's like an architect.
 4            And then my sister, she's like a sailor.
 5            And then my brother --
 6            THE COURT:  When you say she's a sailor, is she in
 7   the Armed Forces, you mean?
 8            PROSPECTIVE JUROR:  Reserves.
 9            THE COURT:  Reserves.  Okay.
10            PROSPECTIVE JUROR:  But she's in the
11   Federal Government for like her civilian work.
12            THE COURT:  I see.  All right.
13            PROSPECTIVE JUROR:  And then my brother-in-law,
14   I don't know.  He does, like, some type of top-secret
15   investigative stuff.  I don't know.
16            THE COURT:  Okay.
17            And your brother-in-law, do you know who he
18   works for.
19            PROSPECTIVE JUROR:  I don't know.
20            THE COURT:  D you have any reason to think he
21   works for the FBI or any other law enforcement agency?
22            PROSPECTIVE JUROR:  Not FBI.  Maybe like Defense.
23            THE COURT:  Department of Defense?
24            PROSPECTIVE JUROR:  Something like that.
25            THE COURT:  Okay.
```

```
1              So one of the allegations in this case is that the
2    defendants sought to resist the authority of the
3    United States Government by force.  Do you think the fact
4    that your family members have been employed by the Federal
5    Government would cause you to think you couldn't be fair and
6    impartial?
7              PROSPECTIVE JUROR:  No.
8              THE COURT:  Question 18 asks whether you or a
9    close friend or family member has ever served in the
10   Armed Forces.  Can you tell us that.
11             PROSPECTIVE JUROR:  My brother-in-law, the same
12   one who works doing whatever he does, him and then
13   my sister.
14             THE COURT:  Okay.
15             Can you just tell us which branches they served
16   in.
17             PROSPECTIVE JUROR:  He was Air Force, and
18   she's Navy.
19             THE COURT:  Question 20 says -- asked whether you,
20   a close friend, or family member has attended a rally,
21   protest, or demonstration or march in the last five years.
22             Can you tell us that -- about that.
23             PROSPECTIVE JUROR:  Only one I know, it was me and
24   my sister.  We went to, like, the Black Lives Matter.
25             THE COURT:  Okay.
```

 1              And can you -- did you go to one rally or more

 2    than rally?

 3              PROSPECTIVE JUROR:  It was just one.

 4              THE COURT:  If you were to learn in this case that

 5    the defendants may have possessed or have different

 6    political views than you do, how do you think that would

 7    affect your ability to serve as a juror?

 8              PROSPECTIVE JUROR:  I don't really -- it doesn't

 9    matter.

10              THE COURT:  It doesn't matter to you at all?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  And if you were to learn from --

13              PROSPECTIVE JUROR:  I mean, unless it's like a

14    racist thing, like.

15              THE COURT:  Okay.

16              But there's no, nothing like that.  It's just a

17    question of they may have different political views from

18    what you have.  They may have different views about the

19    events of that summer where there were a lot of

20    Black Lives Matter protests.  Do you think that would affect

21    your ability to be fair and impartial to them?

22              PROSPECTIVE JUROR:  What's the question?

23              THE COURT:  So you said something about racism.

24    There's nothing like that here.

25              But you may hear evidence that some of the

1    defendants viewed the Black Lives Matter protests
2    differently than you did at the time.
3            How do you think that would affect your ability to
4    be a fair and impartial juror if you were to learn that they
5    may have had different views about that protest -- those
6    protests?
7            PROSPECTIVE JUROR:  I don't know.
8            I mean, my brother has a different view on it, and
9    he's black.  I mean, I don't know.
10           THE COURT:  Okay.
11           So it sounds like it would not affect your
12   thinking one way or another?
13           PROSPECTIVE JUROR:  The only way I think it might
14   if is they're, like, "racist racist," not if you have a
15   different view.  Like, not all people like the
16   Black Lives Matter.  And I'm not saying I support it either.
17   I just went to see what it was about.
18           As long as it's like not hard-core, like, racist,
19   like, "I don't like black people or white people."
20           THE COURT:  Okay.  Got you.
21           Question 21 asked whether you've ever been on the
22   Capitol grounds or inside the Capitol Building.
23           Can you tell us about that.
24           PROSPECTIVE JUROR:  I went like on the stairs.
25   Like, you know, like, when tourists go and walk on the

```
 1    stairs?

 2              THE COURT:  Of course.

 3              PROSPECTIVE JUROR:  That was --

 4              THE COURT:  Can you tell us when that last was.

 5              PROSPECTIVE JUROR:  Oh, like, I don't know, like,

 6    five years ago.

 7              THE COURT:  Okay.

 8              Can I ask you please to turn to page 11 and

 9    Question 56.  That question asked whether -- have you or a

10    close friend or family member ever applied for employment

11    with or employed by or received training by any local,

12    state, or law enforcement agency.

13              And you scratched out "no" but then wrote, "Maybe

14    about ten years ago."

15              Can you tell us what you were thinking there.

16              PROSPECTIVE JUROR:  Oh, like, I had a really good

17    friend.  He worked for -- what is the name -- what's the

18    name of that federal agency that protects the White House

19    and people?

20              THE COURT:  Secret Service?

21              PROSPECTIVE JUROR:  Yeah, Secret Service.

22              He worked there.

23              And then like my brother applied to be

24    Secret Service.

25              And then -- I think like maybe -- I was probably
```

```
 1    thinking about this, like, ten years ago.  I think I applied
 2    to be, like, a 911 operator, like, when I was, like -- ten
 3    years ago.
 4              THE COURT:  Okay.
 5              PROSPECTIVE JUROR:  Yeah.
 6              THE COURT:  So you could hear in this case from a
 7    witness who works for the Secret Service.  You may hear
 8    about the Secret Service in the context of the case.
 9              Anything about the fact that your family members
10    applied to that agency that would cause you to think you
11    couldn't be fair and impartial?
12              PROSPECTIVE JUROR:  No.
13              THE COURT:  Turning then to the next page, you
14    indicated in Question 59 that you or a close friend or
15    family member has ever been the victim of a crime.
16              Can you tell us about that?
17              PROSPECTIVE JUROR:  I mean, I think, like, I was,
18    like, a victim of assault one time.  That was, like, seven
19    years ago.
20              THE COURT:  Okay.
21              Was that here in D.C.?
22              PROSPECTIVE JUROR:  Maryland.
23              THE COURT:  Maryland.
24              And I'm not asking for details.  Were you hurt or
25    was it --
```

1           PROSPECTIVE JUROR:  I mean, I was hurt, but I
2    wasn't, like, "hurt hurt."
3           THE COURT:  And did you report it to the police?
4           PROSPECTIVE JUROR:  Yeah.
5           THE COURT:  And was anybody arrested?
6           PROSPECTIVE JUROR:  Yeah.
7           Well, not arrested.  It was, like, a civil thing.
8           THE COURT:  Oh, it was a civil thing.
9           PROSPECTIVE JUROR:  Well, there was a criminal
10   charge, but it wasn't like handcuffs?
11          THE COURT:  I understand.  Okay.
12          Anything about that experience that might cause
13   you to think you might not be able to be fair and impartial?
14          PROSPECTIVE JUROR:  Because of that incident?
15          THE COURT:  Correct.
16          PROSPECTIVE JUROR:  I mean, my personal opinion,
17   I don't know, like -- more about like the whole court
18   system, I think, I would be impartial.
19          THE COURT:  Okay.
20          And do you have any -- I'm detecting that maybe
21   there's something else in your answer that I'm --
22          PROSPECTIVE JUROR:  No.  I just think like I'm in
23   my own civil case, and I just don't like the court system.
24          THE COURT:  Okay.  What about the court system?
25          PROSPECTIVE JUROR:  I just don't like it.

```
1              THE COURT:  You don't like it.

2              Can you just tell us a little bit why that is.

3              PROSPECTIVE JUROR:  It's like whoever had the

4   better attorney wins.

5              THE COURT:  Okay.  It's all right, ma'am.  Do you

6   need a tissue?

7              PROSPECTIVE JUROR:  No.

8              THE COURT:  Take your time.

9              PROSPECTIVE JUROR:  That's it.

10             THE COURT:  Okay.  So is that case currently

11  going on?

12             The fact that you are -- are you a plaintiff or a

13  defendant in that case?

14             PROSPECTIVE JUROR:  Both.

15             THE COURT:  You're both.

16             So does the fact that that case is ongoing, do you

17  think it would affect your ability to sit here as a juror.

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  It could affect your ability.

20             PROSPECTIVE JUROR:  It will.

21             THE COURT:  It will.

22             And in what sense?

23             PROSPECTIVE JUROR:  I mean, I have court in two

24  weeks.  It's active litigation.  And I just think with the

25  court system, it's who has a better attorney a lot of
```

```
 1   the time.

 2             THE COURT:  Okay.

 3             And are you represented in that case?

 4             PROSPECTIVE JUROR:  Well, my attorney disappeared.

 5             THE COURT:  Oh, I'm sorry to hear that.

 6             Can you just -- I'm not asking -- I'm not prying

 7   any more than I need to, but can you just tell us generally

 8   what the case is about?

 9             PROSPECTIVE JUROR:  It's a business partner who's

10   a fraudster.  And he just -- he's just a fraud.  And he's --

11   he just -- he's just a fraudster.  And he's a really good

12   attorney, and he's making me look like I'm the bad person.

13             THE COURT:  Okay.  I'm sorry you're going

14   through that.

15             So let me sort of double back to what I was asking

16   earlier, which is there's no allegation of fraud in this

17   case, nothing like that.  This isn't a case involving

18   business relationships or the like.

19             If you were asked to serve over the course of six

20   to eight weeks, do you think you could put aside your

21   experiences in your civil case and focus on the evidence

22   that's presented here?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  You could not do that?

25             PROSPECTIVE JUROR:  No.
```

 1                THE COURT:  Okay.

 2                Any follow-up, Counsel?

 3                MR. EDWARDS:  No, Your Honor.

 4                THE COURT:  Thank you very much for your time,

 5     ma'am.  We appreciate it.

 6                PROSPECTIVE JUROR:  Thank you.

 7                THE COURT:  Mr. Douyon will show you out of the

 8     courtroom and provide you with additional instructions.

 9                All right.  It's 12:30.  Why don't we break for

10     lunch.  We'll resume at 1:30.  JC, we're going to take our

11     lunch break now.

12                MR. EDWARDS:  Your Honor, before we do that, we

13     would just place a motion on the record to strike the

14     previous juror just in terms of going through what she's

15     going through there.

16                THE COURT:  Oh, sorry.  Yes, she's stricken for

17     cause.  I should have probably made that explicit on the

18     record.  But, yes, she's stricken for cause.  Sorry about

19     that.  I'll make sure to do that in the future.

20                But, yes, 0604 is stricken for cause.

21                Okay.  Anything else before we adjourn for lunch?

22                MR. EDWARDS:  No, Your Honor.

23                THE COURT:  We'll see everybody back at 1:30.

24                COURTROOM DEPUTY:  All rise.

25                (Recess from 12:30 p.m. to 1:30 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.

Date:__December 6, 2022_____     

               William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [9] 3/2 3/5
8/18 9/1 9/4 17/8 36/10
42/16 54/24
MR. EDWARDS: [14]
3/24 6/21 7/8 7/10 7/22
8/3 11/4 28/25 39/25
40/5 40/11 54/3 54/12
54/22
MR. PEED: [12] 5/23
6/4 6/7 6/10 6/20 11/9
35/9 41/1 41/3 41/7
41/18 42/10
MR. SHIPLEY: [6]
34/3 34/6 34/24 35/1
35/5 35/18
MR. WEINBERG: [25]
29/3 29/8 29/12 29/20
29/25 30/2 30/4 30/9
30/14 30/17 31/4 31/9
31/15 31/21 31/25 32/3
32/15 32/18 33/2 33/6
33/8 33/11 33/15 33/22
35/19
MS. HALIM: [3] 35/17
37/5 37/10
PROSPECTIVE
JUROR: [146]
THE COURT: [154]

0
0604 [3] 42/17 42/21
54/20

1
10 [1] 4/11
11 [7] 3/8 4/7 17/23
28/13 37/24 43/3 49/8
114 [1] 2/16
1150 [1] 2/20
11:15 [1] 1/6
12 [1] 4/2
1233 [2] 36/11 36/14
12:30 [2] 5/12 54/9
12:30 p.m [1] 54/25
1341 [1] 2/4
1488 [2] 17/11 17/18
15 [3] 1/4 3/6 4/11
1532 [1] 2/11
16 [2] 44/19 44/20
17 [1] 4/16
1775 [1] 2/20
18 [5] 4/2 4/14 4/17
10/9 46/8
19129 [1] 2/7
1928 [1] 4/7
1937 [1] 4/4
1:30 [3] 5/13 54/10
54/23
1:30 p.m [1] 54/25

2
20 [2] 25/23 46/19
20006 [1] 2/21
202 [2] 1/18 2/21
2021 [1] 39/19
2022 [2] 1/5 55/7

21 [2] 27/7 48/21
215-300-3229 [1] 2/8
22 [1] 27/16
22-15 [1] 1/4
228-1341 [1] 2/4
239 [1] 2/12
252-7277 [1] 1/18
265 [1] 2/15

3
3229 [1] 2/8
337-9755 [1] 2/12
33901 [1] 2/12
33950 [1] 2/16
3580 [1] 2/7
39 [1] 37/16

4
41 [3] 22/15 38/12
43/17
42 [3] 22/15 38/12
43/17
43 [4] 22/15 38/12
38/14 43/18
49 [3] 17/23 37/24 43/4
4:30 [2] 5/14 5/15

5
51 [3] 17/23 18/14
43/11
55 [1] 28/14
56 [1] 49/9
575-8000 [1] 2/17
59 [1] 50/14

6
601 [1] 1/17
6th [27] 13/9 13/17
18/8 18/11 18/17 18/23
19/4 19/7 19/11 20/2
20/15 22/18 23/3 23/24
24/18 27/19 33/14
35/12 38/14 38/24
38/25 39/2 39/6 39/18
43/19 44/14 44/15

7
7277 [1] 1/18
745 [1] 2/3

8
8000 [1] 2/17
808 [1] 2/4
808Shipleylaw [1] 2/5

9
911 [1] 50/2
919-9491 [1] 2/21
941 [1] 2/17
9491 [1] 2/21
96734 [1] 2/4
9755 [1] 2/12

A
a.m [1] 1/6
ability [7] 25/20 27/2
47/7 47/21 48/3 52/17
52/19

quite [1] 7/25 7/5 25/6
22/11 23/19 41/25
51/13
about [92]
above [1] 55/4
above-titled [1] 55/4
acquired [1] 18/16
acquisition [1] 18/19
acquittals [1] 36/7
across [2] 14/7 22/22
acting [1] 30/5
active [1] 52/24
actively [1] 22/20
actual [2] 31/17 32/12
actually [3] 11/5 33/2
34/22
add [3] 6/1 6/24 6/25
addendum [1] 10/20
additional [1] 5/23
6/15 6/23 10/7 10/15
10/18 11/1 11/5 15/12
15/16 17/6 18/22 34/21
42/14 54/8
additions [1] 10/24
adjourn [1] 54/21
admitted [1] 36/2
adopted [1] 35/21
advance [1] 9/19
advise [2] 10/25 14/9
affect [8] 25/20 27/2
47/7 47/20 48/3 48/11
52/17 52/19
affirmatively [1] 22/14
after [7] 5/8 10/11
15/12 15/14 15/19
34/13 44/9
afternoon [1] 4/12
afterwards [1] 12/19
again [3] 22/15 24/15
24/18
agencies [1] 25/10
agency [4] 45/21 49/12
49/18 50/10
ago [9] 9/13 10/3 26/5
26/8 49/6 49/14 50/1
50/3 50/19
agree [1] 44/12
ahead [1] 18/12
Air [1] 46/17
AL [1] 1/6
alert [1] 14/9
Alexandra [1] 1/15
3/11
Alexandra Hughes [1]
3/11
all [59]
all right [7] 20/21
23/23 25/22 42/12
43/16 45/12 52/5
allegation [1] 53/16
allegations [2] 25/14
46/1
alone [1] 21/18
along [2] 34/9 34/23
already [3] 7/11 35/13
35/14
also [12] 5/16 6/23 8/7
12/2 13/2 13/11 13/21

art [6] 3/25 6/24 7/7
40/23
always [1] 42/5
am [2] 16/8 37/5
AMERICA [2] 1/3 3/7
AMIT [3] 1/9 3/3 9/7
amongst [1] 12/9
amount [1] 12/5
Angela [2] 2/6 3/14
Angela Halim [1] 3/14
angiehalim [1] 2/5
announce [2] 6/15
11/1
announced [1] 11/15
another [3] 4/11 21/21
48/12
answer [3] 7/4 41/19
51/21
answered [4] 7/5 22/14
36/19 43/7
answering [1] 27/16
answers [2] 37/2 37/8
any [60]
anybody [2] 5/3 51/5
anymore [3] 38/19
38/20 40/8
anyone [4] 12/20 14/15
15/2 15/25
anything [21] 14/4
16/1 18/22 18/25 19/16
20/25 21/7 27/25 30/16
33/20 36/24 37/12 38/1
39/3 39/21 39/22 43/5
43/12 50/9 51/12 54/21
apologize [1] 11/4
APPEARANCES [2]
1/13 1/20
appeared [1] 32/21
applied [4] 49/10 49/23
50/1 50/10
apply [1] 13/4
appreciate [3] 21/10
41/19 54/5
approach [2] 14/24
34/8
approached [1] 15/1
approved [1] 10/4
approximately [2] 10/9
29/21
apropos [1] 8/4
architect [1] 45/3
are [59]
area [1] 30/19
Armed [2] 45/7 46/10
Armed Forces [1]
46/10
armor [1] 28/8
around [10] 27/13 28/7
29/19 30/10 32/24
32/25 33/5 33/5 39/14
44/9
arrested [2] 51/5 51/7
arrives [1] 5/9
articles [2] 44/2 44/5
as [27] 4/13 5/18 8/11
8/15 9/7 9/14 9/16 10/9
10/19 13/2 13/24 14/1
16/7 16/20 19/14 21/17

as well [1] 19/14
aside [7] 19/25 20/14
23/10 23/19 24/17 36/1
53/20
ask [28] 4/23 6/14 7/3
7/7 7/13 7/15 7/20 8/10
8/22 10/7 10/25 12/15
13/21 15/8 15/23 17/22
19/3 23/10 26/16 29/17
31/10 36/19 37/22
37/24 42/23 43/1 44/18
49/8
asked [16] 11/13 13/2
24/15 24/16 25/23
35/22 36/22 38/12
41/21 43/5 43/11 44/20
46/19 48/21 49/9 53/19
asking [1] 8/16 9/24
11/18 15/12 16/13
34/17 34/20 34/22
50/24 53/6 53/15
asks [2] 37/25 46/8
assault [1] 50/18
assist [1] 9/24
association [1] 22/9
assume [3] 6/19 35/20
41/24
assumed [1] 7/8
assuming [1] 7/11
assured [2] 11/20
11/24
attempts [1] 14/15
attended [6] 25/24
26/2 26/7 26/13 29/21
46/20
attorney [6] 28/18
28/18 52/4 52/25 53/4
53/12
ATTORNEY'S [1] 1/16
authority [2] 25/15
46/2
available [1] 9/12
Avenue [2] 2/15 29/19
avert [1] 14/8
avoid [8] 7/25 8/1 13/3
13/7 13/18 16/17 16/19
16/25
avoiding [1] 13/10
aware [1] 35/11
away [1] 32/22

B
back [7] 4/10 6/17
10/14 11/16 39/19
53/15 54/23
bad [1] 53/12
baker [1] 40/8
based [5] 10/7 12/1
13/25 20/10 20/11
basically [1] 35/15
be [70]
bear [1] 5/18
bearing [2] 21/12
21/23
because [11] 6/11 10/2

**B**

because... [9] 30/9 35/10 36/23 37/2 37/13 38/19 39/2 40/18 51/14
bedroom [1] 27/21
been [17] 7/25 12/6 18/18 19/21 24/25 27/8 30/23 31/25 37/3 37/11 37/16 37/17 39/19 44/21 46/4 48/21 50/15
before [15] 1/9 5/9 8/21 8/24 9/10 9/21 10/17 10/17 19/3 27/9 34/3 35/1 42/8 54/12 54/21
begin [6] 3/22 4/14 8/21 8/24 17/11 22/15
being [6] 9/23 14/21 24/9 39/12 39/14 41/12
believe [6] 20/20 23/15 23/22 24/20 29/18 32/6
best [2] 20/6 23/16
better [2] 52/4 52/25
between [2] 34/7 35/13
beyond [1] 23/6
bias [3] 35/11 36/3 36/8
biased [1] 11/25
big [1] 30/2
bit [2] 32/10 52/2
bits [1] 24/6
black [6] 46/24 47/20 48/1 48/9 48/16 48/19
Black Lives Matter [4] 46/24 47/20 48/1 48/16
blocked [1] 43/23
boat [1] 19/19
body [1] 28/8
book [1] 12/10
both [3] 9/21 52/14 52/15
Box [1] 2/3
Boys [4] 19/12 33/12 33/16 35/13
Boys' [1] 24/12
brain [1] 29/12
branches [1] 46/15
break [2] 54/9 54/11
briefly [1] 29/14
bring [7] 4/9 4/13 4/13 4/18 11/16 17/5 34/3
brother [7] 44/24 45/5 45/13 45/17 46/11 48/8 49/23
brought [1] 12/11
BROWN [3] 2/11 2/14 11/10
bsrlegal.com [2] 2/13 2/17
building [3] 27/9 32/14 48/22
business [2] 53/9 53/18

**C**

Caldwell [2] 18/2 43/13
call [2] 10/14 28/7
called [4] 4/4 4/7 37/17
calm [2] 30/7 30/8
came [1] 10/2
can [40] 4/6 5/9 6/25 8/13 9/25 11/17 11/24 14/9 16/7 18/3 19/8 22/19 23/25 25/1 26/1 27/10 28/16 29/4 29/6 31/10 34/4 34/22 42/25 43/20 44/5 44/22 44/24 44/25 46/10 46/15 46/22 47/1 48/23 49/4 49/8 49/15 50/16 52/2 53/6 53/7
can't [3] 29/23 36/8 42/4
cannot [1] 37/7
capacity [1] 25/8
Capitol [12] 27/8 27/9 27/13 27/14 28/1 28/3 32/14 33/1 39/6 39/18 48/22 48/22
Capitol Building [2] 27/9 48/22
care [1] 5/9
careful [1] 7/10
carrying [1] 32/25
Carter [1] 11/9
case [53] 3/6 6/1 7/18 9/8 9/10 10/1 11/25 12/21 12/21 12/24 12/25 13/1 13/3 13/9 13/12 13/20 13/25 14/4 14/8 14/15 14/25 15/1 15/10 15/14 15/25 16/1 16/2 16/6 19/1 20/3 20/16 20/19 21/13 21/25 23/12 25/14 26/23 27/2 28/11 34/10 46/1 47/4 50/6 50/8 51/23 52/10 52/13 52/16 53/3 53/8 53/17 53/17 53/21
cases [1] 15/5
cause [15] 5/3 5/4 5/7 5/7 5/10 22/7 28/3 35/10 35/21 46/5 50/10 51/12 54/17 54/18 54/20
central [1] 35/16
certainly [1] 5/24
certify [1] 55/2
chance [3] 6/11 7/12 35/2
change [1] 38/22
changed [2] 7/4 7/20
channel [2] 31/10 38/22
charge [1] 51/10
charged [1] 26/24
chase [1] 33/9
childcare [1] 4/5
choice [1] 16/17
choose [1] 16/18
citizens [1] 9/16
civil [4] 51/7 51/8 51/23 53/21
civilian [1] 45/11

clearly [1] 19/21
click [2] 21/6 44/6
climbing [2] 32/7 32/13
CLINTON [1] 2/19
clintonpeed.com [1] 2/22
clips [1] 24/7
close [9] 24/24 25/23 28/14 35/16 44/20 46/9 46/20 49/10 50/14
closely [1] 43/21
COLUMBIA [1] 1/1
come [11] 4/6 6/13 6/17 11/19 14/7 17/13 22/21 23/9 29/5 29/8 34/1
comes [2] 22/23 22/25
coming [4] 4/11 4/12 9/12 40/2
Commanders' [1] 30/24
comment [1] 13/16
commentary [1] 14/7
commit [1] 32/19
committee [10] 18/8 18/18 18/23 19/5 20/15 23/24 24/18 34/13 35/12 35/15
communicate [3] 12/20 14/15 15/24
company [1] 28/19
complete [5] 9/13 10/5 15/5 15/6 15/11
completed [4] 10/3 10/11 15/15 18/19
concern [1] 36/4
concerning [1] 26/14
concert [1] 16/17
concluded [2] 4/16 15/20
conduct [1] 4/21
Congress [1] 16/3
congressional [1] 23/4
connected [1] 29/12
connection [1] 35/13
connor [3] 2/10 2/13 3/15
Connor Martin [1] 3/15
consider [1] 14/3
consideration [1] 21/24
considered [2] 9/23 21/17
conspired [1] 25/15
Constitution [2] 26/12 29/19
consume [1] 22/19
context [1] 50/8
continue [1] 5/12
CONTINUED [1] 2/1
continues [2] 7/18 13/4
control [6] 26/9 26/14 26/18 26/21 27/1 29/15
control rally [1] 29/15
conversation [1] 7/13

convicted [1] 22/7
conviction [1] 21/12
coordination [1] 19/13
cord [1] 31/16
core [1] 48/18
correct [7] 17/18 17/19 20/24 21/15 27/17 51/15 55/3
could [16] 5/17 6/10 9/1 14/12 16/24 20/14 20/18 24/17 28/13 35/25 40/16 44/18 50/6 52/19 53/20 53/24
couldn't [3] 30/14 46/5 50/11
counsel [11] 3/20 4/22 7/11 8/7 8/8 11/2 29/2 35/25 39/24 40/25 54/2
country [1] 26/21
couple [6] 6/24 9/13 10/2 10/24
course [3] 4/25 49/2 53/19
court [16] 1/1 3/2 6/1 7/3 14/16 15/2 15/17 21/7 34/8 35/1 37/14 51/17 51/23 51/24 52/23 52/25
courthouse [5] 12/12 14/20 15/9 15/16 16/10
courtroom [22] 3/18 4/2 4/14 4/18 5/8 5/20 8/19 10/12 10/13 10/15 11/16 12/12 14/9 14/16 15/2 16/7 16/23 17/5 23/9 33/25 42/14 54/8
courts [1] 9/17
cover [1] 13/16
coverage [7] 7/25 13/3 22/17 38/13 38/15 43/18 43/20 44/1
COVID [4] 4/8 16/19 16/23 17/1
COVID-related [1] 17/1
CR [1] 1/4
crime [1] 50/15
criminal [6] 3/6 9/10 15/5 28/20 41/21 51/9
Criminal Case No. 22-15 [1] 3/6
critical [2] 9/15 16/4
critically [1] 15/23
cross [2] 8/10 19/19
cross-examine [1] 8/10
crowd [2] 30/2 30/19
CRR [2] 55/2 55/8
crush [1] 30/19
Cup [2] 31/20 31/22
currently [1] 52/10
cut [1] 33/9
cutter [1] 31/16

**D**

D.C [7] 1/5 1/17 2/21 26/9 37/16 43/23 50/21
dad [1] 38/19 40/18

dancing [2] 30/10 30/16
darned [1] 7/25
Date [1] 55/7
David [3] 2/10 3/8 9/9
David Moerschel [2] 3/8 9/9
day [17] 1/7 12/4 15/7 15/9 15/13 23/11 28/2 28/4 32/5 32/12 32/18 41/4 43/21 44/2 44/2 44/9 44/10
deal [1] 41/12
dealing [1] 37/14
December [2] 1/5 55/7
decide [1] 13/25
decision [1] 9/17
decision-makers [1] 9/17
defendant [13] 2/2 2/6 2/10 2/18 3/7 3/8 3/8 3/13 3/14 3/16 3/17 35/21 52/13
Defendant 11 [1] 3/8
Defendant 7 [1] 3/7
Defendant 8 [1] 3/8
Defendant Hackett [1] 3/14
Defendant Minuta [1] 3/13
Defendant Moerschel [1] 3/16
Defendant Vallejo [1] 3/17
defendants [12] 1/7 3/18 20/19 22/8 23/21 24/19 25/15 26/24 36/8 46/2 47/5 48/1
defendants' [1] 41/24
defense [8] 5/24 7/11 8/7 29/1 35/25 40/25 45/22 45/23
delay [1] 16/24
delays [1] 17/2
deliberating [1] 5/17
democracy [1] 9/16
demonstration [2] 25/25 46/21
denied [1] 35/22
Department [1] 45/23
Deputy [4] 10/12 14/9 14/16 15/2
designed [1] 22/16
desire [2] 11/21 11/21
despite [1] 14/25
details [1] 50/24
detecting [1] 51/20
determining [1] 9/25
device [1] 13/22
devices [3] 12/14 12/15 12/18
did [25] 4/2 18/24 18/25 20/25 23/8 23/22 23/3 24/3 28/1 28/5 28/5 28/8 30/12 30/18 32/4 34/19 36/21 39/17 39/19 42/8 42/8 45/1

## D

did... [3] 47/1 48/2 51/3
didn't [11] 18/21 18/24 21/6 23/6 32/19 32/25 36/2 39/21 39/22 39/22 44/6
different [13] 9/21 9/22 10/13 15/5 21/11 21/12 35/23 47/5 47/17 47/18 48/5 48/8 48/15
differently [1] 48/2
difficult [1] 30/25
difficulty [3] 23/13 36/21 40/15
dire [1] 4/21
direction [1] 14/21
disappeared [1] 53/4
discussed [2] 15/21 34/7
dismiss [1] 5/2
dismissed [2] 5/4 13/19
dismisses [1] 35/1
disqualify [1] 5/6
disrupt [1] 16/20
distance [1] 28/1
DISTRICT [3] 1/1 1/1 1/10
do [64]
Do you [3] 21/19 22/1 52/5
do you have [1] 23/18
do you know [1] 45/17
Do you see [1] 38/2
documentary [4] 23/2 24/13 32/9 35/12
does [5] 28/20 33/15 45/14 46/12 52/16
doesn't [2] 47/8 47/10
dog [1] 28/5
doing [3] 13/1 23/14 46/12
doing that [1] 23/14
don't [44] 5/24 6/5 6/5 6/11 6/18 6/19 23/8 23/15 28/10 29/5 29/23 29/24 30/16 32/8 32/12 33/18 33/22 34/16 36/3 36/7 38/18 38/20 39/1 39/1 39/3 41/11 41/11 41/17 43/22 43/25 44/3 45/14 45/15 45/19 47/8 48/7 48/9 48/19 49/5 51/17 51/23 51/25 52/1 54/9
done [5] 15/13 34/1 36/4 39/3 42/4
double [1] 53/15
Douyon [4] 17/4 33/24 42/13 54/7
down [1] 34/20
downstairs [1] 40/20
during [12] 4/25 6/6 6/13 10/22 12/8 12/18 14/6 14/14 14/18 14/25 16/10 32/24
duty [3] 9/18 36/24 37/12

each [4] 5/1 10/7 10/14 35/24
earlier [4] 15/21 15/24 24/16 53/16
ears [1] 14/8
eccentric [1] 30/5
Edward [3] 2/19 3/9 9/9
Edward Vallejo [2] 3/9 9/9
Edwards [2] 1/16 3/11
efficient [1] 29/10
eight [1] 53/20
either [4] 23/25 35/25 41/8 48/16
else [3] 19/16 51/21 54/21
email [8] 1/18 1/19 2/5 2/8 2/13 2/17 2/22 12/22
embarrass [1] 11/22
employed [7] 24/25 25/3 25/4 25/5 44/21 46/4 49/11
employment [1] 49/10
enabled [1] 12/13
end [2] 6/11 15/9
enforcement [3] 25/8 45/21 49/12
enough [1] 41/18
ensuring [1] 16/5
entered [1] 8/19
entering [1] 32/14
entire [2] 14/12 36/4
escort [1] 10/12
ET [1] 1/6
even [6] 13/5 17/5 29/24 38/20 39/1 39/1
event [4] 18/11 19/11 23/3 31/3
events [18] 13/9 13/17 19/7 20/2 22/17 22/20 23/11 27/22 28/2 36/6 38/13 38/24 43/19 43/21 44/2 44/14 44/15 47/19
ever [8] 30/18 30/23 36/24 38/9 46/9 48/21 49/10 50/15
every [2] 23/1 34/18
everybody [4] 3/23 17/9 42/25 54/23
everyone [5] 3/4 8/20 9/1 16/7 39/13
everything [3] 30/8 32/8 32/11
evidence [12] 12/1 13/25 20/3 20/11 20/16 21/17 21/24 22/10 23/12 26/23 47/25 53/21
exactly [1] 32/8
examine [1] 8/10
example [1] 13/11
except [1] 16/8
exception [1] 16/11
excused [4] 15/8 15/18

exhibit [1] 10/20
exits [1] 5/8
expect [2] 5/25 23/8
experience [1] 51/12
experiences [1] 53/21
explicit [1] 54/17
extend [1] 9/11
extent [2] 21/6 23/25
Eye [1] 2/20
eyes [1] 14/8

## F

Facebook [1] 12/24
fact [11] 13/14 21/11 21/21 22/6 25/18 27/25 36/2 46/3 50/9 52/12 52/16
fair [18] 9/25 16/5 20/18 23/20 24/18 25/20 27/2 28/3 31/15 32/15 35/10 36/8 44/12 46/5 47/21 48/4 50/11 51/13
fairest [1] 11/23
familiar [4] 9/22 10/6 12/2 33/11
family [12] 12/23 24/25 25/18 25/24 28/15 44/21 46/4 46/9 46/20 49/10 50/9 50/15
far [1] 39/2
father [1] 28/17
FBI [2] 45/21 45/22
FDA [1] 25/3
feature [2] 9/16 15/4
federal [7] 24/25 25/6 25/12 44/21 45/11 46/4 49/18
Federal Government [1] 45/11
feed [1] 32/4
feel [7] 10/6 12/2 12/9 12/13 17/16 17/21 36/16
feelings [3] 41/7 41/8 41/23
feet [1] 29/12
felt [1] 30/23
few [1] 24/6
field [2] 28/15 30/19
fight [1] 26/8
fights [1] 32/11
figure [1] 7/13
filling [1] 40/2
final [1] 15/10
Finally [1] 16/7
find [1] 6/6
fine [3] 34/15 35/4 35/7
finish [1] 5/15
finished [1] 15/12
firearm [1] 26/25
first [14] 4/14 4/17 16/14 17/22 18/8 23/5 24/3 34/10 34/13 36/24 37/12 37/13 37/17 42/8
five [5] 25/25 26/5 46/21 49/6

flag [1] 6/1
flags [1] 32/25
flip [1] 44/4
focus [4] 20/3 20/16 23/12 53/21
focused [1] 41/13
folks [5] 17/3 25/7 34/1
follow [17] 4/5 4/19 4/22 11/17 13/16 15/24 18/22 28/23 29/1 35/25 39/17 39/20 39/21 39/22 40/13 40/25 54/2
follow-up [6] 4/19 28/23 29/1 35/25 40/25 54/2
follow-up-up [1] 4/22
followed [3] 7/24 34/7 43/21
followers [1] 12/23
following [4] 14/22 16/4 22/4
follows [1] 10/9
footage [1] 32/10
forbidden [1] 14/3
force [4] 25/16 25/17 46/3 46/17
Forces [2] 45/7 46/10
foregoing [1] 55/3
Fort [1] 2/12
four [6] 6/4 6/15 19/23 21/16 26/8 34/7
Fox [1] 43/24
Frankly [1] 36/4
fraud [2] 53/10 53/16
fraudster [2] 53/10 53/11
free [6] 12/9 12/13 17/16 17/21 31/13 36/16
frequently [1] 27/13
friend [10] 12/23 24/24 25/23 28/14 44/20 46/9 46/20 49/10 49/17 50/14
friends [2] 25/5 25/19
front [4] 17/21 36/18 37/23 43/2
full [3] 24/5 24/7 28/8
fully [1] 13/19
fundamental [1] 9/15
further [3] 15/14 15/18 33/24
future [1] 54/19

## G

game [1] 30/24
gate [2] 39/8 39/10
general [3] 18/6 18/10 25/12
generally [3] 26/17 34/15 53/7
gentlemen [3] 3/21 8/21 9/6
get [7] 4/24 8/8 9/10 12/25 22/16 36/8 43/18
give [2] 22/19 33/24 35/2 43/20

Gen [4] 4/23 15/13 34/12 41/22
gmail.com [2] 2/5 2/8
go [11] 5/12 7/15 7/21 18/12 28/5 31/19 34/1 34/2 42/4 47/1 48/25
go ahead [1] 18/12
going [18] 4/1 6/24 8/9 8/14 8/22 10/25 13/17 16/16 17/22 20/6 26/23 36/24 42/23 52/11 53/13 54/10 54/14 54/15
going on [1] 52/11
gone [1] 9/20
good [13] 3/5 9/6 17/15 31/11 36/13 36/14 41/1 41/2 41/18 42/19 42/20 49/16 53/11
good morning [3] 9/6 41/1 41/2
Gorda [1] 2/16
got [5] 5/14 5/16 17/20 37/23 48/20
government [17] 1/14 3/12 6/23 8/8 11/2 11/7 24/25 25/6 25/13 25/16 25/19 28/24 39/24 44/21 45/11 46/3 46/5
grand [2] 8/13 8/13
gratitude [1] 9/11
Great [2] 7/22 40/24
grocery [1] 16/16
grounds [2] 27/8 48/22
group [2] 37/17 38/5
guess [5] 4/17 8/7 24/22 27/22 33/2
guilty [3] 21/5 22/8 41/25
gun [8] 26/9 26/14 26/18 26/16 26/24 27/1 29/14 41/8
guns [1] 41/9

## H

Hackett [4] 2/6 3/7 3/14 9/9
had [17] 5/23 7/12 17/24 17/24 18/11 18/16 19/4 19/12 19/13 20/22 21/22 33/2 34/7 42/7 48/5 49/16 52/3
hadn't [1] 7/5
Halim [2] 2/6 3/14
handcuffs [1] 51/10
hands [1] 9/2
Hang [1] 35/7
happen [2] 14/7 14/20
happened [6] 34/9 39/6 39/18 41/4 41/13 42/3
happens [1] 22/21
hard [2] 31/25 48/18
hard-core [1] 48/18
Harrelson [2] 18/2 43/13
has [18] 4/5 4/8 6/23

**H**

has... [15] 7/4 7/11 8/2 13/5 18/18 25/24 28/15 35/13 44/13 44/21 46/9 46/20 48/8 50/15 52/25

have [79]

haven't [7] 7/12 7/19 39/2

HBO [3] 23/2 32/9 35/12

he [23] 14/9 28/20 35/10 35/11 35/12 35/14 35/23 35/23 35/24 35/25 35/25 36/2 36/2 45/2 45/14 45/17 45/20 46/12 46/17 49/17 49/22 53/10 53/11

he's [10] 28/18 34/1 40/19 45/3 48/9 53/10 53/10 53/11 53/11 53/12

head [1] 32/16

headline [1] 8/1

headliner [2] 44/5 44/7

headlines [1] 21/4

hear [14] 5/3 10/22 16/6 20/25 30/14 37/7 37/7 42/5 42/7 42/25 47/25 50/6 50/7 53/5

heard [19] 7/5 7/16 7/19 14/4 17/25 18/1 18/3 18/14 22/7 33/13 34/4 37/25 38/3 38/5 38/6 38/9 42/4 43/5 43/12

hearing [6] 18/8 19/5 19/9 19/17 23/4 24/17

hearings [8] 18/18 18/22 23/25 24/1 24/1 24/7 24/18 35/12

help [1] 40/23

helps [2] 40/18 40/20

her [2] 4/5 45/11

here [23] 4/14 5/19 9/7 10/6 10/9 14/17 16/15 16/16 17/10 19/23 19/24 21/17 29/19 33/9 33/10 34/17 36/4 36/8 39/13 47/24 50/21 52/17 53/22

HI [3] 2/4 36/12 42/18

hiking [1] 27/13

him [1] 46/12

hobby [1] 41/9

home [5] 21/3 27/20 40/9 40/9 40/14

honest [3] 39/13 39/14 41/12

Honestly [1] 33/18

Honor [17] 3/5 3/24 6/20 6/21 11/4 28/25 34/3 35/17 35/18 35/19 36/10 37/5 39/25 42/16 54/3 54/12 54/22

HONORABLE [2] 1/9 3/3

hope [3] 7/23 7/23 20/4

hopefully [1] 17/9

hopped [2] 39/8 39/10

house [4] 28/18 32/24 40/19 49/18

how [20] 4/1 6/3 7/13 17/13 22/16 22/19 28/10 28/11 29/21 34/7 36/12 36/13 38/23 42/18 42/19 43/18 43/20 43/21 47/6 48/3

however [5] 10/1 12/15 15/10 15/22 16/10

Hughes [2] 1/15 3/11

huh [5] 21/20 28/9 29/16 40/12 42/11

hurt [4] 50/24 51/1 51/2 51/2

**I**

I am [1] 37/5

I appreciate [1] 41/19

I can [1] 44/24

I cannot [1] 37/7

I did [3] 23/3 28/5 28/8

I didn't [3] 18/21 21/6 39/22

I don't [12] 23/15 30/16 36/3 39/1 39/1 39/3 41/11 41/11 44/3 45/14 48/19 51/17

I guess [5] 4/17 8/7 24/22 27/22 33/2

I have [1] 52/23

I haven't [1] 39/2

I hope [1] 7/23

I just [5] 37/1 41/13 51/23 51/25 52/24

I kind [1] 31/19

I mean [19] 7/23 25/2 26/19 26/20 27/12 28/4 30/7 32/21 38/21 41/5 41/11 41/17 43/23 47/13 48/8 50/17 51/1 51/16 52/23

I missed [1] 32/1

I recall [1] 19/17

I think [14] 18/7 19/12 23/1 24/3 24/4 24/12 25/6 26/2 26/7 26/8 26/10 26/20 27/14 51/18

I try [1] 41/16

I understand [1] 51/11

I want [2] 9/11 31/12

I was [3] 27/20 50/17 53/15

I would [1] 12/15

I wouldn't [1] 30/6

I'd [3] 4/23 18/14 35/5

I'll [10] 6/6 6/7 6/13 6/14 7/17 28/4 35/17 35/20 37/24 54/19

I'm [30] 5/2 6/9 7/11 8/22 10/24 13/17 17/22 20/6 22/24 26/3 27/13 30/14 34/15 34/17 34/20 37/7 40/1 40/8 41/16 42/23 48/16

I'm [2] 57/20 51/22 51/22 53/5 53/6 53/6 53/12 53/13

I'm going [1] 20/6

I'm not [2] 48/16 53/6

I'm sorry [3] 40/1 53/5 53/13

I've [5] 5/14 5/16 27/14 33/13 37/11

idea [1] 34/11

identify [2] 6/14 6/18

illegally [2] 26/25

immediately [3] 14/8 14/17 15/8

impact [1] 8/2

impacts [1] 28/11

impartial [15] 9/25 11/23 16/5 20/19 23/20 24/19 25/20 27/2 28/3 46/6 47/21 48/4 50/11 51/13 51/18

important [4] 9/18 12/17 13/5 15/23

importantly [1] 13/8

impossible [1] 8/1

incident [1] 51/14

inclined [1] 5/2

include [1] 9/12

includes [1] 13/3

including [1] 16/23

Indeed [1] 9/15

independent [1] 16/1

Indian [1] 2/7

indicate [1] 4/4

indicated [10] 10/23 10/23 17/24 18/16 19/4 24/24 27/7 28/14 36/5 50/14

individual [2] 11/19 15/15

individually [1] 17/6

individuals [5] 6/19 11/1 18/5 19/23 21/16

information [1] 7/14

initial [3] 4/21 6/6 10/11

injecting [1] 7/14

innocence [1] 41/22

inquire [1] 7/9

inquiry [1] 34/16

inside [3] 16/22 27/8 48/22

Instagram [1] 12/24

instance [1] 35/24

instruct [1] 13/17

instruction [1] 13/4

instructions [23] 4/15 4/16 6/2 6/14 7/24 10/12 10/18 14/2 14/18 14/22 15/1 15/14 15/16 15/24 16/4 17/3 18/24 21/7 22/3 33/25 41/22 42/14 54/8

intent [1] 5/6

intention [1] 11/21 11/21

intentional [1] 7/2

interaction [1] 33/3

internet [2] 12/24 31/16

interrupt [1] 37/6

interrupted [1] 5/17

intimate [1] 32/10

invade [1] 11/22

investigative [1] 45/15

involved [1] 21/22

involving [1] 53/17

is [88]

is that correct [1] 17/18

isn't [2] 8/16 53/17

issue [1] 11/5

issued [1] 14/23

issues [2] 4/5 6/22

it [93]

it's [19] 6/12 30/25 32/15 32/16 34/22 35/16 35/21 39/19 40/21 44/12 47/13 47/16 48/18 52/3 52/5 52/24 52/25 53/9 54/9 54/9

itself [3] 13/15 14/12 19/22

**J**

J6 [1] 35/14

Jackson [1] 2/11

January [28] 13/9 13/17 18/18 18/11 18/17 18/23 19/4 19/7 19/11 20/2 20/15 22/18 22/20 22/23 23/24 24/18 27/19 33/14 35/12 38/14 38/24 38/25 39/2 39/6 39/18 43/19 44/14 44/15

January 6th [22] 13/17 18/8 18/11 18/17 18/23 19/4 19/7 19/11 20/2 20/15 22/18 23/3 23/24 24/18 27/19 33/14 35/12 38/24 38/25 39/2 44/14 44/15

JC [2] 35/7 54/10

Jeffrey [1] 1/14 3/10

Jeffrey Nestler [1] 3/10

jeffrey.nestler [1] 1/20

jeopardizes [1] 14/11

Jersey [1] 28/19

Jessica [2] 18/2 43/13

Jessica Watkins [2] 18/2 43/13

join [1] 35/17

Joseph [3] 2/6 3/7 9/9

Joseph Hackett [2] 3/7 9/9

journalists [2] 13/12 13/16

Jr [1] 2/2

judge [3] 1/10 9/7 11/25

Judge Amit Mehta [1] 9/7

juries [1] 9/14

juror [45] 4/3 4/4 4/7

4/7 4/8 4/8 4/9 4/17 5/2 5/3 5/5 5/7 5/8 5/25 7/4 9/8 9/13 9/25 10/3 10/8 12/25 13/24 14/10 14/18 17/10 17/11 17/18 17/20 18/20 23/20 34/4 34/18 35/1 35/22 36/11 36/14 36/18 41/21 42/17 42/21 43/1 47/7 48/4 52/17 54/14

Juror 0604 [1] 42/21

Juror 1233 [1] 36/14

Juror 1488 [2] 17/11 17/18

Juror 1928 [1] 4/7

Juror 1937 [1] 4/4

Juror No. 0604 [1] 42/17

Juror No. 1233 [1] 36/11

jurors [13] 4/2 4/2 4/22 4/24 6/16 7/4 9/3 9/15 9/23 9/24 11/24 16/23 23/8

jury [42] 1/9 3/22 4/10 4/20 5/16 6/7 6/10 7/4 8/13 8/14 8/16 8/18 8/19 9/12 9/20 10/19 10/19 11/23 12/2 12/8 12/18 13/5 13/15 13/19 14/6 14/11 14/14 14/18 14/25 15/4 15/6 15/6 15/10 15/11 15/14 15/18 16/5 21/23 36/22 36/24 37/12 37/18

just [71]

justice [1] 9/14

**K**

Kailua [1] 2/4

Kathryn [2] 1/14 3/10

Kathryn Rakoczy [1] 3/10

kathryn.rakoczy [1] 1/19

keep [3] 4/23 12/4 42/24

Keepers [13] 7/6 7/17 17/25 18/4 19/6 19/11 24/10 33/17 35/14 36/6 38/1 38/5 43/6

Keepers' [1] 20/2

Kelly [3] 11/9 18/1 43/12

Kelly Meggs [2] 18/1 43/12

Kenneth [2] 18/2 43/13

Kenneth Harrelson [2] 18/2 43/13

kind [6] 7/2 30/12 31/19 32/13 32/16 33/16 42/1 45/1

knew [2] 11/3 35/23

know [48] 4/8 5/24 6/16 6/17 6/19 6/25 9/14 11/15 11/16 12/6 16/20 19/21 21/10

**K**

know... **[35]** 22/24 23/1 23/8 27/4 28/5 28/6 28/10 29/23 29/24 32/8 33/18 33/19 33/20 36/3 39/11 40/5 41/11 41/15 41/17 41/20 42/2 42/3 43/4 43/25 44/4 45/14 45/15 45/17 45/19 46/23 48/7 48/9 48/25 49/5 51/17

knowledge **[7]** 18/17 18/19 23/9 28/21 33/15 33/21 36/5

known **[1]** 5/8

**L**

Ladies **[2]** 8/21 9/6
Lane **[1]** 2/7
last **[6]** 5/19 16/21 25/25 34/19 46/21 49/4
late **[1]** 6/12
latent **[3]** 35/11 36/3 36/8
later **[1]** 4/6
law **[15]** 2/2 9/17 12/1 14/1 20/11 27/4 27/5 27/5 28/17 44/24 45/13 45/17 45/21 46/11 49/12
lawyers **[3]** 11/22 14/17 16/11
lead **[1]** 34/12
leader **[1]** 33/20
learn **[3]** 47/4 47/12 48/4
learned **[7]** 19/5 19/21 20/1 20/1 20/15 35/24 42/6
learning **[1]** 19/8
least **[2]** 10/19 10/23
leave **[1]** 15/15
Lee **[1]** 2/2
legal **[1]** 28/15
length **[1]** 40/16
let **[12]** 4/8 6/15 6/17 6/24 11/16 19/3 26/16 36/19 37/22 43/1 43/4 53/15
let's **[6]** 22/13 22/14 24/22 30/5 34/1 34/2
letting **[2]** 21/10 40/5
like **[100]**
likely **[1]** 15/11
limited **[1]** 4/23
line **[3]** 4/3 4/7 17/10
line 1 **[1]** 4/3
line 11 **[1]** 4/7
list **[3]** 10/24 11/14 18/15
listed **[1]** 10/21
listen **[1]** 15/25
listening **[1]** 22/22
litigation **[1]** 52/24
little **[5]** 30/5 32/10 34/9 38/15 52/2
live **[8]** 13/15 27/12 27/25 31/6 31/7 31/13

lives **[6]** 26/9 40/20 46/24 47/20 48/1 48/16
living **[1]** 40/6
local **[1]** 49/11
location **[1]** 16/17
long **[2]** 33/10 48/18
longer **[1]** 40/8
look **[9]** 7/23 20/11 27/4 34/1 38/17 38/18 38/20 38/21 53/12
looked **[1]** 21/4
looking **[2]** 21/3 38/18
looks **[1]** 38/14
lot **[8]** 30/25 40/19 40/20 41/13 44/13 44/14 47/19 52/25
Louis **[2]** 1/15 3/11
Louis Manzo **[1]** 3/11
lunch **[4]** 5/13 54/10 54/11 54/21

**M**

ma'am **[10]** 36/12 37/7 40/2 40/14 41/1 42/12 42/18 43/8 52/5 54/5
made **[1]** 54/17
magazine **[1]** 12/10
make **[5]** 5/7 33/16 35/9 54/19
makers **[2]** 9/17 24/13
makes **[1]** 5/5
making **[2]** 9/11 53/12
many **[2]** 6/3 29/21
Manzo **[2]** 1/15 3/11
march **[2]** 25/25 46/21
Marion **[1]** 2/15
Martin **[2]** 2/10 3/15
Maryland **[2]** 50/22 50/23
mask **[5]** 16/8 16/13 16/18 17/16 36/17
masking **[4]** 16/9 16/10 16/19 17/1
matt **[1]** 2/22
matter **[7]** 46/24 47/9 47/10 47/20 48/1 48/16 55/4
matters **[1]** 11/20
Matthew **[2]** 2/19 3/17
Matthew Peed **[1]** 3/17
may **[16]** 7/25 11/19 12/17 13/22 16/13 21/22 22/21 22/22 35/2 35/11 47/5 47/17 47/18 47/25 48/5 50/7
maybe **[7]** 21/21 31/2 31/3 45/22 49/13 49/25 51/20
me **[23]** 10/16 10/23 10/24 13/14 14/9 16/8 19/3 26/16 35/25 36/19 37/22 38/19 40/19 40/20 40/21 41/18 41/20 43/1 43/4 44/13 46/23 53/12 53/15
mean **[25]** 7/23 20/10 25/2 26/19 26/20 27/3

32/21 38/21 41/5 41/11 41/17 42/17 42/23 45/7 47/13 48/8 48/9 50/17 51/1 51/16 52/23
means **[3]** 12/22 13/10 15/7
media **[13]** 7/25 13/3 13/4 13/8 13/13 13/18 14/5 14/24 20/15 22/17 23/11 23/19 24/16 24/17
meeting **[1]** 5/14
Meggs **[2]** 18/1 43/12
MEHTA **[3]** 1/9 3/3 9/7
member **[9]** 12/23 15/17 24/25 25/24 28/15 46/9 46/20 49/10 50/15
member's **[1]** 44/21
members **[4]** 14/23 25/18 46/4 50/9
memory **[2]** 39/1 39/5
mentioned **[5]** 20/22 23/24 33/11 35/14 40/6
met **[1]** 5/25
microphone **[3]** 29/5 29/7 42/24
might **[10]** 14/4 16/3 16/18 16/20 24/6 38/21 41/24 48/13 51/12 51/13
mile **[1]** 27/12
mind **[3]** 5/18 40/5 42/1
mindful **[3]** 4/23 34/17 34/21
minimum **[1]** 12/5
MINUTA **[5]** 1/6 2/2 3/7 3/13 9/8
minutes' **[1]** 34/16
missed **[1]** 32/1
mobile **[5]** 12/14 12/18 13/22
mode **[1]** 12/16
Moerschel **[4]** 2/10 3/8 3/16 9/9
mom **[3]** 38/19 40/9 40/14
moment **[1]** 34/4
month **[1]** 16/21
more **[19]** 8/23 13/5 16/21 16/22 16/22 18/18 21/1 26/20 29/10 30/11 32/10 32/11 32/13 35/2 40/17 41/20 47/1 51/17 53/7
morning **[9]** 1/7 3/5 3/23 4/3 9/6 10/10 12/6 41/1 41/2
morning's **[1]** 8/24
most **[4]** 11/23 15/5 16/8 36/19
mother **[1]** 25/3
motion **[3]** 35/9 35/17 54/13
move **[2]** 34/9 34/22
Mr. **[12]** 5/22 11/3 11/8 17/4 20/23 22/7 22/9 33/7 33/24 35/8 42/13

Mr. Douyon **[4]** 17/4 33/24 42/13 54/7
Mr. Peed **[4]** 5/22 11/3 11/8 35/8
Mr. Rhodes **[3]** 20/23 22/7 22/9
Mr. Weinberg **[1]** 33/7
much **[16]** 17/7 18/21 22/16 23/6 33/19 33/23 36/3 37/10 38/23 40/11 41/15 41/15 42/12 43/18 43/20 54/4
my **[45]** 4/25 6/6 6/13 9/6 9/11 11/21 14/22 15/24 17/3 20/6 23/16 25/2 25/2 25/4 25/5 27/21 28/5 28/17 29/12 29/12 32/24 33/21 36/23 37/12 37/13 38/19 38/19 39/1 39/14 40/19 44/23 44/23 44/23 45/2 45/4 45/5 45/13 46/11 46/13 46/24 48/8 49/23 51/16 51/23 53/4
my sister **[1]** 46/13
Myers **[1]** 2/12
myself **[1]** 42/5

**N**

name **[5]** 9/6 33/13 38/9 49/17 49/18
named **[1]** 3/18
names **[6]** 5/23 6/24 6/24 10/21 11/5 11/14 navigate **[1]** 31/1
navigating **[1]** 30/19
Navy **[1]** 46/18
NBC **[2]** 31/13 32/4
near **[3]** 7/25 15/9 15/9
necessarily **[2]** 28/11 32/12
necessary **[1]** 34/22
need **[7]** 4/24 8/23 16/13 29/5 34/16 52/6 53/7
needs **[1]** 21/17
neighborhood **[1]** 39/15
Nestler **[2]** 1/14 3/10
never **[5]** 37/2 37/11 38/3 38/5 38/6
New **[2]** 22/24 28/19
New Jersey **[1]** 28/19
New York **[1]** 22/24
news **[25]** 7/6 13/8 13/10 13/11 13/23 14/5 14/7 18/7 21/4 22/24 23/11 24/7 31/13 33/21 38/13 38/15 38/17 38/23 39/17 43/18 43/20 44/1 44/2 44/4 44/14
newsfeed **[1]** 22/22
newspaper **[1]** 13/7
next **[3]** 5/9 42/4 50/13
NIH **[1]** 25/4

**[46]** 1/4 5/3 7/5 7/15 11/5 16/1 21/12 21/23 25/9 25/21 27/3 28/22 28/25 30/21 30/21 31/16 35/2 36/20 36/23 37/1 37/13 38/3 38/6 38/10 39/21 39/25 40/4 40/8 40/18 41/6 41/16 42/9 43/7 44/16 46/7 47/11 47/16 49/13 50/12 51/22 52/7 53/16 53/23 53/25 54/3 54/22
no. **[2]** 3/6 36/11 41/6 42/17
no. No **[1]** 41/6
none **[6]** 11/6 16/14 26/24 37/3 38/25 41/12
north **[1]** 27/12
not **[54]** 4/2 4/9 5/6 5/19 10/1 11/20 11/25 12/18 12/22 12/25 13/10 13/14 14/18 14/21 14/24 15/11 15/15 15/22 15/24 15/25 16/2 16/17 16/18 17/10 18/21 19/17 19/23 22/5 23/9 24/7 27/6 27/6 28/3 34/20 35/11 36/20 39/1 41/5 41/14 41/16 44/3 44/13 45/22 48/11 48/14 48/15 48/16 48/18 50/24 51/7 51/13 53/6 53/6 53/24
nothing **[6]** 7/16 39/3 41/14 47/16 47/24 53/17
notice **[1]** 28/8
notifications **[1]** 13/22
notify **[2]** 14/16 15/2
now **[20]** 3/2 3/3 9/20 10/14 10/17 10/25 11/12 11/18 12/17 13/5 17/4 17/24 20/22 21/11 23/1 23/24 30/17 31/19 40/9 54/11
number **[4]** 4/24 25/3 35/22 36/6
NW **[2]** 1/17 2/20

**O**

oath **[15]** 7/6 7/17 9/3 17/25 18/4 19/6 19/11 20/2 24/10 33/17 35/14 36/6 38/1 38/5 43/6
Oath Keepers **[13]** 7/6 7/17 17/25 18/4 19/6 19/11 24/10 33/17 35/14 36/6 38/1 38/5 43/6
Oath Keepers' **[1]** 20/2
objection **[2]** 5/3 5/8
objections **[1]** 5/1
Obviously **[1]** 8/13
off **[4]** 13/21 32/16 42/4 43/24
office **[2]** 1/16 27/21
officer **[2]** 14/17 15/3

**O**

OFFICES [1] 2/2
Oh [11] 7/7 37/9 39/7 39/8 40/1 42/8 49/5 49/16 51/8 53/5 54/16
okay [72]
once [4] 4/16 8/8
one [34] 4/18 5/9 6/23 8/4 8/23 10/15 15/4 15/7 16/22 18/8 21/4 23/5 24/3 24/4 24/12 25/5 25/14 31/12 31/12 34/11 34/13 34/19 35/20 35/21 40/1 41/20 42/5 46/1 46/12 46/23 47/1 47/3 48/12 50/18
ones [2] 24/6 31/13
ongoing [1] 52/16
online [4] 12/14 12/21 12/25 31/13
only [12] 11/23 12/1 13/10 13/25 16/11 18/14 20/3 20/16 23/12 24/11 46/23 48/13
open [1] 42/1
operator [1] 50/2
opinion [1] 51/16
opinions [1] 41/3
OPM [1] 45/2
opportunity [2] 34/12 35/6
optional [1] 16/9
order [2] 10/14 14/23
ordinary [1] 9/16
organization [9] 17/25 18/11 18/17 19/6 19/22 19/22 21/22 38/1 43/6
organizations [1] 18/4
Osgood [1] 11/9
other [16] 4/18 8/4 12/14 13/13 13/18 14/5 14/21 15/4 22/14 23/4 24/6 33/22 34/4 34/12 35/3 45/21
others [2] 13/12 13/16
Otherwise [1] 33/10
our [9] 4/2 4/14 9/14 9/16 9/17 11/23 26/9 34/11 54/10
ourselves [1] 34/14
out [17] 4/17 4/17 5/16 7/13 10/1 17/4 22/20 28/5 31/19 31/22 33/25 40/3 40/19 40/20 42/13 49/13 54/7
outbreak [1] 16/20
outcome [1] 21/23
outside [1] 32/23
over [3] 14/13 26/10 53/19
own [1] 51/23
ownership [1] 41/8

**P**

p.m [2] 54/25 54/25
PA [1] 2/7
page [11] 17/23 24/22 24/22 24/23 28/13
49/8 50/13
page 11 [4] 17/23 28/13 43/3 49/8
page 3 [1] 24/22
page 7 [1] 44/18
panel [1] 8/18
parents [1] 25/2
part [7] 10/4 10/19 13/2 28/6 32/16 33/17 35/16
particular [3] 7/17 21/23 42/1
particularly [1] 18/19
parties [7] 10/3 10/16 10/22 10/23 11/24 12/22 13/1
partner [1] 53/9
patience [1] 12/7
Pause [1] 17/12
Peed [7] 2/19 2/19 3/17 5/22 11/3 11/8 35/8
Pennsylvania [1] 26/10
people [26] 10/21 11/14 11/15 14/5 16/22 28/6 28/7 29/21 30/4 30/10 30/11 30/16 30/18 30/25 32/13 32/19 32/21 32/25 36/5 39/8 39/10 41/8 48/15 48/19 48/19 49/19
people's [1] 8/2
per [2] 18/24 21/7
performing [1] 9/18
perhaps [1] 13/4
permitted [1] 4/22
person [6] 16/18 21/21 42/3 42/5 42/7 53/12
personal [2] 11/20 51/16
personally [1] 26/19
pharmaceutical [1] 28/18
Philadelphia [1] 2/7
phones [1] 12/13
Phranq [1] 11/10
Phranq Tamburri [1] 11/10
picked [2] 6/8 6/10
place [4] 6/6 12/15 16/3 54/13
placed [1] 9/3
plaintiff [2] 1/4 52/12
plan [4] 7/7 7/9 35/14 35/15
planning [1] 19/11
plans [1] 5/17
play [1] 9/15
please [20] 3/4 5/7 8/15 8/20 8/23 9/1 11/16 12/9 14/8 14/8 14/16 15/2 17/21 18/12 33/9 34/21 43/1 43/3 44/18 49/8
plus [1] 39/19
PO [1] 2/3
podcasts [1] 13/8
podium [1] 29/9

police [1] 51/3
political [2] 47/6 47/17
positive [2] 16/23 41/14
possessed [1] 47/5
possessing [1] 26/25
possession [2] 26/18 26/24
possible [1] 11/24
possibly [2] 14/11 16/21
post [3] 12/24 13/11 22/25
posting [1] 13/13
postings [1] 13/19
potential [5] 5/24 9/7 10/21 12/25 19/6 20/2 34/18
potentially [2] 19/13 19/19
Potomac [1] 19/19
pre [1] 11/25
pre-judge [1] 11/25
preliminaries [1] 8/22
preliminary [4] 4/15 6/14 17/3
preparing [1] 34/6
present [1] 3/18
presented [4] 14/1 20/16 23/12 53/22
presiding [1] 3/3
presumption [1] 41/22
pretty [5] 30/7 30/7 30/8 30/13 30/15
prevent [1] 17/1
previous [1] 54/14
primarily [1] 8/7
prime [1] 24/4
prior [8] 8/10 8/11 8/11 8/12 8/15 8/17 36/5 43/17
privacy [1] 11/22
proactive [1] 26/21
probably [7] 26/8 27/12 43/24 44/5 44/6 49/25 54/17
problem [1] 40/4
proceeding [1] 8/11
proceedings [8] 1/9 3/19 7/1 8/15 8/25 16/3 16/24 55/4
process [18] 5/11 9/21 9/24 10/2 10/4 12/3 12/19 13/5 13/15 14/6 14/11 14/12 14/14 14/19 15/6 15/7 15/11 16/5
promise [1] 12/4
propose [1] 7/2
proposed [1] 10/4
Prospective [2] 8/19 9/3
protects [1] 49/18
protest [3] 25/24 46/21 48/5
protesters [1] 33/3

police [1] ...
point [7] 5/8 5/18
14/6
protests [5] 46/21 47/20 48/1 48/6
Proud [5] 19/12 24/12 33/12 33/16 35/13
Proud Boys [3] 33/12 33/16 35/13
Proud Boys' [1] 24/12
provide [4] 10/17 10/17 42/14 54/8
proximity [1] 28/2
prying [1] 53/6
public [2] 14/24 16/9
Punta [1] 2/16
purposes [1] 25/13
push [1] 13/21
put [8] 19/25 20/14 23/10 23/19 24/17 37/1 37/13 53/20

**Q**

Queen [1] 2/7
question [28] 11/13 18/14 20/8 24/15 25/23 27/7 27/16 28/14 31/11 37/24 37/24 37/25 38/14 40/1 41/20 42/1 43/4 43/11 44/19 44/20 46/8 46/19 47/17 47/22 48/21 49/9 49/9 50/14
Question 16 [2] 44/19 44/20
Question 18 [1] 46/8
Question 20 [2] 25/23 46/19
Question 21 [2] 27/7 48/21
Question 22 [1] 27/16
Question 43 [1] 38/14
Question 49 [2] 37/24 43/4
Question 51 [2] 18/14 43/11
Question 55 [1] 28/14
Question 56 [1] 49/9
Question 59 [1] 50/14
questioning [6] 4/25 5/5 11/19 15/15 15/19 17/6
questionnaire [15] 4/20 7/5 9/13 10/3 10/8 11/12 13/2 17/21 18/20 24/23 36/18 36/22 37/23 40/3 43/2
questionnaires [2] 10/19 10/20
questions [29] 4/19 5/11 5/21 7/16 8/16 9/24 10/2 10/7 10/15 11/18 15/13 17/23 22/14 22/15 22/16 28/23 29/1 33/22 34/21 35/3 36/20 36/22 37/2 37/13 38/12 39/24 43/17
Questions 41 [2] 38/12 43/17
Questions 49 [1] 17/23
quicker [1] 34/9

**R**

racism [1] 47/23
racist [4] 47/14 48/14 48/14 48/18
radio [1] 13/8
raise [2] 6/21 9/1
raised [1] 8/5
Rakoczy [2] 1/14 3/10
rallies [1] 9/2
rally [11] 25/24 26/4 26/9 26/14 29/15 29/22 30/5 30/12 46/20 47/1 47/2
rather [1] 16/25
re [1] 10/13
re-seated [1] 10/13
read [18] 12/10 12/14 14/4 15/25 16/2 17/24 18/1 18/25 20/25 22/21 23/11 23/20 24/1 37/25 38/24 43/5 44/1 44/13
reading [2] 13/18 22/24
ready [2] 3/22 3/23
real [1] 36/3
realized [1] 32/18
really [19] 18/22 19/17 20/12 21/2 22/11 22/23 23/6 24/2 24/7 24/11 29/23 33/21 36/2 39/14 43/22 44/3 47/8 49/16 53/11
reason [6] 13/23 16/19 20/8 27/15 28/2 45/20
reasons [1] 16/14
recall [7] 19/8 19/17 24/9 24/11 24/17 29/17 30/16
receive [2] 13/22 14/1
received [2] 15/16 49/11
recent [1] 18/18
recently [1] 18/24
Recess [1] 54/25
recognize [2] 6/16 11/14
recognized [1] 11/13
recollection [1] 26/13
record [3] 54/13 54/18 55/3
recreationally [1] 41/9
refer [5] 8/11 8/13 8/14 8/15 17/21
regarding [2] 14/7 18/13
regular [1] 38/18
related [1] 17/1
relation [1] 33/14
relationships [1] 53/18
relieved [1] 15/20
remain [1] 15/8
remarks [1] 10/11
remember [9] 10/18 11/12 26/3 32/16 39/1 39/2 39/3 39/9 43/22
remind [1] 4/1

**R**

**reminder [2]** 4/13 17/10
**reminds [1]** 38/19
**remove [2]** 17/16 36/16
**repeat [1]** 34/13
**report [1]** 51/3
**reports [1]** 18/7
**represented [1]** 53/3
**request [1]** 5/10
**require [1]** 14/12
**required [1]** 16/15
**requiring [1]** 16/10
**research [3]** 12/21 13/1 16/1
**Reserves [2]** 45/8 45/9
**resident [1]** 37/16
**resist [2]** 25/15 46/2
**respect [3]** 7/1 20/23 26/17
**responses [2]** 4/19 10/8
**Rest [1]** 11/20
**restaurant [1]** 16/16
**restrictions [3]** 13/23 14/10 15/21
**result [1]** 16/5
**resume [2]** 5/12 54/10
**return [3]** 11/19 12/1 15/23
**Rhodes [10]** 7/17 8/15 18/1 18/14 19/1 20/23 22/7 22/9 38/9 43/12
**Rhodes 1 [1]** 8/15
**right [34]** 3/22 5/21 6/20 6/25 8/3 8/21 9/2 11/6 11/11 17/9 17/20 20/21 22/13 23/23 25/22 28/13 28/23 29/19 31/6 31/19 31/23 33/7 36/16 38/16 39/24 40/9 40/20 42/12 42/23 43/16 44/11 45/12 52/5 54/9
**RIOS [2]** 2/11 2/15
**rise [3]** 3/2 17/8 54/24
**RMR [2]** 55/2 55/8
**Robert [1]** 2/10
**ROBERTO [1]** 1/6 3/7 9/8
**Roberto Minuta [2]** 3/7 9/8
**role [4]** 9/15 18/10 19/6 20/2
**roll [1]** 3/23
**roughly [1]** 26/4
**rude [1]** 14/21
**rule [1]** 16/11

**S**

**Safeway [1]** 40/8
**said [9]** 7/16 29/14 30/17 31/5 32/9 35/25 37/9 38/14 47/23
**sailor [2]** 45/4 45/6
**same [6]** 24/15 34/18 35/11 35/18 35/19 46/11

**saw [4]** 32/1 32/12 33/4 44/6
**say [18]** 5/1 7/18 7/18 7/20 22/11 26/20 28/4 29/24 30/5 30/6 31/12 31/15 32/15 40/13 42/8 42/8 44/12 45/6
**saying [2]** 39/9 48/16
**says [2]** 27/4 46/19
**scaffolding [3]** 32/7 32/14 32/15
**scheduled [1]** 16/21
**science [1]** 26/4
**scott [3]** 2/14 2/17 3/15
**Scott Weinberg [1]** 3/15
**scratched [1]** 49/13
**screen [1]** 21/3
**seat [3]** 17/9 17/13 36/17
**seated [3]** 3/4 8/20 10/13
**second [1]** 16/19
**secret [6]** 45/14 49/20 49/21 49/24 50/7 50/8
**Secret Service [1]** 49/24
**security [2]** 14/16 15/3
**sedition [1]** 21/5
**see [18]** 4/6 7/3 8/1 14/20 16/7 18/25 20/25 21/8 28/5 30/12 32/5 38/2 38/21 41/23 44/5 45/12 48/17 54/23
**seeing [1]** 22/10
**seek [2]** 4/9 22/20
**seem [1]** 32/25
**seems [1]** 35/10
**seen [10]** 17/24 18/1 20/22 22/17 37/25 38/13 38/15 38/23 43/5 43/19
**select [2]** 11/23 15/10
**selected [4]** 11/25 12/20 13/24 14/6
**selection [18]** 1/9 3/23 4/10 9/21 12/3 12/8 12/19 13/5 13/15 14/6 14/11 14/14 14/19 14/25 15/6 15/6 15/11
**sense [4]** 9/22 22/19 43/20 52/22
**series [1]** 9/24
**serious [1]** 30/11
**serve [3]** 9/16 47/7 53/19
**served [2]** 46/9 46/15
**service [13]** 9/12 9/19 9/23 13/19 15/14 15/18 15/22 37/18 49/20 49/21 49/24 50/7 50/8
**serving [1]** 40/15
**session [2]** 1/7 3/3
**set [1]** 36/1
**seven [1]** 50/18
**several [1]** 33/14
**she [5]** 4/4 4/6 40/20

**she's [7]** 45/4 45/6 45/10 46/18 54/14 54/16 54/18
**she's Navy [1]** 46/18
**sheet [1]** 4/4
**Shipley [2]** 2/2 2/3 3/13
**shots [1]** 32/8
**should [8]** 6/16 12/13 12/18 13/7 21/12 21/23 26/20 54/17
**shouldn't [1]** 41/10
**shouting [1]** 28/1
**show [4]** 4/3 17/4 42/13 54/7
**showed [1]** 32/10
**showing [1]** 32/7
**shutting [1]** 34/20
**side [1]** 5/1
**signal [2]** 5/2 5/6
**silent [1]** 12/16
**simple [1]** 13/24
**simply [2]** 4/25 14/22
**since [2]** 18/19 44/2
**sir [3]** 17/13 29/3 33/23
**sister [5]** 40/20 44/23 45/4 46/13 46/24
**sit [3]** 29/4 29/6 52/17
**sites [1]** 13/13
**situation [1]** 30/23
**six [3]** 16/22 40/16 53/19
**Sling [1]** 31/19
**Snapchat [1]** 12/22
**so [83]**
**social [5]** 13/3 13/8 13/13 13/18 14/5
**some [34]** 4/15 4/22 5/23 10/18 12/3 12/5 13/14 17/6 18/17 19/10 19/12 19/13 19/22 22/13 28/6 28/7 30/4 30/7 31/5 32/10 32/19 32/21 32/24 32/25 33/2 33/3 33/24 36/5 36/5 37/2 37/13 38/17 45/14 47/25
**somebody [2]** 41/23 44/13
**something [16]** 16/24 19/5 19/18 19/18 20/22 22/20 22/21 22/25 26/4 30/20 30/24 31/14 38/21 45/24 47/23 51/21
**sometimes [3]** 29/13 30/9 31/3
**soon [1]** 15/19
**sorry [8]** 6/9 30/14 37/5 40/1 53/5 53/13 54/16 54/18
**sort [6]** 20/14 25/7 37/14 41/25 45/1 53/15
**sought [1]** 46/2
**sounds [1]** 48/11
**sources [2]** 13/23 14/5
**spaces [1]** 16/9
**speak [2]** 14/18 42/24

**speaking [2]** 29/4 16/12
**specific [1]** 24/10
**speeches [1]** 30/7
**spend [1]** 12/3
**sportings [1]** 31/2
**staff [1]** 15/17
**stairs [2]** 48/24 49/1
**stand [2]** 6/15 8/23 10/25 29/13
**standing [1]** 32/23
**start [5]** 9/23 10/1 11/2 12/25 14/13
**started [2]** 9/10 13/6
**state [1]** 49/12
**STATES [9]** 1/1 1/3 1/10 3/6 9/8 25/16 25/16 25/19 46/12
**stay [4]** 29/10 40/9 40/14 41/13
**Stephen [1]** 11/10
**Stephen Brown [1]** 11/10
**Stewart [6]** 7/17 18/1 18/14 19/1 38/9 43/12
**Stewart Rhodes [6]** 7/17 18/1 18/14 19/1 38/9 43/12
**still [5]** 7/19 14/25 38/4 43/8 43/14
**stopped [1]** 38/18
**store [1]** 16/16
**stories [2]** 13/10 39/17
**story [1]** 42/3
**streaming [1]** 31/13
**Street [3]** 1/17 2/11 2/20
**streets [1]** 33/5
**stricken [5]** 4/9 5/7 54/16 54/18 54/20
**strict [1]** 14/17
**strictly [1]** 14/3
**strike [5]** 5/8 5/10 35/10 35/20 54/13
**strong [1]** 41/7
**struggling [1]** 37/7
**stuff [4]** 41/14 41/16 43/23 45/15
**SUAREZ [2]** 2/11 2/14
**subdued [2]** 30/13 30/15
**such [1]** 36/7
**Suite [2]** 2/16 2/20
**summer [1]** 47/19
**support [1]** 48/16
**supposed [1]** 8/12
**sure [4]** 27/11 34/5 37/4 54/19
**surf [1]** 12/14
**surprise [1]** 13/14
**surround [1]** 30/25
**sworn [2]** 8/24 13/24
**system [5]** 9/14 51/18 51/23 51/24 52/25

**T**

**table [2]** 29/6 41/24
**take [7]** 4/17 5/9 7/19

**taken [1]** 27/14
**talk [2]** 12/9 19/3
**talking [1]** 39/7
**Tamburri [1]** 11/10
**television [1]** 39/4
**tell [19]** 15/19 18/3 19/8 23/25 25/1 26/1 27/10 28/16 44/22 44/25 46/10 46/15 46/22 48/23 49/4 49/15 50/16 52/2 53/7
**tells [1]** 42/3
**ten [4]** 34/16 49/14 50/1 50/2
**terms [3]** 34/20 40/15 54/14
**testifying [1]** 16/12
**testimony [2]** 24/10 24/12
**tests [1]** 16/23
**text [1]** 12/22
**than [8]** 16/21 21/1 23/4 34/9 47/2 47/6 48/2 53/7
**thank [17]** 8/3 9/4 9/18 12/7 17/7 33/10 33/23 36/14 37/10 40/2 40/11 42/10 42/12 42/15 42/20 54/4 54/6
**Thank you [8]** 8/3 9/4 36/14 42/10 42/15 42/20 54/4 54/6
**Thank you very much [1]** 37/10
**Thanks [2]** 6/20 17/15
**that [246]**
**that list [1]** 18/15
**that rally [1]** 29/22
**That'll [1]** 35/22
**that's [21]** 5/16 21/6 31/11 34/16 34/23 35/4 35/7 35/15 37/1 37/4 39/9 39/10 39/11 40/10 41/15 41/18 42/5 42/9 44/24 52/9 53/22
**their [5]** 4/19 7/4 9/2 13/18 19/6 22/9 40/18
**them [19]** 4/15 4/17 4/18 5/25 6/15 6/16 7/19 7/24 10/25 14/20 19/13 21/18 21/18 24/13 33/4 33/19 33/21 36/20 47/21
**then [28]** 4/11 4/18 5/12 6/12 6/19 7/1 7/20 7/21 10/14 11/2 11/6 17/5 18/13 22/13 23/1 24/22 26/7 30/11 43/24 45/1 45/4 45/5 45/13 46/12 49/13 49/23 49/25 50/13
**there [41]** 6/24 7/20 7/21 10/9 10/20 10/24 11/6 11/12 13/14 18/18 18/25 19/10 19/23 21/11 21/16 23/2 24/9 26/20 26/23 27/14 29/4

63

**T**

there... [20] 30/4 30/7 30/11 30/17 30/18 32/19 32/24 35/2 35/24 36/6 36/18 40/8 40/14 43/2 43/4 47/19 49/15 49/22 51/9 54/15

there's [17] 6/11 8/9 11/5 16/14 27/5 27/5 27/6 27/6 30/10 30/25 35/20 36/3 36/7 47/16 47/24 51/21 53/16

therefore [1] 9/17

these [15] 3/19 5/17 10/11 13/23 14/10 14/25 16/4 22/8 22/15 23/21 24/19 25/7 26/24 36/8 36/20

they [30] 4/3 6/13 6/16 6/16 6/17 6/18 6/19 6/19 7/5 7/16 7/18 7/20 14/21 14/22 19/12 19/13 19/18 25/10 32/6 32/7 32/25 33/5 33/6 39/9 44/25 45/1 46/15 47/17 47/18 48/4

they're [4] 14/21 33/19 41/24 48/14

they've [1] 7/5

thing [5] 8/4 42/5 47/14 51/7 51/8

things [1] 19/22

think [66]

thinking [6] 8/2 8/5 21/13 48/12 49/15 50/1

this [69]

this case [1] 21/25

Thomas [2] 18/2 43/13

Thomas Caldwell [2] 18/2 43/13

those [13] 4/16 6/18 6/25 7/16 7/16 8/1 9/20 11/1 18/4 22/3 24/1 24/1 48/5

thought [2] 7/3 7/12

thoughts [1] 41/3

thousands [3] 29/24 29/25 30/18

three [2] 34/12 35/3

through [12] 4/24 5/5 7/12 9/20 34/6 36/24 37/3 37/11 44/4 53/14 54/14 54/15

through that [1] 53/14

throughout [1] 12/4

till [1] 5/12

time [25] 4/19 5/6 5/9 8/23 10/15 12/3 12/5 24/4 27/23 31/18 33/1 33/10 33/24 35/11 36/24 37/12 37/13 37/17 40/9 42/13 48/2 50/18 52/8 53/1 54/4

times [3] 22/24 33/14 38/18

tissue [1] 52/6

titled [1] 55/4

TMZ [1] 43/24

today [4] 4/6 4/6 5/7 9/18 9/21 10/6 15/4 15/11 15/19 16/15 38/4 40/2 43/8 43/14

tomorrow [1] 4/6

too [7] 6/12 12/19 31/25 35/16 41/15 41/15 41/15

top [2] 32/16 45/14

top-secret [1] 45/14

touch [1] 11/19

tour [1] 27/14

tourists [1] 48/25

training [1] 49/11

transcript [2] 1/9 55/3

transcripts [2] 8/10 8/14

treat [1] 34/18

Trevor [1] 11/9

Trevor Osgood [1] 11/9

trial [25] 7/14 8/8 8/10 8/12 8/15 8/17 10/22 14/1 14/12 14/12 16/11 16/20 16/21 16/24 17/2 19/23 19/24 21/11 21/17 35/16 36/4 36/7 36/9 40/16 41/21

trouble [2] 22/4 30/18

Troy [2] 1/16 3/11

Troy Edwards [1] 3/11

true [4] 12/19 38/4 43/8 43/14

try [8] 12/4 18/25 20/11 22/16 41/12 41/13 41/14 41/16

trying [3] 19/19 26/3 43/18

turn [14] 5/1 11/2 13/21 17/22 22/13 24/22 28/13 29/4 29/6 37/22 37/24 43/2 44/18 49/8

turning [2] 43/17 50/13

TV [4] 13/11 27/23 31/16 38/19

tweet [1] 12/22

tweeting [2] 13/12 13/15

tweets [1] 13/18

twice [1] 27/14

two [7] 4/2 6/21 6/23 10/23 16/14 34/18 52/23

type [3] 19/10 33/17 45/14

**U**

U.S [4] 1/16 31/22 39/6 39/18

Uh [5] 21/20 28/9 29/16 40/12 42/11

Uh-huh [5] 21/20 28/9 29/16 40/12 42/11

ultimately [1] 36/2

unavoidable [1] 12/6

uncle [1] 25/4

under [2] 9/3 14/17

understand [5] 21/16 21/19 22/1 22/2 51/11

understandable [1] 37/4

understanding [3] 34/8 36/21 39/5

understood [2] 34/24 35/23

unfortunately [1] 31/24

UNITED [9] 1/1 1/3 1/10 3/6 9/8 25/16 25/16 25/19 46/3

United States [5] 9/8 25/16 25/16 25/19 46/3

United States of [1] 3/6

unless [1] 15/7 44/4 47/13

unlike [1] 16/16

until [7] 6/7 6/10 13/19 15/9 15/9 15/16 42/3 4/22 4/22 5/15 6/15 10/25 11/17 17/13 18/22 22/23 22/25 28/23 29/1 29/5 29/8 32/13 32/23 35/25 40/13 40/25 42/24 54/2

up [24] 4/3 4/5 4/19

upon [1] 10/7

us [30] 4/8 6/17 6/24 9/25 11/16 18/3 19/8 21/10 22/19 23/25 25/1 26/1 27/10 28/16 34/7 34/11 35/2 40/5 43/20 44/22 44/25 46/10 46/15 46/22 48/23 49/4 49/15 50/16 52/2 53/7

usdoj.gov [2] 1/19 1/20

use [4] 12/13 12/17 19/19 41/8

used [1] 41/11

usually [2] 9/22 15/7

**V**

Vallejo [4] 2/19 3/9 3/17 9/9

verdict [6] 7/2 7/14 12/1 18/25 20/23 21/5

versus [2] 3/7 9/8

very [9] 12/17 17/7 33/10 33/23 35/10 37/10 42/1 42/12 54/4

victim [2] 50/15 50/18

video [1] 43/19

videos [1] 31/5

view [3] 28/11 48/8 48/15

viewed [1] 23/20 48/1

views [6] 26/17 27/1 47/6 47/17 47/18 48/5

violates [1] 14/10

violation [2] 27/5 27/5

violence [2] 32/5 32/11 32/13 32/19

virtue [1] 22/9

voice [1] 42/24

voluntarily [1] 16/15

vs [1] 1/5

**W**

wait [3] 6/7 6/10 12/5

waiting [4] 12/3 12/5 12/6 12/8

walk [4] 14/21 28/5 33/25 48/25

walking [5] 27/13 28/7 32/21 33/4 33/5

want [3] 9/11 9/18 31/12

wanted [6] 5/25 6/1 6/21 7/2 7/10 35/9

wanting [1] 34/9

was [75]

Washington [5] 1/5 1/17 2/21 13/11 22/25

Washington Post [1] 13/11

wasn't [5] 39/12 39/13 39/14 39/15 51/2 51/10

watch [8] 16/2 21/7 23/2 23/3 23/6 24/3 28/1 31/20

watched [14] 19/4 23/5 23/19 24/1 24/4 24/6 24/9 31/5 31/6 31/7 32/4 32/9 44/1 44/7

watching [3] 18/7 27/22 31/10

Watkins [2] 18/2 43/13

way [5] 10/8 34/18 41/8 48/12 48/13

ways [1] 35/23

we [66]

we will [2] 10/14 17/10

we'll [17] 4/13 4/17 4/18 5/11 5/12 5/19 6/19 7/15 7/19 7/20 8/1 11/1 11/2 29/10 33/10 54/10 54/23

we're [2] 4/1 54/10

We've [3] 11/4 17/20 31/25

wear [1] 16/18

wearing [1] 16/8

week [1] 5/19

weeks [7] 9/13 10/2 16/22 34/18 40/16 52/24 53/20

WEINBERG [5] 2/11 2/14 2/15 3/15 33/7

welcome [2] 3/20 3/21

well [13] 5/18 16/14 19/14 22/8 22/13 27/23 40/7 40/19 41/10 42/2 51/7 51/9 53/4

well, [1] 31/8

well, yeah [1] 31/8

went [7] 29/14 32/23 34/6 34/13 46/24 48/17 48/24

were [36] 5/18 5/19 9/3 11/15 19/18 22/15 22/15 25/7 27/19 27/19

what [40] 6/13 7/3 7/15 8/1 8/16 10/6 12/2 13/9 19/3 19/8 19/25 20/1 20/14 21/5 23/10 24/9 24/17 26/16 26/17 27/4 34/21 35/23 35/23 35/24 39/6 39/18 40/5 42/2 42/4 42/7 45/1 47/18 48/17 49/15 49/17 51/24 52/22 53/8 53/15 54/14

what's [4] 7/20 24/23 47/22 49/17

whatever [6] 12/10 22/22 23/10 28/7 42/4 46/12

whatsoever [2] 21/13 21/24

when [19] 6/13 6/17 6/25 9/23 11/16 11/18 15/10 30/17 32/6 32/23 32/23 35/24 39/7 43/4 44/4 45/6 48/25 49/4 50/2

where [8] 10/13 27/19 29/17 30/23 30/24 33/19 44/25 47/19

whether [17] 4/6 7/18 9/25 11/13 20/9 25/23 34/22 35/15 37/25 38/13 43/5 43/11 44/20 46/8 46/19 48/21 49/9

which [10] 7/24 14/1 14/12 23/25 24/16 31/10 36/5 40/16 46/15 53/16

while [5] 5/18 12/8 12/17 16/8 35/10

white [2] 48/19 49/18

White House [1] 49/18

who [20] 4/4 6/19 9/20 11/1 13/12 13/16 14/10 16/12 16/12 16/18 19/23 21/21 33/19 33/20 41/8 44/13 45/17 46/12 50/7 52/25

who's [3] 4/4 24/25 53/9

who've [1] 7/16

whoever [1] 52/3

whole [1] 51/17

whom [2] 10/22 21/17

why [8] 6/5 6/15 10/6 16/13 34/16 37/1 52/2 54/9

WiFi [1] 12/13

WiFi-enabled [1] 12/13

will [53] 4/5 4/9 4/9 4/13 4/14 4/21 5/4 7/15 9/21 9/22 9/23 10/1 10/6 10/8 10/12 10/14

30/17 31/10 32/7 32/7 32/19 32/21 32/24 33/1 33/5 33/6 36/6 36/22 40/6 40/15 43/18 47/4 47/12 47/19 48/4 49/15 50/24 53/19

**will... [37]**  10/14 10/18
10/22 11/18 11/25
11/25 12/2 12/3 12/4
12/12 12/19 13/21
13/24 14/1 14/3 15/4
15/5 15/13 15/13 15/19
15/20 16/5 16/10 16/11
17/1 17/4 17/5 17/10
20/9 33/24 34/17 35/15
41/25 42/13 52/20
52/21 54/7
**William [5]**  2/2 2/3 3/13
55/2 55/8
**William Shipley [1]**
3/13
**wins [1]**  52/4
**wish [4]**  5/6 11/23 12/9
17/22
**within [1]**  27/25
**without [2]**  7/13 22/10
**witness [1]**  50/7
**witnesses [4]**  5/24
6/15 10/21 16/12
**wore [1]**  28/8
**work [7]**  10/9 28/20
39/8 39/9 40/6 45/1
45/11
**worked [6]**  25/10 25/19
28/15 45/1 49/17 49/22
**working [6]**  5/19 5/19
27/20 27/21 31/25 40/7
**works [5]**  45/2 45/18
45/21 46/12 50/7
**works for [1]**  45/18
**World [2]**  31/20 31/22
**World Cup [2]**  31/20
31/22
**worth [1]**  34/16
**would [45]**  8/10 8/23
9/12 12/15 13/14 16/25
17/17 18/3 19/25 20/4
20/10 22/4 22/7 23/9
23/10 23/13 23/15
23/18 25/20 26/20 27/1
27/3 28/3 28/7 28/11
33/16 34/8 34/11 34/12
35/2 37/22 40/14 40/14
43/1 43/2 44/12 46/5
47/6 47/20 48/3 48/11
50/10 51/18 52/17
54/13
**wouldn't [4]**  22/11
30/6 34/13 42/2
**wrote [1]**  49/13

**Y**

**y'all [1]**  41/13
**yeah [29]**  18/6 20/7
20/7 21/15 24/2 24/20
25/2 26/2 26/19 27/17
27/21 28/17 30/1 30/3
30/7 31/3 31/8 31/18
32/2 32/6 32/20 33/4
33/13 39/12 39/16
49/21 50/5 51/4 51/6
**year [1]**  39/19
**year-plus [1]**  39/19

years [APP] 25/3 25/6
26/5 26/8 37/17 46/21
49/6 49/14 50/1 50/3
50/19
**Yep [1]**  37/21
**yes [24]**  3/24 5/22 7/19
7/20 20/17 20/20 22/2
26/15 27/16 29/3 31/24
31/24 32/17 33/8 35/8
36/15 37/19 42/22 43/9
43/15 52/18 54/16
54/18 54/20
**York [1]**  22/24
**you [365]**
**you follow [1]**  39/20
**you know [1]**  33/19
**you'd [3]**  19/4 38/13
43/12
**you'll [2]**  11/12 41/21
**you're [8]**  8/14 34/21
40/13 41/21 43/4 44/13
52/15 53/13
**you've [21]**  8/5 12/6
17/25 19/21 19/21 20/1
20/15 22/6 23/10 23/19
24/24 27/8 37/16 37/17
37/23 38/4 38/15 38/23
43/19 43/21 48/21
**your [78]**
**Your Honor [17]**  3/5
3/24 6/20 6/21 11/4
28/25 34/3 35/17 35/18
35/19 36/10 37/5 39/25
42/16 54/3 54/12 54/22
**yourselves [2]**  9/11
12/10
**YouTube [1]**  21/3

**Z**

**Zaremba [2]**  55/2 55/8
**zero [1]**  23/9