IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff,                  )
                                        )       CR No. 22-15
                                        )       Washington, D.C.
        vs.                             )       December 13, 2022
                                        )       9:30 a.m.
ROBERTO A. MINUTA, ET AL.,              )
                                        )       Day 6
            Defendants.                 )       Morning Session
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Jeffrey S. Nestler
                               Alexandra Hughes
                               Louis Manzo
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:           William Lee Shipley, Jr.
                                LAW OFFICES OF
                                WILLIAM L. SHIPLEY
                                PO Box 745
                                Kailua, HI 96734
                                (808) 228-1341
                                Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                 Angela Halim
                                3580 Indian Queen Lane
                                Philadelphia, PA 19129
                                215-300-3229
                                Email: angiehalim@gmail.com


For Defendant
David Moerschel:                Connor Robert Martin
                                BROWN, SUAREZ, RIOS & WEINBERG
                                1532 Jackson Street
                                Fort Myers, FL 33901
                                (239) 337-9755
                                Email: connor@bsrlegal.com

                                Scott Weinberg
                                BROWN, SUAREZ,
                                RIOS & WEINBERG
                                265 E Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                 Matthew J. Peed
                                CLINTON & PEED
                                1775 Eye Street, NW
                                Suite 1150
                                Washington, D.C. 20006
                                (202) 919-9491
                                Email: matt@clintonpeed.com

```
                          – – –

                     WITNESS INDEX

                          – – –

WITNESSES            DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

MARC CARRION           999 1044     1077
MARC CARRION               1064
MARC CARRION               1073
MARC CARRION               1074
KELSEY HARRIS          1086

                          – – –
```

INDEX OF EXHIBITS

- - -

| GOVERNMENT'S | ADMITTED |
|---|---|
| 1653 | 1002 |
| 1077.15 THRU 1077.17 | 1008 |
| 1096.5 | 1019 |
| 1085.4 | 1023 |
| 7077.1 | 1025 |
| 1056.7029.0236A-0337.E.A | 1030 |
| 1056.7029.456 | 1038 |
| 1050 | 1091 |
| 1050.1.E2 | 1107 |
| 1050.1.E2 | 1108 |
| 1111 | 1111 |
| 1111.E | 1113 |
| 1056.7029.0236.E.B. | 1117 |

```
 1                    P R O C E E D I N G S
 2           COURTROOM DEPUTY:  All rise.
 3           Good morning, Your Honor.  This is
 4  Criminal Case No. 22-15, United States of America versus
 5  Defendant 6, Roberto A. Minuta; Defendant 7, Joseph Hackett;
 6  Defendant 8, David Moerschel, and Defendant 11,
 7  Edward Vallejo.
 8           Jeffrey Nestler, Alexandra Hughes, Troy Edwards,
 9  and Louis Manzo on behalf of the government.
10           William Shipley for Defendant Minuta.
11           Angela Halim for Defendant Hackett.
12           Scott Weinberg and Connor Martin for
13  Defendant Moerschel.
14           Matthew Peed for Defendant Vallejo.
15           All four named defendants are present in the
16  courtroom for these proceedings.
17           THE COURT:  All right.  Good morning, everyone.
18           Mr. Shipley, you moved closer.
19           All right.  Anything we need to address before we
20  get started?
21           MR. SHIPLEY:  I paid for a private table.
22           THE COURT:  Good.
23           All right.  Why don't we bring our jurors in, get
24  going.
25           COURTROOM DEPUTY:  Jury panel.
```

```
 1                    (Jury entered the courtroom.)
 2                    THE COURT:  All right.  Please be seated,
 3       everyone.
 4                    Welcome back, ladies and gentlemen.  It's nice to
 5       have you with us this morning.  We are ready to get started
 6       with the government's case.
 7                    So, Mr. Manzo, you're up first.
 8                    MR. MANZO:  Yes, United States called U.S. Capitol
 9       Police Officer Marc Carrion.
10                    COURTROOM DEPUTY:  Please raise your right hand.
11                    (Witness is placed under oath.)
12                    COURTROOM DEPUTY:  Thank you.
13                    THE COURT:  All right.  Officer Carrion, welcome.
14                    THE WITNESS:  Good morning, Your Honor.
15                                    -  -  -
16       MARC CARRION, WITNESS FOR THE GOVERNMENT, SWORN
17                            DIRECT EXAMINATION
18                                    -  -  -
19       BY MR. MANZO:
20            Q    Good morning, sir.  Could you please introduce
21       yourself to the jury by stating and spelling your name.
22            A    My name is Marc Carrion, M-a-r-c.  Last name
23       Carrion, C-a-r-r-i-o-n.
24            Q    What do you do for a living?
25            A    United States Capitol Police officer.
```

1    Q    How long have you been doing that?

2    A    15 and a half years.

3    Q    What year did you start?

4    A    2007.

5    Q    Where are you from originally?

6    A    Florida.

7    Q    And what have your duties been as a U.S. Capitol

8    Police officer?

9    A    My duties are primarily to enforce D.C. and

10   federal law, as well as screen visitors to the Capitol

11   complex and assist members and staff.

12   Q    And what of your various groups or positions you

13   have worked in as a Capitol Police officer been?

14   A    Currently a part of what we call the ALERT squad,

15   Advance Law Enforcement Response Team.  And basically we

16   provide support for HazMat duties and chemical, biological

17   radiological, any type of threats to the Capitol complex.

18   Q    When you started with the U.S. Capitol Police,

19   did you receive any training?

20   A    Yes.

21   Q    What type?

22   A    We went down to Georgia for three months for the

23   Federal Law Enforcement Training Center, where we learned

24   all about police duties and law enforcement.

25   Q    And what's the mission of the U.S. Capitol Police?

1    A    To protect Congress and the process of the duties

2   of Congress in passing laws.

3    Q    Were you working or set to work on January 6th,

4   2021?

5    A    Yes.

6    Q    Where were you assigned to work that morning?

7    A    I was assigned to what we call CDU, or civil

8   disturbance unit.  I was part of the soft squad.

9         The soft squad basically is a uniform that I'm

10  wearing right now.  We are responsible for setting a

11  perimeter.  And another part of our CDU unit is called the

12  hard squad, they're the ones with the riot gear, what we

13  usually call turtle gear, because it looks like hard shells.

14   Q    Where were you set to report to work that morning?

15   A    I was assigned to work on the east front of the

16  Capitol.

17   Q    I'm now going to turn to Government's Exhibit

18  1653.

19         We're going to set up the easel for the first

20  time.

21         Sir, do you recognize 1655?

22   A    Yes.

23   Q    What is 1653?

24   A    It's a map of the Capitol complex.

25         MR. MANZO:  At this time, the government seeks to

1    move 1653 into evidence.

2              MS. HALIM:  No objection.

3              THE COURT:  All right.  1653 will be admitted.

4                              (Government Exhibit 1653
                               received into evidence.)
5

6    BY MR. MANZO:

7         Q    Can you generally describe what we're looking at

8    here in 1653?

9         A    So this the Capitol.  This is the west front, this

10   is the east front.  This is the south side.  This is the

11   north side.

12        Q    Let me it stop you right there so we can make a

13   nice record.

14             So the foreground, the bottom of the map, is the

15   east side; is that correct?

16        A    Correct, this is east front.

17        Q    And then the north side is the right-hand side?

18        A    Correct.

19        Q    The top of the map is the west side?

20        A    Correct.

21        Q    And the bottom or the left side of the map is the

22   south side?

23        A    Correct.

24        Q    Okay.

25             And where were you stationed or supposed to be

1  stationed the morning of January 6th?

2      A     I was in and around this area in between the

3  Capitol and our external bike racks which set the perimeter.

4      Q     You just motioned to the bottom left-hand side of

5  the map.  Is that fair to say?

6      A     Correct.

7      Q     You can sit down again.  Thank you.

8            You mentioned bike racks.  Can you describe what

9  you mean by bike racks?

10     A     So the bike racks were set up all along the

11 Capitol, and that created the perimeter that was basically

12 our police line, where any protesters, if they wanted to

13 demonstrate, they would do it on the opposite side.

14 Anything on the inside was considered a restricted area that

15 they were not allowed to enter.

16     Q     Is the Capitol usually surrounded by bike racks?

17     A     No.

18     Q     Why was it surrounded on January 6th?

19     A     It was because we knew it was going to be a

20 contentious day of the certification of the election.

21     Q     What was going on inside the Capitol that day?

22     A     The Vice President was present inside the Capitol.

23     Q     What does the Vice President being present at the

24 U.S. Capitol mean to you?

25     A     It means enhanced security.  So we have more

```
 1    patrols, more bodies out and aware, looking for anything out
 2    of the ordinary.
 3         Q    So on the morning of January 6, where was your
 4    attention focused when you were on duty outside the east
 5    front of the Capitol?
 6         A    We had two groups that we were focused on.  This
 7    is what we call the House egg, it's because of the shape of
 8    the area looks like an egg.  There was a church group over
 9    here.
10              This side right here, we call the Senate egg, and
11    there was also another, there was a group of -- protesting
12    group on this side.  So we had a church group over here, and
13    then we had a pro-Trump group on this side.
14         Q    And if you could just sit down, I'll marry this
15    for the record.
16              So you said the left side of the bottom of the map
17    is the House side; is that correct?
18         A    That's correct.
19         Q    And the right-hand side of the bottom of the map
20    is the Senate side?
21         A    Correct.
22         Q    You said there was a church group outside the
23    perimeters on the House side; is that fair?
24         A    Correct.
25         Q    Can you describe what they were doing?
```

1    A    They were singing hymns, very peaceful, just

2    anything you would see at church, the choir group.

3    Q    And what about on the Senate side?

4    A    On the Senate side, they were more lively, as I

5    would like to describe, from all my years of dealing with

6    demonstrations.  They were out chanting, "Stop the Steal,"

7    things of that nature.

8         To be honest with you, to see them out there, a

9    group out there that early in the morning, was pretty

10   surprising.

11   Q    When you say "lively," what do you mean by that?

12   A    They were chanting.  They -- once in a while they

13   would go up to the bike racks and they would actually shake

14   the bike racks.  And we would have to go over and tell them,

15   "hands off the bike racks, please don't touch the bike

16   racks," things of that nature.

17   Q    As the morning progressed into the afternoon, did

18   you hear anything on your radio that caused you to take some

19   action?

20   A    Yes, we heard -- we could not see on the west

21   front, but we heard on the radios that the west front had

22   been breached, that there was protesters that got past

23   officers.

24   Q    What did that mean to you?

25   A    High alert, basically, be on the lookout for

1   anybody on our side, because we didn't know if they had any

2   communication with the other side.  So we were basically now

3   really highly observing the crowd on our side to make

4   sure -- to see if anybody was going to try to attempt to

5   jump the bike racks and enter the restricted area.

6       Q    Why didn't you go help your fellow officers on the

7   west side?

8       A    That would be abandoning my post and deserting our

9   area of responsibility, which was to maintain the perimeter

10  on the east front.

11      Q    Is there anything else you heard on the radio that

12  caused you to have some action or think about the situation?

13      A    Yes.

14           Two bomb threats were called out at the Republican

15  National Committee, as well as the DNC, the Democratic

16  National Committee, which are very close by.  On this map,

17  they would probably be around this area.

18      Q    You just motioned just to the left of the map?

19      A    Correct, on the south side.

20           And also we had one of our inspectors call for a

21  lockdown of the building.  And when you hear a lockdown of

22  the building, that means it's significant, there's a serious

23  threat.

24      Q    What is lockdown -- go ahead.

25      A    It means basically nobody in or out of the

```
 1   building.
 2      Q    As the afternoon continued, did you see what
 3   happened to the barriers in front of you?
 4      A    Yes.
 5           I witnessed three times where protesters, they
 6   would walk up and down the south side on the east front and
 7   they would push the actual bike racks down.
 8           And it looked like, in my personal opinion, from
 9   the years that I've dealt with demonstrations --
10           MS. HALIM:  Objection.
11           THE COURT:  Overruled.  Why don't you just
12   rephrase.
13   BY MR. MANZO:
14      Q    Sir, based on your training and experience, what
15   did that mean to you, that people were pushing the bike
16   racks?
17      A    It meant that they were trying to, like, see our
18   response to what our response would be when they pushed down
19   the bike racks.
20      Q    And did the bike racks eventually fall?
21      A    Yes.
22      Q    Can you describe that?
23      A    After we heard that the west front was breached,
24   we heard on the radio that there was a large group heading
25   from the west front, north, coming north around the
```

```
 1   building, and so that would be on the top, and then they
 2   were circling north around, and they said be on the lookout
 3   for a large group coming.
 4             And I was here, so I turned my attention to the
 5   north side.  I saw -- the first thing I saw were flags
 6   coming around.
 7             The group that was on the Senate egg or the
 8   northeast side, they saw that other group.  And it looked
 9   like everybody just -- like they all became excited.  And
10   the two groups pretty much like married together.  And then
11   we like started seeing people kicking over the bike racks.
12   And then after the bike racks fell, just floods of people, a
13   flood of people just came running into the restricted area.
14        Q    I'd like it turn to some video now.  And pursuant
15   to a business record certification, the government would
16   seek to admit 1077.15, 1077.16, and 1077.17, which have been
17   previously disclosed to the defense.
18             MS. HALIM:  No objection.
19             THE COURT:  So 1077.5 through .7, you said?
20             MR. MANZO:  1077.15 through 1077.17.
21             THE COURT:  Okay.
22                  (Government Exhibits 1077.15 through 1077.17
                                         received into evidence.)
23
24             MR. MANZO:  So if can we pull up 1077.15.
25             Can the jury see it?
```

BY MR. MANZO:

Q    What are we looking at here on the screen in front of you, sir?

A    We're looking at a view from the Senate.  So it would be that bottom right corner, that view looking forward.

Q    And you just motioned to the 1653 when you said "bottom right corner"; is that correct?

A    Yes.

Q    Can you mark on this touchscreen approximately where you would have been on the morning/early afternoon of January 6th?

A    Sure.  I would be somewhere behind these ambulances and behind the trucks.

Q    And were you kind of moving all around that area at that time?

A    Yes.

Q    And just for the record, the witness marked the area near the black SUVs.  Why were you back there and not at the very front of the bike rack line?

A    We were the secondary perimeter.  So if you can see on the screen, I'm going to mark.  These officers here are like the primary.  They're the closest to the bike racks.

Us being here in the back, we were there in case

1  anybody got past this first line of officers.

2      Q    And what were your duties if somebody got past the

3  first line of officers?

4      A    To stop them as fast as we can.

5           MR. MANZO:  I'd like to play forward now 1077.15.

6           (Video played)

7           MR. MANZO:  Can you pause it there.

8  BY MR. MANZO:

9      Q    And I want to direct your attention to the

10  left-hand side of the screen.  Are these the bike racks that

11  you've been describing?

12      A    Yes.

13      Q    Can you circle those for the jury.

14      A    (Witness complied.)

15           And then there's some over here that they're in

16  front of as well.

17           MR. MANZO:  And then, Ms. Badalament, can we just

18  play to the end of this video.

19           Now we can go to 1077.16.

20           (Video played)

21           MR. MANZO:  Can you pause it right there.

22  BY MR. MANZO:

23      Q    Sir, do you recognize what's going on here in

24  1077.16?

25      A    Yes.

1    Q    What's going on?

2    A    This is the breach that's happening on the

3    Senate egg, north side.

4    Q    Can you step down and point on the map on 1653

5    where the north side breach occurring.

6    A    So this is occurring right around here.

7    Q    And just for the record, you pointed to the bottom

8    right-hand side of the map.  When you saw that breach

9    occurring, what did you think?

10   A    First thing I saw was the sheer numbers.  Right

11   away, I knew we were going to be outnumbered with the amount

12   of people that were flooding in.

13        And the next thing is we need to protect the

14   actual door, the entrances to the building.

15   Q    Why?

16   A    Because none of these individuals are permitted to

17   enter the building.  They haven't been screened or anything

18   of that nature.  We have no idea if they have weapons or

19   anything on them.  And they've just entered a restricted

20   area.

21        MR. MANZO:  Can be play forward now from

22   7 seconds.

23        (Video played)

24   BY MR. MANZO:

25   Q    I want to pause it here at -- one more second,

```
 1    actually -- or two more seconds.  Sorry.
 2            What's going on here at 43 seconds?
 3       A    The breach is clearly happening.  The protesters
 4    that were behind the bike racks in the Senate egg had now
 5    toppled over the bike racks and are entering the restricted
 6    area.
 7            MR. MANZO:  If you could play it forward.
 8            Can you stop it right here and back one second, to
 9    45 seconds.
10    BY MR. MANZO:
11       Q    I want to direct your attention to the woman on
12    the left here.
13            Do you see her?
14       A    Yes.
15       Q    Did she go over the bike racks?
16       A    I haven't seen her go over yet.
17       Q    But is it fair to say not everyone went over the
18    bike racks?
19       A    That's correct.
20            MR. MANZO:  We can play forward.
21            (Video played)
22            MR. MANZO:  Can we pause it right here at 1:44.
23    BY MR. MANZO:
24       Q    Sir, do you see any U.S. Capitol Police officers
25    in this frame?
```

1    A    Yes.

2    Q    Can you direct them?

3    A    Right here.

4    Q    And what are the U.S. Capitol Police officers

5  doing here?

6    A    They're trying to prevent anybody from running up

7  the staircase and entering the Capitol Rotunda door, which

8  is up here at the top.

9    Q    Around about this time, where are you?

10    A    I'm over here on the left side, a little bit

11  further down.

12    Q    And let me just make a record of this here.

13          So you circled the door in the middle of the

14  screen as the front -- or the Rotunda door?

15    A    Correct.

16    Q    Then the U.S. Capitol Police officers are a few

17  steps up?

18    A    Correct.  They're forming a line.

19    Q    And then you marked on the left-hand side of the

20  screen around about underneath the blue flag where you were?

21    A    Correct.

22    Q    Why were you over there?

23    A    We were fallen back.  There's a door underneath

24  the staircase, and we were trying to prevent anybody that we

25  thought might be trying to access those doors on the ground

1  level.  But majority of the crowd, when they entered from
2  the Senate egg area, from the northeast side, they actually
3  ran up the staircase.
4       Q    The door that you're talking about, can you just
5  point to it on the big board of 1653?
6       A    Sure.  It would be underneath here.
7       Q    So it's actually underneath the center stairs?
8       A    (Nodding head.)
9       Q    Thank you.  You can sit down.
10           Is that door readily available or readily --
11  easily visible to the public?
12      A    No.
13      Q    When you were at that door, what happened?
14      A    At the Capitol Rotunda door?
15      Q    At the small door you were just referring to
16  underneath the stairs.
17      A    We made our way from here and around here to try
18  to protect that door in case we saw anybody from either this
19  group here or from that group over there.  If anybody came,
20  we were trying to protect that door, because we already saw
21  that there was officers up here.
22           The majority of the people fled up here, and they
23  started running towards the staircase.  As we saw that
24  nobody was making the attempt to come to these doors, there
25  was about, I think, ten of us that came around.  And we made

1    our way up the left side of the staircase to help protect

2    that door after the crowd broke through the police line

3    here.

4              MR. MANZO:  Ms. Badalament, can we play it forward

5    from 1:44 just to the end of the clip at 1:52.

6              Okay.  Can be now go to the next clip of 1077.17.

7              And wait one second here.

8    BY MR. MANZO:

9      Q    Earlier or just now you mentioned that you raced

10   up the stairs to protect that front door.  Can you describe

11   what was going on then?

12     A    When we were running up the left side, we could

13   see that the crowd breached the officer that created the

14   line to stop them from entering that door.  So it was

15   basically a race up to the door, up to the platform.

16             MR. MANZO:  Can be play it forward now.

17             (Video played)

18   BY MR. MANZO:

19     Q    Can you pause it right here.  What's going on here

20   at 1:05?  What's that line of U.S. Capitol Police officers

21   trying to do?

22     A    They're trying to push back any protesters from

23   proceeding further up into the restricted area.

24     Q    And you mentioned hard squad earlier.  Do you see

25   any hard squad members in this frame?

```
 1        A    Yes; all the ones with the helmets on.
 2             MR. MANZO:  Can we play it forward now.
 3             We can pause it here at 1:46.
 4   BY MR. MANZO:
 5        Q    What are you observing here at 1:46?
 6        A    Pushing.
 7             MR. MANZO:  Can we play it forward.
 8             (Video played)
 9             MR. MANZO:  You can pause it right here.
10   BY MR. MANZO:
11        Q    I want to direct your attention to the vehicles in
12   the bottom of the screen.
13             Do you see that?
14        A    Yes.
15        Q    What's going on with those vehicles?
16        A    Those are our SWAT team vehicles, and they're
17   being overrun.  And protesters are jumping on top of the
18   roofs of the vehicles.
19             MR. MANZO:  Do you want to play it forward.
20             (Video played)
21             MR. MANZO:  Can we pause it there.
22             Pull up that part again.  Thank you.
23   BY MR. MANZO:
24        Q    Okay.  What are we looking at here in the final
25   frame of this clip?
```

```
 1        A     This is the platform of the east Rotunda door.

 2        Q     And were you up here on the platform at this time?

 3        A     Yes.

 4        Q     And when you described earlier in your testimony

 5   before we got to that clip of racing up the stairs, is that

 6   what we just watched?

 7        A     Yes.

 8        Q     What are you doing here at the platform of the

 9   east Rotunda doors?

10        A     We're now -- with the amount of people that we see

11   near the door, we're going to form a tactical position, what

12   we call the wedge.  So it's basically like an offline

13   position where we try to push as many people away from the

14   door as possible.

15        Q     And can you mark on the screen where that

16   wedge is.

17        A     (Witness complied.)

18        Q     And you just marked from the middle bottom right

19   to the very middle of the screen.

20              Where are you in this wedge formation?

21        A     I'm somewhere around this area by the pillar.

22        Q     And you just mentioned or you notated with a blue

23   mark the officer near the pillar in the middle of the frame.

24              What are you thinking at this point?

25        A     I'm thinking it's going to be long day.
```

1        We've never experienced anything like this even to

2   this point.

3        We've had before, in the past, where protesters

4   have got in the restricted area, but never up to this level

5   that we've seen and the sheer number of people.

6        Also, at this point, I remember that our five

7   senses were all overwhelmed.  I remember it was a cold day

8   out, it was very windy.

9        I remember the radio was going nuts with --

10  because also at this time on the west front, they're dealing

11  with the breaches as well.  We have no knowledge -- we can't

12  see what they're going through, we can only hear it on our

13  radio.  So all the officers are calling out for help.

14       At the same time, this door is an alarm because

15  somebody got to the door at some point and shook on the

16  doors and the door went into alarm.  So we have an alarm, a

17  buzzing sound that's constant.

18       And then we have all the protesters chanting and

19  hollering as well.

20       And then at some point we're being pushed, we're

21  being sprayed with OC spray.  So it's very overwhelming to

22  all of our senses at this point, and you can smell the

23  chemical smell from the OC spray, as well as taste the

24  chemical spray smell, too, from it being in the air.

25  Q    Why didn't you just start arresting people?

1    A    That would be a dangerous move at this point with
2  the sheer number of people.
3         And, honestly, at this point it's becoming a mob
4  mentality.
5         So at this point, any attempt to try to detain or
6  arrest an individual will more than likely incite the crowd.
7    Q    Did you have your service weapon on you that day?
8    A    I did.
9    Q    What were you thinking about your service weapon
10 at this time, if anything?
11   A    Protect it at all costs, because we don't know the
12 intentions of the individuals in these crowds.  I mean, some
13 might be there just to protest and others might be there for
14 more, for more violence.  So at any point, our own service
15 weapons become a threat to us if they're taken from us.
16        MR. MANZO:  Okay.  Can we now pull up and admit
17 1096.5 pursuant to a business record certification.
18        1096.5.
19        THE COURT:  Is there any objection to 10 --
20        MS. HALIM:  I'm sorry.  No objection.
21        THE COURT:  Thank you.  1096.5 will be admitted.
22                          (Government Exhibit 1096.5
                                received into evidence.)
23
24 BY MR. MANZO:
25   Q    I'm going to play 1096.5 here in a second, but

1    do you recognize the general area of what we're looking at

2    here in 1096.5?

3        A    Yes.

4        Q    Where are we looking?

5        A    This is the platform area of the Capitol Rotunda

6    door, in front of the Capitol Rotunda door.

7        Q    All right.  Let's play it forward and I'll ask you

8    some questions here, okay?

9             (Video played)

10            MR. MANZO:  Pause it right there.

11   BY MR. MANZO:

12       Q    What are we looking at here in the 12-second mark?

13       A    We are looking at the Capitol Rotunda door.

14       Q    And is this after the video that we just watched

15   of you forming that initial wedge?

16       A    Yes.

17       Q    And where are you at this time?

18       A    I believe I'm inside the doorway at this time.

19       Q    So outside the Capitol but inside that alcove?

20       A    Right.

21       Q    All right.  Can we play it forward, please.

22            (Video played)

23   BY MR. MANZO:

24       Q    Did you just see an object being passed back?

25       A    Yes, that was one of our CDU hard squad shields

```
 1   being taken.
 2              MR. MANZO:  Can you play it forward, please.
 3              (Video played)
 4              MR. MANZO:  Pause it here, please.
 5   BY MR. MANZO:
 6        Q    What's going on here at --
 7        A    These officers, these two officers --
 8        Q    -- at 50 seconds?
 9        A    These two officers right here have been sprayed
10   with OC, hence why they're closing their eyes.
11              MR. MANZO:  Can you play it forward.
12              (Video played)
13              MR. MANZO:  Can you pause it right there?
14   BY MR. MANZO:
15        Q    Did you just hear somebody yelling in the screen?
16        A    Yes.
17        Q    What did you hear them yelling?
18        A    "You did your job."
19        Q    And was there a followup to that?
20        A    No.
21        Q    Did you consider backing away from the door at
22   that point?
23        A    No.
24        Q    Why?
25        A    I felt like it was our duty to put our best effort
```

```
 1    forward in presenting anybody from entering the Capitol,
 2    because that's our main mission is to protect the Capitol
 3    and individuals inside.  And so we felt like this was going
 4    to be our stand.
 5            MS. HALIM:  Objection to the phrase the we --
 6    "what we thought."
 7            THE COURT:  It's all right.  It's overruled.
 8            MR. MANZO:  Can we go to the very last frame here.
 9    BY MR. MANZO:
10    Q    Where are you in this very last frame?
11    A    I'm going to be inside this corner area.
12    Q    What were you doing inside that corner area?
13    A    Myself -- there was two of us left.  We started
14    with approximately 30 officers on that platform.  And with
15    all the OC spray and everybody becoming disabled visually,
16    being sprayed in the face, there was only two of us left,
17    myself and Officer Salke.
18            Officer Salke grabbed a flagpole from a protester,
19    who I think tried to whack him with it.  He broke the
20    flagpole in half.  He put it through the handles, the
21    outside door handles, and we both grabbed on each side of
22    the door handle and we held on basically for dear life.
23            MR. MANZO:  And can we just play it to the ed
24    again.
25            (Video played)
```

1    MR. MANZO:  At this time, I'd seek to admit 1085.4

2  pursuant to a business record certification.

3    MS. HALIM:  No objection.

4    THE COURT:  All right.  1085.4 will be admitted.

5    (Government Exhibit 1085.4
     received into evidence.)

6

7  BY MR. MANZO:

8    Q    Sir, we're going to go back in time for a second.

9  You just mentioned that the officers had been sprayed with

10  OC; is that correct?

11    A    Correct.

12    Q    And we're going to play 1085.4 from about 00 to

13  2:47, I'll ask you some questions after.

14    (Video played)

15    MR. MANZO:  Can we pause it?

16    And see if we can get to a better freeze frame.

17  BY MR. MANZO:

18    Q    And can you see if you can identify yourself in

19  this video?

20    A    Yes.  It's me right there.

21    Q    What are you experiencing here at -- what's the

22  second mark -- 17 seconds?

23    A    We're being sprayed by the crowd.  We're being

24  sprayed.  Objects are being thrown at us.  And we're

25  having -- we don't know exactly where it's coming from so

1  that's why all of us are ducking because we know that the

2  crowd, whoever the individuals are that are trying to spray

3  us, they're trying to spray us in the eyes so we can't see

4  anymore and that basically takes us out of the fight.

5          MR. MANZO:  Let's play it forward, please.

6          (Video played)

7          MR. MANZO:  Can you pause it and go back to 1:12.

8  BY MR. MANZO:

9      Q    And, sir, do you see yourself in this video?

10     A    Yes.

11     Q    Can you circle yourself?

12     A    (Witness complied.)

13     Q    Were you looking inside the Capitol at some point

14  there?

15     A    Yes.

16     Q    Why?

17     A    I could see that there was other officers inside

18  at some point.  And we saw -- there was a point where I saw

19  that there was other protesters that were inside the

20  building, which means that the individuals, the protesters

21  that breached the west front had made it in from the

22  opposite side of where we were inside the building.

23     Q    What were you thinking when you saw the people

24  already inside the building?

25     A    Now that we have people inside the building, we're

```
 1   having a battle, not only the people on the outside but now

 2   on the inside of the building, to try to open up that door.

 3           MR. MANZO:  Can we play it forward.

 4           (Video played)

 5   BY MR. MANZO:

 6       Q    Stopping here at 2:47.  What just happened in the

 7   last ten seconds or so of this video.

 8       A    The door was breached.  So when we were on the

 9   outside and we were holding on the flagpole in between the

10   door handles on the outside, the group on the inside was

11   pushing out while the group that we were battling with on

12   the outside was basically grabbing our arms trying to get us

13   to release the door, the flagpole.  And with the amount of

14   force that they exerted from the inside, it snapped the

15   flagpole in half, and then door swung open.

16           MR. MANZO:  Now I'd like to move to a different

17   video, 7077.1, which I'd seek to admit pursuant to business

18   record certification.

19           MS. HALIM:  I just need to see which one it is.

20           MR. SHIPLEY:  Can you give me that number again,

21   please.

22           MR. MANZO:  7077.1.

23           MS. HALIM:  No objection.

24           THE COURT:  7077.1 will be admitted.

25                           (Government Exhibit 7077.1
                             received into evidence.)
```

BY MR. MANZO:

Q    Sir, do you recognize what's going on here in 7077.1?

A    Yes.

Q    What's going on?

A    This is when the door is beginning to open. Officer Salke is on the right side and I'm caught on the left side in between the wall and the door and I'm trying to force the door closed again.

Q    Now, let me ask you a question before we get into this.  On a normal day if somebody pepper sprays you, what happens?

A    You arrest them.

Q    Have you ever been pepper-sprayed before?

A    Yes.

Q    On a normal day if somebody is throwing projectiles and flags at the door, what happens?

A    They would be arrested.

Q    Why didn't you arrest people on January 6th when you're outside the Capitol?

MR. SHIPLEY:  Objection; asked and answered.

THE COURT:  Hang on, sir.

When there's an objection, I need to respond first.

THE WITNESS:  Sorry, sir.

```
 1              THE COURT:  That's overruled.  You can answer.

 2              THE WITNESS:  So we did not arrest them because we

 3    were sheerly out-numbered.  With the amount of people, it

 4    would become a dangerous situation for us to do so.  And it

 5    exposes us to people possibly attacking us and taking our

 6    weapons from us.

 7              MR. MANZO:  All right.  Let's play it forward at

 8    7077.1, and if we can go forward here.

 9              (Video played)

10              MR. MANZO:  Can you pause it there?  Go back one

11    second, please.  And one more second, too.

12    BY MR. MANZO:

13         Q    And do you recognize yourself in this frame here?

14              I'm sorry, back one more second, Ms. Badalament.

15         A    Yes.

16         Q    Is that you?

17         A    That is me.

18         Q    And we're at 45 seconds.

19              Can we play it forward.

20              (Video played)

21              MR. MANZO:  All right.  I'd like to now go back to

22    1085.4 which we're talking watching just before 7077.1.  And

23    we'll start where we left off at 2:47.  And we'll play it

24    forward to 5:10.

25              (Video played)
```

1    MR. MANZO:  Can you pause it there?

2  BY MR. MANZO:

3    Q    Earlier you mentioned an alarm.  Is this what

4  you're talking about here at 4:30?

5    A    Yes.  That beeping sound is the door and alarm.

6    Q    Can you describe how loud it was.

7    A    Very loud.  It's very noticeable.  It's to alert

8  us and every individual that the door is unsecure; it's

9  open.

10    MR. MANZO:  Can we play it forward now just to

11  5:10.

12    (Video played)

13  BY MR. MANZO:

14    Q    And were you able to hear people shouting there at

15  the last ten seconds to the frame?

16    A    Yes.

17    Q    What were they shouting?

18    A    "Treason."

19    Q    Did anybody, any of the rioters at the east door,

20  try to stop and help you?

21    A    No.

22    Q    Does that sound like a stupid question?

23    A    Somewhat.

24    Q    So after this initial surge of rioters got

25  through, what did you do?

1    A    Basically when we lost the door and we were

2  breached and we were clearly outnumbered, my priority

3  switched to what we call life safety, making sure that my

4  fellow officers aren't being abused in any way or assaulted

5  in any way.

6         And I'm also scanning the crowd for any weapons

7  because at this point they've entered a restricted area.

8  Now they're deeper, further into the building.

9         Anybody that usually enters the Capitol building

10  at this point, they've been screened.  They have no weapons

11  on them.  They have no prohibited items on them.

12         So at this point when they breached, we have no

13  idea what they have on them, what their intentions are in

14  any way.  So I'm visually scanning the crowd, looking at

15  their hands, their waistband for any possible weapons.

16    Q    On a normal day, how do you get into the

17  U.S. Capitol?

18    A    You would go through the Capitol visitor center

19  and be screened.

20    Q    And what type of screening do you receive?

21    A    You'll go through a magnetometer that detects

22  metal.  So any metal objects that you may have on you, and

23  mostly firearms are considered made of --

24    Q    I'd like to pull up a new video,

25  1056.7029.236A-0337.E.A.

1     THE COURT:  Can you repeat that number, please.

2     MR. MANZO:  Certainly.

3     1056.7029.0236A-0337.E.A.

4     And we'd seek to admit it.

5     MS. HALIM:  No objection.

6     THE COURT:  All right.  So that exhibit, without

7   repeating the number, will be admitted.

8                (Government Exhibit 1056.7029.0236A-0337.E.A
                               received into evidence.)

9

10  BY MR. MANZO:

11     Q    Sir, what are we looking at generally in this

12  frame here?

13     A    This camera is from the inside of the Capitol

14  Rotunda door looking to the door, to the exterior door.

15     Q    So where would you have been stationed in

16  this frame?

17     A    I would be around this area.

18     Q    And you just circled the right-hand window frame

19  at the door at the center of the screen.

20          Can we now go forward to approximately 40 seconds.

21          What's the time of this shot here?

22     A    2:36 p.m.

23     MR. MANZO:  So let's play from 40 seconds to about

24  a minute 13.

25          (Video played)

1         MR. MANZO:  You can pause it there.

2    BY MR. MANZO:

3         Q    Earlier you mentioned being outside of the Capitol

4    and seeing people inside.  Is that what we're looking

5    at here?

6         A    Yes.

7         Q    Do you have any specific recollection of any of

8    the people or flags who you just saw?

9         A    Yes.

10        Q    What do you remember?

11        A    I remember seeing the yellow "Don't tread on me"

12   flag while I was looking through the window.  When we were

13   on the outside battling for control of the door, I just

14   remember, like, when I just glanced inside the window of

15   this door, when I saw the flags, I knew then that the

16   protesters that -- were inside the building.  They got in

17   through the west front.  And it was kind of like a deflating

18   feeling because you kind of knew that the building you were

19   protecting was already overrun.

20        MR. MANZO:  And let's go forward now to 2:25, and

21   we'll just play it forward to 5:15.

22        (Video played)

23   BY MR. MANZO:

24        Q    What's going of here at about 2:37, playing

25   forward?

1     A    The group on the inside pushed the doors from the

2   inside, and that's when our flagpole broke on the outside

3   and doors swung open.

4     Q    Where are you here at 2:52?

5     A    I'm going to be behind the door trying to close

6   it still.

7     Q    And are other people trying to push that

8   door open?

9     A    Yes.

10        (Video played)

11  BY MR. MANZO:

12    Q    And the circles on the screen here, let me pause

13  it for a second at 3:20.

14        These circles were not present in the original

15  CCTV footage from the U.S. Capitol, fair to say?

16    A    Yes.

17    Q    Do you recognize who the person circled in the

18  white is?

19    A    Yes.  That's Officer Salke.

20        MR. MANZO:  Can you keep playing it forward.

21        (Video played)

22  BY MR. MANZO:

23    Q    What are you and Officer Salke trying to do at

24  this point at 3:40?

25    A    We're trying to close the doors again.

```
 1                  At this point, we have --
 2             MS. HALIM:  Objection, Your Honor.  Can we --
 3             (Bench conference)
 4             MS. HALIM:  Your Honor, the objection is to this
 5    yellow circle that is showing, presumably William Isaacs.
 6    That's not in evidence.  And so this is an inappropriate
 7    witness for this particular video with this additional
 8    marking that's not original to the exhibit to be in.
 9             THE COURT:  Well, I assume somebody will come in
10    at some point and identify that as Mr. Isaacs.  So, I mean,
11    I can assume you're not going to ask about the yellow circle
12    at this point, right?
13             MR. MANZO:  Correct.
14             THE COURT:  So I can admit it with the circle now,
15    conditioned to it being somebody testifying that's, in fact,
16    Mr. Isaacs at some later point.
17             MS. HALIM:  Okay.  Just note the objection.
18             Thank you.
19             (Open court)
20             THE COURT:  So that's overruled.
21             You can answer, sir.
22    BY MR. MANZO:
23        Q    Sir, what were you and Officer Salke trying to do
24    at this point, at around 3:52.
25             And we can play it forward.  Thank you.
```

1    A    We were trying to close the doors again as best

2 we can.

3         We have individuals on the inside pushing the

4 doors against us, as well as people on the outside that were

5 basically trying to grab my hands and pull me away from the

6 door from trying to close it.

7    Q    I want to pause it briefly at 4:12 here.

8         Do you see the white circle at the top of the

9 screen?

10    A    Yes.

11    Q    Do you know who that's a circle around?

12    A    That's myself.

13         MR. MANZO:  Can we play it forward now.

14         (Video played)

15 BY MR. MANZO:

16    Q    So now at this point, at about 4:33, has your

17 mission changed, in your mind, about what you're supposed to

18 be doing?

19    A    Yes.

20    Q    And what are you doing now?

21    A    Now I'm trying to keep eyes on Salke, making sure

22 that he's okay.

23         So we're hoping that more reinforcements come and

24 that we could try to take back the door.

25         But at this point, we are clearly outnumbered.

1    There is nothing we can really do to affect the crowd coming

2    in with the low numbers of manpower that we have at this

3    time.

4        Q    Okay.  I'd like to now go to 2:25.

5            At some point, were you able to regain control of

6    the doors?

7        A    Yes.

8        Q    Or not 2:25.  Sorry.  32:50.

9            And we'll play forward from 32:50 to 33:20.

10           (Video played)

11           MR. MANZO:  Pause it there.

12   BY MR. MANZO:

13       Q    Are you visible on the screen here?

14       A    Yes.

15       Q    Can you circle yourself?

16       A    (Witness complied.)

17       Q    What are you doing at 33:20?

18       A    I'm putting my back to the door now that we have

19   it closed because now the threat is in front of me.  It's --

20   any individual that's in front of me that has not been

21   properly screened for weapons or any prohibited items.

22       Q    And just for the record, you circled yourself on

23   the left side of the door.

24           Were you able to maintain the security of those

25   doors as the next hour continued?

1    A    There was waves where the crowds would become

2  rowdy, and they would open the door again.  And then we

3  would make the attempt to close the door again.  So it came

4  in waves.

5         At this point, the door is actually is broken as

6  well, so there's no way we can actually lock or secure

7  the door.

8    Q    I'd like to go forward now to 38:38.  And we'll

9  play it forward for about two minutes.

10         And what's the time that we're looking at here?

11   A    3:14 p.m.

12         MR. MANZO:  Can you pause it for one second,

13  Ms. Badalament.

14  BY MR. MANZO:

15   Q    Do you recognize yourself in this video?

16   A    Yes.

17   Q    Where are you?

18   A    I am the left circle.

19   Q    And who's the right circle?

20   A    That's Officer Salke.

21         MR. MANZO:  Can we play it forward.

22         (Video played)

23         MR. MANZO:  Can we pause it here at 39:12.

24  BY MR. MANZO:

25   Q    Do you remember what you're looking at here in

```
 1   39:12?
 2       A    This is the moment where myself and Officer Salke
 3   were very surprised because the individual brought with them
 4   a dog with a tactical vest on.
 5       Q    Have you ever seen a dog with a tactical vest on
 6   before?
 7       A    I have, and they're usually military operations.
 8       Q    What did you think when you saw the dog?
 9       A    I was stunned because I was, like, what is their
10   plan?  What are they thinking if they're bringing a dog with
11   a tactical vest on?  What's going through their mind?  What
12   are their intentions?
13            MR. MANZO:  Can we play forward.
14            (Video played)
15            MR. MANZO:  Can we pause it here.
16   BY MR. MANZO:
17       Q    And do you see the dog visible here at 39:35?
18       A    Yes.
19       Q    Can you circle the dog.
20       A    (Witness complied.)
21       Q    You just circled the animal in the center of
22   the screen.
23            And we'll play it forward now to 40:44.
24            What are you doing here at 39:46?
25       A    We're trying to take back the door and close it
```

1    again while we have the opportunity and the space to do so.

2         Q    Let me ask you a question here.  At any point did

3    you say, "Come on into the building"?

4         A    No.

5         Q    Why?

6         A    Because they're not -- they're not allowed.

7    They're not authorized.  The public is -- at this time we're

8    under COVID restrictions, so nobody in the general public is

9    allowed into the building unless authorized.

10             And at this point, nobody is authorized from the

11   general public.

12        Q    At some point as the afternoon continued, were you

13   eventually able to secure the doors permanently?

14        A    Yes.

15             MR. MANZO:  Can we pull up now 1056.7029.456 and

16   admit into evidence the video.

17             MS. HALIM:  No objection.

18             THE COURT:  Can you say that number one more time?

19             MR. MANZO:  Yes, Your Honor.

20             1056.7029.456.

21             THE COURT:  Okay.  That'll be admitted.

22                            (Government Exhibit 1056.7029.456
                                     received into evidence.)
23

24   BY MR. MANZO:

25        Q    What are we looking at here in this exhibit?

1    A    We're looking at -- this looks like this is our

2    attempt to close the door prior.

3         We're grabbing the iron benches, are over here.

4         The door at this point cannot be closed or locked

5    and secured.  So the only way that we're going to be able to

6    secure this door and stop people from entering is on the

7    outside.  There's gates that swing open, so we have to push

8    the crowd that's -- you can see them here in the window --

9    we have to push them away to gain enough space to be able to

10   swing the doors open, and then we're going to take the iron

11   benches, we're going to throw them in that little area, that

12   will stop the outside iron gates from opening once again.

13   Q    And so is it fair to say there's an air lock

14   between the doors at the top of the screen and the ornate

15   doors outside the building?

16   A    Yes.

17   Q    And for the record, you circled the benches on the

18   left side of the screen here.  Do you see yourself in this

19   frame?

20   A    I believe this is me on the side, because I know

21   I was one of the guys that grabbed one of the benches.

22        MR. MANZO:  Can you just circle the officer at the

23   very far left.

24   BY MR. MANZO:

25   Q    What's the time of this shot?

1    A    4:56 p.m.

2         MR. MANZO:  Can we play it forward from about 00

3    to 30 seconds or so.

4         (Video played)

5    BY MR. MANZO:

6    Q    What are you doing here at 17 seconds?

7    A    We're shoving the benches in to stop the outer

8    gates from closing.  So that way it prevents a barrier -- it

9    will create a barrier for any protester on the outside.  If

10   they get to that gate and they try to push, they won't be

11   able to enter.

12   Q    Did you end up putting more objects in that air

13   lock?

14   A    Yes.

15   Q    What did you put in?

16   A    Anything that wasn't bolted down, we threw in

17   there.  So these stanchions on the right side, we grabbed

18   them, we threw them in.

19        I believe we also threw shields in.  Anything we

20   could find that would take up space, we threw it in that

21   little area.

22   Q    Using that technique, were you eventually able now

23   to secure the doors?

24   A    Yes.

25   Q    What did you do after the doors were secured?

1    A    After the doors were secured, we made our way into

2    the Capitol Rotunda, and that is the first time where I saw

3    that other officers were there and they were deconning, what

4    we call decon, decontamination.  So anybody that's been

5    sprayed with OC spray, it burns, it's irritating.  So we had

6    bottles of water and everybody is just dowsing their face

7    with it on the inside, because at this point there's a push

8    inside the building to remove any of the remaining

9    protesters out of the building, and they successfully have

10   done that at that point.

11        Q    What time did your shift end?

12        A    I didn't leave until 11:00 at night.  I started at

13   8:00 in the morning, didn't leave until 11:00 at night.

14        Q    What did you do when you got home?

15        A    I was covered in OC spray.  So I basically stood

16   up, until about 3:00 or 4:00 in the morning, just washing

17   the same uniform over and over again to make sure I get it

18   all out, because even if you wash it off, sometimes if

19   there's any residue left, it will reactivate and it will

20   burn you once again.

21            So I washed the same uniform about three times.

22   The adrenaline was still pumping through me so I couldn't

23   sleep anyway.  And then I had to report in on the 7th at

24   7:00 a.m.

25        Q    What were you thinking that night when you were

```
 1    going to bed?
 2              MR. PEED:  Objection, Your Honor.
 3              THE COURT:  It will be sustained.  Next question,
 4    Mr. Manzo.
 5    BY MR. MANZO:
 6         Q    Did you have to go to work the next day?
 7         A    I did.
 8         Q    Where did you go?
 9         A    I went back to where my assignment was, was on the
10    House division.  I started at 7:00 in the morning and I
11    worked until 11:00 that night.  And then the following day
12    as well, 7:00 a.m. till 11:00 at night.
13              And basically, that was the pattern of our working
14    days till, I think, around March is when I got my first day
15    off.
16         Q    Did anything change around the Capitol on the days
17    after January 6th?
18         A    Yes.
19              MR. SHIPLEY:  Objection to relevance.
20              THE COURT:  That's overruled.
21    BY MR. MANZO:
22         Q    What changed?
23         A    The fences went up later that night.
24         Q    When you say -- what night, you mean January 6th?
25         A    January 6th.  So around 3:00 in the morning of
```

1   January 7th, I would say, that's when the fence line started

2   being put up all along the Capitol.

3       Q    And that was outside the Capitol area?

4       A    Correct.  That was basically over here, it was all

5   around.  So it was further than -- the bike racks were just

6   around the Capitol.  The actual fences went all around the

7   entire Capitol complex, around the Senate buildings and the

8   House office buildings as well, and the Library of Congress

9   as well.

10      Q    And you were just motioning to 1653 and saying

11  that the fences would have been outside the map of 1653?

12      A    Correct.

13      Q    Did you ever work those lines?

14      A    Yes.

15      Q    What did you do at those lines?

16      A    We were basically -- we were doing security

17  measures, not to get too involved in it, but we were

18  basically making sure that anybody that entered was

19  authorized to enter, including staff.  We'd validate their

20  IDs.

21           And then we were observing any individuals that

22  were walking near the fence line, because we had a lot of

23  that as well.

24           MR. MANZO:  Thank you.  No further questions.

25           THE COURT:  Okay.  Cross-examination, Mr. Shipley.

```
 1                         -  -  -

 2                    CROSS-EXAMINATION

 3    BY MR. SHIPLEY:

 4         Q    Good morning, Officer Carrion.

 5         A    Good morning, sir.

 6         Q    I want to work through the timeline a little bit

 7    of the entire day.  It seems like some of the videos

 8    compressed the timeline in a way that's probably not quite

 9    realistic.

10              You started that morning, you rolled out from roll

11    call to your position on the perimeter about 8:15, right?

12         A    Correct.

13         Q    And the perimeter you referred to it now, those

14    are the bike racks?

15         A    Correct.

16         Q    But several officers, I think we saw from the

17    first image, were internal, so to speak, from where the bike

18    rack was, just sort of watching the crowd build, right?

19         A    Correct.

20         Q    When you rolled out there at 8:15, were there

21    already people present?

22         A    Yes.

23         Q    But they were respecting the bike racks at that

24    point?

25         A    At that point, yes, sir.
```

1    Q    And it stayed that way for several hours, right?

2    A    I'm not sure about the time frame as far as hours.

3    Q    Okay.  Well, let me back up just a little bit and

4    say we just watched the video of the Rotunda doors opening

5    at 2:38, right?

6    A    I watched the video, sir.  I'm not very particular

7    about the timeline.

8    Q    Okay.

9         MR. SHIPLEY:  Can we pull up the video of the

10   Rotunda opening, I think it was -- I wasn't expecting to go

11   to that number quite this quick.

12        THE COURT:  I think it's 1056-7029 --

13        MR. SHIPLEY:  Correct, the CCTV.

14        THE COURT:  -- .02368.

15        MR. SHIPLEY:  And advance it to 2:38 p.m.

16        (Video played)

17   BY MR. SHIPLEY:

18   Q    So the doors open there at about 2:38, 2:39 p.m.

19   Do you see in the upper left-hand corner there?

20   A    Yes.

21   Q    That's the real-time stamp, right?

22   A    Yes, sir.

23   Q    And you had taken your position outside more than

24   six hours earlier, right, 8:15?

25   A    Correct.

1    Q    So -- and we saw, in watching some of the other

2   videos, as the crowd built and then, as you said, breached

3   the bike racks, overcame the barriers, moved toward the

4   stairs and up the stairs.  That wasn't a long period of

5   time, was it?

6    A    No, that all happened within approximately, like,

7   three-to-five-minute window, the breach.

8    Q    Right.  From the time they sort of overcame the

9   barriers for the last time, because you'd said they'd done

10   it a couple times before that?

11    A    Yes, sir.

12    Q    But when the barriers, in effect, disappeared, the

13   crowd moved forward to the stairs, right?

14    A    Correct.

15    Q    Okay.  And then we saw a video of several officers

16   on the stairs trying to maintain a defensive line at the

17   stairs?

18    A    Correct.

19    Q    Correct?

20         And then eventually that defensive line was

21   overcome and everybody ends up on -- what did you call it,

22   the promenade?

23    A    I would call it the platform.

24    Q    Platform.  Thank you.  I knew it was a P.

25         That entire sequence, like you said, it's only

```
 1    three to five minutes, right?

 2         A    I would say so, sir.

 3         Q    And then how long between, just your best

 4    estimate, thinking back, how long between the time where the

 5    crowd got to the platform and the doors were breached?

 6    I know a lot happened there.

 7         A    Honestly, I don't know.

 8         Q    Okay.

 9              But I think we'll see video that'll give us the

10    time.

11              But at some point, you said the numbers dwindled

12    down and it was just you and Officer Salke at the end,

13    right?

14         A    The officers on the outside dwindled down, yes,

15    sir.

16         Q    Correct.

17         A    Not the pro -- the protesting group that we were

18    dealing with was actually growing, but our numbers dwindled

19    down with the amount of officers being affected by the OC

20    spray.

21         Q    And we saw some ugly video of -- right there from

22    up close -- just the group of four or five of you right in

23    front of the doors being pepper-sprayed, right?

24         A    Correct.

25         Q    Okay.
```

1          Now, it had gone from, you said, about 30 officers

2   to start down to that small, little handful right at the

3   doors just before they were breached, correct?

4        A    Correct.

5        Q    Now, you previously testified, though, that, in

6   fact, some significant number of those 30 were

7   SWAT officers, right?

8        A    Correct.

9        Q    And they didn't leave because they were

10  pepper-sprayed or injured, did they?

11       A    No, sir.

12       Q    They left because whatever equipment they had and

13  they were using -- I think you described it as nonlethal

14  munitions -- they ran out?

15       A    Correct.

16       Q    And they left?

17       A    Correct.

18       Q    So now at that point, they weren't just walking

19  away and leaving you guys by yourself, right?

20       A    Correct.

21       Q    They had just -- it wasn't so desperate at that

22  point that they felt like they needed to stay.

23       A    I would say the characterization on that is a

24  little bit off because they're holding weapons.  And I

25  witnessed the crowd reaching for their weapons, as well as

1  their -- their personal weapons on their belt.  So I

2  witnessed personally individuals trying to grab their rifles

3  from them.

4       So after they were out of their less-than-lethal

5  ammunition, they need to be removed from the area in order

6  to either gain more of the less-than-lethal ammunition or to

7  try to secure themselves, because in the previous video we

8  saw that all of their vehicles were surrounded and the

9  protesters were jumping on those vehicles as well.

10      Q    Now, you saw that.  But fair to say that you're

11  speculating what you think caused them to leave.  But, in

12  fact, all you really know is that they left.

13      A    No.  I was standing next to one of the CERT

14  officers when they said that they had to leave because they

15  were out of their less-than-lethal ammunition.

16      Q    So that's what you knew, is that they were out of

17  their less-than-lethal ammunition and so -- munitions, so

18  they left?

19      A    Correct, because they had deployed their

20  flash-bangs to create space to give us enough room to create

21  the wedge and to push as many people back as we could.  And

22  then I heard them say that they're out, that they had to go

23  and redeploy.

24      Q    And, in fact, unfortunately, not necessarily in

25  anticipation or anticipated, the flash-bangs kind of had the

1    opposite reaction than they were intended.  It actually

2    agitated the crowd more.

3        A    I didn't see that.  I just think it was a shock to

4    everybody because even myself, when they deployed them, even

5    I jumped.  It was a shock.

6            And I remember I thought somebody -- it sounded

7    like a shotgun blast, to be honest with you.  When it went

8    off, I was facing to right of the crowd.  It happened on my

9    left.  And it was such a loud bang, it sounded like a

10   shotgun blast.

11           Everybody jumped, including the crowd.  And we

12   looked to see where -- what happened.

13           And I thought -- first instinct was I thought an

14   officer was shot, because I saw one of my officers, like,

15   jump in the air.  And it was because the flash-bang landed

16   at his feet.

17           But with that distance that it created, it allowed

18   us to push more of the protesters back and to create more

19   space between them and the door.

20       Q    Okay.

21           And we saw one video of officers, because it was

22   their job, aggressively, while on the stairs, so before we

23   get up to the top, but while on the stairs, we saw officers,

24   hard-shelled, aggressively beginning to try to push the

25   crowd back, right?

1    A    Correct.

2    Q    That actually caused the crowd to react exactly

3 the opposite fashion, knowing the crowd began pushing

4 forward and they had the numbers.

5         MR. MANZO:  Objection.  Calls for speculation as

6 to the mental state of the crowd.

7         MR. SHIPLEY:  Saw the video.

8         THE COURT:  It's overruled.  He's not asked about

9 the mental state of the crowd.  He's just asking about what

10 the officer observed.

11        So he can answer it.  It's overruled.

12        THE WITNESS:  I saw the -- our officers were

13 creating the police line to try to stop them.  And the crowd

14 started pushing back.  And you could hear them when they

15 were saying like, "Push, push, push."

16        And I remember my own experiences that there was a

17 moment where the crowd was pushing so heavily against us

18 that we were having trouble breathing because we're wearing

19 vests, so we have a lot of gear on ourselves.

20        And our guys are pushing forward; the crowd is

21 pushing against us.  And those of us that pretty much got

22 caught in the middle pushing were being pressed against.

23 And there was times where I felt like I couldn't even

24 breathe.

25

BY MR. SHIPLEY:

Q    Rock and a hard place?

A    Yes, sir.

Q    You got people pushing from both directions?

A    Correct.

Q    And you're caught in the middle?

A    Correct.

Q    And you didn't have the gear you needed for that kind of circumstance?

A    I would say it was the best thing we had at the moment.  It was an unprecedented event that I've ever experienced.

Q    Fair enough.  No question.

     But at least for a moment on that stairwell, we saw in the video that it was essentially just a face-off. And the pushing didn't really start until the hard-shell officers pushed and knocked few protesters over.  People fell backwards, right?  Then the crowd starts pushing?

A    I'm not aware of that, sir.  I apologize.

Q    Now, you said a few times, you know, some of the words -- you referred repeatedly to, "Breach, breach, breach," I think, but used it in a few different ways.  You talked about the breach of the external barrier, which were the gates, right?

A    Correct.

1    Q    The bike racks.  Okay.

2          And then the breach of the -- the Rotunda doors

3    or -- I guess those are the Columbus Doors, right, the ones

4    to the exterior?

5    A    Yes, sir.

6    Q    And then back behind those, there's actually

7    another set of doors that goes into the Rotunda, right?

8    A    Yes, sir.

9    Q    Okay.  So I don't want to use those

10   interchangeably.  So if I say "Columbus Doors," I'm talking

11   about the exterior doors that you and Officer Salke were

12   manning.  And if I talk about the Rotunda doors, which I'm

13   not sure I'm going to, those are the ones that are inside

14   that open up into the great Rotunda of the Capitol.

15         Follow me?

16   A    Understood.

17   Q    Okay.

18         And when you said the door was breached, you're

19   talking about the exterior doors.  You're on the outside.

20   It's down at some point to just you and Officer Salke.  And

21   you described it was actually more the people from the

22   inside pushing out that prevented you guys from using that

23   flagpole to keep the door closed, right?

24   A    It was the group on the inside with the amount of

25   force that they were applying that caused the flagpole to

1    break.  And when it broke, we lost the door.

2        Q    Okay.  And you didn't even realize there were

3    people inside until you noticed looking through the window

4    you saw officers and protesters inside?

5        A    Correct.

6        Q    Okay.  Now, you said you had heard breaches being

7    called out at that point; right?

8        A    Correct.

9        Q    This is 2:38 in the -- right about 2:38.  We saw

10   that earlier that in the timestamp it says 2:38, the windows

11   are -- the doors are open, right?

12       A    Correct, for our door being breached, correct.

13       Q    Now, this is close to an hour after windows and

14   doors were being broken in other parts of the Capitol and

15   people were going inside, right?

16       A    I believe so.

17       Q    Okay.  Because the meeting was adjourned or the

18   congressional session was adjourned at 2:15 because there

19   were people in the building?

20       A    I'm not sure about that timeline, sir.

21       Q    Okay.

22            You're outside busy at 2:15.  You're not paying

23   attention to what's going on inside at that point, right?

24       A    That's correct.

25       Q    Okay.

1    So -- but then you realize, in effect, not only

2  are the doors lost, which you and Officer Salke were

3  protecting, but the building is for all purposes lost

4  because there were people who have not been screened that

5  are inside.

6    A    Correct.

7    Q    Okay.

8    And then I think you earnestly said that once the

9  doors were opened, people started coming inside.  At that

10 point, you didn't see other Capitol Police officers around

11 you.  You and Officer Salke were basically into crowd

12 management; in other words, just kind of protecting each

13 other and just keeping your eyes on what people were doing.

14 You really weren't in a position to oppose it, fair enough?

15    A    That's correct.

16    Q    Okay.

17    Now, you mentioned the dog, being sort of caught

18 off guard by the fact that somebody was bringing the dog

19 through in a tactical vest.  Your word, "tactical vest."

20    A    Correct, sir.

21    Q    What's that mean?

22    A    Basically, he had a vest on that had -- basically,

23 it looked like it had padding.

24    It looked like, basically, what an officer would

25 wear when we wear an outer vest.  It has all these, what

1    they call molles, which are basically areas where you can

2    attach items to it.  It's a military-style look.  And that

3    is what we saw on the dog.

4         Q    Fair enough.

5              But service dogs, you know, people have service

6    dogs nowadays that they take with them in various places.

7    They have similar kind of apparel, right?

8         A    They have similar -- but from my experiences,

9    service dogs, the vest is flat around.  There are no areas

10   for attachments to be placed on it.

11        Q    But if you're taking a dog into a crowd, uncertain

12   circumstances, and you have some investment in the dog, you

13   probably want to have the dog protected, right?

14        A    If that's what the owner deems, so be it.

15        Q    But still it caught your attention because it's

16   out of place.

17        A    It is.  It is out of place.

18        Q    Now, but you said previously that -- oh, let me

19   ask you.

20             You recall being interviewed by the FBI at least

21   twice, right?

22        A    I'm not sure if -- I was interviewed multiple

23   times.  I'm not sure exactly when.

24        Q    Okay.  Well, you recall being interviewed by the

25   FBI right at the end of March 2021, roughly just, like,

1   seven weeks after the event?

2       A    Possibly.

3       Q    Okay.

4            And then some period of time passed and then sort

5   of leading up to court proceedings, you were

6   interviewed again?

7       A    I'm sorry, sir.  I was interviewed multiple times.

8   I really don't know the time frames of when I was

9   interviewed.

10      Q    Okay.

11           Now, in your first interview, you did talk about

12  the Oath Keepers, and you identified them by name, right?

13      A    I believe that I did.

14      Q    And you --

15      A    I remember seeing their patches when they came

16  through the door.

17      Q    And it was the dog that got your attention, and

18  then you had a little bit of an interaction, right?

19      A    I believe so.

20      Q    Okay.

21           Now, how many groups of Oath Keepers do you

22  remember coming into the Rotunda -- or, I'm sorry, in

23  through the Columbus Doors?

24      A    I'm not sure of the number of individuals that

25  came through.  I just remember seeing the patches of

```
 1   Oath Keepers.
 2           But what got my attention was the tactical vests
 3   that they were wearing and the military ballistic helmets,
 4   which, in my opinion --
 5           MS. HALIM:  Objection.
 6           THE COURT:  It's overruled.
 7           THE WITNESS:  In my opinion, that wearing a
 8   ballistic hat in a military-style armor carrier to me
 9   signified the intent, the possible intent of the individuals
10   because that is items that you would wear for a firearms
11   fight or battle where, as you could see, majority of the
12   crowd were plain clothes; and then these individuals were
13   wearing military ballistic helmets and vest.
14   BY MR. SHIPLEY:
15       Q    Majority of the crowd, plain clothes, correct?
16       A    Correct.
17       Q    The Oath Keepers weren't the only people with
18   helmets on, were they?
19       A    It was a very slim number of individuals.
20       Q    Not my question.
21           My question was, you saw other people with helmets
22   besides the Oath Keepers over the course of the time you
23   were there?
24       A    Yes, sir.
25       Q    Okay.
```

1    And, in fact when, the dog came in, we saw the dog

2  come in, that's at 3:14 and 45 seconds, right?

3    A    I believe so.

4    MR. SHIPLEY:  Why don't we go forward to 3:14 and

5  45 on the video?

6    MR. EDWARDS:  Would you like us to do that for

7  you?

8    MR. SHIPLEY:  Yeah, I'm sorry, please, that would

9  be helpful.

10    Why don't we go to 30 and then we'll just start

11  playing it at 30.

12    That's fine, just start there.

13    (Video played)

14  BY MR. SHIPLEY:

15    Q    Why don't we stop right there, just briefly.

16    Do you remember the Capitol Police officer right

17  there coming through with the megaphone?

18    A    Yes, sir.

19    Q    Who is that?

20    A    That is our former lieutenant, TK Johnson.

21    Q    And he's using that megaphone, right?

22    A    Correct.

23    Q    Do you remember what he was saying?

24    A    I do not.

25    MR. SHIPLEY:  Keep playing.

1     (Video played)

2   BY MR. SHIPLEY:

3     Q    Then you see at least one hard shell officer come

4   behind him, right?

5     A    Correct.

6     Q    Now, there's two of them right behind him

7   together.

8          (Video played)

9          MR. SHIPLEY:  Now, why don't we stop, please.

10  BY MR. SHIPLEY:

11    Q    These are all Capitol Police officers, right?

12    A    Correct.

13    Q    Following Lieutenant Johnson?

14    A    Yes.

15    Q    Okay.  Keep going.

16         (Video played)

17  BY MR. SHIPLEY:

18    Q    Stop right there.

19         Okay.  Now, you recognize the people that you're

20  face to face with at that point.

21    A    Yes.

22    Q    Who's that?

23    A    I believe those are the Oath Keepers.

24    Q    Okay.  And that was the group that had the dog?

25    A    Yes, sir.

1    Q    So this is 3:14:55 seconds, right, nearly 30
2  minutes after the doors opened, correct?
3    A    Correct.
4    Q    Because the doors opened at 2:38 and change.
5         So we've got 30 minutes of people coming in and
6  out of this place, because I think you previously testified
7  that people were coming in and going out.  The doors, you
8  were making efforts to close them, they were being opened
9  again, sort of -- and I think you described it as sort of
10  wave effect over time, right?
11    A    That is correct.
12    Q    You don't remember any Oath Keepers before your
13  recognition of the group with the dog?
14    A    I remember seeing individuals with the actual
15  patches on themselves.  That was sporadic throughout that
16  event.  Whether they were going out or coming in.
17    Q    But it's fair to say they weren't the only
18  people -- well, let me ask you.  What is a ballistic helmet?
19    A    It's a helmet that can repel a certain caliber of
20  firearm round, like a 9-millimeter round, any type of
21  certain calibers from weapons, it can repel that and protect
22  the head.
23    Q    What's the basis for your conclusion at this time
24  that these were ballistic helmets that they were wearing?
25    A    At the time, not these particular individuals

1  here, but there were individuals wearing ballistic helmets.

2      Q    Okay.

3      A    And based on the military style nature of them.

4      Q    Well, at least the first two gentlemen here, that

5  person was an Oath Keeper, right?

6      A    Correct.

7      Q    And I'm just going tell you'll right now and say

8  it for the record, that person right there is

9  Roberto Minuta, my client.  He's an Oath Keeper, right?

10     A    Correct.

11     Q    Neither one of them are wearing helmets, are they?

12     A    No, sir.

13     Q    Okay.

14          But you said that the Oath Keepers coming in with

15  the dog were wearing ballistic helmets and plate carrier

16  gear.  What's plate carrier gear?

17     A    Basically the vests, it's body armor.

18     Q    But you don't know if anybody was wearing a plate

19  in your vest, do you?

20     A    I do not.

21     Q    In fact, there's vests of similar appearance that

22  aren't made to carry plates, right?

23     A    That's correct.

24     Q    They're just vests that give you the ability to

25  hang stuff on it if you're hunting?

 1         A     That's correct.

 2               THE COURT:  Mr. Shipley, can I interrupt you for a

 3    moment.  How much longer do you think you'll be?

 4               MR. SHIPLEY:  Yeah, I think that's fine.

 5    I probably have 15 minutes or so.

 6               THE COURT:  Okay.  Let's take our break then.

 7               We'll take our morning break now, ladies and

 8    gentlemen.  It's a little bit after 11:00.  We will resume

 9    at 11:20.  We'll see you all shortly.  Thank you very much.

10               COURTROOM DEPUTY:  All rise.

11               (Jury exited the courtroom.)

12               THE COURT:  Okay.  Officer, I'll just ask you not

13    to discuss your testimony with anybody over the break.

14               THE WITNESS:  Yes, sir.

15               THE COURT:  Thank you, everybody.  See

16    you shortly.

17               COURTROOM DEPUTY:  This Court stands in recess.

18               (Recess from 11:08 a.m. to 11:21 a.m.)

19               COURTROOM DEPUTY:  Jury panel.

20               (Jury entered the courtroom.)

21               THE COURT:  All right.  Please be seated,

22    everyone.

23               Officer, why don't you come on back up.

24    BY MR. SHIPLEY:

25         Q     Everybody would probably be happy to know I only

```
1    have one more question.
2              By your earlier testimony, you were out there
3    about 8 -- you came to work at 8:00 that morning, went home
4    at 11:00 that night, correct?
5        A    Correct, sir.
6        Q    So 13 hours, other than being exposed to the OC
7    spray, you didn't suffer any physical injuries during the
8    course of the day in your interaction with the crowd, right?
9        A    No.  I was mainly sore.
10             It was very cold that day so I was wearing a lot
11   of layers.  And the adrenaline was pumping, so I doubt if I
12   would have felt anything anyway.
13             MR. SHIPLEY:  Thank you, Your Honor.
14             THE COURT:  All right.  Thank you, Mr. Shipley.
15             Ms. Halim.
16             MS. HALIM:  Yes, I do have some questions.
17   Thank you.
18                            - - -
19                     CROSS-EXAMINATION
20   BY MS. HALIM:
21       Q    Good morning, Officer.
22       A    Good morning, ma'am.
23       Q    Just one second, we've got a mask caught in an
24   earring situation.
25             Just pick up where you just left off, it was very
```

```
1    cold that day, right?

2         A    Yes, it was.

3         Q    It was very cold all day that day, correct?

4         A    Correct.

5         Q    Windy as well, I think I heard you say earlier?

6         A    Yes, ma'am.

7         Q    That's part of the reason you said you had all

8    your layers on, right?

9         A    Correct.

10        Q    Let me ask you about your duties and

11   responsibilities as a Capitol Police officer.  You said

12   you'd been doing that about 15 years now?

13        A    Correct.

14        Q    A big part of your duties are to protect the

15   building itself, correct?

16        A    Correct.

17        Q    Protect the grounds outside of the building,

18   right?

19        A    Correct.

20        Q    Protect the people that are in the building,

21   right?

22        A    Correct.

23        Q    Which includes members of Congress and staff and

24   all the other people that are authorized on a regular basis

25   to be inside the building, correct?
```

1    A    Correct.

2    Q    You know, I noticed on your direct examination

3    that you also said that part of your duties are to protect

4    Congress and its processes, correct?

5    A    Correct.

6    Q    The making of the laws, right?

7    A    Correct.

8    Q    And I noticed when you said that, it didn't roll

9    off your tongue quite as smoothly as your other duties, like

10   protecting the building and protecting the people.  Did you

11   notice that at all?

12   A    No, I was just searching for the correct words to

13   describe the process.

14   Q    All right.  Sure.

15        Well, let me ask you this.  Prior to you being

16   here and testifying, you did, in fact, meet with

17   representatives of the government to prepare for your

18   testimony, correct?

19   A    Correct.

20   Q    You met with Mr. Manzo specifically?

21   A    Correct.

22   Q    Did you meet with any of these other prosecutors?

23   A    I don't believe so.

24   Q    When you met with Mr. Manzo, was Agent Palian

25   there?

1    A    No, I don't believe so.

2    Q    All right.

3         Do you remember if you met with Mr. Manzo just

4   once or multiple times?

5    A    Multiple times.

6    Q    Did Mr. Manzo in those multiple times that you met

7   with him explain that it was important for you to say the

8   word "processes and laws"?

9    A    No.

10    Q    All right.

11         I want to take you back now to the early part of

12   January 6th.  I think you said your shift started around

13   8:00, 8:15; is that right?

14    A    That's correct.

15    Q    And that day, were the bike racks put up before

16   the morning of the 6th or on the morning of the 6th?

17    A    I'm not sure when they were actually put up.

18   I just remember when we got there, they were already up at

19   8:15.

20    Q    And the bike racks, they just sort of form a lie

21   in a sort of circle of sort around the entirety of the

22   building, correct?

23    A    Correct, that forms the perimeter.

24    Q    And that was the notification to people that, this

25   is the line between where you can be and where you may not

1    be, right?

2         A    Correct.

3         Q    So if people were there early, they would know,

4    they'd have a clear indication, you're not meant to pass

5    this line, right?

6         A    That's correct.

7         Q    There were no -- there was no signage, though,

8    correct?

9         A    I can't speak on that because I didn't see any of

10   the other side.  So that's definitely not one of the things

11   I was looking for that morning.  I was more focused on the

12   amount of people there were for that morning.

13        Q    Okay.

14             And you mentioned that.  You said it was actually

15   surprising how many people there were that early, correct?

16        A    That's correct.

17        Q    And that's something ahead of time -- you knew

18   that that day was going to be different than the average day

19   at the Capitol Building, right?

20        A    That's fair to say, yes.

21        Q    And that's why there were some extra precautions

22   taken and put into place, right?

23        A    Yes, ma'am.

24        Q    You mentioned that you were assigned to the civil

25   disturbance squad?

1    A    Correct.

2    Q    And that's not something you're assigned to on a

3 daily basis, right?

4    A    Correct.

5    Q    Is there on a daily basis a civil disturbance

6 squad or only for special events?

7    A    Usually for special events or demonstrations,

8 permitted demonstrations that we know of that are going to

9 be large in nature.

10    Q    And I think you said you have some sort of soft

11 gear on, right?

12    A    Yes, ma'am.

13    Q    You did not have riot gear, correct?

14    A    Correct.  That would be our hard squad.

15    Q    Have you ever been assigned to hard squad?

16    A    No.

17    Q    Was anyone that day assigned to hard squad as far

18 as you're aware?

19    A    Yes.

20         MS. HALIM:  If I could just ask, Justin, if you

21 could pull up -- this is previously admitted Government's

22 Exhibit 1077.17, okay?

23 BY MS. HALIM:

24    Q    We're not going to play the video.  I'm just going

25 to pull it up on the screen for you right now.

```
 1              Do you recognize that?

 2       A    Yes, ma'am.

 3       Q    Do you need us to play it further to reorient, or

 4  do you remember that particular exhibit?

 5       A    I remember this, ma'am.

 6       Q    Okay.  Thank you.

 7              So I want to ask you, at that point, there was

 8  quite a mass of people, right?

 9       A    That's correct.

10       Q    There was chaos.  It felt chaotic, right?

11       A    Correct.

12       Q    It was very loud, wasn't it?

13       A    It was.

14       Q    There were a lot of people that were chanting

15  various things, correct?

16       A    That's correct.

17       Q    People were pushing?

18       A    They were.

19       Q    People were, quite frankly, belligerent.  Is that

20  a good word for it?

21       A    I would say aggressive.

22       Q    Okay.

23              Some of the people looked angry?

24       A    Yes.

25       Q    In fact, some people were shouting things that
```

1    demonstrated their anger, right?

2        A    That's correct.

3        Q    There were some people that had an almost gleeful

4    look about everything, right?

5        A    Gleeful in what way?

6        Q    A look like there was enjoyment in their faces, is

7    that fair to say, some of the people?

8        A    Yes.  That's fair to say, some of the protesters.

9        Q    At the point that we are in this video -- I think

10   you said that you weren't really sure about specific times

11   that day, right?

12       A    That's correct.

13       Q    Pretty fair to say a lot of it was a blur?

14       A    No, I wouldn't say all of it was a blur.  It's

15   just, if you ask me a specific time, like, if you say,

16   "Where were you at 3:15?" I really couldn't tell you because

17   I wasn't looking at my watch during all of this.

18       Q    I didn't ask that question well.  The "blurry" was

19   referring to the time.  The timing was a blur.  It was all

20   just one very long day to you, correct?

21       A    That's correct.

22       Q    Now, however, you do recall that at this point --

23   this is after the barricades have been broken on the front

24   east side, right?

25       A    That's correct.

1    Q    And this is as the people are coming closer, if
2  not even on to those front east steps, right?
3    A    Yes, ma'am.
4    Q    At that point in time, you're aware that there had
5  been a breach on the west, the other side of the building,
6  as well, right?
7    A    Yes, ma'am.
8    Q    So at the point this is happening, there's already
9  been a breach of the perimeter that you were aware of,
10 correct?
11   A    Correct.
12   Q    You were aware also that there had been a breach
13 into the building at that point, correct?
14   A    I wasn't aware that there was a breach into the
15 building.  I was aware there was a breach on the exterior
16 perimeter.
17   Q    Okay.  I understand.  It was later when you saw
18 through the window and the doors that you could see that
19 there must have been a breach into the building because you
20 could see people inside; is that right?
21   A    Correct.
22        MS. HALIM:  That's all I have at this time.
23        Thank you, sir.
24        THE WITNESS:  Thank you, ma'am.
25        THE COURT:  Thank you, Ms. Halim.

1     Mr. Weinberg.

2                    CROSS-EXAMINATION

3    BY MR. WEINBERG:

4        Q    Good morning, Officer.  How are you?

5        A    Good morning, sir.

6        Q    Just a couple of questions.

7             I'm pulling up what has been previously marked as

8    1056A.  This is basically the breach of the Columbus Doors.

9             Do you recall watching this video earlier?

10       A    Yes, sir.

11            MR. WEINBERG:  If we could play it in show motion,

12   please.

13            (Video played)

14   BY MR. WEINBERG:

15       Q    And you see the two little yellow circles,

16   correct?

17       A    Correct.

18       Q    That's the Oath Keepers entering?

19       A    I believe so.

20       Q    If we could just pause it right now.

21            So you see the person I just circled?

22       A    Yes, sir; with the backwards hat?

23       Q    Yes.  That's my client, David Moerschel.

24            Did you have any specific interaction with him on

25   this day?

```
 1        A    Not that I recall, sir.

 2        Q    Okay.

 3             And you said that he was wearing a hat, correct?

 4        A    In this video, I clearly a backwards hat.

 5        Q    So he was not wearing any ballistic helmet, isn't

 6   that right?

 7        A    Correct, sir.

 8             MR. WEINBERG:  I don't have any other questions,

 9   Your Honor.

10             THE COURT:  Thank you.

11             Mr. Peed.

12                        CROSS-EXAMINATION

13   BY MR. PEED:

14        Q    Good morning, sir.

15        A    Good morning, sir.

16        Q    Thank you for your service that day.

17        A    Thank you.  I appreciate it.

18        Q    Were you briefed about any plan or permitted

19   rallies around the Capitol that morning?

20        A    Not that I recall.

21        Q    Were you told there would be a rally called

22   freedom rally?  Does that ring a bell?

23        A    I knew that was going to be an event at

24   The Ellipse.  As far as the details, I don't recall that,

25   sir.
```

1    Q    You've been a Capitol Police officer for 15 years?

2    A    That's correct, sir.

3    Q    And have you been involved in arrests of

4  protesters within the Capitol Building before?

5    A    Inside the Capitol Building?  No.

6    Q    Have you ever been briefed on protests within the

7  Capitol before, before -- I'm not talking about January 6th,

8  but prior demonstrations or episodes in the Capitol?

9    A    Can you clarify?

10    Q    I could ask more specifically.

11        Were you ever briefed on arrests related to the

12  Kavanaugh proceedings?

13    A    The Kavanaugh proceedings?  Those were in --

14        MR. MANZO:  Objection; relevance.

15        MR. PEED:  Well, he was asked, Your Honor, about

16  why he did or did not make arrests.  So I'm inquiring into

17  the kinds of things that happened at the Capitol.

18        THE COURT:  I'll allow it.  I'll give you a little

19  bit of rope.  I'll see where it goes.

20        Go ahead.

21        THE WITNESS:  The Kavanaugh hearings happened in

22  the Senate buildings, not at the Capitol.  So most of those

23  arrests happened on the Senate side.

24  BY MR. MANZO:

25    Q    Were you briefed on them?

1    A    I was a part of those.

2    Q    Okay.

3         So you had been a part of arrests before for

4    protesting but not at the Capitol; within the Senate

5    buildings?

6    A    Correct.

7    Q    Okay.

8         One of the main -- are you briefed in your

9    training as a Capitol Police officer on the laws that govern

10   being on Capitol Grounds?

11   A    Yes, sir.

12   Q    And what is the main law that you're enforcing?

13   Are you briefed on, like, the actual statute that you're

14   enforcing?

15   A    I'm not sure of the actual statute for that.

16        We basically form a police line.  And once we

17   declare a police line, that becomes the perimeter.  And we

18   usually give protesters three opportunities to leave the

19   restricted area before they're arrested.  So if after three

20   notifications that they remain, they are informed that after

21   the third notification, they will be arrested.

22        So they have three opportunities to leave the area

23   at that point.

24   Q    Okay.

25        And remaining in restricted grounds is against the

1     law and can be -- subject them to arrest, right?

2         A     That's correct.

3         Q     And picketing or protesting within the Capitol at

4     all is against the law and makes them subject to arrest,

5     correct?

6         A     Yes, sir.  It's against the building regulations.

7         Q     Right.

8               And, obviously, disorderly conduct in the Capitol

9     is something that could subject people to arrest, right?

10        A     Correct.

11              MR. PEED:  All right.  No further questions.

12    Thank you.

13              THE WITNESS:  Thank you, sir.

14              THE COURT:  Redirect, Mr. Manzo?

15              MR. MANZO:  Briefly, Your Honor.

16                        REDIRECT EXAMINATION

17    BY MR. MANZO:

18        Q     Sir, on cross-examination, Mr. Shipley asked you

19    about the camouflage gear and how people can wear that for

20    hunting.

21              Do you remember that?

22        A     Yes, sir.

23        Q     Are there any hunting grounds near the

24    United States Capitol?

25        A     No, sir.

1    Q    Mr. Shipley asked you about the flash-bangs that

2  the officers deployed.

3        Do you remember that?

4    A    Yes.

5    Q    When the flash-bangs were deployed, had rioters

6  already gone over bike racks?

7    A    Yes.

8    Q    Had they got through that first line of officers

9  on the steps?

10   A    Yes.

11   Q    Did you see any indication that the U.S. Capitol

12 police officers instigated the riot?

13   A    Not that I'm aware of.  I did not see any of that.

14   Q    Did your colleagues suffer injuries on

15 January 6th?

16   A    Yes.

17       MR. SHIPLEY:  Objection; lacks foundation.

18       THE COURT:  I'm sorry?

19       COURT REPORTER:  Can you repeat that?

20       MR. SHIPLEY:  Lacks foundation.

21 BY MR. MANZO:

22   Q    Did you ever see your colleagues after

23 January 6th?

24       MR. SHIPLEY:  I'd ask for a ruling on the

25 objection.

```
1              THE COURT:  Well, he's rephrased to establish the
2  foundation.
3  BY MR. MANZO:
4      Q    Did you ever see any of your officers after
5  January 6th?
6      A    Yes.
7      Q    Did they suffer injuries?
8      A    Yes.
9              MR. SHIPLEY:  Objection; calls for hearsay.
10             THE COURT:  It's overruled.  He can answer it.
11  Go ahead.
12  BY MR. MANZO:
13     Q    Are you aware of what injuries they suffered?
14     A    Yes.
15             MR. SHIPLEY:  Objection; calls for hearsay.
16             THE COURT:  Why don't you ask him whether he
17  observed it.
18  BY MR. MANZO:
19     Q    Did you observe officers injured on January 6th?
20     A    I observed officers being hit with a flagpole and
21  batteries being thrown at them, as well as being sprayed
22  with OC spray into their eyes and face.
23     Q    Were any of those officers instigating the people
24  causing that harm?
25     A    No.
```

1    Q    You were asked by Mr. Peed about the Kavanaugh

2  hearings, correct?  Do you remember that?

3    A    Yes, correct.

4    Q    Was anyone beating officers with flagpoles at the

5  Kavanaugh hearings?

6    A    No.

7    Q    What about throwing batteries?

8    A    No.

9    Q    Were there thousands of people overrunning the

10  Capitol?

11    A    No.

12    Q    Ms. Halim inferred that you altered your testimony

13  today because I told you to.  Do you remember that?

14    A    Yes.

15    Q    Did you swear an oath when you came into court

16  today?

17    A    I did.

18    Q    What does that oath mean to you?

19    A    It means to tell the truth.

20    Q    Did you swear an oath to become an officer?

21    A    I did.

22    Q    What does that oath mean to you?

23         MR. SHIPLEY:  Objection; beyond the scope of

24  cross.

25         THE COURT:  It's overruled.

```
 1              THE WITNESS:  That means also to be truthful and
 2   apolitical in my duties.
 3   BY MR. MANZO:
 4       Q    When you came in here today, what did you come in
 5   here to do?
 6              MR. SHIPLEY:  Objection; irrelevant.
 7              THE COURT:  It's overruled.
 8              THE WITNESS:  To tell the truth.
 9   BY MR. MANZO:
10       Q    Yesterday did you sit around court all day?
11       A    I did.
12       Q    What did you do after you were done with court?
13       A    I went back to my detail, back to work.
14       Q    After 5:00 p.m.?
15       A    Yes.
16       Q    What time did you work till?
17       A    6:00.
18              MR. PEED:  Objection; beyond the scope.
19              THE COURT:  That's sustained.  Go ahead.
20   BY MR. MANZO:
21       Q    Why do you continue to do your job?
22              THE COURT:  Well, that's sustained.
23              MR. SHIPLEY:  Objection; relevance.
24              THE COURT:  That's sustained.
25
```

```
 1   BY MR. MANZO:
 2        Q    Would you lie here in court?
 3             THE COURT:  Mr. Manzo --
 4             MR. SHIPLEY:  Objection.
 5             THE COURT:  -- I think we've gone over those
 6   relevant questions.  Let's move on.
 7   BY MR. MANZO:
 8        Q    Did you tell the truth today?
 9             MR. SHIPLEY:  Objection.
10             THE COURT:  Mr. Manzo.
11             MR. MANZO:  Ms. Halim inferred that we're witness
12   coaching.
13             THE COURT:  I know, but you've asked the questions
14   you need to answer to deal with that, so go ahead.
15             MR. MANZO:  Thank for your time.
16             THE COURT:  Thank you, sir.
17             Officer, thank you for your time and testimony,
18   sir.  You may step down.
19             THE WITNESS:  Thank you, Your Honor.
20             THE COURT:  Mr. Manzo, unless you're going to use
21   that, could I ask you to take that poster board down.
22   Thank you.
23             MR. NESTLER:  Your Honor, may we have a brief
24   phone conversation.
25             THE COURT:  Sure.
```

```
 1              (Bench conference)

 2          MR. NESTLER:  This has to do with the objection

 3   that Ms. Halim raised yesterday about Agent Harris

 4   identifying each of the defendants through his testimony.

 5   He's about to testify.  So I'm flagging this right now.

 6          I believe that Ms. Halim, Mr. Shipley and

 7   Mr. Weinberg are all fine with when it can comes time to

 8   identify their clients that I'll just turn to them and ask

 9   their client to rise, and they're planning to rise with

10   them, I suppose, and remove their masks and that way they'll

11   be identified, and I'll just leave the agent and say is this

12   Mr. Hackett, is this Mr. Moerschel, is this Mr. Minuta.

13          For Mr. Peed's client, Mr. Peed is objecting on

14   foundational grounds so I wanted to just flag that now so we

15   can deal with it before the agent gets on the stand.

16          THE COURT:  So, Ms. Halim, are you -- let me start

17   with you.  Are you objecting to an in-court ID?

18          MS. HALIM:  I am objecting to an in-court ID, and

19   in fact, I plan on stipulating, which means I don't think

20   that there's any basis or need for Agent Harris to identify

21   Mr. Hackett in any way, whether it's after I've stipulated

22   or not.

23          The whole point of me stipulating is so that it

24   doesn't come from the agent who doesn't know him.

25          MR. NESTLER:  The agent does know him and I can
```

1  lay a foundation that he's circumstantially has reviewed

2  videos and photographs and can identify him in court.  To

3  appease what the defense is objecting to, I was planning to

4  do it this way and not have him point the finger at anybody

5  and just say, have you seen photographs of Mr. Hackett and

6  then turn and say, if Ms. Halim and Mr. Hackett would please

7  rise, and that will be identified as Mr. Hackett.

8           THE COURT:  Look, you know, I mean, here's the

9  thing.  It is true defense can stipulate to evidentiary

10 basis, but the fact that they're willing to stipulate

11 doesn't foreclose the government from proving up its case

12 the way it wants to and that includes on the issue of

13 identification.  And so if he's not going to sit there and

14 point, you all can come to an agreement about how it's going

15 to be done, that's fine.

16          Mr. Peed, you've got objections about foundation

17 issue about identification of your client.

18          MR. PEED:  Yes, Your Honor, the issue is if the ID

19 is based on video review, it's not helpful to the jury

20 because the jury can also look at videos and pictures.  So

21 it's only helpful to the jury if someone who's met the

22 defendant can then provide the opinion that that's the

23 defendant, the defendant that's what makes it admissible.

24          Based on what I just heard --

25          THE COURT:  Let me just interrupt you.

1        What's the foundation for Mr. -- Agent Harris'

2   identification of Mr. Vallejo?

3        MR. NESTLER:  Review of photographs from his phone

4   of him and the review of videos of him from January 5th and

5   6th.

6        THE COURT:  Okay.

7        MR. PEED:  I will say, Your Honor, based on what

8   I just heard from Mr. Nestler, I think it's essentially a

9   visual stipulation if Mr. Vallejo stands up, I'm fine with

10  that.

11       THE COURT:  Okay.  All right.  I mean, in other

12  words, when Agent Harris is asked, do you see Mr. Vallejo in

13  the room, your client will stand up, is that what you're

14  saying?

15       MR. PEED:  I'd like, instead of.  Do you see him

16  in the room, a question of just could something where

17  Mr. Nestler turns and asks Mr. Vallejo to stand up or say

18  the defense to stand up.

19       MR. NESTLER:  And that's fine with the government.

20       THE COURT:  Okay.

21       MR. NESTLER:  I'll show a photo of him and I'll

22  turn it and say, can Mr. Vallejo please rise, and then if

23  all the defense counsel are okay with that, it's easy

24  enough.

25       Just to be clear, after that, I plan, for the

```
 1   record, to then say to Agent Harris, and that's Mr. Vallejo,
 2   correct.
 3              THE COURT:  Right.  That's fine.
 4              I mean, this is not a big deal, folks, but let's
 5   go ahead.
 6              (Open court)
 7              THE COURT:  Is the government ready with its next
 8   witness?
 9              MR. NESTLER:  Yes, Your Honor.  Thank you.  The
10   United States calls Special Agent Kelsey Harris.
11              COURTROOM DEPUTY:  Raise your right hand.
12              (Witness is placed under oath.)
13              COURTROOM DEPUTY:  Thank you.
14              THE COURT:  Agent Harris, welcome.
15              THE WITNESS:  Thank you, sir.
16                            - - -
17   SA Kelsey Harris, WITNESS FOR THE GOVERNMENT, SWORN
18                      DIRECT EXAMINATION
19                            - - -
20   BY MR. NESTLER:
21        Q    Good morning, sir.
22        A    Good morning, sir.
23        Q    Could you please state and spell your name for us.
24        A    Kelsey Harris.  K-e-l-s-e-y, H-a-r-r-i-s.
25        Q    And, Agent Harris, what do you do for a living?
```

1    A    I'm a Special Agent with the FBI.

2    Q    What does a Special Agent with the FBI do?

3    A    We're tasked with conducting federal

4  investigations.

5    Q    How long have you been a special agent with the

6  FBI?

7    A    A little over five and a half years.

8    Q    Do you get any special training to become a

9  Special Agent with the FBI?

10    A    Yes.

11    Q    Could you please describe that training.

12    A    Our basic training is conducted at Quantico,

13  Virginia, which is approximately six months long.

14    Q    Where are you normally stationed as an agent with

15  the FBI?

16    A    I'm in Florida.

17    Q    Have you been in the D.C. region for the past

18  several months?

19    A    I have.

20    Q    Welcome.

21    A    Thank you.

22    Q    Prior to January 6th of 2021, what kinds of crimes

23  did you investigate as an agent with the FBI?

24    A    At the beginning of my career, I was tasked with

25  conducting investigations, white-collar investigations and

1    healthcare fraud and different types of complex financial

2    crimes.

3             From 2020 onward, I've been on the FBI Joint

4    Terrorism Task Force where I conduct international and

5    domestic terrorism investigations.

6        Q    And what is a joint terrorism task force?

7        A    It's a task force made up of FBI agents, some

8    other federal agencies, and local police agencies.

9        Q    In general, what kind of -- or what are some of

10   the investigative steps that you take as an FBI agent when

11   you're investigating a crime?

12       A    There's lots of different steps from conducting

13   interviews, conducting surveillances, serving legal process

14   such as subpoenas, executing search and arrest warrants,

15   reviewing evidence, and other techniques that we use in our

16   secret investigations.

17       Q    What is your goal?  What are you trying to

18   accomplish when you're conducting an investigation?

19       A    From the beginning of an investigation, we're --

20   number one is trying to figure out if a federal violation

21   has, in fact, occurred, who committed that violation, you

22   know, why that violation was committed, who were the members

23   of -- if there's a group, who are the members of that group

24   that committed that violation, and so on and so forth.

25       Q    Are you ever involved in arrests?

1    A    I am.

2    Q    And after an individual is arrested, do you stop

3  investigating?

4    A    No, sir.

5    Q    Why not?

6    A    Because there's always or we think there's always

7  evidence to be gained, and just because someone is arrested

8  doesn't mean that's the end of an investigation.  We're

9  always trying to find the truth, not only evidence, but

10  evidence that leads to the truth.  And we're always

11  seeking that.

12    Q    Let's talk about this case more specifically.

13        So shortly after January 6th of 2021, were you

14  assigned to cases related to the events at the Capitol?

15    A    Yes, sir, I was.

16    Q    How did that come about?

17    A    Immediately after January 6th, specifically in my

18  area in Florida, we began receiving complaints, tips, leads

19  in regards to people that were involved in the riots at the

20  Capitol or potentially involved or had information about the

21  events at the Capitol that day.

22    Q    And so you were based in Florida at the time,

23  right?

24    A    Yes, sir.

25    Q    How did you work with agents from D.C. and

1    elsewhere in the country?

2        A    We just coordinated, because people -- you know,

3    obviously, January 6th, the event occurred here in D.C.  I'm

4    based in Florida.  Different people traveled from all over

5    the country.  So, you know, it really took a coordinated

6    effort, not only with agents and other investigators here in

7    D.C., but throughout the country.

8        Q    Have you been to the Capitol?

9        A    I have.

10        Q    And have you seen photos and videos of the Capitol

11    from the time around January 6th of 2021?

12        A    Yes, sir, I have.

13        Q    Approximately how many photos and videos?

14        A    Hundreds, maybe thousands.

15            MR. NESTLER:  And if we could -- well, if we could

16    go -- Mr. Edwards, if you could help me with 1653, which is

17    the map.

18            We're just going to leave 1653 up for a second as

19    we go over a couple of videos.

20            So shortly after January 6th, did the FBI become

21    aware of an open-source video from around 2:35 p.m. on the

22    east side of the Capitol?

23        A    Yes, sir.

24        Q    And if you could, using this map here,

25    Exhibit 1653, can you just point to where the east side of

1    the Capitol is?

2       A   So from this view and this map here, we're facing

3    west, so we're facing east -- the east side of the Capitol

4    is facing the viewer.

5       Q   And the video I'm about to show when people are

6    going up the stairs, can you point to which staircase

7    that is?

8       A   Yes.  That's here, right in the center.

9       Q   Okay.

10       So you pointed to the staircase right in the

11    center on the east side of the Capitol; is that right?

12       A   Yes, sir.

13       Q   Okay.

14       MR. NESTLER:  And if we could pull up

15    Exhibit 1050, please, Ms. Badalament.

16       And is this the one of the videos the FBI became

17    aware of shortly after January 6th about people on the

18    east-side stairs?

19       A   Yes, sir, it is.

20       MR. NESTLER:  Government moves into evidence

21    Exhibit 1050.

22       MS. HALIM:  No objection.

23       THE COURT:  1050 will be admitted.

24                          (Government Exhibit 1050
                               received into evidence.)

25

1    MR. NESTLER:  It's about a minute long.  If we

2  could just go ahead and play it, Ms. Badalament.

3    (Video played)

4    MR. NESTLER:  If we can go back to just the first

5  second and leave it frozen there, please, Ms. Badalament.

6  BY MR. NESTLER:

7    Q    So, Agent Harris, what about the individuals in

8  this video drew you and your colleagues' attention to this

9  interaction?

10    A    Well, obviously, there are lot of people at the

11  Capitol that day.  There were people wearing different gear

12  or different colors.  There's red hats, blue hats, different

13  clothing.

14    This video stood out, however, because of the

15  group of individuals walking up the steps.  They were all

16  wearing similar attire.  They were moving together.  As you

17  can see in the video, they all had their hands on the person

18  in front of them.  So there appeared to be a group moving in

19  a coordinated effort up the steps together.

20    Q    And we talked about how you are an FBI Agent and

21  you've received training at Quantico and other places; is

22  that right?

23    A    Yes, sir.

24    Q    Have you ever moved in a fashion as part of your

25  duties as an FBI Agent where you are keeping physical

```
 1   contact with the person in front of you and the person
 2   behind you?
 3              MR. WEINBERG:  Objection.
 4              MS. HALIM:  Objection.
 5              THE COURT:  On the phone, please.
 6              (Bench conference)
 7              THE COURT:  We've had this discussion before.
 8              And where are you going with this, Mr. Nestler?
 9              MR. NESTLER:  This is -- he's experienced this
10   personally, so I'm laying the foundation for why this was
11   relevant to him and why he has -- what it looked like
12   to him.
13              We're not using the word "stack."  We are talking
14   about how he has in the past in his career as an FBI agent
15   moved in fashions where he has been in contact physically
16   with the person in front of him and behind him and how
17   that -- why he was trained to do that and how that's
18   relevant to him.
19              MS. HALIM:  Your Honor, this is dangerously close
20   to exactly what we moved to exclude.  In fact, if I recall
21   correctly, at the Pretrial Conference Your Honor said that
22   for him, for someone who was not present and didn't
23   physically observe it and this is in retrospective review of
24   things, that that would be inappropriate and cross into
25   inadmissible opinion testimony or expert testimony.
```

1    MR. PEED:  We also, I would add, Your Honor, that

2    the testimony to what they're wearing is what caused the

3    tension.  So this question, actually, Mr. Nestler is moving

4    into is -- doesn't as yet even have a basis for relevance.

5    THE COURT:  If I remember this discussion

6    pretrial, it was -- it surrounded the issue of opinion

7    testimony about sort of a retrospective evaluation of why

8    the people were lined up the way they were lined up; in

9    other words, to the extent that an agent had testified or

10   suggested that this lineup was done to act in a manner

11   consistent with military training and the like or law

12   enforcement training, I think that was the problem.

13   If this is limited simply to this is why it caught

14   his attention and why this was relevant to him and he's not

15   then opining about what these people were doing or why they

16   were doing it, I think that falls on the admissible side of

17   it.  But this is something that I want to make sure -- the

18   first trial this came up a fair amount; in other words, the

19   issue was elicited multiple times, including by defense.

20   But, you know, I want to be a little bit more

21   mindful -- I want to be more mindful of that, given the

22   pretrial discussion about it.

23   MR. NESTLER:  Understood, Your Honor.

24   MS. HALIM:  May I add, though, because it sounds

25   like what Mr. Nestler is doing here, it sounds like what

1  he's going to say is, "Agent Harris, in your experience, why

2  did you do this?  What did it mean when you did this?  And

3  did that -- why did this image remind you of that?"

4           And to me, that is crossing the line.  It sounds

5  like that's where he's going.

6           MR. PEED:  And it's leading because he asked the

7  agent, "Why did this catch your eye?"

8           And he answered the question.

9           THE COURT:  Well, I think he can follow up and

10 say, "Was there something about -- was the fact that -- how

11 you saw them moving, was there something familiar about that

12 to you?"

13          And he can then explain what seemed familiar to

14 him and why it stood out to him.

15          MR. PEED:  But --

16          THE COURT:  Okay?

17          (Open court)

18 BY MR. NESTLER:

19     Q     Agent Harris, you just testified that one of the

20 things that stood out to you was that people appear to have

21 their hands on their shoulders of the person in front of

22 them; is that correct?

23     A     Yes, sir.

24     Q     As an FBI agent, have you ever been in a situation

25 where it was important for you to have physical contact with

1    the person in front or behind you?

2            MR. PEED:  Objection.

3            THE COURT:  Rephrase the question, Mr. Nestler,

4    consistent with what we discussed on the phone.

5            MR. NESTLER:  Sure.

6    BY MR. NESTLER:

7    Q    So, Agent Harris, what about the people having

8    their hands on the person in front of them stood out to you?

9    A    It appeared that they were moving in a coordinated

10   effort.

11   Q    And as an FBI agent, have you ever moved in a

12   coordinated effort?

13           MR. PEED:  Objection.

14           MS. HALIM:  Objection.

15           THE COURT:  I think it's sustained.

16           If you will rephrase the question, that's fine.

17   But it's sustained as phrased.

18           MR. NESTLER:  Sure.

19   BY MR. NESTLER:

20   Q    In your experience as an FBI agent --

21           MR. PEED:  Objection.

22           MR. SHIPLEY:  Your Honor, can we get on the phone?

23           THE COURT:  Let him ask the question, please.

24   BY MR. NESTLER:

25   Q    In your experience as an FBI agent, is there a

1    benefit to having a physical contact with a person in front

2    or behind you when you are doing something?

3              THE COURT:  Let's get on the phone, please.

4              MR. NESTLER:  Your Honor, I'm not trying to draw

5    the connection to what they're doing here.  I'm asking a

6    separate question, which is I'm asking about his personal

7    experience as an FBI Agent.

8              I'm not -- if the defense was trying to draw the

9    connection to what we're seeing on the screen here, I'm

10   moving away from that to talking just generally about how he

11   acts as an FBI agent.

12             THE COURT:  So here's the problem or the

13   difficulty, which is, you know, the case law says that a law

14   enforcement officer who -- a law enforcement officer

15   obviously can rely on training and experiences; and that can

16   be done to make observations that, when the officer is

17   present, he can -- the law enforcement agent can say, "Yes,

18   this is familiar to me for the following reasons."

19             The classic example is sort of the drug-conspiracy

20   circumstance where an officer can say, "Based upon my

21   training and experience, what I observed on the street that

22   day, it seemed to me to be a drug transaction," what

23   have you.

24             You're asking him something different, which is,

25   "What's the benefit of these people putting their hands on

 1  each other?"

 2          And that's not arising in the context of something

 3  that, A, they observed.  He's not really opining upon why

 4  they were doing what they were doing.

 5          MR. NESTLER:  And I don't need to or intend to ask

 6  that question.  I'm asking a separate question, which is,

 7  "What is the benefit to you, as an FBI agent, of having

 8  physical contact with people in front and behind you when

 9  you were doing things as an FBI agent?"

10          I'm not making the connection.  I'm not going to

11  frame it as part of this video.

12          THE COURT:  Well, I think the problem is the

13  connection is pretty evident.  I mean, watching a video with

14  people with hands on their backs and you're going to ask

15  him, "As an FBI agent, what's the benefit of doing that?"

16  It's not going to take much for the jury to draw that

17  connection.

18          MR. NESTLER:  And the jury is free to draw the

19  inference which is, I think, the whole point here, but

20  I'm not actually eliciting the testimony in connection.

21  I'm not having him opine on what they were doing, and

22  I'm not intending to have him opine on the reason why

23  they're doing what they're doing.  I'm having him explain

24  why he does what he has done as his own personal experience

25  as an FBI agent, and in closing we can draw the connection

1    and the jury can, of course, draw their own inference.

2    They're separate then I understand the defense's objection.

3    I'm asking not asking him to opine what is the benefit of

4    these people doing what they're doing right now.

5             MS. HALIM:  Our own objection is relevance.

6             MR. SHIPLEY:  The problem is that's not relevant.

7    Why -- if it was an FBI agent on trial, that might be

8    relevant, but it's not an FBI agent on trial.

9             THE COURT:  I mean, look, I think the problem,

10   Mr. Nestler, is you're right, I mean, you are asking

11   different issue; on the other hand, even if you don't ask

12   him the ultimate opinion question by asking him what the

13   benefit is of -- with an FBI agent, of walking in this

14   manner, the jury is being essentially told that that's what

15   the benefit was for these individuals.  And, you know, we've

16   talked about this and you can bring in lay witnesses to say

17   exactly why they walked in the way they did and whether they

18   have that kind of training in the military.  I think it's a

19   little bit more fraught when you're asking law enforcement

20   officers to do that.

21            MR. NESTLER:  I completely understand, and we

22   are -- again, I think we are entitled to have the jury draw

23   their own inferences and we're entitled to present our

24   evidence and let the jury draw the inference.

25            And I believe that I'm not tying it to this and if

```
 1    that's the inference the jury draws, they're entitled to do

 2    so.

 3              But he can say in his experience, we talked about

 4    his training, what he's been trained to do as an FBI agent,

 5    and so I believe he can testify as to that.  It is relevant.

 6              MR. PEED:  There's a little bit of relevance to

 7    just background credibility.  And some of the training and

 8    experience, the defense has to live with, but this is not

 9    that, this is very specific training just to tie it to this

10    video.

11              THE COURT:  I mean, look, usually training and

12    experience has to do with the foundation of why somebody did

13    what they did and why they took particular actions as law

14    enforcement.

15              This is slightly different.  I mean, you're asking

16    him about particular training that matches up with the

17    conduct of members of the conspiracy, which I think is a

18    different reason or is a different rationale for wanting to

19    get into it, and I think that's where we sort of are coming

20    up to the line that I'm trying to draw.

21              MR. NESTLER:  I understand.

22              I'm just looking for one question, which is, in

23    your FBI agent experience, have you ever moved by touching

24    the person in front or behind you and what is the benefit to

25    you as an FBI agent when you do those things.
```

1    That's the point of asking that question and then

2    I'm planning to move on.  But that was the point of my

3    question, not asking him why he thought people on the video

4    were doing this.

5    MR. SHIPLEY:  Your Honor, I'd like to hear a

6    proffer of what his answer is going to be.  Certainly

7    Mr. Nestler knows what the answer is going to be.  If the

8    Court hears the answer, then the Court may say, that's not

9    an answer that is relevant.

10    THE COURT:  Well, I know what the answer is he's

11    going to say, it benefits people by being able to move

12    through a crowd.  It's pretty obvious what he's going to

13    say.  That's what he said in the first trial.

14    MR. PEED:  And I think the Court is very on top of

15    this.  I just want to make it clear.  Because they have lay

16    witnesses who can provide directly what was in their minds,

17    it makes the 403 issue very stark.

18    THE COURT:  Let's do this.  Agent Harris is going

19    to be on the stand for a little while.  We'll think about

20    it, we can always come back to this if I agree with

21    Mr. Nestler.  I understand it disrupts the flow but you can

22    always come back to it later.

23    MR. NESTLER:  That's fine.  That's probably an

24    understatement.  He'll be on the stand for a while.

25    THE COURT:  All right.

```
 1                (Open court)
 2   BY MR. NESTLER:
 3        Q    Okay, Agent Harris, we're going to move on.
 4             Now, how many people walked up the stairs from
 5   your review of the video with their hands on each other's
 6   shoulders?
 7        A    I believe there were 12.
 8        Q    And how many people do they appear to meet up with
 9   at the top of the stairs?
10        A    There were two other individuals.
11        Q    Can you do a little bit of math for us, 12 plus 2?
12        A    It's 14.
13        Q    Has the FBI identified all 14 of those
14   individuals?
15        A    Yes, sir.
16        Q    What kinds of things did the FBI look at and do to
17   identify them just generally?
18        A    We used the clothing that they were wearing.
19             The clothing, patches, different angles of video,
20   physical features, such as their stature, that type of
21   thing.
22        Q    Now, going forward, we're going to call these 14
23   people Line 1, okay?
24        A    Yes, sir.
25        Q    All right.
```

1      Now, I'm going to pull up on the screen for you

2  Government's Exhibit 1050.1.E2.

3      And does this video reflect the identifications of

4  these 14 individuals?

5      A    Yes, sir.

6          MR. NESTLER:  The government moves to admit

7  1050.1.E2.

8          MR. SHIPLEY:  Objection.

9          MR. PEED:  Objection.

10          THE COURT:  Basis?

11          (Bench conference)

12          MR. PEED:  This is going to come up repeatedly,

13  Your Honor.  I think the proper way is to have the witness

14  identify them, not to read names that have already been

15  identified.  And then once the witness makes an in-court

16  testimonial identification, then an exhibit which recollects

17  his identification is admissible.

18          MR. NESTLER:  He has already reviewed this exhibit

19  and identified these individuals as correctly identified.

20          MR. PEED:  Out of court he has.  But in court he

21  needs to identify them and then the government can put the

22  names in.

23          THE COURT:  Well, look, if the foundation is laid

24  that he has reviewed this exhibit, that he knows who the

25  people are, how he knows who the people are, he can then

1   testify whether the names come up first or the names come up

2   after.  If that's the issue, I don't think that's a big

3   deal.

4           As long as the foundation is laid that the exhibit

5   is accurate, he can identify based upon his investigation of

6   who these people are, what's the problem?

7           MR. PEED:  The problem is that it's leading,

8   because it's giving him the ID and he needs to make the ID

9   to show that he does know who these people are.

10          THE COURT:  Well, what if he testifies that I was

11  able to identify those people when I looked at this exhibit

12  outside of the courtroom and I can make those same

13  identifications now.  And I'm going to confirm for you that

14  the names that pop up are the same names as I identified

15  them before I walked into this courtroom.  Is that enough?

16  It seems to me that would be enough.

17          MR. PEED:  If he can say, I did work outside of

18  the court.  So that brings in a prior written --

19  recollection.

20          THE COURT:  No, it doesn't.  No, it doesn't.

21          He's going to say, I looked at this exhibit, I was

22  able to identify who these people are; are their names that

23  are going to come up on this exhibit; yes, there are; are

24  those the names of the people who you identified before you

25  walked into court; yes, they are; are those names accurately

1   reflected in the video; he'll say, yes, they are; and that

2   gets it in, that's enough.

3          MR. PEED:  But what's the basis for that

4   statement?  He has to make the IDs.  All I'm asking is

5   that --

6          THE COURT:  He's making the IDs.  He's made them.

7   He's identifying who these folks are in the exhibit.

8          Now, if you want him to sit there and identify who

9   they are each person by person, I guess that's what we could

10  do, and we'll be here till February.

11         MR. PEED:  It will just take one second to say the

12  names of the 14 people and then the names will go up on the

13  exhibit.  That's all I'm asking.  It will take five seconds.

14         What came up over and over is that agents were

15  shown names and then they IDed them, and that's leading and

16  suggestive.  And I just want the agent who's saying they

17  know who these are to make the ID and then the exhibit is

18  admissible.

19         THE COURT:  He has looked at the exhibit outside

20  the courtroom, right?  Okay.  He can then say, I've

21  identified who these people are, I know who they are.

22  Right?  And the exhibit is accurate.  Correct?

23         MR. PEED:  He can say that.

24         I mean, these people, a lot of their faces aren't

25  revealed.  And I want him to say -- to make the ID, and then

1    it becomes admissible that the ID is with the ID he's

2    providing, not someone out of court, that he's providing in

3    court, that becomes the exhibit.

4          It will take five seconds.  He said he can do it.

5          THE COURT:  I don't think it's going to take five

6    seconds, because you're asking not only how he's able to --

7    who the person is, but how he's able to identify that

8    person, right?

9          MR. PEED:  No.  He can say, I've reviewed lots of

10    videos, this person is Hackett, this person is Moerschel,

11    this person is Meggs.

12          I mean, it will take five seconds to go through 14

13    names, and the basis -- he already said the basis for it;

14    I just want him to do the ID.

15          MR. NESTLER:  I don't believe that's necessary or

16    appropriate.

17          So as we can tell, this video is complicated and

18    moves around a lot, and so he has spent a lot of time

19    studying this video and related videos to find people who

20    are hidden by others at different times.

21          And so the whole point here is to say, I've

22    reviewed this so many times from different angles that --

23    and then we prepared, my team and I, prepared something that

24    shows who each of the individuals are, because sometimes all

25    you can see is the top of their hat or the top of their

1  helmet or their arm, depending on the angle at a certain

2  split second of the frame.

3        THE COURT:  If he testifies that he, outside of

4  the courtroom, looked at this video, helped prepare it,

5  understands who the people are, the basis of their

6  understanding -- of why he was able to identify these folks

7  and who they are, I think it's appropriate to then say, is

8  the exhibit fair and accurate.

9        And he can then say, yes, it's fair and accurate;

10  it accurately depicts who these people are and where they

11  are in the video.

12        MR. PEED:  I think that's --

13        THE COURT:  I think we're done.

14        (Open court)

15        THE COURT:  So with the proper foundation, it can

16  be admitted.

17                        (Government's Exhibit 1050.1.E2
                                received into evidence.)
18

19  BY MR. NESTLER:

20     Q    So, Agent Harris, you said you reviewed hundreds

21  if not thousands of photographs and videos from the Capitol

22  on January 6th?

23     A    Yes, sir.

24     Q    Okay.

25        And have you looked at this video approximately

1    how many times, this view of this video?

2        A    I've seen this video dozens, if not hundreds of

3    times.

4        Q    Okay.

5            And the Government Exhibit 1050.1.E2, does it have

6    names of all 14 individuals we just talked about in Line 1

7    on it?

8        A    It does.

9        Q    And are those names accurate as to which

10   individual they identify in this line of 14 people?

11       A    Yes, sir.

12           MR. NESTLER:  The government now moves to admit

13   1050.1.E2.

14           THE COURT:  1050.1.E2 will be admitted.

15                            (Government Exhibit 1051.1.E2
                                       received into evidence.)
16

17           MR. NESTLER:  If we could please play that,

18   Ms. Badalament.

19           (Video played)

20           MR. NESTLER:  If we could pause it now.

21   BY MR. NESTLER:

22       Q    And so starting with the top -- sorry, starting

23   with the far left and working our way clockwise, could you

24   point out who the different individuals are, please,

25   Agent Harris.

```
 1        A     Yes, sir.

 2              So the two individuals that were already at the

 3  top of the stairs as Line 1, moved up the stairs, were

 4  Mr. Kenneth Harrelson and Mr. Jason Dolan.

 5              To the left of Mr. Harrelson is Mr. Kelly Meggs.

 6              And then to the right of Mr. Dolan is

 7  Mr. Joseph Hackett, followed by Mr. Isaacs, Mr. Caleb Berry;

 8  Mr. Moerschel; Ms. Connie Meggs, which is Mr. Kelly Meggs'

 9  wife; Ms. Jessica Watkins; Ms. Laura Steele;

10  Mr. Graydon Young; Mr. Donovan Crowl.

11              At the bottom is Ms. Sandra Parker and Mr. Beeks

12  at the very bottom.

13        Q     Thank you.

14              And two of the names are in red.

15              Do you see that?

16        A     Yes, sir.

17        Q     Hackett and Moerschel?

18        A     Yes, sir.

19        Q     And is that because those are the two of the

20  defendants who are here on trial today?

21        A     Yes, sir.

22              MR. NESTLER:  Now, if I could please ask if

23  Mr. Hackett would please stand.

24              MS. HALIM:  Yes, Your Honor.  We stipulate that

25  this is Mr. Hackett.  He can take his mask off.
```

```
1    BY MR. NESTLER:

2         Q    For the record, this is Mr. Hackett?

3         A    Yes, sir.

4         Q    Thank you.

5              And the other person here was Mr. Moerschel.

6              MR. NESTLER:  Mr. Moerschel, would you

7    please rise.

8              MR. WEINBERG:  Judge, we stipulate.

9              MR. NESTLER:  Thank you.

10             For the record, Mr. Moerschel is now standing up.

11             Thank you.

12             THE COURT:  I'll just interrupt for a moment.

13             Ladies and gentlemen, you've heard the word

14   "stipulate."  And it's something that you're likely to hear

15   again throughout the trial, either the word "stipulate" or

16   "stipulations."

17             What a stipulation is, is an agreement as to facts

18   between the parties.  Any facts that are stipulated, you

19   should accept those facts as true.

20             MR. NESTLER:  Thank you, Your Honor.

21             We can take that down, Ms. Badalament.

22   BY MR. NESTLER:

23        Q    Okay.  Now, are you aware of open-source video

24   capturing this same area on the east-side stairs at around

25   3:11 p.m.?
```

1      A     Yes, sir, I am.

2            MR. NESTLER:  Okay.

3            I'm going to read a stipulation now.  It's

4      Government's Exhibit 3077.

5            The government and the defendants hereby agree and

6      stipulate that Government's Exhibit 1111 is an authentic

7      copy of video footage filmed on December -- I'm sorry.

8            That's the wrong stipulation number.  I'll get

9      back to that in a minute.

10     BY MR. NESTLER:

11     Q     We'll go to Exhibit 1111.

12           Is this the open-source video we were just talking

13     about on the east side of the -- on the east-side stairs at

14     approximately 3:11 p.m., Agent Harris?

15     A     Yes, sir.

16           MR. NESTLER:  The government moves to admit into

17     evidence Government's Exhibit 1111.

18           MR. SHIPLEY:  No objection.

19           THE COURT:  All right.  1111 will be admitted.

20                                    (Government Exhibit 1111
                                         received into evidence.)
21

22           MR. NESTLER:  If we could please play these,

23     Ms. Badalament, for about ten seconds.

24           (Video played)

25

BY MR. NESTLER:

Q    And we could pause it there.  And I know it sort of moved fast and the camera panned.

But approximately how many people appeared to walk up the stairs together at around this time?

A    I believe there were six individuals.

Q    And has the FBI identified all six of those individuals?

A    Yes, sir.

Q    Okay.

Again, what kinds of things did the FBI do to identify those six individuals?

A    It was the same as the first line of individuals, such as the clothing that they were wearing, their stature, different features, body features.

Q    And we're going to call these six individuals going forward Line 2, okay?

A    Yes, sir.

MR. NESTLER:  And if we could show Agent Harris Government's Exhibit 1111.1E.

BY MR. NESTLER:

Q    Does this exhibit -- well, have you reviewed this exhibit before you came to court today?

A    Yes, sir.

Q    Does it reflect the identifications of those six

1    individuals made based on their clothing and stature and

2    other photos and videos you just talked about?

3        A    Yes, sir.

4        Q    Does it accurately reflect those identifications?

5        A    Yes, sir, it does.

6            MR. NESTLER:  The government moves to admit

7    1111.E.

8            MR. SHIPLEY:  No objection.

9            THE COURT:  All right.  It will be admitted.

10           MR. PEED:  No objection, Your Honor.

11           THE COURT:  1111.E will be admitted.

12                                (Government Exhibit 1111.E
                                   received into evidence.)
13

14           MR. NESTLER:  Thank you, Your Honor.

15           Okay.  If we could please play this,

16   Ms. Badalament.

17           And if we could just pause it before it starts.

18   We can go back to the -- there we go.  We'll start it just

19   at 2 seconds.

20   BY MR. NESTLER:

21       Q    You see there's six names listed there?

22       A    Yes, sir.

23       Q    I guess six outlines of humans; is that right?

24       A    Yes, sir.

25       Q    Could you please read those names for us.

1    A    Yes.

2         At the front of the line was Mr. Walden.  Behind

3    him was Mr. Joshua James, Mr. Minuta, Mr. Grods,

4    Mr. Jackson, and Mr. Ulrich.

5    Q    Thank you.

6         And one of those names is in red.  Is that Minuta?

7    Is that correct?

8    A    Yes, sir.

9    Q    Is that because Mr. Minuta is on trial here today?

10   A    Yes, sir.

11        MR. NESTLER:  Okay.

12        At this time, if it's okay with Mr. Shipley, I'd

13   ask Mr. Minuta to please rise.

14        And, for the record, this is Mr. Minuta standing.

15        MR. SHIPLEY:  Yes, Your Honor.  We'll stipulate to

16   the identification of my client, Roberto Minuta.

17        THE COURT:  All right.  Thank you, Mr. Shipley.

18        Thank you, Mr. Minuta.

19        MR. NESTLER:  Okay.

20        Now, if we could just play this forward,

21   Ms. Badalament.

22        (Video played)

23   BY MR. NESTLER:

24   Q    And I know the camera pans away, but do those

25   circles track those individuals as they walk up the stairs?

1115

```
 1        A     That's correct, sir.

 2        Q     Okay.  Now, have you reviewed surveillance video

 3   from the U.S. Capitol?

 4        A     Yes, sir.

 5        Q     And does surveillance video reflect most of the

 6   individuals in Line 1 and Line 2 actually entering the

 7   building?

 8        A     Yes, sir.

 9        Q     Okay.

10              Now, earlier today were you present when

11   Officer Carrion was testifying?

12        A     Yes, sir.

13        Q     And Officer Carrion identified Government's

14   Exhibit 1056.7029.0236.E.A as Capitol Police surveillance

15   video from inside the east Rotunda doors.

16              MR. NESTLER:  If we could pull that one up,

17   please, Ms. Badalament.

18   BY MR. NESTLER:

19        Q     And this is an hour and one minute long; is

20   that correct?

21        A     Yes, sir.

22        Q     Have you reviewed this?

23        A     I have.

24        Q     And is this fair to say this captures the same

25   view from 2:36 p.m. until, I guess, 3:37 p.m.?
```

1     A    Yes, sir.  This is a stationary camera, so it

2  doesn't move.

3     Q    Okay.

4          Now, on this camera, were you, working with your

5  colleagues, able to identify certain individuals from Line 1

6  and line 2 as they entered the Capitol Building through

7  these doors?

8     A    Yes, sir.

9     Q    Okay.

10         And the identification of those individuals, are

11  they reflected on an annotated version of this exhibit?

12    A    Yes, sir.

13    Q    Okay.  So now let's go to that annotated version

14  of this exhibit.  Let's go to 1056.7029.0236.E.B.

15         And just because we have such a weird numbering

16  system, so let's just go over it for one second.

17         So 1056, that refers to the master exhibit number;

18  is that right?

19    A    Yes, sir.

20    Q    And 7029?

21    A    That's the camera number.

22    Q    Are there many different cameras at the

23  Capitol Complex?

24    A    Yes.  There are hundreds of cameras throughout the

25  U.S. Capitol.

1      Q    And have you reviewed video from many of them?

2      A    I have.

3      Q    And then 0236, is that just the start time for

4  this particular video clip?

5      A    That is correct.

6      Q    All right.

7           So this video itself is about 6 minutes long.  Is

8  that because there's some fast-forwarding that went on here?

9      A    Yes, sir.

10     Q    All right.

11          Why don't we -- the government moves this into

12  evidence.

13          MS. HALIM:  No objection.

14          THE COURT:  All right.

15          MR. PEED:  Same objection.

16          THE COURT:  1056 --

17          MR. NESTLER:  -- 7029.0236.E.B.

18          THE COURT:  E.B.  Okay.  It will be admitted.

19                    (Government Exhibit 1056.7029.0236.E.B.
                                received into evidence.)
20

21          MR. NESTLER:  Okay.  If we could please begin

22  playing, Ms. Badalament.

23               (Video played)

24  BY MR. NESTLER:

25     Q    And so here at 2:39:07, we see a yellow circle and

1    a white circle.

2              Do you see that?

3        A    Yes, sir.

4        Q    And then two names popped up.

5              Do you see that?

6        A    Yes, sir.

7              MR. NESTLER:  Can we go back a second,

8    Ms. Badalament.

9              To the -- when the names pop up.

10   BY MR. NESTLER:

11       Q    And so the person in yellow is identified here

12   as who?

13       A    Mr. William Isaacs.

14       Q    And which line was he a part of?

15       A    Line 1.

16       Q    And Officer Carrion identified himself and

17   Officer Salke as some of the officers in the white circles;

18   is that correct?

19       A    Yes, sir.

20       Q    Is that reflected here that this is Officer Salke

21   in this white circle?

22       A    Yes, sir.

23       Q    So this is at -- what time is this now,

24   Agent Harris?

25       A    This is 2:39 p.m., 2:39 and 10 seconds.

1    Q    Okay.  Thank you.

2         MR. NESTLER:  If we could please play this

3    forward, Ms. Badalament.

4         (Video played)

5    BY MR. NESTLER:

6    Q    And here at 1:29 is Officer Carrion identified

7    with an additional white circle?

8    A    Yes, sir, at the very top of the screen.

9    Q    Thank you.

10        We'll just keep playing this forward at about --

11   until about two minutes on the counter.

12        (Video played)

13        MR. NESTLER:  And if we could just pause it there

14   for a quick second.

15   BY MR. NESTLER:

16   Q    Who is now present in these two yellow circles at

17   the top of the screen?

18   A    On the left is Mr. Jason Dolan and on the right is

19   Mr. Kelly Meggs.

20   Q    Thank you.

21        MR. NESTLER:  If we could please keep playing,

22   Ms. Badalament.

23        (Video played)

24   BY MR. NESTLER:

25   Q    And now we see a large yellow circle; is that

1    right?

2         A    Yes, sir.

3         Q    What's the time on the top left?

4         A    2:40 p.m.

5         Q    And starting now at about 2:20 on the counter --

6    if you could just play it, Ms. Badalament -- if you could

7    identify the individuals as they pop up on the screen,

8    Agent Harris?

9         A    Ms. Laura Steele, Mr. James Beeks,

10   Ms. Sandra Parker, Ms. Connie Meggs, Mr. Kelly Meggs,

11   Mr. Caleb Berry, Mr. Kenneth Harrelson, and Mr. Jason Dolan.

12   Mr. David Moerschel, Mr. Joseph Hackett, Mr. Graydon Young,

13   and Ms. Jessica Watkins, and Mr. Donovan Crowl.

14        Q    Are those the other members of Line 1 as they were

15   entering the building here around 2:40 p.m.?

16        A    Yes, sir, that's correct.

17        Q    Thank you.  If we could please play it forward.

18             (Video played)

19   BY MR. NESTLER:

20        Q    And the fast-forward, that's actually embedded in

21   the video; is that correct?

22        A    Yes, sir.

23        Q    To move it forward to the next relevant scene?

24             (Video played)

25

```
 1   BY MR. NESTLER:

 2       Q    And now if we could pause it right here at about

 3   3:37 on the counter.  What's the time on the top left,

 4   Agent Harris?

 5       A    3:14:49 seconds.

 6       Q    And are Officers Salke and Carrion still visible

 7   with the white circles?

 8       A    Yes, sir.

 9       Q    Now, there's three individuals in purple circles.

10   Do you see that?

11       A    Yes, sir.

12       Q    Who are they?

13       A    Mr. Joshua James, Mr. Roberto Minuta, and

14   Mr. Jonathan Walden.

15       Q    Are these people who are members of Line 2?

16       A    Yes, sir.

17            MR. NESTLER:  If we could please play this

18   forward, Ms. Badalament.

19            (Video played)

20   BY MR. NESTLER:

21       Q    And right about now at 3:15 and 31 seconds on the

22   true time, do you see what Jonathan Walden had with him?

23       A    Yes, sir.

24       Q    What was that?

25       A    A dog.
```

1     Q     And we're just going to let this play forward.

2    It's about another minute and a half.

3              (Video played)

4              MR. NESTLER:  It's at about 5:35, at 5:50, so the

5    fast-forward is embedded here.  And about 5:50 on the

6    counter, we'll pause it again, Ms. Badalament, just for a

7    second.  We can just keep going.

8              (Video played)

9    BY MR. NESTLER:

10    Q     If we could pause it here at 5:48 on the counter,

11   do you still see Officer Carrion and Officer Salke

12   identified with white circles?

13    A     Yes, sir.

14    Q     There's two additional individuals identified in

15   purple circles; is that right?

16    A     Yes, sir.

17    Q     Who are they?

18    A     Mr. Mark Grods and Mr. Brian Ulrich.

19    Q     Thank you.

20              MR. NESTLER:  If we could just plays those

21   forward, Ms. Badalament.

22              (Video played)

23   BY MR. NESTLER:

24    Q     Okay.  Thank you.

25              Now, if we could show just the witness and counsel

 1    Government's Exhibit 1531.

 2              Now, we talked about the individuals in Line 1 and

 3    Line 2 that you identified; is that correct?

 4        A    Yes, sir.

 5        Q    Government's Exhibit 1531 is in front of you now.

 6    Do you see it?

 7        A    Yes, sir.

 8        Q    Does this contain the face and name of those

 9    individuals in Line 1 and Line 2?

10        A    Yes, sir.

11        Q    As well as some additional individuals on this

12    chart; is that correct?

13        A    That's correct.

14              MR. NESTLER:  The government moves to admit

15    Government's Exhibit 1531 into evidence.  I'm about to lay

16    the foundation for the remaining pieces of it, but it is

17    voluminous.

18              THE COURT:  Any objection, Counsel?

19              MR. PEED:  I'll object, Your Honor.

20              THE COURT:  I'm sorry?

21              MR. PEED:  I have an objection.

22              MR. NESTLER:  I can go through it, I can go

23    through one at a time.  That's fine.

24              All right.  If we can pull up 1531A, which is that

25    same exhibit but at this time in pieces.

1    And the government would -- well, we'll do this

2    one at a time.

3        If I could move to publish to the jury this first

4    portion of 1531A, which are four individuals already

5    identified.

6        Four individuals already identified by

7    Agent Harris.

8        MS. HALIM:  No objection.

9        THE COURT:  So 1531A, any objection?

10       MR. PEED:  Can I just make a general objection?

11       (Bench conference)

12       MR. PEED:  It's a demonstrative for the

13    government's putting the people they want the jury to focus

14    on, the categories are the government's interpretation,

15    they're going to put several people under QRF suggesting a

16    relationship between them, and there was no relationship

17    between them.  So I don't have an objection as a

18    demonstrative.  As an exhibit, I do have an objection.

19       MR. SHIPLEY:  Your Honor, I agree.  I don't think

20    it's -- there's a voluminous -- it's been identified as just

21    a representation of the evidence that's going come in

22    through witness testimony as to these people.

23       THE COURT:  Mr. Nestler.

24       MR. NESTLER:  I believe this is a summary exhibit,

25    we went over this earlier, that has faces and it has names

```
 1    and it has nicknames, and it is helpful for jury to have.
 2            I also don't think we need to discuss this right
 3    now.  As long as it's published to the jury now, we can
 4    debate this issue later.
 5            THE COURT:  Why don't we go ahead, if everybody is
 6    agreeable to publishing it, I can reserve on whether it's a
 7    demonstrative or admissible evidence.
 8            MR. PEED:  Thank you, Your Honor.
 9            THE COURT:  Okay.
10            (Open court)
11            MR. NESTLER:  Okay.
12            THE COURT:  Okay.  Can we just then go straight to
13    1531 instead of doing it by piecemeal?
14            MR. NESTLER:  Sure.  I'd like to lay the
15    foundation briefly as it goes.
16            THE COURT:  Okay.
17            MR. NESTLER:  But if we could put 1531 up on the
18    easel, Mr. Manzo, if you don't mind, as we go through this.
19    BY MR. NESTLER:
20       Q    There's a section here for Line 1 and Line 2.
21    Do you see that?
22       A    Yes, sir.
23       Q    And they're in yellow and purple.  Do you see
24    that?
25       A    Yes, sir.
```

1    Q     Why is that?

2    A     So they are color coordinated based off of the

3    videos we saw earlier as the two lines moved into the

4    Capitol to signify which individual was part of which group

5    that entered the Capitol at different times.

6    Q     Understood.

7          Now, within Line 1, there's two different states

8    listed there, Ohio and Florida.  Do you see that?

9    A     Yes, sir.

10   Q     Why is that?

11   A     Because the individuals that comprised Line 1 were

12   from those two different states.

13   Q     Okay.

14         And now on the far left side of the board here, we

15   have four individuals, is that right?

16   A     Yes, sir.

17   Q     Who are they?

18   A     Ms. Jessica Watkins, Mr. Donovan Crowl, Ms. Sandra

19   Parker, and Mr.  Bennie Parker.

20   Q     So earlier you talked about Watkins, Crowl and

21   Parker being part of Line 1, walking up the stairs and going

22   into the building; is that right?

23   A     Yes, sir.

24   Q     Why is Bennie Parker listed here?

25   A     Bennie Parker is here because he walked with this

```
1    group from The Ellipse over to the Capitol.

2        Q    But did he go inside the building itself?

3        A    He did not.

4        Q    Does he have a relationship to Sandra Parker?

5        A    They're husband and wife.

6        Q    And are these four photographs we have listed here

7    photographs of these four individuals from January 6th?

8        A    Yes, sir.

9             MR. NESTLER:  Now, if we can go to the next slide,

10   please, Ms. Badalament.

11   BY MR. NESTLER:

12       Q    Now, the 12 people under Florida just populated.

13   Do you see that?

14       A    Yes, sir.

15       Q    And can you read their names starting with

16   Kelly Meggs?

17       A    Going from left to right, that's Mr. Kelly Meggs,

18   Mr. Kenneth Harrelson, Mr. Joseph Hackett,

19   Mr. David Moerschel, Mr. Jason Dolan, Mr. Williams Isaacs,

20   Mr. James Beeks, Mrs. Connie Meggs, Mr. Graydon Young,

21   Mr. Caleb Berry, Mrs. Laura Steele, and Mr. Jeremy Brown.

22       Q    Now, all except for Jeremy Brown, you previously

23   identified as going up the stairs of the Capitol as part of

24   Line 1 and going into the building; is that right?

25       A    Yes, sir.
```

1    Q    So why is Jeremy Brown listed here?

2    A    Similar to Mr. Parker, he walked with the group

3    over from The Ellipse to the Capitol.

4    Q    Did he go inside?

5    A    No, sir, he did not.

6    Q    Okay.

7         Are you aware of a connection between -- you

8    mentioned that Kelly Meggs and Connie Meggs were married; is

9    that right?

10   A    They are husband and wife, yes.

11   Q    What about any connection between Graydon Young

12   and Laura Steele?

13   A    They're brother and sister.

14   Q    And these photographs of these ten individuals

15   here, are they taken of these individuals on January 6th

16   itself?

17   A    Yes, sir, that's correct.

18   Q    Okay.

19        MR. NESTLER:  Now, if we can go next section,

20   please, Ms. Badalament.

21   BY MR. NESTLER:

22   Q    Under southeast, we see six names and photos just

23   popped up; is that correct?

24   A    Yes, sir.

25   Q    Where are these people generally living around the

1  time of January 6th?

2      A    They reside in Georgia and Alabama mostly, if I

3  recall correctly.

4      Q    And what about Minuta?

5      A    Mr. Minuta was from New York.

6      Q    And in this Southeast region from Georgia and

7  Alabama, generally, what are the names listed here?

8      A    Mr. Joshua James, Mr. Roberto Minuta,

9  Mr. Jonathan Walden, Mr. Brian Ulrich, Mr. Mark Grods, and

10 Mr. Rick Jackson.

11     Q    Now, earlier in your testimony, you identified the

12 first five names as people who went up the stairs as part of

13 Line 2 and into the building; is that correct?

14     A    Yes, sir.

15     Q    But not Rick Jackson; is that correct?

16     A    That's correct.

17     Q    Did Rick Jackson go inside the building itself?

18     A    He did not.

19     Q    Did he go up the stairs with the rest of

20 the group?

21     A    Yes, sir.

22          MR. NESTLER:  Okay.  Now, if we can go to the

23 next, please, Ms. Badalament.

24 BY MR. NESTLER:

25     Q    The name and photo of Stewart Rhodes has just

 1    appeared on the screen.

 2            Do you see that?

 3    A    Yes, sir.

 4    Q    Are you aware of who Stewart Rhodes is?

 5    A    He's the founder and leader of the Oath Keepers.

 6    Q    And have you seen him in photos and videos from

 7    the afternoon of January 6th?

 8    A    Yes, sir, I have.

 9    Q    Generally, where was he on the afternoon of

10    January 6th?

11    A    He mostly remained outside on the grounds of

12    the Capitol.

13    Q    And is this photograph of him on the grounds of

14    the Capitol on January 6th?

15    A    Yes, it is.

16    Q    Okay.

17            Now, are you familiar with Signal?

18    A    Yes, sir, I am.

19    Q    What is Signal?

20    A    Signal is a messaging app.  Most people are

21    familiar with WhatsApp.  So Signal is similar to WhatsApp.

22    It's an encrypted messaging platform.  So it's what we call

23    end-to-end encrypted.  But users can make telephone calls

24    using Signal, video calls.  You can direct-message, and you

25    can create groups to do group messaging.

1    Q    As an FBI agent, are you able to obtain Signal

2  messages sent from one user to another user from Signal, the

3  company?

4    A    No, sir.

5    Q    Why is that?

6    A    Because of the way Signal is encrypted, it's end

7  to end, so the company itself cannot see the contents of

8  messages on the platform.

9    Q    So if you were to get someone's Google records or

10  Apple records, would you get their Signal communications?

11    A    No, sir.

12    Q    How do you go about getting somebody's Signal

13  communications as an FBI agent?

14    A    So when we refer to end-to-end encryption, that

15  means one end is the sender, one end is the receiver.  So

16  you have to actually physically get one of those devices

17  that either sent or received the message to see the content.

18    Q    And when you have gotten someone's device, is it

19  possible for someone to have deleted messages off of

20  their device?

21    A    Yes, sir.

22    Q    And if that happened, what does that mean for you

23  as an FBI agent?

24    A    You can't see it using that device, and you're

25  only other chance is to get another device that either sent

1    it or was part of the group if there was a group.

2        Q    So if Person A and Person B both got rid of their

3    devices or got rid of the messages, would the FBI ever be

4    able to find them?

5        A    No, sir.

6        Q    In the course of your investigation here,

7    approximately how many Signal messages have you reviewed?

8        A    I would say thousands.

9        Q    And how many different Signal threads, direct

10   messages and group messages, have you reviewed?

11       A    Probably dozens, if not hundreds.

12           MR. NESTLER:  All right.  I'm now going to turn to

13   a stipulation, Your Honor.  It's Government's Exhibit 3050.

14           The government and the defendants hereby agree and

15   stipulate that the following items of physical evidence were

16   all lawfully obtained pursuant to court-authorized

17   search warrant or subpoena or consent on or about the dates

18   listed below:

19           The FBI obtained forensic image acquisitions of

20   the data from a number of cellular telephones and other

21   electronic devices, including on May 3rd, 2021,

22   Government Exhibit 1 from individual Stewart Rhodes.

23   Description:  An Apple iPhone 12 associated with phone

24   number ending in 6558.

25

```
1    BY MR. NESTLER:
2         Q    So are you aware of Stewart Rhodes' phone?
3         A    Yes, sir.
4         Q    And I just read this in the stipulation, but what
5    does the FBI do when it gets someone's phone and it wants to
6    look at the data on the phone?
7         A    We usually do what we call a data extraction on a
8    mobile device.  We have certain technique that we use for
9    that.
10        Q    And have you reviewed, in fact, many Signal
11   messages from Stewart Rhodes' phone?
12        A    I have.
13        Q    Okay.
14             And now are you aware of communications on Rhodes'
15   phone between Rhodes and Kellye SoRelle using the
16   Signal app?
17        A    Yes, sir.
18        Q    And who is Kellye SoRelle generally?
19        A    Kellye SoRelle was Mr. Rhodes', I guess you can
20   call her his girlfriend or romantic partner.  And I believe
21   her profession is that she's an attorney.
22        Q    And have you seen her in photos and videos on the
23   afternoon of January 6th?
24        A    Yes, sir, I have.
25        Q    Generally, where was she?
```

1    A    She was on the ground mostly with Mr. Rhodes

2  throughout the day.

3    Q    On the grounds of the Capitol?

4    A    Yes, sir.

5    Q    And you said with Mr. Rhodes?

6    A    Yes, sir.

7        MR. NESTLER:  And if we could go to the next

8  slide, please, Ms. Badalament.

9  BY MR. NESTLER:

10    Q    Is this a photograph of Kellye SoRelle from the

11  afternoon of January 6th?

12    A    It is.

13    Q    Now, are you also aware of communications via

14  Signal between Stewart Rhodes and someone named

15  Donald Siekerman?

16    A    Yes, sir.

17    Q    And now, related to January 6th on Signal, what

18  did Stewart Rhodes tell other people Don Siekerman's role

19  would be?

20    A    Mr. Rhodes described Mr. Siekerman's role as the

21  ops leader for January 6th.

22    Q    And now, on the morning of January 6th, did

23  Stewart Rhodes send a message on Signal about Don Siekerman?

24    A    Yes, sir.

25    Q    Generally, what did that message say?

1    A    It said that Mr. Siekerman was sick and that he

2  wasn't able to come to the Capitol that day.

3            MR. NESTLER:  If we could please go to the next

4  slide, Ms. Badalament.

5  BY MR. NESTLER:

6    Q    Is this a photograph of Donald Siekerman?

7    A    Yes, sir, it is.

8    Q    Is this -- well, where is this photo taken from?

9    A    This was Mr. Siekerman's driver's license photo.

10   Q    As far as you're aware, was Mr. Siekerman in D.C.

11 on January 6th?

12   A    No, sir.

13   Q    Now, on that morning of January 6th of 2021 when

14 Stewart Rhodes said on Signal that Siekerman was sick and

15 would not be able to come to D.C., who did he tell others

16 would replace Siekerman as the ops leader in D.C.?

17   A    Mr. Michael Greene.

18   Q    And have you seen Michael Greene in photos and

19 videos on the afternoon of January 6th?

20   A    Yes, sir, I have.

21   Q    Where was he generally?

22   A    He was also on the grounds of the Capitol that

23 day.

24            MR. NESTLER:  If we can go to the next slide,

25 please, Ms. Badalament.

BY MR. NESTLER:

Q    Is this a photograph of Michael Greene from the afternoon of January 6th on the grounds of the Capitol?

A    Yes, sir, it is.

Q    Now, let's go back to Signal.

On Signal --

THE COURT:  How much longer do you think you'll be on this exhibit?

MR. NESTLER:  Maybe ten minutes.

THE COURT:  Okay.

Folks, are you okay for another ten minutes before we break for lunch?

Okay.

MR. NESTLER:  Okay.

BY MR. NESTLER:

Q    Now, on Signal, do users have the option to select a username or nickname?

A    Yes, sir.

Q    When you're reviewing Signal, what are the options for how certain usernames are displayed?

A    Based off of my review of Signal, what I've seen, sometimes the user's name showed up as their phone number if they didn't select a user name.  Sometimes it had their username.

And in some cases, and I think it depends on where

1    the -- whichever device was extracted to get those comms,

2    their names showed up as however they were saved in that

3    user's telephone.

4        Q    Understood.

5             MR. NESTLER:  And we now have another stipulation,

6    which will then feed back into this, which is this is

7    Government's Exhibit 3054, a stipulation regarding telephone

8    numbers and Signal profile names.

9             The government and the defendants hereby agree and

10   stipulate to the following:

11            Paragraph 1, Defendant Roberto Minuta used mobile

12   devices associated with telephone numbers ending in 4147,

13   3314, 2272, and the Signal profile name Roberto Minuta.

14            Paragraph 2, Defendant Joseph Hackett used -- and

15   if we could just switch over to this so the jury can follow

16   along.

17            Number 2, Defendant Joseph Hackett used mobile

18   devices associated with numbers ending in 6396, 4367, 6172,

19   1788, 7625, and 6396 and used the Signal profile names Ahab,

20   Faith, and JW.

21            Number 3, Defendant David Moerschel used a mobile

22   device associated with a phone ending in 5476 and the Signal

23   profile name Hatsy.

24            Number 4, Defendant Edward Vallejo used a mobile

25   device associated with the number ending in 6843 and the

1 profile name Ed Vallejo.

2        Number 5, Elmer Stewart Rhodes went by

3 Stewart Rhodes and used a mobile device associated with

4 numbers ending in 6558 and 0627 and the profile name

5 Stewart Rhodes.

6        Number 6, Kellye SoRelle used a mobile device

7 associated with number ending in 2416 and the profile

8 name Kellye.

9        Number 7, Don Siekerman used a mobile device

10 associated with number 2740 and the profile names Don and

11 Don S.

12        Number 8, Michael Greene used a mobile device with

13 phone number 9968 and the Signal profile names Whip

14 and Whiplash.

15        Number 9, Jessica Watkins used mobile devices

16 associated with numbers 8002, 1911, and 8551 and the Signal

17 profile names Captain or Cap.

18        Number 10, Donovan Crowl used mobile devices

19 associated with numbers ending in 7949 and 5784.

20        Number 11, Sandra Parker used device ending

21 in 6790.

22        Number 12, Bennie Parker used device ending

23 in 5576.

24        Number 13, Kelly Meggs used the device with number

25 ending 0600, and the Signal profile name OK Gator 1.

1    Number 14, Kenneth Harrelson used the device with

2  phone number ending 0136, and the profile name Gator 6.

3    Number 15, Jason Dolan used the device ending

4  in -- with phone numbers ending 8065, 7825, 6217, and 0136,

5  and the profile name Turmoil.

6    Number 16, William Isaacs used the device ending

7  in 3705, and the profile name William.

8    17, Beeks used a mobile device with number ending

9  2032.

10    18, Connie Meggs used a device number ending in

11  8614.

12    19, Graydon Young used a device number ending

13  9876, and profile named GenX Patriot.

14    20, Caleb Berry used the device ending 22 -- 2552,

15  and the profile names AP242, Gator242, OK242, and Breacher.

16    21, Laura Steele used the device with number

17  ending 7828, and profile name Frog.

18    22, Jeremy Brown used the device ending 4564, and

19  the profile name GG Sol.

20    23, Joshua James used a mobile device ending 4304,

21  and the profile names Hydro AL, State POC, and Hydro.

22    24, Jonathan Walden used the device ending 8429,

23  and the profile named EOinAL.

24    25, Brian Ulrich used a device ending in 9065, and

25  the profile names Bilbo Baggins and Molon Labe.

1    26, Mark Grods used the device ending in 3994, and

2    the profile name Sapper.

3    And 27, Rick Jackson used a mobile device ending

4    4681, 5587, and 8775, and the profile name of Rick.

5    Okay.  Let's leave it there for now.

6    BY MR. NESTLER:

7    Q    Now, are those profile -- those Signal monikers

8    reflected on this board here, Government Exhibit 1531?

9    A    Yes, sir.

10   Q    Thank you.

11   All right.

12   MR. NESTLER:  Now, actually, this might be a

13   better time to stop then, Judge, before I go into the next

14   part to finish this up.

15   THE COURT:  Okay.

16   All right.  Ladies and gentlemen, now 12:45.

17   We will take our lunch break.  We'll re-start at 1:45.  Just

18   the same reminders as usual, no communications about the

19   case, including amongst yourselves.  No exposure to media,

20   and no independent research.  We look forward to seeing you

21   in about an hour.  Thanks, everyone.

22   COURTROOM DEPUTY:  All rise.

23   (Jury exited the courtroom.)

24   THE COURT:  All right.  Agent Harris, just a

25   reminder not discuss your testimony during the break.

1    THE WITNESS:  Yes, sir.

2    THE COURT:  All right.

3    We'll see everybody at 1:45.

4    COURTROOM DEPUTY:  The Court stands in recess.

5    (Recess from 12:46 p.m. to 1:45 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__December 13, 2022___      

         William P. Zaremba, RMR, CRR

**BY MR. MANZO: [55]**
999/19 1002/6 1007/13
1009/1 1010/8 1010/22
1011/24 1012/10
1012/23 1015/8
1015/18 1016/4
1016/10 1016/23
1019/24 1020/11
1020/23 1021/5
1021/14 1022/9 1023/7
1023/17 1024/8 1025/5
1026/1 1027/12 1028/2
1028/13 1030/10
1031/2 1031/23
1032/11 1032/22
1033/22 1034/15
1035/12 1036/14
1036/24 1037/16
1038/24 1039/24
1040/5 1042/5 1042/21
1075/24 1077/17
1078/21 1079/3
1079/12 1079/18
1081/3 1081/9 1081/20
1081/25 1082/7
**BY MR. NESTLER: [37]** 1086/20 1092/6
1095/18 1096/6
1096/19 1096/24
1102/2 1107/19
1108/21 1110/1
1110/22 1111/10
1111/25 1112/21
1113/20 1114/23
1115/18 1117/24
1118/10 1119/5
1119/15 1119/24
1120/19 1120/25
1121/20 1122/9
1122/23 1125/19
1127/11 1128/21
1129/24 1132/25
1134/9 1135/5 1136/1
1136/15 1140/6
**BY MR. PEED: [1]**
1074/13
**BY MR. SHIPLEY: [9]**
1044/3 1045/17
1051/25 1058/14
1059/14 1060/2
1060/10 1060/17
1063/24
**BY MR. WEINBERG: [2]** 1073/3 1073/14
**BY MS. HALIM: [2]**
1064/20 1069/23
**COURT REPORTER: [1]** 1078/19
**COURTROOM DEPUTY: [11]** 998/2
998/25 999/10 999/12
1063/10 1063/17
1063/19 1086/11
1086/13 1140/22
1141/4
**MR. EDWARDS: [1]**
1059/6

**MR. MANZO: [62]**
999/8 1001/25 1008/20
1008/24 1010/5 1010/7
1010/17 1010/21
1011/21 1012/7
1012/20 1012/22
1015/4 1015/16 1016/2
1016/7 1016/9 1016/19
1016/21 1019/16
1020/10 1021/2 1021/4
1021/11 1021/13
1022/8 1022/23 1023/1
1023/15 1024/5 1024/7
1025/3 1025/16
1025/22 1027/7
1027/10 1027/21
1028/1 1028/10 1030/2
1030/23 1031/1
1031/20 1032/20
1033/13 1034/13
1035/11 1036/12
1036/21 1036/23
1037/13 1037/15
1038/15 1038/19
1039/22 1040/2
1043/24 1051/5
1075/14 1077/15
1082/11 1082/15
**MR. NESTLER: [67]**
1082/23 1083/2
1083/25 1085/3
1085/19 1085/21
1086/9 1090/15
1091/14 1091/20
1092/1 1092/4 1093/9
1094/23 1096/5
1096/18 1097/4 1098/5
1098/18 1099/21
1100/21 1101/23
1103/6 1103/18
1106/15 1108/12
1108/17 1108/20
1109/22 1110/6 1110/9
1110/20 1111/2
1111/16 1111/22
1112/19 1113/6
1113/14 1114/11
1114/19 1115/16
1117/17 1117/21
1118/7 1119/2 1119/13
1119/21 1121/17
1122/4 1122/20
1123/14 1123/22
1124/24 1125/11
1125/14 1125/17
1127/9 1128/19
1129/22 1132/12
1134/7 1135/3 1135/24
1136/9 1136/14 1137/5
1140/12
**MR. PEED: [32]**
1042/2 1075/15
1077/11 1081/18
1084/18 1085/7
1085/15 1094/1 1095/6
1095/15 1096/2
1096/13 1096/21
1100/6 1101/14 1103/9

1104/7 1104/17 1105/3
1105/11 1105/23
1106/9 1107/12
1113/10 1117/15
1123/19 1123/21
1124/10 1124/12
1125/8
**MR. SHIPLEY: [32]**
998/21 1025/20
1026/21 1042/19
1045/9 1045/13
1045/15 1051/7 1059/4
1059/8 1059/25 1060/9
1063/4 1064/13
1078/17 1078/20
1078/24 1079/9
1079/15 1080/23
1081/6 1081/23 1082/4
1082/9 1096/22 1099/6
1101/5 1103/8 1111/18
1113/8 1114/15
1124/19
**MR. WEINBERG: [4]**
1073/11 1074/8 1093/3
1110/8
**MS. HALIM: [27]**
1002/2 1007/10
1008/18 1019/20
1022/5 1023/3 1025/19
1025/23 1030/5 1033/2
1033/4 1033/17
1038/17 1058/5
1064/16 1069/20
1072/22 1083/18
1091/22 1093/4
1093/19 1094/24
1096/14 1099/5
1109/24 1117/13
1124/8
**THE COURT: [113]**
998/17 998/22 999/2
999/13 1002/3 1007/11
1008/19 1008/21
1019/19 1019/21
1022/7 1023/4 1025/24
1026/22 1027/1 1030/1
1030/6 1033/9 1033/14
1033/20 1038/18
1038/21 1042/3
1042/20 1043/25
1045/12 1045/14
1051/8 1058/6 1063/2
1063/6 1063/12
1063/15 1063/21
1064/14 1072/25
1074/10 1075/18
1077/14 1078/18
1079/1 1079/10
1079/16 1080/25
1081/7 1081/19
1081/22 1081/24
1082/3 1082/5 1082/10
1082/13 1082/16
1082/20 1082/25
1083/16 1084/8
1084/25 1085/6
1085/11 1085/20

1091/23 1093/5 1093/7
1094/5 1095/9 1095/16
1096/3 1096/15
1096/23 1097/3
1097/12 1098/12
1099/9 1100/11
1101/10 1101/18
1101/25 1103/10
1103/23 1104/10
1104/20 1105/6
1105/19 1106/5 1107/3
1107/13 1107/15
1108/14 1110/12
1111/19 1113/9
1113/11 1114/17
1117/14 1117/16
1117/18 1123/18
1123/20 1124/9
1124/23 1125/5 1125/9
1125/12 1125/16
1136/7 1136/10
1140/15 1140/24
1141/2
**THE WITNESS: [14]**
999/14 1026/25 1027/2
1051/12 1058/7
1063/14 1072/24
1075/21 1077/13
1081/1 1081/8 1082/19
1086/15 1141/1

—————

**.**
**.02368 [1]** 1045/14
**.7 [1]** 1008/19

**0**
**00 [2]** 1023/12 1040/2
**0136 [2]** 1139/2 1139/4
**0236 [1]** 1117/3
**0337.E.A [3]** 1029/25
1030/3 1030/8
**0600 [1]** 1138/25
**0627 [1]** 1138/4

**1**
**10 [3]** 1019/19 1118/25
1138/18
**1050 [4]** 1091/15
1091/21 1091/23
1091/24
**1050.1.E2 [6]** 1103/2
1103/7 1107/17 1108/5
1108/13 1108/14
**1050.1.E2 [1]** 1108/15
**1056 [2]** 1116/17
1117/16
**1056-7029 [1]** 1045/12
**1056.7029.0236.E.A [1]**
1115/14
**1056.7029.0236.E.B [2]**
1116/14 1117/19
**1056.7029.0236A-0337.
E.A [2]** 1030/3 1030/8
**1056.7029.236A-0337.E
.A [1]** 1029/25
**1056.7029.456 [3]**
1038/15 1038/20

**1056A [1]** 1073/8
**1077.15 [5]** 1008/16
1008/20 1008/22
1008/24 1010/5
**1077.16 [3]** 1008/16
1010/19 1010/24
**1077.17 [5]** 1008/16
1008/20 1008/22
1015/6 1069/22
**1077.5 [1]** 1008/19
**1085.4 [5]** 1023/1
1023/4 1023/5 1023/12
1027/22
**1096.5 [6]** 1019/17
1019/18 1019/21
1019/22 1019/25
1020/2
**11 [2]** 998/6 1138/20
**1111 [5]** 1111/6
1111/11 1111/17
1111/19 1111/20
**1111.1E [1]** 1112/20
**1111.E [3]** 1113/7
1113/11 1113/12
**114 [1]** 995/16
**1150 [1]** 995/20
**11:00 [6]** 1041/12
1041/13 1042/11
1042/12 1063/8 1064/4
**11:08 [1]** 1063/18
**11:20 [1]** 1063/9
**11:21 [1]** 1063/18
**12 [5]** 1102/7 1102/11
1127/12 1132/23
1138/22
**12-second [1]** 1020/12
**12:45 [1]** 1140/16
**12:46 [1]** 1141/5
**13 [5]** 994/5 1030/24
1064/6 1138/24 1142/7
**1341 [1]** 995/4
**14 [9]** 1102/12 1102/13
1102/22 1103/4
1105/12 1106/12
1108/6 1108/10 1139/1
**15 [7]** 994/4 998/4
1000/2 1063/5 1065/12
1075/1 1139/3
**1531 [6]** 1123/1 1123/5
1123/15 1125/13
1125/17 1140/8
**1531A [3]** 1123/24
1124/4 1124/9
**1532 [1]** 995/11
**16 [1]** 1139/6
**1653 [14]** 1001/15
1001/23 1002/1 1002/3
1002/4 1002/8 1009/7
1011/4 1014/5 1043/10
1043/11 1090/16
1090/18 1090/25
**1655 [1]** 1001/21
**17 [3]** 1023/22 1040/6
1139/8
**1775 [1]** 995/20
**1788 [1]** 1137/19
**18 [1]** 1139/10

**19 [1]** 1139/12
**1911 [1]** 1138/16
**19129 [1]** 995/7
**1:05 [1]** 1015/20
**1:12 [1]** 1024/7
**1:29 [1]** 1119/6
**1:44 [2]** 1012/22
1015/5
**1:45 [3]** 1140/17
1141/3 1141/5
**1:46 [2]** 1016/3 1016/5
**1:52 [1]** 1015/5

**2**

**2 seconds [1]** 1113/19
**20 [1]** 1139/14
**20006 [1]** 995/21
**2007 [1]** 1000/4
**202 [2]** 994/17 995/21
**2020 [1]** 1088/3
**2021 [7]** 1001/4
1056/25 1087/22
1089/13 1090/11
1132/21 1135/13
**2022 [2]** 994/5 1142/7
**2032 [1]** 1139/9
**20579 [1]** 994/17
**21 [1]** 1139/16
**215-300-3229 [1]** 995/8
**22 [2]** 1139/14 1139/18
**22-15 [1]** 994/4
**2272 [1]** 1137/13
**228-1341 [1]** 995/4
**23 [1]** 1139/20
**239 [1]** 995/12
**24 [1]** 1139/22
**2416 [1]** 1138/7
**25 [1]** 1139/24
**252-7277 [1]** 994/17
**2552 [1]** 1139/14
**26 [1]** 1140/1
**265 [1]** 995/15
**27 [1]** 1140/3
**2740 [1]** 1138/10
**2:15 [2]** 1054/18
1054/22
**2:20 [1]** 1120/5
**2:25 [3]** 1031/20
1035/4 1035/8
**2:35 p.m [1]** 1090/21
**2:36 [2]** 1030/22
1115/25
**2:37 [1]** 1031/24
**2:38 [7]** 1045/5
1045/15 1045/18
1054/9 1054/9 1054/10
1061/4
**2:39 [3]** 1045/18
1118/25 1118/25
**2:39:07 [1]** 1117/25
**2:40 [2]** 1120/4
1120/15
**2:47 [3]** 1023/13
1025/6 1027/23
**2:52 [1]** 1032/4

**30 [8]** 1022/14 1040/3
1048/1 1048/6 1059/10
1059/11 1061/1 1061/5
**3050 [1]** 1132/13
**3054 [1]** 1137/7
**3077 [1]** 1111/4
**31 [1]** 1121/21
**3229 [1]** 995/8
**32:50 [2]** 1035/8
1035/9
**3314 [1]** 1137/13
**337-9755 [1]** 995/12
**33901 [1]** 995/12
**33950 [1]** 995/16
**33:20 [2]** 1035/9
1035/17
**3580 [1]** 995/7
**3705 [1]** 1139/7
**38:38 [1]** 1036/8
**3994 [1]** 1140/1
**39:12 [2]** 1036/23
1037/1
**39:35 [1]** 1037/17
**39:46 [1]** 1037/24
**3:00 [2]** 1041/16
1042/25
**3:11 p.m [2]** 1110/25
1111/14
**3:14 [3]** 1036/11
1059/2 1059/4
**3:14:49 [1]** 1121/5
**3:14:55 [1]** 1061/1
**3:15 [2]** 1071/16
1121/21
**3:20 [1]** 1032/13
**3:37 [2]** 1115/25
1121/3
**3:40 [1]** 1032/24
**3:52 [1]** 1033/24
**3rd [1]** 1132/21

**4**

**40 [2]** 1030/20 1030/23
**403 [1]** 1101/17
**40:44 [1]** 1037/23
**4147 [1]** 1137/12
**43 [1]** 1012/2
**4304 [1]** 1139/20
**4367 [1]** 1137/18
**45 [4]** 1012/9 1027/18
1059/2 1059/5
**4564 [1]** 1139/18
**4681 [1]** 1140/4
**4:00 [1]** 1041/16
**4:12 [1]** 1034/7
**4:30 [1]** 1028/4
**4:33 [1]** 1034/16
**4:56 [1]** 1040/1

**5**

**50 [1]** 1021/8
**5476 [1]** 1137/22
**5576 [1]** 1138/23
**5587 [1]** 1140/4
**575-8000 [1]** 995/17
**5784 [1]** 1138/19
**5:00 [1]** 1081/14

1028/11
**5:15 [1]** 1031/21
**5:35 [1]** 1122/4
**5:48 [1]** 1122/10
**5:50 [2]** 1122/4 1122/5
**5th [1]** 1085/4

**6**

**601 [1]** 994/16
**6172 [1]** 1137/18
**6217 [1]** 1139/4
**6396 [2]** 1137/18
1137/19
**6558 [2]** 1132/24
1138/4
**6790 [1]** 1138/21
**6843 [1]** 1137/25
**6:00 [1]** 1081/17
**6th [40]** 1001/3 1003/1
1003/18 1009/12
1026/19 1042/17
1042/24 1042/25
1067/12 1067/16
1067/16 1075/7
1078/15 1078/23
1079/5 1079/19 1085/5
1087/22 1089/13
1089/17 1090/3
1090/11 1090/20
1091/17 1107/22
1127/7 1128/15 1129/1
1130/7 1130/10
1130/14 1133/23
1134/11 1134/17
1134/21 1134/22
1135/11 1135/13
1135/19 1136/3

**7**

**7 seconds [1]** 1011/22
**7029 [2]** 1045/12
1116/20
**7029.0236.E.B [1]**
1117/17
**7077.1 [7]** 1025/17
1025/22 1025/24
1025/25 1026/3 1027/8
1027/22
**7277 [1]** 994/17
**745 [1]** 995/3
**7625 [1]** 1137/19
**7825 [1]** 1139/4
**7828 [1]** 1139/17
**7949 [1]** 1138/19
**7:00 [3]** 1041/24
1042/10 1042/12
**7th [2]** 1041/23 1043/1

**8**

**8000 [1]** 995/17
**8002 [1]** 1138/16
**8065 [1]** 1139/4
**808 [1]** 995/4
**808Shipleylaw [1]**
995/5
**8429 [1]** 1139/22
**8551 [1]** 1138/16

**8775 [1]** 1140/4
**8:00 [3]** 1041/11
1064/3 1067/13
**8:15 [5]** 1044/11
1044/20 1045/24
1067/13 1067/19

**9**

**9-millimeter [1]**
1061/20
**9065 [1]** 1139/24
**919-9491 [1]** 995/21
**941 [1]** 995/17
**9491 [1]** 995/21
**96734 [1]** 995/4
**9755 [1]** 995/12
**9876 [1]** 1139/13
**9968 [1]** 1138/13
**9:30 [1]** 994/6

**A**

**A. [1]** 998/5
**a.m [5]** 994/6 1041/24
1042/12 1063/18
1063/18
**abandoning [1]** 1006/8
**ability [1]** 1062/24
**able [19]** 1028/14
1035/5 1035/24
1038/13 1039/5 1039/9
1040/11 1040/22
1101/11 1104/11
1104/22 1106/6 1106/7
1107/6 1116/5 1131/1
1132/4 1135/2 1135/15
**about [94]** 1000/24
1005/3 1006/12 1013/9
1013/20 1014/4
1014/25 1019/9
1023/12 1028/4
1030/23 1031/24
1033/11 1034/16
1034/17 1036/9 1040/2
1041/16 1041/21
1044/11 1045/2 1045/7
1045/18 1048/1 1051/8
1051/9 1052/23
1053/11 1053/12
1053/19 1054/9
1054/20 1057/11
1064/3 1065/10
1065/12 1071/4
1071/10 1074/18
1075/7 1075/15
1077/19 1078/1 1080/1
1080/7 1083/3 1083/5
1084/14 1084/16
1084/17 1089/12
1089/16 1089/20
1091/5 1091/17 1092/1
1092/7 1092/20
1093/14 1094/7
1094/15 1094/22
1095/10 1095/11
1096/7 1097/6 1097/10
1099/16 1100/3
1100/16 1101/19

1111/23 1113/2 1117/7
1119/10 1119/11
1120/5 1121/2 1121/21
1122/2 1122/4 1122/5
1123/2 1123/15
1126/20 1128/11
1129/4 1131/12
1132/17 1134/23
1140/18 1140/21
**above [1]** 1142/4
**above-titled [1]** 1142/4
**abused [1]** 1029/4
**accept [1]** 1110/19
**access [1]** 1013/25
**accomplish [1]**
1088/18
**accurate [5]** 1104/5
1105/22 1107/8 1107/9
1108/9
**accurately [3]** 1104/25
1107/10 1113/4
**acquisitions [1]**
1132/19
**act [1]** 1094/10
**action [2]** 1005/19
1006/12
**actions [1]** 1100/13
**acts [1]** 1097/11
**actual [6]** 1007/7
1011/14 1043/6
1061/14 1076/13
1076/15
**actually [19]** 1005/13
1012/1 1014/2 1014/7
1036/5 1036/6 1047/18
1050/1 1051/2 1053/6
1053/21 1067/17
1068/14 1094/3
1098/20 1115/6
1120/20 1131/16
1140/12
**add [2]** 1094/1 1094/24
**additional [1]** 1033/7
1119/7 1124/2
1123/11
**address [1]** 998/19
**adjourned [2]** 1054/17
1054/18
**admissible [6]** 1084/23
1094/16 1103/17
1105/18 1106/1 1125/7
**admit [12]** 1008/16
1019/16 1023/1
1025/17 1030/4
1033/14 1038/16
1103/6 1108/12
1111/16 1113/6
1123/14
**admitted [15]** 997/3
1002/3 1019/21 1023/4
1025/24 1030/7
1038/21 1069/21
1091/23 1107/16
1108/14 1111/19
1113/9 1113/11
1117/18
**adrenaline [2]** 1041/22

1145

**A**

**adrenaline...** [1]
1064/11
**advance** [2] 1000/15
1045/15
**affect** [1] 1035/1
**affected** [1] 1047/19
**after** [29] 1007/23
1008/12 1015/2
1020/14 1023/13
1028/24 1040/25
1041/1 1042/17 1049/4
1054/13 1057/1 1061/2
1063/8 1071/23
1076/19 1076/20
1078/22 1079/4
1081/12 1081/14
1083/21 1085/25
1089/2 1089/13
1089/17 1090/20
1091/17 1104/2
**afternoon** [10] 1005/17
1007/2 1009/11
1038/12 1130/7 1130/9
1133/23 1134/11
1135/19 1136/3
**again** [19] 1003/7
1016/22 1022/24
1025/20 1026/9
1032/25 1034/1 1036/2
1036/3 1038/1 1039/12
1041/17 1041/20
1057/6 1061/9 1099/22
1110/15 1112/11
1122/6
**against** [7] 1034/4
1051/17 1051/21
1051/22 1076/25
1077/4 1077/6
**agencies** [2] 1088/8
1088/8
**agent** [61] 1066/24
1083/3 1083/11
1083/15 1083/20
1083/24 1083/25
1085/1 1085/12 1086/1
1086/10 1086/14
1086/25 1087/1 1087/2
1087/5 1087/9 1087/14
1087/23 1088/10
1092/7 1092/20
1092/25 1093/14
1094/9 1095/1 1095/7
1095/19 1095/24
1096/7 1096/11
1096/20 1096/25
1097/7 1097/11
1097/17 1098/7 1098/9
1098/15 1098/25
1099/7 1099/8 1099/13
1100/4 1100/23
1100/25 1101/18
1102/3 1105/16
1107/20 1108/19
1111/14 1112/19
1118/24 1120/8 1121/4
1124/7 1131/1 1131/13
1131/23 1140/24

**Agent Harris** [2]
1083/3 1083/20
1085/12 1086/1
1086/14 1086/25
1092/7 1095/1 1095/19
1096/7 1101/18 1102/3
1107/20 1108/25
1111/14 1112/19
1118/24 1120/8 1121/4
1124/7 1140/24
**Agent Harris'** [1]
1085/1
**Agent Palian** [1]
1066/24
**agents** [4] 1088/7
1089/25 1090/6
1105/14
**aggressive** [1] 1070/21
**aggressively** [2]
1050/22 1050/24
**agitated** [1] 1050/2
**agree** [5] 1101/20
1111/5 1124/19
1132/14 1137/9
**agreeable** [1] 1125/6
**agreement** [2] 1084/14
1110/17
**Ahab** [1] 1137/19
**ahead** [9] 1006/24
1068/17 1075/20
1079/11 1081/19
1082/14 1086/5 1092/2
1125/5
**air** [4] 1018/24 1039/13
1040/12 1050/15
**AL** [2] 994/6 1139/21
**Alabama** [2] 1129/2
1129/7
**alarm** [5] 1018/14
1018/16 1018/16
1028/3 1028/5
**alcove** [1] 1020/19
**alert** [3] 1000/14
1005/25 1028/7
**Alexandra** [2] 994/14
998/8
**Alexandra Hughes** [1]
998/8
**all** [86] 998/2 998/15
998/17 998/19 998/23
999/2 999/13 1000/24
1002/3 1003/10 1005/5
1008/9 1009/15 1016/1
1018/7 1018/13
1018/18 1018/22
1019/11 1020/7
1020/21 1022/7
1022/15 1023/4 1024/1
1027/7 1027/21 1030/6
1041/18 1043/2 1043/4
1043/6 1046/6 1049/8
1049/12 1055/3
1055/25 1060/11
1063/9 1063/10
1063/21 1064/14
1065/3 1065/7 1065/24
1066/11 1066/14
1067/2 1067/10

1071/19 1072/22
1077/4 1077/11
1081/10 1083/7
1084/14 1085/11
1085/23 1090/4
1092/15 1092/17
1101/25 1102/13
1102/25 1105/4
1105/13 1106/24
1108/6 1111/19 1112/7
1113/9 1114/17 1117/6
1117/10 1117/14
1123/24 1127/22
1132/12 1132/16
1140/11 1140/16
1140/22 1140/24
1141/2
**All right** [1] 999/13
**allow** [1] 1075/18
**allowed** [4] 1003/15
1038/6 1038/9 1050/17
**almost** [1] 1071/3
**along** [3] 1003/10
1043/2 1137/16
**already** [13] 1014/20
1024/24 1031/19
1044/21 1067/18
1072/8 1078/6 1103/14
1103/18 1106/13
1109/2 1124/4 1124/6
**also** [14] 1004/11
1006/20 1018/6
1018/10 1029/6
1040/19 1066/3
1072/12 1081/1
1084/20 1094/1 1125/2
1134/13 1135/22
**altered** [1] 1080/12
**always** [6] 1089/6
1089/6 1089/9 1089/10
1101/20 1101/22
**am** [5] 1036/18
1083/18 1089/1 1111/1
1130/18
**ambulances** [1]
1009/14
**AMERICA** [2] 994/3
998/4
**AMIT** [1] 994/9
**ammunition** [4] 1049/5
1049/6 1049/15
1049/17
**amongst** [1] 1140/19
**amount** [8] 1011/11
1017/10 1025/13
1027/3 1047/19
1053/24 1068/12
1094/18
**Angela** [2] 995/6
998/11
**Angela Halim** [1]
998/11
**anger** [1] 1071/1
**angiehalim** [1] 995/8
**angle** [1] 1107/1
**angles** [2] 1102/19
1106/22

**angry** [1] 1062/11
**animal** [1] 1037/21
**annotated** [2] 1116/11
1116/13
**another** [8] 1001/11
1004/11 1053/7 1122/2
1131/2 1131/25
1136/11 1137/5
**answer** [10] 1027/1
1033/21 1051/11
1079/10 1082/14
1101/6 1101/7 1101/8
1101/9 1101/10
**answered** [2] 1026/21
1095/8
**anticipated** [1]
1049/25
**anticipation** [1]
1049/25
**any** [47] 1000/17
1000/19 1003/12
1006/1 1012/24
1015/22 1015/25
1019/5 1019/14
1019/19 1028/19
1029/4 1029/5 1029/6
1029/14 1029/15
1029/22 1031/7 1031/7
1035/20 1035/21
1038/2 1040/9 1041/8
1041/19 1043/21
1061/12 1061/20
1064/7 1066/22 1068/9
1073/24 1074/5 1074/8
1074/18 1077/23
1078/11 1078/13
1079/4 1079/23
1083/20 1083/21
1087/8 1110/18
1123/18 1124/9
1128/11
**anybody** [15] 1006/1
1006/4 1010/1 1013/6
1013/24 1014/18
1014/19 1022/1
1028/19 1029/9 1041/4
1043/18 1062/18
1063/13 1084/4
**anymore** [1] 1024/4
**anyone** [2] 1069/17
1080/4
**anything** [14] 998/19
1003/14 1004/1 1005/2
1005/18 1006/11
1011/17 1011/19
1018/1 1019/10
1040/16 1040/19
1042/16 1064/12
**anyway** [2] 1041/23
1064/12
**AP242** [1] 1139/15
**apolitical** [1] 1081/2
**apologize** [1] 1052/19
**app** [2] 1130/20
1133/16
**apparel** [1] 1056/7
**appear** [2] 1095/20
1102/8

**appearance** [1]
1062/21
**APPEARANCES** [2]
994/13 994/19
**appeared** [4] 1092/18
1096/9 1112/4 1130/1
**appease** [1] 1084/3
**Apple** [2] 1131/10
1132/23
**Apple iPhone 12** [1]
1132/23
**applying** [1] 1053/25
**appreciate** [1] 1074/17
**appropriate** [2]
1106/16 1107/7
**approximately** [10]
1009/10 1022/14
1030/20 1046/6
1087/13 1090/13
1107/25 1111/14
1112/4 1132/7
**are** [158]
**area** [29] 1003/2
1003/14 1004/8 1006/5
1006/9 1006/17
1008/13 1009/15
1009/19 1011/20
1012/6 1014/2 1015/23
1017/21 1018/4 1020/1
1020/5 1022/11
1022/12 1029/7
1030/17 1039/11
1040/21 1043/3 1049/5
1076/19 1076/22
1089/18 1110/24
**areas** [2] 1056/1
1056/9
**aren't** [3] 1029/4
1062/22 1105/24
**arising** [1] 1098/2
**arm** [1] 1107/1
**armor** [1] 1058/8
1062/17
**arms** [1] 1025/12
**around** [35] 1003/2
1006/17 1007/25
1008/2 1008/6 1009/15
1011/6 1013/9 1013/20
1014/17 1014/25
1017/21 1030/17
1033/24 1034/11
1042/14 1042/16
1042/25 1043/5 1043/6
1043/6 1043/7 1055/10
1056/9 1067/12
1067/21 1074/19
1081/10 1090/11
1090/21 1106/18
1110/24 1112/5
1120/15 1128/25
**arrest** [8] 1019/6
1026/13 1026/19
1027/2 1077/1 1077/4
1077/9 1088/14
**arrested** [5] 1026/18
1076/19 1076/21
1089/2 1089/7
**arresting** [1] 1018/14

**A**

**arrests [6]** 1075/3
1075/11 1075/16
1075/23 1076/3
1088/25

**as [130]** 1000/7
1000/10 1000/10
1000/13 1005/4
1005/17 1006/15
1006/15 1007/2 1010/4
1010/4 1010/16
1013/14 1014/23
1017/13 1017/14
1018/11 1018/19
1018/23 1018/23
1033/10 1034/1 1034/4
1034/4 1035/25 1036/5
1038/12 1042/12
1043/8 1043/9 1043/23
1045/2 1045/2 1046/2
1046/2 1048/13
1048/25 1048/25
1049/9 1049/21
1049/21 1051/5
1058/11 1061/9 1065/5
1065/11 1066/9 1066/9
1069/17 1069/18
1072/1 1072/6 1073/7
1074/24 1074/24
1076/9 1079/21
1079/21 1084/7
1087/14 1087/23
1088/10 1088/14
1090/18 1092/16
1092/24 1092/25
1093/14 1094/4
1095/24 1096/11
1096/17 1096/20
1096/25 1097/7
1097/11 1098/7 1098/9
1098/11 1098/15
1098/24 1098/25
1100/4 1100/5 1100/13
1100/25 1102/20
1103/19 1104/4 1104/4
1104/14 1106/17
1108/9 1109/3 1110/17
1110/19 1112/13
1112/14 1114/25
1115/14 1116/6
1118/12 1118/17
1120/7 1120/14
1123/11 1123/11
1124/17 1124/18
1124/20 1124/22
1125/3 1125/3 1125/15
1125/18 1126/3
1127/23 1127/23
1129/12 1129/12
1131/1 1131/13
1131/23 1134/20
1135/10 1135/10
1135/16 1136/22
1137/2 1140/18

**as who [1]** 1118/12

**ask [25]** 1020/7
1023/13 1026/10
1033/11 1038/2

**as AP [1]** 1061/1
1063/12 1065/10
1066/15 1069/20
1070/7 1071/15
1071/18 1075/10
1078/24 1079/16
1082/21 1083/8
1096/23 1098/5
1098/14 1099/11
1109/22 1114/13

**asked [9]** 1026/21
1051/8 1075/15
1077/18 1078/1 1080/1
1082/13 1085/12
1095/6

**asking [16]** 1051/9
1097/5 1097/6 1097/24
1098/6 1099/3 1099/3
1099/10 1099/12
1099/19 1100/15
1101/1 1101/3 1105/4
1105/13 1106/6

**asks [1]** 1085/17

**assaulted [1]** 1029/4

**assigned [8]** 1001/6
1001/7 1001/15
1068/24 1069/2
1069/15 1069/17
1089/14

**assignment [1]** 1042/9

**assist [1]** 1000/11

**associated [10]**
1132/23 1137/12
1137/18 1137/22
1137/25 1138/3 1138/7
1138/10 1138/16
1138/19

**assume [2]** 1033/9
1033/11

**attach [1]** 1056/2

**attachments [1]**
1056/10

**attacking [1]** 1027/5

**attempt [5]** 1006/4
1014/24 1019/5 1036/3
1039/2

**attention [11]** 1004/4
1008/4 1010/9 1012/11
1016/11 1054/23
1056/15 1057/17
1058/2 1092/8 1094/14

**attire [1]** 1092/16

**attorney [1]** 1133/21

**ATTORNEY'S [1]**
994/16

**authentic [1]** 1111/6

**authorized [6]** 1038/7
1038/9 1038/10
1043/19 1065/24
1132/16

**available [1]** 1014/10

**Avenue [1]** 995/15

**average [1]** 1068/18

**aware [19]** 1004/1
1052/19 1069/18
1072/4 1072/9 1072/12
1072/14 1072/15
1078/13 1079/13

**away [8]** 1011/11
1017/13 1021/21
1034/5 1039/9 1048/19
1097/10 1114/24

**B**

**back [35]** 999/4
1009/19 1009/25
1012/8 1013/23
1015/22 1020/24
1023/8 1024/7 1027/10
1027/14 1027/21
1034/24 1035/18
1037/25 1042/9 1045/3
1047/4 1049/21
1050/18 1050/25
1051/14 1053/6
1063/23 1067/11
1081/13 1081/13
1092/4 1101/20
1101/22 1111/9
1113/18 1118/7 1136/5
1137/6

**background [1]** 1100/7

**backing [1]** 1021/21

**backs [1]** 1098/14

**backwards [3]** 1052/18
1073/22 1074/4

**Badalament [27]**
1010/17 1015/4
1027/14 1036/13
1091/15 1092/2 1092/5
1108/18 1110/21
1111/23 1113/16
1114/21 1115/17
1117/22 1118/8 1119/3
1119/22 1120/6
1121/18 1122/6
1122/21 1127/10
1128/20 1129/23
1134/8 1135/4 1135/25

**Baggins [2]** 1139/25

**ballistic [8]** 1058/3
1058/8 1058/13
1061/18 1061/24
1062/1 1062/15 1074/5

**bang [2]** 1050/9
1050/15

**bangs [4]** 1049/20
1049/25 1078/1 1078/5

**barricades [1]** 1071/23

**barrier [3]** 1040/8
1040/9 1052/23

**barriers [4]** 1007/3
1046/3 1046/9 1046/12

**based [12]** 1007/14
1062/3 1084/19
1084/24 1085/7
1089/22 1090/4
1097/20 1104/5 1113/1
1126/2 1136/21

**basic [1]** 1087/12

**basically [26]** 1000/15
1001/9 1003/11

**1006/25 1015/15**
1017/12 1022/22
1024/4 1025/12 1029/1
1034/5 1041/15
1042/13 1043/4
1043/16 1043/18
1055/11 1055/22
1055/22 1055/24
1056/1 1062/17 1073/8
1076/16

**basis [12]** 1061/23
1065/24 1069/3 1069/5
1083/20 1084/10
1094/4 1103/10 1105/3
1106/13 1106/13
1107/5

**batteries [2]** 1079/21
1080/7

**battle [2]** 1025/1
1058/11

**battling [2]** 1025/11
1031/13

**be [90]** 999/2 1002/3
1002/25 1003/19
1005/8 1005/25 1006/8
1006/17 1007/18
1008/1 1008/2 1009/5
1009/13 1011/11
1011/21 1013/25
1014/6 1015/6 1015/16
1017/25 1019/1
1019/13 1019/13
1019/21 1022/4
1022/11 1023/4
1025/24 1026/18
1029/19 1030/7
1030/17 1032/5 1033/8
1034/18 1038/21
1039/4 1039/5 1039/9
1040/10 1042/3 1049/5
1050/7 1056/10
1056/14 1059/9 1063/3
1063/21 1063/25
1065/25 1067/25
1068/1 1068/18 1069/9
1069/14 1074/21
1074/23 1076/21
1077/1 1081/1 1083/11
1084/7 1084/15
1085/25 1089/7
1091/23 1092/18
1093/24 1094/20
1094/21 1097/16
1097/22 1099/7 1101/6
1101/7 1101/19
1101/24 1104/16
1105/10 1107/16
1108/14 1111/19
1113/9 1113/11
1117/18 1132/3
1134/19 1135/15
1136/7 1140/12

**beating [1]** 1080/4

**became [2]** 1008/9
1091/16

**because [63]** 1001/13
1003/19 1004/7 1006/1

**1016 1014/20**
1018/10 1018/14
1019/11 1022/2 1024/1
1027/2 1029/7 1031/18
1035/19 1037/3 1037/9
1038/6 1039/20 1041/7
1041/18 1043/22
1046/9 1048/9 1048/12
1048/24 1049/7
1049/14 1049/19
1050/4 1050/14
1050/15 1050/21
1051/18 1054/17
1054/18 1055/4
1056/15 1058/10
1061/4 1061/6 1068/9
1071/16 1072/19
1080/13 1084/20
1089/6 1089/7 1090/2
1092/14 1094/24
1095/6 1101/15 1104/8
1106/6 1106/24
1109/19 1114/9
1116/15 1117/8
1126/11 1126/25
1131/6

**become [6]** 1019/15
1027/4 1036/1 1080/20
1087/8 1090/20

**becomes [3]** 1076/17
1106/1 1106/3

**becoming [2]** 1019/3
1022/15

**bed [1]** 1042/1

**Beeks [4]** 1109/11
1120/9 1127/20 1139/8

**been [38]** 1000/1
1000/7 1000/13
1005/22 1008/16
1009/11 1010/11
1011/17 1021/9 1023/9
1026/14 1029/10
1030/15 1035/20
1041/4 1043/11 1055/4
1065/12 1069/15
1071/23 1072/5 1072/9
1072/12 1072/19
1073/7 1075/1 1075/3
1075/6 1076/3 1087/5
1087/17 1088/3 1090/8
1093/15 1095/24
1100/4 1103/14
1124/20

**beeping [1]** 1028/5

**before [26]** 994/9
998/19 1017/5 1018/3
1026/10 1026/14
1027/22 1037/6
1046/10 1048/3
1050/22 1061/12
1067/15 1075/4 1075/7
1075/7 1076/3 1076/19
1083/15 1093/7
1104/15 1104/24
1112/23 1113/17
1136/11 1140/13

**began [2]** 1051/3
1089/18

**begin [1]** 1117/21
**beginning [4]** 1026/6
1050/24 1087/24
1088/19
**behalf [1]** 998/9
**behind [14]** 1009/13
1009/14 1012/4 1032/5
1053/6 1060/4 1060/6
1093/2 1093/16 1096/1
1097/2 1098/8 1100/24
1114/2
**being [35]** 1003/23
1009/25 1016/17
1018/20 1018/21
1018/24 1020/24
1021/1 1022/16
1023/23 1023/23
1023/24 1029/4 1031/3
1033/15 1043/2
1051/22 1054/6
1054/12 1054/14
1055/17 1056/20
1056/24 1061/8 1064/6
1066/15 1076/10
1079/20 1079/21
1079/21 1099/14
1101/11 1126/21
**believe [19]** 1020/18
1039/20 1040/19
1054/16 1057/13
1057/19 1059/3
1060/23 1066/23
1067/1 1073/19 1083/6
1099/25 1100/5 1102/7
1106/15 1112/6
1124/24 1133/20
**bell [1]** 1074/22
**belligerent [1]** 1070/19
**below [1]** 1132/18
**belt [1]** 1049/1
**Bench [5]** 1033/3
1083/1 1093/6 1103/11
1124/11
**benches [5]** 1039/3
1039/11 1039/17
1039/21 1040/7
**benefit [8]** 1097/1
1097/25 1098/7
1098/15 1099/3
1099/13 1099/15
1100/24
**benefits [1]** 1101/11
**Bennie [4]** 1126/19
1126/24 1126/25
1138/22
**Bennie Parker [2]**
1126/25 1138/22
**Berry [4]** 1109/7
1120/11 1127/21
1139/14
**besides [1]** 1058/22
**best [4]** 1021/25
1034/1 1047/3 1052/10
**better [2]** 1023/16
1140/13
**between [15]** 1003/2

1047/3 1047/4 1050/19
1067/25 1110/18
1124/16 1124/17
1128/7 1128/11
1133/15 1134/14
**beyond [2]** 1080/23
1081/18
**big [4]** 1014/5 1065/14
1086/4 1104/2
**bike [32]** 1003/3
1003/8 1003/9 1003/10
1003/16 1005/13
1005/14 1005/15
1005/15 1006/5 1007/7
1007/15 1007/19
1007/20 1008/11
1008/12 1009/20
1009/23 1010/10
1012/4 1012/5 1012/15
1012/18 1043/5
1044/14 1044/17
1044/23 1046/3 1053/1
1067/15 1067/20
1078/6
**Bilbo [1]** 1139/25
**biological [1]** 1000/16
**bit [11]** 1013/10 1044/6
1045/3 1048/24
1057/18 1063/8
1075/19 1094/20
1099/19 1100/6
1102/11
**black [1]** 1009/19
**blast [2]** 1050/7
1050/7
**blue [3]** 1013/20
1017/22 1092/12
**blur [3]** 1071/13
1071/14 1071/19
**blurry [1]** 1071/18
**board [4]** 1014/5
1082/21 1126/14
1140/8
**bodies [1]** 1004/1
**body [2]** 1062/17
1112/15
**bolted [1]** 1040/16
**bomb [1]** 1006/14
**both [3]** 1022/21
1052/4 1132/2
**bottles [1]** 1041/6
**bottom [12]** 1002/14
1002/21 1003/4
1004/16 1004/19
1009/5 1009/8 1011/7
1016/12 1017/18
1109/11 1109/12
**Box [1]** 995/3
**breach [12]** 1011/2
1011/5 1011/8 1012/3
1046/7 1052/21
1052/21 1052/22
1052/23 1053/2 1072/5
1072/9 1072/12
1072/14 1072/15
1072/19 1073/8
**breached [12]** 1005/22

1024/21 1025/8 1029/2
1029/12 1046/2 1047/5
1048/3 1053/18
1054/12
**Breacher [1]** 1139/15
**breaches [2]** 1018/11
1054/6
**break [7]** 1054/1
1063/6 1063/7 1063/13
1136/12 1140/17
1140/25
**breathe [1]** 1051/24
**breathing [1]** 1051/18
**Brian [3]** 1122/18
1129/9 1139/24
**brief [1]** 1082/23
**briefed [6]** 1074/18
1075/6 1075/11
1075/25 1076/8
1076/13
**briefly [4]** 1034/7
1059/15 1077/15
1125/15
**bring [2]** 998/23
1099/16
**bringing [2]** 1037/10
1055/18
**brings [1]** 1104/18
**broke [4]** 1015/2
1022/19 1032/2 1054/1
**broken [3]** 1036/5
1054/14 1071/23
**brother [1]** 1128/13
**brought [1]** 1037/3
**BROWN [6]** 995/11
995/14 1127/21
1127/22 1128/1
1139/18
**bsrlegal.com [2]**
995/13 995/17
**build [1]** 1044/18
**building [44]** 1006/21
1006/22 1007/1 1008/1
1011/14 1011/17
1024/20 1024/22
1024/24 1024/25
1025/2 1029/8 1029/9
1031/16 1031/18
1038/3 1038/9 1039/15
1041/8 1041/9 1054/19
1055/3 1065/15
1065/17 1065/20
1065/25 1066/10
1067/22 1068/19
1072/5 1072/13
1072/15 1072/19
1075/4 1075/5 1077/6
1115/7 1116/6 1120/15
1126/22 1127/2
1127/24 1129/13
1129/17
**buildings [4]** 1043/7
1043/8 1075/22 1076/5
**built [1]** 1046/2
**burn [1]** 1041/20
**burns [1]** 1041/5
**business [1]** 1008/15

1025/17
**busy [1]** 1054/22
**buzzing [1]** 1018/17

**C**

**C-a-r-r-i-o-n [1]** 999/23
**Caleb [4]** 1109/7
1120/11 1127/21
1139/14
**Caleb Berry [1]**
1139/14
**caliber [1]** 1061/19
**calibers [1]** 1061/21
**call [18]** 1000/14
1001/7 1001/13 1004/7
1004/10 1006/20
1017/12 1029/3 1041/4
1044/11 1046/21
1046/23 1056/1
1102/22 1112/16
1130/22 1133/7
1133/20
**called [5]** 999/8
1001/11 1006/14
1054/7 1074/21
**calling [1]** 1018/13
**calls [6]** 1051/5 1079/9
1079/15 1086/10
1130/23 1130/24
**came [13]** 1008/13
1014/19 1014/25
1036/3 1057/15
1057/25 1059/1 1064/3
1080/15 1081/4
1094/18 1105/14
1112/23
**camera [6]** 1030/13
1112/3 1114/24 1116/1
1116/4 1116/21
**cameras [2]** 1116/22
1116/24
**camouflage [1]**
1077/19
**can [161]**
**can't [4]** 1018/11
1024/3 1068/9 1131/24
**cannot [2]** 1039/4
1131/7
**Cap [1]** 1138/17
**Capitol [94]** 999/8
999/25 1000/7 1000/10
1000/13 1000/17
1000/18 1000/25
1001/16 1001/24
1002/9 1003/3 1003/11
1003/16 1003/21
1003/22 1003/24
1004/5 1012/24 1013/4
1013/7 1013/16
1014/14 1015/20
1020/5 1020/6 1020/13
1020/19 1022/1 1022/2
1024/13 1026/20
1029/9 1029/17
1029/18 1030/13
1031/3 1032/15 1041/2
1042/16 1043/2 1043/3

1043/7 1053/14
1054/14 1055/10
1059/16 1060/11
1065/11 1068/19
1074/19 1075/1 1075/4
1075/5 1075/7 1075/8
1075/17 1075/22
1076/4 1076/9 1076/10
1077/3 1077/8 1077/24
1078/11 1080/10
1089/14 1089/20
1089/21 1090/8
1090/10 1090/22
1091/1 1091/3 1091/11
1092/11 1107/21
1115/3 1115/14 1116/6
1116/23 1116/25
1126/4 1126/5 1127/1
1127/23 1128/3
1130/12 1130/14
1134/3 1135/2 1135/22
1136/3
**Capitol Building [4]**
1068/19 1075/4 1075/5
1116/6
**Capitol Complex [1]**
1116/23
**Capitol Police [2]**
1075/1 1076/9
**Captain [1]** 1138/17
**captures [1]** 1115/24
**capturing [1]** 1110/24
**career [2]** 1087/24
1093/14
**carrier [3]** 1058/8
1062/15 1062/16
**Carrion [12]** 999/9
999/13 999/16 999/22
999/23 1044/4 1115/11
1115/13 1118/16
1119/6 1121/6 1122/11
**carry [1]** 1062/22
**case [8]** 998/4 999/6
1009/25 1014/18
1084/11 1089/12
1097/13 1140/19
**cases [2]** 1089/14
1136/25
**catch [1]** 1095/7
**categories [1]** 1124/14
**caught [7]** 1026/7
1051/22 1052/6
1055/17 1056/15
1064/23 1094/13
**caused [6]** 1005/18
1006/12 1049/11
1051/2 1053/25 1094/2
**causing [1]** 1079/24
**CCTV [2]** 1032/15
1045/13
**CDU [3]** 1001/7
1001/11 1020/25
**cellular [1]** 1132/20
**center [7]** 1000/23
1014/7 1029/18
1030/19 1037/21
1091/8 1091/11
**CERT [1]** 1049/13

**certain [6]** 1061/19 1061/21 1107/1 1116/5 1133/8 1136/20
**Certainly [2]** 1030/2 1101/6
**certification [5]** 1003/20 1008/15 1019/17 1023/2 1025/18
**certify [1]** 1142/2
**chance [1]** 1131/25
**change [2]** 1042/16 1061/4
**changed [2]** 1034/17 1042/22
**chanting [4]** 1005/6 1005/12 1018/18 1070/14
**chaos [1]** 1070/10
**chaotic [1]** 1070/10
**characterization [1]** 1048/23
**chart [1]** 1123/12
**chemical [3]** 1000/16 1018/23 1018/24
**choir [1]** 1005/2
**church [4]** 1004/8 1004/12 1004/22 1005/2
**circle [18]** 1010/13 1024/11 1033/5 1033/11 1033/14 1034/8 1034/11 1035/15 1036/18 1036/19 1037/19 1039/22 1067/21 1117/25 1118/1 1118/21 1119/7 1119/25
**circled [7]** 1013/13 1030/18 1032/17 1035/22 1037/21 1039/17 1073/21
**circles [10]** 1032/12 1032/14 1073/15 1114/25 1118/17 1119/16 1121/7 1121/9 1122/12 1122/15
**circling [1]** 1008/2
**circumstance [2]** 1052/9 1097/20
**circumstances [1]** 1056/12
**circumstantially [1]** 1084/1
**civil [3]** 1001/7 1068/24 1069/5
**clarify [1]** 1075/9
**classic [1]** 1097/19
**clear [3]** 1068/4 1085/25 1101/15
**clearly [4]** 1012/3 1029/2 1034/25 1074/4
**client [7]** 1062/9 1073/23 1083/9 1083/13 1084/17 1085/13 1114/16

**CLINTON [1]** 995/19
**clintonpeed.com [1]** 995/22
**clip [5]** 1015/5 1015/6 1016/25 1017/5 1117/4
**clockwise [1]** 1108/23
**close [12]** 1006/16 1032/5 1032/25 1034/1 1034/6 1036/3 1037/25 1039/22 1047/22 1054/13 1061/8 1093/19
**closed [4]** 1026/9 1035/19 1039/24 1053/23
**closer [2]** 998/18 1072/1
**closest [1]** 1009/23
**closing [3]** 1021/10 1040/8 1098/25
**clothes [2]** 1058/12 1058/15
**clothing [5]** 1092/13 1102/18 1102/19 1112/14 1113/1
**coaching [1]** 1082/12
**cold [4]** 1018/7 1064/10 1065/1 1065/3
**collar [1]** 1087/25
**colleagues [3]** 1078/14 1078/22 1116/5
**colleagues' [1]** 1092/8
**color [1]** 1126/2
**colors [1]** 1092/12
**COLUMBIA [1]** 994/1
**Columbus [4]** 1053/3 1053/10 1057/23 1073/8
**come [20]** 1014/24 1033/9 1034/23 1038/3 1059/2 1060/3 1063/23 1081/4 1083/24 1084/14 1089/16 1101/20 1101/22 1103/12 1104/1 1104/1 1104/23 1124/21 1135/2 1135/15
**comes [1]** 1003/7
**coming [14]** 1007/25 1008/3 1008/6 1023/25 1035/1 1055/9 1057/22 1059/17 1061/5 1061/7 1061/16 1062/14 1072/1 1100/19
**committed [3]** 1088/21 1088/22 1088/24
**Committee [2]** 1006/15 1006/16
**comms [1]** 1137/1
**communication [1]** 1006/2
**communications [5]** 1131/10 1131/13 1133/14 1134/13 1140/18
**company [2]** 1131/3 1131/7

**complaints [1]** 1089/18
**completely [1]** 1035/5
**complex [6]** 1000/11 1000/17 1001/24 1043/7 1088/1 1116/23
**complicated [1]** 1106/17
**complied [5]** 1010/14 1017/17 1024/12 1035/16 1037/20
**compressed [1]** 1044/8
**comprised [1]** 1126/11
**conclusion [1]** 1061/23
**conditioned [1]** 1033/15
**conduct [3]** 1077/8 1088/4 1100/17
**conducted [1]** 1087/12
**conducting [5]** 1087/3 1087/25 1088/12 1088/13 1088/18
**conference [6]** 1033/3 1083/1 1093/6 1093/21 1103/11 1124/11
**confirm [1]** 1104/13
**Congress [5]** 1001/1 1001/2 1043/8 1065/23 1066/4
**congressional [1]** 1054/18
**connection [9]** 1097/5 1097/9 1098/10 1098/13 1098/17 1098/20 1098/25 1128/7 1128/11
**Connie [5]** 1109/8 1120/10 1127/20 1128/8 1139/10
**Connie Meggs [2]** 1128/8 1139/10
**connor [3]** 995/10 995/13 998/12
**Connor Martin [1]** 998/12
**consent [1]** 1132/17
**consider [1]** 1021/21
**considered [2]** 1003/14 1029/23
**consistent [2]** 1094/11 1096/4
**conspiracy [2]** 1097/19 1100/17
**constant [1]** 1018/17
**contact [5]** 1093/1 1093/15 1095/25 1097/1 1098/8
**contain [1]** 1123/8
**content [1]** 1131/17
**contentious [1]** 1003/20
**contents [1]** 1131/7
**context [1]** 1098/2
**continue [1]** 1081/21
**continued [4]** 995/1 1007/2 1035/25

**control [2]** 1031/13 1035/5
**conversation [1]** 1082/24
**coordinated [6]** 1090/2 1090/5 1092/19 1096/9 1096/12 1126/2
**copy [1]** 1111/7
**corner [5]** 1009/5 1009/8 1022/11 1022/12 1045/19
**correct [136]** 1002/15 1002/16 1002/18 1002/20 1002/23 1003/6 1004/17 1004/18 1004/21 1004/24 1006/19 1009/8 1012/19 1013/15 1013/18 1013/21 1023/10 1023/11 1033/13 1043/4 1043/12 1044/12 1044/15 1044/19 1045/13 1045/25 1046/14 1046/18 1046/19 1047/16 1047/24 1048/3 1048/4 1048/8 1048/15 1048/17 1048/20 1049/19 1051/1 1052/5 1052/7 1052/25 1054/5 1054/8 1054/12 1054/12 1054/24 1055/6 1055/15 1055/20 1058/15 1058/16 1059/22 1060/5 1060/12 1061/2 1061/3 1061/11 1062/6 1062/10 1062/23 1063/1 1064/4 1064/5 1065/3 1065/4 1065/9 1065/13 1065/15 1065/16 1065/19 1065/22 1065/25 1066/1 1066/4 1066/5 1066/7 1066/12 1066/18 1066/19 1066/21 1067/14 1067/22 1067/23 1068/2 1068/6 1068/8 1068/15 1068/16 1069/1 1069/4 1069/13 1069/14 1070/9 1070/11 1070/15 1070/16 1071/2 1071/12 1071/20 1071/21 1071/25 1072/10 1072/11 1072/13 1072/21 1073/16 1073/17 1074/3 1074/7 1075/2 1076/6 1077/2 1077/5 1077/10 1080/2 1080/3 1086/2 1095/22 1105/22 1114/7 1115/1 1115/20 1117/5

**correctly [1]** 1093/21 1103/19 1129/3
**costs [1]** 1019/11
**could [59]** 999/20 1004/14 1005/20 1012/7 1015/12 1024/17 1034/24 1040/20 1049/21 1051/14 1058/11 1069/20 1069/21 1072/18 1072/20 1073/11 1073/20 1075/10 1077/9 1082/21 1085/16 1086/23 1087/11 1090/15 1090/15 1090/16 1090/24 1091/14 1092/2 1105/9 1108/17 1108/20 1108/23 1109/22 1111/22 1112/2 1112/19 1113/15 1113/17 1113/25 1114/20 1115/16 1117/21 1119/2 1119/13 1119/21 1120/6 1120/6 1120/17 1121/2 1121/17 1122/10 1122/20 1122/25 1124/3 1125/17 1134/7 1135/3 1137/15
**couldn't [3]** 1041/22 1051/23 1071/16
**counsel [3]** 1085/23 1122/25 1123/18
**counter [5]** 1119/11 1120/5 1121/3 1122/6 1122/10
**country [3]** 1090/1 1090/6 1090/7
**couple [3]** 1046/10 1073/6 1090/19
**course [4]** 1058/22 1064/8 1099/1 1132/6
**court [29]** 994/1 1033/19 1057/5 1063/17 1080/15 1081/10 1081/12 1082/2 1083/17 1083/18 1084/2 1086/6 1095/17 1101/8 1101/8 1101/14 1102/1 1103/15 1103/20 1103/20 1104/18 1104/25 1106/2 1106/3 1107/14 1112/23 1125/10 1132/16 1141/4
**court-authorized [1]** 1132/16
**courtroom [9]** 998/16

**C**

courtroom... [8] 999/1
1063/11 1063/20
1104/12 1104/15
1105/20 1107/4
1140/23
covered [1] 1041/15
COVID [1] 1038/8
CR [1] 994/4
create [5] 1040/9
1049/20 1049/22
1050/18 1130/25
created [3] 1003/11
1015/13 1050/17
creating [1] 1051/13
credibility [1] 1100/7
crime [1] 1088/11
crimes [2] 1087/22
1088/2
Criminal [1] 998/4
**Criminal Case No.
22-15 [1]** 998/4
cross [9] 996/4
1043/25 1044/2
1064/19 1073/2
1074/12 1077/18
1080/24 1093/24
cross-examination [5]
1043/25 1044/2
1064/19 1073/2
1074/12 1077/18
crossing [1] 1095/4
crowd [34] 1006/3
1014/1 1015/2 1015/13
1019/6 1023/23 1024/2
1029/6 1029/14 1035/1
1039/8 1044/18 1046/2
1046/13 1047/5
1048/25 1050/2 1050/8
1050/11 1050/25
1051/2 1051/3 1051/6
1051/9 1051/13
1051/17 1051/20
1052/18 1055/11
1056/11 1058/12
1058/15 1064/8
1101/12
crowds [2] 1019/12
1036/1
Crowl [5] 1109/10
1120/13 1126/18
1126/20 1138/18
CRR [2] 1142/2 1142/8
Currently [1] 1000/14

**D**

D.C [11] 994/5 994/17
995/21 1000/9 1087/17
1089/25 1090/3 1090/7
1135/10 1135/15
1135/16
daily [2] 1069/3 1069/5
dangerous [2] 1019/1
1027/4
dangerously [1]
1093/19
data [3] 1132/20
1133/6 1133/7

dates [1] 1132/17
998/14
David [6] 995/10 998/6
1073/23 1120/12
1127/19 1137/21
David Moerschel [2]
998/6 1073/23
day [33] 994/7 1003/20
1003/21 1017/25
1018/7 1019/7 1026/11
1026/16 1029/16
1042/6 1042/11
1042/14 1044/7 1064/8
1064/10 1065/1 1065/3
1065/3 1067/15
1068/18 1068/18
1069/17 1071/11
1071/20 1073/25
1074/16 1081/10
1089/21 1092/11
1097/22 1134/2 1135/2
1135/23
days [2] 1042/14
1042/16
deal [4] 1082/14
1083/15 1086/4 1104/3
dealing [3] 1005/5
1018/10 1047/18
dealt [1] 1007/9
dear [1] 1022/22
debate [1] 1125/4
December [3] 994/5
1111/7 1142/7
declare [1] 1076/17
decon [1] 1041/4
deconning [1] 1041/3
decontamination [1]
1041/4
deems [1] 1056/14
deeper [1] 1029/8
defendant [20] 995/2
995/6 995/10 995/15
998/5 998/5 998/6
998/6 998/10 998/11
998/13 998/14 1084/22
1084/23 1084/23
1137/11 1137/14
1137/17 1137/21
1137/24
Defendant 11 [1] 998/6
Defendant 6 [1] 998/5
Defendant 7 [1] 998/5
Defendant 8 [1] 998/6
**Defendant David
Moerschel [1]** 1137/21
**Defendant Edward
Vallejo [1]** 1137/24
**Defendant Hackett [1]**
998/11
**Defendant Joseph
Hackett [2]** 1137/14
1137/17
**Defendant Minuta [1]**
998/10
**Defendant Moerschel
[1]** 998/13
**Defendant Roberto
Minuta [1]** 1137/11

**Defendant Vallejo [1]**
998/14
defendants [7] 994/7
998/15 1083/4 1109/20
1111/5 1132/14 1137/9
defense [8] 1008/17
1084/3 1084/9 1085/18
1085/23 1094/19
1097/8 1100/8
defense's [1] 1099/2
defensive [2] 1046/16
1046/20
definitely [1] 1068/10
deflating [1] 1031/17
deleted [1] 1131/19
Democratic [1]
1006/15
demonstrate [1]
1003/13
demonstrated [1]
1071/1
demonstrations [5]
1005/6 1007/9 1069/7
1069/8 1075/8
demonstrative [3]
1124/12 1124/18
1125/7
depending [1] 1107/1
depends [1] 1136/25
depicts [1] 1107/10
deployed [4] 1049/19
1050/4 1078/2 1078/5
describe [9] 1002/7
1003/8 1004/25 1005/5
1007/22 1015/10
1028/6 1066/13
1087/11
described [5] 1017/4
1048/13 1053/21
1061/9 1134/20
describing [1] 1010/11
Description [1]
1132/23
deserting [1] 1006/8
desperate [1] 1048/21
detail [1] 1081/13
details [1] 1074/24
detain [1] 1019/5
detects [1] 1007/22
device [29] 1131/18
1131/20 1131/24
1131/25 1133/8 1137/1
1137/22 1137/25
1138/3 1138/6 1138/9
1138/12 1138/20
1138/22 1138/24
1139/1 1139/3 1139/6
1139/8 1139/10
1139/12 1139/14
1139/16 1139/18
1139/20 1139/22
1139/24 1140/1 1140/3
devices [7] 1131/16
1132/3 1132/21
1137/12 1137/18
1138/15 1138/18
did [88] 1000/3
1000/19 1005/1

1007/15 1007/20
1011/9 1012/15 1019/7
1019/8 1020/24
1021/15 1021/17
1021/18 1021/21
1027/2 1028/19
1028/25 1037/8 1038/2
1040/12 1040/15
1040/25 1041/11
1041/14 1042/6 1042/7
1042/8 1042/16
1043/13 1043/15
1046/21 1048/10
1057/11 1057/13
1066/10 1066/16
1066/22 1067/6
1069/13 1073/24
1075/16 1075/16
1078/11 1078/13
1078/14 1078/22
1079/4 1079/7 1079/19
1080/15 1080/17
1080/20 1080/21
1081/4 1081/10
1081/11 1081/12
1081/16 1082/8
1087/23 1089/16
1089/25 1090/20
1095/2 1095/2 1095/2
1095/3 1095/3 1095/7
1099/17 1100/12
1100/13 1102/16
1104/17 1112/11
1127/2 1127/3 1128/4
1128/5 1129/17
1129/18 1129/19
1134/18 1134/22
1134/25 1135/15
**did you [10]** 1000/3
1000/19 1020/24
1040/15 1046/21
1066/10 1081/4
1081/10 1081/16
1087/23
didn't [18] 1006/1
1006/6 1018/25
1026/19 1041/12
1041/13 1048/9 1050/3
1052/8 1052/16 1054/2
1055/10 1064/7 1066/8
1068/9 1071/18
1093/22 1136/23
different [24] 1025/16
1052/22 1068/18
1088/1 1088/12 1090/4
1092/11 1092/12
1092/12 1097/24
1099/11 1100/15
1100/18 1100/20
1102/19 1106/20
1106/22 1108/24
1112/15 1116/22
1126/5 1126/7 1126/12
1132/9
difficulty [1] 1097/13
direct [10] 996/4
999/17 1010/9 1012/11

1016/11 1066/2
1086/18 1130/24
1132/9
direct-message [1]
1130/24
directions [1] 1052/4
directly [1] 1101/16
disabled [1] 1022/15
disappeared [1]
1046/12
disclosed [1] 1008/17
discuss [3] 1063/13
1125/2 1140/25
discussed [1] 1096/4
discussion [3] 1093/7
1094/5 1094/22
disorderly [1] 1077/8
displayed [1] 1136/20
disrupts [1] 1101/21
distance [1] 1050/17
DISTRICT [3] 994/1
994/1 994/10
disturbance [3] 1001/8
1068/25 1069/5
division [1] 1042/10
DNC [1] 1006/15
do [105] 999/24 999/24
1001/21 1003/13
1005/11 1010/23
1012/13 1012/24
1015/21 1015/24
1016/13 1016/19
1020/1 1024/9 1026/2
1027/4 1027/13
1028/25 1029/16
1029/20 1031/7
1031/10 1032/17
1032/23 1033/23
1034/8 1034/11 1035/1
1036/15 1036/25
1037/17 1038/1
1039/18 1040/25
1041/14 1043/15
1045/19 1057/21
1059/6 1059/16
1059/23 1059/24
1062/19 1062/20
1063/3 1064/16 1067/3
1070/1 1070/3 1070/4
1071/22 1073/9
1077/21 1078/3 1080/2
1080/13 1081/5
1081/12 1081/21
1081/21 1083/2 1084/4
1085/12 1085/15
1086/25 1086/25
1087/2 1087/8 1089/2
1093/17 1095/2
1099/20 1100/1 1100/4
1100/12 1100/25
1101/18 1102/8
1102/11 1102/16
1105/10 1106/4
1106/14 1109/15
1112/11 1114/24
1118/2 1118/5 1121/10
1121/22 1122/11
1123/6 1124/1 1124/18

**do... [11]** 1125/21 1125/23 1126/8 1127/13 1130/2 1130/25 1131/12 1133/5 1133/7 1136/7 1136/16
**do you [7]** 1062/19 1077/21 1080/2 1080/13 1081/21 1087/8 1122/11
**do you recognize [3]** 1001/21 1020/1 1027/13
**Do you remember [2]** 1059/16 1067/3
**do you see [12]** 1015/24 1024/9 1039/18 1045/19 1085/12 1085/15 1121/10 1123/6 1125/21 1125/23 1126/8 1127/13
**does [21]** 1003/23 1028/22 1074/22 1080/18 1080/22 1083/25 1087/2 1098/24 1103/3 1104/9 1108/5 1108/8 1112/22 1112/25 1113/4 1113/5 1115/5 1123/8 1127/4 1131/22 1133/5
**doesn't [8]** 1083/24 1083/24 1084/11 1089/8 1094/4 1104/20 1104/20 1116/2
**dog [19]** 1037/4 1037/5 1037/8 1037/10 1037/17 1037/19 1055/17 1055/18 1056/3 1056/11 1056/12 1056/13 1057/17 1059/1 1059/1 1060/24 1061/13 1062/15 1121/25
**dogs [3]** 1056/5 1056/6 1056/9
**doing [29]** 1000/1 1004/25 1013/5 1017/8 1022/12 1034/18 1034/20 1035/17 1037/24 1040/6 1043/16 1055/13 1065/12 1094/15 1094/16 1094/25 1097/2 1097/5 1098/4 1098/4 1098/9 1098/15 1098/21 1098/23 1098/23 1099/4 1099/4 1101/4 1125/13
**Dolan [6]** 1109/4 1109/6 1119/18 1120/11 1127/19 1139/3
**domestic [1]** 1088/5
**Don [5]** 1134/1 1134/23 1138/9 1138/10 1138/11

**Don Siekerman [2]** 1134/23 1138/9
**Don Siekerman's [1]** 1134/18
**don't [33]** 998/23 1005/15 1007/11 1019/11 1023/25 1031/11 1047/7 1053/9 1057/8 1059/4 1059/10 1059/15 1060/9 1061/12 1062/18 1063/23 1066/23 1067/1 1074/8 1074/24 1079/16 1083/19 1098/5 1099/11 1104/2 1106/5 1106/15 1117/11 1124/17 1124/19 1125/2 1125/5 1125/18
**Donald [2]** 1134/15 1135/6
**Donald Siekerman [2]** 1134/15 1135/6
**done [8]** 1041/10 1046/9 1081/12 1084/15 1094/10 1097/16 1098/24 1107/13
**Donovan [4]** 1109/10 1120/13 1126/18 1138/18
**Donovan Crowl [1]** 1138/18
**door [67]** 1011/14 1013/7 1013/13 1013/14 1013/23 1014/4 1014/10 1014/13 1014/14 1014/15 1014/18 1014/20 1015/2 1015/10 1015/14 1015/15 1017/1 1017/11 1017/14 1018/14 1018/15 1018/16 1020/6 1020/6 1020/13 1021/21 1022/21 1022/22 1025/2 1025/8 1025/10 1025/13 1025/15 1026/6 1026/8 1026/9 1026/17 1028/5 1028/8 1028/19 1029/1 1030/14 1030/14 1030/14 1030/19 1031/13 1031/15 1032/5 1032/8 1034/6 1034/24 1035/18 1035/23 1036/2 1036/3 1036/5 1036/7 1037/25 1039/2 1039/4 1039/6 1050/19 1053/18 1053/23 1054/1 1054/12 1057/16
**door open [1]** 1032/8
**doors [42]** 1013/25 1014/24 1017/9 1018/16 1032/1 1032/3

1035/6 1035/25 1038/13 1039/10 1039/14 1039/15 1040/23 1040/25 1041/1 1045/4 1045/18 1047/5 1047/23 1048/3 1053/2 1053/3 1053/7 1053/10 1053/11 1053/12 1053/19 1054/11 1054/14 1055/2 1055/9 1057/23 1061/2 1061/4 1061/7 1072/18 1073/8 1115/15 1116/7
**doorway [1]** 1020/18
**doubt [1]** 1064/11
**down [18]** 1000/22 1003/7 1004/14 1007/6 1007/7 1007/18 1011/4 1013/11 1014/9 1040/16 1047/12 1047/14 1047/19 1048/2 1053/20 1082/18 1082/21 1110/21
**dowsing [1]** 1041/6
**dozens [2]** 1108/2 1132/11
**draw [9]** 1097/4 1097/8 1098/16 1098/18 1098/25 1099/1 1099/22 1099/24 1100/20
**draws [1]** 1100/1
**drew [1]** 1092/8
**driver's [1]** 1135/9
**drug [2]** 1097/19 1097/22
**drug-conspiracy [1]** 1097/19
**ducking [1]** 1024/1
**during [3]** 1064/7 1071/17 1140/25
**duties [12]** 1000/7 1000/9 1000/16 1000/24 1001/1 1010/2 1065/10 1065/14 1066/3 1066/9 1081/2 1092/25
**duty [2]** 1004/4 1021/25
**dwindled [3]** 1047/11 1047/14 1047/18

**E**

**E.B [1]** 1117/18
**each [7]** 1022/21 1055/12 1083/4 1098/1 1102/5 1105/9 1106/24
**earlier [1]** 1015/9 1015/24 1017/4 1028/3 1031/3 1045/24 1054/10 1064/2 1065/5 1073/9 1115/10 1124/25 1126/3 1126/20 1129/11
**early [5]** 1005/9

1068/3 1068/15
**earnestly [1]** 1055/8
**earring [1]** 1064/24
**easel [2]** 1001/19 1125/18
**easily [1]** 1014/11
**east [22]** 1001/15 1002/10 1002/15 1002/16 1004/4 1006/10 1007/6 1017/1 1017/9 1028/19 1071/24 1072/2 1090/22 1090/25 1091/3 1091/3 1091/11 1091/18 1110/24 1111/3 1111/13 1115/15
**east-side [3]** 1091/18 1110/24 1111/13
**easy [1]** 1085/23
**ed [2]** 1022/23 1138/1
**Ed Vallejo [1]** 1138/1
**Edward [3]** 995/19 998/7 1137/24
**Edward Vallejo [1]** 998/7
**Edwards [3]** 994/15 998/8 1090/16
**effect [1]** 1046/12 1055/1 1061/10
**effort [5]** 1021/25 1090/6 1092/19 1096/10 1096/12
**efforts [1]** 1061/8
**egg [7]** 1004/7 1004/8 1004/10 1008/7 1011/3 1012/4 1014/2
**either [5]** 1014/18 1049/6 1110/15 1131/17 1131/25
**election [1]** 1003/20
**electronic [1]** 1132/21
**elicited [1]** 1094/19
**eliciting [1]** 1098/20
**Ellipse [3]** 1074/24 1127/1 1128/3
**Elmer [1]** 1138/2
**Elmer Stewart Rhodes [1]** 1138/2
**else [1]** 1006/11
**elsewhere [1]** 1090/1
**Email [6]** 994/18 995/5 995/8 995/13 995/17 995/22
**embedded [2]** 1120/20 1122/5
**encrypted [3]** 1130/22 1130/23 1131/6
**encryption [1]** 1131/14
**end [15]** 1010/18 1015/5 1040/12 1041/11 1047/12 1056/25 1089/8 1130/23 1130/23 1131/6 1131/7 1131/14 1131/14 1131/15 1131/15

1068/15 1068/15
**earnestly [1]** 1055/8
1137/12 1137/18 1137/22 1137/25 1138/4 1138/7 1138/19 1138/20 1138/22 1138/25 1139/2 1139/3 1139/4 1139/6 1139/8 1139/10 1139/12 1139/14 1139/17 1139/18 1139/20 1139/22 1139/24 1140/1 1140/3
**ends [2]** 1046/21
**enforce [1]** 1000/9
**enforcement [9]** 1000/15 1000/23 1000/24 1094/12 1097/14 1097/14 1097/17 1099/19 1100/14
**enforcing [2]** 1076/12 1076/14
**enhanced [1]** 1003/25
**enjoyment [1]** 1071/6
**enough [9]** 1039/9 1049/20 1052/13 1055/14 1056/4 1085/24 1104/15 1104/16 1105/2
**enter [5]** 1003/15 1006/5 1011/17 1040/11 1043/19
**entered [8]** 999/1 1011/19 1014/1 1029/7 1043/18 1063/20 1116/6 1126/5
**entering [8]** 1012/5 1013/7 1015/14 1022/1 1039/6 1073/18 1115/6 1120/15
**enters [1]** 1029/9
**entire [3]** 1043/7 1044/7 1046/25
**entirety [1]** 1067/21
**entitled [3]** 1099/22 1099/23 1100/1
**entrances [1]** 1011/14
**EOinAL [1]** 1139/23
**episodes [1]** 1075/8
**equipment [1]** 1048/12
**essentially [3]** 1052/15 1085/8 1099/14
**establish [1]** 1079/1
**estimate [1]** 1047/4
**ET [1]** 994/6
**evaluation [1]** 1094/7
**even [9]** 1018/1 1041/18 1050/4 1050/4 1051/23 1054/2 1072/2 1094/4 1099/11
**event [5]** 1052/11 1057/1 1061/16 1074/23 1090/3
**events [4]** 1069/6 1069/7 1089/14 1089/21
**eventually [4]** 1007/20 1038/13 1040/22

**E**

eventually... [1] 1046/20
ever [15] 1026/14 1037/5 1043/13 1052/11 1069/15 1075/6 1075/11 1078/22 1079/4 1088/25 1092/24 1095/24 1096/11 1100/23 1132/3
every [1] 1028/8
everybody [10] 1008/9 1022/15 1041/6 1046/21 1050/4 1050/11 1063/15 1063/25 1125/5 1141/3
everyone [5] 998/17 999/3 1012/17 1063/22 1140/21
everything [1] 1071/4
evidence [28] 1002/1 1002/4 1008/22 1019/22 1023/5 1025/25 1030/8 1033/6 1038/16 1038/22 1088/15 1089/7 1089/9 1089/10 1091/20 1091/24 1099/24 1107/17 1108/15 1111/17 1111/20 1113/12 1117/12 1117/19 1123/15 1124/21 1125/7 1132/15
evident [1] 1098/13
evidentiary [1] 1084/9
exactly [5] 1023/25 1051/2 1056/23 1093/20 1099/17
examination [10] 999/17 1043/25 1044/2 1064/19 1066/2 1073/2 1074/12 1077/16 1077/18 1086/18
example [1] 1097/19
except [1] 1127/22
excited [1] 1008/9
exclude [1] 1093/20
executing [1] 1088/14
exerted [1] 1025/14
exhibit [59] 1001/17 1002/4 1019/22 1023/5 1025/25 1030/6 1030/8 1033/8 1038/22 1038/25 1069/22 1070/4 1090/25 1091/15 1091/21 1091/24 1103/2 1103/16 1103/18 1103/24 1104/4 1104/11 1104/21 1104/23 1105/7 1105/13 1105/17 1105/19 1105/22 1106/3 1107/8 1107/17 1108/5 1108/15 1111/4 1111/6 1111/11

1112/20 1112/22 1112/23 1113/12 1115/14 1116/11 1116/14 1116/17 1117/19 1123/1 1123/5 1123/15 1123/25 1124/18 1124/24 1132/13 1132/22 1136/8 1137/7 1140/8
Exhibit 1050 [2] 1091/15 1091/21
Exhibit 1056.7029.0236.E.A [1] 1115/14
Exhibit 1111 [3] 1111/6 1111/11 1111/17
Exhibit 1111.1E [1] 1112/20
Exhibit 1653 [1] 1090/25
Exhibit 3054 [1] 1137/7
EXHIBITS [2] 997/1 1008/22
exited [2] 1063/11 1140/23
expecting [1] 1045/10
experience [11] 1007/14 1095/1 1096/20 1096/25 1097/7 1097/21 1098/24 1100/3 1100/8 1100/12 1100/23
experienced [3] 1018/1 1052/12 1093/9
experiences [3] 1051/16 1056/8 1097/15
experiencing [1] 1023/21
expert [1] 1093/25
explain [3] 1067/7 1095/13 1098/23
exposed [1] 1064/6
exposes [1] 1027/5
exposure [1] 1140/19
extent [1] 1094/9
exterior [1] 1030/14 1053/4 1053/11 1053/19 1072/15
external [2] 1003/3 1052/23
extra [1] 1068/21
extracted [1] 1137/1
extraction [1] 1133/7
eye [2] 995/20 1095/7
eyes [5] 1021/10 1024/3 1034/21 1055/13 1079/22

**F**

face [7] 1022/16 1041/6 1052/15 1060/20 1060/20 1079/22 1123/8
face-off [1] 1052/15

faces [3] 1071/20 1105/24 1124/25
facing [4] 1050/8 1091/2 1091/3 1091/4
fact [15] 1033/15 1048/6 1049/12 1049/24 1055/18 1059/1 1062/21 1066/16 1070/25 1083/19 1084/10 1088/21 1093/20 1095/10 1133/10
facts [3] 1110/17 1110/18 1110/19
fair [18] 1003/5 1004/23 1012/17 1032/15 1039/13 1049/10 1052/13 1055/14 1056/4 1061/17 1068/20 1071/7 1071/8 1071/13 1094/18 1107/8 1107/9 1115/24
Faith [1] 1137/20
fall [1] 1007/20
fallen [1] 1013/23
falls [1] 1094/16
familiar [5] 1095/11 1095/13 1097/18 1130/17 1130/21
far [7] 1039/23 1045/2 1069/17 1074/24 1108/23 1126/14 1135/10
fashion [2] 1051/8 1092/24
fashions [1] 1093/15
fast [5] 1010/4 1112/3 1117/8 1120/20 1122/5
fast-forward [2] 1120/20 1122/5
fast-forwarding [1] 1117/8
FBI [42] 1056/20 1056/25 1087/1 1087/2 1087/6 1087/9 1087/15 1087/23 1088/3 1088/7 1088/10 1090/20 1091/16 1092/20 1092/25 1093/14 1095/24 1096/11 1096/20 1096/25 1097/7 1097/11 1098/7 1098/9 1098/15 1098/25 1099/7 1099/8 1099/11 1100/4 1100/23 1100/25 1102/13 1102/16 1112/7 1112/11 1131/1 1131/11 1131/23 1132/3 1132/19 1133/5
features [3] 1102/20 1112/15 1112/15
February [1] 1105/10
federal [5] 1000/10 1000/23 1087/3 1088/8 1088/20
feed [1] 1137/6

feet [1] 1050/16
fell [2] 1008/12 1052/18
fellow [2] 1006/6 1029/4
felt [6] 1021/25 1022/3 1048/22 1051/23 1064/12 1070/10
fence [2] 1043/1 1043/22
fences [3] 1042/23 1043/6 1043/11
few [4] 1013/16 1052/17 1052/20 1052/22
fight [2] 1024/4 1058/11
figure [1] 1088/20
filmed [1] 1111/7
final [1] 1016/24
financial [1] 1088/1
find [4] 1040/20 1089/9 1106/19 1132/4
fine [10] 1059/12 1063/4 1083/7 1084/15 1085/9 1085/19 1086/3 1096/16 1101/23 1123/23
finger [1] 1084/4
finish [1] 1140/14
firearm [1] 1061/20
firearms [2] 1029/23 1058/10
first [21] 999/7 1001/19 1008/5 1010/1 1010/3 1011/10 1026/24 1041/2 1042/14 1044/17 1050/13 1057/11 1062/4 1078/8 1092/4 1094/18 1101/13 1104/1 1112/13 1124/3 1129/12
five [10] 1018/6 1046/7 1047/1 1047/22 1087/7 1105/13 1106/4 1106/5 1106/12 1129/12
FL [2] 995/12 995/16
flag [3] 1013/20 1031/12 1083/14
flagging [1] 1083/5
flagpole [9] 1022/18 1022/20 1025/9 1025/13 1025/15 1032/2 1053/23 1053/25 1079/20
flagpoles [1] 1080/4
flags [4] 1008/5 1026/17 1031/8 1031/15
flash [5] 1049/20 1049/25 1050/15 1078/1 1078/5
flash-bang [1] 1050/15
flash-bangs [4] 1049/20 1049/25 1078/1 1078/5

fled [1] 1014/22
flood [1] 1008/13
flooding [1] 1011/12
floods [1] 1008/12
Florida [7] 1000/6 1087/16 1089/18 1089/22 1090/4 1126/8 1127/12
flow [1] 1101/21
focus [1] 1124/13
focused [3] 1004/4 1004/6 1068/11
folks [4] 1086/4 1105/7 1107/6 1136/11
follow [3] 1053/15 1095/9 1137/15
followed [1] 1109/7
following [5] 1042/11 1060/13 1097/18 1132/15 1137/10
followup [1] 1021/19
footage [2] 1032/15 1111/7
force [6] 1025/14 1026/9 1053/25 1088/4 1088/6 1088/7
foreclose [1] 1084/11
foregoing [1] 1142/3
foreground [1] 1002/14
forensic [1] 1132/19
form [3] 1017/11 1067/20 1076/16
formation [1] 1017/20
former [1] 1059/20
forming [2] 1013/18 1020/15
forms [1] 1067/23
Fort [1] 995/12
forth [1] 1088/24
forward [53] 1009/6 1010/5 1011/21 1012/7 1012/20 1015/4 1015/16 1016/2 1016/7 1016/19 1020/7 1020/21 1021/2 1021/11 1022/1 1024/5 1025/3 1027/7 1027/8 1027/19 1027/24 1028/10 1030/20 1031/20 1031/21 1031/25 1032/20 1033/25 1034/13 1035/9 1036/8 1036/9 1036/21 1037/13 1037/23 1040/2 1046/13 1051/4 1051/20 1059/4 1102/22 1112/17 1114/20 1119/3 1119/10 1120/17 1120/20 1120/23 1121/18 1122/1 1122/5 1122/21 1140/20
forwarding [1] 1117/8
foundation [13] 1078/17 1078/20

**F**

**foundation... [11]**
1079/2 1084/1 1084/16
1085/1 1093/10
1100/12 1103/23
1104/4 1107/15
1123/16 1125/15
**foundational [1]**
1083/14
**founder [1]** 1130/5
**four [7]** 998/15
1047/22 1124/4 1124/6
1126/15 1127/6 1127/7
**frame [16]** 1012/25
1015/25 1016/25
1017/23 1022/8
1022/10 1023/16
1027/13 1028/15
1030/12 1030/16
1030/18 1039/19
1045/2 1098/11 1107/2
**frames [1]** 1057/8
**frankly [1]** 1070/19
**fraud [1]** 1088/1
**fraught [1]** 1099/19
**free [1]** 1098/18
**freedom [1]** 1074/22
**freeze [1]** 1023/16
**Frog [1]** 1139/17
**front [37]** 1001/15
1002/9 1002/10
1002/16 1004/5
1005/21 1005/21
1006/10 1007/3 1007/6
1007/23 1007/25
1009/2 1009/20
1010/16 1013/14
1015/10 1018/10
1020/6 1024/21
1031/17 1035/19
1035/20 1047/23
1071/23 1072/2
1092/18 1093/1
1093/16 1095/21
1096/1 1096/8 1097/1
1098/8 1100/24 1114/2
1123/5
**frozen [1]** 1092/5
**further [7]** 1013/11
1015/23 1029/8 1043/5
1043/24 1070/3
1077/11

**G**

**gain [2]** 1039/9 1049/6
**gained [1]** 1089/7
**gate [1]** 1040/10
**gates [4]** 1039/7
1039/12 1040/8
1052/24
**Gator [2]** 1138/25
1139/2
**Gator 6 [1]** 1139/2
**Gator242 [1]** 1139/15
**gear [10]** 1001/12
1001/13 1051/19
1052/8 1062/16
1062/16 1069/11
1092/11
**general [5]** 1020/1
1038/8 1038/11 1088/9
1124/10
**generally [11]** 1002/7
1030/11 1097/10
1102/17 1128/25
1129/7 1130/9 1133/18
1133/25 1134/25
1135/21
**gentlemen [5]** 999/4
1062/4 1063/8 1110/13
1140/16
**GenX [1]** 1139/13
**Georgia [3]** 1000/22
1129/2 1129/6
**get [21]** 998/20 998/23
999/5 1023/16 1025/12
1026/10 1029/16
1040/10 1041/17
1043/17 1050/23
1087/8 1096/22 1097/3
1100/19 1111/8 1131/9
1131/10 1131/16
1131/25 1137/1
**gets [3]** 1083/15
1105/2 1133/5
**getting [1]** 1131/12
**GG [1]** 1139/19
**girlfriend [1]** 1133/20
**give [6]** 1025/20
1047/9 1049/20
1062/24 1075/18
1076/18
**given [1]** 1094/21
**giving [1]** 1104/8
**glanced [1]** 1031/14
**gleeful [2]** 1071/3
1071/5
**gmail.com [2]** 995/5
995/8
**go [62]** 1005/13
1005/14 1006/6
1006/24 1010/19
1012/15 1012/16
1015/6 1022/8 1023/8
1024/7 1027/8 1027/10
1027/21 1029/18
1029/21 1030/20
1031/20 1035/4 1036/8
1042/6 1042/8 1045/10
1049/22 1059/4
1059/10 1075/20
1079/11 1081/19
1082/14 1086/5
1090/16 1090/19
1092/2 1092/4 1105/12
1106/12 1111/11
1113/18 1113/18
1116/13 1116/14
1116/16 1118/7
1123/22 1123/22
1125/5 1125/12
1125/18 1127/2 1127/9
1128/4 1128/19
1129/17 1129/19
1129/22 1131/12
1136/5 1140/13
**go ahead [5]** 1006/24
1075/20 1079/11
1081/19 1082/14
**goal [1]** 1088/17
**goes [3]** 1053/7
1075/19 1125/15
**going [83]** 998/24
1001/17 1001/19
1001/19 1003/21
1006/4 1009/22
1010/23 1011/1
1011/11 1012/2
1015/11 1015/19
1016/15 1017/11
1017/25 1018/9
1018/12 1019/25
1021/6 1022/3 1022/11
1023/8 1023/12 1026/2
1026/5 1031/24 1032/5
1033/11 1037/11
1039/5 1039/10
1039/11 1042/1
1053/13 1054/15
1054/23 1060/15
1061/7 1061/16 1062/7
1068/18 1069/8
1069/24 1069/24
1074/23 1082/20
1084/13 1084/14
1090/18 1091/6 1093/8
1095/1 1095/5 1098/10
1098/14 1098/16
1101/6 1101/7 1101/11
1101/12 1101/18
1102/3 1102/22
1102/22 1103/1
1103/12 1104/13
1104/21 1104/23
1106/5 1111/3 1112/16
1112/17 1122/1 1122/7
1124/15 1124/21
1126/21 1127/17
1127/23 1127/24
1132/12
**gone [3]** 1048/1 1078/6
1082/5
**good [16]** 998/3 998/17
998/22 999/14 999/20
1044/4 1044/5 1064/21
1064/22 1070/20
1073/4 1073/5 1074/14
1074/15 1086/21
1086/22
**Good morning [12]**
998/17 999/14 999/20
1044/5 1064/21
1064/22 1073/4 1073/5
1074/14 1074/15
1086/21 1086/22
**Google [1]** 1131/9
**Gorda [1]** 995/16
**got [22]** 1005/22
1010/1 1010/2 1017/5
1018/4 1018/15
1028/24 1031/16
1041/14 1042/14
1057/17 1058/2 1061/5
1064/23 1067/18
1078/8 1084/16 1132/2
1132/3
**gotten [1]** 1131/18
**govern [1]** 1076/9
**government [37]**
994/14 998/9 999/16
1001/25 1002/4
1008/15 1008/22
1019/22 1023/5
1025/25 1030/8
1038/22 1066/17
1084/11 1085/19
1086/7 1086/17
1091/20 1091/24
1103/6 1103/21 1108/5
1108/12 1108/15
1111/5 1111/16
1111/20 1113/6
1113/12 1117/11
1117/19 1123/14
1124/1 1132/14
1132/22 1137/9 1140/8
**Government Exhibit 1
[1]** 1132/22
**government's [19]**
996/5 997/3 999/6
1001/17 1069/21
1102/2 1107/17 1111/4
1111/6 1111/17
1112/20 1115/13
1123/1 1123/5 1123/15
1124/13 1124/14
1132/13 1137/7
**grab [2]** 1034/5 1049/2
**grabbed [4]** 1022/18
1022/21 1039/21
1040/17
**grabbing [2]** 1025/12
1039/3
**Graydon [5]** 1109/10
1120/12 1127/20
1128/11 1139/12
**Graydon Young [2]**
1128/11 1139/12
**great [1]** 1053/14
**Greene [4]** 1135/17
1135/18 1136/2
1138/12
**Grods [4]** 1114/3
1122/18 1129/9 1140/1
**ground [2]** 1013/25
1134/1
**grounds [10]** 1065/17
1076/10 1076/25
1077/23 1083/14
1130/11 1130/13
1134/3 1135/22 1136/3
**group [34]** 1004/8
1004/11 1004/12
1004/12 1004/13
1004/22 1005/2 1005/9
1007/24 1008/3 1008/7
1008/8 1014/19
1014/19 1025/10
1025/11 1032/1
1053/24 1060/24
1061/13 1088/23
1088/23 1092/15
1092/18 1126/4 1127/1
1128/2 1129/20
1130/25 1132/1 1132/1
1132/10
**groups [5]** 1000/12
1004/6 1008/10
1057/21 1130/25
**growing [1]** 1047/18
**guard [1]** 1055/18
**guess [5]** 1053/3
1105/9 1113/23
1115/25 1133/19
**guys [4]** 1039/21
1048/19 1051/20
1053/22

**H**

**H-a-r-r-i-s [1]** 1086/24
**Hackett [18]** 995/6
998/5 998/11 1083/12
1083/21 1084/5 1084/6
1084/7 1106/10 1109/7
1109/17 1109/23
1109/25 1110/2
1120/12 1127/18
1137/14 1137/17
**had [42]** 1004/6
1004/12 1004/13
1005/21 1006/1
1006/20 1012/4 1018/3
1023/9 1024/21 1041/5
1041/23 1043/22
1045/23 1048/1
1048/12 1048/21
1049/14 1049/19
1049/22 1049/25
1051/4 1052/10 1054/6
1055/22 1055/22
1055/23 1057/18
1060/24 1065/7 1071/3
1072/4 1072/12 1076/3
1078/5 1078/8 1089/20
1092/17 1093/7 1094/9
1121/22 1136/23
**half [5]** 1000/2 1022/20
1025/15 1087/7 1122/2
**Halim [10]** 996/16
998/11 1064/15
1072/25 1080/12
1082/11 1083/3 1083/6
1083/16 1084/6
**hand [11]** 999/10
1002/17 1003/4
1004/19 1010/10
1011/8 1013/19
1030/18 1045/19
1086/11 1099/11
**handful [1]** 1048/2
**handle [1]** 1022/11
**handles [3]** 1022/20
1022/21 1025/10
**hands [9]** 1005/15
1029/15 1034/5
1092/17 1095/21

1153

**H**

hands... [4] 1096/8
1097/25 1098/14
1102/5
hang [2] 1026/22
1062/25
happened [11] 1007/3
1014/13 1025/6 1046/6
1047/6 1050/8 1050/12
1075/17 1075/21
1075/23 1131/22
happening [3] 1011/2
1012/3 1072/8
happens [2] 1026/12
1026/17
happy [1] 1063/25
hard [12] 1001/12
1001/13 1015/24
1015/25 1020/25
1050/24 1052/2
1052/16 1060/3
1069/14 1069/15
1069/17
hard-shell [1] 1052/16
hard-shelled [1]
1050/24
harm [1] 1079/24
Harrelson [5] 1109/4
1109/5 1120/11
1127/18 1139/1
Harris [24] 1083/3
1083/20 1085/12
1086/1 1086/10
1086/14 1086/17
1086/24 1086/25
1092/7 1095/1 1095/19
1096/7 1101/18 1102/3
1107/20 1108/25
1111/14 1112/19
1118/24 1120/8 1121/4
1124/7 1140/24
Harris' [1] 1085/1
has [25] 1034/16
1035/20 1055/25
1073/7 1083/2 1084/1
1088/21 1093/11
1093/14 1093/15
1098/24 1100/8
1100/12 1102/13
1103/18 1103/20
1103/24 1105/4
1105/19 1106/18
1112/7 1124/25
1124/25 1125/1
1129/25
hat [5] 1058/8 1073/22
1074/3 1074/4 1106/25
hats [2] 1092/12
1092/12
Hatsy [1] 1137/23
have [118] 999/5
1000/1 1000/7 1000/13
1003/25 1005/14
1006/12 1008/16
1009/11 1011/18
1011/18 1018/4
1018/11 1018/16
1018/18 1019/7 1021/9

1029/10 1029/11
1029/12 1029/13
1029/22 1030/15
1031/7 1033/1 1034/3
1035/2 1035/18 1037/5
1037/7 1038/1 1039/7
1039/9 1041/9 1042/6
1043/11 1051/19
1052/8 1055/4 1056/5
1056/7 1056/8 1056/12
1056/13 1063/5 1064/1
1064/12 1064/16
1068/4 1069/10
1069/13 1069/15
1071/23 1072/19
1072/22 1073/24
1074/8 1075/3 1075/6
1076/22 1082/23
1084/4 1084/5 1087/5
1087/17 1087/19
1090/8 1090/9 1090/10
1090/12 1092/24
1094/4 1095/20
1095/24 1095/25
1096/11 1097/23
1098/22 1099/18
1099/22 1100/23
1101/15 1103/13
1103/14 1107/25
1108/5 1112/22 1115/2
1115/22 1115/23
1116/15 1117/1 1117/2
1123/21 1124/17
1124/18 1125/1
1126/15 1127/4 1127/6
1130/6 1130/8 1131/16
1131/18 1131/19
1132/7 1132/10 1133/8
1133/10 1133/12
1133/22 1133/24
1135/18 1135/20
1136/16 1137/5
have you [1] 1097/23
haven't [2] 1011/17
1012/16
having [8] 1023/25
1025/1 1051/18 1096/7
1097/1 1098/7 1098/21
1098/23
HazMat [1] 1000/16
he [69] 1022/19
1022/20 1051/11
1055/22 1059/23
1074/3 1074/5 1075/15
1075/16 1079/10
1079/16 1093/11
1093/14 1093/15
1093/17 1095/6 1095/8
1095/9 1095/13
1097/10 1097/17
1098/24 1098/24
1100/3 1100/5 1101/3
1101/13 1103/18
1103/20 1103/20
1103/24 1103/24
1103/25 1103/25
1104/5 1104/8 1104/9

1105/4 1105/19
1105/20 1105/23
1106/4 1106/4 1106/9
1106/13 1106/18
1107/3 1107/3 1107/6
1107/9 1109/25
1118/14 1126/25
1127/2 1127/3 1127/4
1128/2 1128/4 1128/5
1129/18 1129/19
1130/9 1130/11 1135/1
1135/15 1135/21
1135/22
he said [2] 1101/13
1106/4
he'll [2] 1101/24
1105/1
he's [26] 1034/22
1051/8 1051/9 1059/21
1062/9 1079/1 1083/5
1084/1 1084/13 1093/9
1094/14 1095/1 1095/5
1098/3 1100/4 1101/10
1101/12 1104/21
1105/6 1105/6 1105/7
1106/1 1106/2 1106/6
1106/7 1130/5
head [2] 1014/8
1061/22
heading [1] 1007/24
healthcare [1] 1088/1
hear [9] 1005/18
1006/21 1018/12
1021/15 1021/17
1028/14 1051/14
1101/5 1110/14
heard [11] 1005/20
1005/21 1006/11
1007/23 1007/24
1049/22 1054/6 1065/5
1084/24 1085/8
1110/13
hearings [3] 1075/21
1080/2 1080/5
hears [1] 1101/8
hearsay [2] 1079/9
1079/15
heavily [1] 1051/17
held [1] 1022/22
helmet [2] 1061/18
1061/19 1074/5 1107/1
helmets [9] 1016/1
1058/3 1058/13
1058/18 1058/21
1061/24 1062/1
1062/11 1062/15
help [5] 1006/6 1015/1
1018/13 1028/20
1090/16
helped [1] 1107/4
helpful [4] 1059/9
1084/19 1084/21
1125/1
hence [1] 1021/10
her [5] 1012/13
1012/16 1133/20
1133/21 1133/22

1004/9 1004/10
1004/12 1008/4 1009/2
1009/22 1009/25
1010/15 1010/23
1011/6 1011/25 1012/2
1012/8 1012/12
1012/22 1013/3 1013/5
1013/8 1013/10
1013/12 1014/6
1014/17 1014/17
1014/19 1014/21
1014/22 1015/3 1015/7
1015/19 1015/19
1016/3 1016/5 1016/9
1016/24 1017/2 1017/8
1019/25 1020/2 1020/8
1020/12 1021/4 1021/6
1021/9 1022/8 1023/21
1025/6 1026/2 1027/8
1027/13 1028/4
1030/12 1030/21
1031/5 1031/24 1032/4
1032/12 1034/7
1035/13 1036/10
1036/23 1036/25
1037/15 1037/17
1037/24 1038/2
1038/25 1039/3 1039/8
1039/18 1040/6 1043/4
1062/1 1062/4 1066/16
1081/4 1081/5 1082/2
1090/3 1090/6 1090/24
1091/2 1091/8 1094/25
1097/5 1097/9 1098/19
1105/10 1106/21
1109/20 1110/5 1114/9
1117/8 1117/25
1118/11 1118/20
1119/6 1120/15 1121/2
1122/5 1122/10
1125/20 1126/14
1126/24 1126/25
1127/6 1128/1 1128/15
1129/7 1132/6 1140/8
here's [2] 1084/8
1097/12
hereby [3] 1111/5
1132/14 1137/9
HI [1] 995/4
hidden [1] 1106/20
High [1] 1005/25
highly [1] 1006/3
him [42] 1022/19
1060/4 1060/6 1067/7
1073/24 1079/16
1083/24 1083/25
1084/2 1084/4 1085/4
1085/4 1085/15
1085/21 1093/11
1093/12 1093/16
1093/16 1093/18
1093/22 1094/14
1095/14 1095/14
1096/23 1097/24
1098/15 1098/21
1098/22 1098/23
1099/3 1099/12

1101/3 1104/8 1105/8
1105/25 1106/14
1114/3 1121/22 1130/6
1130/13
himself [1] 1118/16
his [14] 1050/16
1083/4 1085/3 1093/14
1094/14 1097/6
1098/24 1100/3 1100/4
1101/6 1103/17 1104/5
1109/25 1133/20
hit [1] 1079/20
holding [1] 1025/9
1048/24
hollering [1] 1018/19
home [2] 1041/14
1064/3
honest [2] 1005/8
1050/7
honestly [2] 1019/3
1047/7
Honor [32] 998/3
999/14 1033/2 1033/4
1038/19 1042/2
1064/13 1074/9
1075/15 1077/15
1082/19 1082/23
1084/18 1085/7 1086/9
1093/19 1093/21
1094/1 1094/23
1096/22 1097/4 1101/5
1103/13 1109/24
1110/20 1113/10
1113/14 1114/15
1123/19 1124/19
1125/8 1132/13
HONORABLE [1]
994/9
hoping [1] 1034/23
hour [4] 1035/25
1054/13 1115/19
1140/21
hours [4] 1045/1
1045/2 1045/24 1064/6
House [5] 1004/7
1004/17 1004/23
1042/10 1043/8
how [33] 1000/1
1028/6 1029/16 1047/3
1047/4 1057/21 1063/3
1068/15 1073/4
1077/19 1084/14
1087/5 1089/16
1089/25 1090/13
1092/20 1093/14
1093/16 1093/17
1095/10 1097/10
1102/4 1102/8 1103/25
1106/6 1106/7 1108/1
1112/4 1131/12 1132/7
1132/9 1136/7 1136/20
however [3] 1071/22
1092/14 1137/2
Hughes [2] 994/14
998/8
humans [1] 1113/23
hundreds [5] 1090/14

**hundreds... [4]**
1107/20 1108/2
1116/24 1132/11
**hunting [3]** 1062/25
1077/20 1077/23
**husband [2]** 1127/5
1128/10
**Hydro [2]** 1139/21
1139/21
**Hydro AL [1]** 1139/21
**hymns [1]** 1005/1

**I**

**I also [1]** 1125/2
**I am [1]** 1083/18
**I apologize [1]** 1052/19
**I believe [10]** 1020/18
1039/20 1040/19
1060/23 1083/6
1099/25 1100/5 1102/7
1124/24 1133/20
**I can [5]** 1083/25
1104/12 1123/22
1123/22 1125/6
**I can't [1]** 1068/9
**I couldn't [1]** 1041/22
**I did [6]** 1019/8
1078/13 1080/17
1080/21 1081/11
1104/17
**I didn't [1]** 1041/12
**I didn't see [1]** 1068/9
**I don't [6]** 1066/23
1083/19 1104/2 1106/5
1106/15 1124/19
**I don't have [1]**
1124/17
**I guess [5]** 1053/3
1105/9 1113/23
1115/25 1133/19
**I have [2]** 1087/19
1123/21
**I just [8]** 1025/19
1067/18 1073/21
1084/24 1085/8
1101/15 1105/16
1106/14
**I know [5]** 1039/20
1047/6 1101/10
1105/21 1114/24
**I mean [7]** 1019/12
1084/8 1085/11 1086/4
1099/9 1100/15
1105/24
**I probably have [1]**
1063/5
**I recall [1]** 1074/1
**I think [25]** 1014/25
1022/19 1042/14
1044/19 1045/10
1045/12 1047/9 1061/6
1061/9 1063/4 1065/5
1067/12 1085/8
1098/19 1099/9
1099/18 1099/22
1100/17 1100/19
1101/14 1103/13

1107/13 1136/25
**I told [1]** 1080/13
**I understand [2]**
1100/21 1101/21
**I want [4]** 1012/11
1044/6 1067/11
1105/25
**I was [14]** 1001/8
1001/15 1008/4
1039/21 1041/15
1057/8 1064/10
1066/12 1068/11
1068/11 1084/3
1087/24 1104/10
1104/21
**I went [2]** 1042/9
1081/13
**I will [1]** 1085/7
**I'd [14]** 1008/14 1010/5
1023/1 1025/16
1025/17 1027/21
1029/24 1035/4 1036/8
1078/24 1085/15
1101/5 1114/12
1125/14
**I'll [14]** 1004/14 1020/7
1023/13 1063/12
1075/18 1075/18
1075/19 1083/8
1083/11 1085/21
1085/21 1110/12
1111/8 1123/19
**I'm [73]** 1001/9
1001/17 1009/22
1013/10 1017/21
1017/25 1019/20
1019/25 1020/18
1022/11 1026/7 1026/8
1027/14 1029/6
1029/14 1032/5
1034/21 1035/18
1045/2 1045/6 1052/19
1053/10 1053/12
1053/13 1054/20
1056/22 1056/23
1057/7 1057/22
1057/24 1059/8 1062/7
1067/17 1069/24
1073/7 1075/7 1075/16
1076/15 1078/13
1078/18 1083/5 1085/9
1087/1 1087/16 1090/3
1091/5 1093/10 1097/4
1097/5 1097/6 1097/8
1097/9 1098/6 1098/10
1098/10 1098/20
1098/21 1098/22
1098/23 1099/3
1099/25 1100/20
1100/22 1101/2 1103/1
1104/13 1105/4
1105/13 1111/3 1111/7
1123/15 1123/20
1132/12
**I'm going [5]** 1009/22
1019/25 1103/1
1104/13 1111/3

**I'm just [2]** 1100/19
1100/22
**I'm not [6]** 1045/6
1075/7 1098/20
1098/21 1098/22
1099/25
**I'm not sure [2]** 1045/2
1067/17
**I'm sorry [5]** 1027/14
1057/22 1059/8 1111/7
1123/20
**I've [9]** 1007/9 1052/11
1083/21 1088/3
1105/20 1106/9
1106/21 1108/2
1136/21
**ID [10]** 1083/17
1083/18 1084/18
1104/8 1104/8 1105/17
1105/25 1106/1 1106/1
1106/24 1114/16
1116/10
**idea [2]** 1011/18
1029/13
**IDed [1]** 1105/15
**identification [7]**
1084/13 1084/17
1085/2 1103/16
1103/17 1114/16
1116/10
**identifications [4]**
1103/3 1104/13
1112/25 1113/4
**identified [23]** 1057/12
1083/11 1084/7
1102/13 1103/15
1103/19 1103/19
1104/14 1104/24
1105/21 1112/7
1115/13 1118/11
1118/16 1119/6
1122/12 1122/14
1123/3 1124/5 1124/6
1124/20 1127/23
1129/11
**identify [18]** 1023/18
1033/10 1083/8
1083/20 1084/2
1102/17 1103/14
1103/21 1104/5
1104/11 1104/22
1105/8 1106/7 1107/6
1108/10 1112/12
1116/5 1120/7
**identifying [2]** 1083/4
1105/7
**IDs [3]** 1043/20 1105/4
1105/6
**image [3]** 1044/17
1095/3 1132/19
**Immediately [1]**
1089/17
**important [2]** 1067/7
1095/25
**inadmissible [1]**
1093/25
**inappropriate [2]**
1033/6 1093/24
**incite [1]** 1019/6

**inciting [2]** 1018/23
1084/12
**including [5]** 1043/19
1050/11 1094/19
1132/21 1140/19
**independent [1]**
1140/20
**INDEX [2]** 996/2
996/10
**Indian [1]** 995/7
**indication [2]** 1068/4
1078/11
**individual [8]** 1019/6
1028/8 1035/20 1037/3
1089/2 1108/10 1126/4
1132/22
**individuals [49]**
1011/16 1019/12
1022/3 1024/2 1024/20
1034/3 1043/21 1049/2
1057/24 1058/9
1058/12 1058/19
1061/14 1061/25
1062/1 1092/7 1092/15
1099/15 1102/10
1102/14 1103/4
1103/19 1106/24
1108/6 1108/24 1109/2
1112/6 1112/8 1112/12
1112/13 1112/16
1113/1 1114/25 1115/6
1116/5 1116/10 1120/7
1121/9 1122/14 1123/2
1123/9 1123/11 1124/4
1124/6 1126/11
1126/15 1127/7
1128/14 1128/15
**inference [4]** 1098/19
1099/1 1099/24 1100/1
**inferences [1]** 1099/23
**inferred [2]** 1080/12
1082/11
**information [1]**
1089/20
**informed [1]** 1076/20
**initial [2]** 1020/15
1028/24
**injured [2]** 1048/10
1079/19
**injuries [4]** 1064/7
1078/14 1079/7
1079/13
**inquiring [1]** 1075/16
**inside [42]** 1003/14
1003/21 1003/22
1020/18 1020/19
1022/3 1022/11
1022/12 1024/13
1024/17 1024/19
1024/22 1024/24
1024/25 1025/2
1025/10 1025/14
1030/13 1031/4
1031/14 1031/16
1032/1 1032/2 1034/3
1041/7 1041/8 1053/13
1053/22 1053/24
1054/3 1054/4 1054/15

1084/12
1065/25 1072/20
1075/5 1115/15 1127/2
1128/4 1129/17
**inspectors [1]** 1006/20
**instead [2]** 1085/15
1125/13
**instigated [1]** 1078/12
**instigating [1]** 1079/23
**instinct [1]** 1050/13
**intend [1]** 1098/5
**intended [1]** 1050/1
**intending [1]** 1098/22
**intent [2]** 1058/9
1058/9
**intentions [3]** 1019/12
1029/13 1037/12
**interaction [1]** 1057/18
1064/8 1073/24 1092/9
**interchangeably [1]**
1053/10
**internal [1]** 1044/17
**international [1]**
1088/4
**interpretation [1]**
1124/14
**interrupt [3]** 1063/2
1084/25 1110/12
**interview [1]** 1057/11
**interviewed [6]**
1056/20 1056/22
1056/24 1057/6 1057/7
1057/9
**interviewed again [1]**
1057/6
**interviews [1]** 1088/13
**introduce [1]** 999/20
**investigate [1]** 1087/23
**investigating [2]**
1088/11 1089/3
**investigation [5]**
1088/18 1088/19
1089/8 1104/5 1132/6
**investigations [5]**
1087/4 1087/25
1087/25 1088/5
1088/16
**investigative [1]**
1088/10
**investigators [1]**
1090/6
**investment [1]**
1056/12
**involved [5]** 1043/17
1075/3 1088/25
1089/19 1089/20
**iPhone [1]** 1132/23
**iron [3]** 1039/3 1039/10
1039/12
**irrelevant [1]** 1081/6
**irritating [1]** 1041/5
**is [291]**
**is that correct [6]**
1009/8 1023/10 1123/3
1123/12 1128/23
1129/13
**Isaacs [7]** 1033/5
1033/10 1033/16

**I**

**Isaacs... [4]** 1109/17
1118/13 1127/19
1139/6
**isn't [1]** 1074/5
**issue [9]** 1084/12
1084/17 1084/18
1094/6 1094/19
1099/11 1101/17
1104/2 1125/4
**it [283]**
**it still [1]** 1032/6
**it's [70]** 999/4 1001/24
1004/7 1006/22 1014/7
1017/12 1017/25
1018/21 1019/3 1022/7
1022/7 1023/20
1023/25 1028/7 1028/7
1028/8 1035/19 1041/5
1045/12 1046/25
1051/8 1051/11
1053/20 1056/2
1056/15 1058/6
1061/17 1061/19
1062/17 1063/8
1071/14 1077/6
1079/10 1080/25
1081/7 1083/21
1084/14 1084/19
1084/21 1085/8
1085/23 1088/7 1092/1
1095/6 1096/15
1096/17 1098/16
1099/8 1099/18
1101/12 1102/12
1104/7 1104/8 1106/5
1107/7 1107/9 1110/14
1111/3 1114/12 1122/2
1122/4 1124/12
1124/20 1124/20
1125/3 1125/6 1130/22
1130/22 1131/6
1132/13
**items [5]** 1029/11
1035/21 1056/22
1058/10 1132/15
**its [3]** 1066/4 1084/11
1086/7
**itself [6]** 1065/15
1117/7 1127/2 1128/16
1129/17 1131/7

**J**

**Jackson [6]** 995/11
1114/4 1129/10
1129/15 1129/17
1140/3
**James [6]** 1114/3
1120/9 1121/13
1127/20 1129/8
1139/20
**January [40]** 1001/3
1003/1 1003/18 1004/3
1009/12 1026/19
1042/17 1042/24
1042/25 1043/1
1067/12 1075/7
1078/15 1078/23

1087/22 1089/13
1089/17 1090/3
1090/11 1090/20
1091/17 1107/22
1127/7 1128/15 1129/1
1130/7 1130/10
1130/14 1133/23
1134/11 1134/17
1134/21 1134/22
1135/11 1135/13
1135/19 1136/3
**January 6th [34]**
1001/3 1003/1 1003/18
1009/12 1026/19
1042/17 1042/24
1067/12 1075/7
1078/15 1078/23
1079/5 1087/22
1089/13 1089/17
1090/3 1090/20
1091/17 1107/22
1127/7 1128/15 1129/1
1130/7 1130/10
1130/14 1133/23
1134/11 1134/17
1134/21 1134/22
1135/11 1135/13
1135/19 1136/3
**January 7th [1]** 1043/1
**Jason [5]** 1109/4
1119/18 1120/11
1127/19 1139/3
**Jason Dolan [1]**
1139/3
**Jeffrey [2]** 994/14
998/8
**Jeffrey Nestler [1]**
998/8
**jeffrey.nestler [1]**
994/18
**Jeremy [4]** 1127/21
1127/22 1128/1
1139/18
**Jeremy Brown [1]**
1139/18
**Jessica [4]** 1109/9
1120/13 1126/18
1138/15
**Jessica Watkins [1]**
1138/15
**job [3]** 1021/18
1050/22 1081/21
**Johnson [2]** 1059/20
1060/13
**joint [2]** 1088/3 1088/6
**Jonathan [4]** 1121/14
1121/22 1129/9
1139/22
**Joseph [7]** 995/6 998/5
1109/7 1120/12
1127/18 1137/14
1137/17
**Joseph Hackett [1]**
998/5
**Joshua [4]** 1114/3
1121/13 1129/8
1139/20

1121/13 1139/20
**Jr [1]** 995/2
**JUDGE [3]** 994/10
1110/8 1140/13
**jump [2]** 1006/5
1050/15
**jumped [2]** 1050/5
1050/11
**jumping [2]** 1016/17
1049/9
**jurors [1]** 998/23
**jury [25]** 994/9 998/25
999/1 999/21 1008/25
1010/13 1063/11
1063/19 1063/20
1084/19 1084/20
1084/21 1098/16
1098/18 1099/1
1099/14 1099/22
1099/24 1100/1 1124/3
1124/13 1125/1 1125/3
1137/15 1140/23
**just [136]** 1003/4
1004/14 1005/1
1006/18 1006/18
1007/11 1008/9
1008/12 1008/13
1009/7 1009/18
1010/17 1011/7
1011/19 1013/12
1014/4 1014/15 1015/5
1015/9 1017/6 1017/18
1017/22 1018/25
1019/13 1020/14
1020/24 1021/15
1022/23 1023/9 1025/6
1025/19 1027/22
1028/10 1030/18
1031/8 1031/13
1031/14 1031/21
1033/17 1035/22
1037/21 1039/22
1041/6 1041/16 1043/5
1043/10 1044/18
1045/3 1045/4 1047/3
1047/12 1047/22
1048/3 1048/18
1048/21 1050/3 1051/9
1052/15 1053/20
1056/25 1057/25
1059/10 1059/12
1059/15 1062/7
1062/24 1063/12
1064/23 1064/25
1064/25 1066/12
1067/3 1067/18
1067/20 1069/20
1069/24 1071/15
1071/20 1073/6
1073/20 1073/21
1083/8 1083/11
1083/14 1084/5
1084/24 1084/25
1085/8 1085/16
1085/25 1089/7 1090/2
1090/18 1090/25

1097/10 1100/7 1100/9
1100/22 1101/15
1102/17 1105/11
1105/16 1106/14
1108/6 1110/12
1111/12 1113/2
1113/17 1113/18
1114/20 1116/15
1116/16 1117/3
1119/10 1119/13
1120/6 1122/1 1122/6
1122/7 1122/20
1122/25 1124/10
1124/20 1125/12
1127/12 1128/22
1129/25 1133/4
1137/15 1140/17
1140/24
**Justin [1]** 1069/20
**JW [1]** 1137/20

**K**

**K-e-l-s-e-y [1]** 1086/24
**Kailua [1]** 995/4
**Kavanaugh [5]**
1075/12 1075/13
1075/21 1080/1 1080/5
**keep [8]** 1032/20
1034/21 1053/23
1059/25 1060/15
1119/10 1119/21
1122/7
**Keeper [2]** 1062/5
1062/9
**Keepers [10]** 1057/12
1057/21 1058/1
1058/17 1058/22
1060/23 1061/12
1062/14 1073/18
1130/5
**keeping [2]** 1055/13
1092/25
**Kelly [8]** 1109/5 1109/8
1119/19 1120/10
1127/16 1127/17
1128/8 1138/24
**Kelly Meggs [3]**
1127/16 1128/8
1138/24
**Kellye [6]** 1133/15
1133/18 1133/19
1134/10 1138/6 1138/8
**Kellye SoRelle [5]**
1133/15 1133/18
1133/19 1134/10
1138/6
**Kelsey [3]** 1086/10
1086/17 1086/24
**Kelsey Harris [3]**
1086/10 1086/17
1086/24
**Kenneth [4]** 1109/4
1120/11 1127/18
1139/1
**Kenneth Harrelson [1]**
1139/1
**kicking [1]** 1008/11

1031/17 1031/18
1049/25 1052/9
1055/12 1056/7 1088/9
1099/18
**kinds [4]** 1075/17
1087/22 1102/16
1112/11
**knew [8]** 1003/19
1011/11 1031/15
1031/18 1046/24
1049/16 1068/17
1074/23
**knocked [1]** 1052/17
**know [33]** 1006/1
1019/11 1023/25
1024/1 1034/11
1039/20 1047/6 1047/7
1049/12 1052/20
1056/5 1057/8 1062/18
1063/25 1066/2 1068/3
1069/8 1082/13
1083/24 1083/25
1084/8 1088/22 1090/2
1090/5 1094/20
1097/13 1099/15
1101/10 1104/9
1105/17 1105/21
1112/2 1114/24
**knowing [1]** 1051/3
**knowledge [1]** 1018/11
**knows [3]** 1101/7
1103/24 1103/25

**L**

**Labe [1]** 1139/25
**lacks [2]** 1078/17
1078/20
**ladies [4]** 999/4 1063/7
1110/13 1140/16
**laid [2]** 1103/23 1104/4
**landed [1]** 1050/15
**Lane [1]** 995/7
**large [4]** 1007/24
1008/3 1019/9 1119/25
**last [6]** 999/22 1022/8
1022/10 1025/7
1028/15 1046/9
**later [5]** 1033/16
1042/23 1072/17
1101/22 1125/4
**Laura [5]** 1109/9
1120/9 1127/21
1128/12 1139/16
**Laura Steele [2]**
1128/12 1139/16
**law [15]** 995/2 1000/10
1000/15 1000/23
1000/24 1076/12
1077/1 1077/4 1094/11
1097/13 1097/13
1097/14 1097/17
1099/19 1100/13
**lawfully [1]** 1132/16
**laws [4]** 1001/2 1066/6
1067/8 1076/9
**lay [5]** 1084/1 1099/16
1101/15 1123/15

**lay... [1]** 1125/14
**layers [2]** 1064/11 1065/8
**laying [1]** 1093/10
**leader [3]** 1130/5 1134/21 1135/16
**leading [4]** 1057/5 1095/6 1104/7 1105/15
**leads [2]** 1089/10 1089/18
**learned [1]** 1000/23
**least [4]** 1052/14 1056/20 1060/3 1062/4
**leave [11]** 1041/12 1041/13 1048/9 1049/11 1049/14 1076/18 1076/22 1083/11 1090/18 1092/5 1140/5
**leaving [1]** 1048/19
**Lee [1]** 995/2
**left [33]** 1002/21 1003/4 1004/16 1006/18 1010/10 1012/12 1013/10 1013/19 1015/1 1015/12 1022/13 1022/16 1026/8 1027/23 1035/23 1036/18 1039/18 1039/23 1041/19 1045/19 1048/12 1048/16 1049/12 1049/18 1050/9 1064/25 1108/23 1109/5 1119/18 1120/3 1121/3 1126/14 1127/17
**left-hand [4]** 1003/4 1010/10 1013/19 1045/19
**legal [1]** 1088/13
**less [4]** 1049/4 1049/6 1049/15 1049/17
**less-than-lethal [4]** 1049/4 1049/6 1049/15 1049/17
**let [15]** 1002/12 1013/12 1026/10 1032/12 1038/2 1045/3 1056/18 1061/18 1065/10 1066/15 1083/16 1084/25 1096/23 1099/24 1122/1
**let's [16]** 1020/7 1024/5 1027/7 1030/23 1031/20 1063/6 1082/6 1086/4 1089/12 1097/3 1101/18 1116/13 1116/14 1116/16 1136/5 1140/5
**lethal [4]** 1049/4 1049/6 1049/15 1049/17
**level [2]** 1014/1 1018/4
**Library [1]** 1043/8

**lie [2]** 1067/20 1082/2
**lieutenant [2]** 1059/20 1060/13
**life [2]** 1022/22 1029/3
**like [52]** 1001/13 1004/8 1005/5 1007/8 1007/17 1008/9 1008/9 1008/10 1008/11 1008/14 1009/23 1010/5 1017/12 1018/1 1021/25 1022/3 1025/16 1027/21 1028/22 1029/24 1031/14 1031/17 1035/4 1036/8 1037/9 1039/1 1044/7 1046/6 1046/25 1048/22 1050/7 1050/9 1050/14 1051/15 1051/23 1055/23 1055/24 1056/25 1059/6 1061/20 1066/9 1071/6 1071/15 1076/13 1085/15 1093/11 1094/11 1094/25 1094/25 1095/5 1101/5 1125/14
**likely [2]** 1019/6 1110/14
**limited [1]** 1094/13
**line [46]** 1003/12 1009/20 1010/1 1010/3 1013/18 1015/2 1015/14 1015/20 1043/1 1043/22 1046/16 1046/20 1051/13 1067/25 1068/5 1076/16 1076/17 1078/8 1095/4 1100/20 1102/23 1108/6 1108/10 1109/3 1112/13 1112/17 1114/2 1115/6 1115/6 1116/5 1116/6 1118/14 1118/15 1120/14 1121/15 1123/2 1123/3 1123/9 1123/9 1125/20 1125/20 1126/7 1126/11 1126/21 1127/24 1129/13
**Line 1 [12]** 1102/23 1108/6 1109/3 1115/6 1116/5 1118/15 1120/14 1123/2 1123/9 1125/20 1126/11 1126/21
**Line 2 [6]** 1112/17 1115/6 1121/15 1123/3 1123/9 1129/13
**lined [2]** 1094/8 1094/8
**lines [3]** 1043/13 1043/15 1126/3
**lineup [1]** 1094/10
**listed [7]** 1113/21 1126/8 1126/24 1127/6 1128/1 1129/7 1132/18
**little [17]** 1013/10

**1044/6 1045/3 1048/2
1048/24 1057/18
1063/8 1073/15
1075/18 1087/7
1094/20 1099/19
1100/6 1101/19
1102/11
**live [1]** 1100/8
**lively [2]** 1005/4 1005/11
**living [3]** 999/24 1086/25 1128/25
**local [1]** 1088/8
**lock [3]** 1036/6 1039/13 1040/13
**lockdown [3]** 1006/21 1006/21 1006/24
**locked [1]** 1039/4
**long [13]** 1000/1 1017/25 1046/4 1047/3 1047/4 1071/20 1087/5 1087/13 1092/1 1104/4 1115/19 1117/7 1125/3
**longer [2]** 1063/3 1136/7
**look [11]** 1056/2 1071/4 1071/6 1084/8 1084/20 1099/9 1100/11 1102/16 1103/23 1133/6 1140/20
**looked [12]** 1007/8 1008/8 1050/12 1055/23 1055/24 1070/23 1093/11 1104/11 1104/21 1105/19 1107/4 1107/25
**looking [24]** 1002/7 1004/1 1009/2 1009/4 1009/5 1016/24 1020/1 1020/4 1020/12 1020/13 1024/13 1029/14 1030/11 1030/14 1031/4 1031/12 1036/10 1036/25 1038/25 1039/1 1054/3 1068/11 1071/17 1100/22
**lookout [2]** 1005/25 1008/2
**looks [3]** 1001/13 1004/8 1039/1
**lost [4]** 1029/1 1054/1 1055/2 1055/3
**lot [10]** 1043/22 1047/6 1051/19 1064/10 1070/14 1071/11 1092/10 1105/24 1106/18 1106/18
**lots [2]** 1088/12 1106/9
**loud [4]** 1028/6 1028/7 1050/9 1070/12
**Louis [1]** 994/15 998/9
**Louis Manzo [1]** 998/9
**low [1]** 1035/2
**lunch [1]** 1136/12

**M**

**M-a-r-c [1]** 999/22
**ma'am [9]** 1064/22 1065/6 1068/23 1069/12 1070/2 1070/5 1072/3 1072/7 1072/24
**made [9]** 1014/17 1014/25 1024/21 1029/23 1041/1 1062/22 1088/7 1105/6 1113/1
**magnetometer [1]** 1029/21
**main [3]** 1022/2 1076/8 1076/12
**mainly [1]** 1064/9
**maintain [3]** 1006/9 1035/24 1046/16
**majority [4]** 1014/1 1014/22 1058/11 1058/15
**make [16]** 1002/12 1006/3 1013/12 1036/3 1041/17 1075/16 1094/17 1097/16 1101/15 1104/8 1104/12 1105/4 1105/17 1105/25 1124/10 1130/23
**makes [4]** 1077/4 1084/23 1101/17 1103/15
**making [8]** 1014/24 1029/3 1034/21 1043/18 1061/8 1066/6 1098/10 1105/6
**management [1]** 1055/12
**manner [2]** 1094/10 1099/14
**manning [1]** 1053/12
**manpower [1]** 1035/2
**many [15]** 1017/13 1049/21 1057/21 1068/15 1090/13 1102/4 1102/8 1106/22 1108/1 1112/4 1116/22 1117/1 1132/7 1132/9 1133/10
**Manzo [13]** 994/15 998/9 999/7 1042/4 1066/20 1066/24 1067/3 1067/6 1077/14 1082/3 1082/10 1082/20 1125/18
**map [15]** 1001/24 1002/14 1002/19 1002/21 1003/5 1004/16 1004/19 1006/16 1006/18 1011/4 1011/8 1043/11 1090/17 1090/24 1091/2
**Marc [3]** 999/9 999/16 999/22
**March [2]** 1042/14

**Marion [1]** 995/15
**mark [9]** 1009/10 1009/22 1017/15 1017/23 1020/12 1023/22 1122/18 1129/9 1140/1
**marked [4]** 1009/18 1013/19 1017/18 1073/7
**marking [1]** 1033/8
**married [2]** 1008/10 1128/8
**marry [1]** 1004/14
**Martin [2]** 995/10 998/12
**mask [2]** 1064/23 1109/25
**masks [1]** 1083/10
**mass [1]** 1070/8
**master [1]** 1116/17
**matches [1]** 1100/16
**math [1]** 1102/11
**matt [1]** 995/22
**matter [1]** 1142/4
**Matthew [2]** 995/19 998/14
**Matthew Peed [1]** 998/14
**may [7]** 1029/22 1067/25 1082/18 1082/23 1094/24 1101/8 1132/21
**maybe [2]** 1090/14 1136/9
**me [30]** 1002/12 1013/12 1023/20 1025/20 1026/10 1027/17 1031/11 1032/12 1034/5 1035/19 1035/20 1038/2 1039/20 1041/22 1045/3 1053/15 1056/18 1058/8 1061/18 1065/10 1066/15 1071/15 1083/16 1083/23 1084/25 1090/16 1095/4 1097/18 1097/22 1104/16
**mean [24]** 1003/9 1003/24 1005/11 1005/24 1007/15 1019/12 1033/10 1042/24 1055/21 1080/18 1080/22 1084/8 1085/11 1086/4 1089/8 1095/2 1098/13 1099/9 1099/10 1100/11 1100/15 1105/24 1106/12 1131/22
**means [8]** 1003/25 1006/22 1006/25 1024/20 1080/19 1081/1 1083/19 1131/15

**M**

**meant [2]** 1007/17
1068/4
**measures [1]** 1043/17
**media [1]** 1140/19
**meet [3]** 1066/16
1066/22 1102/8
**meeting [1]** 1054/17
**megaphone [2]**
1059/17 1059/21
**Meggs [13]** 1106/11
1109/5 1109/8 1119/19
1120/10 1120/10
1127/16 1127/17
1127/20 1128/8 1128/8
1138/24 1139/10
**Meggs' [1]** 1109/8
**MEHTA [1]** 994/9
**members [8]** 1000/11
1015/25 1065/23
1088/22 1088/23
1100/17 1120/14
1121/15
**mental [2]** 1051/6
1051/9
**mentality [1]** 1019/4
**mentioned [11]** 1003/8
1015/9 1015/24
1017/22 1023/9 1028/3
1031/3 1055/17
1068/14 1068/24
1128/8
**message [4]** 1130/24
1131/17 1134/23
1134/25
**messages [8]** 1131/2
1131/8 1131/19 1132/3
1132/7 1132/10
1132/10 1133/11
**messaging [3]** 1130/20
1130/22 1130/25
**met [5]** 1066/20
1066/24 1067/3 1067/6
1084/21
**metal [2]** 1029/22
1029/22
**Michael [4]** 1135/17
1135/18 1136/2
1138/12
**Michael Greene [3]**
1135/18 1136/2
1138/12
**middle [6]** 1013/13
1017/18 1017/19
1017/23 1051/22
1052/6
**might [5]** 1013/25
1019/13 1019/13
1099/7 1140/12
**military [8]** 1037/7
1056/2 1058/3 1058/8
1058/13 1062/3
1094/11 1099/18
**military-style [2]**
1056/2 1058/8
**millimeter [1]** 1061/20
**mind [3]** 1034/17
1037/11 1125/18

1094/21
**minds [1]** 1101/16
**MINUTA [19]** 994/6
995/2 998/5 998/10
1062/9 1083/12 1114/3
1114/6 1114/9 1114/13
1114/14 1114/16
1114/18 1121/13
1129/4 1129/5 1129/8
1137/11 1137/13
**minute [6]** 1030/24
1046/7 1092/1 1111/9
1115/19 1122/2
**minute 13 [1]** 1030/24
**minutes [9]** 1036/9
1047/1 1061/2 1061/5
1063/5 1117/7 1119/11
1136/9 1136/11
**mission [3]** 1000/25
1022/2 1034/17
**mob [1]** 1019/3
**mobile [14]** 1133/8
1137/11 1137/17
1137/21 1137/24
1138/3 1138/6 1138/9
1138/12 1138/15
1138/18 1139/8
1139/20 1140/3
**Moerschel [14]** 995/10
998/6 998/13 1073/23
1083/12 1106/10
1109/8 1109/17 1110/5
1110/6 1110/10
1120/12 1127/19
1137/21
**molles [1]** 1056/1
**Molon [1]** 1139/25
**moment [6]** 1037/2
1051/17 1052/11
1052/14 1063/3
1110/12
**monikers [1]** 1140/7
**months [3]** 1000/22
1087/13 1087/18
**more [26]** 1003/25
1004/1 1005/4 1011/25
1012/1 1019/6 1019/14
1019/14 1027/11
1027/14 1034/23
1038/18 1040/12
1045/23 1049/6 1050/2
1050/18 1050/18
1053/21 1064/1
1068/11 1075/10
1089/12 1094/20
1094/21 1099/19
**morning [37]** 994/7
998/3 998/17 999/5
999/14 999/20 1001/6
1001/14 1003/1 1004/3
1005/9 1005/17
1009/11 1041/13
1041/16 1042/10
1042/25 1044/4 1044/5
1044/10 1063/7 1064/3
1064/21 1064/22
1067/16 1067/16

1073/4 1073/5 1074/14
1074/15 1074/19
1086/21 1086/22
1134/22 1135/13
**morning/early [1]**
1009/11
**most [3]** 1075/22
1115/5 1130/20
**mostly [4]** 1029/23
1129/2 1130/11 1134/1
**motion [1]** 1073/11
**motioned [3]** 1003/4
1006/18 1009/7
**motioning [1]** 1043/10
**move [10]** 1002/1
1019/1 1025/16 1082/6
1101/2 1101/11 1102/3
1116/2 1120/23 1124/3
**moved [11]** 998/18
1046/3 1046/13
1092/24 1093/15
1093/20 1096/11
1100/23 1109/3 1112/3
1126/3
**moves [8]** 1091/20
1103/6 1106/18
1108/12 1111/16
1113/6 1117/11
1123/14
**moving [7]** 1009/15
1092/16 1092/18
1094/3 1095/11 1096/9
1097/10
**Mr [5]** 1082/10 1085/1
1121/13 1125/18
1126/19
**Mr. [124]** 998/18 999/7
1033/10 1033/16
1042/4 1043/25 1063/2
1064/14 1066/20
1066/24 1067/3 1067/6
1073/1 1074/11
1077/14 1077/18
1078/1 1080/1 1082/3
1082/20 1083/6 1083/7
1083/12 1083/12
1083/12 1083/13
1083/13 1083/21
1084/5 1084/6 1084/7
1084/16 1085/2 1085/8
1085/9 1085/12
1085/17 1085/17
1085/22 1086/1
1090/16 1093/8 1094/3
1094/25 1096/3
1099/10 1101/7
1101/21 1109/4 1109/4
1109/5 1109/5 1109/6
1109/7 1109/7 1109/7
1109/8 1109/8 1109/10
1109/10 1109/11
1109/23 1109/25
1110/2 1110/5 1110/6
1110/10 1114/2 1114/3
1114/3 1114/3 1114/4
1114/4 1114/9 1114/12
1114/13 1114/14

1118/13 1119/18
1119/19 1120/9
1120/10 1120/11
1120/11 1120/11
1120/12 1120/12
1120/12 1120/13
1121/13 1121/14
1122/18 1122/18
1124/23 1126/18
1127/17 1127/18
1127/18 1127/19
1127/19 1127/19
1127/20 1127/20
1127/21 1127/21
1128/2 1129/5 1129/8
1129/8 1129/9 1129/9
1129/9 1129/10
1133/19 1134/1 1134/5
1134/20 1134/20
1135/1 1135/9 1135/10
1135/17
**Mr. Beeks [1]** 1109/11
**Mr. Brian [1]** 1122/18
**Mr. Brian Ulrich [1]**
1129/9
**Mr. Caleb [1]** 1120/11
**Mr. Caleb Berry [2]**
1109/7 1127/21
**Mr. David Moerschel**
**[2]** 1120/12 1127/19
**Mr. Dolan [1]** 1109/6
**Mr. Donovan Crowl [3]**
1109/10 1120/13
1126/18
**Mr. Edwards [1]**
1090/16
**Mr. Graydon [1]**
1120/12
**Mr. Graydon Young [2]**
1109/10 1127/20
**Mr. Grods [1]** 1114/3
**Mr. Hackett [8]**
1083/12 1083/21
1084/5 1084/6 1084/7
1109/23 1109/25
1110/2
**Mr. Harrelson [1]**
1109/5
**Mr. Isaacs [3]** 1033/10
1033/16 1109/7
**Mr. Jackson [1]** 1114/4
**Mr. James Beeks [2]**
1120/9 1127/20
**Mr. Jason [2]** 1120/11
1127/19
**Mr. Jason Dolan [2]**
1109/4 1119/18
**Mr. Jeremy [1]**
1127/21
**Mr. Jonathan [1]**
1121/14
**Mr. Jonathan Walden**
**[1]** 1129/9
**Mr. Joseph Hackett [3]**
1109/7 1120/12
1127/18
**Mr. Joshua [1]** 1114/3

**Mr. Joshua James [1]**
1129/8
**Mr. Kelly Meggs [4]**
1109/5 1119/19
1120/10 1127/17
**Mr. Kelly Meggs' [1]**
1109/8
**Mr. Kenneth Harrelson**
**[3]** 1109/4 1120/11
1127/18
**Mr. Manzo [9]** 999/7
1042/4 1066/20
1066/24 1067/3 1067/6
1077/14 1082/3
1082/20
**Mr. Mark Grods [2]**
1122/18 1129/9
**Mr. Michael Greene [1]**
1135/17
**Mr. Minuta [7]** 1083/12
1114/3 1114/9 1114/13
1114/14 1114/18
1129/5
**Mr. Moerschel [5]**
1083/12 1109/8 1110/5
1110/6 1110/10
**Mr. Nestler [10]** 1085/8
1085/17 1093/8 1094/3
1094/25 1096/3
1099/10 1101/7
1101/21 1124/23
**Mr. Parker [1]** 1128/2
**Mr. Peed [4]** 1074/11
1080/1 1083/13
1084/16
**Mr. Peed's [1]** 1083/13
**Mr. Rhodes [3]** 1134/1
1134/5 1134/20
**Mr. Rhodes' [1]**
1133/19
**Mr. Rick Jackson [1]**
1129/10
**Mr. Roberto Minuta [2]**
1121/13 1129/8
**Mr. Shipley [9]** 998/18
1043/25 1063/2
1064/14 1077/18
1078/1 1083/6 1114/12
1114/17
**Mr. Siekerman [2]**
1135/1 1135/10
**Mr. Siekerman's [2]**
1134/20 1135/9
**Mr. Ulrich [1]** 1114/4
**Mr. Vallejo [6]** 1085/2
1085/9 1085/12
1085/17 1085/22
1086/1
**Mr. Walden [1]** 1114/2
**Mr. Weinberg [2]**
1073/1 1083/7
**Mr. William Isaacs [1]**
1118/13
**Mr. Williams [1]**
1127/19
**Mrs. [2]** 1127/20
1127/21
**Mrs. Connie Meggs [1]**
1127/20

**Mrs. Laura Steele [1]**
1127/21
**Ms. [45]** 1010/17
1015/4 1027/14
1036/13 1064/15
1072/25 1080/12
1082/11 1083/3 1083/6
1083/16 1084/6
1091/15 1092/2 1092/5
1108/18 1109/8 1109/9
1109/9 1109/11
1110/21 1111/23
1113/16 1114/21
1115/17 1117/22
1118/8 1119/3 1119/22
1120/6 1120/9 1120/10
1120/10 1120/13
1121/18 1122/6
1122/21 1126/18
1126/18 1127/10
1128/20 1129/23
1134/8 1135/4 1135/25
**Ms. Badalament [27]**
1010/17 1015/4
1027/14 1036/13
1091/15 1092/2 1092/5
1108/18 1110/21
1111/23 1113/16
1114/21 1115/17
1117/22 1118/8 1119/3
1119/22 1120/6
1121/18 1122/6
1122/21 1127/10
1128/20 1129/23
1134/8 1135/4 1135/25
**Ms. Connie Meggs [2]**
1109/8 1120/10
**Ms. Halim [8]** 1064/15
1072/25 1080/12
1082/11 1083/3 1083/6
1083/16 1084/6
**Ms. Jessica Watkins
[3]** 1109/9 1120/13
1126/18
**Ms. Laura Steele [2]**
1109/9 1120/9
**Ms. Sandra [1]**
1126/18
**Ms. Sandra Parker [2]**
1109/11 1120/10
**much [6]** 1008/10
1051/21 1063/3 1063/9
1098/16 1136/7
**multiple [6]** 1056/22
1057/7 1067/4 1067/5
1067/6 1094/19
**munitions [2]** 1048/14
1049/17
**must [1]** 1072/19
**my [33]** 999/22 1000/9
1005/5 1006/8 1007/8
1008/4 1029/2 1029/3
1034/5 1035/18 1042/9
1042/14 1050/8
1050/14 1051/16
1056/8 1058/2 1058/4
1058/7 1058/20

1058/2 1062/9
1071/17 1073/23
1081/2 1081/13
1087/24 1089/17
1097/20 1101/2
1106/23 1114/16
1136/21
**Myers [1]** 995/12
**myself [5]** 1022/13
1022/17 1034/12
1037/2 1050/4

**N**

**name [22]** 999/21
999/22 999/22 1057/12
1086/23 1123/8
1129/25 1136/22
1136/23 1137/13
1137/23 1138/1 1138/4
1138/8 1138/25 1139/2
1139/5 1139/7 1139/17
1139/19 1140/2 1140/4
**name Kellye [1]**
1138/8
**named [4]** 998/15
1134/14 1139/13
1139/23
**names [35]** 1103/14
1103/22 1104/1 1104/1
1104/14 1104/14
1104/22 1104/24
1104/25 1105/12
1105/12 1105/15
1106/13 1108/6 1108/9
1109/14 1113/21
1113/25 1114/6 1118/4
1118/9 1124/25
1127/15 1128/22
1129/7 1129/12 1137/2
1137/8 1137/19
1138/10 1138/13
1138/17 1139/15
1139/21 1139/25
**National [2]** 1006/15
1006/16
**nature [5]** 1005/7
1005/16 1011/18
1062/3 1069/9
**near [5]** 1009/19
1017/11 1017/23
1043/22 1077/23
**nearly [1]** 1061/1
**necessarily [1]**
1049/24
**necessary [1]** 1106/15
**need [10]** 998/19
1011/13 1025/19
1026/23 1049/5 1070/3
1082/14 1083/20
1098/5 1125/2
**needed [2]** 1048/22
1052/8
**needs [2]** 1103/21
1104/8
**Neither [1]** 1062/11
**Nestler [12]** 994/14
998/8 1085/8 1085/17
1093/8 1094/3 1094/25

1096/3 1099/1 1099/2
1101/21 1124/23
**never [2]** 1018/1
1018/4
**new [2]** 1029/24
1129/5
**New York [1]** 1129/5
**next [15]** 1011/13
1015/6 1035/25 1042/3
1042/6 1049/13 1086/7
1120/23 1127/9
1128/19 1129/23
1134/7 1135/3 1135/24
1140/13
**nice [2]** 999/4 1002/13
**nickname [1]** 1136/17
**nicknames [1]** 1125/1
**night [8]** 1041/12
1041/13 1041/25
1042/11 1042/12
1042/23 1042/24
1064/4
**no [61]** 994/4 1002/2
1003/17 1008/18
1011/18 1014/12
1018/11 1019/20
1021/20 1021/23
1023/3 1025/23
1028/21 1029/10
1029/11 1029/12
1030/5 1036/6 1038/4
1038/17 1043/24
1046/6 1048/11
1049/13 1052/13
1056/9 1062/12 1064/9
1066/12 1067/1 1067/9
1068/7 1068/7 1069/16
1071/14 1075/5
1077/11 1077/25
1079/25 1080/6 1080/8
1080/11 1089/4
1091/22 1104/20
1104/20 1106/9
1111/18 1113/8
1113/10 1117/13
1124/8 1124/16 1128/5
1131/4 1131/11 1132/5
1135/12 1140/18
1140/19 1140/20
**No. [1]** 998/4
**nobody [4]** 1006/25
1014/24 1038/8
1038/10
**Nodding [1]** 1014/8
**none [1]** 1011/16
**nonlethal [1]** 1048/13
**normal [3]** 1026/11
1026/16 1029/16
**normally [1]** 1087/14
**north [8]** 1002/11
1002/17 1007/25
1007/25 1008/2 1008/5
1011/3 1011/5
**northeast [2]** 1008/8
1014/2
**not [94]** 1003/15
1005/20 1009/19
1012/17 1025/1 1027/2

1033/11 1035/8
1035/20 1038/6 1038/6
1038/7 1043/17 1044/8
1045/2 1045/6 1047/17
1049/24 1051/8
1052/19 1053/13
1054/20 1054/22
1055/1 1055/4 1056/22
1056/23 1057/24
1058/20 1059/24
1061/25 1062/20
1063/12 1067/17
1067/25 1068/4
1068/10 1069/2
1069/13 1069/24
1072/2 1074/1 1074/5
1074/20 1075/7
1075/16 1075/22
1076/4 1076/15
1078/13 1078/13
1083/22 1084/4
1084/13 1084/19
1086/4 1089/5 1089/9
1090/6 1093/13
1093/22 1094/14
1097/4 1097/8 1098/2
1098/3 1098/10
1098/10 1098/16
1098/20 1098/21
1098/22 1099/3 1099/6
1099/8 1099/25 1100/8
1101/3 1101/8 1103/14
1106/2 1106/6 1107/21
1108/2 1127/3 1128/5
1129/15 1129/18
1132/11 1135/15
1140/25
**notated [1]** 1017/22
**note [1]** 1033/17
**nothing [1]** 1035/1
**notice [1]** 1066/11
**noticeable [1]** 1028/7
**noticed [3]** 1054/3
1066/2 1066/8
**notification [2]**
1067/24 1076/21
**notifications [1]**
1076/20
**now [110]** 1001/14
1001/17 1006/2
1008/14 1010/5
1010/19 1011/21
1012/4 1015/6 1015/9
1015/16 1016/2
1017/10 1019/16
1024/25 1025/1
1025/16 1026/10
1027/21 1028/10
1029/8 1030/20
1031/20 1033/14
1034/13 1034/16
1034/20 1034/21
1035/4 1035/18
1035/19 1036/8
1037/23 1038/15
1040/22 1044/13
1048/1 1048/5 1048/18

1054/6 1054/13
1055/17 1056/18
1057/11 1057/21
1060/6 1060/9 1060/19
1062/7 1063/7 1065/12
1067/11 1069/25
1071/22 1073/20
1083/5 1083/14 1099/4
1102/4 1102/22 1103/1
1104/13 1105/8
1108/12 1108/20
1109/22 1110/10
1110/23 1111/3
1114/20 1115/2
1115/10 1116/4
1116/13 1118/23
1119/16 1119/25
1120/5 1121/2 1121/9
1121/21 1122/25
1123/2 1123/5 1125/3
1125/3 1126/7 1126/14
1127/9 1127/12
1127/22 1128/19
1129/11 1129/22
1130/17 1132/12
1133/14 1134/13
1134/17 1134/22
1135/13 1136/5
1136/16 1137/5 1140/5
1140/7 1140/12
1140/16
**nowadays [1]** 1056/6
**number [42]** 1018/5
1019/2 1025/20 1030/1
1030/7 1038/18
1045/11 1048/6
1057/24 1058/19
1088/20 1111/8
1116/17 1116/21
1132/20 1132/24
1136/22 1137/17
1137/21 1137/24
1137/25 1138/2 1138/6
1138/7 1138/9 1138/10
1138/12 1138/13
1138/15 1138/18
1138/20 1138/22
1138/24 1138/24
1139/1 1139/2 1139/3
1139/6 1139/8 1139/10
1139/12 1139/16
**Number 10 [1]** 1138/18
**Number 11 [1]** 1138/20
**Number 12 [1]** 1138/22
**Number 2 [1]** 1137/17
**Number 3 [1]** 1137/21
**Number 4 [1]** 1137/24
**Number 5 [1]** 1138/2
**Number 6 [1]** 1138/6
**Number 7 [1]** 1138/9
**Number 8 [1]** 1138/12
**Number 9 [1]** 1138/15
**numbered [1]** 1027/3
**numbering [1]** 1116/15
**numbers [12]** 1011/10
1035/2 1047/11
1047/18 1051/4 1137/8

**N**

numbers... [6] 1137/12
1137/18 1138/4
1138/16 1138/19
1139/4
nuts [1] 1018/9
NW [2] 994/16 995/20

**O**

oath [18] 999/11
1057/12 1057/21
1058/1 1058/17
1058/22 1060/23
1061/12 1062/5 1062/9
1062/14 1073/18
1080/15 1080/18
1080/20 1080/22
1086/12 1130/5
Oath Keepers [10]
1057/12 1057/21
1058/1 1058/17
1058/22 1060/23
1061/12 1062/14
1073/18 1130/5
object [2] 1020/24
1123/19
objecting [4] 1083/13
1083/17 1083/18
1084/3
objection [54] 1002/2
1007/10 1008/18
1019/19 1019/20
1022/5 1023/3 1025/23
1026/21 1026/23
1030/5 1033/2 1033/4
1033/17 1038/17
1042/2 1042/19 1051/5
1058/5 1075/14
1078/17 1078/25
1079/9 1079/15
1080/23 1081/6
1081/18 1081/23
1082/4 1082/9 1083/2
1091/22 1093/3 1093/4
1096/2 1096/13
1096/14 1096/21
1099/2 1099/5 1103/8
1103/9 1111/18 1113/8
1113/10 1117/13
1117/15 1123/18
1123/21 1124/8 1124/9
1124/10 1124/17
1124/18
objections [1] 1084/16
objects [3] 1023/24
1029/22 1040/12
observations [1]
1097/16
observe [2] 1079/19
1093/23
observed [5] 1051/10
1079/17 1079/20
1097/21 1098/3
observing [3] 1006/3
1016/5 1043/21
obtain [1] 1131/1
obtained [2] 1132/16
1132/19

obviously [4] 1077/8
1090/3 1092/10
1097/15
OC [10] 1018/21
1018/23 1021/10
1022/15 1023/10
1041/5 1041/15
1047/19 1064/6
1079/22
occurred [2] 1088/21
1090/3
occurring [3] 1011/5
1011/6 1011/9
off [14] 1005/15
1027/23 1041/18
1042/15 1048/24
1050/8 1052/15
1055/18 1064/25
1066/9 1109/25 1126/2
1131/19 1136/21
office [2] 994/16
1043/8
officer [48] 999/9
999/13 999/25 1000/8
1000/13 1015/13
1017/23 1022/17
1022/18 1026/7
1032/19 1032/23
1033/23 1036/20
1037/2 1039/22 1044/4
1047/12 1050/14
1051/10 1053/11
1053/20 1055/2
1055/11 1055/24
1059/16 1060/3
1063/12 1063/23
1064/21 1065/11
1073/4 1075/1 1076/9
1080/20 1082/17
1097/14 1097/14
1097/16 1097/20
1115/11 1115/13
1118/16 1118/17
1118/20 1119/6
1122/11 1122/11
Officer Carrion [6]
1044/4 1115/11
1115/13 1118/16
1119/6 1122/11
Officer Salke [14]
1026/7 1032/19
1032/23 1033/23
1036/20 1037/2
1047/12 1053/11
1053/20 1055/2
1055/11 1118/17
1118/20 1122/11
officers [45] 1005/23
1006/6 1009/22 1010/1
1010/3 1012/24 1013/4
1013/16 1014/21
1015/20 1018/13
1021/7 1021/7 1021/9
1022/14 1023/9
1024/17 1029/4 1041/3
1044/16 1046/15
1047/14 1047/19

1050/14 1050/21
1050/23 1051/12
1052/17 1054/4
1055/10 1060/11
1078/2 1078/8 1078/12
1079/4 1079/19
1079/20 1079/23
1080/4 1099/20
1118/17 1121/6
OFFICES [1] 995/2
offline [1] 1017/12
oh [1] 1056/18
Ohio [1] 1126/6
OK [1] 1138/25
OK242 [1] 1139/15
okay [93] 1002/24
1008/21 1015/6
1016/24 1019/16
1020/8 1033/17
1034/22 1035/4
1038/21 1043/25
1045/3 1045/8 1046/15
1047/8 1047/25
1050/20 1053/1 1053/9
1053/17 1054/2 1054/6
1054/17 1054/21
1054/25 1055/7
1055/16 1056/24
1057/3 1057/10
1057/20 1058/25
1060/15 1060/19
1060/24 1062/2
1062/13 1063/6
1063/12 1068/13
1069/22 1070/6
1070/22 1072/17
1074/2 1076/2 1076/7
1076/24 1085/6
1085/11 1085/20
1085/23 1091/9
1091/13 1095/16
1102/3 1102/23
1105/20 1107/24
1108/4 1110/23 1111/2
1112/10 1112/17
1113/15 1114/11
1114/12 1114/19
1115/2 1115/9 1116/3
1116/9 1116/13
1117/18 1117/21
1119/1 1122/24 1125/9
1125/11 1125/12
1125/16 1126/13
1128/6 1128/18
1129/22 1130/16
1133/13 1136/10
1136/11 1136/13
1136/14 1140/5
once [7] 1005/12
1039/12 1041/20
1055/8 1067/4 1076/16
1103/15
one [38] 1006/20
1011/25 1012/8 1015/7
1020/25 1025/19
1027/10 1027/11

1038/18 1039/21
1039/21 1049/13
1050/14 1050/21
1060/3 1062/11 1064/1
1064/23 1068/10
1071/20 1076/8
1088/20 1091/16
1095/19 1100/22
1105/11 1114/6
1115/16 1115/19
1116/16 1123/23
1124/2 1131/2 1131/15
1131/15 1131/16
ones [4] 1001/12
1016/1 1053/3 1053/13
1046/25 1055/1
1058/17 1061/17
1063/25 1069/6
1084/21 1089/9 1090/6
1106/6 1131/25
onward [1] 1088/3
open [21] 1025/2
1025/15 1026/6 1028/9
1032/3 1032/8 1033/19
1036/2 1039/7 1039/10
1045/18 1053/14
1054/11 1086/6
1090/21 1095/17
1102/1 1107/14
1110/23 1111/12
1125/10
open-source [3]
1090/21 1110/23
1111/12
opened [4] 1055/9
1061/2 1061/4 1061/8
opening [3] 1039/12
1045/4 1045/10
operations [1] 1037/7
opine [3] 1098/21
1098/22 1099/3
opining [1] 1094/15
1098/3
opinion [7] 1007/8
1058/4 1058/7 1084/22
1093/25 1094/6
1099/12
opportunities [2]
1076/18 1076/22
opportunity [1] 1038/1
oppose [1] 1055/14
opposite [4] 1003/13
1024/22 1050/1 1051/3
ops [2] 1134/21
1135/16
option [1] 1136/16
options [1] 1136/19
order [1] 1049/5
ordinary [1] 1004/2
original [2] 1032/14
1033/8
originally [1] 1000/5
ornate [1] 1039/14
other [35] 1006/2
1008/8 1024/17

1046/1 1054/14
1055/10 1055/12
1055/13 1058/21
1064/6 1065/24 1066/9
1066/22 1068/10
1072/5 1074/8 1085/11
1088/8 1088/15 1090/6
1092/21 1094/9
1094/18 1098/1
1099/11 1102/10
1110/5 1113/2 1120/14
1131/25 1132/20
1134/18
other's [1] 1102/5
others [3] 1019/13
1106/20 1135/15
our [42] 998/23
1001/11 1003/3
1003/12 1006/1 1006/3
1006/8 1006/20
1007/17 1007/18
1014/17 1015/1
1016/16 1018/6
1018/12 1018/22
1019/14 1020/25
1021/25 1021/25
1022/2 1022/4 1025/12
1027/5 1032/2 1039/1
1041/1 1042/13
1047/18 1051/12
1051/20 1054/12
1059/20 1063/6 1063/7
1069/14 1087/12
1088/15 1099/5
1099/23 1108/23
1140/17
ourselves [1] 1051/19
out [37] 1004/1 1004/1
1005/6 1005/8 1005/9
1006/14 1006/25
1018/8 1018/13 1024/4
1025/11 1027/3 1041/9
1041/18 1044/10
1044/20 1048/14
1049/4 1049/15
1049/16 1049/22
1053/22 1054/7
1056/16 1056/17
1061/6 1061/7 1061/16
1064/2 1088/20
1092/14 1095/14
1095/20 1096/8
1103/20 1106/2
1108/24
out-numbered [1]
1027/3
outer [2] 1040/7
1055/25
outlines [1] 1113/23
outnumbered [3]
1011/11 1029/2
1034/25
outside [29] 1004/4
1004/22 1020/19
1022/21 1025/1 1025/9
1025/10 1025/12
1026/20 1031/3

**outside...** [19] 1031/13
1032/2 1034/4 1039/7
1039/12 1039/15
1040/9 1043/3 1043/11
1045/23 1047/14
1053/19 1054/22
1065/17 1104/12
1104/17 1105/19
1107/3 1130/11
**over** [32] 1004/8
1004/12 1005/14
1008/11 1010/15
1012/5 1012/15
1012/16 1012/17
1013/10 1013/22
1014/19 1039/3
1041/17 1041/17
1043/4 1052/17
1058/22 1061/10
1063/13 1078/6 1082/5
1087/7 1090/4 1090/19
1105/14 1105/14
1116/16 1124/25
1127/1 1128/3 1137/15
**overcame** [2] 1046/3
1046/8
**overcome** [1] 1046/21
**overruled** [11] 1007/11
1022/7 1027/1 1033/20
1042/20 1051/8
1051/11 1058/6
1079/10 1080/25
1081/7
**overrun** [2] 1016/17
1031/19
**overrunning** [1]
1080/9
**overwhelmed** [1]
1018/7
**overwhelming** [1]
1018/21
**own** [6] 1019/14
1051/16 1098/24
1099/1 1099/5 1099/23
**owner** [1] 1056/14

**P**

**p.m** [16] 1030/22
1036/11 1040/1
1045/15 1045/18
1081/14 1090/21
1110/25 1111/14
1115/25 1115/25
1118/25 1120/4
1120/15 1141/5 1141/5
**PA** [1] 995/7
**padding** [1] 1055/23
**paid** [1] 998/21
**Palian** [1] 1066/24
**panel** [2] 998/25
1063/19
**panned** [1] 1112/3
**pans** [1] 1114/24
**Paragraph** [2] 1137/11
1137/14
**Paragraph 1** [1]
1137/11

**Paragraph 2** [1]
1137/14
**Parker** [11] 1109/11
1120/10 1126/19
1126/19 1126/21
1126/24 1126/25
1127/4 1128/2 1138/20
1138/22
**part** [19] 1000/14
1001/8 1001/11
1016/22 1065/7
1065/14 1066/3
1067/1 1076/1 1076/3
1092/24 1098/11
1118/14 1126/4
1126/21 1127/23
1129/12 1132/1
1140/14
**particular** [7] 1033/7
1045/6 1061/25 1070/4
1100/13 1100/16
1117/4
**parties** [1] 1110/18
**partner** [1] 1133/20
**parts** [1] 1054/14
**pass** [1] 1068/4
**passed** [2] 1020/24
1057/4
**passing** [1] 1001/2
**past** [6] 1005/22
1010/1 1010/2 1018/3
1087/17 1093/14
**patches** [4] 1057/15
1057/25 1061/15
1102/19
**Patriot** [1] 1139/13
**patrols** [1] 1004/1
**pattern** [1] 1042/13
**pause** [30] 1010/7
1010/21 1011/25
1012/22 1015/19
1016/3 1016/9 1016/21
1020/10 1021/4
1021/13 1023/15
1024/7 1027/10 1028/1
1031/1 1032/12 1034/7
1035/11 1036/12
1036/23 1037/15
1073/20 1108/20
1112/2 1113/17
1119/13 1121/2 1122/6
1122/10
**paying** [1] 1054/22
**peaceful** [1] 1005/1
**Peed** [7] 995/19 995/19
998/14 1074/11 1080/1
1083/13 1084/16
**Peed's** [1] 1083/13
**people** [106] 1007/15
1008/11 1008/12
1008/13 1011/12
1014/22 1017/10
1017/13 1018/5
1018/25 1019/2
1024/23 1024/25
1025/1 1026/19 1027/3
1027/5 1028/14 1031/4
1031/8 1032/7 1034/4

1049/21 1052/4
1052/17 1053/21
1054/3 1054/15
1054/19 1055/4 1055/9
1055/13 1056/5
1058/17 1058/21
1060/19 1061/5 1061/7
1061/18 1065/20
1065/24 1066/10
1067/24 1068/3
1068/12 1068/15
1070/8 1070/14
1070/17 1070/19
1070/23 1070/25
1071/3 1071/7 1072/1
1072/20 1077/9
1077/19 1079/23
1080/9 1089/19 1090/2
1090/4 1091/5 1091/17
1092/10 1092/11
1094/8 1094/15
1095/20 1096/7
1097/25 1098/8
1098/14 1099/4 1101/3
1101/11 1102/4 1102/8
1102/23 1103/25
1103/25 1104/6 1104/9
1104/11 1104/22
1104/24 1105/12
1105/21 1105/24
1106/19 1107/5
1107/10 1108/10
1112/4 1121/15
1124/13 1124/15
1124/22 1127/12
1128/25 1129/12
1130/20 1134/18
**pepper** [4] 1026/11
1026/14 1047/23
1048/10
**pepper-sprayed** [3]
1026/14 1047/23
1048/10
**perimeter** [11] 1001/11
1003/3 1003/11 1006/9
1009/21 1044/11
1044/13 1067/23
1072/9 1072/16
1076/17
**perimeters** [1] 1004/23
**period** [2] 1046/4
1057/4
**permanently** [1]
1038/13
**permitted** [3] 1011/16
1069/8 1074/18
**person** [24] 1032/17
1062/5 1062/8 1073/21
1092/17 1093/1 1093/1
1093/16 1095/21
1096/1 1096/8 1097/1
1100/24 1105/9 1105/9
1106/7 1106/8 1106/10
1106/10 1106/11
1110/5 1118/11 1132/2
1132/2
**Person A** [1] 1132/2

**personal** [4] 1007/8
1049/1 1097/6 1098/24
**personally** [2] 1049/2
1093/10
**Philadelphia** [1] 995/7
**phone** [17] 1082/24
1085/3 1093/5 1096/4
1096/22 1097/3
1132/23 1133/2 1133/5
1133/6 1133/11
1133/15 1136/22
1137/22 1138/13
1139/2 1139/4
**photo** [4] 1085/21
1129/25 1135/8 1135/9
**photograph** [4]
1130/13 1134/10
1135/6 1136/2
**photographs** [7]
1084/2 1084/5 1085/3
1107/21 1127/6 1127/7
1128/14
**photos** [7] 1090/10
1090/13 1113/2
1128/22 1130/6
1133/22 1135/18
**phrase** [1] 1022/5
**phrased** [1] 1096/17
**physical** [7] 1064/7
1092/25 1095/25
1097/1 1098/8 1102/20
1132/15
**physically** [3] 1093/15
1093/23 1131/16
**pick** [1] 1064/25
**picketing** [1] 1077/3
**pictures** [1] 1084/20
**piecemeal** [1] 1125/13
**pieces** [2] 1123/16
1123/25
**pillar** [2] 1017/21
1017/23
**place** [5] 1052/2
1056/16 1056/17
1061/6 1068/22
**placed** [3] 999/11
1056/10 1086/12
**places** [2] 1056/6
1092/21
**plain** [2] 1058/12
1058/15
**Plaintiff** [1] 994/4
**plan** [4] 1037/10
1074/18 1083/19
1085/25
**planning** [3] 1083/9
1084/3 1101/2
**plate** [3] 1062/15
1062/16 1062/18
**plates** [1] 1062/22
**platform** [11] 1015/15
1017/1 1017/2 1017/8
1020/5 1022/14
1046/23 1046/24
1047/5 1130/22 1131/8
**play** [46] 1010/5
1010/18 1011/21

1015/16 1016/2 1016/7
1016/19 1019/25
1020/7 1020/17 1021/2
1021/11 1022/23
1023/12 1024/5 1025/3
1027/7 1027/19
1027/23 1028/10
1030/23 1031/21
1033/25 1034/13
1035/9 1036/9 1036/21
1037/13 1037/23
1040/2 1069/24 1070/3
1073/11 1092/2
1108/17 1111/22
1113/15 1114/20
1119/2 1120/6 1120/17
1121/17 1122/1
**played** [48] 1010/6
1010/20 1011/23
1012/21 1015/17
1016/8 1016/20 1020/9
1020/22 1021/3
1021/12 1022/25
1023/14 1024/6 1025/4
1027/9 1027/20
1027/25 1028/12
1030/25 1031/22
1032/10 1032/21
1034/14 1035/10
1036/22 1037/14
1040/4 1045/16
1059/13 1060/1 1060/8
1060/16 1073/13
1092/3 1108/19
1111/24 1114/22
1117/23 1119/4
1119/12 1119/23
1120/18 1120/24
1121/19 1122/3 1122/8
1122/22
**playing** [7] 1031/24
1032/20 1059/11
1059/25 1117/22
1119/10 1119/21
**plays** [1] 1122/20
**please** [45] 999/2
999/10 999/20 1005/15
1020/21 1021/2 1021/4
1024/5 1025/21
1027/11 1030/1 1059/8
1060/9 1063/21
1073/12 1084/6
1085/22 1086/23
1087/11 1091/15
1092/5 1093/5 1096/23
1097/3 1108/17
1108/24 1109/22
1109/23 1110/7
1111/22 1113/15
1113/25 1114/13
1115/17 1117/21
1119/2 1119/21
1120/17 1121/17
1127/10 1128/20
1129/23 1134/8 1135/3
1135/25
**please rise** [1] 1110/7

**plus [1]** 1102/11
**PO [1]** 995/3
**POC [1]** 1139/21
**point [62]** 1011/4
1014/5 1017/24 1018/2
1018/6 1018/15
1018/20 1018/22
1019/1 1019/3 1019/5
1019/14 1021/22
1024/13 1024/18
1024/18 1029/7
1029/10 1029/12
1032/24 1033/1
1033/10 1033/12
1033/16 1033/24
1034/16 1034/25
1035/5 1036/5 1038/2
1038/10 1038/12
1039/4 1041/7 1041/10
1044/24 1044/25
1047/11 1048/18
1048/22 1053/20
1054/7 1054/23
1055/10 1060/20
1070/7 1071/9 1071/22
1072/4 1072/8 1072/13
1076/23 1083/23
1084/4 1084/14
1090/25 1091/6
1098/19 1101/1 1101/2
1106/21 1108/24
**pointed [2]** 1011/7
1091/10
**police [25]** 999/9
999/25 1000/8 1000/13
1000/18 1000/24
1000/25 1003/12
1012/24 1013/4
1013/16 1015/2
1015/20 1051/13
1055/10 1059/16
1060/11 1065/11
1075/1 1076/9 1076/16
1076/17 1078/12
1088/8 1115/14
**pop [3]** 1104/14 1118/9
1120/7
**popped [2]** 1118/4
1128/23
**populated [1]** 1127/12
**portion [1]** 1124/4
**position [5]** 1017/11
1017/13 1044/11
1045/23 1055/14
**positions [1]** 1000/12
**possible [4]** 1017/14
1029/15 1058/9
1131/19
**possibly [2]** 1027/5
1057/2
**post [1]** 1006/8
**poster [1]** 1082/21
**potentially [1]** 1089/20
**precautions [1]**
1068/21
**prepare [2]** 1066/17
1107/4

departed [1] 1106/23
1106/23
**present [10]** 998/15
1003/22 1003/23
1032/14 1044/21
1053/22 1097/17
1099/23 1115/10
1119/16
**presenting [1]** 1022/1
**President [2]** 1003/22
1003/23
**pressed [1]** 1051/22
**presumably [1]** 1033/5
**pretrial [3]** 1093/21
1094/6 1094/22
**pretty [6]** 1005/9
1008/10 1051/21
1071/13 1098/13
1101/12
**prevent [2]** 1013/6
1013/24
**prevented [1]** 1053/22
**prevents [1]** 1040/8
**previous [1]** 1049/7
**previously [7]** 1008/17
1048/5 1056/18 1061/6
1069/21 1073/7
1127/22
**primarily [1]** 1000/9
**primary [1]** 1009/23
**prior [5]** 1039/2
1066/15 1075/8
1087/22 1104/18
**priority [1]** 1029/2
**private [1]** 998/21
**pro [2]** 1004/13
1047/17
**pro-Trump [1]** 1004/13
**probably [7]** 1006/17
1044/8 1056/13 1063/5
1063/25 1101/23
1132/11
**problem [7]** 1094/12
1097/12 1098/12
1099/6 1099/9 1104/6
1104/7
**proceeding [1]**
1015/23
**proceedings [6]** 994/9
998/16 1057/5 1075/12
1075/13 1142/4
**process [3]** 1001/1
1066/13 1088/13
**processes [2]** 1066/4
1067/8
**profession [1]** 1133/21
**proffer [1]** 1101/6
**profile [24]** 1137/8
1137/13 1137/19
1137/23 1138/1 1138/4
1138/7 1138/10
1138/13 1138/17
1138/25 1139/2 1139/5
1139/7 1139/13
1139/15 1139/17
1139/19 1139/21
1139/23 1139/25
1140/2 1140/4 1140/7

progressed [1] 1005/17
1005/17
**prohibited [2]** 1029/11
1035/21
**projectiles [1]** 1026/17
**promenade [1]**
1046/22
**proper [2]** 1103/13
1107/15
**properly [1]** 1035/21
**prosecutors [1]**
1066/22
**protect [13]** 1001/1
1011/13 1014/18
1014/20 1015/1
1015/10 1019/11
1022/2 1061/21
1065/14 1065/17
1065/20 1066/3
**protected [1]** 1056/13
**protecting [5]** 1031/19
1055/3 1055/12
1066/10 1066/10
**protest [1]** 1019/13
**protester [2]** 1022/18
1040/9
**protesters [19]**
1003/12 1005/22
1007/5 1012/3 1015/22
1016/17 1018/3
1018/18 1024/19
1024/20 1031/16
1041/9 1049/9 1050/18
1052/17 1054/4 1071/8
1075/4 1076/18
**protesting [4]** 1004/11
1047/17 1076/4 1077/3
**protests [1]** 1075/6
**provide [3]** 1000/16
1084/22 1101/16
**providing [2]** 1106/2
1106/2
**proving [1]** 1084/11
**public [4]** 1014/11
1038/7 1038/8 1038/11
**publish [1]** 1124/3
**published [1]** 1125/3
**publishing [1]** 1125/6
**pull [13]** 1008/24
1016/22 1019/16
1029/24 1034/15
1038/15 1045/9
1069/21 1069/25
1091/14 1103/1
1115/16 1123/24
**pulling [1]** 1073/7
**pumping [2]** 1041/22
1064/11
**Punta [1]** 995/16
**purple [3]** 1121/9
1122/15 1125/23
**purposes [1]** 1055/3
**pursuant [5]** 1008/14
1019/17 1023/2
1025/17 1132/16
**push [14]** 1007/7
1015/22 1017/13
1032/7 1039/7 1039/9

1049/21 1050/18
1050/24 1051/15
1051/15 1051/15
**pushed [4]** 1007/18
1018/20 1032/1
1052/17
**pushing [15]** 1007/15
1016/6 1025/11 1034/3
1051/3 1051/14
1051/17 1051/20
1051/21 1051/22
1052/4 1052/16
1052/18 1053/22
1070/17
**put [10]** 1021/25
1022/20 1040/15
1043/2 1067/15
1067/17 1068/22
1103/21 1124/15
1125/17
**putting [4]** 1035/18
1040/12 1097/25
1124/13

**Q**

**QRF [1]** 1124/15
**Quantico [2]** 1087/12
1092/21
**Queen [1]** 995/7
**question [22]** 1026/10
1028/22 1038/2 1042/3
1052/13 1058/20
1058/21 1064/1
1071/18 1085/16
1094/3 1095/8 1096/3
1096/16 1096/23
1097/6 1098/6 1098/6
1099/12 1100/22
1101/1 1101/3
**questions [9]** 1020/8
1023/13 1043/24
1064/16 1073/6 1074/8
1077/11 1082/6
1082/13
**quick [2]** 1045/11
1119/14
**quite [5]** 1044/8
1045/11 1066/9 1070/8
1070/19

**R**

**race [1]** 1015/15
**raced [1]** 1015/9
**racing [1]** 1017/5
**rack [2]** 1009/20
1044/18
**racks [30]** 1003/3
1003/8 1003/9 1003/10
1003/16 1005/13
1005/14 1005/15
1005/16 1006/5 1007/7
1007/16 1007/19
1007/20 1008/11
1008/12 1009/24
1010/10 1012/4 1012/5
1012/15 1012/18
1043/5 1044/14

1049/1 1050/18
1067/15 1067/20
1078/6
**radio [5]** 1005/18
1006/11 1007/24
1008/9 1018/13
**radiological [1]**
1000/17
**radios [1]** 1005/21
**raise [2]** 999/10
1086/11
**raised [1]** 1083/3
**rallies [1]** 1074/19
**rally [2]** 1074/21
1074/22
**ran [2]** 1014/3 1048/14
**rationale [1]** 1100/18
**re [1]** 1140/17
**re-start [1]** 1140/17
**reaching [1]** 1048/25
**react [1]** 1051/2
**reaction [1]** 1050/1
**reactivate [1]** 1041/19
**read [5]** 1103/14
1111/3 1113/25
1127/15 1133/4
**readily [2]** 1014/10
1014/10
**ready [2]** 999/5 1086/7
**real [1]** 1045/21
**real-time [1]** 1045/21
**realistic [1]** 1044/9
**realize [2]** 1054/2
1055/1
**really [10]** 1006/3
1035/1 1049/12
1052/16 1055/14
1057/8 1071/10
1071/16 1090/5 1098/3
**reason [3]** 1065/7
1098/22 1100/18
**reasons [1]** 1097/18
**recall [9]** 1056/20
1056/24 1071/22
1073/9 1074/1 1074/20
1074/24 1093/20
1129/3
**receive [2]** 1000/19
1029/20
**received [15]** 1002/4
1008/22 1019/22
1023/5 1025/25 1030/8
1038/22 1091/24
1092/21 1107/17
1108/15 1111/20
1113/12 1117/19
1131/17
**receiver [1]** 1131/15
**receiving [1]** 1089/18
**recess [4]** 1063/17
1063/18 1141/4 1141/5
**recognition [1]**
1061/13
**recognize [9]** 1001/21
1010/23 1020/1 1026/2
1027/13 1032/17
1036/15 1060/19
1070/1

**R**

**recollection [2]** 1031/7 1104/19
**recollects [1]** 1103/16
**record [17]** 1002/13 1004/15 1008/15 1009/18 1011/7 1013/12 1019/17 1023/2 1025/18 1035/22 1039/17 1062/8 1086/1 1110/2 1110/10 1114/14 1142/3
**records [2]** 1131/9 1131/10
**RECROSS [1]** 996/4
**red [3]** 1092/12 1109/14 1114/6
**redeploy [1]** 1049/23
**REDIRECT [3]** 996/4 1077/14 1077/16
**refer [1]** 1131/14
**referred [2]** 1044/13 1052/21
**referring [2]** 1014/15 1071/19
**refers [1]** 1116/17
**reflect [4]** 1103/3 1112/25 1113/4 1115/5
**reflected [4]** 1105/1 1116/11 1118/20 1140/8
**regain [1]** 1035/5
**regarding [1]** 1137/7
**regards [1]** 1089/19
**region [2]** 1087/17 1129/6
**regular [1]** 1065/24
**regulations [1]** 1077/6
**reinforcements [1]** 1034/23
**related [4]** 1075/11 1089/14 1106/19 1134/17
**relationship [3]** 1124/16 1124/16 1127/4
**release [1]** 1025/13
**relevance [6]** 1042/19 1075/14 1081/23 1094/4 1099/5 1100/6
**relevant [9]** 1082/6 1093/11 1093/18 1094/14 1099/6 1099/8 1100/5 1101/9 1120/23
**rely [1]** 1097/15
**remain [1]** 1076/20
**remained [1]** 1130/11
**remaining [3]** 1041/8 1076/25 1123/16
**remember [25]** 1018/6 1018/7 1018/9 1031/10 1031/11 1031/14 1036/25 1050/6 1051/16 1057/15 1057/22 1057/25 1059/16 1059/23 1061/12 1061/14

1070/5 1077/21 1078/3 1080/2 1080/13 1094/5
**remind [1]** 1095/3
**reminder [1]** 1140/25
**reminders [2]** 1140/18
**remove [2]** 1041/8 1083/10
**removed [1]** 1049/5
**reorient [1]** 1070/3
**repeat [2]** 1030/1 1078/19
**repeatedly [2]** 1052/21 1103/12
**repeating [1]** 1030/7
**repel [2]** 1061/19 1061/21
**rephrase [3]** 1007/12 1096/3 1096/16
**rephrased [1]** 1079/1
**replace [1]** 1135/16
**report [2]** 1001/14 1041/23
**representation [1]** 1124/21
**representatives [1]** 1066/21
**Republican [1]** 1006/14
**research [1]** 1140/20
**reserve [1]** 1125/6
**reside [1]** 1129/2
**residue [1]** 1041/19
**respecting [1]** 1044/23
**respond [1]** 1026/23
**response [3]** 1000/15 1007/18 1007/18
**responsibilities [1]** 1065/11
**responsibility [1]** 1006/9
**responsible [1]** 1001/10
**rest [1]** 1129/19
**restricted [10]** 1003/14 1006/5 1008/13 1011/19 1012/5 1015/23 1018/4 1029/7 1076/19 1076/25
**restrictions [1]** 1038/8
**resume [1]** 1063/8
**retrospective [1]** 1093/23 1094/7
**revealed [1]** 1105/25
**review [6]** 1084/19 1085/3 1085/4 1093/23 1102/5 1136/21
**reviewed [13]** 1084/1 1103/18 1103/24 1106/9 1106/22 1107/20 1112/22 1115/2 1115/22 1117/1 1132/7 1132/10 1133/10
**reviewing [2]** 1088/15 1136/19
**Rhodes [14]** 1129/25 1130/4 1132/22

1134/14 1134/18 1134/20 1134/23 1135/14 1138/2 1138/3 1138/5
**Rhodes' [4]** 1133/2 1133/11 1133/14 1133/19
**Rick [5]** 1129/10 1129/15 1129/17 1140/3 1140/4
**Rick Jackson [3]** 1129/15 1129/17 1140/3
**rid [2]** 1132/2 1132/3
**rifles [1]** 1049/2
**right [166]**
**right-hand [4]** 1002/17 1004/19 1011/8 1030/18
**ring [1]** 1074/22
**RIOS [2]** 995/11 995/15
**riot [3]** 1001/12 1069/13 1078/12
**rioters [3]** 1028/19 1028/24 1078/5
**riots [1]** 1089/19
**rise [9]** 998/2 1063/10 1083/9 1083/9 1084/7 1085/22 1110/7 1114/13 1140/22
**RMR [2]** 1142/2 1142/8
**Robert [1]** 995/10
**ROBERTO [8]** 994/6 998/5 1062/9 1114/16 1121/13 1129/8 1137/11 1137/13
**Roberto A. Minuta [1]** 998/5
**Roberto Minuta [3]** 1062/9 1114/16 1137/13
**Rock [1]** 1052/2
**role [2]** 1134/18 1134/20
**roll [2]** 1044/10 1066/8
**rolled [2]** 1044/10 1044/20
**romantic [1]** 1133/20
**roofs [1]** 1016/18
**room [3]** 1049/20 1085/13 1085/16
**rope [1]** 1075/19
**Rotunda [18]** 1013/7 1013/14 1014/14 1017/1 1017/9 1020/5 1020/6 1020/13 1030/14 1041/2 1045/4 1045/10 1053/2 1053/7 1053/12 1053/14 1057/22 1115/15
**roughly [1]** 1056/25
**round [2]** 1061/20 1061/20
**rowdy [1]** 1036/2
**ruling [1]** 1078/24
**running [4]** 1008/13 1013/6 1014/23

**S**

**SA [1]** 1086/17
**safety [1]** 1029/3
**said [34]** 1004/16 1004/22 1008/2 1008/19 1009/7 1046/2 1046/9 1046/25 1047/11 1048/1 1049/14 1052/20 1053/18 1054/6 1055/8 1056/18 1062/1 1065/7 1065/11 1066/3 1066/8 1067/12 1068/14 1069/10 1071/10 1074/3 1093/21 1101/13 1106/4 1106/13 1107/20 1134/5 1135/1 1135/14
**Salke [18]** 1022/17 1022/18 1026/7 1032/19 1032/23 1033/23 1034/21 1036/20 1037/2 1047/12 1053/11 1053/20 1055/2 1055/11 1118/17 1118/20 1121/6 1122/11
**same [11]** 1018/14 1041/17 1041/21 1104/12 1104/14 1110/24 1112/13 1115/24 1117/15 1123/25 1140/18
**Sandra [5]** 1109/11 1120/10 1126/18 1127/4 1138/20
**Sandra Parker [2]** 1127/4 1138/20
**Sapper [1]** 1140/2
**saved [1]** 1137/2
**saw [35]** 1008/5 1008/5 1008/8 1011/8 1011/10 1014/18 1014/20 1014/23 1024/18 1024/18 1024/23 1031/8 1031/15 1037/8 1041/2 1044/16 1046/1 1046/15 1047/21 1049/8 1049/10 1050/14 1050/21 1050/23 1051/7 1051/12 1052/15 1054/4 1054/9 1056/3 1058/21 1059/1 1072/17 1095/11 1126/3
**say [57]** 1003/5 1005/11 1012/17 1032/15 1038/3 1038/18 1039/13 1042/24 1043/1 1045/4 1047/2 1048/23 1049/10 1049/22

1610 1053/10 1061/17 1062/7 1065/5 1067/7 1068/20 1070/21 1071/7 1071/8 1071/13 1071/14 1071/15 1083/11 1084/5 1084/6 1085/7 1085/17 1085/22 1086/1 1095/1 1095/10 1097/17 1097/20 1099/16 1100/3 1101/8 1101/11 1101/13 1104/17 1104/21 1105/1 1105/11 1105/20 1105/23 1105/25 1106/9 1106/21 1107/7 1107/9 1115/24 1132/8 1134/25
**saying [5]** 1043/10 1051/15 1059/23 1085/14 1105/16
**says [2]** 1054/10 1097/13
**scanning [2]** 1029/6 1029/14
**scene [1]** 1120/23
**scope [2]** 1080/23 1081/18
**scott [3]** 995/14 995/17 998/12
**Scott Weinberg [1]** 998/12
**screen [24]** 1000/10 1009/2 1009/22 1010/10 1013/14 1013/20 1016/12 1017/15 1017/19 1021/15 1030/19 1032/12 1034/9 1035/13 1037/22 1039/14 1039/18 1069/25 1097/9 1103/1 1119/8 1119/17 1120/7 1130/1
**screened [5]** 1011/17 1029/10 1029/19 1035/21 1055/4
**screening [1]** 1029/20
**search [2]** 1088/14 1132/17
**search warrant [1]** 1132/17
**searching [1]** 1066/12
**seated [2]** 999/2 1063/21
**second [21]** 1011/25 1012/8 1015/7 1019/25 1020/12 1023/8 1023/2 1027/11 1027/11 1027/14 1032/13 1036/12 1064/23 1090/18 1092/5 1105/11 1107/2 1116/16 1118/7 1119/14 1122/7
**secondary [1]** 1009/21
**seconds [24]** 1011/22

**seconds... [23]** 1012/1
1012/2 1012/9 1021/8
1023/22 1025/7
1027/18 1028/15
1030/20 1030/23
1040/3 1040/6 1059/2
1061/1 1105/13 1106/4
1106/6 1106/12
1111/23 1113/19
1118/25 1121/5
1121/21

**secret [1]** 1088/16
**section [2]** 1125/20
1128/19
**secure [5]** 1036/6
1038/13 1039/6
1040/23 1049/7
**secured [3]** 1039/5
1040/25 1041/1
**security [3]** 1003/25
1035/24 1043/16
**see [69]** 1005/2 1005/8
1005/20 1006/4 1007/2
1007/17 1008/25
1009/22 1012/13
1012/24 1015/13
1015/24 1016/13
1017/10 1018/12
1020/24 1023/16
1023/18 1024/3 1024/9
1024/17 1025/19
1034/8 1037/17 1039/8
1039/18 1045/19
1047/9 1050/3 1050/12
1055/10 1058/11
1060/3 1063/9 1063/15
1068/9 1072/18
1072/20 1073/15
1073/21 1075/19
1078/11 1078/13
1078/22 1079/4
1085/12 1085/15
1092/17 1106/25
1109/15 1113/21
1117/25 1118/2 1118/5
1119/25 1121/10
1121/22 1122/11
1123/6 1125/21
1125/23 1126/8
1127/13 1128/22
1130/2 1131/7 1131/17
1131/24 1141/3
**seeing [8]** 1008/11
1031/4 1031/11
1057/15 1057/25
1061/14 1097/9
1140/20
**seek [4]** 1008/16
1023/1 1025/17 1030/4
**seeking [1]** 1089/11
**seeking that [1]**
1089/11
**seeks [1]** 1001/25
**seemed [2]** 1095/13
1097/22
**seems [2]** 1044/7
1104/16

1018/15 1037/5 1084/5
1090/10 1108/2 1130/6
1133/22 1135/18
1136/21
**select [2]** 1136/16
1136/23
**Senate [13]** 1004/10
1004/20 1005/3 1005/4
1008/7 1009/4 1011/3
1012/4 1014/2 1043/7
1075/22 1075/23
1076/4
**Senate egg [5]**
1004/10 1008/7 1011/3
1012/4 1014/2
**send [1]** 1134/23
**sender [1]** 1131/15
**senses [2]** 1018/7
1018/22
**sent [3]** 1131/2
1131/17 1131/25
**separate [3]** 1097/6
1098/6 1099/2
**sequence [1]** 1046/25
**serious [1]** 1006/22
**service [7]** 1019/7
1019/9 1019/14 1056/5
1056/5 1056/9 1074/16
**serving [1]** 1088/13
**session [2]** 994/7
1054/18
**set [6]** 1001/3 1001/14
1001/19 1003/3
1003/10 1053/7
**setting [1]** 1001/10
**seven [1]** 1057/1
**several [5]** 1044/16
1045/1 1046/15
1087/18 1124/15
**shake [1]** 1005/13
**shape [1]** 1004/7
**she [3]** 1012/15
1133/25 1134/1
**she's [1]** 1133/21
**sheer [3]** 1011/10
1018/5 1019/2
**sheerly [1]** 1027/3
**shell [2]** 1052/16
1060/3
**shelled [1]** 1050/24
**shells [1]** 1001/13
**shields [2]** 1020/25
1040/19
**shift [2]** 1041/11
1067/12
**Shipley [12]** 995/2
995/3 998/10 998/18
1043/25 1063/2
1064/14 1077/18
1078/1 1083/6 1114/12
1114/17
**shock [2]** 1050/3
1050/5
**shook [1]** 1018/15
**shortly [5]** 1063/9
1063/16 1089/13
1090/20 1091/17

1039/25 1050/14
**shotgun [2]** 1050/7
1050/10
**should [1]** 1110/19
**shoulders [2]** 1095/21
1102/6
**shouting [3]** 1028/14
1028/17 1070/25
**shoving [1]** 1040/7
**show [6]** 1073/11
1085/21 1091/5 1104/9
1112/19 1122/25
**showed [2]** 1136/22
1137/2
**showing [1]** 1033/5
**shown [1]** 1105/15
**shows [1]** 1106/24
**sick [2]** 1135/1
1135/14
**side [59]** 1002/10
1002/11 1002/15
1002/17 1002/17
1002/19 1002/21
1002/22 1003/4
1003/13 1004/10
1004/12 1004/13
1004/16 1004/17
1004/19 1004/20
1004/23 1005/3 1005/4
1006/1 1006/2 1006/3
1006/7 1006/19 1007/6
1008/5 1008/8 1010/10
1011/3 1011/5 1011/8
1013/10 1013/19
1014/2 1015/1 1015/12
1022/21 1024/22
1026/7 1026/8 1035/23
1039/18 1039/20
1040/17 1068/10
1071/24 1072/5
1075/23 1090/22
1090/25 1091/3
1091/11 1091/18
1094/16 1110/24
1111/13 1111/13
1126/14
**Siekerman [8]** 1134/15
1134/23 1135/1 1135/6
1135/10 1135/14
1135/16 1138/9
**Siekerman's [3]**
1134/18 1134/20
1135/9
**signage [1]** 1068/7
**Signal [31]** 1130/17
1130/19 1130/20
1130/21 1130/24
1131/1 1131/2 1131/6
1131/10 1131/12
1132/7 1132/9 1133/10
1133/16 1134/14
1134/17 1134/23
1135/14 1136/5 1136/6
1136/16 1136/19
1136/21 1137/8
1137/13 1137/19
1137/22 1138/13

1140/7
**Signal app [1]** 1133/16
**significant [2]** 1006/22
1048/6
**signified [1]** 1058/9
**signify [1]** 1126/4
**similar [6]** 1056/7
1056/8 1062/21
1092/16 1128/2
1130/21
**simply [1]** 1094/13
**singing [1]** 1005/1
**sir [147]** 999/20
1001/21 1007/14
1009/3 1010/23
1012/24 1023/8 1024/9
1026/2 1026/22
1026/25 1030/11
1033/21 1033/23
1044/5 1044/25 1045/6
1045/22 1046/11
1047/2 1047/15
1048/11 1052/3
1052/19 1053/5 1053/8
1054/20 1055/20
1057/7 1058/24
1059/18 1060/25
1062/12 1063/14
1064/5 1072/23 1073/5
1073/10 1073/22
1074/1 1074/7 1074/14
1074/15 1074/25
1075/2 1076/11 1077/6
1077/13 1077/18
1077/22 1077/25
1082/16 1082/18
1086/15 1086/21
1086/22 1089/4
1089/15 1089/24
1090/12 1090/23
1091/12 1091/19
1092/23 1095/23
1102/15 1102/22
1103/5 1107/23
1108/11 1109/1
1109/16 1109/18
1109/21 1110/3 1111/1
1111/15 1112/9
1112/18 1112/24
1113/3 1113/5 1113/22
1113/24 1114/8
1114/10 1115/1 1115/4
1115/8 1115/12
1115/21 1116/1 1116/8
1116/12 1116/19
1117/9 1118/3 1118/6
1118/19 1118/22
1119/8 1120/2 1120/16
1120/22 1121/8
1121/11 1121/16
1121/23 1122/13
1122/16 1123/4 1123/7
1123/10 1125/22
1125/25 1126/9
1126/16 1126/23
1127/8 1127/14
1127/25 1128/5

1129/14 1129/21
1130/3 1130/8 1130/18
1131/4 1131/11
1131/21 1132/5 1133/3
1133/17 1133/24
1134/4 1134/6 1134/16
1134/24 1135/7
1135/12 1135/20
1136/4 1136/18 1140/9
1141/1
**sister [1]** 1128/13
**sit [6]** 1003/7 1004/14
1014/9 1081/10
1084/13 1105/8
**situation [4]** 1006/12
1027/4 1064/24
1095/24
**six [10]** 1045/24
1087/13 1112/6 1112/7
1112/12 1112/16
1112/25 1113/21
1113/23 1128/22
**sleep [1]** 1041/23
**slide [4]** 1127/9 1134/8
1135/4 1135/24
**slightly [1]** 1100/15
**slim [1]** 1058/19
**small [2]** 1014/15
1048/2
**smell [3]** 1018/22
1018/23 1018/24
**smoothly [1]** 1066/9
**snapped [1]** 1025/14
**so [163]**
**So it's [1]** 1018/21
**So this is [2]** 1061/1
1118/23
**soft [3]** 1001/8 1001/9
1069/10
**Sol [1]** 1139/19
**some [39]** 1005/18
1006/12 1008/14
1010/15 1018/15
1018/20 1019/12
1020/8 1023/13
1024/13 1024/18
1033/10 1033/16
1035/5 1038/12 1044/7
1046/1 1047/11
1047/21 1048/6
1052/20 1053/20
1056/12 1057/4
1064/16 1068/21
1069/10 1070/23
1070/25 1071/3 1071/7
1071/8 1088/7 1088/9
1100/7 1117/8 1118/17
1123/11 1136/25
**somebody [10]** 1010/2
1018/15 1021/15
1026/11 1026/16
1033/9 1033/15 1050/6
1055/18 1100/12
**somebody's [1]**
1131/12
**someone [6]** 1084/21
1089/7 1093/22 1106/2

**someone... [2]** 1131/19 1134/14
**someone's [3]** 1131/9 1131/18 1133/5
**something [12]** 1068/17 1069/2 1077/9 1085/16 1094/17 1095/10 1095/11 1097/2 1097/24 1098/2 1106/23 1110/14
**sometimes [4]** 1041/18 1106/24 1136/22 1136/23
**Somewhat [1]** 1028/23
**somewhere [2]** 1009/13 1017/21
**sore [1]** 1064/9
**SoRelle [5]** 1133/15 1133/18 1133/19 1134/10 1138/6
**sorry [12]** 1012/1 1019/20 1026/25 1027/14 1035/8 1057/7 1057/22 1059/8 1078/18 1108/22 1111/7 1123/20
**sort [14]** 1044/18 1046/8 1055/17 1057/4 1061/9 1061/9 1067/20 1067/21 1067/21 1069/10 1094/7 1097/19 1100/19 1112/2
**sound [3]** 1018/17 1028/5 1028/22
**sounded [2]** 1050/6 1050/9
**sounds [3]** 1094/24 1094/25 1095/4
**source [3]** 1090/21 1110/23 1111/12
**south [4]** 1002/10 1002/22 1006/19 1007/6
**southeast [2]** 1128/22 1129/6
**space [5]** 1038/1 1039/9 1040/20 1049/20 1050/19
**speak [2]** 1044/17 1068/9
**special [8]** 1069/6 1069/7 1086/10 1087/1 1087/2 1087/5 1087/8 1087/9
**Special Agent [1]** 1087/1
**specific [5]** 1031/7 1071/10 1071/15 1073/24 1100/9
**specifically [4]** 1066/20 1075/10 1089/12 1089/17
**speculating [1]** 1049/11
**speculation [1]** 1051/5
**spell [1]** 1086/23

**spelling [1]** 999/1
**spent [1]** 1106/18
**split [1]** 1107/2
**sporadic [1]** 1061/15
**spray [11]** 1018/21 1018/23 1018/24 1022/15 1024/2 1024/3 1041/5 1041/15 1047/20 1064/7 1079/22
**sprayed [11]** 1018/21 1021/9 1022/16 1023/9 1023/23 1023/24 1026/14 1041/5 1047/23 1048/10 1079/21
**sprays [1]** 1026/11
**squad [12]** 1000/14 1001/8 1001/9 1001/12 1015/24 1015/25 1020/25 1068/25 1069/6 1069/14 1069/15 1069/17
**stack [1]** 1093/13
**staff [3]** 1000/11 1043/19 1065/23
**staircase [7]** 1013/7 1013/24 1014/3 1014/23 1015/1 1091/6 1091/10
**stairs [25]** 1014/7 1014/16 1015/10 1017/5 1046/4 1046/4 1046/13 1046/16 1046/17 1050/22 1050/23 1091/6 1091/18 1102/4 1102/9 1109/3 1109/3 1110/24 1111/13 1112/5 1114/25 1126/21 1127/23 1129/12 1129/19
**stairwell [1]** 1052/14
**stamp [1]** 1045/21
**stanchions [1]** 1040/17
**stand [8]** 1022/4 1083/15 1085/13 1085/17 1085/18 1101/19 1101/24 1109/23
**standing [3]** 1049/13 1110/10 1114/14
**stands [3]** 1063/17 1085/9 1141/4
**stark [1]** 1101/17
**start [11]** 1000/3 1018/25 1027/23 1048/2 1052/16 1059/10 1059/12 1083/16 1113/18 1117/3 1140/17
**started [13]** 998/20 999/5 1000/18 1008/11 1014/23 1022/10 1041/12 1042/10 1043/1 1044/10 1051/14 1055/9

**starting [4]** 1108/22 1108/22 1120/5 1127/15
**starts [2]** 1052/18 1113/17
**state [4]** 1051/6 1051/9 1086/23 1139/21
**statement [1]** 1105/4
**states [10]** 994/1 994/3 994/10 998/4 999/8 999/25 1077/24 1086/10 1126/7 1126/12
**stating [1]** 999/21
**stationary [1]** 1116/1
**stationed [4]** 1002/25 1003/1 1030/15 1087/14
**stature [3]** 1102/20 1112/14 1113/1
**statute [2]** 1076/13 1076/15
**stay [1]** 1048/22
**stayed [1]** 1045/1
**Steal [1]** 1005/6
**Steele [5]** 1109/9 1120/9 1127/21 1128/12 1139/16
**step [2]** 1011/4 1082/18
**steps [7]** 1013/17 1072/2 1078/9 1088/10 1088/12 1092/15 1092/19
**Stewart [12]** 1129/25 1130/4 1132/22 1133/2 1133/11 1134/14 1134/18 1134/23 1135/14 1138/2 1138/3 1138/5
**Stewart Rhodes [9]** 1129/25 1130/4 1132/22 1134/14 1134/18 1134/23 1135/14 1138/3 1138/5
**Stewart Rhodes' [1]** 1133/2 1133/11
**still [5]** 1032/6 1041/22 1056/15 1121/6 1122/11
**stipulate [10]** 1084/9 1084/10 1109/24 1110/8 1110/14 1110/15 1111/6 1114/15 1132/15 1137/10
**stipulated [2]** 1083/21 1110/18
**stipulating [2]** 1083/19 1083/23
**stipulation [8]** 1085/9 1110/17 1111/3 1111/8 1132/13 1133/4 1137/5 1137/7
**stipulations [1]** 1110/16
**stood [5]** 1041/15

**stop [15]** 1002/12 1005/6 1010/4 1012/8 1015/14 1028/20 1039/6 1039/12 1040/7 1051/13 1059/15 1060/9 1060/18 1089/2 1140/13
**Stopping [1]** 1025/6
**straight [1]** 1125/12
**street [4]** 994/16 995/11 995/20 1097/21
**studying [1]** 1106/19
**stuff [1]** 1062/25
**stunned [1]** 1037/9
**stupid [1]** 1028/22
**style [3]** 1056/2 1058/8 1062/3
**SUAREZ [2]** 995/11 995/14
**subject [3]** 1077/1 1077/4 1077/9
**subpoena [1]** 1132/17
**subpoenas [1]** 1088/14
**successfully [1]** 1041/9
**such [5]** 1050/9 1088/14 1102/20 1112/14 1116/15
**suffer [3]** 1064/7 1078/14 1079/7
**suffered [1]** 1079/13
**suggested [1]** 1094/10
**suggesting [1]** 1124/15
**suggestive [1]** 1105/16
**Suite [2]** 995/16 995/20
**summary [1]** 1124/24
**support [1]** 1000/16
**suppose [1]** 1083/10
**supposed [2]** 1002/25 1034/17
**sure [22]** 1006/4 1009/13 1014/6 1029/3 1034/21 1041/17 1043/18 1045/2 1053/13 1054/20 1056/22 1056/23 1057/24 1066/14 1067/17 1071/10 1076/15 1082/25 1094/17 1096/5 1096/18 1125/14
**surge [1]** 1028/24
**surprised [1]** 1037/3
**surprising [2]** 1005/10 1068/15
**surrounded [4]** 1003/16 1003/18 1049/8 1094/6
**surveillance [3]** 1115/2 1115/5 1115/14
**surveillances [1]** 1088/13
**sustained [6]** 1042/3 1081/19 1081/22

**stuff**... 1095/20 1096/8
**stop [15]** 1002/12
**SUVs [1]** 1009/19 1096/17
**SWAT [2]** 1016/16 1048/7
**SWAT officers [1]** 1048/7
**swear [2]** 1080/15 1080/20
**swing [2]** 1039/7 1039/10
**switch [1]** 1137/15
**switched [1]** 1029/3
**SWORN [2]** 999/16 1086/17
**swung [2]** 1025/15 1032/3
**system [1]** 1116/16

**T**

**table [1]** 998/21
**tactical [7]** 1017/11 1037/4 1037/5 1037/11 1055/19 1055/19 1058/2
**take [20]** 1005/18 1034/24 1037/25 1039/10 1040/20 1056/6 1063/6 1063/7 1067/11 1082/21 1088/10 1098/16 1105/11 1105/13 1106/4 1106/5 1106/12 1109/25 1110/21 1140/17
**taken [6]** 1019/15 1021/1 1045/23 1068/22 1128/15 1135/8
**takes [1]** 1024/4
**taking [2]** 1027/5 1056/11
**talk [3]** 1053/12 1057/11 1089/12
**talked [8]** 1052/23 1092/20 1099/16 1100/3 1108/6 1113/2 1123/2 1126/20
**talking [9]** 1014/4 1027/22 1028/4 1053/10 1053/19 1075/7 1093/13 1097/10 1111/12
**task [3]** 1088/4 1088/6 1088/7
**tasked [1]** 1087/3 1087/24
**taste [1]** 1018/23
**team [3]** 1000/15 1016/16 1106/23
**technique [2]** 1040/22 1133/8
**techniques [1]** 1088/15
**telephone [4]** 1130/23 1137/3 1137/7 1137/12
**telephones [1]** 1132/20

1165

**tell [9]** 1005/14 1062/7
1071/16 1080/19
1081/8 1082/8 1106/17
1134/18 1135/15

**ten [7]** 1014/25 1025/7
1028/15 1111/23
1128/14 1136/9
1136/11

**tension [1]** 1094/3

**terrorism [3]** 1088/4
1088/5 1088/6

**testified [4]** 1048/5
1061/6 1094/9 1095/19

**testifies [2]** 1104/10
1107/3

**testify [3]** 1083/5
1100/5 1104/1

**testifying [3]** 1033/15
1066/16 1115/11

**testimonial [1]**
1103/16

**testimony [15]** 1017/4
1063/13 1064/2
1066/18 1080/12
1082/17 1083/4
1093/25 1093/25
1094/2 1094/7 1098/20
1124/22 1129/11
1140/25

**than [10]** 1019/6
1043/5 1045/23 1049/4
1049/6 1049/15
1049/17 1050/1 1064/6
1068/18

**thank [49]** 999/12
1003/7 1014/9 1016/22
1019/21 1033/18
1033/25 1043/24
1046/24 1063/9
1063/15 1064/13
1064/14 1064/17
1070/6 1072/25
1072/24 1072/25
1074/14 1074/16
1074/17 1077/12
1077/13 1082/16
1082/16 1082/17
1082/19 1082/22
1086/9 1086/12
1086/15 1087/21
1109/13 1110/4 1110/9
1110/11 1110/20
1113/14 1114/5
1114/17 1114/18
1119/1 1119/9 1119/20
1120/17 1122/19
1122/24 1125/8
1140/10

**thank you [34]** 1003/7
1014/9 1016/22
1033/18 1043/24
1063/9 1063/15
1064/13 1064/14
1064/17 1070/6
1072/24 1072/25
1074/10 1077/12
1077/13 1082/16

1082/22 1086/13
1086/15 1087/21
1110/9 1110/11
1110/20 1114/17
1114/18 1119/1 1119/9
1119/20 1120/17
1122/24 1140/21

**Thanks [1]** 1140/21

**that [510]**

**that correct [1]**
1115/20

**that is [1]** 1091/7

**that'll [2]** 1038/21
1047/9

**that's [96]** 1004/18
1011/2 1012/19
1018/17 1022/2 1024/1
1027/1 1032/2 1032/19
1033/6 1033/8 1033/15
1033/20 1034/11
1034/12 1035/20
1036/20 1039/8 1041/4
1042/20 1043/1 1044/8
1045/21 1049/16
1054/24 1055/15
1056/14 1059/2
1059/12 1062/23
1063/1 1063/4 1065/7
1067/14 1068/6
1068/10 1068/16
1068/17 1068/20
1068/21 1069/2 1070/9
1070/16 1071/2 1071/8
1071/12 1071/21
1071/25 1072/22
1073/18 1073/23
1075/2 1077/2 1081/19
1081/22 1081/24
1084/15 1084/22
1084/23 1085/19
1086/1 1086/3 1089/8
1091/8 1093/17 1095/5
1096/16 1098/2 1099/6
1099/14 1100/1
1100/19 1101/1 1101/8
1101/13 1101/23
1101/23 1104/2 1104/2
1105/2 1105/9 1105/13
1105/15 1106/15
1107/12 1111/8 1115/1
1116/21 1120/16
1120/20 1123/13
1123/23 1124/21
1127/17 1128/17
1129/16

**their [53]** 1021/10
1029/13 1029/15
1029/15 1037/9
1037/11 1037/12
1041/6 1043/19
1048/25 1049/1 1049/1
1049/1 1049/2 1049/4
1049/8 1049/15
1049/17 1049/19
1050/22 1057/15
1071/1 1071/6 1079/22
1083/8 1083/9 1083/10

1095/21 1096/8
1097/25 1098/14
1099/1 1099/23
1101/16 1102/5
1102/20 1104/22
1105/24 1106/25
1106/25 1107/1 1107/5
1112/14 1113/1
1127/15 1131/10
1131/20 1132/2
1136/22 1136/24
1137/2

**their device [1]**
1131/20

**their username [1]**
1136/24

**them [51]** 1005/8
1005/14 1010/4
1011/19 1013/2
1015/14 1021/17
1026/13 1027/2
1029/11 1029/11
1029/13 1037/3 1039/8
1039/9 1039/11
1040/18 1040/18
1049/3 1049/11
1049/22 1050/4
1050/19 1051/13
1051/14 1056/6
1057/12 1060/6 1061/8
1062/3 1062/11
1075/25 1077/1 1077/4
1079/21 1083/8
1083/10 1092/18
1095/11 1095/22
1096/8 1102/17
1103/14 1103/21
1104/15 1105/6
1105/15 1117/1
1124/16 1124/17
1132/4

**themselves [2]** 1049/7
1061/15

**then [63]** 1002/17
1004/13 1008/1
1008/10 1008/12
1010/15 1010/17
1013/16 1013/19
1015/11 1018/18
1018/20 1025/15
1031/15 1036/2
1039/10 1041/23
1042/11 1043/21
1046/2 1046/15
1046/20 1047/3
1049/22 1052/18
1053/2 1053/6 1055/1
1055/8 1057/4 1057/4
1057/18 1058/12
1059/10 1060/3 1063/6
1084/6 1084/22
1085/22 1086/1
1094/15 1095/13
1099/2 1101/1 1101/8
1103/15 1103/16
1103/21 1103/25
1105/12 1105/15

1105/25 1106/23
1107/7 1107/9 1109/6
1117/3 1118/4 1125/12
1137/6 1140/13

**there [106]** 1002/12
1004/8 1004/11
1004/11 1004/22
1005/8 1005/9 1005/22
1006/11 1007/24
1009/19 1009/25
1010/7 1010/21
1013/22 1014/19
1014/21 1014/24
1016/25 1019/13
1019/13 1019/19
1020/10 1021/13
1021/19 1022/13
1022/16 1023/20
1024/14 1024/17
1024/18 1024/19
1027/10 1028/1
1028/14 1031/1 1035/1
1035/11 1036/1
1040/17 1041/3
1044/20 1044/20
1045/18 1045/19
1047/6 1047/21
1051/16 1051/23
1054/2 1054/18 1055/4
1056/9 1058/23
1059/12 1059/15
1059/17 1060/18
1062/1 1062/8 1064/2
1066/25 1067/18
1068/3 1068/7 1068/7
1068/12 1068/15
1068/21 1069/5 1070/7
1070/10 1070/14
1071/3 1071/6 1072/4
1072/12 1072/14
1072/15 1072/19
1074/21 1077/23
1080/9 1084/13 1092/5
1092/10 1092/11
1092/18 1095/10
1095/11 1096/25
1102/7 1102/10
1104/23 1105/8 1112/2
1112/6 1113/18
1113/21 1116/22
1116/24 1119/13
1124/16 1126/8 1132/1
1140/5

**there's [27]** 1006/22
1010/15 1013/23
1026/23 1036/6 1039/7
1039/13 1041/7
1041/19 1053/6 1060/6
1062/21 1072/8
1083/20 1088/12
1088/23 1089/6 1089/6
1092/12 1100/6
1113/21 1117/8 1121/9
1122/14 1124/20
1125/20 1126/7

**these [46]** 998/16
1009/13 1009/22

1010/10 1011/16
1014/24 1019/12
1021/7 1021/7 1021/9
1032/14 1040/17
1055/25 1058/12
1060/11 1061/24
1061/25 1066/22
1094/15 1097/25
1099/4 1099/15
1102/22 1103/4
1103/19 1104/6 1104/9
1104/22 1105/7
1105/17 1105/21
1105/24 1107/6
1107/10 1111/22
1112/16 1116/7
1119/16 1121/15
1124/22 1127/6 1127/7
1128/14 1128/14
1128/15 1128/25

**they [138]** 1003/12
1003/13 1003/15
1004/25 1005/1 1005/4
1005/6 1005/12
1005/12 1005/12
1005/13 1006/1
1006/17 1007/5 1007/7
1007/17 1007/18
1008/1 1008/2 1008/8
1008/9 1011/17
1011/18 1014/1 1014/2
1014/22 1025/14
1026/18 1028/17
1029/10 1029/11
1029/12 1029/13
1031/16 1036/2
1037/10 1040/10
1040/10 1040/10
1041/3 1041/9 1044/23
1046/8 1048/3 1048/9
1048/9 1048/10
1048/12 1048/12
1048/13 1048/14
1048/16 1048/18
1048/21 1048/22
1048/22 1049/4 1049/5
1049/12 1049/14
1049/14 1049/14
1049/16 1049/18
1049/19 1049/22
1050/1 1050/4 1051/4
1051/14 1053/25
1056/1 1056/6 1056/7
1056/8 1057/15 1058/3
1058/18 1061/8
1061/16 1061/17
1061/24 1062/11
1067/17 1067/18
1067/20 1068/3
1070/18 1076/20
1076/20 1076/21
1076/22 1078/8 1079/7
1079/13 1092/15
1092/16 1092/17
1094/8 1094/15 1096/9
1098/3 1098/4 1098/4
1098/21 1099/17
1099/17 1099/17

**they... [30]** 1100/13
1100/13 1101/15
1102/8 1102/18
1104/25 1105/1 1105/9
1105/15 1105/16
1105/21 1107/7
1107/10 1108/10
1112/14 1114/25
1116/6 1116/11 1120/7
1120/14 1121/12
1122/17 1124/13
1126/2 1126/17
1128/10 1128/15
1129/2 1136/23 1137/2
**they'd [2]** 1046/9
1068/4
**they'll [1]** 1083/10
**they're [35]** 1001/12
1009/23 1010/15
1013/6 1013/18
1015/22 1016/16
1018/10 1018/12
1019/15 1021/10
1024/3 1029/8 1037/7
1037/10 1038/6 1038/6
1038/7 1048/24
1049/22 1062/24
1076/19 1083/9
1084/10 1094/2 1097/5
1098/23 1098/23
1099/2 1099/4 1100/1
1124/15 1125/23
1127/5 1128/13
**they've [3]** 1011/19
1029/7 1029/10
**thing [6]** 1008/5
1011/10 1011/13
1052/10 1084/9
1102/21
**things [12]** 1005/7
1005/16 1068/10
1070/15 1070/25
1075/17 1093/24
1095/20 1098/9
1100/25 1102/16
1112/11
**think [50]** 1006/12
1011/9 1014/25
1022/19 1037/8
1042/14 1044/16
1045/10 1045/12
1047/9 1048/13
1049/11 1050/3
1052/22 1055/8 1061/6
1061/9 1063/3 1063/4
1065/5 1067/12
1069/10 1071/9 1082/5
1083/19 1085/8 1089/6
1094/12 1094/16
1095/9 1096/15
1098/12 1098/19
1099/9 1099/18
1099/22 1100/17
1100/19 1101/14
1101/19 1103/13
1104/2 1106/5 1107/7
1107/12 1107/13

1136/25
**thinking [7]** 1017/24
1017/25 1019/10
1024/23 1037/10
1041/25 1047/4
**third [1]** 1076/21
**this [242]**
**this frame [1]** 1030/16
**This is [1]** 998/3
**those [49]** 1010/13
1013/25 1016/15
1016/16 1035/24
1043/13 1043/15
1044/13 1048/6 1049/9
1051/21 1053/3 1053/6
1053/9 1053/13
1060/23 1067/6 1072/2
1075/13 1075/22
1076/1 1079/23 1082/5
1100/25 1102/13
1104/11 1104/12
1104/24 1104/25
1108/9 1109/19
1110/19 1112/7
1112/12 1112/25
1113/4 1113/25 1114/6
1114/24 1114/25
1116/10 1120/14
1122/20 1123/8
1126/12 1131/16
1137/1 1140/7 1140/7
**though [3]** 1048/5
1068/7 1094/24
**thought [6]** 1013/25
1022/6 1050/6 1050/13
1050/13 1101/3
**thousands [4]** 1080/9
1090/14 1107/21
1132/8
**threads [1]** 1132/9
**threat [3]** 1006/23
1019/15 1035/19
**threats [2]** 1000/17
1006/14
**three [9]** 1000/22
1007/5 1041/21 1046/7
1047/1 1076/18
1076/19 1076/22
1121/9
**three-to-five-minute [1]**
1046/7
**threw [4]** 1040/16
1040/18 1040/19
1040/20
**through [30]** 1008/19
1008/20 1008/22
1015/2 1018/12
1022/20 1028/25
1029/18 1029/21
1031/12 1031/17
1037/11 1041/22
1044/6 1054/3 1055/19
1057/16 1057/23
1057/25 1059/17
1072/18 1078/8 1083/4
1101/12 1106/12
1116/6 1123/22

1125/18
**throughout [5]**
1061/15 1090/7
1110/15 1116/24
1134/2
**throw [1]** 1039/11
**throwing [2]** 1026/16
1080/7
**thrown [2]** 1023/24
1079/21
**tie [1]** 1100/9
**till [4]** 1042/12 1042/14
1081/16 1105/10
**time [57]** 1001/20
1001/25 1009/16
1013/9 1017/2 1018/10
1018/14 1019/10
1020/17 1020/18
1023/1 1023/8 1030/21
1035/3 1036/10 1038/7
1038/18 1039/25
1041/2 1041/11 1045/2
1045/21 1046/5 1046/8
1046/9 1047/4 1047/10
1057/4 1057/8 1058/22
1061/10 1061/23
1061/25 1068/17
1071/15 1071/19
1072/4 1072/22
1081/16 1082/15
1082/17 1083/7
1089/22 1090/11
1106/18 1112/5
1114/12 1117/3
1118/23 1120/3 1121/3
1121/22 1123/23
1123/25 1124/2 1129/1
1140/13
**timeline [4]** 1044/6
1044/8 1045/7 1054/20
**times [17]** 1007/5
1041/21 1046/10
1051/23 1052/20
1056/23 1057/7 1067/4
1067/5 1067/6 1071/10
1094/19 1106/20
1106/22 1108/1 1108/3
1126/5
**timestamp [1]** 1054/10
**timing [1]** 1071/19
**tips [1]** 1089/18
**titled [1]** 1142/2
**TK [1]** 1059/20
**today [8]** 1080/13
1080/16 1081/4 1082/8
1109/20 1112/23
1114/9 1115/10
**together [5]** 1008/10
1060/7 1092/16
1092/19 1112/5
**told [3]** 1074/21
1080/13 1099/14
**tongue [1]** 1066/9
**too [3]** 1018/24
1027/11 1043/17
1100/13

1008/1 1013/8 1016/17
1034/8 1039/14
1050/23 1101/14
1102/9 1106/25
1106/25 1108/22
1109/3 1119/8 1119/17
1120/3 1121/3
**toppled [1]** 1012/5
**touch [1]** 1005/15
**touching [1]** 1100/23
**touchscreen [1]**
1009/10
**toward [1]** 1046/3
**towards [1]** 1014/23
**track [1]** 1114/25
**trained [2]** 1093/17
1100/4
**training [18]** 1000/19
1000/23 1007/14
1076/9 1087/8 1087/11
1087/12 1092/21
1094/11 1094/12
1097/15 1097/21
1099/18 1100/4 1100/7
1100/9 1100/11
1100/16
**transaction [1]**
1097/22
**transcript [2]** 994/9
1142/3
**traveled [1]** 1090/4
**tread [1]** 1031/11
**Treason [1]** 1028/18
**trial [8]** 994/9 1094/18
1099/7 1099/8 1101/13
1109/20 1110/15
1114/9
**tried [1]** 1022/19
**trouble [1]** 1051/18
**Troy [2]** 994/15 998/8
**Troy Edwards [1]**
998/8
**trucks [1]** 1009/14
**true [3]** 1084/9 1110/19
1121/22
**Trump [1]** 1004/13
**truth [5]** 1080/19
1081/8 1082/8 1089/9
1089/10
**truthful [1]** 1051/8
**try [11]** 1006/4 1014/17
1017/13 1019/5 1025/2
1028/20 1034/24
1040/10 1049/7
1050/24 1051/13
**trying [29]** 1007/17
1013/6 1013/24
1013/25 1014/20
1015/21 1015/22
1024/2 1024/3 1025/12
1026/8 1032/5 1032/7
1032/23 1032/25
1033/23 1034/1 1034/5
1034/6 1034/21
1037/25 1046/16
1082/20 1089/9 1097/4

**Turmoil [1]** 1139/5
**turn [6]** 1001/17
1008/14 1083/8 1084/6
1085/22 1132/12
**turned [1]** 1008/4
**turns [1]** 1085/17
**turtle [1]** 1001/13
**twice [1]** 1056/21
**two [23]** 1004/6
1006/14 1008/10
1012/1 1021/7 1021/9
1022/13 1022/16
1036/9 1060/6 1062/4
1073/15 1102/10
1109/2 1109/14
1109/19 1118/4
1119/11 1119/16
1122/14 1126/3 1126/7
1126/12
**tying [1]** 1099/25
**type [5]** 1000/17
1000/21 1020/20
1061/20 1102/20
**types [1]** 1088/1

---

**U**

**U.S [10]** 994/16 999/8
1000/7 1000/18
1000/25 1003/24
1012/24 1013/4
1013/16 1015/20
**U.S. [5]** 1029/17
1032/15 1078/11
1115/3 1116/25
**U.S. Capitol [5]**
1029/17 1032/15
1078/11 1115/3
1116/25
**ugly [1]** 1047/21
**Ulrich [4]** 1114/4
1122/18 1129/9
1139/24
**ultimate [1]** 1099/12
**uncertain [1]** 1056/11
**under [6]** 999/11
1038/8 1086/12
1124/15 1127/12
1128/22
**underneath [5]**
1013/20 1013/23
1014/6 1014/7 1014/16
**understand [5]**
1072/17 1099/2
1099/21 1100/21
1101/21
**understanding [1]**
1107/6
**understands [1]**
1107/5
**understatement [1]**
1101/24
**Understood [4]**
1053/16 1094/23
1126/6 1137/4
**unfortunately [1]**
1049/24
**uniform [3]** 1001/9

**U**

**uniform... [2]** 1041/17 1041/21
**unit [2]** 1001/8 1001/11
**UNITED [8]** 994/1 994/3 994/10 998/4 999/8 999/25 1077/24 1086/10
**United States [2]** 999/25 1077/24
**United States of [1]** 998/4
**unless [2]** 1038/9 1082/20
**unprecedented [1]** 1052/11
**unsecure [1]** 1028/8
**until [8]** 1041/12 1041/13 1041/16 1042/11 1052/16 1054/3 1115/25 1119/11
**up [92]** 999/7 1001/19 1003/10 1005/13 1007/6 1008/24 1013/6 1013/8 1013/17 1014/3 1014/21 1014/22 1015/1 1015/10 1015/12 1015/15 1015/15 1015/23 1016/22 1017/2 1017/5 1018/4 1019/16 1025/2 1029/24 1038/15 1040/12 1040/20 1041/16 1042/23 1043/2 1045/3 1045/9 1046/4 1046/21 1047/22 1050/23 1053/14 1057/5 1063/23 1064/25 1067/15 1067/17 1067/18 1069/21 1069/25 1073/7 1084/11 1085/9 1085/13 1085/17 1085/18 1088/7 1090/18 1091/6 1091/14 1092/15 1092/19 1094/8 1094/8 1094/18 1095/9 1100/16 1100/20 1102/4 1102/8 1103/1 1103/12 1104/1 1104/1 1104/14 1104/23 1105/12 1105/14 1109/3 1110/10 1112/5 1114/25 1115/16 1118/4 1118/9 1120/7 1123/24 1125/17 1126/21 1127/23 1128/23 1129/12 1129/19 1136/22 1137/2 1140/14
**upon [3]** 1097/20 1098/3 1104/5
**upper [1]** 1045/19
**us [30]** 999/5 1009/25 1014/25 1019/15

1022/16 1023/24 1024/1 1024/3 1024/3 1024/4 1025/12 1027/4 1027/5 1027/5 1027/6 1028/8 1034/4 1047/9 1049/20 1050/18 1051/17 1051/21 1051/21 1059/6 1070/3 1086/23 1102/17 1113/25
**usdoj.gov [1]** 994/18
**use [4]** 1053/9 1082/20 1088/15 1133/8
**used [31]** 1052/22 1102/18 1137/11 1137/14 1137/17 1137/19 1137/21 1137/24 1138/3 1138/6 1138/9 1138/12 1138/15 1138/18 1138/20 1138/22 1138/24 1139/1 1139/3 1139/6 1139/8 1139/10 1139/12 1139/14 1139/16 1139/18 1139/20 1139/22 1139/24 1140/1 1140/3
**user [3]** 1131/2 1131/2 1136/23
**user's [2]** 1136/22 1137/3
**username [2]** 1136/17 1136/24
**usernames [1]** 1136/20
**users [2]** 1130/23 1136/16
**using [9]** 1040/22 1048/13 1053/22 1059/21 1090/24 1093/13 1130/24 1131/24 1133/15
**usual [1]** 1140/18
**usually [8]** 1001/13 1003/16 1029/9 1037/7 1069/7 1076/18 1100/11 1133/7

**V**

**validate [1]** 1043/19
**Vallejo [11]** 995/19 998/7 998/14 1085/2 1085/9 1085/12 1085/17 1085/22 1086/1 1137/24 1138/1
**various [3]** 1000/12 1056/6 1070/15
**vehicles [6]** 1016/11 1016/15 1016/16 1016/18 1049/8 1049/9
**version [2]** 1116/11 1116/13
**versus [1]** 998/4
**very [25]** 1005/1 1006/16 1009/20 1017/19 1018/8 1018/21 1022/8

1037/3 1039/23 1045/6 1058/19 1063/9 1064/10 1064/25 1065/3 1070/12 1071/20 1100/9 1101/14 1101/17 1109/12 1119/8
**vest [10]** 1037/4 1037/5 1037/11 1055/19 1055/19 1055/22 1055/25 1056/9 1058/13 1062/19
**vests [5]** 1051/19 1058/2 1062/17 1062/21 1062/24
**via [1]** 1134/13
**Vice [2]** 1003/22 1003/23
**video [106]** 1008/14 1010/6 1010/18 1010/20 1011/23 1012/21 1015/17 1016/8 1016/20 1020/9 1020/14 1020/22 1021/3 1021/12 1022/25 1023/14 1023/19 1024/6 1024/9 1025/4 1025/7 1025/17 1027/9 1027/20 1027/25 1028/12 1029/24 1030/25 1031/22 1032/10 1032/21 1033/7 1034/14 1035/10 1036/15 1036/22 1037/14 1038/16 1040/4 1045/4 1045/6 1045/9 1045/16 1046/15 1047/9 1047/21 1049/7 1050/21 1051/7 1052/15 1059/5 1059/13 1060/1 1060/8 1060/16 1069/24 1071/9 1073/9 1073/13 1074/4 1084/19 1090/21 1091/5 1092/3 1092/8 1092/14 1092/17 1098/11 1098/13 1100/10 1101/3 1102/5 1102/19 1103/3 1105/1 1106/17 1106/19 1107/4 1107/11 1107/25 1108/1 1108/2 1108/19 1110/23 1111/7 1111/12 1111/24 1114/22 1115/2 1115/5 1115/15 1117/1 1117/4 1117/7 1117/23 1119/4 1119/12 1119/23 1120/18 1120/21 1120/24 1121/19 1122/3 1122/8 1122/22 1130/24
**videos [17]** 1044/7

1085/4 1090/10 1090/13 1090/19 1091/16 1106/10 1106/19 1107/21 1113/2 1126/3 1130/6 1133/22 1135/19
**view [5]** 1009/4 1009/5 1091/2 1108/1 1115/25
**viewer [1]** 1091/4
**violation [4]** 1088/20 1088/21 1088/22 1088/24
**violence [1]** 1019/14
**Virginia [1]** 1087/13
**visible [4]** 1014/11 1035/13 1037/17 1121/6
**visitor [1]** 1029/18
**visitors [1]** 1000/10
**visual [1]** 1085/9
**visually [2]** 1022/15 1029/14
**voluminous [2]** 1123/17 1124/20
**vs [1]** 994/5

**W**

**waistband [1]** 1029/15
**wait [1]** 1015/7
**Walden [5]** 1114/2 1121/14 1121/22 1129/9 1139/22
**walk [3]** 1007/6 1112/4 1114/25
**walked [6]** 1099/17 1102/4 1104/15 1104/25 1126/25 1128/2
**walking [5]** 1043/22 1048/18 1092/15 1099/13 1126/21
**wall [1]** 1026/8
**want [20]** 1010/9 1011/25 1012/11 1016/11 1016/19 1034/7 1044/6 1053/9 1056/13 1067/11 1070/7 1094/17 1094/20 1094/21 1101/15 1105/8 1105/16 1105/25 1106/14 1124/13
**wanted [2]** 1003/12 1083/14
**wanting [1]** 1100/18
**wants [2]** 1084/12 1133/5
**warrant [1]** 1132/17
**warrants [1]** 1088/14
**was [188]**
**wash [1]** 1041/18
**washed [1]** 1041/21
**washing [1]** 1041/16
**Washington [3]** 994/5 994/17 995/21
**wasn't [8]** 1040/16 1045/10 1046/4

1071/17 1072/14 1135/2
**watch [1]** 1071/17
**watched [4]** 1017/6 1020/14 1045/4 1045/6
**watching [5]** 1027/22 1044/18 1046/1 1073/9 1098/13
**water [1]** 1041/6
**Watkins [5]** 1109/9 1120/13 1126/18 1126/20 1138/15
**wave [1]** 1061/10
**waves [2]** 1036/1 1036/4
**way [21]** 1014/17 1015/1 1029/4 1029/5 1029/14 1036/6 1039/5 1040/8 1041/1 1044/8 1045/1 1071/5 1083/10 1083/21 1084/4 1084/12 1094/8 1099/17 1103/13 1108/23 1131/6
**ways [1]** 1052/22
**we [274]**
**we can [1]** 1034/2
**we were doing [1]** 1043/16
**We will [2]** 1063/8 1140/17
**we'd [2]** 1030/4 1043/19
**we'll [20]** 1027/23 1027/23 1031/21 1035/9 1036/8 1037/23 1047/9 1059/10 1063/7 1063/9 1101/19 1105/10 1111/11 1113/18 1114/15 1119/10 1122/6 1124/1 1140/17 1141/3
**we're [46]** 1001/19 1002/7 1009/4 1017/10 1017/11 1018/20 1018/20 1020/1 1023/8 1023/12 1023/23 1023/23 1023/24 1024/25 1027/18 1027/22 1031/4 1032/25 1034/23 1036/10 1037/25 1038/7 1039/1 1039/3 1039/5 1039/10 1039/11 1040/7 1051/18 1069/24 1082/11 1087/3 1088/19 1089/8 1089/10 1090/18 1091/2 1091/3 1093/13 1097/9 1099/23 1102/3 1102/22 1107/13 1112/16 1122/1
**we've [8]** 1018/1 1018/3 1018/5 1061/5 1064/23 1082/5 1093/7 1099/15

1168

**W**

weapon [2] 1019/7
1019/9
weapons [11] 1011/18
1019/15 1027/6 1029/6
1029/10 1029/15
1035/21 1048/24
1048/25 1049/1
1061/21
wear [4] 1055/25
1055/25 1058/10
1077/19
wearing [18] 1001/10
1051/18 1058/3 1058/7
1058/13 1061/24
1062/1 1062/11
1062/15 1062/18
1064/10 1074/3 1074/5
1092/11 1092/16
1094/2 1102/18
1112/14
wedge [5] 1017/12
1017/16 1017/20
1020/15 1049/21
wedge is [1] 1017/16
weeks [1] 1057/1
WEINBERG [6] 995/11
995/14 995/15 998/12
1073/1 1083/7
weird [1] 1116/15
welcome [4] 999/4
999/13 1086/14
1087/20
well [38] 1000/10
1006/15 1010/16
1018/11 1018/19
1018/23 1033/9 1034/4
1036/6 1042/12 1043/8
1043/9 1043/23 1045/3
1048/25 1049/9
1056/24 1061/18
1062/4 1065/5 1066/15
1071/18 1072/6
1075/15 1079/1
1079/21 1081/22
1090/15 1092/10
1095/9 1098/12
1101/10 1103/23
1104/10 1112/22
1123/11 1124/1 1135/8
went [13] 1000/22
1012/17 1018/16
1042/9 1042/23 1043/6
1050/7 1064/3 1081/13
1117/8 1124/25
1129/12 1138/2
were [185]
weren't [5] 1048/18
1055/14 1058/17
1061/17 1071/10
west [12] 1002/9
1002/19 1005/20
1005/21 1006/7
1007/23 1007/25
1018/10 1024/21
1031/17 1072/5 1091/3
whack [1] 1022/19
what [169]

what's [27] 1009/23
1010/23 1011/1 1012/2
1015/19 1015/20
1016/15 1021/6
1023/21 1026/2 1026/5
1030/21 1031/24
1036/10 1037/11
1039/25 1054/23
1055/21 1061/23
1062/16 1085/1
1097/25 1098/15
1104/6 1105/3 1120/3
1121/3
whatever [1] 1048/12
WhatsApp [2] 1130/21
1130/21
when [68] 1000/18
1004/4 1005/11
1006/21 1007/18
1009/7 1011/8 1014/1
1014/13 1015/12
1017/4 1024/23 1025/8
1026/6 1026/19
1026/23 1029/1
1029/12 1031/12
1031/14 1031/15
1032/2 1037/8 1041/14
1041/25 1042/14
1042/24 1043/1
1044/20 1046/12
1049/14 1050/4 1050/7
1051/14 1053/18
1054/1 1055/25
1056/23 1057/8
1057/15 1059/1 1066/8
1066/24 1067/17
1067/18 1072/17
1078/5 1080/15 1081/4
1083/7 1085/12
1088/10 1088/18
1091/5 1095/2 1097/2
1097/16 1098/8
1099/19 1100/25
1104/11 1115/10
1118/9 1131/14
1131/18 1133/5
1135/13 1136/19
where [61] 1000/5
1000/23 1001/6
1001/14 1002/25
1003/12 1004/3 1007/5
1009/11 1011/5 1013/9
1013/20 1017/13
1017/15 1017/20
1018/3 1020/4 1020/17
1022/10 1023/25
1024/18 1024/22
1027/23 1030/15
1032/4 1036/1 1036/17
1037/2 1041/2 1042/8
1042/9 1044/17 1047/4
1050/12 1051/17
1051/23 1056/1
1058/11 1064/25
1067/25 1067/25
1071/16 1075/19
1085/16 1087/14
1088/4 1090/25

1093/15 1095/5
1095/25 1097/20
1100/19 1107/10
1128/25 1130/9
1133/25 1135/8
1135/21 1136/25
whether [6] 1061/16
1079/16 1083/21
1099/17 1104/1 1125/6
which [36] 1003/3
1006/9 1006/16
1008/16 1013/7
1024/20 1025/17
1025/19 1027/22
1052/23 1053/12
1055/2 1056/1 1058/4
1065/23 1083/19
1087/13 1090/16
1091/6 1097/6 1097/13
1097/24 1098/6
1098/19 1100/17
1100/22 1103/16
1108/9 1109/8 1118/14
1123/24 1124/4 1126/4
1126/4 1137/6 1137/6
whichever [1] 1137/1
while [8] 1005/12
1025/11 1031/12
1038/1 1050/22
1050/23 1101/19
1101/24
Whip [1] 1138/13
Whiplash [1] 1138/14
white [9] 1032/18
1034/8 1087/25 1118/1
1118/17 1118/21
1119/7 1121/7 1122/12
white-collar [1]
1087/25
who [42] 1022/19
1031/8 1032/17
1034/11 1055/4
1059/19 1083/24
1088/21 1088/22
1088/23 1093/22
1097/14 1101/16
1103/24 1103/25
1104/6 1104/9 1104/22
1104/24 1105/7 1105/8
1105/17 1105/21
1105/21 1106/7
1106/19 1106/24
1107/5 1107/7 1107/10
1108/24 1109/20
1118/12 1119/16
1121/12 1121/15
1122/17 1126/17
1129/12 1130/4
1133/18 1135/15
who's [4] 1036/19
1060/22 1084/21
1105/16
whoever [1] 1024/2
whole [3] 1083/23
1098/19 1106/21
why [52] 998/23
1003/18 1006/6

1011/15 1013/22
1018/25 1021/10
1021/24 1024/1
1024/16 1026/19
1038/5 1059/4 1059/10
1059/15 1060/9
1063/23 1068/21
1075/16 1079/16
1081/21 1088/22
1089/5 1093/10
1093/11 1093/17
1094/7 1094/13
1094/14 1094/15
1095/1 1095/3 1095/7
1095/14 1098/3
1098/22 1098/24
1099/7 1099/17
1100/12 1100/13
1101/3 1107/6 1117/11
1125/5 1126/1 1126/10
1126/24 1128/1 1131/5
wife [3] 1109/9 1127/5
1128/10
will [31] 1002/3 1019/6
1019/21 1023/4
1025/24 1030/7 1033/9
1039/12 1040/9
1041/19 1041/19
1042/3 1063/8 1076/21
1084/7 1085/7 1085/13
1091/23 1096/16
1105/11 1105/12
1105/13 1106/4
1106/12 1108/14
1111/19 1113/9
1113/11 1117/18
1137/6 1140/17
William [9] 995/2 995/3
998/10 1033/5 1118/13
1139/6 1139/7 1142/2
1142/8
William Isaacs [1]
1033/5
William Shipley [1]
998/10
Williams [1] 1127/19
willing [1] 1084/10
window [7] 1030/18
1031/12 1031/14
1039/8 1046/7 1054/3
1072/18
windows [2] 1054/10
1054/13
windy [2] 1018/8
1065/5
within [6] 1046/6
1075/4 1075/6 1076/4
1077/3 1126/7
without [1] 1030/6
witness [18] 996/2
999/11 999/16 1009/18
1010/14 1017/17
1024/12 1033/7
1035/16 1037/20
1082/11 1086/8
1086/12 1086/17
1103/13 1103/15

witnessed [3] 1007/5
1048/25 1049/2
witnesses [3] 996/4
1099/16 1101/16
woman [1] 1012/11
won't [1] 1040/10
word [6] 1055/19
1067/8 1070/20
1093/13 1110/13
1110/15
words [6] 1052/21
1055/12 1066/12
1085/12 1094/9
1094/18
work [12] 1001/3
1001/6 1001/14
1001/15 1042/6
1043/13 1044/6 1064/3
1081/13 1081/16
1089/25 1104/17
worked [2] 1000/13
1042/11
working [4] 1001/3
1042/13 1108/23
1116/4
would [57] 1003/13
1005/2 1005/5 1005/13
1005/13 1005/14
1006/8 1006/17 1007/6
1007/7 1007/18 1008/1
1008/15 1009/5
1009/11 1009/13
1014/6 1019/1 1026/18
1027/4 1029/18
1030/15 1030/17
1036/1 1036/2 1036/3
1040/20 1043/1
1043/11 1046/23
1047/2 1048/23
1052/10 1055/24
1058/10 1059/6 1059/8
1063/25 1064/12
1068/3 1069/14
1070/21 1074/21
1082/2 1084/6 1093/24
1094/1 1104/16
1109/23 1110/6 1124/1
1131/10 1132/3 1132/8
1134/19 1135/15
1135/16
wouldn't [1] 1071/14
written [1] 1104/18
wrong [1] 1111/8

**Y**

Yeah [2] 1059/8 1063/4
year [1] 1000/3
years [6] 1000/2
1005/5 1007/9 1065/12
1075/1 1087/7
yelling [2] 1021/15
1021/17
yellow [9] 1033/9
1033/5 1033/11
1073/15 1117/25
1118/11 1119/16
1119/25 1125/20

**yes [190]**

**yesterday [2]** 1081/10
1083/3

**yet [2]** 1012/16 1094/4

**York [1]** 1129/5

**you [593]**

**you shortly [1]**
1063/16

**you'd [2]** 1046/9
1065/12

**you'll [4]** 1029/21
1062/7 1063/3 1136/7

**you're [36]** 999/7
1014/4 1026/20 1028/4
1033/11 1034/17
1036/25 1049/10
1052/6 1053/18
1053/19 1054/22
1054/22 1056/11
1060/19 1062/25
1068/4 1069/2 1069/18
1072/4 1076/12
1076/13 1082/20
1085/13 1088/11
1088/18 1097/24
1098/14 1099/10
1099/19 1100/15
1106/6 1110/14
1131/24 1135/10
1136/19

**you've [6]** 1010/11
1075/1 1082/13
1084/16 1092/21
1110/13

**Young [5]** 1109/10
1120/12 1127/20
1128/11 1139/12

**your [100]** 998/3
999/10 999/14 999/21
1000/7 1000/12 1004/3
1005/18 1006/6
1007/14 1010/2 1010/9
1012/11 1016/11
1017/4 1019/7 1019/9
1021/18 1033/2 1033/4
1034/16 1034/17
1038/19 1041/11
1042/2 1044/11
1045/23 1047/3
1055/13 1055/19
1056/15 1057/11
1057/17 1061/12
1061/23 1062/19
1063/13 1064/2 1064/8
1064/13 1065/8
1065/10 1065/14
1066/2 1066/3 1066/9
1066/9 1066/17
1067/12 1074/9
1074/16 1075/15
1076/8 1077/15
1078/14 1078/22
1079/4 1080/12
1081/21 1082/15
1082/17 1082/19
1082/23 1084/17
1084/18 1085/7

1086/11 1086/23
1088/17 1092/8
1092/24 1093/19
1093/21 1094/1
1094/23 1095/1 1095/7
1096/20 1096/22
1096/25 1097/4
1100/23 1101/5 1102/5
1103/13 1109/24
1110/20 1113/10
1113/14 1114/15
1116/4 1123/19
1124/19 1125/8
1129/11 1132/6
1132/13 1140/25

**Your Honor [31]** 998/3
999/14 1033/2 1033/4
1038/19 1042/2
1064/13 1074/9
1075/15 1077/15
1082/19 1082/23
1084/18 1085/7 1086/9
1093/19 1093/21
1094/1 1096/22 1097/4
1101/5 1103/13
1109/24 1110/20
1113/10 1113/14
1114/15 1123/19
1124/19 1125/8
1132/13

**yourself [10]** 999/21
1023/18 1024/9
1024/11 1027/13
1035/15 1035/22
1036/15 1039/18
1048/19

**yourselves [1]** 1140/19

**Z**

**Zaremba [2]** 1142/2
1142/8