```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,        )
                                      )
 4           Plaintiff,               ) CR NO.: 2215
        vs.                           ) Washington, D.C.
 5                                    ) Monday, January 9th, 2023
     ROBERTO A. MINUTA, et al.,       ) 1:43 p.m.
 6                                    )
             Defendants.              ) Day 16
 7   _____)

 8
                       Transcript of Jury Trial Proceedings
 9               Before the Honorable Amit P. Mehta
                     United States District Judge
10

11   APPEARANCES:

12   For the Government:           Jeffrey S. Nestler
                                   Alexandra Hughes
13                                 Louis Manzo
                                   Troy Edwards
14                                 U.S. Attorney's Office
                                   601 D. Street, NW
15                                 Washington, D.C. 20579
                                   (202) 252-7277
16                                 Email:
                                   Jeffrey.Nestler@usdoj.gov
17

18   For Defendant
     Roberto A. Minuta:            William Lee Shipley, Jr.
19                                 Law Offices of William L.
                                   Shipley
20                                 P.O. Box 745
                                   Kailua, HI 96734
21                                 (808) 228-1341
                                   Email: 808Shipleylaw@gmail.com
22

23   _____

                       Christine T. Asif, RPR, FCRR
24                   Federal Official Court Reporter
                      333 Constitution Avenue, NW
25                      Washington, D.C., 20001
```

```
1    APPEARANCES CONTINUED:

2    For Defendant

3

     For the Defendant
4    Joseph Hackett:              Angela Halim
                                  3580 Indian Queen Lane
5                                 Philadelphia, PA 19129
                                  (215) 300-3229
6                                 Email: Angiehalim@gmail.com

7    For Defendant
     David Moerschel:            Connor Robert Martin
8                                 Brown, Suarez, Rios & Weinberg
                                  1532 Jackson Street
9                                 Fort Myers, FL 33901
                                  (239) 337-9755
10                                Email: connor@bsrlegal.com

11                                Scott Weinberg
                                  Brown, Suarez, Rios & Weinberg
12                                265 E Marion Avenue, Suite 114
                                  Punta Gorda, FL 33950
13                                (941) 575-8000
                                  Email: scott@bsrlegal.com

14
     For Defendant
15   Edward Vallejo:             Matthew J. Peed
                                  Clinton & Peed
16                                1775 Eye Street, NW, Suite 1150
                                  Washington, D.C. 20006
17                                (202) 919-9491
                                  Email: matt@clintonpeed.com

18

19

20

21

22
     _____
23
                        Christine T. Asif, RPR, FCRR
24                     Federal Official Court Reporter
                        333 Constitution Avenue, NW
25                        Washington, D.C., 20001
```

```
 1                              INDEX

 2   Witness Name                                          Page

 3   Agent Stephen Lieberman

 4       Direct Examination By Mr. Nestler.........................  3683

 5       Cross-examination By Ms. Halim............................  3708

 6       Cross-examination By Mr. Weinberg.........................  3709

 7       Redirect Examination By Mr. Nestler.......................  3711

 8   Katherine Cain

 9       Direct Examination By Ms. Hughes..........................  3718

10       Cross-examination By Mr. Weinberg.........................  3742

11       Cross-examination By Ms. Halim............................  3745

12       Cross-examination By Mr. Peed.............................  3752

13       Redirect Examination By Ms. Hughes........................  3757

14
     Exhibit                                               Page
15
     Government's 6784 Marked for Identification           3691
16
     Government's 6785-6789 Marked for Identification      3692
17
     Government's 6785-6789 Entered into Evidence          3693
18
     Government's 6793 Marked for Identification           3699
19
     Government's 6793 Entered into Evidence               3699
20
     Government's 6794 Marked for Identification           3699
21
     Government's 6794 Entered into Evidence               3700
22
     Government's 69 Marked for Identification             3700
23
     Government's 69 Entered into Evidence                 3700
24
     Government's 6795-6798 Marked for Identification      3702
25
     Government's 6795-6798 Entered into Evidence          3702
```

Government's 67-68 Entered into Evidence                 3706

Government's 67 Marked for Identification               3706

Government's 68 Marked for Identification               3707

Government's 63 Marked for Identification               3707

Government 63 Entered into Evidence                     3707

Government 6798 Marked for Identification               3708

Government's 9705 Marked for Identification             3723

Government's 9705 Entered into Evidence                 3724

Government's 9700 Marked for Identification             3728

Government's 2413 Marked for Identification             3731

Government's 9701 Marked for Identification             3732

Government's 9701 Entered into Evidence                 3732

Government's 9701 Marked for Identification             3734

Government's 9701 Entered into Evidence                 3734

Government's 9702 Marked for Identification             3736

Government's 9702 Entered into Evidence                 3736

Government's 9702 Entered into Evidence                 3737

Government's 9702 Marked for Identification             3738

Government's 9702 Entered into Evidence                 3738

9704 Marked for Identification                         3741

Government's 9704 Entered into Evidence                 3741

```
 1                    P R O C E E D I N G S
 2            THE COURT:  All right.  Could I ask somebody just to
 3    close the door in the back?
 4            And, Ms. Halim, I understand you have a issue you
 5    want to raise with the exhibits we talked about?
 6            MS. HALIM:  Yes, Your Honor.  Over the lunch break,
 7    Ms. Hughes' and Agent Cain showed me what the actual search
 8    warrant returns look like from Apple and from Text Me, and
 9    they do not look like the versions in government's proposed
10    Exhibit 9700.  So to the extent they come in, I would ask that
11    they come in in the form in which the government received
12    them.
13            THE COURT:  Can I look at the originals?
14            MS. HUGHES:  I have them both here.  It's simply a
15    matter of PowerPoint not fitting them twice.  So -- my
16    apologies, is it up?  So this, for the record, is what it
17    looks like in the returns themselves.  The global unique ID is
18    long, and so it fits all in one length.  We just moved that
19    column above it so it could just fit, but nothing else has
20    been changed.  It's exactly the same.
21            THE COURT:  Can you flip back to the original?
22            MS. HUGHES:  So if you go down, this is starting at
23    the stop -- my apologies, this is starting at the top.  This
24    is the Signal portion.
25            THE COURT:  It looks like the top three lines are
```

1    the same and then the exhibit contains another block, or at

2    least in the Signal one, that is not on the original.  Or am

3    I --

4              MS. HUGHES:  No, it is.  My apologies.

5              THE COURT:  I'm sorry?

6              MS. HUGHES:  It is.  It's just over Signal private

7    message.

8              THE COURT:  No, no, no, no, there is, in the exhibit

9    you showed me, another two columns, sixth line, right there.

10   Yeah.

11             MS. HUGHES:  So it's the create text name.  It's the

12   Signal --

13             THE COURT:  I see what you're saying.  So all of the

14   sort of repeated identifiers have now been moved up.

15             MS. HUGHES:  Just so it could fit lengthwise.  It's

16   literally just been copied and pasted just lengthwise.

17             THE COURT:  Okay.

18             MS. HUGHES:  It was just a matter of the

19   PowerPoint.

20             MS. HALIM:  Whole columns are missing, Your Honor.

21   They have taken it out -- they've taken out columns.  And

22   specifically, I would ask for the inclusion of platform name,

23   platform version.

24             MS. HUGHES:  The platform name and version are in

25   our version.

1          MS. HALIM:  They are there, okay.  The create

2     system --

3          THE COURT:  So Ms. Halim, are there other columns

4     that you have a concern about, or are you otherwise satisfied

5     with the explanation that just the repeating columns have been

6     moved up?

7          MS. HALIM:  I mean, I'm going to maintain the

8     objection because it's not what the government received, and

9     they did modify it and edit it.  I mean, that's been a

10    consistent theme of mine throughout, government editing, so I

11    maintain the objection.

12         THE COURT:  Okay.  Well, I think if there's an

13    objection to the modified version, then let's just use the

14    original.

15       Is there any problem with that?

16         MS. HUGHES:  It's just -- it will just take -- it

17    will just take a bit to get this into the slide deck and just

18    make it shrink to get it to fit.

19         THE COURT:  Well, just -- you don't need to

20    necessarily put it in the slide deck.  Just go to the

21    original.  In other words, just pull that up on the screen

22    instead of using the slide deck version.  I mean, if the

23    concern is then, you know, how the jury will be able to --

24         MS. HUGHES:  It will just be more cumbersome because

25    we'll have to just -- I mean, it is -- nothing has been -- at

1     the outset, the government would take issue with Ms. Halim's

2     accusations that this has been doctored or edited in some way.

3     This was simply a matter of presentation in a portrait versus

4     a landscape, so I just -- I want to make that clear on the

5     record.

6           THE COURT:  And I'm not casting aspersions either.

7     All I'm saying is, I mean, look, unless -- if you want me to

8     go line by line, column by column, to make sure all the data

9     is there, I guess I'll do that, but if we can short-circuit

10     this by just submitting -- by just using the original, then

11     let's do that.

12           MS. HUGHES:  We just have to do the same for the

13     Text Me, so it just will -- it just -- it's just cumb- -- it's

14     just going to be time spent doing this.  And we just maintain

15     that it's the same data, that this objection is, in the

16     government's position, very much without merit, but we will --

17     we will do what we can.

18           THE COURT:  Okay.  Again, it doesn't sound like you

19     have to do anything other than just show the original.  I'm

20     not quite sure why you need to put it into a PowerPoint -- I

21     mean, put it into the slide deck.

22           MS. HUGHES:  Very well.  Thank you, Your Honor.

23           THE COURT:  Okay.  While we're on the topic, or at

24     least while we have a moment, I should say, assuming the

25     government closes tomorrow, is the defense prepared to begin

1    its -- at least one counsel prepared to begin its case in

2    chief?

3              MS. HALIM:  I think that's something we wanted to

4    discuss with Your Honor.

5              THE COURT:  Okay.

6              MR. SHIPLEY:  Your Honor, honestly, when we came

7    back from the holidays, I don't think anybody on this side was

8    thinking less than two to three weeks before the government

9    would finish the case, based upon the first case taking 35

10   trial days.  We don't -- we're at nine.  So I have begun to

11   think about getting witnesses here next week, maybe later in

12   the week.  It wasn't until the government just raced through

13   the case last week and began eliminating witnesses that it had

14   called in the first case, then suddenly it became obvious that

15   this case was going to conclude much quicker.

16        On Friday, I think they said maybe Wednesday or Thursday

17   of next week, then that became Tuesday or Wednesday of next

18   week.  And now today it's tomorrow after two witnesses.  So

19   I have Mr. Minuta here, and I suspect he's going to testify,

20   but I have no other witnesses set.  I could get them here

21   probably by Friday, at least one for sure.

22        It's -- it was not my plan to put Mr. Minuta on first.

23   We had a case that went nine weeks, now we're going to go

24   barely three total.  If you go back to -- you discount the

25   lost days before Christmas, where I think we were three full

```
1    days, we didn't even sit.
2              THE COURT:  Well, I'm not quibbling with your math
3    or your recollection.  I'm just -- I'm trying to understand
4    what this means, because, you know, when I told the jury on
5    Friday what the anticipated time was, it was with everyone's
6    input.  Now we would be done within two weeks, and that would
7    include the defense case.  So I'm trying to avoid dead time
8    and revising what I've told the jury in terms of the expected
9    length of evidence.
10             MR. SHIPLEY:  I'll say this, given the manner in
11   which the government has presented its case, my defense case
12   is going to be much shorter than I expected.  I thought I
13   might go three or four full days dealing with what I had in my
14   head was going to be some modified version of the first trial.
15   Well, this is not a modified version of the first trial.  This
16   is a dramatically truncated version of the first trial.  So I
17   don't expect my defense to be what I had expected it to be.
18   It might be two days or even less than that.
19             THE COURT:  Okay.  So what about everybody else?
20             MS. HALIM:  I have witnesses prepared to be here by
21   Tuesday of next week, and I am now confident that my defense
22   case will be well less than a day, possibly even less than
23   half a day.
24             MR. WEINBERG:  And, Your Honor, my witness here on
25   Tuesday as well.  It would not be more than half a day, unless
```

1    we decide to call Mr. Moerschel, which we haven't decided yet.

2         MR. PEED:  There's an issue that is a little bit

3    broader discussion, but Terry Cummings was a witness in the

4    first trial.  I just received word from his counsel he's

5    having medical issues, and his counsel is having medical

6    issues.  So if called here, they will take the position he's

7    unavailable and ask that his transcript be read into the

8    record.  I e-mailed back asking if he would be available by

9    video if the Court and the parties found that acceptable.

10   That's the state of that.

11        Mr. Cummings, I would note, was on the government's

12   witness list.  And so I can't represent who I spoke with, a

13   member of government counsel, and expressed that I wanted him

14   to be available if he wasn't called.  And so I've been sort of

15   waiting to see who they call without much notice.  And, you

16   know, we learned at the end of last week they were not going

17   to call Mr. Cummings despite him being on their witness list.

18   I heard from -- in the e-mail to me from the attorney, she

19   stated there was never a plan to call him in the second trial,

20   which was news to me since he was on the witness list.

21        So I'm in a position of being told he's medically

22   unavailable.  I don't know if that's going to meet the Court's

23   standard.  But that, you know, would leave me with two options

24   of seeking to read his transcript in, which could take some

25   time and, you know, fill some -- fill some air with the jury,

Direct Examination - Lieberman (By Mr. Nestler)

1    or have him testify by video.

2         In terms of other witnesses getting here, I, too, was

3    planning for next week and would not have anyone this week.

4              MR. MANZO:  So I think we would object to reading

5    the transcript in if it's a medical issue.

6              (Jury entered the courtroom.)

7              THE COURT:  All right.  Please be seated, everyone.

8         Ready for the next witness?

9              MR. NESTLER:  Yes, Your Honor.  Thank you.  The

10   United States calls FBI Task Force Officer Stephen

11   Lieberman.

12                   AGENT STEPHEN LIEBERMAN,

13   called as a witness, being first duly sworn, was examined and

14   testified as follows:

15             THE WITNESS:  Yes, I do.

16             THE CLERK:  Please be seated.

17             THE COURT:  All right.  Agent Lieberman, feel free

18   to remove your mask, and good to see you.

19                     DIRECT EXAMINATION

20   BY MR. NESTLER:

21   **Q.**  Agent Lieberman, good to see you.

22   **A.**  Good to see you.

23   **Q.**  Can you please state and spell your name for us?

24   **A.**  Stephen, S-t-e-p-h-e-n, Lieberman, L-i-e-b-e-r-m-a-n.

25   **Q.**  And, Agent Lieberman, where do you work?

Direct Examination - Lieberman (By Mr. Nestler)

1   **A.**  I'm currently a special agent with the Florida Department

2   of Law Enforcement.

3   **Q.**  And what does it mean to be a special agent with the

4   Florida Department of Law Enforcement?

5   **A.**  We conduct criminal investigations for the State of

6   Florida.

7   **Q.**  Are you a sworn law enforcement officer?

8   **A.**  Yes.

9   **Q.**  And how long have you been employed with -- is that the

10  FDLE?

11  **A.**  FDLE, yes.

12      It's 30 years, 27 of those years as an agent.

13  **Q.**  Okay.  Before that as an officer?

14  **A.**  Nothing before that, yes.

15  **Q.**  Okay.  And where are you stationed?

16  **A.**  Sarasota, Florida.

17  **Q.**  And which part of Florida is Sarasota?

18  **A.**  It's on the west coast of Florida, just south of Tampa.

19  **Q.**  Now, in addition to being a special agent with the Florida

20  Department of Law Enforcement, are you also detailed to a

21  different law enforcement agency?

22  **A.**  Yes.

23  **Q.**  And which agency is that?

24  **A.**  FBI, Joint Terrorism Task Force.

25  **Q.**  And what does it mean to be detailed to the FBI's Joint

Direct Examination - Lieberman (By Mr. Nestler)

1    Terrorism Task Force?

2    **A.**  We are deputized and sworn in under the FBI's authority to

3    investigate international and domestic terrorism.

4    **Q.**  And what kinds of things do you do when you investigate

5    international and domestic terrorism with the FBI?

6    **A.**  We understand those complaints, and we just -- we

7    basically work under the umbrella of the FBI and conduct those

8    investigations and enforce the law -- the federal law.

9    **Q.**  How long have you been a Task Force Officer with the

10   FBI?

11   **A.**  15 years.

12   **Q.**  And when you go to work in the morning, do you go to the

13   FDLE, or do you go to the FBI?

14   **A.**  I go to the FBI -- FBI, sorry.

15   **Q.**  Let's talk about some of those investigations.  And have

16   you executed search warrants on residential premises as part

17   of your investig- -- as part of your job at the FDLE and also

18   at the FBI?

19   **A.**  Yes.

20   **Q.**  How many search warrants have you executed on homes and

21   residences, would you approximate you've done?

22   **A.**  I'd say approximately a hundred.

23   **Q.**  Can you just briefly describe for us, how does it work,

24   how does the process work from start to finish for executing a

25   search warrant on someone's house?

3686
Direct Examination - Lieberman (By Mr. Nestler)

1    **A.**  Once there's an affidavit presented to the Court and once

2    the judge authorizes that search for that residence, you go

3    to -- prior to that, there's a briefing; everybody understands

4    their role, they understand what is to be searched and what is

5    to be seized.  And when you go to that residence, the house is

6    secured, meaning make sure there's nobody in the house,

7    there's no threats in the house.  At that point there's a team

8    that's already set up where they all know their role.  There

9    would be searchers, there might be photographers, or, you

10   know, scribes.

11        So when we get in there to the house, it is photographed.

12   Each room is labeled first and then photographed.  Once that's

13   done, the searchers can search.  If they find something, they

14   take a photo of it.  The scribe takes basically where it was

15   found, by whom.  And then there's also an evidence technician.

16   That evidence is taken to them, and they process it and

17   package it.

18   **Q.**  And after the process is complete, where -- what does the

19   FBI do with any evidence that's collected from the house?

20   **A.**  It's taken to the evidence custodian up in Tampa for us.

21   And that's -- and stored.

22   **Q.**  And is it all logged into some big government database?

23   **A.**  Yes.  Yes.

24   **Q.**  Okay.  Lots of paperwork involved?

25   **A.**  Lots, yes.

3687

Direct Examination - Lieberman (By Mr. Nestler)

1   **Q.** Okay.  Let's talk about May 28th of 2021.  On that date,

2   were you a member of the law enforcement team that searched

3   the residence of Joseph Hackett in Sarasota, Florida?

4   **A.** Yes.

5   **Q.** Why?

6   **A.** Just my assignment.

7   **Q.** Okay.  That was just your assignment that day?

8   **A.** Correct.

9   **Q.** Nothing bigger than that?

10  **A.** No.

11  **Q.** Okay.  And when -- were you briefed before conducting the

12  search?

13  **A.** Yes.

14  **Q.** And as far as you're aware, did the FBI have a search

15  warrant to search Hackett's home in Sarasota, Florida?

16  **A.** Yes, they did.

17  **Q.** What were you looking for, what were you told you would be

18  looking for?

19  **A.** Any records that related to January 6th, any --

20          MS. HALIM:  Objection.

21          THE COURT:  Sustained.

22  **Q.** (BY MR. NESTLER)  Sure.  Were you one of the people who

23  were searching the house?

24  **A.** Yes.

25  **Q.** When you walked from room to room to room, were you

Direct Examination - Lieberman (By Mr. Nestler)

1    looking for certain things?

2    **A.**  Yes.

3    **Q.**  What were some of those things you were looking for as you

4    walked from room to room to room?

5            MS. HALIM:  Objection.

6            THE COURT:  Basis.

7            (Bench conference on the record.)

8            (Bench conference on the record.)

9            THE COURT:  Okay.  I think that the concern is that

10   he's going to utter something that is not within the scope of

11   what his testimony is going to be.  And if he's going to say

12   evidence relating to January 6th, including guns, I think

13   that's fine.  But if it's going to be more than that, so --

14   can't hear?

15           MS. HALIM:  I could not hear any of the answers --

16           THE COURT:  You couldn't hear me or couldn't hear

17   his answers.

18           MS. HALIM:  I couldn't hear you.  We were switching

19   microphones.  I couldn't hear anything until just now,

20   sorry.

21           THE COURT:  No, I just said I think the issue is --

22   or correct me if I'm wrong, is that he's going to utter

23   something about the scope of the affidavit that isn't going to

24   be within the scope of his testimony.

25           MR. NESTLER:  I don't believe that's correct.  I

3689

Direct Examination - Lieberman (By Mr. Nestler)

1    mean, I'm happy to lead him, but he's -- they're looking for

2    firearms, things related to Oath Keepers, and things related

3    to January 6th, and media storage devices.

4            MS. HALIM:  Your Honor, I would ask since this is

5    the purpose of this officer's testimony is about the recovery

6    of the firearms, he can just lead.  It's just limited to the

7    firearms.  I don't think they're even showing any oath keeper

8    parapher- -- memorabilia or anything like that.  That's the

9    only thing this witness is going to do is show firearms as far

10   as I know.

11           MR. NESTLER:  That's not accurate.  They found some

12   Oath Keeper paraphernalia in the house that we're going to go

13   over as well.

14           THE COURT:  Okay.  Well, let's go ahead and lead

15   him, Mr. Nestler, to ensure that he doesn't go beyond what

16   he's going to actually introduce into evidence in terms of the

17   scope of the search.

18           MR. NESTLER:  Yes, Your Honor.

19           (The following proceedings were had on the open

20   record.)

21   **Q.**  (BY MR. NESTLER)  Agent Lieberman, as you searched

22   Mr. Hackett's home on May 28th of 2021 in Sarasota, Florida,

23   were you looking for any firearms?

24   **A.**  Yes.

25   **Q.**  Were you looking for things related to firearms?

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

3690
Direct Examination - Lieberman (By Mr. Nestler)

1    **A.**  Yes.

2    **Q.**  Were you looking for devices that would hold media, like

3    computers, phones, hard drives?

4    **A.**  Yes.

5    **Q.**  Were you looking for things related to the events of

6    January 6th?

7    **A.**  Yes.

8    **Q.**  And were you looking for things related to the Oath

9    Keeper's organization?

10   **A.**  Yes.

11   **Q.**  Okay.  Was there somebody there with you who was taking

12   photographs?

13   **A.**  Yes.

14   **Q.**  Okay.  Approximately how many members of law enforcement

15   were part of this search team?

16   **A.**  Ten.

17   **Q.**  What was your specific role during the search?

18   **A.**  It was searcher.

19   **Q.**  And so it was a searcher, and so what does the searcher do

20   from room to room?

21   **A.**  Well, you get -- you search for those items in each room.

22   You're going methodically and searching diligently in each

23   room for those items.

24   **Q.**  And if you found something that was within those little

25   categories I just read out, what are you supposed to do?

Direct Examination - Lieberman (By Mr. Nestler)

1    **A.** You stop, you call the photographer, have them take a

2    photo in place, and then you collect it from there.

3    **Q.** Okay. With that out of the way, let's get into some of

4    the evidence.

5       Okay. Let's start with the bedroom. Do you remember

6    looking in the bedroom of Hackett's residence?

7    **A.** Yeah. I was not designated for that room, but I was in --

8    I did see items in there.

9    **Q.** And you did see the evidence items in that room?

10   **A.** Correct.

11         MR. NESTLER: So if we could pull up for the witness

12   Government Exhibit 6784, please, Ms. Badalament?

13   **Q.** (BY MR. NESTLER) Is this a photograph of a portion of

14   the bedroom that you saw that day?

15   **A.** Yes.

16         MR. NESTLER: The government moves into evidence

17   Government 6784.

18         MS. HALIM: No objection.

19         THE COURT: Mr. Nestler, I may have missed it, but

20   did you ask about the date of the search?

21         MR. NESTLER: I did; May 28th, 2021.

22         THE COURT: Thank you. I may have missed it. Thank

23   you.

24         MR. NESTLER: Thank you.

25   **Q.** (BY MR. NESTLER) If I didn't, then I -- sorry, May 28th,

Direct Examination - Lieberman (By Mr. Nestler)

1    2021, is that the date of the search?

2    **A.**  That's correct.  Yes.

3    **Q.**  Okay.  And so why don't you explain to us what we're

4    looking at here.  What is the bag on the left?

5    **A.**  It's a -- it's just a paper bag with papers in it, and

6    we're looking at the evidence on top.

7    **Q.**  And do you see that black item in the middle of the

8    photograph there?

9    **A.**  Yes.

10   **Q.**  What item is that?

11   **A.**  That is a shredder.

12   **Q.**  Now, inside of this paper bag on the left --

13       Is that a Whole Foods bag?

14   **A.**  Yes.

15   **Q.**  -- what, generally, was inside of it?

16   **A.**  With these papers, they were some Oath Keeper-related

17   paperwork on top.

18           MR. NESTLER:  If we could show Agent Lieberman 6785

19   through 6789, please, Ms. Badalament.

20   **Q.**  (BY MR. NESTLER)  Are these some of the papers that were

21   found inside of the bag?

22   **A.**  Yes.

23           MR. NESTLER:  The government moves into evidence the

24   photographs that are 6785, 86, 87, 88, and 89.

25           MS. HALIM:  No objection.

Direct Examination - Lieberman (By Mr. Nestler)

1          THE COURT:  6785 through 89 will be admitted.

2          MR. NESTLER:  Let's start with 6786, please,

3    Ms. Badalament, and if you could zoom in on just the

4    handwriting in the center of the screen?  Sorry, yeah, 6785.

5    **Q.**  (BY MR. NESTLER)  And so this is one of the pieces of

6    paper that was inside of that bag at the time you conducted

7    the search; is that right?

8    **A.**  Yes.

9    **Q.**  What is this?

10   **A.**  It's a -- it's just a piece of notebook paper with a

11   message in cursive writing.

12   **Q.**  Okay.  And this is a photograph of that piece of paper?

13   **A.**  Yes.

14   **Q.**  Did the FBI recover that actual piece of paper?

15   **A.**  Yes.

16   **Q.**  Okay.  Are you able to read cursive handwriting?

17   **A.**  Yes.

18   **Q.**  Could you please read to us what the cursive handwriting

19   says?

20   **A.**  Yes.  "Sir, that is the second time I filled out the

21   vetting form.  It's no big deal to do it again, but I'm

22   guessing we lost all that stuff and are starting over.  No

23   need to reply unless there's something I should know about."

24   **Q.**  And do you see these -- well, in addition to the lines on

25   the paper, what color are those lines?

Direct Examination - Lieberman (By Mr. Nestler)

1    **A.**  The black-like ink?

2    **Q.**  What color is the lining on the paper itself?

3    **A.**  Blue.

4    **Q.**  Are then are there additional horizontal lines here?

5    **A.**  Yes.

6    **Q.**  What color is that?

7    **A.**  The color of the ink, black.

8    **Q.**  What does that appear to be going through?

9    **A.**  It goes through the sentence or words throughout the

10   paragraph.

11   **Q.**  Got it.

12          MR. NESTLER:  All right.  Now, if we could go to

13   6786, please, Ms. Badalament.

14   **Q.**  (BY MR. NESTLER)  And so you said there was also some

15   papers related to the Oath Keepers; is that right?

16   **A.**  Yes.

17          MR. NESTLER:  And if we could just zoom in on the

18   title, please, Ms. Badalament.

19   **Q.**  (BY MR. NESTLER)  And so what was the title of this piece

20   of paper?

21   **A.**  Oath Keepers of Florida Mission Statement.

22          MR. NESTLER:  And if we could then go to the second

23   paragraph starting with "Oath Keepers."

24   **Q.**  (BY MR. NESTLER)  And could you read for us what the

25   second paragraph says, starting with "Oath Keepers

1    National"?

2    **A.**  Yeah.  "Oath Keepers National is a Nevada nonprofit

3    corporation and is often referred to in the media as a

4    right-wing militia.  We make note that the term 'militia' is a

5    lawful designation made in the U.S. Constitution.  We, as

6    citizens, are subject to federal and state statutes declaring

7    our military duty as members of the unorganized militia."

8    **Q.**  Thank you.

9         MR. NESTLER:  And if we can go to the very final

10   sentence on the page, please, Ms. Badalament.

11   **Q.**  (BY MR. NESTLER)  What does it say here, starting with

12   "Chapter"?

13   **A.**  "Chapter-sanctioned firearms, training will."

14   **Q.**  Thank you.

15        MR. NESTLER:  If we can now go to 6788, please,

16   Ms. Badalament.  And if we could scroll down to the bottom

17   section.

18   **Q.**  (BY MR. NESTLER)  At the bottom of this form, do you see a

19   date and a name?

20   **A.**  Yes.

21   **Q.**  What's the date?

22   **A.**  12/17 of 2020.

23   **Q.**  And what's the name?

24   **A.**  Joseph Bernard Hackett.

25        MR. NESTLER:  Brief indulgence.

3696

Direct Examination - Lieberman (By Mr. Nestler)

1          All right.  We can go to 6788, please, Ms. Badalament.

2    6789.  You're right, sorry.  We're just dealing with a quick

3    redaction.

4          If you can take the screen down for a second, Mr. Douyon.

5          If you can pull up 6789, please.  We're just going to

6    redact the street address.  No, just the -- just the top one.

7    There you go.  If you could put it back, please, Mr. Douyon.

8    Thank you.

9          Okay.  And so if we could zoom in, please,

10   Ms. Badalament.

11   **Q.**  (BY MR. NESTLER)  And so on this form, what's the title of

12   the form, Agent Lieberman?

13   **A.**  Oath Keepers of Florida Chapter Vetting Form.

14   **Q.**  And what's the date on the form?

15   **A.**  12/17/2020.

16   **Q.**  And what's the full name?

17   **A.**  Joseph B. Hackett.

18   **Q.**  And was there a street address listed there?

19   **A.**  There was.

20   **Q.**  Was that the same street address where you were executing

21   the search warrant?

22   **A.**  Yes.

23   **Q.**  All right.  And what's the state -- city and state of

24   where the address was?

25   **A.**  Sarasota, Florida.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Lieberman (By Mr. Nestler)

1    **Q.**  Was there a phone number listed?

2    **A.**  Yes.

3    **Q.**  What's that phone number?

4    **A.**  941-704-6396.

5    **Q.**  Was there an e-mail address listed?

6    **A.**  Yes.

7    **Q.**  What e-mail address is that?

8    **A.**  Johnwillow23@protonmail.com.

9    **Q.**  Was there a social media listed?

10   **A.**  Yes.

11   **Q.**  What's that?

12   **A.**  It says Parlor, colon, it says Joe, and then three -- I'm

13   sorry, four hash marks.

14   **Q.**  And is there something listed under employment?

15   **A.**  Yes.

16   **Q.**  What does it say?

17   **A.**  Working, chiropractor, 23 years.

18          MR. NESTLER:  And if we could finally now go to

19   6787, Ms. Badalament.  And the final page here, if we could

20   just zoom in.

21   **Q.**  (BY MR. NESTLER)  Can you read what the printed portion at

22   the top says?

23   **A.**  "Would you be interested in cross-training for a CPT team

24   and teach others these critical skills?"

25   **Q.**  And what's the handwriting underneath that say?

Direct Examination - Lieberman (By Mr. Nestler)

1    **A.**  "Yes."

2    **Q.**  And then what's the next typed line say?

3    **A.**  "Would you be interested in a leadership role in your

4    area?"

5    **Q.**  And what does the handwritten response to that say?

6    **A.**  "Yes - but happy to follow when someone more experience

7    presents."

8    **Q.**  And this handwriting here and the handwriting we saw in

9    the prior couple of exhibits, was that in cursive, or was that

10   block handwriting?

11   **A.**  Block.

12   **Q.**  And who was listed as the chapter coordinator here?

13   **A.**  Mike Adams.

14   **Q.**  Thank you.

15        Now, we talked earlier about looking for firearms; is

16   that correct?

17   **A.**  Yes.

18   **Q.**  Okay.  Did you locate firearms and related evidence while

19   you were in the house?

20   **A.**  Yes.

21   **Q.**  Okay.  Let's start with the bedroom of the house.  Did you

22   observe a small safe in the bedroom that contained a

23   firearm?

24   **A.**  Yes.

25              MR. NESTLER:  If we could pull up for Agent

3699

Direct Examination - Lieberman (By Mr. Nestler)

1  Lieberman, please, 6793.

2  **Q.** (BY MR. NESTLER)  Is this a photograph of that safe?

3  **A.**  Yes.

4          MR. NESTLER:  Government moves into evidence 6793.

5          MR. WEINBERG:  No objection.

6          THE COURT:  6793 is admitted.

7  **Q.** (BY MR. NESTLER)  Could you describe what we're looking at

8  here, please, Agent Lieberman?

9  **A.**  It's an open, black safe.  On the bottom is a handgun and

10  above that is a -- is ammunition.

11  **Q.**  Approximately how many boxes of ammunition are above it?

12  **A.**  Looks like five.

13  **Q.**  And are you familiar with boxes of ammunition?

14  **A.**  Yes.

15  **Q.**  Approximately how many bullets or projectiles are

16  typically in each box of ammunition?

17  **A.**  50.

18  **Q.**  Now, this handgun --

19          MR. NESTLER:  If we could go to now 6794, please,

20  Ms. Badalament.

21  **Q.** (BY MR. NESTLER)  Is this a photograph of that gun --

22  **A.**  Yes.

23  **Q.**  -- taken out of the safe?

24  **A.**  Yes, it is.

25          MR. NESTLER:  The government moves into evidence

Direct Examination - Lieberman (By Mr. Nestler)

1    6794.

2                MS. HALIM:  No objection.

3                THE COURT:  6794 is admitted.

4    **Q.**  (BY MR. NESTLER)  And what are we looking at here?

5    **A.**  It's a -- that is a Glock handgun, and below it is the

6    magazine with ammunition loaded.

7    **Q.**  And do you see some writing on the magazine?

8    **A.**  Yes.

9    **Q.**  Could you tell what it says?

10   **A.**  It says "Hackett," and looks like the number 4.

11   **Q.**  And did the FBI actually recover this handgun?

12   **A.**  Yes.

13               MR. NESTLER:  And if we could -- if, Agent Polian,

14   would you mind showing Agent Lieberman, please, what's been

15   marked as Government's Exhibit 69?  Actually, if you can show

16   Ms. Halim first.

17   **Q.**  (BY MR. NESTLER)  Before walking into the courtroom today,

18   did you look at this firearm in the anteroom down the

19   hallway?

20   **A.**  Yes, I did.

21   **Q.**  Is this the firearm that was recovered?

22   **A.**  Yes, it is.

23               MR. NESTLER:  The government moves into evidence

24   Government Exhibit 69.

25               THE COURT:  69 will be admitted.

1              MR. NESTLER:  Agent Polian, if you could just

2       display that to the jury, please.

3       Q.  (BY MR. NESTLER)  And just to be clear, Agent Lieberman,

4       at the time you found it, there was no green strap on the

5       inside, was there?

6       A.  There was not.  It's -- the green zip tie that is used,

7       it's -- we found -- we find it, and it had the magazine in it.

8       We -- that slide that's locked back and makes it longer is

9       done by just a -- experienced agent can do that, law

10      enforcement, but it's not -- has to be rendered safe by a

11      certified firearms instructor, and they place the green zip

12      tie through there so they know it's unloaded.

13      Q.  And the version that Agent Polian just showed to the jury,

14      it does not have the magazine with it, right?

15      A.  Correct.

16      Q.  What does the magazine hold inside of it?

17      A.  Ammunition, bullets.

18      Q.  Okay.  Now, after the bedroom, did you also have an

19      occasion to go into the attic of Hackett's home?

20      A.  I did not personally go into the attic, but I understand

21      what was found in the attic.

22      Q.  And were you -- did you review the photographs from the

23      search warrant of what was found in the attic?

24      A.  Yes.

25      Q.  And were you present on scene when things were taken out

1    of the attic and displayed?

2    **A.**  Yes.

3          MR. NESTLER:  And so if we could now show Agent

4    Lieberman Government's Exhibit 6795, 96, 97, and 98.

5    **Q.**  (BY MR. NESTLER)  Are these four photographs of items that

6    were recovered by the FBI from Hackett's attic during the

7    search warrant?

8    **A.**  Yes.

9          MR. NESTLER:  The government moves into evidence

10   6795, 96, 97, and 98.

11         THE COURT:  Admitted.

12   **Q.**  (BY MR. NESTLER)  All right.  Let's start with 6795.  And

13   so what are we looking at here in Government Exhibit 6795?

14   **A.**  A blue bag, and also a black bag to the right which is

15   visible.  You can see ammunition in the black bag.

16   **Q.**  Okay.  And so did colleagues of yours take these bags down

17   out of the attic and then open them up and review the

18   contents?

19   **A.**  Yes.

20         MR. NESTLER:  Okay.  If we can now go to 6796,

21   please, Ms. Badalament.

22   **Q.**  (BY MR. NESTLER)  And so what are we looking at here in

23   6796?

24   **A.**  It's the contents of the blue bag.

25   **Q.**  Okay.  Still inside the bag though; right?

Direct Examination - Lieberman (By Mr. Nestler)

1    **A.**  Correct.

2            MR. NESTLER:  Now if we can go to 6797.

3    **Q.**  (BY MR. NESTLER)  And what are we looking at here?

4    **A.**  That is the contents removed from the blue bag.

5    **Q.**  And so starting from the left, I want you to describe to

6    us briefly, or just sort of generally, what we're seeing from

7    inside that bag.

8    **A.**  Okay.  From inside the bag, you have the blue bag and then

9    there's two handguns removed.  One of them looks like it has a

10   soft case that it was inside.  And that's on the top handgun.

11   That is with a magazine that was removed.  And below that is

12   another handgun with a magazine.  And then to the right is

13   ammunition.  And there's four on the bottom right, there's

14   four magazines that would be for handguns.  And then the

15   bottom two would be for a AR-15.

16   **Q.**  Those are magazines?

17   **A.**  Magazines for an AR-15.

18   **Q.**  How do magazines with work with a firearm -- let me back

19   up for a second.  You've been a law enforcement officer for

20   almost 30 years?

21   **A.**  Yes.

22           MS. HALIM:  Objection.

23           THE COURT:  Go ahead and ask the questions.

24           MR. NESTLER:  Sure.

25   **Q.**  (BY MR. NESTLER)  You've been a law enforcement officer

Direct Examination - Lieberman (By Mr. Nestler)

1    for approximately 30 years?

2    **A.**  Yes.

3              MS. HALIM:  Objection.

4              THE COURT:  Hang on.  Can we get to the question

5    you're about to object to?  So, go ahead.

6              MR. NESTLER:  Sorry.

7              THE COURT:  Just please go ahead.

8              MR. NESTLER:  Thank you.

9    **Q.**  (BY MR. NESTLER)  Okay.  Are you familiar with firearms?

10   **A.**  Yes.

11   **Q.**  How are you familiar with firearms?

12   **A.**  We qualify on them, and we are certified to carry them.

13   **Q.**  What do you mean you "qualify on them"?

14   **A.**  Well, we qualify at least twice a year, so we shoot quite

15   a bit.

16   **Q.**  You actually shoot firearms?

17   **A.**  We shoot firearms.

18   **Q.**  What kind of firearms do you shoot?

19   **A.**  I have handguns, and we have shotguns and rifles.

20   **Q.**  Okay.  Now, from that experience, are you familiar with

21   what magazines are?

22   **A.**  Yes.

23   **Q.**  And so related to a firearm, what is a firearm magazine?

24   **A.**  A magazine is what you load the bullets into.  You put

25   that into the firearm itself.  And then it holds extra rounds,

Direct Examination - Lieberman (By Mr. Nestler)

1   so --

2   **Q.**   And then you indicated -- in addition to the four

3   magazines, you indicated here were for handguns; is that

4   right?

5   **A.**   That is correct.

6   **Q.**   Then two magazines for rifles; is that right?

7   **A.**   Yes, correct.

8   **Q.**   Now, what are all these other boxes we see?

9   **A.**   Ammunition.

10   **Q.**   So what's inside these boxes of ammunition?

11   **A.**   There's bullets in each one.  Depending on which caliber

12   they are is how many are in the box.  It's labeled.  Most of

13   them are 50 rounds of ammunition, and some are 20 rounds.

14   **Q.**   Did you count approximately how many rounds of ammunition

15   were here?

16   **A.**   I did.

17   **Q.**   Approximately how many?

18   **A.**   Approximately a thousand rounds.

19   **Q.**   And now, these two handguns we see here from the blue bag,

20   did the FBI actually recover these two handguns?

21   **A.**   Yes.

22            MR. NESTLER:  And, Agent Polian, can you please

23   display for Ms. Halim and then for Agent Lieberman

24   Government's Exhibit 67 and 68?

25            (BY MR. NESTLER)  And Government Exhibit 67 and 68, are

Direct Examination - Lieberman (By Mr. Nestler)

1  these the two handguns we see here in the photograph, Agent

2  Lieberman.

3  **A.**  Yes, they are.

4  **Q.**  Did you compare them when we were in the anteroom before

5  walking into the courtroom?

6  **A.**  Yes.

7          MR. NESTLER:  Okay.  The government moves into

8  evidence 67 and 68.

9          THE COURT:  67 and 68 will be admitted.

10          MR. NESTLER:  Let's start with --

11      Thank you, Your Honor.

12      Let's start with 67, please, Agent Polian.  It's the

13  Colt 32.  And can you display that for the jury, please?

14  **Q.**  (BY MR. NESTLER)  And, Agent Lieberman, can you just

15  describe what this is?

16  **A.**  It's a semi-automatic handgun.

17  **Q.**  Does it also have the green zip tie in it to render it

18  safe?

19  **A.**  It does.  It also has the green zip tie so it's rendered

20  safe.

21  **Q.**  And there's no magazine with it now?

22  **A.**  Correct.

23  **Q.**  At the time it was located, there was a magazine with it;

24  is that right?

25  **A.**  Correct.

Direct Examination - Lieberman (By Mr. Nestler)

1    **Q.**  Okay.  Then Government's Exhibit 68, that's the VZOR

2    handgun?

3    **A.**  Correct.

4    **Q.**  Can you describe what that is?

5    **A.**  It's another black in color semi-automatic handgun, that

6    is also -- has the green zip tie to render it safe without the

7    magazine.

8    **Q.**  Thank you.

9          Thank you, Agent Polian.

10   **Q.**  (BY MR. NESTLER)  Now, did the FBI also recover a handgun

11   case from the attic?

12   **A.**  Yes.

13         MR. NESTLER:  Okay.  If we could show Government

14   Exhibit 63, please, Agent Polian, to Ms. Halim?

15   **Q.**  (BY MR. NESTLER)  Government Exhibit 63, is this the

16   handgun case that the FBI recovered from Hackett's attic?

17   **A.**  Yes, it is.

18         MR. EDWARDS:  The government moves into evidence

19   Government Exhibit 63.

20         MR. WEINBERG:  No objection.

21         THE COURT:  63 is admitted.

22         MR. EDWARDS:  And if you can show it to the jury?

23   Thanks, Agent Polian.

24   **Q.**  (BY MR. NESTLER)  Agent Lieberman, how does that handgun

25   case work in your experience?

Cross-examination - Lieberman (By Ms. Halim)

1  **A.**  You place handguns in it and close it up, and it's for

2  safekeeping or transporting.

3  **Q.**  Thank you.

4          MR. NESTLER:  If we can now please show Agent

5  Lieberman Government Exhibit 6798?

6  **Q.**  (BY MR. NESTLER)  And so next to the blue bag in the attic

7  with the two firearms and the thousand rounds of ammunition,

8  there was a black bag, you indicated; is that right?

9  **A.**  That's correct.

10 **Q.**  And are we looking here at a photograph of the contents of

11 that black bag?

12 **A.**  Yes.

13 **Q.**  Can you just briefly describe what the contents are?

14 **A.**  On the top, it looks like the green box and the --

15 possibly the black box -- I don't know what the black are, but

16 the green is what we call an ammunition case, holding

17 ammunition in there.  And then down below it are cases of

18 ammunition.

19 **Q.**  Thank you, Agent Lieberman.

20          MR. NESTLER:  I have no further questions.

21          THE COURT:  All right.  Ms. Halim.

22          MS. HALIM:  Yes, thank you, Your Honor.

23                        CROSS-EXAMINATION

24 BY MS. HALIM:

25 **Q.**  Officer, good afternoon.

                                                                    3709
Cross-examination - Lieberman (By Mr. Weinberg)

1    **A.**  Good afternoon.

2    **Q.**  I want to focus on the contents of that blue bag that you

3    found up in the attic -- actually, you didn't find anything in

4    the attic, right?

5    **A.**  Correct.

6    **Q.**  You're just aware that other agents had been up there, and

7    you've seen photos of what was recovered in the attic,

8    correct?

9    **A.**  Correct.

10   **Q.**  Those two handguns that were in the blue bag, you

11   recognize those to be a type of firearm that's called a curio

12   and a relic; correct?

13   **A.**  No, ma'am.

14   **Q.**  Oh, you don't recognize --

15   **A.**  I don't know what that -- correct.

16   **Q.**  Are you familiar with the term "relic"?

17   **A.**  Just -- no.

18   **Q.**  Okay.  So you do not recognize those to be relics?

19   **A.**  No.

20   **Q.**  Okay.  All right.

21          MS. HALIM:  No further questions.

22                    CROSS-EXAMINATION

23   BY MR. WEINBERG:

24   **Q.**  Just a couple of questions about two of the pistols.

25      The VZOR --

Cross-examination - Lieberman (By Mr. Weinberg)

1    **A.**  Okay.

2    **Q.**  -- okay, that gun was manufactured in the Soviet Union;

3    are you aware?

4    **A.**  I've seen it; it's Czechoslovakia.

5    **Q.**  Czechoslovakia, which is a country that no longer exists,

6    correct?

7    **A.**  Correct.

8    **Q.**  So it's fair to say that that gun was manufactured from

9    the 1940s to the 1970s?

10   **A.**  I guess that's safe to say.

11   **Q.**  And you live in Florida, correct?

12   **A.**  Yes.

13   **Q.**  It's fair to say gun culture in Florida is different than

14   elsewhere in the country?

15   **A.**  I don't know it is.

16   **Q.**  Well, you live in Sarasota; correct?

17   **A.**  Uh-huh, yeah.

18   **Q.**  There's about 20 gun stores in Sarasota alone.  Does that

19   sound about right?

20   **A.**  Possibly.

21   **Q.**  About eight gun ranges?

22   **A.**  Possibly.

23   **Q.**  Okay.  And you're aware that this VZOR is a surplus

24   military gun; correct?

25   **A.**  No.

Cross-examination - Lieberman (By Mr. Weinberg)

1    **Q.**  So you didn't do any research on the gun?

2    **A.**  No.

3    **Q.**  Okay.  But you do agree it was made in Czechoslovakia, a

4    country that no longer lists after 1980 --

5    **A.**  I have seen that, yes.

6    **Q.**  Okay.  Let's talk about the Colt 32.  We can agree that

7    this is a very old gun as well?

8    **A.**  I don't know that for -- yeah.

9    **Q.**  Well, it's also referred to as a 1903.  Have you heard of

10   that?

11   **A.**  No.

12   **Q.**  The year it was designed?

13   **A.**  No.

14   **Q.**  Are you aware that it was used in World War II?

15   **A.**  No.

16   **Q.**  And we can agree that the 32 round is not a popular

17   caliber anymore, correct?

18   **A.**  I don't see it very often.

19   **Q.**  Okay.

20          MR. WEINBERG:  No other questions.

21                  REDIRECT EXAMINATION

22   BY MR. NESTLER:

23   **Q.**  Agent Lieberman, could those guns be used to kill

24   someone?

25   **A.**  Yes.

Cross-examination - Lieberman (By Mr. Weinberg)

1        MR. NESTLER:  No further questions.

2        THE COURT:  All right.  Thank you for your time and

3   testimony, officer.

4      All right.  Next government witness.

5        MS. HUGHES:  We still need a moment, Your Honor.

6        THE COURT:  Oh, okay.  To modify what we talked

7   about?

8        MS. HUGHES:  Yes, Your Honor.  Five minutes.

9        THE COURT:  All right.  We need a couple moments,

10  folks, so instead of having you sit here, why don't we just

11  take about a ten-minute break and then we'll call you back

12  when we're ready.

13        (Jury left the courtroom.)

14        THE COURT:  Okay.  Be seated, everyone.

15      Ms. Hughes, just let us know when you're ready and then

16  we'll bring our jurors back.

17        MS. HUGHES:  Thank you.

18        (Pause in the proceedings.)

19        THE COURT:  Mr. Edwards.

20        MR. EDWARDS:  Yes, Your Honor.  While the government

21  addresses the exhibit, there was a -- I think a lingering

22  question as to what the government would -- how the government

23  would articulate its argument with regard to the slide that

24  shows the absolute value of number of messages across each

25  defendant.  If my memory is right, that the Court was

Cross-examination - Lieberman (By Mr. Weinberg)

1    potentially entertaining a limiting instruction if the

2    government were going to intend to argue that there's a direct

3    correlation between the number and the consciousness of guilt.

4    And then the second open question was whether the content

5    would come in if we did make that argument.

6         I just wanted to address both of those and say the

7    government doesn't intend to make that argument, that the

8    higher the number, the more the consciousness of guilt.  So it

9    would be our position that the limiting instruction wouldn't

10   be necessary, and we wouldn't be opening the door to the

11   content.

12             MS. HALIM:  Your Honor, I think what my concern is,

13   is less about conscious of guilt specifically and that the

14   government is going to say that he was an active participant

15   in this group based on the voluminous number of messages, and

16   to me that would open the door to what is the content of these

17   messages.  If the government's going to suggest that this is

18   active participation because of the number, because it's

19   almost 400 and not just 2 or 3 or 5, I do think that would

20   open the door to the content, and I fully expect the

21   government to make reference to the fact that this is active

22   participation based on the number of messages.

23             MR. EDWARDS:  We do intend to argue that he was an

24   active participant, but not based on the numbers so much as

25   highlighting what messages Joseph Hackett was sending and

1  when.  And those messages have already been introduced to the

2  jury.  So we'd be pulling back to say to the jury, Mr. Hackett

3  was an active participant in some of these Signal chats,

4  you've seen messages, for example, time stamp, message.

5      I mean, I don't want to tie us to it.  I don't know what

6  we would say in closing, but I certainly think that that is an

7  argument we would make.  But that doesn't necessarily mean

8  that we're harkening back to he's an active participant

9  because look at all these numbers of messages.  What the

10  jury's going to hear is that's actually spread across multiple

11  group threads.

12      What we would prob- -- what we would intend to do is

13  highlight our argument a little more specifically to look at

14  these messages and this particular group thread.  You can

15  conclude that he was an active participant and when we didn't

16  find Signal on his phone, there was a reason for that, that he

17  had sent particular kinds of messages that he would want to

18  delete.

19      So that's a step removed from, ladies and gentlemen, you

20  know he's an active participant, look at this number, it's 390

21  messages and he deleted all of them.

22          MS. HALIM:  Given that the number is part of the

23  totality of the argument, I think it's highly relevant what

24  the content of -- like I said, there must be 50 or more

25  messages that are completely innocuous.  Well, I think they're

3715
Cross-examination - Lieberman (By Mr. Weinberg)

1    all innocuous, but, you know, they're as innocuous as,

2    welcome, welcome, from Sarasota.

3           THE COURT:  So maybe I didn't follow you, Mr.

4    Edwards.  I thought I heard you to say that you would want to

5    argue that he had incentive to delete Signal based upon the

6    number of --

7           MR. EDWARDS:  No, Your Honor, I may have misspoke.

8    I'm trying to separate those two concepts.  One of a number --

9           THE COURT:  Right.  Okay.  You just want to say he's

10   active.

11          MR. EDWARDS:  Right.  And I think that we shouldn't

12   be precluded from saying he's an active participant just

13   because of this exhibit.  What we're saying is we're not going

14   to say, ladies and gentlemen, you know he sent 390 messages,

15   step one; step two, if he was an active participant; step

16   three, his consciousness of guilt is very high, he deleted all

17   390 of those messages.  What we intend to do is say --

18          THE COURT:  Right.  You would stop at step two.

19          MR. EDWARDS:  Correct.  And what we would -- we

20   still want to argue for the instruction that that is evidence

21   of his consciousness of guilt and that he did delete, but we

22   would likely be arguing about specific messages the jury may

23   remember that have already been introduced and say there's

24   a -- you know, he would want to delete some of these messages.

25          I understand the Court's concern here to be, if we're

Cross-examination - Lieberman (By Mr. Weinberg)

1    saying 390, that's all the more reason to want to delete and

2    have consciousness of guilt.  I can understand why that opens

3    the door to the content given Ms. Halim's concern.  That's not

4    the argument we would be making.

5              THE COURT:  I guess the question is, these are small

6    issues, potentially, but what's to distinguish somebody who's

7    active from nonactive?  In other words, you know --

8              MR. EDWARDS:  And maybe we're using that word

9    differently.  When I say "active," we don't want the

10   impression to the jury to be incorrect, that his phone was

11   down.  The phone was active, and they can infer that from the

12   fact that he sent particular messages on certain dates.  I

13   don't mean to say active as in, man, look how busy he was, he

14   was a leader, look at all this high number.  I mean to say

15   they will have evidence that the phone was in use.  That's the

16   way I'm using that term, "active."

17             THE COURT:  Again, if -- I think we're in agreement

18   that if you're intending to argue that the volume is

19   indicative of motive to delete, then that is problematic, that

20   would open the door.  If what you want to just say is, look,

21   here's 400-some-odd Signal chats, can see that Mr. Hackett was

22   on Signal over the course of this -- you know, this many weeks

23   or months and leave it at that.

24             MR. EDWARDS:  Correct.

25             THE COURT:  I don't think that says anything more

Cross-examination - Lieberman (By Mr. Weinberg)

1    than what's already on -- on the page.

2            MR. EDWARDS:  Correct, Your Honor.

3            THE COURT:  Okay.

4            MR. EDWARDS:  Thank you.

5            MS. HUGHES:  We're ready, Your Honor.  Thank you.

6            THE COURT:  Okay.  Thank you.

7        How long does the government think its two witnesses

8    tomorrow will last?

9            MR. EDWARDS:  Suspect an hour for direct for both.

10           THE COURT:  Okay.  Are these lay witnesses?

11           MR. EDWARDS:  There's a civilian witness first and

12   then an FBI agent last.

13           THE COURT:  All right.  So we'll probably have

14   enough to get through the morning, at least with the

15   government's case.

16           MR. EDWARDS:  Yes.

17           THE COURT:  Okay.

18           MR. EDWARDS:  I just want to try to be safe, maybe a

19   little more for the agent, just because some of the exhibits

20   which I have talked about with defense counsel already,

21   playing something, so it could be a little more than an hour

22   for the agent at least, but certainly we'll get through the

23   morning.

24           THE COURT:  Okay.

25           MR. SHIPLEY:  I think the cross of the civilian

Direct Examination - Cain (By Ms. Hughes)

1    might go longer than the government expects.  I expect,

2    particularly with that witness, to go quite a while.

3              THE COURT:  Okay.

4              (Jury entered the courtroom.)

5              THE COURT:  Thank you.  Be seated.  Thank you for

6    your patience.

7        Ms. Hughes.

8              MS. HUGHES:  The government calls digital forensic

9    examiner, Katherine Cain.

10             THE CLERK:  Please raise your right hand.

11                        KATHERINE CAIN,

12   called as a witness, being first duly sworn, was examined and

13   testified as follows:

14             THE WITNESS:  I do.

15             THE CLERK:  Have a seat.

16             THE COURT:  All right.  Welcome.  Remove your mask

17   if you're comfortable doing so.

18       Ms. Hughes, ready when you are.

19                       DIRECT EXAMINATION

20   BY MS. HUGHES:

21   **Q.**  Good afternoon.  Could you please introduce yourself to

22   the ladies and gentlemen of the jury by stating and spelling

23   your full name?

24   **A.**  Jennifer Katherine Cain, C-A-I-N.

25   **Q.**  Where do you work?

Direct Examination - Cain (By Ms. Hughes)

1   **A.**  For the Federal Bureau of Investigation.

2   **Q.**  What is your title?

3   **A.**  I am a senior digital forensic examiner.

4   **Q.**  In which section?

5   **A.**  I am a part of the CART team, which stands for Computer

6   Analysis Response Team.

7   **Q.**  How long have you been with the FBI?

8   **A.**  Next month will be ten years.

9   **Q.**  What are your duties as a CART examiner?

10  **A.**  We handle all types of digital evidence, which is any kind

11  of electronic storage media, to include laptops, computers,

12  mobile devices, tablets, and anything that can store data for

13  any of those systems.

14  **Q.**  What is your educational background?

15  **A.**  I have a degree from the University of North Carolina,

16  Chapel Hill in business and a master's in cybersecurity with a

17  concentration in digital forensics from the University of

18  South Florida.

19  **Q.**  What kinds of trainings are you required to do to become a

20  CART examiner with the Federal Bureau of Investigation?

21  **A.**  Sure.  Our original process is a two-year process in about

22  400 hours of classroom and hands-on instruction, and then

23  after we are certified, we have about a hundred hours of

24  additional training we have to complete each year.

25  **Q.**  Do you conduct any trainings, Examiner Cain?

3720

Direct Examination - Cain (By Ms. Hughes)

1    **A.**   I do.

2    **Q.**   What trainings?

3    **A.**   I teach our new examiners in training.  I teach incident

4    response and digital -- digital forensic fundamentals,

5    sorry.

6    **Q.**   Have you been qualified as an expert in federal court?

7    **A.**   I have.

8    **Q.**   In which jurisdiction?

9    **A.**   The District of Columbia.

10   **Q.**   And have you been called by an expert by the defense?

11   **A.**   I have.

12   **Q.**   In connection with this matter, were you asked to examine

13   several mobile devices, seized from multiple defendants and

14   subjects?

15   **A.**   I was.

16   **Q.**   And as part of your analysis, were you asked to determine

17   if the Signal application was presently located on any given

18   device?

19   **A.**   I was.

20   **Q.**   Did you examine an iPhone associated with Joseph Hackett?

21   And this is government's -- for identification, this is

22   Government's Exhibit 66.

23   **A.**   I did.

24   **Q.**   Did you examine a Motorola cell phone associated with

25   David Moerschel?  And again, this an identification number of

3721

Direct Examination - Cain (By Ms. Hughes)

1    Exhibit 130.

2    **A.**  I did.

3    **Q.**  And did you examine a Motorola Moto cell phone associated

4    with Edward Vallejo?  And this is government's identification

5    Exhibit Number 210.

6    **A.**  I did.

7    **Q.**  For each of these three devices, did you look to see if

8    Signal was still on the phone?

9    **A.**  I did.

10   **Q.**  What was your conclusion?

11   **A.**  Signal was not present on any of the devices.

12   **Q.**  Now, did you also examine a device associated with an

13   individual named Roberto Minuta?

14   **A.**  I did.

15   **Q.**  From looking at that phone, when could you tell the phone

16   was set up?

17   **A.**  The phone artifacts suggest on or around February 20th of

18   2021.

19   **Q.**  And for January 6, 2021, what does that mean for the

20   Signal messages that would have been sent in January of

21   2021?

22   **A.**  It would not be possible for them to be present on that

23   phone.

24   **Q.**  And so for any messages that were sent in the January 2021

25   time frame, they would not be on the phone that you examined

Direct Examination - Cain (By Ms. Hughes)

1    in connection with Mr. Minuta?

2    **A.**  That is correct.

3    **Q.**  Okay.  So we're going to focus on the three phones then,

4    the cell phones from Mr. Moerschel, Mr. Hackett, and

5    Mr. Vallejo.

6        Before we talk about each of these phones in depth, what,

7    in general, do you do when you extract the data from a

8    phone?

9    **A.**  So we have a variety of commercial tools available to us.

10   So the first thing we look at the device is, we manually

11   review it and determine the best tool.  We then extract the

12   information off of that device, so that we can look at a copy

13   of the phone itself without having to constantly look at the

14   phone.  And then we process that information into a meaningful

15   way and provide reports.

16   **Q.**  What is Signal?

17   **A.**  Signal is an encrypted chat application.  You can download

18   it for your mobile device, iPhone and Android, and your

19   desktop computer, and it -- you are able to microphone calls,

20   video calls, and send messages, both privately and in a group

21   scenario.

22   **Q.**  What does a Signal extraction look like and the data you

23   would review from a phone?

24   **A.**  It's a database.  They store all their information in the

25   database.

Direct Examination - Cain (By Ms. Hughes)

1    **Q.**  And if Signal on a device has been deleted, what does that

2    mean in terms of the data that would be stored in your

3    Signal -- in your Signal profile?

4    **A.**  When you remove the Signal application from your phone,

5    the database is also removed entirely from that phone.

6    **Q.**  So there's no data that's stored say in the cloud?

7    **A.**  That is correct.

8    **Q.**  Let's turn first to your examination of the iPhone

9    associated with Mr. Hackett.  First of all, what was the

10   iPhone that was associated with Mr. Hackett?

11   **A.**  It was an iPhone 6S Plus.

12   **Q.**  And was Signal on that phone, that iPhone 6S Plus?

13   **A.**  No, it was not.

14   **Q.**  Were you asked to review iCloud search warrant returns in

15   connection with this phone?

16   **A.**  I was.

17          MS. HUGHES:  If we could please bring up just for

18   the witness, Government's Exhibit 9705.  And if we could just

19   zoom in on the top, please.

20   **Q.**  (BY MS. HUGHES)  Is this a fair and accurate version of

21   some of the cells and rows that were in that search warrant

22   return?

23   **A.**  It is.

24          MS. HUGHES:  Government seeks to admit and publish

25   Government's Exhibit 9705.

Direct Examination - Cain (By Ms. Hughes)

1          MS. HALIM:  No objection.

2          THE COURT:  9705 will be admitted.

3     **Q.**  (BY MS. HUGHES)  Okay.  So first, what are we looking at

4     here, what is this chart?

5     **A.**  This is -- it comes straight from Apple.  It is related to

6     Mr. Hackett's Apple identifier, and this particular

7     spreadsheet are update and redownload data details for two

8     different applications.

9          MS. HUGHES:  Okay.  And if we could just zoom in on

10    the top here, Ms. Badalament, thank you.

11    **Q.**  (BY MS. HUGHES)  Okay.  So you said update and download

12    details.  Is that what it says here:  Report description,

13    update and redownload details related to DSID?

14    **A.**  Yes.

15    **Q.**  What is a DSID?

16    **A.**  That is the identifier that Apple internally assigns to

17    someone when they sign up for an iCloud account.

18         MS. HUGHES:  Okay.  If we could zoom out, please.

19    **Q.**  (BY MS. HUGHES)  Now, the left-hand column --

20         MS. HUGHES:  If we could just zoom in on this column

21    to begin with.

22    **Q.**  (BY MS. HUGHES)  What is this global unique ID?

23    **A.**  That is an identifier for Mr. Hackett's iPhone.

24    **Q.**  The physical iPhone?

25    **A.**  The physical iPhone.

Direct Examination - Cain (By Ms. Hughes)

1    **Q.**  Does this global unique ID correspond with the physical

2    iPhone?  And that would be, for identification purposes,

3    Government's Exhibit 66, the physical phone that you examined,

4    does that relate to the phone?

5    **A.**  It does.

6         MS. HUGHES:  If we could please zoom out.  And, Ms.

7    Badalament, if we could now focus on this section, and just

8    for Signal, please.  So -- sorry.  Thank you so much.

9    **Q.**  (BY MS. HUGHES)  Okay.  So these entries, are there dates

10   and times that are associated with specific update and

11   download entries?

12   **A.**  There are.

13   **Q.**  And what is the general date range of these update and

14   download entries?

15   **A.**  Around, it looks, August 2020 through January 2021.

16   **Q.**  And what does it say in terms of the content, what is the

17   application that is being updated, what does this column

18   correspond to here?

19   **A.**  Signal private messenger.

20        MS. HUGHES:  If we could please zoom out, thank you,

21   Ms. Badalament.

22   **Q.**  (BY MS. HUGHES)  Are there, in fact, two phone numbers

23   that are connected with Mr. Hackett?

24   **A.**  There are.

25   **Q.**  Why are there two numbers associated with Mr. Hackett?

Direct Examination - Cain (By Ms. Hughes)

1    **A.**  When we looked at his Signal username, he actually has two

2    accounts registered with Signal.

3    **Q.**  And what do you attribute to there being these two phone

4    numbers?  Are there two phones?

5    **A.**  No.  One of the phone numbers is for the actual iPhone

6    that we have, and the other phone number is a Text Me phone

7    number.

8    **Q.**  What is Text Me?

9    **A.**  It's a third-party application that you can download to

10   your Android or iPhone device, and it enables you to create a

11   second phone number that you can then use on that same

12   device.

13            MS. HUGHES:  If we could please bring up what's

14   already been admitted into evidence Government's Exhibit 2426.

15   If we could zoom at the top here.  Thank you, Ms. Badalament.

16   **Q.**  (BY MS. HUGHES)  What is this document?

17   **A.**  This is a return from the Text Me company, attributed to

18   the account associated with Mr. Hackett.

19   **Q.**  And what is the username on this account?

20   **A.**  John Willow 232581.

21   **Q.**  And this e-mail, johnwillow23@protonmail.com have you seen

22   this e-mail elsewhere?

23   **A.**  I have.

24   **Q.**  Where did you see this e-mail?

25   **A.**  Proton Mail was an application on that same iPhone, and

3727

Direct Examination - Cain (By Ms. Hughes)

1  this was the account associated with it.

2  **Q.**  And for the user information for the Text Me, what is the

3  model associated with this account?

4  **A.**  IPhone 6S Plus.

5  **Q.**  And what is the date of activation?

6  **A.**  November 17th, 2020.

7  **Q.**  What was the withdrawal date?

8  **A.**  February 6, 2021.

9          MS. HUGHES:  And we can zoom out, thank you,

10  Ms. Badalament.  If we can go back now to 9705, which is

11  already in evidence, and if we can now focus on the Text Me

12  portion of these iCloud search warrant returns.

13  **Q.**  (BY MS. HUGHES)  So again, do these entries relate to the

14  same global identifying number that we referenced previously

15  that's associated with the device, Government's Exhibit 66?

16  **A.**  It does, yes.

17  **Q.**  And are these entries for the update and download entries

18  associated with Text Me?

19  **A.**  Yes, they are.

20  **Q.**  What's the first entry associated -- the update associated

21  with Text Me?

22  **A.**  November 17th, 2020.

23  **Q.**  And what was the date of the activation that was found in

24  that user information from Text Me?

25  **A.**  Also November 17th, 2020.

Direct Examination - Cain (By Ms. Hughes)

1   **Q.**  In the course of your -- of this investigation, did you

2   review whether or not Mr. Hackett, in fact, used Signal?

3   **A.**  I did, yes.

4   **Q.**  How were you able to determine that Mr. Hackett, in fact,

5   had used Signal?

6   **A.**  We had identified other devices in which Signal was

7   present, and his name and username was a participant in those

8   chats.

9   **Q.**  And from your examination of these devices, were you able

10  to summarize the groups and the messages that he sent to these

11  various groups?

12  **A.**  I was, yes.

13          MS. HUGHES:  If we could please bring up just for

14  the witness, Government's Exhibit 9700.  And if we could go to

15  page 2.  Thank you, Ms. Badalament.

16  **Q.**  (BY MS. HUGHES)  Are these the summaries of his -- of

17  Mr. Hackett's group membership that you were just

18  discussing?

19  **A.**  They are, yes.

20          MS. HUGHES:  Government seeks to admit and publish

21  Government's Exhibit 9700.

22          MS. HALIM:  No objection.

23          THE COURT:  9700 will be admitted.

24  **Q.**  (BY MS. HUGHES)  Starting with the first page, how did you

25  compile this chart?

3729

Direct Examination - Cain (By Ms. Hughes)

1    **A.**  I -- we looked at Signal across other phone applications

2    that still had the Signal chat app installed, and then looked

3    for Mr. Hackett's phone number and the accounts, which then

4    led us to the messages in these particular Signal groups.

5    **Q.**  And what is meant -- there's a notation on this chart that

6    says "source."  What does source refer to?

7    **A.**  That is the device containing the Signal chat application

8    in which that message was present.

9    **Q.**  So when you say, "First known message to this DC Operation

10   Intel Team," the source from this is from Stuart Rhodes's

11   phone; is that right, for that first row?

12   **A.**  Yes, that is correct.

13   **Q.**  And does this number here -- is this his Apple iPhone

14   number, or is this his Text Me number?

15   **A.**  That is his iPhone number.

16   **Q.**  What was the first date of the message sent to Signal --

17   to a Signal group associated with his iPhone number?

18   **A.**  July 25th, 2020.

19   **Q.**  And this was to the OK FL Hangout?

20   **A.**  Yes, ma'am.

21   **Q.**  And what is the last date that a message was sent that you

22   were able to find associated with this number?

23   **A.**  January 20th, 2021.

24   **Q.**  Is that for the DC Operation Intel Team?

25   **A.**  Yes, ma'am.

3730

Direct Examination - Cain (By Ms. Hughes)

1  **Q.**  And was there anything -- did you have a chance to look

2  actually at this message that was sent on January 20th?

3  **A.**  I did.  It was not actually a message sent by the user, it

4  was an update to the account, and possibly just notated in

5  that group.

6  **Q.**  So what was the last message you saw that he sent that

7  actually was -- included content?

8  **A.**  November 17th, 2020.

9  **Q.**  And this was to both the Grey Team OK FL and the OK FL

10  Hangout?

11  **A.**  Yes, ma'am.

12          MS. HUGHES:  If we could please go to page 2 of

13  Government's Exhibit 9700.

14  **Q.**  (BY MS. HUGHES)  What is this number associated with?

15  **A.**  That's the Text Me number.

16  **Q.**  And what is the first date of a number -- of a message

17  sent using this number?

18  **A.**  November 17th, 2020.

19  **Q.**  And could you remind me, what was the date that the Text

20  Me account was activated?

21  **A.**  Also November 17th, 2020.

22  **Q.**  What was the last date that a message was sent on using

23  this Text Me number?

24  **A.**  January 9th, 2021.

25  **Q.**  And could you please read the groups that were associated

3731

Direct Examination - Cain (By Ms. Hughes)

1    with this Text Me number?

2    **A.**  Sure.  The Miami Rolling Stone OP, OK Florida, OK Florida

3    Vetted Leadership, OK Florida DC OP Jan 6, OK SE Region Open

4    Forum, OK FL Hangout, Vetted OK FL Hangout, Temp OK FL

5    Leadership.

6    **Q.**  Thank you.

7         MS. HUGHES:  If we could please go now to

8    Government's Exhibit 2413, already in evidence.  If we could

9    go to page 29, thank you, Ms. Badalament.  And if we could

10   just focus on this number here for a moment, the IMEI.  Sorry,

11   I can't see it.  The IMEI, the number on the left.

12   **Q.**  (BY MS. HUGHES)  Did you have a chance to compare this

13   IMEI number to the IMEI that is associated with the physical

14   phone, Government's Exhibit 66?

15   **A.**  I did.

16   **Q.**  And are they the same?

17   **A.**  They are the same.

18   **Q.**  How did you compare these numbers?

19   **A.**  The first 14 ident- -- numbers in this string, that

20   comprises the mobile identity equipment number, and they

21   match, they are a match.

22        MS. HUGHES:  If you could zoom out, please,

23   Ms. Badalament.

24   **Q.**  (BY MS. HUGHES)  And on Government's Exhibit 2413,

25   page 29, does it appear that there are numerous entries in

Direct Examination - Cain (By Ms. Hughes)

1      January 2021 for calls using that physical phone?

2      **A.**  Yes, there are.

3              MS. HUGHES:  Okay.  We can bring that down, thank

4      you, Ms. Badalament.

5      **Q.**  (BY MS. HUGHES)  We're going to now talk about David

6      Moerschel.  Was Signal found on Mr. Moerschel's phone, the

7      phone that you examined?

8      **A.**  No, it was not.

9      **Q.**  And that, again, is, for identification purposes,

10     Government's Exhibit 130.

11             MS. HUGHES:  If we could please just bring up for

12     the witness, Government's Exhibit 9701.  And there are three

13     pages, Ms. Badalament, if you could just scroll through them.

14     **Q.**  (BY MS. HUGHES)  Is this, what you're seeing on your

15     screen now, an excerpt of the Cellebrite report from

16     Mr. Moerschel's phone?

17     **A.**  It is, yes.

18     **Q.**  And is this a fair and accurate excerpt of some of those

19     entries?

20     **A.**  Yes.

21             MS. HUGHES:  Government seeks to admit and publish

22     Government's Exhibit 9701.

23             MR. WEINBERG:  No objection.

24             THE COURT:  Government's 9701 is admitted.

25     **Q.**  (BY MS. HUGHES)  Okay.  So there was no Signal found on

3733

Direct Examination - Cain (By Ms. Hughes)

1    this phone; correct?

2    **A.**  Correct.

3    **Q.**  But were there Text Messages found on the phone?

4    **A.**  There were.

5    **Q.**  Starting on page 1, please, what is the earliest text

6    messages you found on the phone?

7    **A.**  August and October of 2019.

8    **Q.**  And again, is this just a summary?  Are there actually

9    many, many, many more text messages?

10   **A.**  There are.  These are just the first.

11   **Q.**  Okay.  So August and October 2019 are the earliest ones?

12   **A.**  Yes, ma'am.

13          MS. HUGHES:  If we could please go to page 2.

14   **Q.**  (BY MS. HUGHES)  Are these the last messages you found on

15   his phone?

16   **A.**  They are.

17   **Q.**  And what are the date of the last messages found on his

18   device?

19   **A.**  May 26, 2021.

20          MS. HUGHES:  If we could please go to page 3.

21   **Q.**  (BY MS. HUGHES)  Does this focus on the time period of

22   November to January, 2020 to 2021?

23   **A.**  It does.

24   **Q.**  What is the next message sent after November 13th, 2020?

25   **A.**  January 16th, 2021.

3734

Direct Examination - Cain (By Ms. Hughes)

1    **Q.**  So where -- where were the messages between November 13th,

2    2020 and January 16th, 2021, were they on the phone?

3    **A.**  There were no messages in that time frame.

4    **Q.**  As with Mr. Hackett, for Mr. Moerschel, were you able to

5    conclude that he was, in fact, a Signal user, that he had a

6    Signal profile?

7    **A.**  Yes.

8    **Q.**  How were you able to determine that for Mr. Moerschel?

9    **A.**  The other devices that we examined that contained the

10   Signal application contained Mr. Moerschel's Signal

11   identifiers, including his phone number.

12   **Q.**  And did you again create a summary of the groups

13   Mr. Moerschel was a member of?

14   **A.**  I did.

15        MS. HUGHES:  Could we please bring up just for the

16   witness, Government's Exhibit 9701, page 4.

17   **Q.**  (BY MS. HUGHES)  And is this the summary you created in

18   connection with Mr. Moerschel?

19   **A.**  It is.

20        MS. HUGHES:  Government seeks to admit and publish

21   Government's Exhibit 9701, page 4.

22        MR. WEINBERG:  No objection.

23        THE COURT:  9701 is admitted.

24   **Q.**  (BY MS. HUGHES)  How many groups was Mr. Moerschel a

25   member of?

3735

Direct Examination - Cain (By Ms. Hughes)

1   **A.**  Four.

2   **Q.**  And what was the earliest message he sent -- pardon me,

3   the earliest date he sent a message?

4   **A.**  December 13th, 2020.

5   **Q.**  And what was the last date we know he sent a message?

6   **A.**  January 7th, 2021.

7   **Q.**  And just to be clear, could there be messages we don't

8   know exist?

9   **A.**  Yes.

10  **Q.**  So these are just the messages we know from the devices we

11  have collected over the course of the investigation; is that

12  right?

13  **A.**  That's correct.  That is correct.

14  **Q.**  Now, how many groups was Mr. Moerschel a member of?

15  **A.**  Four.

16  **Q.**  And finally --

17          MS. HUGHES:  You can bring that down, thank you,

18  Ms. Badalament.

19  **Q.**  (BY MS. HUGHES)  Mr. Vallejo, was Signal found on

20  Mr. Vallejo's Motorola Moto phone?  That's Government's

21  Exhibit 210.

22  **A.**  It was not.

23  **Q.**  What -- or how many groups was Mr. Vallejo a member of?

24  **A.**  Just one that we found.

25          MS. HUGHES:  If we could please bring up just for

Direct Examination - Cain (By Ms. Hughes)

1    the witness, Government's Exhibit 9702, and for page 1,

2    seeking to admit just page 1 at this time.

3    **Q.**  (BY MS. HUGHES)  Is this one of the messages you reviewed

4    that Mr. Vallejo sent?

5    **A.**  Yes, it is.

6         MS. HUGHES:  Government seeks to admit and publish

7    Government's Exhibit 9701 [sic], page 1.

8         THE COURT:  It will be admitted.

9    **Q.**  (BY MS. HUGHES)  Okay.  So who -- first of all, you said

10   that Mr. Vallejo was part of one group.  What was that

11   group?

12   **A.**  DC OP Jan 6/21.

13   **Q.**  And how did Mr. Vallejo -- what was his username?  How

14   would he appear if you were chatting with him on Signal?

15   **A.**  Just as you see here, as Ed Vallejo.

16   **Q.**  Is that a name that he would have given himself?

17   **A.**  For this instance, yes, it is.

18         MS. HUGHES:  If we could please bring up page 2 just

19   for the witness.  Apologies, page 3, Ms. Badalament, thank

20   you.

21   **Q.**  (BY MS. HUGHES)  Is this how his username is associated

22   with this phone in a cell phone extraction?

23   **A.**  It is.

24   **Q.**  Is this a fair and accurate excerpt from that

25   extraction?

Direct Examination - Cain (By Ms. Hughes)

1    **A.**  Yes, it is.

2          MS. HUGHES:  My apologies, I believe I misspoke.  I

3    said 9701.  This is 9702.  My apologies.

4        The government seeks to admit and publish Government's

5    Exhibit 9702, page 3.

6          THE COURT:  Admitted.

7    **Q.**  (BY MS. HUGHES)  Okay.  So you were just -- you were just

8    describing how his username is associated with a phone number.

9    Can you explain what we're looking at right now on 9702,

10   page 3?

11   **A.**  Sure.  This is from a Signal database, and that database,

12   inside it has a table that tracks all the identifiers

13   associated with its users, and the full name, Ed Vallejo, is

14   associated here with phone number 602-434-6843.

15   **Q.**  Whose device was this from?

16   **A.**  Mr. Rhodes.

17   **Q.**  Stuart Rhodes?

18   **A.**  Yes, ma'am.

19          MS. HUGHES:  If we could please go just for the

20   witness to Government's Exhibit 9702, page 2.

21   **Q.**  (BY MS. HUGHES)  In addition to Signal messages, did you

22   also review Text Messages that were sent on that number,

23   602-434-6843?

24   **A.**  I did.

25   **Q.**  Did you notice -- or did you note the number of messages

1    that Mr. Vallejo sent in any given month on that number?

2    **A.**  I did, yes.

3    **Q.**  And is this exhibit in front of you an accurate summary of

4    those messages sent in 2019, 2020, and 2021?

5    **A.**  Yes.

6         MS. HUGHES:  Government seeks to admit and publish

7    Government's Exhibit 9702, page 2.

8         THE COURT:  All right.  9702, page 2 is

9    admitted.

10   **Q.**  (BY MS. HUGHES)  Focusing your attention on this time

11   period, November/December/January 2020 to January 2021,

12   approximately how many Text Messages were sent from

13   November 2020 through January 2021?

14   **A.**  Approximately 1,400.

15   **Q.**  And why have we not reviewed -- we started by talking

16   about Mr. Hackett's iCloud search warrant.  Why have we not

17   reviewed an iCloud search warrant in connection with

18   Mr. Moerschel and Mr. Vallejo when analyzing their Signal

19   usage?

20   **A.**  Those two particular devices are Android devices, they are

21   not iPhones, so they back up to their Google accounts.  And

22   Google just does not store the same types of data that Apple

23   does.  So whereas you can get Apple store data on any given

24   device, that's just not available on the Google platform.

25        MS. HUGHES:  And if we could back up just for a

Direct Examination - Cain (By Ms. Hughes)

1    moment to Government's Exhibit 2414.1, page 11.

2    **Q.**  (BY MS. HUGHES)  Did you have an opportunity to compare

3    this?

4           MS. HUGHES:  And we're missing the top column, so if

5    you could actually go to page 1 first, Ms. Badalament, my

6    apologies, and just identify which row is the IMEI row.  The

7    IMEI row would be the row that is three from the right.

8        And we can now go back to page 11.

9    **Q.**  (BY MS. HUGHES)  Did you have an opportunity to compare

10   whether this IMEI -- this IMEI corresponded with any of the

11   physical phones that you examined?

12   **A.**  It did.

13   **Q.**  And which phone did this correspond with?

14          MS. HUGHES:  My apologies, Ms. Badalament, you might

15   have to zoom out.  If you could just zoom in on just a small

16   portion of it.

17   **A.**  I'm sorry, I don't have them committed to memory as to

18   which of the four devices.

19          MS. HUGHES:  If we could go to the top of this

20   exhibit.

21   **Q.**  (BY MS. HUGHES)  So this device -- we've gone through

22   Mr. Hackett's.  That was Government's Exhibit -- my apologies,

23   2413 was Mr. Hackett's.  Were you asked to evaluate whether an

24   IMEI corresponded with another physical device?

25   **A.**  Yes, I was.

Direct Examination - Cain (By Ms. Hughes)

1  **Q.**  Which device were you asked to correspond an IMEI with the
2  physical device for?

3  **A.**  With his iPhone.

4  **Q.**  With whose iPhone?

5  **A.**  Oh, Mr. Hackett.

6  **Q.**  And this is a different exhibit.  This is Government's
7  Exhibit 2414.  My apologies, they all look very similar.

8  **A.**  Okay.

9  **Q.**  There are two CDR records you were asked to look at and
10  correlate with physical phones.

11  **A.**  Yes.

12  **Q.**  We've gone over Mr. Hackett's phone.  Did you look at a
13  different phone and compare it with the IMEI?

14  **A.**  Yes, I did.

15  **Q.**  Who?

16  **A.**  Mr. Moerschel.

17  **Q.**  Mr. Moerschel.

18  **A.**  Yes.

19  **Q.**  Now, going back to page 11, for this exhibit, this is
20  Government Exhibit 2414 --

21        MS. HUGHES:  If we could please go to page 11.

22  **Q.**  (BY MS. HUGHES)  Did there appear to be entries in the
23  January time period that showed that this phone was indeed
24  active, was making calls in the January time frame?

25  **A.**  Yes, there are.

Direct Examination - Cain (By Ms. Hughes)

1    **Q.**  And is this the same phone that you examined -- you

2    examined the physical phone for?

3    **A.**  Yes.  The IMEIs are a match.

4    **Q.**  In addition to looking at various text messages, did you

5    also summarize how many -- just in terms of raw numbers, how

6    many Signal messages Mr. Vallejo, Mr. Hackett, and

7    Mr. Moerschel sent in these groups that you're able to

8    identify?

9    **A.**  I did.

10   **Q.**  And did you create a summary chart summarizing those

11   number of chats that were sent?

12   **A.**  I did.

13          MS. HUGHES:  If we could please bring up just for

14   the exhibit [sic], Government's Exhibit 9704.

15   **Q.**  (BY MS. HUGHES)  And is this a fair and accurate

16   representation of the summary you created?

17   **A.**  It is, yes.

18          MS. HUGHES:  Government seeks to admit and publish

19   Government's Exhibit 9704.

20          THE COURT:  All right.  9704 is admitted.

21          MS. HUGHES:  Okay.  If you could just zoom in on the

22   chart itself, Ms. Badalament, thank you.

23   **Q.**  (BY MS. HUGHES)  Okay.  So first of all, there are two

24   entries for Mr. Hackett, one with the number ending in 9396

25   and one for an entry ending 2509.  Does this refer to his

3742
Cross-examination - Cain (By Mr. Weinberg)

1    iPhone number and then is Text Me number?

2    **A.**  It does.

3    **Q.**  How many messages approximately in total did Mr. Hackett

4    send from July 25th, 2020 through January 20th, 2021?

5    **A.**  Just under 400.

6    **Q.**  And for Mr. Moerschel, for the time period of December

7    13th, 2020 through January 7th, 2021, approximately how many

8    messages did Mr. Moerschel send?

9    **A.**  150.

10   **Q.**  And for Mr. Vallejo, from January 5th, 2021 through March

11   7th, 2021, approximately how many messages did Mr. Vallejo

12   send?

13   **A.**  140.

14   **Q.**  And did you find any of these messages on any of the three

15   devices you examined?

16   **A.**  No, I did not.

17            MS. HUGHES:  No further questions.

18            THE COURT:  Okay.  Any cross-examination?

19                    CROSS-EXAMINATION

20   BY MR. WEINBERG:

21   **Q.**  Good afternoon, how are you?

22   **A.**  Great.  Thank you.

23   **Q.**  That was a lot of data?

24   **A.**  Yes.

25   **Q.**  All right.  So you'll have to excuse me, I'm not very good

3743

Cross-examination - Cain (By Mr. Weinberg)

1    with data, but I just have a couple questions.  Okay?

2        Mr. Moerschel's phone is what kind?

3    **A.**  It's a Motorola.

4    **Q.**  Okay.  Is it fair to say that that type of phone doesn't

5    have a lot of memory compared to like, let's say, the

6    iPhone 14?

7    **A.**  They're all older devices, yes, so they're not as robust

8    as today's devices.

9    **Q.**  Okay.  And you looked through the Cellebrite; correct?

10   **A.**  I did.

11   **Q.**  Okay.  And in the Cellebrite, it has a list of all of the

12   text messages and everything like that, correct?

13   **A.**  It does.

14   **Q.**  Okay.  We can agree that in Mr. Moerschel's phone, he had

15   numerous other gaps where text messages were not on his phone.

16   Would you agree with that?

17   **A.**  There were some other gaps where there were no messages.

18   **Q.**  So we can agree that from 8/24/2019 to 9/28/2019, that's

19   about a five-week period there were no messages besides two

20   spam messages?

21   **A.**  I don't recall that exactly, but that sounds logical.

22   **Q.**  Okay.  And then between 10/10/2019 and 5/22/2019, there

23   are no messages besides four spam messages, correct?

24   **A.**  I -- I don't remember the exact dates that there were no

25   messages, but there were indeed time gaps like that, yes.

1    **Q.**  Okay.  So -- and there was also one more gap from

2    8/11/2020 to 9/23/22020, about a six-week gap where there are

3    no messages on his phone?

4    **A.**  Okay.

5    **Q.**  Okay.  So it's your understanding that he deleted those

6    messages on those three other four- to five-week to six-week

7    spans, is that --

8    **A.**  They are not on the device.

9    **Q.**  Okay.  Then I do have a question about one of your

10   exhibits.  I think it was 9701.

11          MR. WEINBERG:  Could we pull that up?  I think it

12   was page 4, maybe.  Okay.

13   **Q.**  (BY MR. WEINBERG)  Just a quick question.  This data, what

14   time zone is that?

15   **A.**  I believe this is in UTC.

16   **Q.**  Okay.  So for UTC, that would mean five hours back; is

17   that right?

18   **A.**  If we're comparing it to Eastern Standard Time, yes, sir.

19   **Q.**  Okay.  From like to --

20   **A.**  From here, in D.C.

21   **Q.**  Okay.  All right.  So that would mean -- I'm not very good

22   at math, but at 14:35, that would mean five hours prior is

23   when he left the group?

24   **A.**  Is the last -- not necessarily when he left the group, but

25   when the last --

Cross-examination - Cain (By Ms. Halim)

1    **Q.** Message?

2    **A.** -- message that he posted to that group, yes.

3    **Q.** Okay.  Great.

4            MR. WEINBERG:  I don't have any other questions.

5    Thank you.

6                    CROSS-EXAMINATION

7    BY MS. HALIM:

8    **Q.** Agent, good afternoon.  You have some familiarity with the

9    Signal app; is that correct?

10   **A.** Yes, ma'am.

11   **Q.** All right.  So if a person is on Signal and sends a

12   message, and later decides that he or she wants to get rid of

13   that message, there is a function where you can just delete an

14   individual message; correct?

15   **A.** There is, as long as you're the creator of that message.

16   **Q.** If you're the creator, correct.  So an author of a message

17   could say go back a day, a week, or a month and say, I don't

18   like that message, I'm going to delete that specific

19   message?

20   **A.** Yes.

21   **Q.** And when that happens, you know from your review that what

22   you then see on Signal, is you still see the person's name and

23   it just says messages deleted; correct?

24   **A.** Yes.

25   **Q.** All right.  Now, when you reviewed Mr. Hackett's messages

3746
Cross-examination - Cain (By Ms. Halim)

1  from other people's -- from the Signal on other people's

2  phones, never once did you see that in connection with a

3  message that he authored; correct?

4  **A.**  I didn't specifically look for that, so I can't answer to

5  it.

6  **Q.**  Okay.  But you didn't -- you -- in preparation for your

7  testimony, as the FBI agent who did the digital forensic

8  analysis, you don't recall ever seeing that, do you?

9  **A.**  I didn't specifically look for it.

10 **Q.**  But what you did see, regardless of what you were looking

11 for, what you saw, what you absorbed and observed, you did not

12 see messages that were individually deleted by Mr. Hackett,

13 what you saw?

14 **A.**  No, I did not see on Signal the words, "This message has

15 been deleted by the user."

16 **Q.**  But you did see that in connection with other people,

17 correct?

18 **A.**  Occasionally, yes.

19 **Q.**  Yeah, so you have seen it, as your job as the digital

20 forensic examiner in this case, in this investigation, were

21 individual authors did, in fact, delete specific messages?

22 **A.**  Yes, ma'am.

23 **Q.**  All right.  Now, Mr. Hackett's phone was seized by the FBI

24 on May 28th, 2021.  Does that sound right?

25 **A.**  That sounds accurate, yes.

3747

Cross-examination - Cain (By Ms. Halim)

1    **Q.** And so your examination couldn't have begun prior to May

2    of 2021, right?

3    **A.** That is correct.

4    **Q.** And by the time --

5         MS. HALIM: Oh, thank you. Did you do this, Scott?

6    Thank you so much.

7    **Q.** (BY MS. HALIM) By the time that you -- when you analyzed

8    Mr. Hackett's phone, Signal, the application, was not on the

9    phone at all, correct?

10   **A.** That is correct.

11   **Q.** Now, Signal is an application like many other applications

12   that a person can have a smartphone, right?

13   **A.** Yes.

14   **Q.** And Signal's an application that only works on a

15   smartphone, correct?

16   **A.** You can also download it for a desktop computer as well.

17   **Q.** A desktop computer, but not like an old decrepit phone?

18   **A.** Right. You have to have data and Wi-Fi capabilities, yes.

19   **Q.** Thank you.

20       Now, I'm going to be specific to iPhones, because that's

21   what I know, okay. So if I were to go to my iPhone and if I

22   had Signal on it, and I wanted to delete it, I would press and

23   hold, right, and I'd get the little jiggly box with an X,

24   right?

25   **A.** Yes, ma'am.

Cross-examination - Cain (By Ms. Halim)

1    **Q.**  I would press the X, correct?

2    **A.**  Yes, ma'am.

3    **Q.**  And then typically, a message is going to pop up, are you

4    sure you want to delete this, yes or no, right?

5    **A.**  Yes, ma'am.

6    **Q.**  And then sometimes you would even get a second message,

7    are you really, really sure, because if you delete this, it's

8    going to wipe out everything, right?

9    **A.**  Yes, ma'am.

10   **Q.**  And then you say yes or no, correct?

11   **A.**  Yes.

12           MS. HALIM:  If we could -- Justin, could you please

13   pull up Government's Exhibit 9704.

14   **Q.**  (BY MS. HUGHES)  This is the summary of the number of

15   messages, correct?

16        And I see for Mr. Hackett, you have tabulated or counted

17   a total of 390 messages sent between July 25th, 2020 and

18   January 20th, 2021, correct?

19   **A.**  January 9th, but yes, 2021.

20   **Q.**  Well, if you look at that first one, the very first box,

21   does it not say 1/20/2021?

22   **A.**  Oh, I'm sorry, yes.

23   **Q.**  So the all-encompassing dates for the two boxes that

24   pertain to Mr. Hackett are from July 25th, 2020 to January

25   20th, 2021, correct?

Cross-examination - Cain (By Ms. Halim)

1    **A.**  Yes.

2    **Q.**  And we don't have any information here as to when those

3    390 messages specifically were sent, correct?

4    **A.**  Not on this slide, no.

5    **Q.**  And to make it even more specific, we don't have the

6    number of messages between November 3rd and January 20th,

7    correct?

8    **A.**  November 3rd, no.

9    **Q.**  Right.

10        Did you look at any of the Signal messages?  Was that

11   something that you did as part of your role for the FBI?

12   **A.**  Yes, it was.

13   **Q.**  Do you recall a number of messages from Mr. Hackett to the

14   effect of, Welcome, from Sarasota?

15   **A.**  I do not.

16   **Q.**  You don't recall that?

17   **A.**  I don't --

18   **Q.**  You don't recall to the tune of 50 or more messages,

19   Welcome, from Sarasota?

20   **A.**  I do not.

21   **Q.**  Okay.  Thank you, Agent.

22              MS. HALIM:  I have no further questions.

23              MR. SHIPLEY:  I have no questions.  Thank you.

24              THE COURT:  Okay.  Mr. Peed.

25              MR. PEED:  Your Honor, I have an objection.  I want

 1    to have the witness testify about the total DC OP chat file,

 2    and the government's objecting, so I don't know...

 3            (Bench conference on the record.)

 4            THE COURT:  Mr. Peed.

 5            MR. PEED:  I want to have the witness identify the

 6    total number of pages and the total DC Signal OP chat from

 7    Stuart Rhodes's phone, the page that Vallejo's first message

 8    appears on, and then the number of Vallejo messages between

 9    January 5th and January 8th, and the number of Vallejo

10    messages between January 5th and January 20th, and the last

11    Vallejo message date.

12            THE COURT:  Okay.  I can't hear you, Ms. Hughes.

13            MS. HUGHES:  He can ask her is it fair to say x

14    amount, date, but what he wants to have her do is a worksheet

15    it looks like, and have her look at some document that's over

16    300 something pages, we cannot -- we don't know what this --

17    if his version compares to our version or what this is and to

18    have to do this on the fly.  So if he wants to ask those

19    dates, I object to the worksheet exercise with this document

20    that she's never seen before.  We object.

21            MR. PEED:  I believe this document is extracted from

22    Stuart Rhodes's phone.

23            THE COURT:  What are you going to ask her to do?

24    Are you going to ask her to look through 300 pages and count

25    up Mr. Vallejo's Signal messages?

1          MR. PEED:  No, Your Honor.  I'm going to ask if

2    she's worked with this document and if she does the search

3    function, then enter Ed Vallejo's handle.  And then it will

4    bring up all 144 messages.  And then identify these dates, it

5    should take about five minutes.

6          MS. HUGHES:  She's not seen this document before.

7    So if he wants to fill in the answers, the government does not

8    have an objection, but doing this kind of worksheet format

9    with something she's never seen before, is --

10          MR. PEED:  I guess it's news to me that she hasn't

11    seen this, because I thought this was from discovery.

12          MS. HUGHES:  You sent me an e-mail with this

13    document.  I'm not sure what this is.  And apologies, I have

14    not had time to look through all 360 pages.

15          MR. PEED:  So what I have is the DC OP chat pulled

16    from what I believe is discovery, if she has not seen this

17    document --

18          THE COURT:  I'm still lost, what are you trying to

19    accomplish with her with this 300-plus page document?

20          MR. PEED:  The relative to the total what page of

21    the document does Mr. Vallejo's first message come in.  And

22    then the number of messages she -- her chart only has from

23    January 5th to the end.  I want to establish how many messages

24    between January 5th and January 8th, and then January 5th to

25    January 20th, you know, key points in the time line --

Cross-examination - Cain (By Mr. Peed)

1          THE COURT:  How is she going to do that while she's

2    standing there, is she just going to count up the number of

3    messages looking page-by-page?

4          MR. PEED:  We're going to do it together and she's

5    going to create an exhibit --

6          THE COURT:  No, we're not going to do that.  You

7    want to do that, you can call your investigator or somebody

8    else on the stand to do that.  We're not going to waste the

9    jury's time while you try to create an exhibit on the fly.  So

10   you can do that in your own case, call your investigator who's

11   going to do the same exercise and do it that way.

12          (The following proceedings were had in open court.)

13          MR. PEED:  Can you pull up 9702, second page?

14                    CROSS-EXAMINATION

15   BY MR. PEED:

16   **Q.**  Okay.  You went over these.  This is the number of

17   messages -- of SMS messages recovered from Mr. Vallejo's

18   phone, correct?

19   **A.**  That is correct.

20   **Q.**  And could you just notate with the screen the messages in

21   January of 2021?

22   **A.**  668.

23   **Q.**  Okay.  That number was greater than December and greater

24   than in February, right?

25   **A.**  That is correct.

3753

Cross-examination - Cain (By Mr. Peed)

1    Q.  And the FBI was able to review or possess all 668 of those
2    messages, right?

3    A.  Yes.

4    Q.  Because they were on Mr. Vallejo's phone when he gave his
5    phone to the FBI, right?

6    A.  Yes.

7    Q.  Now, Mr. Vallejo's phone was searched by the FBI in June
8    of 2021, correct?

9    A.  I believe that is correct, yes.

10   Q.  All right.  And so that would be over five months after
11   the events of January 6th, right?

12   A.  Yes.

13   Q.  Mr. Vallejo had a Moto E5 Cruise, correct?

14   A.  That sounds correct, yes.

15   Q.  And he was using that same Moto E5 Cruise up through the
16   point where the FBI asked for it, correct?

17   A.  That is my understanding.

18   Q.  The same one he came with to D.C.?

19   A.  Yes.

20   Q.  And the same one he was using going back to 2019?

21   A.  Yes.

22   Q.  Right.  That Moto E5 Cruise has a manufacturer or release
23   date of -- has a general release date of July of 2018,
24   correct?

25   A.  That sounds accurate.

Cross-examination - Cain (By Mr. Peed)

1    **Q.** And it's an Android 8 device, right?

2    **A.** I'm not sure of what operating system it was running, but

3    it was running an Android operating system.

4    **Q.** Okay. It has a hard drive space of 16 gigabytes, right?

5    **A.** I'm not sure what the specs were on this particular phone,

6    but that does sound accurate.

7    **Q.** Okay. It had RAM of -- 2 gigabytes of RAM, right?

8    **A.** Sure.

9    **Q.** Fairly cheap little phone, right?

10   **A.** I -- it's a smartphone. It is less expensive than some of

11   its other counterparts, but I don't know how you classify

12   cheap.

13   **Q.** I guess I'll put it this way, 2 gigabytes on an Android

14   device is about the minimum you can have on it to run

15   effectively in 2020, right?

16   **A.** Sure. Yes.

17   **Q.** The Android operating system takes up about 3 to

18   4 gigabytes on most phones, right?

19   **A.** I don't know.

20   **Q.** Now, you said that the Signal -- Signal is a phone app,

21   right?

22   **A.** It is.

23   **Q.** And messages on Signal app can be stored on the user's

24   device; they're not stored in the cloud, right?

25   **A.** That is correct, until the time move go through the Signal

3755

Cross-examination - Cain (By Mr. Peed)

1    server until the time they are delivered to the device.

2    Q.  Now, you said that -- I think the last question to you was

3    did the FBI find Signal on any of the phones that we've been

4    discussing, right?

5    A.  Yes.

6    Q.  Okay.  Signal also has a desktop application, correct?

7    A.  It does.

8    Q.  And when a user downloads a Signal desktop application,

9    they can sync it with their phone, right?

10   A.  You can.

11   Q.  Okay.  When you sync it with your phone, the messages that

12   are stored on your phone are then synced to your computer,

13   right?

14   A.  No, they are not.  It's if you send a message from your

15   phone, that message is on your phone, and if you send a

16   message on your computer, that message is on your computer.

17   Q.  But if you link it with a QR code, it will be synced

18   between those devices, won't they?

19   A.  To my knowledge, it does not sync the complete history of

20   Signal.  It could sync a particular set of data in the chat

21   that you were discussing between the two devices.

22   Q.  Okay.  So if someone with -- syncs their phone to their

23   computer or to the Signal desktop app, and they were in the DC

24   OP chat, that chat group would appear on their Signal desktop

25   app, correct?

Cross-examination - Cain (By Mr. Peed)

1    **A.**  Potentially.  Parts of it could, yes.

2    **Q.**  And the FBI did not search to see if Mr. Vallejo had these

3    messages on a computer, for example, correct?

4    **A.**  I was not involved with looking at his computer or even if

5    he possessed one, no.

6    **Q.**  All right.  And you'd agree with me that if you have a

7    phone with two gigabytes of RAM, and its memory is running

8    out, it will run slower, correct?

9    **A.**  Sure.

10   **Q.**  And that deleting things will make it run more quickly,

11   generally, right?

12   **A.**  Sure.  Yes.

13   **Q.**  And Mr. Vallejo's last message was -- that you brought up,

14   is March 7th, 2021, right?

15   **A.**  For Signal?

16   **Q.**  Yes.

17   **A.**  Yes, if that's what I had on my chart, then yes.

18   **Q.**  That is two months after January 6th, right?

19   **A.**  It is.

20   **Q.**  And there had been arrests in January 6 cases before then,

21   correct?

22   **A.**  Correct.

23   **Q.**  There had been arrests of people we've heard names about

24   like Mr. Caldwell, correct?

25   **A.**  Correct.

Redirect Examination - Cain (By Ms. Hughes)

1   **Q.** All right.  And two months -- Mr. Caldwell was arrested in

2   January of 2021, right?

3   **A.** I don't recall the date of his arrest.

4   **Q.** But before March 7th, right?

5   **A.** I don't recall the date of his arrest.

6   **Q.** Okay.

7          MR. PEED:  No further questions.  Thank you.

8          THE COURT:  Redirect, Ms. Hughes.

9                   REDIRECT EXAMINATION

10  BY MS. HUGHES:

11  **Q.** Ms. Badalament, if we could please begin -- you were asked

12  a series of questions about Mr. Moerschel and how there were

13  chunks of time that were missing in Mr. Moerschel's text

14  messages out of his extraction.  Do you remember those

15  questions?

16  **A.** I do.

17  **Q.** And specifically in your testimony you discuss that there

18  were no messages found between November 13th, 2020 and January

19  16th, 2021, correct?

20  **A.** That is correct.

21  **Q.** Does January 6, 2021 fall within that time span?

22  **A.** It does.

23  **Q.** You were asked by Mr. Peed, Mr. Vallejo's attorney, about

24  there being voluminous text messages found on Mr. Vallejo's

25  phone.  In your experience, what is the difference in terms of

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

3758

Redirect Examination - Cain (By Ms. Hughes)

1    encryption between a text message and Signal messages?

2    **A.**  Well, text messages go through your phone provider, and

3    that's all controlled by your cellular phone provider, and

4    Signal is an encrypted chat app in which you select these as

5    you're going to exchange text messages with.

6    **Q.**  So text messages compared to Signal messages, which one is

7    more secured?

8    **A.**  Signal messages.

9    **Q.**  Finally, you were asked a series of questions by

10   Ms. Halim, Mr. Hackett's attorney, that many of the messages

11   he sent were sort of welcome -- welcome in nature.  Do you

12   remember those questions?

13   **A.**  I do.

14         MS. HUGHES:  If we could please bring up what's

15   already been admitted into evidence as Government's Exhibit

16   6776, page 13.

17         MS. HALIM:  Objection.

18         THE COURT:  Can I see it?

19         (Bench conference on the record.)

20         MS. HUGHES:  She made it seem like it was all

21   welcome, so this is -- I believe, actually, this is precisely

22   the issue Your Honor flagged.

23         THE COURT:  Well, I don't want to reverse engineer

24   what I was trying to avoid, which is opening the door to every

25   single message that --

1          MS. HUGHES:  This is the only message the government

2    intends, Your Honor.

3          THE COURT:  No, no, I know, but if you introduce

4    this -- look, this is already in evidence, you're going to be

5    able to make whatever argument you want.  I think it's really

6    outside the scope.  And unfortunately -- or not unfortunately,

7    in my view, based on my thinking, opened the door to the

8    admission of all these Signal messages that she's identified

9    and can be presumably collected from other phones.  So I'm

10   going to sustain the objection.

11         MS. HUGHES:  I understand.

12         (The following proceedings were had in open court.)

13         MS. HUGHES:  If we could please go to Government's

14   Exhibit 9704, Ms. Badalament.  And you can zoom in.

15   **Q.**  (BY MS. HUGHES)  You were asked a series of questions that

16   Mr. Hackett said a bunch of times, you're welcome, welcome.

17   In the date range -- first of all, you testified that January

18   20th, that this was, in essence, not a real message.  What was

19   that message again?

20   **A.**  It was a system message indicating that the user's profile

21   had just been updated in some form.

22   **Q.**  And so from July 25th, 2020 to January 9th, 2021, five

23   months and some change, did Mr. Hackett send approximately 400

24   messages?

25   **A.**  Yes.

Redirect Examination - Cain (By Ms. Hughes)

1    **Q.**  And after January 9th, do we have any evidence that he

2    sent a single message?

3    **A.**  No, we do not.

4    **Q.**  And you've reviewed some of his messages, not all of them,

5    correct?

6    **A.**  That is correct.

7    **Q.**  Were all of them, Welcome?

8    **A.**  No, they were not.

9            MS. HUGHES:  No further questions.

10           THE COURT:  Okay.  Ms. Cain, thank you very much for

11   your time and testimony.  You may step down.

12      Okay.  Ladies and gentlemen, we actually are going to

13   have a early dismissal today.  We've come to the end of our

14   day.  So we will adjourn and resume tomorrow at 9:30.  We look

15   forward to seeing you then.  Thank you.

16           (Jury left the courtroom.)

17           THE COURT:  All right.  Please be seated, everyone.

18      All right.  Let's just talk about scheduling.  So it

19   sounds like we should have the better portion of the day

20   tomorrow.  And then that puts us to Wednesday.  So who's

21   prepared to start Wednesday?

22           MS. HALIM:  Our agreement was if there's no

23   agreement, we go in order.

24           MR. SHIPLEY:  Well, I have an opening, Judge,

25   obviously.

1           THE COURT:  Okay.

2           MR. SHIPLEY:  So, I'm not sure the Court's

3    suggesting that I give my opening Wednesday and call my first

4    witness Wednesday, tomorrow?

5           THE COURT:  Wednesday.

6           MR. SHIPLEY:  Thursday.

7           THE COURT:  Today's Monday.

8           MR. SHIPLEY:  Oh, yeah, I'm losing it.  Little

9    aftereffect of cold medicine.  All right.  So Wednesday,

10   government goes tomorrow, make my opening Wednesday morning

11   and then go right to witnesses, even though I don't have any

12   lined up yet?  Two days ago it was Wednesday, Thursday.

13          THE COURT:  Two days -- hang on.  No, on Friday --

14   we left here on Friday, and the government said they expect to

15   rest no later than Wednesday.  I think that's what they said,

16   be done by Wednesday at the latest.  Now, not putting you --

17   so it's not -- should not be unexpected that you would begin

18   on Wednesday.  So I'm just asking you, can you get witnesses

19   here on Wednesday and to begin your case?

20          MR. SHIPLEY:  I -- Mr. Jackson is the witness in

21   question, and I told him Thursday morning.  I can check with

22   him as soon as we're done.  I -- the investigator that was in

23   touch with him, I'll ask if he can get in touch with him again

24   today.  So I have Mr. Minuta's wife coming in tomorrow, I

25   expect her to testify, but not too extensively.  And then,

1    yeah, I just was not planning on putting Mr. Minuta on that

2    quickly.  I wanted to get more testimony in before I put him

3    on.  I am not going to call Mr. Rhodes.  I am unlikely to call

4    Mr. Green, unlikely almost to the point of certainty.  That's

5    a decision we were all going to discuss a little bit later

6    today.  So I'm really down to probably no more than three

7    witnesses.

8                THE COURT:  Okay.  So can you find out this evening

9    whether you can get Mr. Jackson in here on Wednesday?

10               MR. SHIPLEY:  If I get information today, and I will

11   check as soon as we're out, I will let everybody know.

12               THE COURT:  Okay.  Appreciate it.

13          Remind me who's next.  Ms. Halim?

14               MS. HALIM:  As things stand right now, witnesses are

15   lined up for Tuesday.  I can inquire.  Everyone's coming from

16   Florida, and there are some people that can't fly due to

17   health reasons, which I didn't understand, but that's what I

18   was told.  So I -- it would take some scrambling to see if I

19   could get people here this week, but otherwise I'm set to go

20   Tuesday.

21               THE COURT:  When you say there are people who are

22   unable to fly due to health reasons, what do you mean by that?

23               MS. HALIM:  Well, that's what I said, I don't

24   understand that.  I did not understand -- my investigator

25   relayed this to me, somebody needed a heads up so that they

1    could drive.  And it had something to do with health, and I --

2    I'll have to go back and look and see exactly what it is,

3    but --

4           THE COURT:  Okay.  I ask you to see what you can do

5    about getting people here as early as Thursday.  Again, we

6    don't have to do this in complete order.  We can move in and

7    out among defense counsel and defense cases.

8        Mr. Weinberg.

9           MR. WEINBERG:  Judge, my plan was to have people

10   come on Tuesday.  They're all from Florida.  I will attempt

11   today to see if we can get at least one or two, so it might

12   not go in order, and put on Mr. Moerschel.  I'll send an

13   e-mail if I find something out right away.

14          THE COURT:  Okay.  I appreciate it.  Okay.

15       Mr. Peed.

16          MR. PEED:  We could adjust Mr. Cummings --

17   Mr. Cummings is a witness, that if he doesn't come here,

18   either through his transcript or video, could be front-loaded.

19   Other people -- I don't have anyone lined up before next week.

20   I had initial contact with two people yesterday for the first

21   time that I would like to bring in, you know, that -- when

22   they asked when, I said the end of this week or early next

23   week, was based on what my expectation of the government and

24   the other lawyers were doing would be when to come.  So there

25   are people I think I could get to at the end of this week like

1    Mr. Cummings.  I'd like to call two people the government

2    called in the first trial.  And so they probably would be able

3    to get here sooner than the other people related to

4    Mr. Vallejo.  There's loose ends that I would probably call an

5    FBI agent for or my own investigator.  Those are things that

6    could be front-loaded.

7             THE COURT:  Okay.  Well, I'll ask you to see who can

8    be available Thursday, Friday of this week.

9        All right.  Look, you know, I don't mean to turn screws

10   here any more than I have to, but again, I told this jury

11   they'll have the case by the end of next week, and I'd like to

12   keep them -- keep on that schedule, as close as we can.  Given

13   all the illnesses floating around, I feel like every passing

14   day, the clock ticks a little bit.

15            MR. SHIPLEY:  The Court's preference on Rule 29,

16   just make it pro forma at the lose of government's case, save

17   briefing for later or --

18            THE COURT:  Let me put it this way, unless there is

19   something very discrete that you think I could rule on without

20   a briefing, that would be my preference, yes.

21            MR. SHIPLEY:  Okay.

22            THE COURT:  For example, if the government's failed

23   to present evidence on the interstate element or something

24   like that.  But otherwise, you know, given the volume of the

25   evidence and -- but again, I don't know what you're prepared

1    to argue, but as I said, if it's something discrete, I'm happy

2    to hear it, but if it's not, then I'd prefer that we probably

3    have it briefed in the same way that we have the other -- you

4    know, the other trial was briefed.

5            MR. PEED:  So going back to the -- Mr. Cummings, the

6    information I have is that he's under the care of a

7    neurologist and unable to travel, and that his counsel has

8    also had hip surgery the week before Christmas and is on

9    crutches and unable to sit in a chair for more than a few

10   minutes.  So I would be fine proceeding by video, just putting

11   it out there, if the Court wants to hear from the government

12   on how to approach that.

13           THE COURT:  When you say he is under the care of a

14   neurologist who has said that he cannot fly, do you have

15   any -- who's made that representation?  Do you have it in

16   writing?

17           MR. PEED:  I have this in writing from his attorney

18   who is Laurie Shertz, who was here with him when he testified

19   for the government in the first trial.  They were in the

20   witness room the whole time.  So I -- I don't know what his

21   first condition was, but the representation from his attorney

22   is it was an episode of the same medical condition.  I don't

23   know if the government knows what that means.  But that's the

24   information that I have.

25           THE COURT:  Well --

1          MR. MANZO:  I talked to Ms. Shertz last night, and I

2     believe it's vestibular -- vestibular.  He testified about it

3     in his first trial.

4          THE COURT:  Well, I don't remember.  Did he fly here

5     last time?

6          MR. MANZO:  He did.

7          THE COURT:  So what's the difference between now and

8     the last time?

9          MR. MANZO:  Ms. Shertz represented that he had a new

10     episode around New Year's Eve.

11          THE COURT:  Can he drive?

12          MR. MANZO:  He's in Oregon.

13          THE COURT:  He's in Oregon, oh.

14       Government agree to video?

15          MR. EDWARDS:  Your Honor, we can -- we were going to

16     address that as a team.  We hadn't gotten back to Mr. Peed yet

17     after hearing that.  We can get back to him today.  I suspect

18     the answer is we will not be opposed.  We just wanted to

19     discuss which -- address that with the team, you know, before

20     we got back to Mr. Peed.

21          THE COURT:  Okay.  All right.  Well, let's see where

22     we are with that.  If the government's prepared to allow that,

23     then --

24          MR. MANZO:  One other complicating factor.  I know

25     that Ms. Shertz and Mr. Cummings do not live anywhere near

1     each other and if they're both injured, we would have to

2     figure that out.  I was just putting everyone on notice of

3     that.

4               THE COURT:  Everybody can be in a box on a screen.

5          Okay.  So I'm not yet prepared to look at instructions

6     and the verdict form.  Given the health of some counsel,

7     perhaps everybody could use the afternoon.  So why don't we go

8     ahead and just adjourn for the day.  We'll resume tomorrow

9     morning.

10              MR. EDWARDS:  Just one item while we're up, the

11    final jury instructions we provided in the joint pretrial

12    statement, I don't suspect there's going to be much addition

13    from the parties.  Ms. Halim and I just started talking again

14    about that.  The verdict form, I proposed a new version.  When

15    we submitted that, I don't believe we had actually finalized

16    the trial one verdict form, if my memory is right.  Now that

17    we have a trial on verdict form that looks different than the

18    one we had originally proposed to the Court, after some back

19    and forth, I've redlined that version, so it's based now on

20    the final version that was accepted by the Court.  I've kicked

21    that to defense over lunch.  So I just didn't want the Court

22    wasting its time looking at what we submitted during the joint

23    pretrial --

24              THE COURT:  Okay.  Yeah, if you would just forward

25    that to me.

1          MR. EDWARDS:  Yeah, as soon as I see it, if there's
2   any other objections, I'll -- I'll kick that over.
3          MS. HALIM:  Questions for both?
4          MR. EDWARDS:  I gave the redline to you.
5          MS. HALIM:  Defense objection.
6          MR. EDWARDS:  Okay.  All right.  So there is at
7   least one objection to what we've kicked to the defense, so we
8   can address that with the Court.  I'll note that it's objected
9   by defense, and I can send that to the Court.
10         THE COURT:  Okay.  All right.  Well, we'll figure
11  all that out.
12      Okay.  Two things to -- well, I guess a handful of
13  things.  One, Mr. Shipley, in terms of your opening, I'll just
14  remind you that your opening is opening for your defense case
15  and not a sort of presummation.
16         MR. SHIPLEY:  I read the colloquy from the first
17  case.  I know exactly --
18         THE COURT:  So that's one.  Two, just a reminder,
19  particularly for defense counsel, and I think Mr. Peed in
20  particular, for exhibit lists, I do ask that exhibit lists go
21  back to the jury with a description of the -- associated with
22  the exhibit number that is essentially fairly neutral so the
23  jury can more easily find exhibits that it is looking for.  So
24  just if you would just bear that in mind in terms of timing
25  and preparation.  I can't remember what the other thing is.

1    I'm sure it will come to me.

2              MR. EDWARDS:  The only other thing for the

3    Government, Your Honor, because it's two witnesses, I don't

4    know how long Mr. Shipley intends to cross the civilian

5    witness.  If there is time, I don't know if the Court is

6    intending to go straight to Mr. Shipley's opening or

7    regardless of when we end with the two witnesses, we'll just

8    wait till Wednesday.

9              THE COURT:  No, I think what I said to Mr. Shipley

10   is he opens on Wednesday.

11             MR. EDWARDS:  Wednesday, okay.  I just wanted to

12   flag.

13             THE COURT:  Then maybe if we -- you know, depending

14   on the timing tomorrow, maybe I'll have a chance to look at

15   jury instructions.  At least if you could send me the verdict

16   form, at a minimum, maybe we can begin our conversation about

17   that.

18             MR. EDWARDS:  Be happy to.

19             THE COURT:  Okay.  Anything else from anyone?  Okay.

20   Thank you, all.  We'll see you in the morning.

21             (The proceedings were concluded at 3:41 p.m.)

22

23             I, Christine Asif, RPR, FCRR, do hereby certify that
     the foregoing is a correct transcript from the stenographic
     record of proceedings in the above-entitled matter.

24
                        _____/s/_____
25                        Christine T. Asif
                        Official Court Reporter

```
 1   < Dates >.
     1/20/2021 3748:21.
 2   10/10/2019
        3743:22.
 3   12/17/2020
        3696:15.
 4   5/22/2019 3743:22.
     8/11/2020 3744:2.
 5   8/24/2019 3743:18.
     9/23/22020 3744:2.
 6   9/28/2019 3743:18.
     August 2020
 7      3725:15.
     February 6, 2021
 8      3727:8.
     Jan 6 3731:3.
 9   Jan 6/21 3736:12.
     January 16th 3734:2,
10      3757:18.
     January 16th, 2021
11      3733:25.
     January 2021
12      3721:24, 3725:15,
        3732:1, 3738:11,
13      3738:13.
     January 5th 3750:9,
14      3750:10, 3751:23,
        3751:24.
15   January 5th, 2021
        3742:10.
16   January 6 3721:19,
        3756:20.
17   January 6, 2021
        3757:21.
18   January 6th 3687:19,
        3688:12, 3689:3,
19      3690:6, 3753:11,
        3756:18.
20   January 7th
        3742:7.
21   January 7th, 2021
        3735:6.
22   January 8th 3750:9,
        3751:24.
23   January 9th 3748:19,
        3759:22, 3760:1.
24   January 9th, 2021
        3730:24.
25   January, 2020
        3733:22.
```

```
July 25th, 2020
   3729:18, 3742:4,
   3748:17, 3748:24,
   3759:22.
March 7th 3742:10,
   3756:14, 3757:4.
May 26, 2021
   3733:19.
May 28th 3687:1,
   3689:22,
   3691:25.
May 28th, 2021
   3691:21,
   3746:24.
November 17th, 2020
   3727:6, 3727:22,
   3727:25, 3730:8,
   3730:18,
   3730:21.
November 2020
   3738:13.
November 3rd 3749:6,
   3749:8.
October 2019
   3733:11.
.
.
< 1 >.
1 3733:5, 3736:1,
   3736:2, 3736:7,
   3739:5.
1,400 3738:14.
11 3739:1, 3739:8,
   3740:19,
   3740:21.
114 3673:23.
1150 3673:31.
12/17 3695:22.
13 3758:16.
130 3721:1,
   3732:10.
13th 3733:24,
   3734:1, 3735:4,
   3742:7, 3757:18.
14 3731:19,
   3743:6.
140 3742:13.
144 3751:4.
14:35 3744:22.
15 3685:11.
```

```
150 3742:9.
1532 3673:16.
16 3672:12,
   3754:4.
1775 3673:31.
1903 3711:9.
19129 3673:9.
1940s 3710:9.
1970s 3710:9.
1980 3711:4.
1:43 p.m. 3672:10.
.
.
< 2 >.
2 3713:19, 3728:15,
   3730:12, 3733:13,
   3736:18, 3737:20,
   3738:7, 3738:8,
   3754:7, 3754:13.
20 3705:13,
   3710:18.
20001 3672:49,
   3673:49.
20006 3673:32.
2018 3753:23.
2019 3733:7, 3738:4,
   3753:20.
202 3672:30,
   3673:33.
2020 3695:22,
   3733:24, 3734:2,
   3735:4, 3738:4,
   3738:11, 3742:7,
   3754:15,
   3757:18.
2021 3687:1,
   3689:22, 3692:1,
   3721:18, 3721:19,
   3721:21, 3729:23,
   3733:22, 3734:2,
   3738:4, 3742:4,
   3742:7, 3742:11,
   3747:2, 3748:18,
   3748:19, 3748:25,
   3752:21, 3753:8,
   3756:14, 3757:2,
   3757:19,
   3759:22.
2023 3672:9.
20579 3672:29.
```

20th 3721:17,
    3729:23, 3730:2,
    3742:4, 3748:18,
    3748:25, 3749:6,
    3750:10, 3751:25,
    3759:18.
210 3721:5,
    3735:21.
215 3673:10.
2215 3672:7.
228-1341 3672:41.
23 3697:17.
232581 3726:20.
239 3673:18.
2413 3731:8,
    3731:24,
    3739:23.
2414 3740:7,
    3740:20.
2414.1 3739:1.
2426 3726:14.
2509 3741:25.
252-7277 3672:30.
265 3673:23.
27 3684:12.
29 3731:9, 3731:25,
    3764:15.
.
< 3 >.
3 3713:19, 3733:20,
    3736:19, 3737:5,
    3737:10,
    3754:17.
30 3684:12, 3703:20,
    3704:1.
300 3750:16,
    3750:24.
300-3229 3673:10.
300-plus 3751:19.
32 3706:13, 3711:6,
    3711:16.
333 3672:48,
    3673:48.
337-9755 3673:18.
33901 3673:17.
33950 3673:24.
35 3680:9.
3580 3673:8.
360 3751:14.

390 3714:20,
    3715:14, 3715:17,
    3716:1, 3748:17,
    3749:3.
.
.
< 4 >.
4 3700:10, 3734:16,
    3734:21, 3744:12,
    3754:18.
400 3713:19,
    3719:22, 3742:5,
    3759:23.
400-some-odd
    3716:21.
.
.
< 5 >.
5 3713:19.
50 3699:17, 3705:13,
    3714:24,
    3749:18.
575-8000 3673:25.
.
.
.
< 6 >.
601 3672:28.
602-434-6843
    3737:14,
    3737:23.
63 3707:14, 3707:15,
    3707:19,
    3707:21.
66 3720:22, 3725:3,
    3727:15,
    3731:14.
668 3752:22,
    3753:1.
67 3705:24, 3705:25,
    3706:8, 3706:9,
    3706:12.
6776 3758:16.
6784 3691:12,
    3691:17.
6785 3692:18,
    3692:24, 3693:1,
    3693:4.
6786 3693:2,
    3694:13.
6787 3697:19.

6788 3695:15,
    3696:1.
6789 3692:19,
    3696:2, 3696:5.
6793 3699:1, 3699:4,
    3699:6.
6794 3699:19,
    3700:1, 3700:3.
6795 3702:4,
    3702:10, 3702:12,
    3702:13.
6796 3702:20,
    3702:23.
6797 3703:2.
6798 3708:5.
68 3705:24, 3705:25,
    3706:8, 3706:9,
    3707:1.
69 3700:15, 3700:24,
    3700:25.
6S 3723:11, 3723:12,
    3727:4.
.
.
< 7 >.
745 3672:39.
.
.
< 8 >.
8 3754:1.
808 3672:41.
808shipleylaw@gmail.
    com 3672:42.
86 3692:24.
87 3692:24.
88 3692:24.
89 3692:24,
    3693:1.
.
.
< 9 >.
919-9491 3673:33.
9396 3741:24.
941 3673:25.
941-704-6396
    3697:4.
96 3702:4,
    3702:10.
96734 3672:40.
97 3702:4,

```
 1      3702:10.              accomplish              3696:24, 3697:5,
     9700 3676:10,             3751:19.                3697:7, 3713:6,
 2      3728:14, 3728:21,    account 3724:17,          3766:16, 3766:19,
        3728:23,               3726:18, 3726:19,       3768:8.
 3      3730:13.               3727:1, 3727:3,       addresses 3712:21.
     9701 3732:12,             3730:4, 3730:20.      adjourn 3760:14,
 4      3732:22, 3732:24,    accounts 3726:2,          3767:8.
        3734:16, 3734:21,      3729:3, 3738:21.      adjust 3763:16.
 5      3734:23, 3736:7,     accurate 3689:11,       admission 3759:8.
        3737:3, 3744:10.       3723:20, 3732:18,     admit 3723:24,
 6    9702 3736:1, 3737:3,     3736:24, 3738:3,        3728:20, 3732:21,
        3737:5, 3737:9,        3741:15, 3746:25,       3734:20, 3736:2,
 7      3737:20, 3738:7,       3753:25, 3754:6.        3736:6, 3737:4,
        3738:8, 3752:13.     accusations               3738:6, 3741:18.
 8    9704 3741:14,            3679:2.               Admitted 3693:1,
        3741:19, 3741:20,    across 3712:24,           3699:6, 3700:3,
 9      3748:13,               3714:10, 3729:1.        3700:25, 3702:11,
        3759:14.             activated 3730:20.        3706:9, 3707:21,
10    9705 3723:18,         activation 3727:5,        3724:2, 3726:14,
        3723:25, 3724:2,       3727:23.                3728:23, 3732:24,
11      3727:10.            active 3713:14,           3734:23, 3736:8,
     98 3702:4,               3713:18, 3713:21,        3737:6, 3738:9,
12      3702:10.              3713:24, 3714:3,        3741:20,
     9:30 3760:14.            3714:8, 3714:15,         3758:15.
13   [sic] 3736:7,            3714:20, 3715:10,     affidavit 3686:1,
        3741:14.               3715:12, 3715:15,       3688:23.
14   _____/s/_____    3716:7, 3716:9,       aftereffect
        _____ 3769:27.        3716:11, 3716:13,       3761:9.
15   .                        3740:24.              afternoon 3708:25,
     .                      active. 3716:16.          3709:1, 3718:21,
16   < A >.                 actual 3676:7,            3742:21, 3745:8,
     A. 3672:10,               3693:14, 3726:5.        3767:7.
17      3672:36.            Actually 3689:16,       agency 3684:21,
     able 3678:23,             3700:11, 3700:15,       3684:23.
18      3693:16, 3722:19,      3704:16, 3705:20,     agents 3709:6.
        3728:4, 3728:9,        3709:3, 3714:10,      ago 3761:12.
19      3729:22, 3734:4,       3726:1, 3730:2,       agree 3711:3,
        3734:8, 3741:7,        3730:3, 3730:7,         3711:6, 3711:16,
20      3753:1, 3759:5,       3733:8, 3739:5,         3743:14, 3743:16,
        3764:2.                3758:21, 3760:12,       3743:18, 3756:6,
21   about. 3693:23.           3767:15.                3766:14.
     above 3676:19,         Adams 3698:13.         agreement 3716:17,
22      3699:10,             addition 3684:19,         3760:22,
        3699:11.               3693:24, 3705:2,        3760:23.
23   above-entitled            3737:21, 3741:4,     ahead 3689:14,
        3769:25.               3767:12.                3703:23, 3704:5,
24   absolute 3712:24.      additional 3694:4,        3704:7, 3767:8.
     absorbed 3746:11.         3719:24.             air 3682:25.
25   acceptable 3682:9.     address 3696:6,        al 3672:10.
     accepted 3767:20.         3696:18, 3696:20,    Alexandra 3672:24.
```

```
 1   all-encompassing          3739:14, 3739:22,      3713:5, 3713:7,
        3748:23.                 3740:7, 3751:13.        3714:7, 3714:13,
 2   allow 3766:22.          app 3729:2, 3745:9,        3714:23, 3716:4,
     almost 3703:20,            3754:20, 3754:23,        3759:5.
 3      3713:19, 3762:4.        3755:23, 3755:25,     Around 3721:17,
     alone 3710:18.             3758:4.                  3725:15, 3764:13,
 4   already 3686:8,        appear 3694:8,               3766:10.
        3714:1, 3715:23,        3731:25, 3736:14,     arrest 3757:3,
 5      3717:1, 3717:20,        3740:22,                 3757:5.
        3726:14, 3727:11,       3755:24.              arrested 3757:1.
 6      3731:8, 3758:15,     APPEARANCES 3672:21,     arrests 3756:20,
        3759:4.                 3673:1.                  3756:23.
 7   AMERICA 3672:5.         appears 3750:8.          articulate
     Amit 3672:17.          Apple 3676:8,                3712:23.
 8   Ammunition 3699:10,       3724:5, 3724:6,        artifacts 3721:17.
        3699:11, 3699:13,       3724:16, 3729:13,     Asif 3672:46,
 9      3699:16, 3700:6,        3738:22,                 3673:46, 3769:23,
        3701:17, 3702:15,       3738:23.                 3769:28.
10      3703:13, 3705:9,    application 3720:17,     aspersions 3679:6.
        3705:10, 3705:13,       3722:17, 3723:4,     assignment 3687:6,
11      3705:14, 3708:7,        3725:17, 3726:9,        3687:7.
        3708:16, 3708:17,       3726:25, 3729:7,     assigns 3724:16.
12      3708:18.                3734:10, 3747:8,     associated 3720:20,
     among 3763:7.              3747:11, 3747:14,       3720:24, 3721:3,
13   amount 3750:14.            3755:6, 3755:8.         3721:12, 3723:9,
     Analysis 3719:6,       applications 3724:8,       3723:10, 3725:10,
14      3720:16, 3746:8.        3729:1, 3747:11.        3725:25, 3726:18,
     analyzed 3747:7.       Appreciate 3762:12,        3727:1, 3727:3,
15   analyzing 3738:18.        3763:14.                 3727:15, 3727:18,
     Android 3722:18,       approach 3765:12.          3727:20, 3729:17,
16      3726:10, 3738:20,   approximate                3729:22, 3730:14,
        3754:1, 3754:3,        3685:21.                 3730:25, 3731:13,
17      3754:13,            Approximately              3736:21, 3737:8,
        3754:17.               3685:22, 3690:14,        3737:13, 3737:14,
18   Angela 3673:7.            3699:11, 3699:15,        3768:21.
     Angiehalim@gmail.com      3704:1, 3705:14,     assuming 3679:24.
19      3673:11.               3705:17, 3705:18,    attempt 3763:10.
     answer 3746:4,            3738:12, 3738:14,    attention 3738:10.
20      3766:18.               3742:3, 3742:7,      attic 3701:19,
     answers 3688:15,          3742:11,                3701:20, 3701:21,
21      3688:17, 3751:7.       3759:23.                3701:23, 3702:1,
     anteroom 3700:18,      AR-15 3703:15,             3702:6, 3702:17,
22      3706:4.                3703:17.                3707:11, 3707:16,
     anticipated            area 3698:4.               3708:6, 3709:3,
23      3681:5.             argue 3713:2,               3709:4, 3709:7.
     anybody 3680:7.            3713:23, 3715:5,    Attorney 3672:27,
24   Apologies 3676:16,         3715:20, 3716:18,       3682:18, 3757:23,
        3676:23, 3677:4,        3765:1.                 3758:10, 3765:17,
25      3736:19, 3737:2,    arguing 3715:22.            3765:21.
        3737:3, 3739:6,     argument 3712:23,       attribute 3726:3.
```

attributed
  3726:17.
August 3733:7,
  3733:11.
author 3745:16.
authored 3746:3.
authority 3685:2.
authorizes 3686:2.
authors 3746:21.
available 3682:8,
  3682:14, 3722:9,
  3738:24, 3764:8.
Avenue 3672:48,
  3673:23,
  3673:48.
avoid 3681:7,
  3758:24.
aware 3687:14,
  3709:6, 3710:3,
  3710:23,
  3711:14.
away 3763:13.
.
.
< B >.
B. 3696:17.
back 3676:3,
  3676:21, 3680:7,
  3680:24, 3682:8,
  3696:7, 3701:8,
  3703:18, 3712:11,
  3712:16, 3714:2,
  3714:8, 3727:10,
  3738:21, 3738:25,
  3739:8, 3740:19,
  3744:16, 3745:17,
  3753:20, 3763:2,
  3765:5, 3766:16,
  3766:17, 3766:20,
  3767:18,
  3768:21.
background
  3719:14.
Badalament 3691:12,
  3692:19, 3693:3,
  3694:13, 3694:18,
  3695:10, 3695:16,
  3696:1, 3696:10,
  3697:19, 3699:20,
  3702:21, 3724:10,

3725:7, 3725:21,
  3726:15, 3727:10,
  3728:15, 3731:9,
  3731:23, 3732:4,
  3732:13, 3735:18,
  3736:19, 3739:5,
  3739:14, 3741:22,
  3757:11,
  3759:14.
bag 3692:4, 3692:5,
  3692:12, 3692:13,
  3692:21, 3693:6,
  3702:14, 3702:15,
  3702:24, 3702:25,
  3703:4, 3703:7,
  3703:8, 3705:19,
  3708:6, 3708:8,
  3708:11, 3709:2,
  3709:10.
bags 3702:16.
barely 3680:24.
based 3680:9,
  3713:15, 3713:22,
  3713:24, 3715:5,
  3759:7, 3763:23,
  3767:19.
basically 3685:7,
  3686:14.
Basis 3688:6.
bear 3768:24.
became 3680:14,
  3680:17.
become 3719:19.
bedroom 3691:5,
  3691:6, 3691:14,
  3698:21, 3698:22,
  3701:18.
began 3680:13.
begin 3679:25,
  3680:1, 3724:21,
  3757:11, 3761:17,
  3761:19,
  3769:16.
begun 3680:10,
  3747:1.
believe 3688:25,
  3737:2, 3744:15,
  3750:21, 3751:16,
  3753:9, 3758:21,
  3766:2, 3767:15.

below 3700:5,
  3703:11,
  3708:17.
Bench 3688:7,
  3688:8, 3750:3,
  3758:19.
Bernard 3695:24.
besides 3743:19,
  3743:23.
best 3722:11.
better 3760:19.
beyond 3689:15.
big 3686:22,
  3693:21.
bigger 3687:9.
bit 3678:17, 3682:2,
  3704:15, 3762:5,
  3764:14.
black 3692:7,
  3694:7, 3699:9,
  3702:14, 3702:15,
  3707:5, 3708:8,
  3708:11,
  3708:15.
black-like 3694:1.
Block 3677:1,
  3698:10,
  3698:11.
Blue 3694:3,
  3702:14, 3702:24,
  3703:4, 3703:8,
  3705:19, 3708:6,
  3709:2, 3709:10.
bottom 3695:16,
  3695:18, 3699:9,
  3703:13,
  3703:15.
Box 3672:39,
  3699:16, 3705:12,
  3708:14, 3708:15,
  3747:23, 3748:20,
  3767:4.
boxes 3699:11,
  3699:13, 3705:8,
  3705:10,
  3748:23.
break 3676:6,
  3712:11.
Brief 3695:25.
briefed 3687:11,

| | | |
|---|---|---|
| 1 | 3765:3, 3765:4.<br>briefing 3686:3, | calls 3683:10,<br>3718:8, 3722:19, | 3769:14.<br>change 3759:23. |
| 2 | 3764:17,<br>3764:20. | 3722:20, 3732:1,<br>3740:24. | changed 3676:20.<br>Chapel 3719:16. |
| 3 | briefly 3685:23,<br>3703:6, 3708:13. | capabilities<br>3747:18. | Chapter 3695:12,<br>3696:13, |
| 4 | bring 3712:16,<br>3723:17, 3726:13, | care 3765:6,<br>3765:13. | 3698:12.<br>Chapter-sanctioned |
| 5 | 3728:13, 3732:3,<br>3732:11, 3734:15, | Carolina 3719:15.<br>carry 3704:12. | 3695:13.<br>chart 3724:4, |
| 6 | 3735:17, 3735:25,<br>3736:18, 3741:13, | CART 3719:5, 3719:9,<br>3719:20. | 3728:25, 3729:5,<br>3741:10, 3741:22, |
| 7 | 3751:4, 3758:14,<br>3763:21. | case 3680:1, 3680:9,<br>3680:13, 3680:14, | 3751:22,<br>3756:17. |
| 8 | broader 3682:3.<br>brought 3756:13. | 3680:15, 3680:23,<br>3681:7, 3681:11, | chat 3722:17,<br>3729:2, 3729:7, |
| 9 | Brown 3673:15,<br>3673:22. | 3681:22, 3703:10,<br>3707:11, 3707:16, | 3750:1, 3750:6,<br>3751:15, 3755:20, |
| 10 | bullets 3699:15,<br>3701:17, 3704:24, | 3707:25, 3708:16,<br>3717:15, 3746:20, | 3755:24, 3758:4.<br>chats 3714:3, |
| 11 | 3705:11.<br>bunch 3759:16. | 3752:10, 3761:19,<br>3764:11, 3764:16, | 3716:21, 3728:8,<br>3741:11. |
| 12 | Bureau 3719:1,<br>3719:20. | 3768:14,<br>3768:17. | chatting 3736:14.<br>cheap 3754:9, |
| 13 | business 3719:16.<br>busy 3716:13. | cases 3708:17,<br>3756:20, 3763:7. | 3754:12.<br>check 3761:21, |
| 14 | .<br>. | casting 3679:6.<br>categories | 3762:11.<br>chief 3680:2. |
| 15 | < C >.<br>C-A-I-N 3718:24. | 3690:25.<br>CDR 3740:9. | chiropractor<br>3697:17. |
| 16 | Cain 3676:7, 3718:9,<br>3718:11, 3718:24, | cell 3720:24,<br>3721:3, 3722:4, | Christine 3672:46,<br>3673:46, 3769:23, |
| 17 | 3719:25,<br>3760:10. | 3736:22.<br>Cellebrite 3732:15, | 3769:28.<br>Christmas 3680:25, |
| 18 | Caldwell 3756:24,<br>3757:1. | 3743:9, 3743:11.<br>cells 3723:21. | 3765:8.<br>chunks 3757:13. |
| 19 | caliber 3705:11,<br>3711:17. | cellular 3758:3.<br>center 3693:4. | citizens 3695:6.<br>city 3696:23. |
| 20 | call 3682:1,<br>3682:15, 3682:17, | certain 3688:1,<br>3716:12. | civilian 3717:11,<br>3717:25, 3769:4. |
| 21 | 3682:19, 3691:1,<br>3708:16, 3712:11, | certainly 3714:6,<br>3717:22. | classify 3754:11.<br>classroom 3719:22. |
| 22 | 3752:7, 3752:10,<br>3761:3, 3762:3, | certainty 3762:4.<br>certified 3701:11, | clear 3679:4,<br>3701:3, 3735:7. |
| 23 | 3764:1, 3764:4.<br>called 3680:14, | 3704:12,<br>3719:23. | CLERK 3683:16,<br>3718:10, |
| 24 | 3682:6, 3682:14,<br>3683:13, 3709:11, | certify 3769:23.<br>chair 3765:9. | 3718:15.<br>Clinton 3673:30. |
| 25 | 3718:12, 3720:10,<br>3764:2. | chance 3730:1,<br>3731:12, | clock 3764:14.<br>close 3676:3, |

3708:1, 3764:12.
closes 3679:25.
closing 3714:6.
cloud 3723:6,
    3754:24.
coast 3684:18.
code 3755:17.
cold 3761:9.
colleagues
    3702:16.
collect 3691:2.
collected 3686:19,
    3735:11, 3759:9.
colloquy 3768:16.
colon 3697:12.
color 3693:25,
    3694:2, 3694:6,
    3694:7, 3707:5.
Colt 3706:13,
    3711:6.
Columbia 3672:2,
    3720:9.
column 3676:19,
    3679:8, 3724:19,
    3724:20, 3725:17,
    3739:4.
columns 3677:9,
    3677:20, 3677:21,
    3678:3, 3678:5.
comes 3724:5.
comfortable
    3718:17.
coming 3761:24,
    3762:15.
commercial 3722:9.
committed 3739:17.
company 3726:17.
compare 3706:4,
    3731:12, 3731:18,
    3739:2, 3739:9,
    3740:13.
compared 3743:5,
    3758:6.
compares 3750:17.
comparing 3744:18.
compile 3728:25.
complaints 3685:6.
complete 3686:18,
    3719:24, 3755:19,
    3763:6.

completely
    3714:25.
complicating
    3766:24.
comprises 3731:20.
Computer 3719:5,
    3722:19, 3747:16,
    3747:17, 3755:12,
    3755:16, 3755:23,
    3756:3, 3756:4.
computers 3690:3,
    3719:11.
concentration
    3719:17.
concepts 3715:8.
concern 3678:4,
    3678:23, 3688:9,
    3713:12, 3715:25,
    3716:3.
conclude 3680:15,
    3714:15, 3734:5.
concluded.
    3769:21.
conclusion
    3721:10.
condition 3765:21,
    3765:22.
conduct 3684:5,
    3685:7, 3719:25.
conducted 3693:6.
conducting
    3687:11.
conference 3688:7,
    3688:8, 3750:3,
    3758:19.
confident 3681:21.
connected 3725:23.
connection 3720:12,
    3722:1, 3723:15,
    3734:18, 3738:17,
    3746:2, 3746:16.
Connor 3673:14.
connor@bsrlegal.com
    3673:19.
conscious 3713:13.
consciousness
    3713:3, 3713:8,
    3715:16, 3715:21,
    3716:2.
consistent

3678:10.
constantly
    3722:13.
Constitution
    3672:48, 3673:48,
    3695:5.
contact 3763:20.
contained 3698:22,
    3734:9, 3734:10.
containing 3729:7.
contains 3677:1.
content 3713:4,
    3713:11, 3713:16,
    3713:20, 3714:24,
    3716:3, 3725:16,
    3730:7.
contents 3702:18,
    3702:24, 3703:4,
    3708:10, 3708:13,
    3709:2.
CONTINUED 3673:1.
controlled 3758:3.
conversation
    3769:16.
coordinator
    3698:12.
copied 3677:16.
copy 3722:12.
corporation
    3695:3.
correlate 3740:10.
correlation
    3713:3.
correspond 3725:1,
    3725:18, 3739:13,
    3740:1.
corresponded
    3739:10,
    3739:24.
counsel 3680:1,
    3682:4, 3682:5,
    3682:13, 3717:20,
    3763:7, 3765:7,
    3767:6, 3768:19.
count 3705:14,
    3750:24, 3752:2.
counted 3748:16.
counterparts
    3754:11.
country 3710:5,

```
 1      3710:14, 3711:4.        3698:9.                 3681:13, 3681:18,
        couple 3698:9,          custodian 3686:20.       3761:12,
 2       3709:24, 3712:9,       cybersecurity            3761:13.
         3743:1.                 3719:16.               DC 3729:9, 3729:24,
 3      course 3716:22,         Czechoslovakia           3731:3, 3736:12,
         3728:1, 3735:11.        3710:4, 3710:5,         3750:1, 3750:6,
 4      court. 3752:12,          3711:3.                 3751:15,
         3759:12.               .                        3755:23.
 5      courtroom 3700:17,      .                       dead 3681:7.
         3706:5.                < D >.                  deal 3693:21.
 6      courtroom. 3683:6,      D. 3672:28.             dealing 3681:13,
         3712:13, 3718:4,       data 3679:8,             3696:2.
 7       3760:16.                3679:15, 3719:12,      December 3735:4,
        CPT 3697:23.             3722:7, 3722:22,        3742:6, 3752:23.
 8      CR 3672:7.               3723:2, 3723:6,        decide 3682:1.
        create 3677:11,          3724:7, 3738:22,       decided 3682:1.
 9       3678:1, 3726:10,        3738:23, 3742:23,      decides 3745:12.
         3734:12, 3741:10,       3743:1, 3744:13,       decision 3762:5.
10       3752:5, 3752:9.         3747:18,               deck 3678:17,
        created 3734:17,         3755:20.                3678:20, 3678:22,
11       3741:16.               database 3686:22,        3679:21.
        creator 3745:15,         3722:24, 3722:25,      declaring 3695:6.
12       3745:16.                3723:5, 3737:11.       decrepit 3747:17.
        criminal 3684:5.        date 3687:1,            Defendant 3672:35,
13      critical 3697:24.        3691:20, 3692:1,        3673:3, 3673:6,
        cross 3717:25,           3695:19, 3695:21,       3673:13, 3673:28,
14       3769:4.                 3696:14, 3725:13,       3712:25.
        CROSS-EXAMINATION        3727:5, 3727:7,        Defendants 3672:12,
15       3708:23, 3709:22,       3727:23, 3729:16,       3720:13.
         3742:18, 3742:19,       3729:21, 3730:16,      Defense 3679:25,
16       3745:6, 3752:14.        3730:19, 3730:22,       3681:7, 3681:11,
        cross-training           3733:17, 3735:3,        3681:17, 3681:21,
17       3697:23.                3735:5, 3750:11,        3717:20, 3720:10,
        Cruise 3753:13,          3750:14, 3753:23,       3763:7, 3767:21,
18       3753:15,                3757:3, 3757:5,         3768:5, 3768:7,
         3753:22.                3759:17.                3768:9, 3768:14,
19      crutches 3765:9.        dates 3716:12,           3768:19.
        culture 3710:13.         3725:9, 3743:24,       degree 3719:15.
20      cumb- 3679:13.           3748:23, 3750:19,      delete 3714:18,
        cumbersome               3751:4.                 3715:5, 3715:21,
21       3678:24.               David 3673:14,           3715:24, 3716:1,
        Cummings 3682:3,          3720:25, 3732:5.       3716:19, 3745:13,
22       3682:11, 3682:17,      Day 3672:12,             3745:18, 3746:21,
         3763:16, 3763:17,       3681:22, 3681:23,       3747:22, 3748:4,
23       3764:1, 3765:5,         3681:25, 3687:7,        3748:7.
         3766:25.                3691:14, 3745:17,      deleted 3714:21,
24      curio 3709:11.           3760:14, 3760:19,       3715:16, 3723:1,
        currently 3684:1.        3764:14, 3767:8.        3744:5, 3745:23,
25      cursive 3693:11,        days 3680:10,            3746:12,
         3693:16, 3693:18,       3680:25, 3681:1,        3746:15.
```

deleting 3756:10.
delivered 3755:1.
Department 3684:1,
   3684:4, 3684:20.
Depending 3705:11,
   3769:13.
depth 3722:6.
deputized 3685:2.
describe 3685:23,
   3699:7, 3703:5,
   3706:15, 3707:4,
   3708:13.
describing 3737:8.
description 3724:12,
   3768:21.
designated 3691:7.
designation
   3695:5.
designed 3711:12.
desktop 3722:19,
   3747:16, 3747:17,
   3755:6, 3755:8,
   3755:23,
   3755:24.
despite 3682:17.
detailed 3684:20,
   3684:25.
details 3724:7,
   3724:12,
   3724:13.
determine 3720:16,
   3722:11, 3728:4,
   3734:8.
device 3720:18,
   3721:12, 3722:10,
   3722:12, 3722:18,
   3723:1, 3726:10,
   3726:12, 3727:15,
   3729:7, 3733:18,
   3737:15, 3738:24,
   3739:21, 3739:24,
   3740:1, 3740:2,
   3744:8, 3754:1,
   3754:14, 3754:24,
   3755:1.
devices 3689:3,
   3690:2, 3719:12,
   3720:13, 3721:7,
   3721:11, 3728:6,
   3728:9, 3734:9,

3735:10, 3738:20,
   3739:18, 3742:15,
   3743:7, 3743:8,
   3755:18,
   3755:21.
difference 3757:25,
   3766:7.
different 3684:21,
   3710:13, 3724:8,
   3740:6, 3740:13,
   3767:17.
differently
   3716:9.
digital 3718:8,
   3719:3, 3719:10,
   3719:17, 3720:4,
   3746:7, 3746:19.
diligently
   3690:22.
DIRECT 3683:19,
   3713:2, 3717:9,
   3718:19.
discount 3680:24.
discovery 3751:11,
   3751:16.
discrete 3764:19,
   3765:1.
discuss 3680:4,
   3757:17, 3762:5,
   3766:19.
discussing 3728:18,
   3755:4, 3755:21.
discussion 3682:3.
dismissal 3760:13.
display 3701:2,
   3705:23,
   3706:13.
displayed 3702:1.
distinguish
   3716:6.
District 3672:1,
   3672:2, 3672:18,
   3720:9.
doctored 3679:2.
document 3726:16,
   3750:15, 3750:19,
   3750:21, 3751:2,
   3751:6, 3751:13,
   3751:17, 3751:19,
   3751:21.

doing 3679:14,
   3718:17, 3751:8,
   3763:24.
domestic 3685:3,
   3685:5.
done 3681:6,
   3685:21, 3686:13,
   3701:9, 3761:16,
   3761:22.
door 3676:3,
   3713:10, 3713:16,
   3713:20, 3716:3,
   3716:20, 3758:24,
   3759:7.
Douyon 3696:4,
   3696:7.
down 3676:22,
   3695:16, 3696:4,
   3700:18, 3702:16,
   3708:17, 3716:11,
   3732:3, 3735:17,
   3760:11, 3762:6.
download 3722:17,
   3724:11, 3725:11,
   3725:14, 3726:9,
   3727:17,
   3747:16.
downloads 3755:8.
dramatically
   3681:16.
drive 3754:4,
   3763:1, 3766:11.
drives 3690:3.
DSID 3724:13,
   3724:15.
due 3762:16,
   3762:22.
duly 3683:13,
   3718:12.
during 3690:17,
   3702:6, 3767:22.
duties 3719:9.
duty 3695:7.
.
.
< E >.
e-mail 3682:18,
   3697:5, 3697:7,
   3726:21, 3726:22,
   3726:24, 3751:12,

```
 1      3763:13.              3751:23, 3760:13,    everything 3743:12,
        e-mailed 3682:8.      3763:22, 3763:25,      3748:8.
 2    E5 3753:13, 3753:15,    3764:11, 3769:7.     evidence 3681:9,
        3753:22.            ending 3741:24,          3686:15, 3686:16,
 3    earlier 3698:15.         3741:25.              3686:19, 3686:20,
      earliest 3733:5,       ends 3764:4.           3688:12, 3689:16,
 4      3733:11, 3735:2,     enforce 3685:8.        3691:4, 3691:9,
        3735:3.              Enforcement 3684:2,    3691:16, 3692:6,
 5    early 3760:13,           3684:4, 3684:7,      3692:23, 3698:18,
        3763:5, 3763:22.       3684:20, 3684:21,    3699:4, 3699:25,
 6    easily 3768:23.          3687:2, 3690:14,     3700:23, 3702:9,
      Eastern 3744:18.         3701:10, 3703:19,    3706:8, 3707:18,
 7    Ed 3736:15, 3737:13,     3703:25.             3715:20, 3716:15,
        3751:3.              engineer 3758:23.      3719:10, 3726:14,
 8    edit 3678:9.           enough 3717:14.        3727:11, 3731:8,
      edited 3679:2.         ensure 3689:15.        3758:15, 3759:4,
 9    editing 3678:10.       enter 3751:3.          3760:1, 3764:23,
      educational            entered 3683:6,        3764:25.
10      3719:14.               3718:4.            exact 3743:24.
      Edward 3673:29,        entertaining         exactly 3676:20,
11      3721:4.                3713:1.              3743:21, 3763:2,
      EDWARDS 3672:26,       entirely 3723:5.       3768:17.
12      3712:19, 3715:4,     entries 3725:9,      EXAMINATION 3683:19,
        3768:6, 3769:11,       3725:11, 3725:14,    3711:21, 3718:19,
13      3769:18.               3727:13, 3727:17,    3723:8, 3728:9,
      effect 3749:14.          3731:25, 3732:19,    3747:1, 3757:9.
14    effectively              3740:22,           examine 3720:12,
        3754:15.               3741:24.             3720:20, 3720:24,
15    eight 3710:21.         entry 3727:20,         3721:3, 3721:12.
      either 3679:6,           3741:25.           examined 3683:13,
16      3763:18.            episode 3765:22,        3718:12, 3721:25,
      electronic              3766:10.              3725:3, 3732:7,
17      3719:11.            equipment 3731:20.      3734:9, 3739:11,
      element 3764:23.      essence 3759:18.        3741:1, 3741:2,
18    eliminating           essentially            3742:15.
        3680:13.               3768:22.           Examiner 3718:9,
19    elsewhere 3710:14,    establish 3751:23.      3719:3, 3719:9,
        3726:22.            et 3672:10.             3719:20, 3719:25,
20    Email 3672:31,        evaluate 3739:23.       3746:20.
        3672:42, 3673:11,   Eve 3766:10.         examiners 3720:3.
21      3673:19, 3673:26,   evening 3762:8.      example 3714:4,
        3673:34.            events 3690:5,          3756:3, 3764:22.
22    employed 3684:9.        3753:11.           excerpt 3732:15,
      employment            Everybody 3681:19,      3732:18,
23    3697:14.                3686:3, 3762:11,      3736:24.
      enables 3726:10.        3767:4, 3767:7.    exchange 3758:5.
24    encrypted 3722:17,    Everyone 3681:5,     excuse 3742:25.
        3758:4.               3683:7, 3712:14,    executed 3685:16,
25    encryption 3758:1.      3760:17, 3762:15,    3685:20.
      end 3682:16,            3767:2.            executing 3685:24,
```

3696:20.
exercise 3750:19,
  3752:11.
exhibits 3676:5,
  3698:9, 3717:19,
  3744:10,
  3768:23.
exist 3735:8.
exists 3710:5.
expect 3681:17,
  3713:20, 3718:1,
  3761:14,
  3761:25.
expectation
  3763:23.
expected 3681:8,
  3681:12,
  3681:17.
expects 3718:1.
expensive 3754:10.
experience 3698:6,
  3704:20, 3707:25,
  3757:25.
experienced
  3701:9.
expert 3720:6,
  3720:10.
explain 3692:3,
  3737:9.
explanation
  3678:5.
expressed 3682:13.
extensively
  3761:25.
extent 3676:10.
extra 3704:25.
extract 3722:7,
  3722:11.
extracted 3750:21.
extraction 3722:22,
  3736:22, 3736:25,
  3757:14.
Eye 3673:31.
.
.
< F >.
fact 3713:21,
  3716:12, 3725:22,
  3728:2, 3728:4,
  3734:5, 3746:21.

factor 3766:24.
failed 3764:22.
fair 3710:8,
  3710:13, 3723:20,
  3732:18, 3736:24,
  3741:15, 3743:4,
  3750:13.
Fairly 3754:9,
  3768:22.
fall 3757:21.
familiar 3699:13,
  3704:9, 3704:11,
  3704:20,
  3709:16.
familiarity
  3745:8.
far 3687:14,
  3689:9.
FBI 3683:10,
  3684:24, 3684:25,
  3685:2, 3685:5,
  3685:7, 3685:10,
  3685:13, 3685:14,
  3685:18, 3686:19,
  3687:14, 3693:14,
  3700:11, 3702:6,
  3705:20, 3707:10,
  3707:16, 3717:12,
  3719:7, 3746:7,
  3746:23, 3749:11,
  3753:1, 3753:5,
  3753:7, 3753:16,
  3755:3, 3756:2,
  3764:5.
FCRR 3672:46,
  3673:46,
  3769:23.
FDLE 3684:10,
  3684:11, 3685:13,
  3685:17.
February 3721:17,
  3752:24.
Federal 3672:47,
  3673:47, 3685:8,
  3695:6, 3719:1,
  3719:20, 3720:6.
feel 3683:17,
  3764:13.
few 3765:9.
figure 3767:2,

3768:10.
file 3750:1.
fill 3682:25,
  3751:7.
filled 3693:20.
final 3695:9,
  3697:19, 3767:11,
  3767:20.
finalized 3767:15.
Finally 3697:18,
  3735:16, 3758:9.
find 3686:13,
  3701:7, 3709:3,
  3714:16, 3729:22,
  3742:14, 3755:3,
  3762:8, 3763:13,
  3768:23.
fine 3688:13,
  3765:10.
finish 3680:9,
  3685:24.
firearm 3698:23,
  3700:18, 3700:21,
  3703:18, 3704:23,
  3704:25,
  3709:11.
firearms 3689:2,
  3689:6, 3689:7,
  3689:9, 3689:23,
  3689:25, 3695:13,
  3698:15, 3698:18,
  3701:11, 3704:9,
  3704:11, 3704:16,
  3704:17, 3704:18,
  3708:7.
fit 3676:19,
  3677:15,
  3678:18.
fits 3676:18.
fitting 3676:15.
Five 3699:12,
  3712:8, 3744:16,
  3744:22, 3751:5,
  3753:10,
  3759:22.
five-week 3743:19,
  3744:6.
FL 3673:17, 3673:24,
  3729:19, 3730:9,
  3731:4.

flag 3769:12.
flagged 3758:22.
flip 3676:21.
floating 3764:13.
Florida 3684:1,
    3684:4, 3684:6,
    3684:16, 3684:17,
    3684:18, 3684:19,
    3687:3, 3687:15,
    3689:22, 3694:21,
    3696:13, 3696:25,
    3710:11, 3710:13,
    3719:18, 3731:2,
    3731:3, 3762:16,
    3763:10.
fly 3750:18, 3752:9,
    3762:16, 3762:22,
    3765:14, 3766:4.
focus 3709:2,
    3722:3, 3725:7,
    3727:11, 3731:10,
    3733:21.
Focusing 3738:10.
folks 3712:10.
follow 3698:6,
    3715:3.
following 3689:19,
    3752:12,
    3759:12.
follows 3683:14,
    3718:13.
Foods 3692:13.
Force 3683:10,
    3684:24, 3685:1,
    3685:9.
foregoing 3769:24.
forensic 3718:8,
    3719:3, 3720:4,
    3746:7, 3746:20.
forensics 3719:17.
Form 3676:11,
    3693:21, 3695:18,
    3696:11, 3696:12,
    3696:13, 3696:14,
    3759:21, 3767:6,
    3767:14, 3767:16,
    3767:17,
    3769:16.
forma 3764:16.
format 3751:8.

Fort 3673:17.
forth 3767:19.
Forum 3731:4.
forward 3760:15,
    3767:24.
found 3682:9,
    3686:15, 3689:11,
    3690:24, 3692:21,
    3701:4, 3701:7,
    3701:21, 3701:23,
    3709:3, 3727:23,
    3732:6, 3732:25,
    3733:3, 3733:6,
    3733:14, 3733:17,
    3735:19, 3735:24,
    3757:18,
    3757:24.
Four 3681:13,
    3697:13, 3702:5,
    3703:13, 3703:14,
    3705:2, 3735:1,
    3735:15, 3739:18,
    3743:23.
four- 3744:6.
frame 3721:25,
    3734:3, 3740:24.
free 3683:17.
Friday 3680:16,
    3680:21, 3681:5,
    3761:13, 3761:14,
    3764:8.
front 3738:3.
front-loaded
    3763:18, 3764:6.
full 3680:25,
    3681:13, 3696:16,
    3718:23,
    3737:13.
fully 3713:20.
function 3745:13,
    3751:3.
fundamentals
    3720:4.
.
.
< G >.
gap 3744:1,
    3744:2.
gaps 3743:15,
    3743:17,

3743:25.
gave 3753:4,
    3768:4.
general 3722:7,
    3725:13,
    3753:23.
generally 3692:15,
    3703:6, 3756:11.
gentlemen 3714:19,
    3715:14, 3718:22,
    3760:12.
getting 3680:11,
    3683:2, 3763:5.
gigabytes 3754:4,
    3754:7, 3754:13,
    3754:18, 3756:7.
give 3761:3.
Given 3681:10,
    3714:22, 3716:3,
    3720:17, 3736:16,
    3738:1, 3738:23,
    3764:12, 3764:24,
    3767:6.
global 3676:17,
    3724:22, 3725:1,
    3727:14.
Glock 3700:5.
Google 3738:21,
    3738:22,
    3738:24.
Gorda 3673:24.
gotten 3766:16.
Great 3742:22,
    3745:3.
greater 3752:23.
Green 3701:4,
    3701:6, 3701:11,
    3706:17, 3706:19,
    3707:6, 3708:14,
    3708:16, 3762:4.
Grey 3730:9.
group 3713:15,
    3714:11, 3714:14,
    3722:20, 3728:17,
    3729:17, 3730:5,
    3736:10, 3736:11,
    3744:23, 3744:24,
    3745:2, 3755:24.
groups 3728:10,
    3728:11, 3729:4,

3730:25, 3734:12,
3734:24, 3735:14,
3735:23, 3741:7.
guess 3679:9,
3710:10, 3716:5,
3751:10, 3754:13,
3768:12.
guessing 3693:22.
guilt 3713:3,
3713:8, 3713:13,
3715:16, 3715:21,
3716:2.
gun 3699:21, 3710:2,
3710:8, 3710:13,
3710:18, 3710:21,
3710:24, 3711:1,
3711:7.
guns 3688:12,
3711:23.
.
.
< H >.
half 3681:23,
3681:25.
HALIM 3673:7,
3676:4, 3676:6,
3678:3, 3679:1,
3680:3, 3688:5,
3700:16, 3705:23,
3707:14, 3708:21,
3709:21, 3716:3,
3724:1, 3728:22,
3747:5, 3747:7,
3748:12, 3749:22,
3758:10, 3762:13,
3767:13, 3768:3,
3768:5.
hallway 3700:19.
hand 3718:10.
handful 3768:12.
handgun 3699:9,
3699:18, 3700:5,
3700:11, 3703:10,
3703:12, 3706:16,
3707:2, 3707:5,
3707:10, 3707:16,
3707:24.
handguns 3703:9,
3703:14, 3704:19,
3705:3, 3705:19,

3705:20, 3706:1,
3708:1, 3709:10.
handle 3719:10,
3751:3.
hands-on 3719:22.
handwriting 3693:4,
3693:16, 3693:18,
3697:25, 3698:8,
3698:10.
handwritten
3698:5.
Hang 3704:4,
3761:13.
Hangout 3729:19,
3730:10, 3731:4.
happens 3745:21.
happy 3689:1,
3698:6, 3765:1,
3769:18.
hard 3690:3,
3754:4.
harkening 3714:8.
hash 3697:13.
head 3681:14.
heads 3762:25.
health 3762:17,
3762:22, 3763:1,
3767:6.
hear 3688:14,
3688:15, 3688:16,
3688:18, 3688:19,
3714:10, 3750:12,
3765:2, 3765:11.
heard 3682:18,
3711:9, 3715:4,
3756:23.
hearing 3766:17.
hereby 3769:23.
high 3715:16,
3716:14.
higher 3713:8.
highlight 3714:13.
highlighting
3713:25.
highly 3714:23.
Hill 3719:16.
hip 3765:8.
history 3755:19.
hold 3690:2,
3701:16,

3747:23.
holding 3708:16.
holds 3704:25.
holidays 3680:7.
home 3687:15,
3689:22,
3701:19.
homes 3685:20.
honestly 3680:6.
Honor 3676:6,
3677:20, 3679:22,
3680:4, 3680:6,
3681:24, 3683:9,
3689:4, 3689:18,
3706:11, 3708:22,
3712:5, 3712:8,
3712:20, 3713:12,
3715:7, 3717:2,
3717:5, 3749:25,
3751:1, 3758:22,
3759:2, 3766:15,
3769:3.
Honorable 3672:17.
horizontal 3694:4.
hour 3717:9,
3717:21.
hours 3719:22,
3719:23, 3744:16,
3744:22.
house 3685:25,
3686:5, 3686:6,
3686:7, 3686:11,
3686:19, 3687:23,
3689:12, 3698:19,
3698:21.
hundred 3685:22,
3719:23.
.
.
< I >.
icloud 3723:14,
3724:17, 3727:12,
3738:16,
3738:17.
ID 3676:17, 3724:22,
3725:1.
ident- 3731:19.
identification
3720:21, 3720:25,
3721:4, 3725:2,

```
3732:9.
identified 3728:6,
    3759:8.
identifier 3724:6,
    3724:16,
    3724:23.
identifiers 3677:14,
    3734:11,
    3737:12.
identify 3739:6,
    3741:8, 3750:5,
    3751:4.
identifying
    3727:14.
identity 3731:20.
II 3711:14.
illnesses 3764:13.
IMEI 3731:10,
    3731:11, 3731:13,
    3739:6, 3739:7,
    3739:10, 3739:24,
    3740:1, 3740:13.
Imeis 3741:3.
impression
    3716:10.
in. 3697:20,
    3751:21,
    3759:14.
incentive 3715:5.
incident 3720:3.
include 3681:7,
    3719:11.
included 3730:7.
including 3688:12,
    3734:11.
inclusion 3677:22.
incorrect 3716:10.
Indian 3673:8.
indicated 3705:2,
    3705:3, 3708:8.
indicating
    3759:20.
indicative
    3716:19.
individual 3721:13,
    3745:14,
    3746:21.
individually
    3746:12.
indulgence
```

```
3695:25.
infer 3716:11.
information 3722:12,
    3722:14, 3722:24,
    3727:2, 3727:24,
    3749:2, 3762:10,
    3765:6, 3765:24.
initial 3763:20.
injured 3767:1.
ink 3694:1,
    3694:7.
innocuous 3714:25,
    3715:1.
input 3681:6.
inquire 3762:15.
inside 3692:12,
    3692:15, 3692:21,
    3693:6, 3701:5,
    3701:16, 3702:25,
    3703:7, 3703:8,
    3703:10, 3705:10,
    3737:12.
installed 3729:2.
instance 3736:17.
instead 3678:22,
    3712:10.
instruction 3713:1,
    3713:9, 3715:20,
    3719:22.
instructions 3767:5,
    3767:11,
    3769:15.
instructor
    3701:11.
Intel 3729:10,
    3729:24.
intend 3713:2,
    3713:7, 3713:23,
    3714:12,
    3715:17.
intending 3716:18,
    3769:6.
intends 3759:2,
    3769:4.
interested 3697:23,
    3698:3.
internally
    3724:16.
international
    3685:3, 3685:5.
```

```
interstate
    3764:23.
introduce 3689:16,
    3718:21, 3759:3.
introduced 3714:1,
    3715:23.
investig- 3685:17.
investigate 3685:3,
    3685:4.
Investigation
    3719:1, 3719:20,
    3728:1, 3735:11,
    3746:20.
investigations
    3684:5, 3685:8,
    3685:15.
investigator 3752:7,
    3752:10, 3761:22,
    3762:24, 3764:5.
involved 3686:24,
    3756:4.
Iphone 3720:20,
    3722:18, 3723:8,
    3723:10, 3723:11,
    3723:12, 3724:23,
    3724:24, 3724:25,
    3725:2, 3726:5,
    3726:10, 3726:25,
    3727:4, 3729:13,
    3729:15, 3729:17,
    3740:3, 3740:4,
    3742:1, 3743:6,
    3747:21.
iphones 3738:21,
    3747:20.
issue 3676:4,
    3679:1, 3682:2,
    3683:5, 3688:21,
    3758:22.
issues 3682:5,
    3682:6, 3716:6.
item 3692:7,
    3692:10,
    3767:10.
items 3690:21,
    3690:23, 3691:8,
    3691:9, 3702:5.
itself 3694:2,
    3704:25, 3722:13,
    3741:22.
```

```
 1    .                       3714:2, 3714:10,        landscape 3679:4.
      .                       3715:22, 3716:10,       Lane 3673:8.
 2    < J >.                  3718:4, 3718:22,        laptops 3719:11.
      J. 3673:29.             3752:9, 3760:16,        last 3680:13,
 3    Jackson 3673:16,        3764:10, 3767:11,         3682:16, 3717:8,
        3761:20, 3762:9.      3768:21, 3768:23,         3717:12, 3729:21,
 4    January 3721:20,        3769:15.                  3730:6, 3730:22,
        3729:23, 3730:2,    Justin 3748:12.             3733:14, 3733:17,
 5      3740:23, 3740:24,    .                          3735:5, 3744:24,
        3742:4, 3748:18,     .                          3744:25, 3750:10,
 6      3748:24, 3749:6,    < K >.                       3755:2, 3756:13,
        3750:10, 3751:25,   Kailua 3672:40.              3766:1, 3766:5,
 7      3752:21, 3757:2,    Katherine 3718:9,            3766:8.
        3759:17.              3718:11,                 later 3680:11,
 8    January 9th             3718:24.                   3745:12, 3761:15,
        3672:9.             keep 3764:12.                3762:5, 3764:17.
 9    Jeffrey 3672:23.      Keeper 3689:7,             latest 3761:16.
      Jeffrey.nestler@usdo    3689:12, 3690:9.        Laurie 3765:18.
10    j.gov 3672:32.        Keeper-related            Law 3672:37, 3684:2,
      Jennifer 3718:24.       3692:16.                  3684:4, 3684:7,
11    jiggly 3747:23.       Keepers 3689:2,            3684:20, 3684:21,
      job 3685:17,            3694:15, 3694:21,         3685:8, 3687:2,
12      3746:19.             3694:25, 3695:2,           3690:14, 3701:9,
      Joe 3697:12.            3696:13.                  3703:19,
13    John 3726:20.         Keepers. 3694:23.          3703:25.
      Johnwillow23@protonm   key 3751:25.            lawful 3695:5.
14      ail.com 3697:8,      kick 3768:2.            lawyers 3763:24.
        3726:21.             kicked 3767:20,         lay 3717:10.
15    Joint 3684:24,          3768:7.                lead 3689:1, 3689:6,
        3684:25, 3767:11,    kill 3711:23.            3689:14.
16      3767:22.             kind 3704:18,           leader 3716:14.
      Joseph 3673:7,          3719:10, 3743:2,       Leadership 3698:3,
17      3687:3, 3695:24,      3751:8.                  3731:3, 3731:5.
        3696:17, 3713:25,   kinds 3685:4,            learned 3682:16.
18      3720:20.             3714:17,                least 3677:2,
      Jr 3672:36.            3719:19.                  3679:24, 3680:1,
19    Judge 3672:18,        knowledge 3755:19.         3680:21, 3704:14,
        3686:2, 3760:24,    known 3729:9.              3717:14, 3717:22,
20      3763:9.             knows 3765:23.             3763:11, 3768:7,
      July 3753:23.         .                          3769:15.
21    June 3753:7.          .                        leave 3682:23,
      jurisdiction          < L >.                     3716:23.
22      3720:8.             L-i-e-b-e-r-m-a-n         led 3729:4.
      jurors 3712:16.         3683:24.               Lee 3672:36.
23    Jury 3672:16,         L. 3672:37.              left 3692:4,
        3678:23, 3681:4,    labeled 3686:12,           3692:12, 3703:5,
24      3681:8, 3682:25,      3705:12.                 3712:13, 3731:11,
        3683:6, 3701:2,     Ladies 3714:19,            3744:23, 3744:24,
25      3701:13, 3706:13,     3715:14, 3718:22,        3760:16,
        3707:22, 3712:13,     3760:12.                 3761:14.
```

```
 1   left-hand 3724:19.        3761:8, 3762:5,          3751:18.
     length 3676:18,           3764:14.               lot 3742:23,
 2     3681:9.               live 3710:11,              3743:5.
     lengthwise 3677:15,       3710:16,               Lots 3686:24,
 3     3677:16.                3766:25.                 3686:25.
     less 3680:8,            load 3704:24.            Louis 3672:25.
 4     3681:18, 3681:22,     loaded 3700:6.           lunch 3676:6,
       3713:13,              locate 3698:18.            3767:21.
 5     3754:10.              located 3706:23,          .
     Lieberman 3683:11,        3720:17.                .
 6     3683:12, 3683:17,     locked 3701:8.           < M >.
       3683:21, 3683:24,     logged 3686:22.          ma'am 3709:13,
 7     3683:25, 3689:21,     logical 3743:21.           3729:20, 3729:25,
       3692:18, 3696:12,     long 3676:18,              3730:11, 3733:12,
 8     3699:1, 3699:8,         3684:9, 3685:9,          3737:18, 3745:10,
       3700:14, 3701:3,        3717:7, 3719:7,          3746:22, 3747:25,
 9     3702:4, 3705:23,        3745:15, 3769:4.         3748:2, 3748:5,
       3706:2, 3706:14,      longer 3701:8,             3748:9.
10     3707:24, 3708:5,        3710:5, 3711:4,        magazine 3700:6,
       3708:19,                3718:1.                  3700:7, 3701:7,
11     3711:23.              looked 3726:1,             3701:14, 3701:16,
     likely 3715:22.           3729:1, 3729:2,          3703:11, 3703:12,
12   limited 3689:6.           3743:9.                  3704:23, 3704:24,
     limiting 3713:1,        looking 3687:17,           3706:21, 3706:23,
13     3713:9.                 3687:18, 3688:1,         3707:7.
     line 3677:9, 3679:8,      3688:3, 3689:1,        Magazines 3703:14,
14     3698:2, 3751:25.        3689:23, 3689:25,        3703:16, 3703:17,
     lined 3761:12,            3690:2, 3690:5,          3703:18, 3704:21,
15     3762:15,                3690:8, 3691:6,          3705:3, 3705:6.
       3763:19.                3692:4, 3692:6,        Mail 3726:25.
16   lines 3676:25,            3698:15, 3699:7,       maintain 3678:7,
       3693:24, 3693:25,       3700:4, 3702:13,         3678:11,
17     3694:4.                 3702:22, 3703:3,         3679:14.
     lingering 3712:21.        3708:10, 3721:15,      man 3716:13.
18   lining 3694:2.            3724:3, 3737:9,        manner 3681:10.
     link 3755:17.             3741:4, 3746:10,       manually 3722:10.
19   list 3682:12,             3752:3, 3756:4,        manufactured 3710:2,
       3682:17, 3682:20,       3767:22,                 3710:8.
20     3743:11.                3768:23.               manufacturer
     listed 3696:18,         Looks 3676:17,             3753:22.
21     3697:1, 3697:5,         3676:25, 3699:12,      MANZO 3672:25,
       3697:9, 3697:14,        3700:10, 3703:9,         3766:24.
22     3698:12.                3708:14, 3725:15,      Marion 3673:23.
     lists 3711:4,             3750:15,               marked 3700:15.
23     3768:20.                3767:17.               marks 3697:13.
     literally 3677:16.      loose 3764:4.           Martin 3673:14.
24   Little 3682:2,          lose 3764:16.           mask 3683:18,
       3690:24, 3714:13,     losing 3761:8.             3718:16.
25     3717:19, 3717:21,     lost 3680:25,           master 3719:16.
       3747:23, 3754:9,        3693:22,              match 3731:21,
```

3741:3.
math 3681:2,
3744:22.
matt@clintonpeed.com
3673:34.
matter 3676:15,
3677:18, 3679:3,
3720:12,
3769:25.
Matthew 3673:29.
mean 3678:7, 3678:9,
3678:22, 3678:25,
3679:7, 3679:21,
3684:3, 3684:25,
3689:1, 3704:13,
3714:5, 3714:7,
3716:13, 3716:14,
3721:19, 3723:2,
3744:16, 3744:21,
3744:22, 3762:22,
3764:9.
meaning 3686:6.
meaningful
3722:14.
means 3681:4,
3765:23.
meant 3729:5.
media 3689:3,
3690:2, 3695:3,
3697:9, 3719:11.
medical 3682:5,
3683:5, 3765:22.
medically 3682:21.
medicine 3761:9.
meet 3682:22.
Mehta 3672:17.
member 3682:13,
3687:2, 3734:13,
3734:25, 3735:14,
3735:23.
members 3690:14,
3695:7.
membership
3728:17.
memorabilia
3689:8.
memory 3712:25,
3739:17, 3743:5,
3756:7, 3767:16.
merit 3679:16.

messenger 3725:19.
methodically
3690:22.
Miami 3731:2.
microphone
3722:19.
microphones
3688:19.
middle 3692:7.
Mike 3698:13.
military 3695:7,
3710:24.
militia 3695:4.
militia. 3695:7.
mind 3700:14,
3768:24.
mine 3678:10.
minimum 3754:14,
3769:16.
Minuta 3672:10,
3672:36, 3680:19,
3680:22, 3721:13,
3722:1, 3761:24,
3762:1.
minutes 3712:8,
3751:5, 3765:10.
missed 3691:19,
3691:22.
missing 3677:20,
3739:4, 3757:13.
Mission 3694:21.
misspoke 3715:7,
3737:2.
mobile 3719:12,
3720:13, 3722:18,
3731:20.
model 3727:3.
modified 3678:13,
3681:14,
3681:15.
modify 3678:9,
3712:6.
Moerschel 3673:14,
3682:1, 3720:25,
3722:4, 3732:6,
3732:16, 3734:4,
3734:8, 3734:10,
3734:13, 3734:18,
3734:24, 3735:14,
3738:18, 3740:16,

3740:17, 3741:7,
3742:6, 3742:8,
3743:2, 3743:14,
3757:12, 3757:13,
3763:12.
moment 3679:24,
3712:5, 3731:10,
3739:1.
moments 3712:9.
Monday 3761:7.
Monday 3672:9.
month 3719:8,
3738:1, 3745:17.
months 3716:23,
3753:10, 3756:18,
3757:1, 3759:23.
morning 3685:12,
3717:14, 3717:23,
3761:10, 3761:21,
3767:9, 3769:20.
motive 3716:19.
Moto 3721:3,
3735:20, 3753:13,
3753:15,
3753:22.
Motorola 3720:24,
3721:3, 3735:20,
3743:3.
move 3754:25,
3763:6.
moved 3676:18,
3677:14, 3678:6.
moves 3691:16,
3692:23, 3699:4,
3699:25, 3700:23,
3702:9, 3706:7,
3707:18.
MR. EDWARDS 3707:18,
3707:22, 3712:20,
3713:23, 3715:7,
3715:11, 3715:19,
3716:8, 3716:24,
3717:2, 3717:4,
3717:9, 3717:11,
3717:16, 3717:18,
3766:15, 3767:10,
3768:1, 3768:4,
3769:2.
MR. MANZO 3683:4,
3766:1, 3766:6,

```
 1      3766:9, 3766:12.        .                       notation 3729:5.
        MR. NESTLER 3683:9,     < N >.                  note 3682:11,
 2        3683:20, 3687:22,     name 3677:11,             3695:4, 3737:25,
          3688:25, 3689:11,       3677:22, 3677:24,       3768:8.
 3        3689:18, 3689:21,       3683:23, 3695:19,     notebook 3693:10.
          3691:21, 3695:25,       3695:23, 3696:16,     Nothing 3676:19,
 4        3700:4, 3700:17,        3718:23, 3728:7,        3678:25, 3684:14,
          3700:23, 3701:1,        3736:16, 3737:13,       3687:9.
 5        3701:3, 3702:9,         3745:22.               notice 3682:15,
          3702:12, 3703:24,     named 3721:13.            3737:25, 3767:2.
 6        3704:6, 3704:8,       names 3756:23.           November 3733:22,
          3704:9, 3705:22,      National 3695:1,          3733:24, 3734:1,
 7        3706:7, 3711:22,        3695:2.                 3757:18.
        3712:1.                 nature 3758:11.          November/december/ja
 8      MR. PEED 3682:2,        near 3766:25.             nuary 3738:11.
          3749:25, 3750:5,      necessarily 3678:20,    numbers 3713:24,
 9        3750:21, 3751:1,        3714:7, 3744:24.        3714:9, 3725:22,
          3751:10, 3751:15,     necessary 3713:10.        3725:25, 3726:4,
10        3751:20, 3752:4,      need 3678:19,             3726:5, 3731:18,
          3752:13, 3757:7,        3679:20, 3693:23,       3731:19, 3741:5.
11        3763:16, 3765:5,        3712:5, 3712:9.        numerous 3731:25,
        3765:17.                needed 3762:25.           3743:15.
12      MR. SHIPLEY 3680:6,     neurologist 3765:7,     NW 3672:28, 3672:48,
          3681:10, 3717:25,       3765:14.                3673:31,
13        3749:23, 3760:24,     neutral 3768:22.          3673:48.
          3761:6, 3761:8,       Nevada 3695:2.          .
14        3761:20, 3762:10,     New 3720:3, 3766:9,     .
          3764:15, 3764:21,       3766:10,              < O >.
15      3768:16.                  3767:14.              Oath 3689:2, 3689:7,
        MR. WEINBERG            news 3682:20,             3689:12, 3690:8,
16        3681:24, 3699:5,        3751:10.                3692:16, 3694:15,
          3707:20, 3709:23,     Next 3680:11,             3694:21, 3694:23,
17        3711:20, 3742:20,       3680:17, 3681:21,       3694:25, 3695:2,
          3745:4, 3763:9.         3683:3, 3683:8,         3696:13.
18      MS. HALIM 3677:20,        3698:2, 3708:6,       object 3683:4,
          3678:1, 3678:7,         3712:4, 3719:8,         3704:5, 3750:19,
19        3681:20, 3687:20,       3733:24, 3762:13,       3750:20.
          3688:15, 3688:18,       3763:19, 3763:22,     objected 3768:8.
20        3689:4, 3691:18,        3764:11.              objecting 3750:2.
          3692:25, 3700:2,      night 3766:1.           Objection 3678:8,
21        3703:22, 3704:3,      nine 3680:10,             3678:11, 3678:13,
          3708:22, 3708:24,       3680:23.                3679:15, 3687:20,
22        3713:12, 3714:22,     No. 3672:7,               3688:5, 3691:18,
          3745:7, 3758:17,        3726:5.                 3692:25, 3699:5,
23        3760:22, 3762:14,     nobody 3686:6.            3700:2, 3703:22,
        3762:23.                nonactive 3716:7.         3704:3, 3707:20,
24      multiple 3714:10,       nonprofit 3695:2.        3724:1, 3728:22,
        3720:13.                North 3719:15.           3732:23, 3734:22,
25      Myers 3673:17.          notate 3752:20.          3749:25, 3751:8,
        .                       notated 3730:4.          3758:17, 3759:10,
```

```
 1      3768:5, 3768:7.
     objections 3768:2.
 2   observe 3698:22.
     observed 3746:11.
 3   obvious 3680:14.
     obviously 3760:25.
 4   occasion 3701:19.
     Occasionally
 5      3746:18.
     October 3733:7.
 6   Office 3672:27.
     Officer 3683:10,
 7      3684:7, 3684:13,
        3685:9, 3689:5,
 8      3703:19, 3703:25,
        3708:25, 3712:3.
 9   Offices 3672:37.
     Official 3672:47,
10      3673:47,
        3769:29.
11   often 3695:3,
        3711:18.
12   OK 3729:19, 3730:9,
        3731:2, 3731:3,
13      3731:4.
     old 3711:7,
14      3747:17.
     older 3743:7.
15   Once 3686:1,
        3686:12, 3746:2.
16   ones 3733:11.
     OP 3731:2, 3731:3,
17      3736:12, 3750:1,
        3750:6, 3751:15,
18      3755:24.
     Open 3689:19,
19      3699:9, 3702:17,
        3713:4, 3713:16,
20      3713:20, 3716:20,
        3731:3, 3752:12,
21      3759:12.
     opened 3759:7.
22   opening 3713:10,
        3758:24, 3760:24,
23      3761:3, 3761:10,
        3768:13, 3768:14,
24      3769:6.
     opens 3716:2,
25      3769:10.
     operating 3754:2,
```

```
        3754:3, 3754:17.
     Operation 3729:9,
        3729:24.
     opportunity 3739:2,
        3739:9.
     opposed 3766:18.
     options 3682:23.
     order 3760:23,
        3763:6, 3763:12.
     Oregon 3766:12,
        3766:13.
     organization
        3690:9.
     original 3676:21,
        3677:2, 3678:14,
        3678:21, 3679:10,
        3679:19,
        3719:21.
     originally
        3767:18.
     originals 3676:13.
     others 3697:24.
     otherwise 3678:4,
        3762:19,
        3764:24.
     outset 3679:1.
     outside 3759:6.
     own 3752:10,
        3764:5.
        .
        .
     < P >.
     P. 3672:17.
     PA 3673:9.
     package 3686:17.
     page-by-page
        3752:3.
     pages 3732:13,
        3750:6, 3750:16,
        3750:24,
        3751:14.
     paper 3692:5,
        3692:12, 3693:6,
        3693:10, 3693:12,
        3693:14, 3693:25,
        3694:2, 3694:20.
     papers 3692:5,
        3692:16, 3692:20,
        3694:15.
     paperwork 3686:24,
```

```
        3692:17.
     paragraph 3694:10,
        3694:23,
        3694:25.
     parapher- 3689:8.
     paraphernalia
        3689:12.
     pardon 3735:2.
     Parlor 3697:12.
     part 3684:17,
        3685:16, 3685:17,
        3690:15, 3714:22,
        3719:5, 3720:16,
        3736:10,
        3749:11.
     participant 3713:14,
        3713:24, 3714:3,
        3714:8, 3714:15,
        3714:20, 3715:12,
        3715:15, 3728:7.
     participation
        3713:18,
        3713:22.
     particular 3714:14,
        3714:17, 3716:12,
        3724:6, 3729:4,
        3738:20, 3754:5,
        3755:20,
        3768:20.
     particularly 3718:2,
        3768:19.
     parties 3682:9,
        3767:13.
     Parts 3756:1.
     passing 3764:13.
     pasted 3677:16.
     patience 3718:6.
     Pause 3712:18.
     Peed 3673:29,
        3673:30, 3749:24,
        3750:4, 3752:15,
        3757:23, 3763:15,
        3766:16, 3766:20,
        3768:19.
     people 3687:22,
        3746:1, 3746:16,
        3756:23, 3762:16,
        3762:19, 3762:21,
        3763:5, 3763:9,
        3763:19, 3763:20,
```

| | | |
|---|---|---|
| 1 | 3763:25, 3764:1,<br>3764:3. | Plaintiff 3672:7.<br>plan 3680:22, | 3680:1, 3681:20,<br>3760:21, 3764:25, |
| 2 | perhaps 3767:7.<br>period 3733:21, | 3682:19, 3763:9.<br>planning 3683:3, | 3766:22, 3767:5.<br>present 3701:25, |
| 3 | 3738:11, 3740:23,<br>3742:6, 3743:19. | 3762:1.<br>platform 3677:22, | 3721:11, 3721:22,<br>3728:7, 3729:8, |
| 4 | person 3745:11,<br>3745:22, | 3677:23, 3677:24,<br>3738:24. | 3764:23.<br>presentation |
| 5 | 3747:12.<br>personally | playing 3717:21.<br>Plus 3723:11, | 3679:3.<br>presented 3681:11, |
| 6 | 3701:20.<br>pertain 3748:24. | 3723:12, 3727:4.<br>point 3686:7, | 3686:1.<br>presently 3720:17. |
| 7 | Philadelphia<br>3673:9. | 3753:16, 3762:4.<br>points 3751:25. | presents. 3698:7.<br>press 3747:22, |
| 8 | phones 3690:3,<br>3722:3, 3722:4, | Polian 3700:13,<br>3701:1, 3701:13, | 3748:1.<br>presumably 3759:9. |
| 9 | 3722:6, 3726:4,<br>3739:11, 3740:10, | 3705:22, 3706:12,<br>3707:9, 3707:14, | presummation<br>3768:15. |
| 10 | 3746:2, 3754:18,<br>3755:3, 3759:9. | 3707:23.<br>pop 3748:3. | pretrial 3767:11,<br>3767:23. |
| 11 | photo 3686:14,<br>3691:2. | popular 3711:16.<br>portion 3676:24, | previously<br>3727:14. |
| 12 | photograph 3691:13,<br>3692:8, 3693:12, | 3691:13, 3697:21,<br>3727:12, 3739:16, | printed 3697:21.<br>prior 3686:3, |
| 13 | 3699:2, 3699:21,<br>3706:1, 3708:10. | 3760:19.<br>portrait 3679:3. | 3698:9, 3744:22,<br>3747:1. |
| 14 | photographed<br>3686:11, | position 3679:16,<br>3682:6, 3682:21, | private 3677:6,<br>3725:19. |
| 15 | 3686:12.<br>photographer | 3713:9.<br>possess 3753:1. | privately 3722:20.<br>pro 3764:16. |
| 16 | 3691:1.<br>photographers | possessed 3756:5.<br>possible 3721:22. | prob- 3714:12.<br>probably 3680:21, |
| 17 | 3686:9.<br>photographs 3690:12, | Possibly 3681:22,<br>3708:15, 3710:20, | 3717:13, 3762:6,<br>3764:2, 3764:4, |
| 18 | 3692:24, 3701:22,<br>3702:5. | 3710:22, 3730:4.<br>posted 3745:2. | 3765:2.<br>problem 3678:15. |
| 19 | photos 3709:7.<br>physical 3724:24, | Potentially 3713:1,<br>3716:6, 3756:1. | problematic<br>3716:19. |
| 20 | 3724:25, 3725:1,<br>3725:3, 3731:13, | Powerpoint 3676:15,<br>3677:19, | proceeding<br>3765:10. |
| 21 | 3732:1, 3739:11,<br>3739:24, 3740:2, | 3679:20.<br>precisely 3758:21. | Proceedings 3672:16,<br>3689:19, 3752:12, |
| 22 | 3740:10, 3741:2.<br>piece 3693:10, | precluded 3715:12.<br>prefer 3765:2. | 3759:12, 3769:21,<br>3769:25. |
| 23 | 3693:12, 3693:14,<br>3694:19. | preference 3764:15,<br>3764:20. | proceedings.<br>3712:18. |
| 24 | pieces 3693:5.<br>pistols 3709:24. | premises 3685:16.<br>preparation 3746:6, | process 3685:24,<br>3686:16, 3686:18, |
| 25 | place 3691:2,<br>3701:11, 3708:1. | 3768:25.<br>prepared 3679:25, | 3719:21,<br>3722:14. |

profile 3723:3,
3734:6, 3759:20.
projectiles
3699:15.
proposed 3676:9,
3767:14,
3767:18.
Proton 3726:25.
provide 3722:15.
provided 3767:11.
provider 3758:2,
3758:3.
publish 3723:24,
3728:20, 3732:21,
3734:20, 3736:6,
3737:4, 3738:6,
3741:18.
pull 3678:21,
3691:11, 3696:5,
3698:25, 3744:11,
3748:13,
3752:13.
pulled 3751:15.
pulling 3714:2.
Punta 3673:24.
purpose 3689:5.
purposes 3725:2,
3732:9.
put 3678:20,
3679:20, 3679:21,
3680:22, 3696:7,
3704:24, 3754:13,
3762:2, 3763:12,
3764:18.
puts 3760:20.
putting 3761:16,
3762:1, 3765:10,
3767:2.
.
.
< Q >.
QR 3755:17.
qualified 3720:6.
qualify 3704:12,
3704:13,
3704:14.
Queen 3673:8.
question 3704:4,
3712:22, 3713:4,
3716:5, 3744:9,

3744:13, 3755:2,
3761:21.
Questions 3703:23,
3708:20, 3709:21,
3709:24, 3711:20,
3712:1, 3742:17,
3743:1, 3745:4,
3749:22, 3749:23,
3757:7, 3757:12,
3757:15, 3758:9,
3758:12, 3759:15,
3760:9, 3768:3.
quibbling 3681:2.
quick 3696:2,
3744:13.
quicker 3680:15.
quickly 3756:10,
3762:2.
quite 3679:20,
3704:14, 3718:2.
.
.
< R >.
raced 3680:12.
raise 3676:5,
3718:10.
RAM 3754:7,
3756:7.
range 3725:13,
3759:17.
ranges 3710:21.
raw 3741:5.
read 3682:7,
3682:24, 3690:25,
3693:16, 3693:18,
3694:24, 3697:21,
3730:25,
3768:16.
reading 3683:4.
Ready 3683:8,
3712:12, 3712:15,
3717:5, 3718:18.
real 3759:18.
really 3748:7,
3759:5, 3762:6.
reason 3714:16,
3716:1.
reasons 3762:17,
3762:22.
recall 3743:21,

3746:8, 3749:13,
3749:16, 3749:18,
3757:3, 3757:5.
received 3676:11,
3678:8, 3682:4.
recognize 3709:11,
3709:14,
3709:18.
recollection
3681:3.
record 3676:16,
3679:5, 3682:8,
3769:25.
record. 3688:7,
3688:8, 3689:20,
3750:3, 3758:19.
records 3687:19,
3740:9.
recover 3693:14,
3700:11, 3705:20,
3707:10.
recovered 3700:21,
3702:6, 3707:16,
3709:7, 3752:17.
recovery 3689:5.
redact 3696:6.
redaction 3696:3.
REDIRECT 3711:21,
3757:8, 3757:9.
redline 3768:4.
redlined 3767:19.
redownload 3724:7,
3724:13.
refer 3729:6,
3741:25.
reference 3713:21.
referenced
3727:14.
referred 3695:3,
3711:9.
regard 3712:23.
regardless 3746:10,
3769:7.
Region 3731:3.
registered 3726:2.
relate 3725:4,
3727:13.
related 3687:19,
3689:2, 3689:25,
3690:5, 3690:8,

```
1      3694:15, 3698:18,        3685:21.                3705:18, 3708:7.
       3704:23, 3724:5,      residential               row 3729:11, 3739:6,
2      3724:13, 3764:3.         3685:16.                  3739:7.
relating 3688:12.           Response 3698:5,          rows 3723:21.
3   relative 3751:20.           3719:6, 3720:4.        RPR 3672:46,
    relayed 3762:25.         rest 3761:15.               3673:46,
4   release 3753:22,         resume 3760:14,             3769:23.
       3753:23.                 3767:8.                Rule 3764:15,
5   relevant 3714:23.        return 3723:22,             3764:19.
    relic 3709:12,              3726:17.               run 3754:14, 3756:8,
6      3709:16.             returns 3676:8,              3756:10.
    relics 3709:18.            3676:17, 3723:14,       running 3754:2,
7   remember 3691:5,           3727:12.                  3754:3, 3756:7.
       3715:23, 3743:24,    reverse 3758:23.          .
8      3757:14, 3758:12,    review 3701:22,
       3766:4, 3768:25.        3702:17, 3722:11,      < S >.
9   Remind 3730:19,            3722:23, 3723:14,      S-t-e-p-h-e-n
       3762:13,               3728:2, 3737:22,          3683:24.
10     3768:14.                3745:21, 3753:1.       S. 3672:23.
    reminder 3768:18.       reviewed 3736:3,          safe 3698:22,
11  Remove 3683:18,            3738:15, 3738:17,        3699:2, 3699:9,
       3718:16, 3723:4.        3745:25, 3760:4.         3699:23, 3701:10,
12  removed 3703:4,          revising 3681:8.          3706:18, 3706:20,
       3703:9, 3703:11,     Rhodes 3729:10,            3707:6, 3710:10,
13     3714:19, 3723:5.        3737:16, 3737:17,        3717:18.
    render 3706:17,            3750:7, 3750:22,       safekeeping
14     3707:6.                 3762:3.                   3708:2.
    rendered 3701:10,        rid 3745:12.             Sarasota 3684:16,
15     3706:19.              rifles 3704:19,            3684:17, 3687:3,
    repeated 3677:14.           3705:6.                 3687:15, 3689:22,
16  repeating 3678:5.       right-wing 3695:4.         3696:25, 3710:16,
    reply 3693:23.          Rios 3673:15,              3710:18, 3715:2,
17  Report 3724:12,            3673:22.                 3749:14,
       3732:15.             Robert 3673:14.            3749:19.
18  Reporter 3672:47,       Roberto 3672:10,          satisfied 3678:4.
       3673:47,                3672:36,               save 3764:16.
19     3769:29.                3721:13.               saw 3691:14, 3698:8,
    reports 3722:15.        robust 3743:7.             3730:6, 3746:11,
20  represent 3682:12.      role 3686:4, 3686:8,       3746:13.
    representation             3690:17, 3698:3,       saying 3677:13,
21     3741:16, 3765:15,       3749:11.                 3679:7, 3715:12,
       3765:21.             Rolling 3731:2.            3715:13, 3716:1.
22  represented             room 3686:12,            says 3693:19,
       3766:9.                 3687:25, 3688:4,         3694:25, 3697:12,
23  required 3719:19.          3690:20, 3690:21,       3697:22, 3700:9,
    research 3711:1.           3690:23, 3691:7,        3700:10, 3716:25,
24  residence 3686:2,          3691:9, 3765:20.        3724:12, 3729:6,
       3686:5, 3687:3,      round 3711:16.             3745:23.
25     3691:6.              rounds 3704:25,           scenario 3722:21.
    residences                 3705:13, 3705:14,      scene 3701:25.
```

```
 1    schedule 3764:12.          3693:20, 3694:22,         3736:4, 3737:22,
      scheduling                 3694:25, 3696:4,          3738:1, 3738:4,
 2      3760:18.                 3703:19, 3713:4,          3738:12, 3741:7,
      scope 3688:10,             3726:11, 3748:6,          3741:11, 3748:17,
 3      3688:23, 3688:24,        3752:13.                  3749:3, 3751:12,
        3689:17, 3759:6.       section 3695:17,            3758:11, 3760:2.
 4    Scott 3673:21,             3719:4, 3725:7.         sentence 3694:9,
        3747:5.                secured 3686:6,             3695:10.
 5    scott@bsrlegal.com         3758:7.                 separate 3715:8.
        3673:26.              seeing 3703:6,             series 3757:12,
 6    scrambling                 3732:14, 3746:8,          3758:9, 3759:15.
        3762:18.                 3760:15.                server 3755:1.
 7    screen 3678:21,          seeking 3682:24,          set 3680:20, 3686:8,
        3693:4, 3696:4,          3736:2.                   3721:16, 3755:20,
 8      3732:15, 3752:20,      seeks 3723:24,              3762:19.
        3767:4.                  3728:20, 3732:21,       several 3720:13.
 9    screws 3764:9.            3734:20, 3736:6,         Shertz 3765:18,
      scribe 3686:14.            3737:4, 3738:6,           3766:1, 3766:9,
10    scribes 3686:10.           3741:18.                  3766:25.
      scroll 3695:16,         seem 3758:20.             Shipley 3672:36,
11      3732:13.              seen 3709:7, 3710:4,         3672:38, 3761:2,
      SE 3731:3.                 3711:5, 3714:4,           3768:13, 3769:4,
12    search 3676:7,            3726:21, 3746:19,          3769:6, 3769:9.
        3685:16, 3685:20,      3750:20, 3751:6,         shoot 3704:14,
13      3685:25, 3686:2,        3751:9, 3751:11,           3704:16, 3704:17,
        3686:13, 3687:12,       3751:16.                   3704:18.
14      3687:14, 3687:15,     seized 3686:5,            short-circuit
        3689:17, 3690:15,       3720:13,                   3679:9.
15      3690:17, 3690:21,       3746:23.               shorter 3681:12.
        3691:20, 3692:1,      select 3758:4.           shotguns 3704:19.
16      3693:7, 3696:21,      semi-automatic          shouldn't 3715:11.
        3701:23, 3702:7,        3706:16, 3707:5.       show 3679:19,
17      3723:14, 3723:21,     send 3722:20,              3689:9, 3692:18,
        3727:12, 3738:16,       3742:4, 3742:8,          3700:15, 3702:3,
18      3738:17, 3751:2,        3742:12, 3755:14,        3707:13, 3707:22,
        3756:2.                 3755:15, 3759:23,        3708:4.
19    searched 3686:4,          3763:12, 3768:9,      showed 3676:7,
        3687:2, 3689:21,        3769:15.                 3677:9, 3701:13,
20      3753:7.              sending 3713:25.            3740:23.
      searcher 3690:18,      sends 3745:11.           showing 3689:7,
21      3690:19.             senior 3719:3.             3700:14.
      searchers 3686:9,      sent 3714:17,            shows 3712:24.
22      3686:13.               3715:14, 3716:12,      shredder 3692:11.
      searching 3687:23,       3721:20, 3721:24,      shrink 3678:18.
23      3690:22.               3728:10, 3729:16,      side 3680:7.
      seat 3718:15.            3729:21, 3730:2,       sign 3724:17.
24    seated 3683:7,           3730:3, 3730:6,        similar 3740:7.
        3683:16, 3712:14,      3730:17, 3730:22,      simply 3676:14,
25      3718:5, 3760:17.       3733:24, 3735:2,         3679:3.
      second 3682:19,          3735:3, 3735:5,        single 3758:25,
```

```
3760:2.                 3753:25,                3728:24, 3733:5.
Sir 3693:20,            3760:19.               State 3682:10,
   3744:18.            source 3729:6,            3683:23, 3684:5,
sit 3681:1, 3712:10,     3729:10.                3695:6, 3696:23.
   3765:9.             source. 3729:6.          stated 3682:19.
six-week 3744:2,       South 3684:18,           Statement 3694:21,
   3744:6.               3719:18.                3767:12.
sixth 3677:9.          Soviet 3710:2.           States 3672:1,
skills 3697:24.        space 3754:4.             3672:5, 3672:18,
slide 3678:17,         spam 3743:20,             3683:10.
   3678:20, 3678:22,     3743:23.               stating 3718:22.
   3679:21, 3701:8,    span 3757:21.            stationed 3684:15.
   3712:23, 3749:4.    spans 3744:7.            statutes 3695:6.
slower 3756:8.         special 3684:1,          stenographic
small 3698:22,           3684:3, 3684:19.         3769:24.
   3716:5, 3739:15.    specific 3690:17,        step 3715:19,
smartphone 3747:12,      3715:22, 3725:10,        3715:15, 3715:18,
   3747:15,              3745:18, 3746:21,        3760:11.
   3754:10.              3747:20, 3749:5.       Stephen 3683:10,
SMS 3752:17.           specifically              3683:12,
social 3697:9.           3677:22, 3713:13,        3683:24.
soft 3703:10.            3714:13, 3746:4,       Stone 3731:2.
somebody 3676:2,         3746:9, 3749:3,        stop 3676:23,
   3690:11, 3716:6,      3757:17.                 3691:1, 3715:18.
   3752:7, 3762:25.    specs 3754:5.            storage 3689:3,
someone 3685:25,       spell 3683:23.            3719:11.
   3698:6, 3711:24,    spelling 3718:22.        store 3719:12,
   3724:17,            spent 3679:14.            3722:24, 3738:22,
   3755:22.            spoke 3682:12.            3738:23.
sometimes 3748:6.      spread 3714:10.          stored 3686:21,
soon 3761:22,          spreadsheet               3723:2, 3723:6,
   3762:11, 3768:1.      3724:7.                  3754:23, 3754:24,
sooner 3764:3.         stamp 3714:4.             3755:12.
Sorry 3677:5,          stand 3752:8,            stores 3710:18.
   3685:14, 3688:20,     3762:14.               straight 3724:5,
   3691:25, 3693:4,    Standard 3682:23,         3769:6.
   3696:2, 3697:13,      3744:18.               strap 3701:4.
   3704:6, 3720:5,     standing 3752:2.         Street 3672:28,
   3725:8, 3731:10,    stands 3719:5.            3673:16, 3673:31,
   3739:17,            start 3685:24,            3696:6, 3696:18,
   3748:22.              3691:5, 3693:2,          3696:20.
sort 3677:14,            3698:21, 3702:12,      string 3731:19.
   3682:14, 3703:6,      3706:10, 3706:12,      Stuart 3729:10,
   3758:11,              3760:21.                 3737:17, 3750:7,
   3768:15.            started 3738:15,          3750:22.
sound 3679:18,           3767:13.               stuff 3693:22.
   3710:19, 3746:24,   Starting 3676:22,        Suarez 3673:15,
   3754:6.               3676:23, 3693:22,        3673:22.
sounds 3743:21,          3694:23, 3694:25,      subject 3695:6.
   3746:25, 3753:14,     3695:11, 3703:5,       subjects 3720:14.
```

submitted 3767:15,
3767:22.
submitting
3679:10.
suddenly 3680:14.
suggest 3713:17,
3721:17.
suggesting 3761:3.
Suite 3673:23,
3673:31.
summaries 3728:16.
summarize 3728:10,
3741:5.
summarizing
3741:10.
summary 3733:8,
3734:12, 3734:17,
3738:3, 3741:10,
3741:16,
3748:14.
supposed 3690:25.
surgery 3765:8.
surplus 3710:23.
Suspect 3680:19,
3717:9, 3766:17,
3767:12.
sustain 3759:10.
Sustained 3687:21.
switching 3688:18.
sworn 3683:13,
3684:7, 3685:2,
3718:12.
sync 3755:9,
3755:11, 3755:19,
3755:20.
synced 3755:12,
3755:17.
syncs 3755:22.
system 3678:1,
3754:2, 3754:3,
3754:17,
3759:20.
systems 3719:13.
.
.
< T >.
T. 3672:46, 3673:46,
3769:28.
table 3737:12.
tablets 3719:12.

tabulated 3748:16.
talked 3676:5,
3698:15, 3712:6,
3717:20, 3766:1.
Tampa 3684:18,
3686:20.
Task 3683:10,
3684:24, 3685:1,
3685:9.
teach 3697:24,
3720:3.
Team 3686:7, 3687:2,
3690:15, 3697:23,
3719:5, 3719:6,
3729:10, 3729:24,
3730:9, 3766:16,
3766:19.
technician
3686:15.
Temp 3731:4.
Ten 3690:16,
3719:8.
ten-minute
3712:11.
term 3695:4,
3709:16,
3716:16.
terms 3681:8,
3683:2, 3689:16,
3723:2, 3725:16,
3741:5, 3757:25,
3768:13,
3768:24.
Terrorism 3684:24,
3685:1, 3685:3,
3685:5.
Terry 3682:3.
testified 3683:14,
3718:13, 3759:17,
3765:18, 3766:2.
testify 3680:19,
3683:1, 3750:1,
3761:25.
testimony 3688:11,
3688:24, 3689:5,
3712:3, 3746:7,
3757:17, 3760:11,
3762:2.
Thanks 3707:23.
theme 3678:10.

themselves
3676:17.
they'll 3764:11.
they've 3677:21.
thinking 3680:8,
3759:7.
third-party
3726:9.
though 3702:25,
3761:11.
thousand 3705:18,
3708:7.
thread 3714:14.
threads 3714:11.
threats 3686:7.
three 3676:25,
3680:8, 3680:24,
3680:25, 3681:13,
3697:12, 3715:16,
3721:7, 3722:3,
3732:12, 3739:7,
3742:14, 3744:6,
3762:6.
throughout 3678:10,
3694:9.
Thursday 3680:16,
3761:6, 3761:12,
3761:21, 3763:5,
3764:8.
ticks 3764:14.
tie 3701:6, 3701:12,
3706:17, 3706:19,
3707:6, 3714:5.
till 3769:8.
timing 3768:24,
3769:14.
title 3694:18,
3694:19, 3696:11,
3719:2.
Today 3680:18,
3700:17, 3743:8,
3760:13, 3761:7,
3761:24, 3762:6,
3762:10, 3763:11,
3766:17.
together 3752:4.
tomorrow 3679:25,
3680:18, 3717:8,
3760:14, 3760:20,
3761:4, 3761:10,

3761:24, 3767:8, 3769:14.
tool 3722:11.
tools 3722:9.
top 3676:23, 3676:25, 3692:6, 3692:17, 3696:6, 3697:22, 3703:10, 3708:14, 3723:19, 3724:10, 3726:15, 3739:4, 3739:19.
topic 3679:23.
total 3680:24, 3742:3, 3748:17, 3750:1, 3750:6, 3751:20.
totality 3714:23.
touch 3761:23.
tracks 3737:12.
training 3695:13, 3719:24, 3720:3.
trainings 3719:19, 3719:25, 3720:2.
Transcript 3672:16, 3682:7, 3682:24, 3683:5, 3763:18, 3769:24.
transporting 3708:2.
travel 3765:7.
Trial 3672:16, 3680:10, 3681:14, 3681:15, 3681:16, 3682:4, 3682:19, 3764:2, 3765:4, 3765:19, 3766:3, 3767:16, 3767:17.
Troy 3672:26.
truncated 3681:16.
try 3717:18, 3752:9.
trying 3681:3, 3681:7, 3715:8, 3751:18, 3758:24.
Tuesday 3680:17, 3681:21, 3681:25, 3762:15, 3762:20, 3763:10.

tune 3749:18.
turn 3723:8, 3764:9.
twice 3676:15, 3704:14.
two-year 3719:21.
type 3709:11, 3743:4.
typed 3698:2.
types 3719:10, 3738:22.
typically 3699:16, 3748:3.
.
.
< U >.
umbrella 3685:7.
unable 3762:22, 3765:7, 3765:9.
unavailable 3682:7, 3682:22.
underneath 3697:25.
understand 3676:4, 3681:3, 3685:6, 3686:4, 3701:20, 3715:25, 3716:2, 3759:11, 3762:17, 3762:24.
understanding 3744:5, 3753:17.
understands 3686:3.
unexpected 3761:17.
unfortunately 3759:6.
Union 3710:2.
unique 3676:17, 3724:22, 3725:1.
United 3672:1, 3672:5, 3672:18, 3683:10.
University 3719:15, 3719:17.
unless 3679:7, 3681:25, 3693:23, 3764:18.
unlikely 3762:3, 3762:4.

unloaded 3701:12.
unorganized 3695:7.
until 3680:12, 3688:19, 3754:25, 3755:1.
update 3724:7, 3724:11, 3724:13, 3725:10, 3725:13, 3727:17, 3727:20, 3730:4.
updated 3725:17, 3759:21.
usage 3738:19.
user 3727:2, 3727:24, 3730:3, 3734:5, 3754:23, 3755:8, 3759:20.
user. 3746:15.
username 3726:1, 3726:19, 3728:7, 3736:13, 3736:21, 3737:8.
users 3737:13.
using 3678:22, 3679:10, 3716:8, 3716:16, 3730:17, 3730:22, 3732:1, 3753:15, 3753:20.
UTC 3744:15, 3744:16.
utter 3688:10, 3688:22.
.
.
< V >.
value 3712:24.
variety 3722:9.
various 3728:11, 3741:4.
verdict 3767:6, 3767:14, 3767:16, 3767:17, 3769:15.
version 3677:23, 3677:24, 3677:25, 3678:13, 3678:22, 3681:14, 3681:15, 3681:16, 3701:13,

3723:20, 3750:17, 3767:14, 3767:19, 3767:20.
versions 3676:9.
versus 3679:3.
vestibular 3766:2.
Vetted 3731:3, 3731:4.
Vetting 3693:21, 3696:13.
video 3682:9, 3683:1, 3722:20, 3763:18, 3765:10, 3766:14.
view 3759:7.
visible 3702:15.
volume 3716:18, 3764:24.
voluminous 3713:15, 3757:24.
vs 3672:8.
VZOR 3707:1, 3709:25, 3710:23.
.
.
< W >.
wait 3769:8.
waiting 3682:15.
walked 3687:25, 3688:4.
walking 3700:17, 3706:5.
wanted 3680:3, 3682:13, 3713:6, 3747:22, 3762:2, 3766:18, 3769:11.
wants 3745:12, 3750:14, 3750:18, 3751:7, 3765:11.
War 3711:14.
warrant 3676:8, 3685:25, 3687:15, 3696:21, 3701:23, 3702:7, 3723:14, 3723:21, 3727:12, 3738:16, 3738:17.
warrants 3685:16,

3685:20.
Washington 3672:8, 3672:29, 3672:49, 3673:32, 3673:49.
waste 3752:8.
wasting 3767:22.
Wednesday 3680:16, 3680:17, 3760:20, 3760:21, 3761:3, 3761:4, 3761:5, 3761:9, 3761:10, 3761:12, 3761:15, 3761:16, 3761:18, 3761:19, 3762:9, 3769:8, 3769:10, 3769:11.
week 3680:11, 3680:12, 3680:13, 3680:17, 3680:18, 3681:21, 3682:16, 3683:3, 3745:17, 3762:19, 3763:19, 3763:22, 3763:23, 3763:25, 3764:8, 3764:11, 3765:8.
weeks 3680:8, 3680:23, 3681:6, 3716:22.
Weinberg 3673:15, 3673:21, 3673:22, 3732:23, 3734:22, 3744:11, 3744:13, 3763:8.
Welcome 3715:2, 3718:16, 3749:14, 3749:19, 3758:11, 3758:21, 3759:16, 3760:7.
west 3684:18.
whatever 3759:5.
whereas 3738:23.
whether 3713:4, 3728:2, 3739:10, 3739:23, 3762:9.
Whole 3677:20, 3692:13, 3765:20.
whom 3686:15.
Wi-fi 3747:18.

wife 3761:24.
will 3678:16, 3678:17, 3678:23, 3678:24, 3679:13, 3679:16, 3679:17, 3681:22, 3682:6, 3693:1, 3700:25, 3706:9, 3716:15, 3717:8, 3719:8, 3724:2, 3728:23, 3736:8, 3751:3, 3755:17, 3756:8, 3756:10, 3760:14, 3762:10, 3762:11, 3763:10, 3766:18, 3769:1.
will. 3695:13.
William 3672:36, 3672:37.
Willow 3726:20.
wipe 3748:8.
withdrawal 3727:7.
within 3681:6, 3688:10, 3688:24, 3690:24, 3757:21.
without 3679:16, 3682:15, 3707:6, 3722:13, 3764:19.
WITNESS 3681:24, 3682:3, 3682:12, 3682:17, 3682:20, 3683:8, 3683:13, 3683:15, 3689:9, 3691:11, 3712:4, 3717:11, 3718:2, 3718:12, 3718:14, 3723:18, 3728:14, 3732:12, 3734:16, 3736:1, 3736:19, 3737:20, 3750:1, 3750:5, 3761:4, 3761:20, 3763:17, 3765:20, 3769:5.
witnesses 3680:11, 3680:13, 3680:18, 3680:20, 3681:20, 3683:2, 3717:7, 3717:10, 3761:11,

```
3761:18, 3762:7,          3759:14.
  3762:14, 3769:3,
  3769:7.
word 3682:4,
  3716:8.
words 3678:21,
  3694:9, 3716:7,
  3746:14.
work 3683:25,
  3685:7, 3685:12,
  3685:23, 3685:24,
  3703:18, 3707:25,
  3718:25.
worked 3751:2.
Working 3697:17.
works 3747:14.
worksheet 3750:14,
  3750:19, 3751:8.
World 3711:14.
writing 3693:11,
  3700:7, 3765:16,
  3765:17.
.
.
< Y >.
Year 3704:14,
  3711:12, 3719:24,
  3766:10.
years 3684:12,
  3685:11, 3697:17,
  3703:20, 3704:1,
  3719:8.
Yes. 3698:1.
yesterday 3763:20.
yourself 3718:21.
.
.
< Z >.
zip 3701:6, 3701:11,
  3706:17, 3706:19,
  3707:6.
zone 3744:14.
zoom 3693:3,
  3694:17, 3696:9,
  3697:20, 3723:19,
  3724:9, 3724:18,
  3724:20, 3725:6,
  3725:20, 3726:15,
  3727:9, 3731:22,
  3739:15, 3741:21,
```