IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 22-15-6
                                   )      Washington, D.C.
          vs.                      )      June 1, 2023
                                   )      9:37 a.m.
ROBERTO A. MINUTA,                 )
                                   )
          Defendant.               )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:          William Lee Shipley, Jr.
                           LAW OFFICES OF
                           WILLIAM L. SHIPLEY
                           PO Box 745
                           Kailua, HI 96734
                           (808) 228-1341
                           Email: 808Shipleylaw@gmail.com

Probation Officer:          Crystal Lustig

Court Reporter:             William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good morning.  This is Criminal
 3   Case Number 22-15-6, United States of America versus
 4   Roberto A. Minuta.
 5            Kathryn Rakoczy, Alexandra Hughes, Troy Edwards,
 6   and Louis Manzo for the government.
 7            William Shipley, Jr., for the defense.
 8            Crystal Lustig on behalf of the probation office.
 9            The defendant is appearing in person for these
10   proceedings.
11            THE COURT:  Just bear with me for a moment,
12   everyone.
13            I'm sorry.  I left something behind in chambers
14   that I should have brought with me.  We can at least get
15   started.
16            So we are here for sentencing this morning.
17   Is everybody ready to proceed?
18            MR. EDWARDS:  Yes, Your Honor.
19            THE COURT:  Mr. Shipley?
20            MR. SHIPLEY:  Yes, Your Honor.
21            THE COURT:  Okay.
22            All right.  Let me just preview how we'll proceed
23   this morning.
24            So I'll go through what I've received and
25   reviewed.
```

1          I'll then just ask Mr. Shipley to confirm that

2    Mr. Minuta has read and received, reviewed the Presentence

3    Investigation Report.

4          I'll just quickly go through some of the factual

5    disputes that have been raised.

6          I'll then ask for argument about both the scope of

7    conduct, related conduct -- offense conduct, that is -- and

8    then any applications of the Guidelines arguments that

9    either side would like to make.

10          I'll then make my factual findings, determinations

11    as to the Guidelines, Guidelines calculation, and then we'll

12    hear the allocutions from each side.  And then if Mr. Minuta

13    would like to be heard, I'll be happy to hear from him,

14    okay?

15          So let me just go through what I have received and

16    reviewed from the parties, as well as Probation.

17          So the Presentence Investigation Report at 544;

18    the Probation Office's recommendation at 545; the

19    government's memorandum in aid of sentencing at 565 and its

20    reply at 580; the defendant's objections to the presentence

21    investigation report at 544; defendant's memorandum in aid

22    of sentencing at 568, which includes the various letters

23    that were submitted on Mr. Minuta's behalf; and then the

24    reply that was filed at 577.

25          And then there were some, I believe, additional

```
 1   letters at 578 that were filed under seal; is that right,
 2   Mr. Shipley?
 3           MR. SHIPLEY:  Your Honor, those were not letters.
 4   Those were discovery involving Josh James that was filed
 5   under seal because they're subject to the protective order.
 6           THE COURT:  That's what it was.  I've reviewed
 7   those exhibits as well.
 8           Okay.  So with that, is there anything else
 9   I should have received other than that what I've just listed
10   here?
11           MR. EDWARDS:  No, Your Honor.
12           MR. SHIPLEY:  No, Your Honor.
13           THE COURT:  All right.
14           So, Mr. Shipley, if I could just ask you to please
15   confirm that Mr. Minuta has read and reviewed the
16   Presentence Investigation Report?
17           MR. SHIPLEY:  Your Honor, yes.  The PSR
18   absolutely, yes.
19           The government's memorandum, 183 pages, we've
20   dealt specifically with issues dealing with Minuta and not
21   so much the other defendants for obvious reasons.
22           THE COURT:  Understood.  Okay.
23           So let me just highlight a few factual issues.
24           First, let me just say at the outset, as I have
25   said for each defendant that's been thus far been sentenced,
```

1    that the -- I'm not going to go over paragraph by paragraph

2    some of the factual disputes you've raised, Mr. Shipley.

3    I'll highlight a few that I think are relevant.

4            But I've obviously sat through three trials, and

5    so I have a good grasp of the factual record and, therefore,

6    am not shaping my thinking about the case and, in

7    particular, the enhancements as they relate to Mr. Minuta

8    and his conduct based upon the presentence investigation

9    report.

10           Certainly I've taken Probation's recommendations

11   into consideration and the description of the defendant's

12   background and history.  But in terms of the offense

13   conduct, that hasn't been the primary source of my

14   consideration.

15           So with that, let me just turn to a couple of

16   issues.  And that's, for example, in paragraph 43,

17   Mr. Minuta objects to the description that he "led a group

18   of Oath Keepers on January the 6th."

19           You know, I think it depends on what you mean by

20   "led."  Does it mean some sort of leadership role in which

21   he was directing people what to do and where to be?  I think

22   if that's your definition of "led" in this context, then the

23   answer is that's not what he did.  If your definition of

24   "led" is he was walking at the front of the line sometimes,

25   then I suppose that's true.

1          So I understand what the objection is.  I do

2   understand the sort of factual context.  I don't read the

3   word "led" in here to suggest that Mr. Minuta had any

4   high-ranking leadership role that day or was, frankly,

5   directing anybody on that day.  And we'll talk about that

6   soon.  So I just wanted to put that factual context -- make

7   some -- put that in factual context.

8          There's also just an objection to the contention

9   that there's no factual basis to argue that the conspiracy

10  began almost after the election.  Look, I think that's, in a

11  sense -- well, let me back up.

12         I mean, what I said at the Rule 29 is what I'll

13  repeat here again, which is that -- two things.

14         One is obviously everybody -- various

15  co-conspirators joined the agreement at various points in

16  time.  But, importantly, what those early November weeks

17  into December demonstrated is two things.

18         One is that there was an increasing understanding

19  and agreement and conversation among co-conspirators

20  expressly, particularly through the chats and the

21  GoToMeetings, about the need to use force to resist the

22  transition of power, but also demonstrates the

23  interconnectedness of these folks that ultimately

24  materializes most concretely in terms of the conduct and

25  actions on January 6th.

1          Now, I understand where Mr. Minuta is in that

2    chronology.  He was not on the GoToMeeting call.  He did

3    obviously participate in a couple of the rallies here in

4    D.C. and those security details, but we will talk about all

5    of that soon enough.

6          And then there's the ultimate question of whether

7    he discarded his phone, and we'll talk about that as well.

8    So I'll save that for when we talk about the Guidelines

9    enhancement.  So I know that is a factual dispute, and it's

10   one that I'm prepared to address with Mr. Shipley, okay?

11         So let me, with that, sort of turn it to the

12   parties and ask them if they have any argument as to the

13   scope of the jointly undertaken criminal activity for which

14   Mr. Minuta should be held responsible, as well as any

15   Guidelines enhancements that are being sought by the

16   government or opposed by the defense.

17         MR. EDWARDS:  Thank you, Your Honor.

18         First, at the outset, I'd note that the scope of

19   the conspiracy, as we've argued with other defendants, in

20   effect, in this case is coterminous with the relevant

21   conduct of Mr. Minuta's co-conspirators throughout the

22   conspiracy, such that the conduct of his co-conspirators

23   building up to and on January 6th and after, as I'll discuss

24   shortly, should be applicable to Mr. Minuta and some of the

25   offense Guidelines.

1          And some of the reasons will apply -- the reasons

2   for that will apply to support the plus 8, the plus 3, and

3   the plus 2, and I'll walk through a couple of the facts and

4   arguments as to why that is.

5          So -- go ahead, Your Honor.

6          THE COURT:  Can I ask you a question?

7          I mean, it may not ultimately be material, but

8   what is the government's view and the factual basis for a

9   conclusion that within the scope of Mr. Minuta's

10  understanding of the conspiratorial goals and objectives,

11  that it was reasonably foreseeable that there would be this

12  arsenal of weapons across the river that would be brought in

13  upon request by Stewart Rhodes or others?

14         The only facts that I could come up with were the

15  fact that he was actually at the two rallies, one in

16  November and one in December.  There was a QRF in November.

17  There was one in December, although, to my knowledge and

18  recollection, there's no communication that would have

19  involved Mr. Minuta in which it would have -- direct

20  evidence that he would have been aware of that QRF.

21  It would be somewhat -- it would be an inference, just by

22  his mere presence at those two events, that he would have

23  been aware of the QRF.

24         But is there anything more than that?

25         MR. EDWARDS:  There is.

1            THE COURT:  Okay.

2            MR. EDWARDS:  So I'll start maybe chronologically

3    just where Your Honor left off.

4            So he's present in D.C. with the Oath Keepers in

5    November and December.  Your Honor heard evidence that,

6    along with the Oath Keepers' presence in November, they had

7    this QRF.  You heard from John Zimmerman and other witnesses

8    who discussed the use of this more armed, roving QRF.

9            THE COURT:  Right.

10            MR. EDWARDS:  And so Mr. Minuta is with Mr. Rhodes

11    and the other Oath Keepers that day.  And, admittedly, that

12    is -- the inference would be if he's operating with them,

13    he's aware of the contours of the Oath Keepers' conduct

14    that day.

15            Stewart Rhodes also put out letters in November

16    and December that discussed the need for a QRF or at least

17    having armed individuals available.  Mr. Minuta was part of

18    the Oath Keepers server, and we know that because the

19    evidence came in at trial that he was operating on the

20    Rocket.Chat server.  And you have access to that by being

21    part of this Oath Keepers website.  And so when Mr. Rhodes

22    puts out these letters, Mr. Minuta receives them by nature

23    of being a part of this Oath Keepers server.

24            THE COURT:  When you say "receives them," is that

25    something that you believe or is there evidence that he

1  would have received automatically?

2          MR. EDWARDS:  Right -- oh, go ahead.

3          THE COURT:  Or, in other words, this is like a

4  listserv or what have you in which somebody posts something;

5  and then anybody who's a subscriber of the listserv would

6  receive the contents.

7          MR. EDWARDS:  A little bit of both.

8          So if Mr. Rhodes posts to the Oath Keepers

9  website, for example, it gets blasted through an email to

10  the members of the server.  So in a way, it's operating like

11  a listserv; but Mr. Minuta, we know, had access to it,

12  because he was actually operating on the secure Rocket.Chat

13  server that was used by the Oath Keepers.  And so that's

14  building up through November and December.  He has access to

15  these communications and to the in-person meetings with the

16  Oath Keepers as they operate.

17          And then Mr. Minuta purchases 5,500 rounds of

18  ammunition as we build up to January 6th.  He ultimately

19  flies from Texas to the New Jersey area, and we don't have

20  evidence that he brought a firearm to D.C. for the 6th.  But

21  he is on the "D.C. Op Jan. 6, 21" chat.

22          And on that chat, at about 6:30 in the morning on

23  January 6th, Mr. Rhodes reiterates that there will be armed

24  QRFs available should things go high order on that day.  And

25  Mr. Minuta has access to that chat, and he operated with

1  that chat that evening and into the January 7th when he's

2  posting the videos of what they did on the 6th as evidence

3  that he was accessing and reading the materials that came

4  across that chat.

5           THE COURT:  I was trying to look for the evidence,

6  but do you recall when Mr. Minuta was added to the

7  January 6th op chat?

8           MR. EDWARDS:  It was in late December.  And I can

9  get the date for you.  I believe it was December 30th,

10  around the time of when it started.  It started in late

11  December, and I believe it was Mr. Rhodes or Mr. James that

12  added Mr. Minuta to the "D.C. Op" chat.  But he was

13  certainly -- so I will tell you it was late December, and he

14  certainly had access to the messages on the morning of

15  January 6th when Mr. Rhodes was posting to that about the

16  armed QRF.

17           THE COURT:  Okay.

18           MR. EDWARDS:  And so, Your Honor, we'd submit to

19  you that there is evidence that he is aware that there is

20  the need for an armed QRF from the leader of the conspiracy.

21  While there is not evidence that Mr. Minuta contributed to

22  the QRF hotel, he is at least aware of and operating with

23  these Oath Keepers from November through January 6th,

24  knowing that even on January 6th, there would be an armed

25  QRF should things go high order.

1          And I'm happy to just do question and answer if
2    you would like me to walk through a couple of other --
3          THE COURT:  No.  Go ahead.  I'll interrupt you as
4    I need to.
5          MR. EDWARDS:  Great.  Yes.
6          So just start back at November, just to walk back
7    through a couple facts as to why some of the other conduct
8    of the co-conspirators was reasonably foreseeable in the
9    scope of the jointly undertaken criminal activity and in
10   furtherance of; specifically, the reasonable forcibleness of
11   the force used on the 6th that would potentially lead to
12   personal injury or property damage.
13         Soon after the election on November 8th,
14   Mr. Minuta takes to that Oath Keepers Rocket.Chat and
15   attempts to recruit other individuals.  And he messages:
16   "Fellow patriots, if you were called to action on short
17   notice, what would you be scrambling to organize?  Get that
18   gear set up and ready to deploy.  We must overtake the
19   streets in massive numbers.  This is our country, and the
20   time is now or never to save the Republic and preserve what
21   is left of our liberties."
22         It wasn't two days later that Mr. Rhodes submits
23   to the Oath Keepers website the Serbian plan, in which he
24   mirrors some of that language that Mr. Minuta was using
25   about on overtaking in massive numbers the streets and, in

1    Mr. Rhodes' words, according to the Serbian plan, storming

2    the seat of government.

3              Continuing on in November, Mr. Rhodes joins the

4    Oath Keepers in Washington, D.C., in both November and in

5    December.  He is operating as a security detail as evidenced

6    by some of the videos from those days and from Mr. Minuta's

7    own words.  In those words, as we submitted to you on

8    Facebook, he said, "I was with the Oath Keepers, operating

9    with them and the Proud Boys.  Time for revolution."

10             Those are his words.

11             And as Your Honor noted with regards to

12   Mr. Harrelson last week, some defendants did not have such

13   existential or Civil War-like rhetoric or statements of

14   intent as they built up to January 6th.  Mr. Minuta does not

15   lack in that kind of language.  He described what they were

16   doing in November and December as revolution.

17             And then his calls for violence and his awareness

18   that his co-conspirators would call for violence grew in

19   December.

20             In late November and early December, Mr. Minuta

21   took to Facebook and described exactly the ire of his anger

22   and what they should do about it.

23             He said, "The integrity of our Democratic system

24   is fucking dead."

25             That's Exit 2004.V.4.

1           And in that same video, he said, "Standing by the

2    results of this election would lead to the 'boot of the

3    government on your fucking face for eternity.'"

4           And in Facebook post the same day, he wrote,

5    "We are already in a Civil War.  Choose a side."

6           That language and that foreseeability of war and

7    violence was only mirrored by Mr. Rhodes' statements to

8    Minuta in December, as Minuta messaged another Proud Boy

9    saying that he was "with the Oath Keepers' president, who

10   thinks that it's go time, and the time for peaceful protest

11   is over in his eyes."  Mr. Minuta took that language from

12   Mr. Rhodes and then operated with him on January 6th.

13          And later that same month in December,

14   Enrique Tarrio, the leader of the Proud Boys, posted on

15   social media, "#lordsofwar, #j6, #j20," with a picture of

16   Minuta and others.  And Mr. Minuta saw it.  And we know that

17   because he commented on it, agreeing with and saying that he

18   was honored to stand with them.

19          And then that gets us to January 6th.  Your Honor

20   is well-aware of Mr. Minuta's actions and language to the

21   government and to officers on January 6th, but I'll

22   highlight just a few points that are relevant to the

23   relevant conduct of his co-conspirators and the specific

24   offense characteristics here.

25          If Your Honor, just watches Government's

1  Exhibit 1508 from beginning to end, it is a capture of

2  exactly what Mr. Minuta was doing that day.  And what you'll

3  notice is Mr. Minuta, when he is on his way to the Capitol,

4  knew what was happening.  He knew that there were patriots

5  storming the Capitol.  He knew that there was violence from

6  D.C. police against patriots, in his words.  And he knew

7  that there was a war in the streets.  Those are all his

8  words as he is in a golf cart on the way to the Capitol to

9  join that melee.

10      Mr. Minuta is not an individual who was surprised

11  to see what was happening or caught in the moment.  He took

12  him and his Oath Keepers from the hotel and joined that

13  melee.

14      At the Capitol, he made it clear that the target

15  of his ire was the government when he looked at officers and

16  quoted himself saying, "They stand here and they know their

17  government is completely criminal, completely corrupt, and

18  they fuck us over."

19      That's Mr. Minuta's words as he's on the outside

20  of the Capitol.

21      And when he's inside the Capitol, as shown in

22  Government's Exhibit 1508, Mr. James turns and looks to

23  Mr. Minuta and says, "Should we keep pushing in?"

24      Mr. Minuta says, "Yes."

25      And Mr. James says, "Keep fucking going."

1          He knows that violence is coming, and then he

2    participates in that violence.

3          Although Mr. Minuta in his sentencing reply

4    highlights what he argues is evidence that Mr. Minuta did

5    not contribute to this assault on the officers, the evidence

6    belies that notion.

7          Mr. Minuta sees Mr. James, and it is reasonably

8    foreseeable that he knew Mr. James would engage in that kind

9    of violence by his exchanges with Mr. James in the lead-up.

10   And they are both saying the same words.  And these words

11   matter.  This is their "fucking building."

12         So he pushes forward when Mr. James says, "Keep

13   going," and pushes against the riot shield, holding his

14   phone and recording himself as they push forward.  And in

15   doing so, he engages in conduct that leads to injury.

16         Officer Jackson specifically testified about both

17   him and Officer Mendoza and their reactions when James and

18   Minuta both barrel through that Rotunda and get deeper into

19   the Capitol.  And they talk about the impact on themselves

20   and their bodies when Mr. Minuta does that.

21         THE COURT:  Is the government of the view that

22   Mr. Minuta directly participates in the sort of collective

23   effort to physically assault the police --

24         MR. EDWARDS:  Yes.

25         THE COURT:  -- that line in the Rotunda?

1          MR. EDWARDS:  Yes.

2          THE COURT:  His contention is he essentially just

3     sort of gets pushed forward and is part of a large scrum of

4     people, but he, himself, isn't sort of directing force

5     toward them?

6          MR. EDWARDS:  Sure.

7          That argument ignores, frankly, everything

8     Mr. Minuta said on the way to the Capitol.  The evidence is

9     his intent to retaliate against police who are enacting

10    violence against, in his words, patriots.  It ignores his

11    language on the way, and it ignores his words mere seconds

12    before that assault on the officers when James says, "Should

13    we keep pushing in?" and Mr. Minuta says, "Yes."  That is

14    then exactly what they do.

15         So to look at it in a vacuum would be to ignore

16    everything that reflects Mr. Minuta's intent to get deeper

17    into that Capitol and to use force against the government.

18    And so the position from the government is, he put himself

19    in that position and he used his body to push forward and

20    back Mr. James deeper into the Capitol.

21         THE COURT:  Okay.

22         MR. EDWARDS:  Your Honor, for those reasons, we

23    argue that the special offense characteristics form

24    2J1.2(b)(1)(B), 2J1.2(b)(2), and 2J1.2(b)(3)(C) should all

25    apply, including not only Mr. Minuta's conduct but the

1    relevant conduct of all of his co-conspirators.

2            Unless Your Honor has further questions on those

3    three specific offense characteristics, I'm happy to move to

4    the aggravating role.

5            THE COURT:  I want to also talk about obstruction,

6    so maybe you're intending to get to that.

7            MR. EDWARDS:  Yeah, I'm happy to --

8            THE COURT:  Let's talk about aggravated role.

9            Go ahead.

10           MR. EDWARDS:  Okay.

11           Your Honor, under aggravating role, I heard

12   Your Honor discuss some of the factual discrepancies from

13   Mr. Shipley in the PSR, specifically the portion of

14   Mr. Minuta leading the Oath Keepers on the day of

15   January 6th.

16           I'd like to take a step back in time and show some

17   of the evidence that builds to that moment and explain why

18   it's the government's position that what Mr. Minuta did that

19   day was, in fact, control as it's loosely understood under

20   the Circuit precedent.

21           So building up to January 6th, Mr. Minuta fits

22   under Rhodes in the Oath Keepers.  His direct proximity in

23   communications with the leader of this organization is

24   relevant evidence for the Court to consider to determine his

25   leadership role.  We're arguing here that he's a manager or

```
 1    supervisor, not what Mr. Rhodes was, the organizer or leader
 2    of this organization.
 3              And I understand the Circuit precedent to show
 4    that control is necessary, but it's important to understand
 5    the context of Mr. Minuta's actions that day.
 6              Mr. Rhodes adds Mr. Minuta to the "D.C. Op Jan. 6"
 7    chat and specifically says that this chat is "the D.C. Op
 8    thread for all leadership coming in and together with the
 9    overall D.C. Op leadership."
10              He considers the people he's adding to be
11    leadership.  That is relevant evidence of what Mr. Minuta's
12    role is that day.  And specifically when he adds Mr. Minuta,
13    he says that Minuta is "our New York Oath Keepers leader and
14    one of my most trusted men."
15              That is the leader of this organization describing
16    Mr. Minuta's role, and what Mr. Minuta did was then act on
17    that role.
18              THE COURT:  Is that -- I thought that was --
19    I thought -- was that when he was added to the
20    January 6th --
21              MR. EDWARDS:  No.  I misspoke.  That's when he's
22    added to the Whiskey --
23              THE COURT:  Right, to the Whiskey, the December
24    chat for the December -- yes.  Okay.
25              MR. EDWARDS:  Yes, Your Honor.  Thank you.
```

1          THE COURT:  Yes.  I wanted to make sure.

2          MR. EDWARDS:  Let me clarify.

3          In December, he's added to a separate chat.

4    That's how he describes Mr. Minuta.  Later that same month,

5    he adds him to "D.C. Op Jan. 6," which he describes as a

6    chat for leadership.

7          Then Mr. Minuta acts on that position.  In that

8    position, Mr. Minuta contributes to the D.C. Op January 6

9    chat by highlighting and reserving hotel rooms for the

10   individuals who would ultimately become Stack 2.

11         And I understand Your Honor's focus on the term of

12   control.  But as Judge Cooper did in Robertson, it is a --

13   it is disjunctive language, "manager or supervisor."  And if

14   he is managing these people by organizing them into hotel

15   rooms and then reserving those rooms with his own address

16   and his own identifiers, that is, in effect, some form of

17   control or management of these people.

18         The term "control" does not have such a strict

19   definition in the Circuit precedent that they must be moving

20   one person or another.  He is corralling them into a

21   specific place.

22         And I want to highlight something that's relevant

23   to his leadership role.  Mr. Minuta does not stay in that

24   hotel.  He then in the early morning hours of January 6th,

25   as shown on the hotel CCTV, goes to the hotel -- goes to the

1    Hilton Garden Inn Vienna where Mr. Rhodes stays, where

2    Mr. Greene stays, Ms. SoRelle, and Joshua James.  That is a

3    leadership hotel.  That is where Mr. Minuta goes.

4              And then on January 6th, Mr. Minuta acts as a

5    leader.  As Mr. Ulrich testified, Mr. Minuta is the one that

6    walked from the Oath Keepers and represented Oath Keepers to

7    Alex Jones' security detail to find out what they were doing

8    and what other people were doing.

9              He then takes them back to the Mayflower Hotel.

10   There is no doubt, as Mr. Shipley argues, that Mr. Ulrich

11   and others have testified and evidence showed that Mr. James

12   was also a leader.  That is not -- that's a false dichotomy

13   that Mr. James is a leader; so, therefore, Mr. Minuta cannot

14   be one.  They are both under this plus-3 Guidelines -- as

15   Mr. James' plea Guidelines showed, Your Honor, as he agreed,

16   he was a plus 3.  So was Mr. Minuta.  Both of them were

17   operating as co-leads of this group of individuals.

18             And when they leave that hotel, Mr. Ulrich's

19   testimony makes clear that it is James and Minuta in

20   control.  They are in the front of the two golf carts

21   leading the charge as Stack 2 goes toward the Capitol.

22             It is Mr. Minuta that corrals them when they're on

23   the west side.

24             And it is Mr. Minuta that is the first person in

25   that line leading them toward the east side that the Court

1    has said in a prior sentencing was not just a coincidence

2    that they were going to those doors.

3            And it's Mr. Minuta that had direct conversations

4    with Mr. Rhodes that day.

5            The last thing I'll point out on the leadership

6    enhancement is that there is a piece of evidence at the end

7    of Mr. Minuta's actions from inside the Capitol that just

8    highlight his control over others.

9            He walks out of the Capitol at 2:19.  He doesn't

10   leave.  He stays until 2:35 p.m. and pushes his way forward

11   to the East Rotunda doors again and makes a hand signal to

12   Jonathan Walden, who is coming out.

13           Walden listens to that hand signal and comes out

14   of the building, going toward Mr. Minuta and going toward

15   Mr. Ulrich.  And that's when Mr. Walden and Ulrich follow

16   Mr. Minuta and go toward the group where they meet on the

17   slab about 100 feet away to meet with the rest of the

18   Oath Keepers.

19           Government's Exhibit 1508 will show the

20   surveillance camera and the open-source video showing

21   Mr. Minuta controlling Mr. Walden when he goes back to get

22   him out.

23           So unless Your Honor has questions on that, I'm

24   happy to move to obstruction of justice under 3C1.1.

25           Your Honor, under 3C1.1, the language is not so

strict as to limit, as to preclude Mr. Minuta from being --

from experiencing this enhancement, just because he did it

because somebody else told him to.  Mr. Shipley's argument

has been that Mr. James reached out to Mr. Minuta and said,

"Delete this video."

Mr. Minuta had posted a video on January 6th or

7th on the "D.C. Op Jan. 6" chat, and that video was his

cell phone video of the assault when they go through into

the Rotunda, showing Minuta and showing James and these

officers in the Rotunda.

Mr. James reaches out, and Mr. Minuta then delete

that video and posts to the "D.C. Op" chat why he had to

delete it.  He says that there were "too many faces shown"

and that he had to "delete footage from inside."

That is clear language as to why he had to do

that.  It showed him and others committing a crime.  He had

to delete it because it showed them inside and it showed

their faces.  Just because he did so because somebody else

warned him of that doesn't preclude him from getting that

enhancement.

I'd also note, Your Honor, under the Guidelines,

under 1B1.3(a)(1)(B), relevant conduct isn't just limited to

the conduct that is driven toward the jointly undertaken

criminal activity.

The language is actually clear.  And it says that

 1   it is -- it includes actions after the commission of the

 2   conduct that include hiding or avoiding prosecution.

 3          So "relevant conduct" expands beyond just the time

 4   of offense.  And so when you take that into consideration

 5   and you consider that 3C1.1 harkens back and references

 6   relevant conduct, you should consider Mr. Minuta's actions

 7   in context with all of these other co-conspirators getting

 8   word that they should be deleting and them all doing that.

 9          In fact, we've sought that obstruction enhancement

10   for every single person to come before Your Honor because

11   they were all engaged in this deletion campaign after

12   January 6th.  And the Guidelines allowed for you to consider

13   that, given the breadth of 1B1.3(a)(1)(B).

14          And, Your Honor, I would just note that, as

15   Mr. Shipley has brought up a few times, it is relevant to

16   point out that Mr. Minuta replaced his phone.  He got rid of

17   Signal.  He got rid of the video.  He got rid of his

18   communications.  And he did that after January 6th, after

19   being warned by Mr. James that videos he sent showed their

20   faces and showed them inside.

21          And we'd submit to Your Honor that the low burden

22   the government has to meet here, the facts actually meet the

23   parameters of that enhancement.

24          It sounds like you may have questions, though, on

25   this enhancement.

1          THE COURT:  I think I do.

2          I mean, I think the question is ultimately is --

3     it's twofold.

4          One is, just sticking with the video first, that

5     deletion occurs -- remind me.  Is it on the evening of

6     January 6th or the morning of January 7th?

7          MR. EDWARDS:  One second, Your Honor.  My memory

8     is the morning of January 7th, but I can easily check that

9     right now.

10         I know that there was a time period in the next

11    day where he was messaging with the group.

12         THE COURT:  Right.

13         And so it happens, arguably, before the

14    investigation commences more broadly, I suppose, although

15    I know the government's view is that the investigation

16    essentially commences from the moment people are cleared out

17    of the Capitol, if not earlier than that.

18         But I think the question is, the case law is

19    pretty clear that the person has to have essentially a

20    specific intent, that the person -- and I'm just quoting

21    from *United States versus Henry*, 557 F.3d 642, that the

22    obstruction requires that the defendant consciously act with

23    the purpose of obstructing justice.

24         So, you know -- and then there's other Circuit

25    case law that says, essentially, I need to, unless the

1    conduct is directly inherently obstructive, essentially make

2    factual findings that the defendants' specific intent was to

3    obstruct when they took the action.

4         And I guess I'm wondering whether the deleting of

5    the video shortly after January 6th is enough when there's

6    no evidence that Mr. Minuta is being -- is conscious of a

7    potential investigation; he's not on the D.C. leadership

8    chat, the "Old Leadership" chat, in which Rhodes was on,

9    although that message even comes, I think, the day after.

10        And so -- and we don't know specifically what

11   James said to him that prompted him to delete the video.

12   And I guess I wonder how that gets me to specific intent.

13        MR. EDWARDS:  Well, Your Honor, first, just as a

14   factual clarification, we were right that it was on

15   January 7th, but it's at 3:51 p.m., to the extent that's

16   relevant to Your Honor's analysis.

17        But more to point, what happened on January 6th

18   was on its face criminal, particularly what Mr. Minuta did.

19   I don't think that there is -- and I don't think Your Honor

20   is saying this, but I don't think there is such a high

21   burden for the government that there must be akin to a

22   1512(c)(1) nexus to an official proceeding.

23        And so considering that parameter, going lower

24   from that threshold, what Mr. Minuta did specifically in the

25   Capitol pushing forward, seeing law enforcement react the

1    way they did by spraying him and James and others with

2    pepper spray to get them out of the Capitol is on its face

3    criminal.

4           You combine that with the warning that Mr. Minuta

5    either received or generated on his own that the video

6    showed their faces and showed them inside, that dichotomy of

7    inside/outside reflects Mr. Minuta's clear understanding

8    that that's relevant, and it's relevant because it's

9    criminal.

10          And so his specific intent in deleting that is

11   clear on the face of his words that he says:  "I'm deleting

12   this because it shows my face and other faces inside."

13          And I think when you combine those two reasons

14   that he's saying that, that meets this relatively lower

15   threshold that the government has got to meet here.

16          I don't know that there's other evidence to show

17   that Mr. Minuta then stated why he deleted additional video.

18   But I will note that he then proceeds to replace his entire

19   phone by getting rid of that video and getting rid of his

20   entire Signal application.

21          THE COURT:  Right.

22          But we don't know, for example, there's no -- as

23   to the second point, the only evidence relating to the

24   phone, in my recollection, is that the phone he had on

25   January 6th and 7th is not the phone that -- well, let me

1   put it differently.  The government was not able to find

2   that phone on the day of his arrest.

3             MR. EDWARDS:  Correct.

4             The additional evidence -- if your question, "Is

5   there other evidence?" we have the phone records in the

6   evidence as we submitted the underlying records that made up

7   the montages.  And in this case, the phone records should

8   show that the phone, that particular device, was not

9   ascribed to his name anymore, that he, in fact, replaced the

10  phone.

11            So it's not just that we didn't find the phone.

12  It's that the phone records should reflect that he does not

13  have that phone, because what phone records will show is the

14  ending and a date by which a new device is ascribed to his

15  identifiers.

16            THE COURT:  And what's the date by which -- do we

17  know what the date was where a new -- I assume there's --

18            MR. EDWARDS:  There is.

19            THE COURT:  -- something consistent -- I can't

20  remember what the ID is called, but there's a specific ID

21  that's associated with a device.

22            MR. EDWARDS:  The IMEI.

23            THE COURT:  Right, IMEI, whatever it is.

24            Do we know when that transfer occurred?

25            MR. EDWARDS:  I, candidly, Your Honor, don't know

 1    the date.  But my best recollection right now is later,

 2    is -- in early to mid-February is the date that my --

 3    I should have that date on hand, but I don't.  But it is

 4    sometime in February.

 5                So it is after.  It's not immediately after

 6    January 6th.  But I don't think that's the evidence that the

 7    Court needs to hang its hat on for this enhancement.

 8    I think that's just a relevant tangential piece of evidence

 9    to show what his actions were in the coming weeks.

10                Really, Your Honor doesn't need to move much past

11    his stated reason for deleting it.  He's not deleting it for

12    space or storage or data storage.  He's not deleting it

13    because it didn't work.  He's deleting it because it shows

14    him inside.  I think that dichotomy matters and shows he

15    knows it was criminal.

16                When you combine that with what Mr. Minuta

17    actually did that day, not just being present, not that

18    we're conceding that that's not enough; but if you're just

19    present, I can potentially understand an argument that

20    "I didn't know there was criminal."

21                What Mr. Minuta did is different.  It is on its

22    face criminal.  And he knew that, based on his statements.

23                THE COURT:  Okay.

24                MR. EDWARDS:  So the only other enhancement,

25    Your Honor, unless Your Honor has other questions, is the

upper terrorism departure under 3A1.4, Note 4.

And Your Honor need only look to Mr. Minuta's words in the lead-up to January 6th and his words and action on January 6th to find that this note squarely applies.

The Court noted again for other defendants the lack of certain statements like in Mr. Harrelson's case, and Mr. Minuta has those.

I'd like to just read just one or two of Mr. Minuta's particular comments that show his intent to use force and intimidation to alter government decisions.

He warned ahead of January 6th that "The last line in the sand is the Second Amendment, and we are fucking past midnight with the tyranny. It is just time to restore freedom."

And he envisioned war. He specifically said, "Millions will die. So what? Get your fucking soul ready. Get right with God. I'm not afraid. I'm ready to fucking go." And he calls on others to do that.

And later on January 6th on the way out of the Capitol, he references that amendment again. He says, "All that's left is the fucking Second Amendment."

And he had earlier defined exactly what that term means for Your Honor to understand. He says, "We have -- it's about tyranny and holding our government's feet to the fire. We have the right and the duty as able-bodied

1    Americans to take up arms and revolt."

2              At the end of 2004.V.4, Mr. Minuta specifically

3    said in November 2020, "You want to see terrorism?  Not a

4    threat, because you can't say shit."

5              Your Honor, we submit to you we did see terrorism

6    in what he did that day and what he said to the government

7    on the way out.

8              THE COURT:  What was that exhibit number again?

9              MR. EDWARDS:  2004.V.4.  At the end of the

10   Government's exhibit, he explicitly says, "You want see

11   terrorism?  Not a threat, because you can't say shit."

12             And if Your Honor has no further questions, I'm

13   happy to rest on that.

14             Thank you.

15             THE COURT:  No.  I appreciate that.  Thank you,

16   Counsel.

17             All right.  Mr. Shipley.

18             MR. SHIPLEY:  Reasonable foreseeability does not

19   turn on whatever rank speculation the government can conjure

20   up from certain acts.

21             Every time the government doesn't have a fact to

22   support the conclusion it asserts, it says it's reasonably

23   foreseeable.

24             And the best example actually came last week in

25   your conversation with Mr. Fischer about the CNN article

1    attached and whether or not the CNN article that

2    Mr. Caldwell sent to somebody talking about arrests were

3    talking about felony arrests or misdemeanor arrests.

4          And Mr. Fischer simply pointed out, "We don't

5    know."  It could have been talking about misdemeanor

6    arrests.  And Mr. Nestler got up ask said, "Well, it's just

7    as reasonable to infer it was talking about felony arrests."

8          Mr. Fischer didn't say it was talking --

9    Mr. Fischer didn't infer it was talking about misdemeanor

10   arrests.  Mr. Fischer's point was:  There's no way to know.

11   You can't draw an inference from the absence of evidence.

12         I have heard this repeatedly in these government

13   arguments, that whenever they have an evidentiary gap, they

14   jump over it and span it by saying, "It was reasonably

15   foreseeable.  Reasonably foreseeable under the Guidelines

16   turns on knowledge.  Once you have certain knowledge, then

17   reasonable foreseeability begins to kick in.

18         As the Court has already said and as I cited, in a

19   conspiratorial agreement, the scope of the conspiracy

20   attributable to an individual defendant turns upon what they

21   knew about the conspiracy and the actions of the

22   conspirators when they joined, not things that happened

23   before they joined.  They've got no knowledge of that.  They

24   weren't around.  They weren't participating.  They didn't

25   buy into it.  They can't draw any inferences themselves of

1    what might be reasonably foreseeable from their

2    participation in a conspiracy.

3         I think the most important fact, because the

4    government -- the Court made note of this last week with

5    regard to the other defendants -- is participation in the

6    GoToMeeting chat.  The GoToMeeting chat covered a lot of

7    subjects that then began to materialize in one form or

8    another over many weeks leading up to January 6th.

9         Mr. Minuta is not in that chat.  Mr. Minuta is

10   almost in name only a member of the Oath Keepers.  As I

11   asked more than one witness and you heard the answer, there

12   was no New York chapter.  He's a chapter of one.

13        He's not in the Signal chats.  He doesn't know

14   anybody from Florida.  He doesn't know anybody from Ohio.

15   He only knows Mr. James because they cross paths at

16   BLM Plaza on the 14th of November.

17        Mr. Minuta is wearing an Oath Keeper hat.

18   Mr. James told him, "You're making yourself a target wearing

19   that hat at the BLM Plaza.  You should take it off."

20        And then they both realized they've got a

21   connection to the Oath Keepers.  That was on November 13th,

22   and then they were together on November 14th.

23        Important thing about November 13th/14th, and

24   Mr. Minuta will cover this:  He was not there with the

25   Oath Keepers.  He was there with his family, his wife, his

```
 1   two young children.  They stayed at the St. Regis Hotel
 2   right outside BLM Plaza.
 3           And when the violence broke out on the night of
 4   the 14th, he and his family were trapped away from their
 5   hotel, and they were directed by police in an area that led
 6   them right in the middle of protesters.  And they literally
 7   ran for their safety, carrying his young daughter while his
 8   wife's got his son by the hand.  They're trying to fight
 9   their way through a hostile crowd to get back to the hotel
10   because the police sent them that direction.
11           And he'll talk about this.  That's why when you
12   see distrust and hostility expressed by him towards the D.C.
13   police, it's from his own experience on the 14th.
14           You heard Mr. Greene testify about it.
15   Michael Greene said, "I was there.  I watched it.  I watched
16   BLM and Antifa protesters attack Trump supporters.
17   I watched the D.C. police stand by and do nothing."
18           Now, I'm not faulting the D.C. police.  This is a
19   tough town, and it was a tough town in that time frame.
20   They've got a no-win job.  They had a no-win job on
21   January 6th.  But that doesn't divorce us from the reality
22   of the experiences of individuals.
23           The scope of the conspiratorial conduct here has
24   to -- can't begin until Mr. Minuta had some idea that
25   something was afoot other than a personal security detail.
```

1    He had not done anything for the Oath Keepers other than

2    participate in a personal security detail until they left

3    the hotel at 2:04.  He spent six and a half hours with

4    Roger Stone standing in the cold outside the Willard Hotel

5    that day.

6            THE COURT:  So let me interject, if I may,

7    Mr. Shipley.

8            I guess two things.  One is, in my view, that's a

9    little narrow in the sense that your client stands convicted

10   of sedition and seeking to forcibly resist the execution of

11   the laws.

12           Now, I think you might say, "Well, that could have

13   formed on January 6th."  But, you know, I think a jury could

14   have reasonably concluded that his commitment to doing that

15   began as early as -- certainly by mid-December.  And then

16   he, ultimately, of course, comes to D.C.  That's one.

17           And, two, ultimately, the question is with respect

18   to reasonable foreseeability, one, in some sense, does it

19   even matter, given his own conduct on that day?  And then,

20   two, why isn't the conduct of others like Mr. James

21   reasonably foreseeable?  I mean, that seems like not a hard

22   lift for the government at this stage.

23           MR. SHIPLEY:  Your Honor, we could walk through

24   what Mr. Ulrich testified to.  We could walk through the

25   information that you now have, what Mr. James said.

1          They went up those stairs.  You saw the video.

2    They were directly behind nine U.S. Capitol police officers

3    led by Tarik Johnson.

4          THE COURT:  I've looked at that video.  I don't

5    see it.  Honestly, I know this has been a contention of

6    yours and Mr. Minuta's, that somehow they went in to help a

7    group of police officers.

8          And I'm happy to look at that video again.  But

9    what I see is the police officer -- I can't remember his

10   name -- asking a different Oath Keeper to assist him.  That

11   officer goes up the stairs with him.  Mr. Minuta and

12   Mr. James aren't part of that conversation.

13         MR. SHIPLEY:  Let me back up.

14         THE COURT:  And maybe they are trailing, but

15   I don't think they're part -- they're not following those

16   police to help them.

17         And, two, the notion that somehow they assisted in

18   bringing the police out of the building, I'm not aware of

19   any evidence that supports that contention.

20         MR. SHIPLEY:  I don't think I made that

21   contention.

22         THE COURT:  Well, he said something to that effect

23   in one of his interviews.

24         But you've just said that he followed a group of

25   police officers going up the steps, which is why I'm

1    responding the way I am.

2            MR. SHIPLEY:  Fair enough.

3            Lieutenant Johnson made two trips inside.  One

4    trip, he's not wearing a MAGA hat.  The second trip he is

5    wearing the MAGA hat.

6            The first trip was directly ahead of the second

7    group.

8            Then he puts the MAGA hat on later, has an

9    interaction with Mr. Nichols and makes the second trip.

10            THE COURT:  I'm not aware of the first trip.

11    I've only seen the video of the second where he's wearing

12    the hat.

13            MR. SHIPLEY:  Oh, no.  We played -- I played that

14    video in closing.  Remember, we used the different

15    prospective, looking from the Rotunda towards the door.  The

16    government has clipped that video every time just to show

17    when the Oath Keepers arrive, just to show when Mr. James,

18    Mr. Minuta, Mr. Walden appeared at the door.

19            I then played a video that's about 45 seconds

20    longer that shows Lieutenant Johnson come through without

21    the MAGA hat, his first trip through, with the megaphone,

22    followed by nine officers.

23            Then there's an individual wearing a gas mask.

24    Right behind the gas mask is Mr. James.

25            THE COURT:  Okay.

1          MR. SHIPLEY:  Okay.

2          That's the first trip Lieutenant Johnson goes

3    through, and the second set of Oath Keepers follow them up

4    the stairs.  They go inside.

5          Why else is the first thing that Mr. James says to

6    Officer Jackson and Officer Mendoza, "Do you want to get

7    out?"

8          That's the first thing he says.

9          "Do you want to get out?"

10         Mr. Ulrich testified, "I thought we were going

11    inside to help."

12         Mr. Minuta says in his interview, "I thought we

13    were going inside to help."

14         Why would it be foreseeable at that point that

15    Mr. Jackson -- or that Mr. James is going to attack

16    Officer Mendoza?

17         Officer Jackson testified.  We walked through the

18    video.  It was Officer Mendoza, justifiably or not, who

19    started the melee by striking Mr. James in the face with his

20    left hand.

21         I'm not saying he didn't have the right to do so.

22    But if we're just talking about operative facts, sequence of

23    events, Mr. James says to him, "Do you want out?"

24         They then let some people out, not police

25    officers.  Somebody else.  It's an idiotic comment.  But

1    when James, Minuta, and Walden are on the outside, they

2    don't know what's happening inside.  They don't.

3            Who -- it seems silly in retrospect to say that

4    anybody on the outside thinks the police are trying to get

5    out.  But when you're on the outside and you don't know

6    what's happening inside, it's plausible.  There's rioters

7    taking over the building.  There may be police trapped

8    inside trying to get out.  You don't know.

9            They only find that out when they get inside and

10   it's the clear the police want the rioters to leave.  The

11   police don't want to leave.  I mean, that's the more natural

12   conclusion.

13           But when you're standing on the steps going up,

14   you don't know what's going on inside.  All you know is

15   you're following a line of police officers inside.  It would

16   make no sense --

17           I mean, Mr. Ulrich didn't invent that testimony

18   here.

19           THE COURT:  No, but it ignores everything he says

20   on the Facebook Live video about what he perceives to be

21   happening, that police are attacking patriots, violence

22   against patriots by the D.C. police.

23           MR. SHIPLEY:  Well, Mr. Minuta.

24           THE COURT:  Right.  That's what he says.

25           MR. SHIPLEY:  Right.

1          But that's from -- he has not seen that other than

2    sitting in a hotel room watching TV for ten minutes before

3    they leave.  That's the only thing they had seen.

4          THE COURT:  It has to do with his state of mind.

5          When he walks in, the first thing he says into

6    that line is "This is what's bound to happen.  Just get out.

7    Get out.  Get these cops out.  It's our fucking building.

8    Get them out.  Get out.  Let them out."

9          MR. SHIPLEY:  No question.  No question.

10         But that's my point, though, is that that's not

11   necessarily --

12         THE COURT:  That wasn't a kind invitation to ask

13   the police whether they wanted to leave or not.

14         MR. SHIPLEY:  I understand, but that's not

15   necessarily the mindset that lead them up the stairs to the

16   door.

17         There's five Capitol Police officers standing at

18   the door.  Carrion, Salke, there's the officer in the

19   bicycle helmet.

20         THE COURT:  Oh, no.  I know.

21         MR. SHIPLEY:  They stop there.

22         THE COURT:  The video shows they come through

23   the door.

24         MR. SHIPLEY:  Yeah.

25         THE COURT:  They're milling about.  They're in a

42

1    large crowd.  They actually turn around and see the officers

2    attempt to close the door, and then they go into the

3    Rotunda.  That's what the video shows.

4            MR. SHIPLEY:  Right.  They see the officers

5    attempt to close the door.

6            THE COURT:  Right, keeping people out.

7            MR. SHIPLEY:  But they're still thinking at that

8    point that's the exit for anybody who wants out, and they

9    don't want the door closed if people want out.

10           THE COURT:  Okay.

11           MR. SHIPLEY:  Now, but let's look at what happens.

12   It's -- I don't see how it's foreseeable to Roberto Minuta

13   that Josh James is going to lose his shit, for lack of a

14   better description; because Josh James is not hostile when

15   he's talking to the police.  He only turns hostile, grabs

16   them, pulls on him after the initial exchange of blows.

17           Then Josh James says in the material you now have,

18   "I thought I was helping the police, but then at that moment

19   everything switched."

20           Roberto Minuta's 10 feet behind him with his

21   phone.  To say it's foreseeable that Josh James is going to

22   assault a police officer when you're standing 10 feet behind

23   him with his phone, I just -- it's a leap.  It's not an

24   inference.  It's just a leap.

25           Ultimately, what does Roberto do?  He is caught in

1    the classic fight-or-flight scenario.  He's trapped in that

2    confined space, big crowd, people pushing behind him.  We

3    showed that video in closing.  The crowd followed up behind

4    him.  In fact, you can see in the still image the person

5    immediately behind him has his forearm across

6    Roberto Minuta's upper back pushing on him.  He has a

7    fight-or-flight reaction.

8             Does he fight anybody?

9             No.

10            What's he do?

11            He gets himself out as quickly as he can.  Fight

12   or flight.  He elected flight.

13            You know, this idea that he pushed past a police

14   line is just -- it's a silly image.  He did not push past

15   anybody.

16            As soon as that became the reality confronting

17   him, he looked for the exit.

18            And the government, again, has, you know, given

19   half the Second Amendment argument.  What Roberto said to

20   that person, you can see he uses one finger twice, and then

21   he uses two fingers the second time.  He says, "When you

22   take away the First Amendment, all you leave is the

23   Second Amendment."

24            So, yes, it was -- here's another point.  I was

25   going to make this later, but I'll make it now and I'll come

44

```
 1    back to it later.
 2              I think the Court's experience is similar to mine.
 3    You know, when we endeavor to find rationality in irrational
 4    conduct, it's a fool's errand.  To look for rational thought
 5    at that moment when hell breaks loose inside the Rotunda
 6    is -- it's a fruitless exercise.  There's no rational
 7    thought being engaged in by anybody at that point.  It's all
 8    irrational reaction to circumstances of the moment, fueled
 9    by adrenaline.  And to try to sort out some kind of thought
10    process to me is just -- it's a meaningless exercise.
11              So the idea that there's a conspiracy -- you know,
12    and I'm going to make this point a little more later as
13    well, but I'll start it now.
14              What did the government get from the verdict?
15    From the verdict, the government got an agreement and that's
16    it.  I mean, they charged three conspiracies and one
17    obstructive conduct, and the verdict means nothing more than
18    that.  It gives them no other facts.
19              You know, you charge more substantive offenses,
20    you get more facts.  But when you charge conspiracies, the
21    only thing the jury's verdict says is that there was an
22    agreement with a particular conspiratorial objective.
23    That's it.  Beyond that, the weight's on your shoulders.
24              And the government can't argue meaningfully that
25    the verdict says any more than that.  The evidence speaks at
```

1    sentencing, not the verdict.

2          So to the extent there was a conspiratorial

3    agreement that is exposed by knowledge of the plans of

4    co-conspirators, with regard to Roberto Minuta, I don't

5    think it materializes until the moment they go inside.

6          So the QRF, you know, this invention -- again,

7    this is -- you know, Mr. Edwards stands up here and says,

8    "Well, you know, he was on the server, and there were things

9    posted on the server.  He had it access to him; so,

10   therefore, we can infer he had knowledge."

11         You know, that -- to me, that's just -- that

12   stretches credulity.  There's no evidence that he knew any

13   of that stuff about the QRF.  He's not a participant in any

14   chat where the QRF is discussed.

15         Yes, he's added to the D.C. -- what was it?  The

16   "Jan. 5 2021 D.C. Op" chat, he's added to that on the night

17   of December 30th.  That's not a leadership chat.  That

18   everybody going.

19         And he's added that.  He doesn't participate.

20   Why?  He's in Texas with his family looking for a new place

21   to live.

22         The FBI testified he flew back with his family on

23   the afternoon of the 5th and drove to D.C.  He's not

24   involved in any of those chats because he's not paying

25   attention to Signal because he doesn't generally use Signal.

1    He's not -- how many Signal chats did we hear about?

2            1100 Signal chats on Stewart Rhodes' phone and

3    400,000-plus messages.  And I think you saw every one of

4    them that involved him.  And it was eight, eight messages

5    over three months.  So there's just no evidence from which

6    any inference of his knowledge of QRF can be gleaned even by

7    a preponderance of the evidence.

8            Aggravating role, again, I mean, this is an

9    invention.  The government is taking disparate anecdotal

10   facts and stitching them together without any real thread,

11   including that he was first in line at some point or in the

12   first golf cart.

13           Well, one of the two golf carts is going to be

14   first.  Mr. James doesn't know where he's going.  They're

15   listening to Google Maps tell them where to go.  Mr. Minuta

16   is not driving.  He's livestreaming.

17           Who's he livestreaming to?  He's livestreaming on

18   Facebook.  It's not to the Oath Keepers.  It's his friends

19   and family, who are calling him, wanting to know what's

20   going on.

21           War in the streets.

22           I asked the agent, You know the path he took.  Was

23   there any war along that path that he would have seen?

24           No.

25           Was there any violence that he would have seen

1    along the path he took?

2            No.

3            They arrive at 2:35.  Why is that important?

4    Because at 2:35, all the violence on the west front was

5    done.

6            At 2:41, the last officers go through the tunnel

7    and into the building on the west front.

8            When they arrived, there's no more fighting

9    between the police and the rioters on the west front.  It's

10   over.

11           At 2:13, Dominic Pezzola broke the window and they

12   were in the Capitol building.

13           So when they walk from the west side to the east

14   side, what are they doing?  They're avoiding the crowd;

15   that's all.  Massive crowd on the west side, they go around

16   the north side to the east side.

17           Leadership, there's no evidence that he led

18   anybody, and Josh James clearly was leading the second

19   group.

20           Obstruction, for all the government knows and for

21   all this Court knows, Mr. James' phone is in my office, or

22   Mr. Minuta's phone is in my office.  I'm not saying it is.

23   All they know is they didn't find it when they searched.

24   That's it.  He moved to Texas, changed services, got a

25   different phone because he got a new service in Texas,

1    different than the service they had in New Jersey.  Doesn't

2    mean that phone disappeared.  Doesn't mean anything was

3    deleted from that phone.  It simply means the government

4    didn't find it.

5           You know, I understand, you know, on the terrorism

6    enhancement, the Court has given it to the other four

7    defendants in varying degrees but -- because of the nature

8    of the conviction.

9           You know, all four of those defendants had some

10   participation, even including Mr. Harrelson, in, you know,

11   some form of either arming themselves or bringing weapons to

12   D.C. or, you know, rhetoric and commentary within the

13   Oath Keeper group.  You know, it could be argued that they

14   were spurring people to violence.

15          Mr. Minuta -- and we'll come to this at the

16   allocution.  He'll speak to it himself.  There's no

17   question, you know.  You've got -- you know, I called him in

18   closing "Crazy Roberto."  You know, the videos, the

19   language, the ridiculous extremes in which he describes his

20   own viewpoint politically.

21          But that's it.  Nothing he did on January 6th

22   approaches the concept of terrorism that warrants an

23   enhancement here.

24          Even Mr. Harrelson, who did -- you know, he

25   doesn't have -- didn't have the kind of rhetorical

1    ridiculousness.  But he did bring a weapon, which the Court

2    found important.  And he did have, you know, the encounter

3    with Officer Carrion, I think, where he clearly felt him up.

4    And, you know, that only begs the question as to why he was

5    doing that.

6              We had nothing like that with Mr. Roberto [sic].

7    The worst thing he did on the first [sic], other than go

8    inside, was harangue and berate police officers in

9    intemperate, rude, and offensive language.

10             But he didn't threaten them.  He made no physical

11   threat towards them.  They're standing right in front of

12   him.  That one line of officers wasn't even in protective

13   gear.  They were just normal clothing standing behind a

14   little chain fence.

15             And all he did was video them and harangue them in

16   offensive terms.  But that's not terrorism.  That's what not

17   what the terrorism enhancement speaks to.

18             So I guess I covered each of the Guideline

19   enhancements, I think, unless the Court has further

20   questions.

21             THE COURT:  I don't.  Thank you, Mr. Shipley.

22             All right.  I'd like to take a few minutes just to

23   review some of the arguments and some of the evidence.  And

24   just give me probably about ten minutes.  I'll be right

25   back.

1          Thanks, everyone.

2          COURTROOM DEPUTY:  All rise.

3          This Court stands in recess.

4          (Recess from 10:37 a.m. to 10:53 a.m.)

5          COURTROOM DEPUTY:  This court is again in session;

6    the Honorable Amit P. Mehta presiding.

7          THE COURT:  Please be seated.

8          Thank you, everyone.

9          So let me just begin in terms of the factual

10   findings concerning the jointly undertaken criminal

11   activity.  Let me just state at the outset that Mr. Minuta

12   was convicted of three conspiracies, seditious conspiracy,

13   1512(k), and 372.

14         So it is against that backdrop, as well as my

15   findings or my rulings on the Rule 29 motion which I made

16   last week.  I'm not going to go over all of those factual

17   details here.  Nevertheless, I will adopt those factual

18   findings for purposes of this hearing as well and make

19   the -- and draw the inferences -- or with respect to the

20   findings therein and the inferences that I drew therefrom, I

21   do make a finding by a preponderance of the evidence that

22   that's what the evidence showed.  I'll be more specific here

23   as to Mr. Minuta in a moment.

24         So I do find with respect to the issue of jointly

25   undertaken criminal activity that Mr. Minuta is responsible

1    for, as related conduct, the acts of his co-conspirators

2    that were convicted of the same various conspiracies that he

3    was; that includes Mr. Meggs, Mr. James, Ms. Watkins, and

4    Mr. Ulrich, who pled to seditious conspiracy and -- at least

5    to seditious conspiracy.  As part of that finding, I also

6    find by a preponderance of the evidence that Mr. Minuta

7    conspired to resist the authority of the United States by

8    force, which is the second object of the seditious

9    conspiracy count.

10          The actions of these co-conspirators, in

11   particular, Mr. Meggs, James, Watkins, and Ulrich, were,

12   one, within the scope of the jointly undertaken criminal

13   activity; two, in furtherance of the criminal conspiracy;

14   and, three, reasonably foreseeable in connection with that

15   criminal activity.  That specifically includes the use and

16   threatened use of physical force to obstruct the

17   Electoral College certification by Line 1 members who were

18   not -- who were in the Senate hallway, as well as

19   Mr. James's conduct once inside the building and, in

20   particular, inside the Rotunda.  And I'll provide some

21   further gloss on that in a moment.

22          The Court does not think it needs to reach the

23   question of whether it was reasonably foreseeable to

24   Mr. Minuta that there was a QRF and that the presence and

25   purpose of the QRF was reasonably foreseeable to him, as

1    I think the findings I'm about to make are adequate to

2    sustain the scope of his conduct, as well as the Guidelines

3    enhancements that will apply.

4            So I'll make the following factual findings.

5            In the immediate aftermath of the election, the

6    evidence showed that Mr. Minuta took to social media and to

7    an Oath Keepers forum to express his displeasure with the

8    election -- with the election results, the way in which the

9    election was conducted, and the potential -- and referred to

10   the potential need for violence.

11           The Facebook videos that were shown at trial

12   shows, at a minimum, and charitably, a very animated

13   Mr. Minuta, who, at the state -- somebody who is animated

14   with respect to the state of American politics and who holds

15   a particular view of the Second Amendment and a belief that

16   the Second Amendment would justify him and others in taking

17   up arms against a tyrannical government.  Those are

18   essentially his words.

19           He says in these videos, for example, that

20   "The integrity of the Democratic system is dead,"

21   referencing false, fraudulent ballots."  He exhorts people

22   to wake up, do something.

23           He says that the Second Amendment, again, is about

24   taking up arms against tyranny.  He says that millions will

25   die and that he is not afraid and that he is ready to go.

1   And so already in the beginning of November, in

2   November, he is expressing a willingness to, not only

3   displeasure with the government, which he sees as

4   tyrannical, but also a willingness to take up arms in

5   resistence to the government.

6   On November 8 -- this is on the Rocket.Chat -- he

7   writes -- this is the Rocket.Chat forum in which other

8   Oath Keeper members are on.  "Take this period of

9   uncertainty to make sure provisions and gear is set up

10   properly.  If you were called to action on short notice,

11   what would you be scrambling to organize?  Get the gear set

12   up and ready to deploy at a moment's notice.  The calm

13   before the storm is the perfect opportunity to finalize

14   preparedness.  We must overtake," in all caps, "the streets

15   in massive numbers."

16   So we have Mr. Minuta here, again, referring to

17   gear, getting prepared, which I think a reasonable inference

18   can be drawn that it would include gear and preparedness for

19   the use of force.

20   November 16th posting to Facebook, he writes, "If

21   you have never been in a literal mob of violent, demonic

22   Communists protected by the crooked-assed police, then you

23   can't accurately talk about what is really," in all caps,

24   "going on in this country.  We are already in Civil War.

25   Choose a side."  And then two days later, he notes that it

1    is "revolution time" after he has done work with the

2    Oath Keepers and the Proud Boys in Washington, D.C.

3         So that is the evidence of Mr. Minuta's state of

4    mind in mid-November, how he views the government, and how

5    his view is with respect to the appropriateness of using

6    violence to further his own ends and his beliefs.

7         He does join the Oath Keepers in November and

8    December for the rallies here, which, at a minimum,

9    demonstrate his closeness to Mr. Rhodes and also his

10   cooperation with other members of the Oath Keepers.

11        But by mid-December, the evidence could be

12   understood to show that Mr. Minuta understood that he and

13   other Oath Keepers might need to resort to violence to

14   prevent the lawful transfer of power.

15        Critically on December 18th, Mr. Minuta wrote to

16   Dominic Pezzola, "The OK President," referring there to

17   Mr. Rhodes, "is pretty disheartened.  He feels like it's

18   go-time.  The time for peaceful protest is over in his eyes.

19   I was talking with him last night."

20        In clear reference to Mr. Minuta speaking to

21   Mr. Rhodes, to the need for peaceful protest to be over, and

22   yet here Mr. Minuta is not only writing that to

23   Dominic Pezzola; he's not merely passing on that

24   information; but what he is doing is actually ultimately

25   agreeing with it, one could infer, and I think properly so,

1    because he comes to Washington, D.C.

2          And, in fact, on December 27th, he posts to

3    Rocket.Chat, "Brothers, I have been in attendance for all

4    D.C. events thus far.  January 6th we must be present, not

5    for our President, but for our liberty.  Please get there."

6          Again, this was after he's had this conversation

7    with Mr. Rhodes.  On December 31, Mr. Minuta replies to a

8    Parler post, posted by Enrique Tarrio that has a "Lords of

9    War" meme that features him, among others, "#j6, #j20."

10   That is proof that he recognizes those key dates concerning

11   the transition of power and associates them with a war

12   footing.

13         Now, again, this is weeks after Mr. Minuta has

14   recognized that Mr. Rhodes has said that the time for

15   peaceful protest is over.  He is on, in terms of

16   January 6th, multiple calls with Mr. Rhodes, showing some

17   coordination with him and Mr. James.  So talking about

18   January 6th, and I'll just highlight some of the facts that

19   support my findings and I'll talk about some of the other

20   facts later on.

21         But the bottom line is this:  That Mr. Minuta is

22   with another small cadre of Oath Keepers that were assigned

23   to protecting Roger Stone that morning.  He had been in the

24   area on the night of January the 5th and stayed at a hotel

25   with Mr. Rhodes, Kellye SoRelle, among others.  There's no

1  evidence that Mr. Minuta brought a weapon with him to the

2  District of Columbia, and there's no evidence that he

3  traveled to the District of Columbia with anyone else.

4          He did participate, to our understanding, in a

5  security detail for Roger Stone; however, once it became

6  clear that Mr. Stone no longer was going to be needed and

7  was not going to The Ellipse, he and that group of

8  Oath Keepers returned to the Mayflower Hotel, where at some

9  point they were told by Josh James that they were going to

10 go to the Capitol.

11         Mr. Minuta is on the January 6th op chat at that

12 point.  It is true that he is not somebody who is frequently

13 talking or sending messages, but he would have had access

14 to it.

15         And, importantly, during those early afternoon

16 hours, after Mr. James has -- or in and around the time

17 Mr. James has said, "We're coming to the Capitol.  Be there

18 in 30 minutes" -- and I can't remember whether that's on a

19 Signal chat or different Signal chat.  But be that as it

20 may, Mr. Rhodes, at least two or three occasions, is

21 beckoning, calling Oath Keepers to the Capitol.

22         And so Mr. Minuta certainly would have known on

23 that day that there were other Oath Keepers in Washington,

24 D.C., other than himself; and, two, that Mr. Rhodes was

25 calling them all to the Capitol.

1          And the purposes for that are apparent from what

2    he says on -- from two things.  One is, Mr. Minuta doesn't

3    come there dressed in a T-shirt and pants or regular jacket.

4    He's wearing a vest, and he's wearing goggles.  Query what

5    that's for if he's going there to help the police, as he has

6    claimed.

7          But what he says on the golf cart ride is quite

8    revealing.  It shows an awareness of what was happening and

9    an intent, once -- and his intent of what he's going to do

10   once he gets there.  Refers to "patriots storming the

11   Capitol."  References "violence against patriots by the D.C.

12   police.  D.C. patriots attempting to storm the Capitol.  War

13   in the streets right now."

14         When he approaches a police blockade, Mr. James

15   drives around it.  And then they ultimately park.

16         The video shows -- I think he says, "Word is they

17   got in the building."  And he says, "Let's go."

18         And as he's walking to the Capitol, you can hear

19   some people say, "Go fight some Congressmen."  And

20   Mr. Minuta, I believe, says, "Thank you," or one of the

21   people says, "Thank you."

22         This is the conversations; these are the words

23   that are being spoken as Mr. Minuta is approaching the

24   Capitol.  Let's be clear, there is not a word in any of this

25   video that "We're going to assist police.  We're going there

1    to help the police."  Nothing, not a word.

2            The video shows that he is, at least the portion

3    of time that the video is showing, at the front of a line of

4    Oath Keepers who are walking to the east side of the

5    Capitol.

6            As I said earlier in a different sentencing, that

7    I think it's strange that all of the Oath Keepers

8    congregated on the east -- not strange.  I don't think it's

9    a coincidence that all the Oath Keepers ultimately

10   congregated on the east side of the Capitol when the west

11   side of the Capitol was actually the first point of egress

12   and entry.

13           In any event, as he circles the Capitol around

14   2:50 p.m., Mr. Minuta's captured on video, as Mr. Shipley

15   calls it, haranguing a group of police officers.  But his

16   haranguing includes the following words:  "They fuck us over

17   when they just want to keep their fucking paycheck when they

18   won't even have a country."

19           It's strong evidence of Mr. Minuta's state of mind

20   at that point in time.  Again, this wasn't somebody who was

21   there to help the police, it was somebody who had an intent

22   to go inside that building and to disrupt the proceedings

23   that were there and happening inside.  And nothing in his

24   words and his later conduct suggests that he was there for

25   any other purpose.

1          Around 3:10 p.m., he goes up the stairs.  It is

2    true, as Mr. Shipley points out, that he does enter

3    certainly one or two people removed from the line of

4    officers that have walked in before him, though it hardly

5    seems the case that the reason he was walking by on those

6    police officers was, in fact, to assist them, because

7    there's no effort to do so once he actually enters the

8    building.

9          He walks past the police around 3:14 p.m.  You can

10   see Mr. Minuta have a brief conversation with a police

11   officer.  We don't know what was said.  And then he is

12   permitted through.

13         He begins filming as soon as he immediately

14   enters, and part of the filming is looking back at the door

15   and seeing that the police are trying to keep people out.

16   And yet what we hear Mr. James and Mr. Minuta say on video,

17   Mr. James saying, "Want to keep pushing in?"

18         And Mr. Minuta, "Yeah."

19         Mr. James, sort of then enthusiastically says,

20   "Keep fucking going."

21         Within minutes, they are in the Rotunda or just

22   immediately outside of it, where Mr. James first approaches

23   a line of police.

24         It is true that his first words are words to the

25   effect of "Just chill.  Just chill.  Allow" -- and, you

1    know, says "-- asked, "Do you want to get out?"

2           But that, in my mind, doesn't establish that

3    Mr. James had any intent other than to try and get past

4    those police officers to get into the building, to do what

5    they were intending to do there, which was to disrupt the

6    proceedings and obstruct Congress.

7           It's not surprising that when Mr. James is

8    ultimately pushed on his right shoulder, not hit on his face

9    but simply pushed on his right shoulder, he loses his mind

10   and begins to assault the police officers, grabbing them and

11   screaming what he says.

12          It's also my belief that Mr. Minuta contributed to

13   Mr. James' state of mind and shared it with him because this

14   is what Mr. Minuta says moments before Mr. James does what

15   he does.

16          "This is what's bound to happen.  Just get out --

17   get out -- these cops out.  It's our fucking building.  Get

18   them out.  Get out.  Let them out."

19          This isn't an invitation.  This isn't an effort to

20   lend a helping hand.  This is a direct confrontation to

21   police to encourage both Mr. James and others around

22   Mr. Minuta in that immediate moment, where there is a crowd

23   confronting a line of police officers, to confront police

24   and use physical force to remove them from -- remove them

25   from where they're standing between the crowd and getting

61

1    further inside the Rotunda.

2         The video shows that Mr. Minuta then is part of a

3    crowd that begins pushing against the police.  Is he being

4    pushed from behind?  Is he himself pushing forward?  It's

5    probably a little bit of both.  But certainly there's no

6    effort and no suggestion in the video that Mr. Minuta is

7    trying to turn himself around and leave and get out and

8    avoid the situation he finds himself in.

9         And then, of course, any notion that he's trying

10   to help the police is belied, if not utterly negated, by

11   what he says to them on the way out, which is sort of

12   pointing at him and saying, "That's all that's left is the

13   Second Amendment," as if to taunt them -- not just as if to

14   taunt them, but to taunt them.

15        He doesn't then leave immediately.  He is then

16   outside on the landing for about 15 minutes waiting for the

17   last person to exit, the last Oath Keeper, which is around

18   3:35 p.m.

19        So those are my factual findings that I do believe

20   support the scope of the conduct as to which Mr. Minuta is

21   responsible.  And that, as I said, includes both Mr. James'

22   conduct, which would have been reasonably foreseeable to him

23   that would have become violent, given all that was said in

24   advance, and their conduct as they approached the Capitol

25   and Ms. Watkins' conduct and those in Line 1, who Mr. Minuta

1    would have known were also in Washington, D.C., would have

2    been called to the building, and it certainly, in my view,

3    would have been reasonably foreseeable, given the things

4    that he had said in advance, things that he had encouraged

5    other Oath Keepers to do and to be present for on

6    January 6th, and his conversation with Mr. Rhodes in

7    mid-December that force was something that they were

8    prepared to engage in and would engage in.

9         I mean, look, Mr. Minuta, we'll have to have a

10   conversation about this, but there was nothing about your

11   conduct on that day that suggested someone who was intending

12   to act peacefully.

13        With respect to the Guidelines enhancements,

14   starting with the obstruction enhancement, the government is

15   sort of relying on two aspects of this.  One is primarily

16   the deleting of the video at the behest of Mr. James.  That

17   was done on January 7th in the afternoon.  Mr. Minuta

18   essentially says words to the effect of he's deleting the

19   video "because it shows faces on the video."

20        What the Guidelines provide is that in a situation

21   like that where the obstructive conduct occurs prior to the

22   start of the investigation of the instant offense of

23   conviction, this guideline is covered by such conduct if the

24   conduct was purposely calculated and likely to thwart the

25   investigation or prosecution of the offense of conviction.

63

1          The *United States versus Henry*, 557 F.3d 642, an

2    enhancement for obstruction requires that the defendant

3    consciously act with the purpose of obstructing justice.

4          And the *United States versus Reeves*, 586 F.3d 20,

5    from the D.C. Circuit, what the Court said, "Where conduct

6    is directly and inherently obstructive, that is, where the

7    defendant engages in behavior that a rational person would

8    expect to obstruct justice, the Court may infer an intent to

9    obstruct justice and need not make a separate finding of

10   specific intent, at least where there's no evidence -- at

11   least where no evidence is proffered to show non-obstructive

12   intent.

13         I think this is a close call.  But, ultimately,

14   I don't -- I am not convinced by a preponderance of the

15   evidence that the enhancement applies with respect to the

16   deleting of the video.  We do not know and would have to

17   speculate as to the reason Mr. James offered Mr. Minuta for

18   deleting the video.  Maybe it was Mr. James was embarrassed.

19   Maybe Mr. James was -- himself understood that this could be

20   the subject of a criminal -- evidence of criminal

21   wrongdoing.  But that then requires another degree of

22   speculation, an inference that Mr. Minuta also understood

23   Mr. James to be asking him to destroy evidence to avoid it

24   being used in a criminal investigation, a potential criminal

25   investigation.  And I think that's just sort of one step too

1   far in terms of the logical inferences that I'm being asked

2   to make based upon the evidence.

3           In terms of the phone and the replacement of the

4   phone and the fact that the phone was not available when the

5   government ultimately arrested Mr. Minuta, there's certainly

6   sufficient time that passes between when this occurs and

7   Mr. Minuta actually being arrested.

8           And there's just too much that is unknown during

9   that period of time for me to draw the conclusion that

10  Mr. Minuta, A, in fact, physically rid himself of the phone

11  and, 2, that maybe he switched services for some other

12  reason that's unrelated to any investigation.  And

13  so I think it would just require far too great of

14  speculation and conjecture on my part to find that the

15  reason the phone was not available to the FBI when they

16  arrested Mr. Minuta was that because he had discarded it as,

17  I think, the indictment said, to obstruct justice.  So

18  I'm not going to impose the enhancement for obstruction of

19  justice.

20          With respect to the interference, the eight-level

21  enhancement for the interference with due administration of

22  justice, I've already addressed the legal objection that was

23  made as to why it didn't apply, and I do think it applies as

24  a legal matter to a congressional proceeding.

25          I also find it's reasonably foreseeable, as

```
 1    I have, that Oath Keepers like Ms. Watkins and Mr. James, it

 2    was reasonably foreseeable to Mr. Minuta that they would

 3    have caused -- excuse me -- that they would have threatened

 4    to cause physical injury if, in fact, not actually caused

 5    physical injury to a person in order to obstruct the due

 6    administration of justice.

 7            And I think Mr. Minuta's own conduct and his own

 8    words that day certainly support that directly.  Even if the

 9    reasonably foreseeable requirement was not met here, he does

10    express repeatedly an antipathy and antagonism toward the

11    police on the way to the Capitol; he does so outside the

12    Capitol; and then he does so again once he's inside the

13    Capitol.

14            And he then is within feet of Mr. James as he is

15    confronting a line of police officers and then himself

16    becomes part of a group of people who are pushing up against

17    the police officer -- a line of police officers.  And

18    so I think for all of those reasons, that enhancement does

19    apply.

20            This does substantially interfere with the

21    administration of justice for the reasons I've already

22    discussed, so that three-level enhancement applies.

23    Specifically, the entirety of the proceeding was halted,

24    which makes it substantial in and of itself.

25            And then there was the government expense that is
```

1    associated with the obstruction -- obstructive conduct that

2    resulted in the halting of the proceedings.

3          In terms of extensive scope, planning, or

4    preparation, Mr. Minuta has argued that this doesn't apply

5    because the conspiracy formed essentially on the east side

6    of the Capitol moments before he entered the building,

7    relying on Mr. Berry's testimony at the second trial.

8          I disagree with that.  I do think the evidence, at

9    least with respect to Mr. Minuta, shows his engagement in

10   the conspiracy, at least seditious conspiracy.  By

11   mid-December, he is talking to Mr. Rhodes, discussing the

12   need for something other than non-violent protest; passing

13   that message on to an Oath -- to a Proud Boy; and then not

14   only agreeing to come to Washington, D.C., but encouraging

15   other Oath Keepers on the Rocket.Chat to do so.

16         And so there's no doubt in my mind that at that

17   point in time, Mr. Minuta was part of the conspiracy and

18   that part of his intent in joining the conspiracy is an

19   understanding of what the purpose of the conspiracy was; and

20   that was to use force to resist the authority of the

21   United States and to prevent the transfer of power through

22   the execution of its laws.  He clearly has that awareness

23   when he is posting in response to the meme about

24   Lords of War.  That indicates the two critical dates in the

25   transfer of power, both January 6th and January 20th.

1   So I think that applies.

2         There's obviously a great deal of planning and

3   preparation, including the number of people.  And in terms

4   of coming to Washington, D.C., clearly, the folks who are

5   his co-conspirators prepared by bringing weapons, although

6   it's not clear to me Mr. Minuta would have been aware of

7   that; but, nevertheless, the entirety of the evidence

8   certainly shows a great deal of extensive planning and

9   preparation for the offense conduct.

10        With respect to the enhancement for role in the

11  offense, the government has relied primarily on the

12  following evidence:  that Mr. Rhodes referred to Mr. Minuta

13  as the New York Oath Keepers leader, as one of his most

14  trusted men.  He encouraged others to act on -- excuse me,

15  on the Rocket.Chat, at least with respect to Oath Keepers,

16  and just others generally on -- through his Facebook

17  postings.  He was at least physically at the head of Line 2

18  as it's walking on the west side of the Capitol on the way

19  to the east side of the Capitol.

20        The government mentions that he reserved some

21  hotel rooms, although not where he stayed; and, ultimately,

22  where he stayed was with Mr. Rhodes elsewhere; and that

23  Mr. Ulrich testified that he was the sort of go-between, the

24  group of Oath Keepers that were protecting Roger Stone and

25  Alex Jones' security detail.  And the government adds that

1    he sort of signals Walden to come on out of the building

2    about 15 minutes after Mr. Minuta actually exits.

3            So I don't think this gets there.  It is -- the

4    following is, I think, true and consistent with the

5    evidence.  One is, Mr. Minuta's sort of title, titular

6    title, is head of the New York Oath Keepers, even if that

7    was, in fact, accurate, is, as I think as Mr. Shipley

8    elicited at trial, sort of a group of one.  There was hardly

9    a group of people that Mr. Minuta was leading just even

10   organizationally within the Oath Keepers.  He doesn't come

11   to Washington, D.C., with anyone else.  He doesn't encourage

12   any specific individual to come to Washington, D.C., unlike

13   some of the others like Ms. Watkins does or Mr. Meggs does.

14           When he actually arrives in the District, we

15   really don't have a sense of what he does on January 5th,

16   other than we know where he's staying at the hotel.  On

17   January 6th, he is with a group of other Oath Keepers; but

18   it's clear that Mr. James is really the head of that group.

19           And there's no evidence that Mr. Minuta actually

20   directs anybody to do anything.  You know, there's no

21   evidence really from Mr. Ulrich, and no evidence otherwise,

22   that Mr. Minuta directed anybody to go.  That seems to have

23   been Mr. James's determination based upon a communication

24   likely from Mr. Rhodes.

25           And as I said, once you get underneath Mr. James,

69

1   it all seems relatively flat to me in terms of the actual

2   conduct -- that is, the offense conduct.  And that's what

3   really matters.  It's not simply where somebody is in an

4   organizational hierarchy.  And so for those reasons, I don't

5   think either of the enhancements apply.

6          Insofar as the terrorism enhancement, I will apply

7   it.  Given the nature of the convictions, they clearly

8   were -- Mr. Minuta certainly engaged in conduct that was

9   calculated to influence or affect the government by

10  intimidation, coercion, force.

11         In terms of the points I will depart by, and it

12  will be one.  I think largely for the reasons that I've just

13  stated, I do not think Mr. Minuta is on the caliber of,

14  certainly not of Meggs, certainly not of the caliber of

15  Watkins.  I view him as somebody who is lesser than those

16  individuals.

17         Again, he's not an organizer, leader, manager,

18  what have you.  He doesn't come to Washington with anyone

19  else.  He doesn't come with a gun, so he doesn't contribute

20  anything to the QRF.  His actions that day are more

21  aggressive and more purposeful than perhaps others.  But,

22  nevertheless, I think for those reasons that I've already

23  articulated, he is not as culpable and doesn't -- is not --

24  doesn't warrant a departure any more than I've just

25  indicated.

1          So with that, those are the findings and the

2    enhancements that will apply.

3          So the Guidelines calculation is as follows:

4          For Count 1, seditious conspiracy, 2X5.1 is the

5    Guideline.  The cross-section is to treason under 2N1.1.

6    But because the conduct is not tantamount to waging war

7    against the United States, the obstruction Guideline at

8    2J1.2 applies.

9          Count 2, also 2J1.1 applies.

10          The same is true for Count 3 -- for Count 3, which

11    is a substantive 1512(c)(2) count.

12          And for Count 4, which is the 273 -- the 372,

13    excuse me, conspiracy.

14          I know I'm supposed to individually do the

15    calculations; but because they all end up in 2J1.1 and the

16    same enhancements apply, I'll simply just state that all of

17    these are grouped because the same victim is involved --

18    that is, Congress or the government -- and two or more

19    acts -- involve two or more acts connected by a common

20    criminal objective or constituting a part of a common scheme

21    or plan.  So a total Guidelines calculation will then be as

22    follows:

23          The Base Offense Level is 14, causing or

24    threatening physical injury to a person or property damage

25    in order to obstruct the administration of justice,

1    eight-level enhancement.  A substantial interference,

2    three-level enhancement.  Offense was extensive in scope,

3    planning, or prep, two levels.

4              No levels for role in the offense or obstruction.

5              I'll add an additional level under 3A1.4, Note 4.

6              Total offense level is a 24.

7              Criminal History is Category I, for a

8    Guidelines Range of 78 to 97 months and a 25,000 to $250,000

9    fine.

10             All right.  So those are the Guidelines

11   determinations.

12             And so let us then move to the allocutions, and

13   we'll begin with the government.

14             MR. EDWARDS:  Thank you, Your Honor.

15             Your Honor, Mr. Minuta's violent intentions and

16   conduct warrant a significant sentence.

17             Mr. Shipley posited that you must rationalize

18   irrationality and that that was a fool's errand.  But to

19   Minuta, this was not irrational.  This was his world view of

20   his responsibility as an American.

21             And the evidence that the government has submitted

22   to you shows that this is a world view he believed

23   throughout, or earliest, January 2020 when he attended a

24   Richmond, Virginia, rally at the Capitol of Virginia, and he

25   later commented on what he did there.  He said he was in

 1   Virginia with a literal army of militia, surrounding the

 2   Capitol building, armed for a revolution.  That's January of

 3   2020, because he disagreed with the State of Virginia's

 4   potential action on curbing gun ownership.

 5           This is the thread that carries Mr. Minuta's

 6   actions forward.

 7           In April 2020, he was against the government's

 8   COVID restrictions in the state of New York.  So he called

 9   for violence.

10           "I'm aligned with the Prince of Peace," he said,

11   "and have accepted that there is no peace without war.  So

12   mount the fuck up.  "Time to oppose tyranny.  It is our duty

13   to resist and remove unconstitutional tyrants."

14           This is not an irrational notion from Mr. Minuta.

15   This is his belief system.  He calls for violence against

16   the government and against his fellow countrymen when he

17   disagrees with them.

18           He associated himself with the Oath Keepers, with

19   the Proud Boys, and with Three Percenters, all organizations

20   that have built upon the notion that we turn to violence

21   when we disagree.

22           And when Mr. Minuta talks about his

23   Three Percenter association in a podcast with Mr. Rhodes, he

24   said, "If you consider yourself a Three Percenter, you're

25   labeling yourself as someone that's ready to take the

1    ultimate stand when the time comes."

2          And make no mistake, Your Honor, Mr. Minuta is not

3    talking about fighting and sacrificing for his country.  He

4    is talking about fighting and sacrificing against it.

5    That's what he did on January 6th when he was surrounded by

6    his fellow Oath Keepers.  And he lived up to his twisted

7    creed to take the fight to the government that he considered

8    and dubbed corrupt and tyrannical, and that is dangerous.

9          Unlike some of Mr. Minuta's co-defendants, he

10   doesn't have a natural narrative arc that led him to where

11   he sits right now.  He does not point to injustices from

12   family or government.

13         Mr. Minuta has what appears to be a family

14   structure that was supportive and there for him.  He ran and

15   operated a business.  He received government assistance when

16   that business was in need.  His narrative arc should not

17   have left him here.

18         And just as it is mitigating for some when they

19   experience injustice, it should be aggravating to others who

20   discard that support supportive network and commit the kinds

21   of crimes Mr. Minuta committed.

22         And Mr. Minuta, to this very day, has not shown

23   remorse for what he did.

24         Throughout pretrial release, Mr. Minuta took to

25   Twitter to call January 6th defendants political prisoners.

74

 1    He called this investigation political.  He took to Newsmax

 2    documentary about January 6th.

 3                And he explicitly said three things, none of which

 4    are true.

 5                There was no evidence that he was violent.

 6                That he helped the police because

 7    Lieutenant T.K. Johnson had come to him for help, and so he

 8    followed him in.

 9                And that he expected January 6th to be peaceful.

10                He continues on his Twitter to link to a

11    GiveSendGo that describes this prosecution as vindictive,

12    absurd, extremely political, and an example of a weaponized

13    government used to destroy dissidents.  That's his world

14    view.

15                And I want to put something to rest right now.

16    Mr. Minuta did not help the officers on January 6th.  And to

17    this day, they continue to argue that he did, despite all of

18    the clear evidence that he was the aggressor against those

19    officers that day and he was the problem.

20                The reason that is relevant to an appropriate

21    sentence, Your Honor, is because it reflects the magnitude

22    of the lack of remorse from Mr. Minuta.  And it shows that

23    there are no guardrails to prevent Mr. Minuta and others

24    from doing just that, again, in the spirit of their own

25    warped sense of terrorism, except a significant sentence.

1    That is the guardrail needed.

2            Mr. Minuta is a dangerous individual to others and

3    to his Republic because of this world view.  He is motivated

4    by a deeply held, warped sense of patriotism that calls for

5    violence against the government when he disagrees with it.

6    That is not how this country works.

7            Woven into our social fabric is the thread of

8    decency and civility, especially when we disagree.  And

9    Mr. Minuta and his malignant strain of force and place of

10   disclosure threatens to tear that fabric.  A significant

11   sentence would stop him and others from doing that moving

12   forward.

13           Thank you, Your Honor.

14           THE COURT:  All right.  Thank you, Mr. Edwards.

15           Mr. Shipley.

16           MR. SHIPLEY:  Your Honor, I'd like Mr. Minuta to

17   speak first, and then I'll conclude.

18           THE COURT:  Okay.

19           Mr. Minuta.

20           THE DEFENDANT:  Honorable Judge Mehta, I've long

21   awaited the opportunity to speak to you, and I'm very

22   grateful for this time you've granted me to do so.

23           THE COURT:  Mr. Minuta, I'm sorry to interrupt

24   you.  Could I just ask you to move that microphone a little

25   closer and keep your voice up?

1          THE DEFENDANT:  Yes.  Sure.

2          THE COURT:  Thank you.

3          THE DEFENDANT:  Yes, Your Honor.

4          Do I reiterate the first part?

5          THE COURT:  No.  I heard that.  Thank you.

6          MR. SHIPLEY:  Oh.  Nobody asked me to use the

7  microphone.

8          THE COURT:  It's never been necessary.

9          THE DEFENDANT:  Upon your review of my character

10 references, I would imagine the image painted and letters

11 written by those who know me best was a stark contrast to

12 the person that you were presented with through government

13 evidence.  To be fair, the prosecution did not have to do

14 very much to make me look bad, as it was my own anger,

15 profanity, and tone that created that image.

16          As the videos were played over and over, I would

17 cringe at my unnecessary and, frankly, embarrassing use of

18 language and display of anger that was presented in your

19 courtroom.  Your Honor, although my anger was unacceptable,

20 I would like to quickly address the culmination of events

21 that drove me to that point.

22          Eight months before January 6th, I was receiving

23 in-person death threats by Antifa and their collaborators

24 for opening my business.  They were threatening me, as well

25 as my family.  And on more than one occasion, they came into

1    my business and told me they were going to "shoot me in the

2    head."  They regularly threatened arson and vandalism, which

3    ultimately led to the physical destruction of my storefront.

4    They would engage with my Facebook videos, and much of my

5    anger was direct directed specifically at those individuals.

6          In regards to my election integrity concerns, that

7    stemmed from my wife and I being the recipients of five

8    mail-in ballots addressed to three different people for just

9    her and I.  I was never of the opinion that the election was

10   stolen, but I did have concerns that those extra ballots

11   could hinder the accuracy of our sacred right to vote in

12   either direction.

13         Lastly, my business closure through Executive

14   Order was also a point of contention that fanned the flames

15   of my anger.  It was the death threats and vandalism by

16   Antifa that led me to rallies and protests and to protect --

17   and protector of those expressing their First Amendment.

18   I believe in everyone's right to express their views without

19   the threat of violence, whether I agree with them or not.

20         It became very personal for me after what was done

21   to me and my family.  I do acknowledge and respect the

22   limitations of the First Amendment, and I believe that the

23   line was crossed on January 6th, destroying the legitimacy

24   of what I thought was going to be a peaceful protest.

25         On January 6th, 2021, the frustration displayed in

my Facebook rants manifested itself in the real world.  The
recipients of my verbal belligerence were undeserving, and
there was a display of misplaced frustration.  I'm sincerely
ashamed of my verbal outlashes.  The recipients were the
police that were already under extreme distress before my
outbursts.  As a father, I would be embarrassed for my
children to see me behave the way I did on that day.  In
fact, it would be a perfect example of how not to behave.

My poor judgment and impulsivity didn't stop at
belligerence.  I entered the Capitol, alarms blazing,
chemical irritants in the air; and despite all my intuition
saying, "This is not a good situation," I went in.
I shouldn't have, and I'm sorry that I did.  My remorse is
not only due to the legal ramifications of my actions and
the horrific burden I've placed on my family and others, but
also the fact that I was presented with an opportunity to
help police, and I blew it.

When prosecutors would say, "Does this look like
Mr. Minuta's helping the police?" while using my own words
as their evidence, I can honestly say, no, no, Your Honor,
it does not look like I was helping the police.

I failed at assisting the police that day, and I
now perceive myself as an added stressor on what was already
a terrible situation.  I've had years to reflect on and
relive my words and actions that day, and I'm sincerely

1  disgusted by my behavior.

2           Your Honor, I will not attempt to justify my

3  actions but, rather, present some context that may not have

4  been conveyed in trial.

5           On the steps to the Columbus Doors, I spoke

6  directly with an officer in that long line of police, and he

7  told me they were trying to get the police out.  I told the

8  officer, "Well, I'm with you."

9           I followed the police with the understanding that

10  they were going in to extract officers.  I had the intention

11  to assist them, and I did not intend on entering the

12  building until I heard of the need to get officers out.

13  I stayed behind them, and I followed them in.

14           This was Tarik Johnson's first attempt at

15  extraction before he had the MAGA hat on.  I never spoke

16  with Tarik Johnson.  I did hear his bullhorn, and I heard

17  his desire to get the police out.  But I never had direct

18  contact with him, Your Honor.

19           Upon entry, I could see tops of helmets in the

20  Rotunda facing the exit.  I assumed that those were the

21  police that were trying to get out.  I followed James

22  forward.

23           And once at the doorway to the Rotunda, I began

24  yelling, "Just get out.  Get these cops out of here."

25           I stated, "This is our f'ing building," which was

1    not helpful in any way.  I don't know why I said that, but I

2    regret it.  My final words were, "Let them out."

3                I did not have bad intentions.  I only wanted to

4    help get the police out, but my loss of verbal control

5    turned my presence counterproductive.

6                Josh James used similar language addressing the

7    police.  He was asking them if they wanted out.  Shortly

8    after, the situation turned into chaos in an instant.  There

9    was so much pressure from everywhere, I couldn't breathe.

10   You had to put your hands on something, and you had to brace

11   yourself to take off the pressure.  I did not want to

12   advance into the building.  And I left James in there as

13   soon as I could get out.

14               I'm not trained for that type of situation, and I

15   don't know why I thought I could be of assistance in the

16   first placement.  Although I wanted to help, everyone would

17   have been better off without me ever entering.  My emotions

18   got the best of me, and I'm deeply apologetic, Your Honor.

19               Your Honor, the day I was arrested and questioned

20   by the FBI, I signed away my right to an attorney; and I

21   said that I was going to trust God and tell them the truth.

22   I poured my heart out, and I told them everything I knew.  I

23   had absolutely no idea of what other Oath Keepers were doing

24   or saying leading up to January 6th.

25               I was very disconnected from the activity,

1  planning, and absurdity that was displayed through various

2  indictments and eventually trial.  I didn't know -- I did

3  not know about any guns in Virginia whatsoever.  I didn't

4  even know what a QRF was until I read the indictment.

5  Your Honor, had I known, I would have never put myself in a

6  situation like that, especially for a President that I had

7  genuine disdain for.

8          I'm remorseful for my actions and my words that

9  day, Your Honor.  I know that I was an added stressor on an

10  already very stressful and traumatizing day.  I was unaware

11  of how widespread the violence was until I reviewed

12  discovery for trial, and the frequency and intensity of

13  violence was alarming.  There's no excuse for such behavior,

14  and I'm ashamed that it happened.

15          I'm deeply apologetic to our police, our

16  officials, and anyone else affected, including the families

17  of those heroic individuals that restored order that day.

18          I do not condone the events that took place at the

19  Capitol.  I disavow the Oath Keepers as an organization.

20  I was misled and naive.  I thought by being affiliated with

21  the Oath Keepers, I'd be associating myself with the likes

22  of Rick Jackson and Ryan Nichols.  Instead, deranged

23  leadership turns the organization into a political

24  "rah-rah Trump" disaster.

25          I'm repulsed by Mr. Rhodes' lack of remorse.  The

1    best thing I could have done to help on that day was just go

2    home or, better yet, not even have gone at all.

3          Your Honor, this journey through the judicial

4    system has resulted in deep reflection for me.  I saw flaws

5    in my character that I was ashamed of, and I have since been

6    transformed by this experience.

7          My whole purpose in life is to be there for my

8    family, to be a loving husband and a father, and to set a

9    good example for my children.  My wife and my children are

10    my everything.

11          I moved across country, leaving everything and

12    everyone behind, to give them a better life.  I'm

13    overwhelmed by the thought of their anguish if they're

14    without me.  My stupidity on January 6th has been a source

15    of tremendous grief for them and many others, and I'm deeply

16    apologetic.

17          Your Honor, when the police came down the stairs,

18    and I was recording them and being belligerent as usual, I

19    looked in their faces and I saw that there were women and

20    they were in pain, you know, not physically but they were

21    just distraught, and in that moment, I knew that that was a

22    really bad day.

23          And I was not in an instance where I wanted to be

24    celebratory.  I left immediately, Your Honor.  And I'm

25    deeply ashamed of my actions and what happened that day, and

1    I'm very remorseful.

2          And I just plead for your mercy, Your Honor, not

3    for my sake but for the sake of my children and my family,

4    who I deeply adore and love and live for.

5          Thank you so much for this time.

6          THE COURT:  Mr. Minuta, thank you for your words.

7          Mr. Shipley.

8          MR. SHIPLEY:  I'll try to speak a little bit more

9    deliberately myself.

10          I don't want to rehash in any way the factual

11    issues that have been addressed already.

12          What you just heard was really the first

13    opportunity the Court's ever had to hear from Mr. Minuta.

14          I think something that's important that the Court

15    knows intuitively but now knows expressly is he didn't

16    have -- he's got no history with the Oath Keepers in the

17    sense that he's not ex-military.  He's not a first

18    responder.  Some medical training in his past.

19          You know, he comes across Stewart Rhodes by

20    happenstance at the Second Amendment rally in Virginia.

21    They don't know each other, but they make a connection

22    there.

23          And then as he's described to you, the problems

24    that he was having in his own business post COVID when he

25    re-opened in defiance of the lockdown order, he called

1   Stewart Rhodes for assistance to help him protect his

2   business from Antifa, who was, you know, regularly

3   threatening him and coming in and doing damage.  And that's

4   how the association with Mr. Rhodes sort of reinvigorates

5   it -- himself, because he thinks that's what the

6   Oath Keepers will do; they will help him protect his

7   business.  And from that, the relationship that begins with

8   the free "We the People" tattoo is born.

9

10          But as the Court knows, you know, Mr. Rhodes is a

11   parasite.  He uses his charisma to take advantage of others

12   and use them for his purposes.  You know, he operated the

13   Oath Keepers primarily as a money-making venture.  As he was

14   described one time in writing, I saw from a former

15   Oath Keeper out in Arizona, he said, "Stewart would blow

16   into town with a trunkful of T-shirts and hats and a

17   credit-card-swiping machine.  And then three days later,

18   he's gone, having caused nothing but trouble while he was

19   there."  That's what the Oath Keepers were to

20   Stewart Rhodes.  It was a platform for him to make money.

21          And he victimized members along the way.  Some had

22   their eyes more wide open to what he was and signed on for

23   the task, but there were others like Mr. Minuta who had no

24   idea what he was doing because he wasn't actually connected

25   to the organization itself.

1          He meets Josh James, as I described earlier, just

2     by happenstance.  They're both in D.C.  He's not there as

3     part of an Oath Keeper operation.  He comes across the

4     Oath Keepers while he's there.  He's there with his family.

5     I mean, he comes to the Million MAGA March, but he brings

6     his wife and two kids and they stay at the St. Regis Hotel.

7          How does he stay at the St. Regis Hotel?  That

8     goes to the point I raised.  His mother-in-law works for

9     Marriott.  He gets these fancy hotel rooms at huge

10     discounts.

11          And that's all he did in arranging three rooms at

12     the Mayflower, is he got hotel rooms at a huge discount.  He

13     expected to stay there.  But the guys from Georgia that came

14     with Josh James arrived on the 4th; they took all three

15     rooms.  So he arrives on the evening of the 5th and he

16     doesn't have a place to stay.  Josh James takes him to the

17     Vienna hotel, the Holiday Inn in Vienna.

18          So he trades the Mayflower in Downtown D.C. for a

19     Holiday Inn in Vienna because that's the only option he had.

20     And Josh James said, "Come with me.  I've got two beds in my

21     room."  It's just no more sinister than that.

22          He's different than the other defendants in this

23     case.  You know, as I said, I think you saw all eight

24     communications involving him.  Let's set aside for a moment

25     his own communications, his own pronouncements on Facebook,

86

1    his own self-recorded videos.  He's not engaging with

2    other Oath Keepers in this railing about the upcoming

3    Biden Administration and the outcome of the election.  As I

4    said to the jury in closing -- and I think I caught the

5    government by surprise, because I saw them scrambling in the

6    rebuttal -- this was not about politics for him.  It was, in

7    his view, about creeping tyranny.

8            Now, the government has tried to use that

9    language, and the Court referred to it.  And I'm certainly

10   not criticizing anybody.  But, you know, as free American

11   citizens protected by a Bill of Rights, we all get to define

12   "tyranny" for ourselves.  You know, where we draw the line

13   between an intrusive federal government that dictates our

14   lives through their decision-making is an individual

15   judgment.

16           You know, I think the fairest calculation and the

17   fairest characterization of Roberto's politics, he's sort of

18   a doctrinaire Libertarian:  small government, stay out of my

19   life, leave me alone to pursue happiness with my family.

20           Now, unfortunately, a typical Libertarian's

21   political mantra, Roberto twisted it into kind of an

22   apocalyptic doomsday prepper exercise.  You read a lot of

23   that stuff.

24           In fact, I want to read one thing to you real

25   quick.  This idea of him calling for revolution and

1    preparing to die and millions will die, it's not like that

2    starts in November.  That's not a product of the election

3    outcome.

4          In March, after the shutdowns begin, he's

5    commenting on YouTube videos of other people talking about

6    this, and he says, "It's not easy to tell Trump supporters

7    that he has become an enemy of this country and an

8    instrument of the central bankers.  I have been screaming

9    from rooftops for quite some time, and I supported him until

10   the lies got out of hand.  Trump derangement syndrome now

11   includes the vast majority of patriots, unfortunately.

12   Where do we go from here?  Just make preparations.  Be

13   prepared to defend and support your family.  Dark days

14   ahead."

15         It's sort of an apocalyptic vision of we're going

16   down a path as a country that is going to produce a worse

17   United States of America for our children and their

18   children.  You know, it's dystopia.

19         But it's not the result -- it's not the election.

20   The election is just one symptom, his seeing sort of a

21   breakdown of a democratic process that should support us

22   all.  He sees it as broken.  He sees the ability to

23   influence government as lost, and the last resort at that

24   point becomes the resort of the founders.

25         It's rhetorical.  It's excessive.  It's over the

1  top.  It's ridiculous.  It's not a reflection of reality.

2          But, you know, in his head, that's the experience

3  he was living.  Who among counsel at this table or the court

4  staff or myself lost their business and lost their job in

5  the shutdown?  None of us did.  You know, everybody got

6  paid.

7          Not Roberto Minuta.  He had a mortgage.  He had

8  car payments.  He had child expenses.  His business was

9  shuttered with no indication of when his nonessential

10  business would be re-opened.  That sent him down the

11  tyrannical government path.  It was bipartisan or

12  nonpartisan.

13          You know, I read -- you've seen the entire video

14  where he talks in equally disparaging terms about the

15  candidates for both parties.  He sees no solution in the

16  outcome of the election.  He's not trying to block or stand

17  in the way of the transfer of power because he thinks it's

18  bad either way.

19          I want to talk just for a moment -- and the Court

20  has referred to it, and I think the Court is taking

21  unnecessary significance out of his conversation or his text

22  exchange with Dominic Pezzola.  That's on December 17th.

23          On December 17th, Dominic Pezzola is a nobody.  He

24  had been a member of the Proud Boys for a week.  He's not a

25  member of Proud Boys national organization.  He's a nobody.

1          They come across each other at the Marriott Hotel
2    where they're both staying.  They're both from a similar
3    area in New York.  They exchange phone numbers.  Two guys in
4    New York, close together.  Both here from -- they both end
5    up in the General Flynn protective detail.
6          So it's like a Forrest Gump moment that three
7    weeks later Dominic Pezzola has got the police shield
8    breaking out the first window.  There's -- he's just
9    Dominic Pezzola on December 17th.  He's just a guy from
10   New York; that's all.
11          And, you know, that text message, the Court has
12   attached significance to it, and I would -- you know,
13   inferring that by passing on the communication, that he was
14   somehow in agreement with him.  I look at that and I say,
15   does this whole case change, does everything change if he
16   adds two words?  "I don't agree"?  Three words?  If he adds
17   that to the end of it, "I don't agree," does the sun come up
18   on the West Coast that morning because three words are
19   added?  He's just passing on what Stewart Rhodes has said to
20   infer that he's endorsing it, I think.  I mean, that's
21   hanging a lot on the absence of three words.
22          You know, if this was some kind of -- and the
23   government wanted to try to create some kind of connection
24   between the Oath Keepers and the Proud Boys.  They were
25   actually intending to put on evidence of who Dominic Pezzola

1    was.  I objected, and the Court stopped the government, said

2    you haven't laid a foundation.

3           My point would be we know that text message didn't

4    come from Roberto Minuta's phone because the government

5    never had it.  It's a text message between the two of them.

6    So it must have come from Dominic Pezzola's phone.

7           If there was some established basis of

8    communication relaying information about the plans of the

9    Proud Boys and the Oath Keepers, wouldn't you have seen it?

10   Wouldn't we all have seen it?  It wasn't introduced because

11   it doesn't exist.  This is a one-off.  This is a one-off

12   with somebody he doesn't even really know.

13          And, you know, it's almost like the entire

14   government's case was a mishmash of one-offs, anecdotal

15   episodes with no real through-strength.

16          You know, I was going to end this with, you know,

17   what did Roberto Minuta actually do?  I don't think I need

18   to do that.  I mean, you've studied that.  What did

19   Roberto Minuta actually do?

20          And when you denied the motion, the Rule 33 motion

21   last week, you went through a sequence of things and factual

22   findings, and then you repeated many of those here earlier

23   as the basis for your Guidelines calculation.

24          So what I'm struck by is that unlike pretty much

25   every other defendant, what you read was the sum total of

1    everything there is.  It's not like you just had to give an

2    effective and limited sampling of the evidence when there is

3    much more behind it.  You gave everything there was.  I was

4    able to effectively summarize it in two paragraphs on one

5    page, what he actually did.

6            And what I'm asking the Court to do is to

7    separate, for sentencing purposes, what he actually did from

8    the idiotic rantings of what he said disconnected in time

9    from January 6th.

10            I understand the connection of the comments that

11   day and his activity that day.  It's hard to sort of draw a

12   dividing line there.

13            But the historical stuff, to me, I just don't

14   think that's necessary for sentencing for his conduct.  What

15   did he do?  And I think in that regard, what he did,

16   regrettable, according to the jury, illegal, idiotic,

17   irrational, but worthy of a multi-year prison sentence?

18   I don't think so.

19            I'm not going to get into the details because I

20   don't know.  But in looking at the sentencing chart that

21   defense lawyers are sharing with each other, I think you've

22   sentenced two defendants on 1512 counts to 12 months of home

23   custody, home detention, home incarceration, early on,

24   nothing recently but early on.  Where 1512 was the lead

25   offense, two defendants were sentenced to 12 months of home

1    incarceration.

2           You've said seditious conspiracy is different.

3    Okay.  I would note, though, that between the last

4    Donovan Crowl indictment and the Stewart Rhodes indictment

5    where seditious conspiracy was charged for the first time,

6    there's not a single different fact alleged as to

7    Roberto Minuta.  All the government did was throw him into a

8    conspiracy and slap a new label on it.  The facts were

9    exactly the same in both.

10          So I've asked for a home incarceration sentence.

11   I thought it was meaningful that you immediately put him in

12   home incarceration on the day of his conviction.  You know,

13   he's serving that without difficulty.  He's had no

14   difficulty at any point while he's on release.  If it has to

15   be longer than that, it has to be longer than that.  But

16   I don't think it's necessary for this man, for what he

17   did -- divorced from what he said, which is ridiculous --

18   for what he did, I don't think a custodial sentence of any

19   significant length is necessary.

20          THE COURT:  Okay.  Mr. Shipley, thank you.

21          I'll take a short break.  I'll be back in about

22   ten minutes or so.  Thank you, everyone.

23          COURTROOM DEPUTY:  All rise.

24          This Court stands in recess.

25          (Recess from 11:55 a.m. to 12:09 p.m.)

1          THE COURT:  Okay.

2          So it's been brought to my attention I may have

3     misspoke about the total offense level.  It may be said that

4     I said "24."  I meant to say "28."  But the Guidelines are

5     what I said they are, which is for 28, at 78 to 97 months,

6     and a fine range of 25,000 to $250,000.

7          In addition, of course, I must consider all the

8     factors set forth in 18 U.S.C. 3553(a) and impose a sentence

9     that's sufficient but not greater than necessary to achieve

10    the subjectives [sic] of sentencing set forth in the

11    statute.

12          The factors I must consider are the nature and

13    circumstances of the offense and the history and

14    characteristics of the defendant; the need for the sentence

15    imposed to reflect the seriousness of the offense, to

16    promote respect for the law, and to provide just punishment

17    for the offense; to afford adequate deterrence, to protect

18    the public, and to provide the defendant with any needed

19    educational/vocational training or medical care.  I should

20    also consider the kinds of sentences available and the need

21    to avoid unwarranted disparities.

22          Let me start with the disparity issue.  The

23    defense hasn't pointed out any specific case in its

24    sentencing submissions, but I'll just make the following

25    three observations.

1        Mr. Shipley referred to my prior sentencings for

2   1512(c) conviction in which somebody received home

3   incarceration.  I'm not aware of two of those sentencings,

4   Mr. Shipley, and maybe I'm forgetting one.  But I am aware

5   of one, and that's the case of Matthew Wood, 21-cr-223.  And

6   he did receive 12 months of home incarceration.  The top

7   count was 1512(c)(2).  And the difference there between

8   where Mr. Minuta sits is, one, Mr. Wood pled to the

9   indictment; two, his conduct didn't really involve any

10  violence; and, three, Mr. Wood was, I think, 19 years old at

11  the time all this happened.  And so I think he's very

12  differently situated.  And I've said in the past that that

13  was very much of an outlier sentence, given who that

14  particular defendant was.

15        You know, Mr. Vallejo's memo, which I'll just

16  refer to ECF 57-1, actually sets forth a number of sentences

17  in which -- in cases in which 1512(c)(2) is the top count.

18        It's hard to aggregate these cases and even make

19  comparisons because a plea might actually just be that, a

20  plea, to a top count that reflects more serious conduct.

21  And sometimes somebody goes to trial and is convicted of

22  multiple counts.  So it's hard to say.

23        But what Mr. Peed points out, and I think sort of

24  my sense is the same, is that those who've been convicted of

25  1512(c)(2) as the top count, whether by plea or by trial,

the sentencing range has been about 24 to 28 months.

Depending upon whether violence has been involved, it's

actually been more than that.

          In terms of the sentence and the need to reflect

the seriousness of the offense and promote respect for the

law and to provide just punishment, I don't think there's

any question that the sentence should accomplish and reflect

those factors.  And I'll talk a little bit more about that

momentarily.  I don't think -- there is certainly a need for

the sentence to reflect the need for general deterrence for

this type of conduct.

          And insofar as specific deterrence goes, I don't

think Mr. Minuta is terribly likely to re-offend.  He hasn't

previously, and I think he certainly has reflected on his

conduct here today.

          But let me get to the heart of the matter.

          The nature and circumstances of the offense,

I want to just -- this is largely for Mr. Minuta's benefit,

to explain why we are where we are.

          You know, seditious conspiracy, sedition, I've

made this observation in one of my orders, that at the start

of the Civil War, the national government had limited

authority under federal criminal law to detain and punish

those who supported the rebellion.  The charge of treason,

which carried the death penalty, was the primary tool

available; but the Constitution defined that offense

strictly, and judicial opinions imposed rigorous elements of

proof.

As part of the effort to meet the emergency war

posed, Congress enacted statutes to define crimes of less

than treason.  Congressmen believe these measures were

necessary since no statute or law on the subject existed and

the common law was not applicable.

And the Supreme Court has said the following about

conspiracy.  This is in *Callanan versus United States*:

"Collective criminal agreement -- partnership in crime --

presents a greater potential threat to the public than

individual delicts.  Concerted action both increases the

likelihood that the criminal object will be successfully

attained and decreases the probability that the individuals

involved will depart from their path of criminality.  Group

association for criminal purposes often, if not normally,

makes possible the attainment of ends more complex than

those which one criminal could accomplish.  Nor is the

danger of a conspiratorial group limited to the particular

end toward which it has embarked.

"Combination in crime makes more likely the

commission of crimes unrelated to the original purpose for

which the group was formed.  In sum, the danger which a

conspiracy generates is not confined to the substantive

97

1    offense to which the immediate aim of the enterprise is

2    directed.

3          I say those two things because if you sort of

4    combine those two concepts of sedition and conspiracy,

5    Mr. Minuta, I daresay you have one of the more serious

6    convictions and set of conduct that an American can be

7    charged and convicted of.  Quite literally, it means joining

8    with others to forcibly resist your government, the citizens

9    of this country who are represented by the government.

10          And so it would be a mistake, in my view, to sort

11    of lump this in with everyone else, even though the conduct

12    may not look quite the same, because the reality is,

13    Mr. Minuta, when you come to a location and having, as the

14    jury found, conspired with others, more people can do more

15    damage.  And we saw that.

16          You know, multiple Oath Keepers entered that

17    building in the way they did.  You know, did they inspire

18    other people as they went up those stairs?  As you went in,

19    would Mr. James have had the courage to do what he did?

20    Would Jessica Watkins have had the courage to do what she

21    did if she were not backed by others?  Would Kelly Meggs

22    have gone looking for, at least according to him,

23    Nancy Pelosi?

24          Operating with others gives people greater

25    courage; it gives them the ability to do more harm; and it

```
 1    gives them the ability to have a far greater impact than any
 2    individual can do on their own.  Is that fair to you?  Some
 3    would say "no," but that's what the law says.  You are
 4    responsible for the conduct of your co-conspirators whose
 5    conduct was reasonably foreseeable to you and in furtherance
 6    of the conspiracy.
 7               But I don't want to just dwell on that.  The
 8    conduct, Mr. Minuta, that day, your conduct on January 6th
 9    itself and the days leading up to it, is different in kind
10    than simply having showed up on January 6th and gotten
11    caught up in the crowd.
12               You, at a minimum, I would say, understood that
13    violence was possible on January 6th, at a minimum.  And the
14    jury found that actually, I think -- and I think it's
15    accurate to say -- that you were prepared to engage in
16    violence on that day.
17               Why?
18               And this is where I would sort of part ways with
19    Mr. Shipley, notwithstanding his eloquence, is this isn't
20    about the words themselves, not being charged -- you weren't
21    charged and convicted because of your words.  It's because
22    your words reflected your state of mind.  Your words gave us
23    a window into what you were thinking and ultimately why you
24    came to Washington.
25               When you're telling Dominic Pezzola, who you may
```

1    just have met, that Stewart Rhodes thinks the time for

2    peaceful protest is over, the fact that a lightbulb didn't

3    go off at that point to you to avoid any further contact

4    with Mr. Rhodes, to avoid the Oath Keepers, to avoid coming

5    to Washington, D.C., on January 6th, you know, what

6    inference should one draw other than that you were prepared

7    to come to Washington to do the thing Mr. Rhodes said was

8    possible and likely and that he wanted to have happen, which

9    was something other than peaceful protest.  So I don't think

10   this idea that you sort of lost your way for a few hours

11   that day is entirely accurate.

12            And I will say this, Mr. Minuta.  I am -- every

13   sentencing is hard.  It's particularly hard when family

14   members like yours are sitting here, and I know they've been

15   here -- they were here throughout the trial.  I'm well aware

16   of your background, of your young children.

17            You are clearly an active member of your

18   community, of your church, have made meaningful

19   contributions to those around you.  You know, the people who

20   know you have spoken to you -- of you in glowing terms --

21   wonderful, loving husband, wonderful father -- which I think

22   is what makes it all the more difficult to sort of wrap your

23   head around exactly what was going on.

24            And I think what your lawyer has described does

25   make a lot of sense in terms of how you ended up where you

did on that day in the sense that -- I didn't own a business

that was shut down.  Nobody in this courtroom, at least

inside this well, did, and I can understand at some level

the sentiment that you felt and the way in which you

expressed yourself.

I mean, I think at some level, re-opening your

shop was an act of civil disobedience.  You disagreed with

it.  You broke the law by re-opening.  That has happened in

other contexts.  Whether you agree with the purpose or not,

I think fundamentally that's what that was.

And whether that -- and I should say the

following, that I am sorry -- I really am -- about what

happened to your business in terms of people attacking you,

attacking your family, and vandalizing it.  You did not

deserve that.  It's not acceptable to air our differences

and express disagreement with others through threats,

vandalizing property, and threatening people's families.  If

those folks weren't prosecuted, they should have been.

But you can feel a way about a government and the

way it is treating its citizens without resorting to

violence, without resorting to joining with others with a

purpose of using force.

I agree with Mr. Shipley in the sense that, sure,

everybody has their definition of where tyranny begins.

I don't disagree with that.  Some people have a more

1    sensitive view to government overreach than others.

2         But where I part ways is the one line that can't

3    be crossed is to use violence against that very government

4    that you think is tyrannical.  You do that at the ballot

5    box.  You do it through the democratic process.  And if you

6    disagree with the outcome, you lick your wounds and you hope

7    for a better outcome the next time.  That's how it works.

8         And sort of steeping yourself and cloaking

9    yourself in this tradition of the Founders and violent

10   uprising and believing that the Second Amendment allows

11   individual citizens to gather up arms to battle their

12   government, the law doesn't permit that, and that is why you

13   find yourself where you are today.

14        I've tried in these cases to get at what the heart

15   of the conduct is, to ensure that there is some

16   proportionality among those who are being sentenced, to

17   reflect their role in the offense, to reflect the

18   seriousness of the conduct.  And I've thought about this not

19   just for Mr. Rhodes and Mr. Meggs and Ms. Watkins, who are

20   where they are, but for people like yourself and others who

21   are similarly situated and those who are coming behind you

22   and have yet to be sentenced, including those who have pled

23   and cooperated.

24        Mr. Minuta, you're right; Mr. Shipley is correct

25   that you do distinguish yourself from others in the

following sense, that you were not on these chats to the

same degree as others, although there are some

communications on the Oath Keeper chats, but they're not

voluminous.  Again, you didn't come to D.C. with a gun.  And

so, again, the QRF is a bit of a -- whether you actually

were aware of that, I'm not prepared to make a pronouncement

on that.

        But what I'm having a hard time with, Mr. Minuta,

is that as heartfelt as your words were here today -- and I

really am grateful for that, I really am, because it seems

to me that you have reflected and have expressed

contrition -- but the police were victims that day.

        They weren't there to -- you weren't there to help

them.  You may have convinced yourself of that, but there

isn't any shred of evidence that would be consistent with

that intent.  Not rushing to the Capitol and saying that the

D.C. police are attacking patriots, not marching to the

Capitol after somebody tells you to, you know, "Go fight

some Congressmen," not when you're berating police officers

immediately outside, not when you go in and the first thing

you're yelling is not, you know, "Can I help you?"  It's,

"Get them out.  Get them out."

        And then if that weren't enough, on the way out,

you taunt them some more, referring to the Second Amendment.

        And then as they're walking out of the building,

1    after they had done nothing more than lay their own bodies

2    on the line for who knows how long, you don't thank them;

3    you vilify them some more.

4         There's nothing about that chronology of events,

5    all of which is undisputed, that suggests to me that there

6    was ever a thought that ever crossed your mind to assist a

7    police officer that day.  You and I will, unfortunately,

8    just have to agree to disagree about that.

9         This process that we've been through over the last

10   couple years, Mr. Minuta, I know it's been hard on your

11   personally; I know it's been hard on your family.  But

12   I want to be clear to the people, and I'm not going to stop

13   saying this just because it's important to say it at every

14   one of these sentencings where the issue is raised.  This

15   isn't about your politics.  This isn't about your beliefs.

16   It's about your conduct.  And the process worked the way it

17   was supposed to, and the jury returned the verdict it did

18   based upon that process, and that is something I cannot

19   simply cast aside.

20        So given all those factors that I have to consider

21   and have considered, the judgment of the Court will be as

22   follows:

23        You will be committed to the custody of the

24   Bureau of Prisons for concurrent terms of 54 months on

25   Counts 1, 2, and 3 and 4.

1          You will be further sentenced to serve 36 months

2     of supervised release as to Counts 1, 2, 3, and 4.  Such

3     terms will run concurrently.

4          You also will be ordered to pay a $100 special

5     assessment, for a total of $400.

6          While you are on supervision, Mr. Minuta, you

7     shall abide by the following mandatory conditions, as well

8     as all of the discretionary conditions that are recommended

9     by the probation office in Part D of the Presentence Report.

10    Those conditions are imposed to establish basic expectations

11    for your conduct while on supervision.

12          The mandatory conditions include not committing

13    any other federal -- another federal, state, or local crime.

14    You must not unlawfully possess a controlled substance.  You

15    must refrain from any unlawful use of a controlled

16    substance.  You must submit to one drug test within 15 days

17    of placement on supervision and at least two periodic drug

18    tests thereafter.  You must cooperate in the collection of

19    DNA.  And you must make restitution as will be ordered by

20    the Court -- or may be ordered by the Court.

21          You must submit to substance abuse testing to

22    determine if you have used a prohibited substance.  You must

23    not attempt to obstruct or tamper with the testing methods.

24          You must not associate, communicate, or otherwise

25    interact with any known or unknown member of a terrorist

1    organization or any other known or unknown criminal

2    extremist group or individual -- that includes persons who

3    are or claim to be involved with violent acts or advocating

4    for acts of violence and any persons who are located outside

5    the United States -- without the approval of the probation

6    officer.  If you are inadvertently -- if you do

7    inadvertently associate, communicate, or otherwise interact

8    with a known terrorist or extremist group or individual, you

9    must immediately report this to the probation officer.

10            You must seek the approval of the probation office

11    if you wish to access, view, or use any online social media.

12            You must not download any social media apps onto

13    your phone or computer.  You must not access social media on

14    any other device not approved by the probation office.

15    Social media includes social media sites, chat services,

16    blogs, and the.

17            Like.  You also must not access, view, or use or

18    possess any extremist media.  This includes materials such

19    as literature, video, photos, social media from groups or

20    individuals who promote the use of violence to further an

21    ideological or religious cause.  If you do inadvertently

22    access, view, or use or possess such material, you must

23    immediately report it to the probation office.

24            To ensure compliance with the above conditions,

25    you must allow the probation office to conduct initial and

1    periodic unannounced searches of any computers subject to

2    computer monitoring.  You must allow the Probation Office to

3    install computer-monitoring software on any computer.  This

4    includes desktops, laptops, mobile devices, and the like.

5           These searches shall be conducted to determine

6    whether the computer contains any prohibited data prior to

7    installation of the monitoring software; whether the

8    monitoring software is functioning effectively after its

9    installation; and whether there have been any attempts to

10   circumvent the monitoring software after its installation.

11          You must warn any other person who uses these

12   computers that the computers may be subject to searches

13   pursuant to this condition.

14          The probation officer may conduct a search

15   pursuant to this condition only when reasonable suspicion

16   exists that there's a violation of a condition of

17   supervision and that the computer or device contains

18   evidence of this violation.

19          Any search will be conducted in a reasonable time

20   and in a reasonable manner.

21          You must not use any services designed to encrypt,

22   disguise, mask, or anonymize your online activity.

23          You shall not use any online gaming services or

24   systems, again, without the permission of the Probation

25   Office.

1          You shall not use any telecommunications

2   application software products, such as Skype, Discord, and

3   the like, that specializes in providing chat and voice calls

4   between computers, tablets, mobile devices, gaming consoles

5   and smart watches.

6          You must provide the probation office with access

7   to any requested financial information and authorize the

8   release of any financial information.  The Probation Office

9   shall -- may share financial information with the

10  U.S. Attorney's Office.

11         The Court will authorize the transfer of

12  supervision to the jurisdiction of your residence, but

13  I will maintain jurisdiction over the case.

14         The Court finds that you don't have the ability to

15  pay a fine and, therefore, waives imposition of a fine in

16  the case.

17         Restitution payments shall be made to the

18  Architect of the Capitol and shall be made or directed to

19  the Clerk of the Court of the U.S. District Court for the

20  District of Columbia.

21         Payments during the term of supervised release

22  will commence within 30 days after release from

23  imprisonment.

24         The Court will set a payment plan based upon an

25  assessment of your ability to pay at the time.

1          The financial obligation to the Court is

2     immediately payable within 30 -- excuse me -- to the

3     U.S. District Court for the District of Columbia at

4     333 Constitution Avenue in Washington, D.C.  If that amount

5     remains unpaid within 30 days of any change of address, you

6     shall notify the Clerk of the Court of the change until such

7     time as the financial obligation is paid in full.

8          The Probation Office shall release the Presentence

9     Investigation Report to all appropriate agencies, which

10    includes the U.S. Probation Office, in the approved district

11    of residence in order to execute the sentence of the Court.

12          Mr. Minuta, you do have the right to appeal your

13    convictions and your sentence.  If you wish to appeal your

14    sentence and your convictions, you shall file a notice of

15    appeal within 14 days after the Court enters judgment.  If

16    you cannot afford the cost of an appeal, you can ask the

17    Court to file one without cost to you.  And if you cannot

18    afford the cost of a lawyer for purposes of such an appeal,

19    you can ask for a lawyer to be appointed for your appeal.

20          You also have the right, consistent with

21    28 U.S.C. 2255, to challenge your conviction that's been

22    entered and the sentence imposed.

23          Just so that the record is clear, I want to --

24    just in terms of the sentence and the variance, I do think

25    that the sentence imposed is sufficient to meet the factors

1   under 3553(a).

2           Importantly, I thought Mr. Minuta, given his

3   convictions and what he's been convicted of and the conduct,

4   I think relative to Mr. Harrelson, warranted a slightly

5   different sentence but certainly one that was lower than

6   Ms. Watkins, given his ultimate role in the offense, in

7   addition to all the other reasons that I've just

8   articulated.

9           All right.  With that, that'll be the sentence of

10  the Court.

11          Mr. Shipley, would you like to add anything to the

12  record at this point?

13          MR. SHIPLEY:  There's a reference in the PSR to

14  sort of an ongoing, growing alcohol use during the course of

15  the conviction.  So I'd ask the Court to recommend the

16  RDAP program for Mr. Minuta.

17          THE COURT:  Happy to do that.

18          MR. SHIPLEY:  And as far as a designation, he's

19  not too far from FCI Seagoville in Texas, so I'd ask the

20  Court to recommend that institution as well.

21          THE COURT:  Happy to do that.  Just if you would

22  make sure you get the spelling of the institution to

23  Mr. Douyon so we have it on the -- accurately reflected on

24  the Judgment & Commitment Order.

25          All right.  Anything else, counsel?

1        MR. EDWARDS:  Yes, Your Honor.

2        In light of the severity of the conviction and the

3   Court's now imposed sentence, under the presumption change,

4   18 U.S.C. 3143, it's the government's position that

5   immediate remand is appropriate.

6        THE COURT:  Okay.

7        I understand.  I understand the change and burden

8   at this point; however, I'll allow Mr. Minuta to self-report

9   and remain on release under the same conditions he's under

10   throughout these proceedings pretrial.  He has shown himself

11   to be perfectly compliant, and I don't think he poses a risk

12   during the period that he is awaiting designation, okay?

13        MR. SHIPLEY:  Thank you, Your Honor.

14        THE COURT:  All right.  Thank you, all, very much.

15        COURTROOM DEPUTY:  All rise.

16        This Court stands in recess.

17        (Proceedings concluded at 12:37 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 6, 2023_____   

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 3/2 50/2 50/5 92/23 110/15
**MR. EDWARDS: [30]** 3/18 5/11 8/17 9/25 10/2 10/10 11/2 11/7 12/8 12/18 13/5 17/24 18/1 18/6 18/22 19/7 19/10 20/21 20/25 21/2 26/7 27/13 29/3 29/18 29/22 29/25 30/24 32/9 71/14 110/1
**MR. SHIPLEY: [26]** 3/20 5/3 5/12 5/17 32/18 36/23 37/13 37/20 38/2 38/13 39/1 40/23 40/25 41/9 41/14 41/21 41/24 42/4 42/7 42/11 75/16 76/6 83/8 109/13 109/18 110/13
**THE COURT: [62]** 3/11 3/19 3/21 5/6 5/13 5/22 9/6 10/1 10/9 10/24 11/3 12/5 12/17 13/3 17/21 17/25 18/2 18/21 19/5 19/8 20/18 20/23 21/1 26/1 26/12 28/21 29/16 29/19 29/23 30/23 32/8 32/15 38/10 38/25 40/19 40/24 41/4 41/12 41/20 41/22 41/25 42/6 42/10 49/21 50/7 75/14 75/18 75/23 76/2 76/5 76/8 83/6 92/20 93/1 109/17 109/21 110/6 110/14
**THE DEFENDANT: [4]** 75/20 76/1 76/3 76/9

**$**
**$100 [1]** 104/4
**$250,000 [2]** 71/8 93/6
**$400 [1]** 104/5

**'**
**'boot [1]** 15/2

**1**
**10 [2]** 42/20 42/22
**100 [1]** 23/17
**10:37 a.m [1]** 50/4
**10:53 a.m [1]** 50/4
**1100 Signal [1]** 46/2
**11:55 a.m [1]** 92/25
**12 [3]** 91/22 91/25 94/6
**12:09 p.m [1]** 92/25
**12:37 p.m [1]** 110/17
**1341 [1]** 2/4
**13th [1]** 34/21
**14 [2]** 70/23 108/15
**14th [5]** 34/16 34/22 34/23 35/4 35/13
**15 [3]** 61/16 68/2 104/16
**1508 [3]** 16/1 16/22 23/19

**2**
**20 [1]** 63/4
**20001 [1]** 2/10
**2004.V.4 [3]** 14/25 32/2 32/9
**202 [2]** 1/18 2/10
**2020 [4]** 32/3 71/23 72/3 72/7
**2021 [1]** 77/25
**2023 [2]** 1/5 111/7
**20579 [1]** 1/17
**20th [1]** 66/25
**21 [1]** 11/21
**21-cr-223 [1]** 94/5
**22-15-6 [1]** 1/4
**223 [1]** 94/5
**2255 [1]** 108/21
**228-1341 [1]** 2/4
**24 [3]** 71/6 93/4 95/1
**25,000 [2]** 71/8 93/6
**252-7277 [1]** 1/18
**273 [1]** 70/12
**27th [1]** 55/2
**28 [3]** 93/4 93/5 95/1
**28 U.S.C. 2255 [1]** 108/21
**29 [2]** 7/12 50/15
**2:04 [1]** 36/3
**2:13 [1]** 47/11
**2:19 [1]** 23/9
**2:35 [2]** 47/3 47/4
**2:35 p.m [1]** 23/10
**2:41 [1]** 47/6
**2:50 [1]** 58/14
**2J1.1 [2]** 70/9 70/15
**2J1.2 [4]** 18/24 18/24 18/24 70/8
**2N1.1 [1]** 70/5
**2X5.1 [1]** 70/4

**3**
**30 [2]** 56/18 108/2
**30 days [2]** 107/22 108/5
**30th [2]** 12/9 45/17
**31 [1]** 55/7
**3143 [1]** 110/4
**3249 [1]** 2/10
**33 [1]** 90/20
**333 [1]** 2/9
**333 Constitution Avenue [1]** 108/4
**354-3249 [1]** 2/10
**3553 [2]** 93/8 109/1

**372 [2]** 50/13 70/12
**3:10 [1]** 59/1
**3:14 [1]** 59/9
**3:35 [1]** 61/18
**3:51 [1]** 27/15
**3A1.4 [2]** 31/1 71/5
**3C1.1 [3]** 23/24 23/25 25/5

**4**
**400,000-plus [1]** 46/3
**43 [1]** 6/16
**45 [1]** 38/19
**4th [1]** 85/14

**5**
**5,500 [1]** 11/17
**54 [1]** 103/24
**544 [2]** 4/17 4/21
**545 [1]** 4/18
**557 F.3d 642 [2]** 26/21 63/1
**565 [1]** 4/19
**568 [1]** 4/22
**577 [1]** 4/24
**578 [1]** 5/1
**580 [1]** 4/20
**586 F.3d 20 [1]** 63/4
**5th [4]** 45/23 55/24 68/15 85/15

**6**
**601 [1]** 1/17
**642 [2]** 26/21 63/1
**6:30 [1]** 11/22
**6th [59]** 6/18 7/25 8/23 11/18 11/20 11/23 12/2 12/7 12/15 12/23 12/24 13/11 14/14 15/12 15/19 15/21 19/15 19/21 20/20 21/24 22/4 24/6 25/12 25/18 26/6 27/5 27/17 28/25 30/6 31/3 31/4 31/11 31/19 34/8 35/21 36/13 48/21 55/4 55/16 55/18 56/11 62/6 66/25 68/17 73/5 73/25 74/2 74/9 74/16 76/22 77/23 77/25 80/24 82/14 91/9 98/8 98/10 98/13 99/5

**7**
**7277 [1]** 1/18
**745 [1]** 2/3
**78 [2]** 71/8 93/5
**7th [7]** 12/1 24/7 26/6 26/8 27/15 28/25 62/17

**8**
**808 [1]** 2/4
**808Shipleylaw [1]** 2/5
**8th [1]** 13/13

**9**
**96734 [1]** 2/4
**97 [2]** 71/8 93/5
**9:37 [1]** 1/6

**A**
**A. [1]** 3/4
**a.m [4]** 1/6 50/4 50/4 92/25
**abide [1]** 104/7
**ability [5]** 87/22 97/25 98/1 107/14 107/25
**able [3]** 29/1 31/25 91/4
**able-bodied [1]** 31/25
**about [69]** 4/6 6/6 7/5 7/21 8/4 8/7 8/8 11/22 12/15 13/25 14/22 17/16 17/19 19/5 19/8 23/17 31/24 32/25 33/2 33/3 33/5 33/7 33/9 33/21 34/23 35/11 35/14 38/19 39/22 40/20 41/25 45/13 46/1 49/24 52/1 52/23 53/23 55/17 55/19 61/16 62/10 62/10 66/23 68/2 72/22 73/3 73/4 74/2 81/3 86/2 86/6 86/7 87/5 88/14 90/8 92/21 93/3 95/1 95/8 96/9 98/20 100/12 100/19 101/18 103/4 103/8 103/15 103/15 103/16
**above [2]** 105/24 111/4
**above-titled [1]** 111/4
**absence [2]** 33/11 89/21
**absolutely [2]** 5/18 80/23
**absurd [1]** 74/12
**absurdity [1]** 81/1
**abuse [1]** 104/21
**acceptable [1]** 100/15
**accepted [1]** 72/11
**access [12]** 10/20 11/11 11/14 11/25 12/14 45/9 56/13 105/11 105/13 105/17 105/22 107/6
**accessing [1]** 12/3
**accomplish [2]** 95/7 96/19
**according [3]** 14/1 91/16 97/22
**accuracy [1]** 77/11
**accurate [3]** 68/7 98/15 99/11
**accurately [2]** 53/23 109/23
**achieve [1]** 93/9
**acknowledge [1]** 77/21
**across [7]** 9/12 12/4 43/5 82/11 83/19 85/3 89/1
**act [6]** 20/16 26/22 62/12 63/3 67/14 100/7
**action [6]** 13/16 27/3 31/3 53/10 72/4 96/13
**actions [16]** 7/25 15/20 20/5 23/7 25/1 25/6 30/9 33/21 51/10 69/20 72/6 78/14 78/25 79/3

**active [1]** 99/17
**activity [10]** 8/13 13/9 24/24 50/11 50/25 51/13 51/15 80/25 91/11 106/22
**acts [8]** 21/7 22/4 32/20 51/1 70/19 70/19 105/3 105/4
**actual [1]** 69/1
**actually [26]** 9/15 11/12 24/25 25/22 30/17 32/24 42/1 54/24 58/11 59/7 64/7 65/4 68/2 68/14 68/19 84/24 89/25 90/17 90/19 91/5 91/7 94/16 94/19 95/3 98/14 102/5
**add [2]** 71/5 109/11
**added [11]** 12/6 12/12 20/19 20/22 21/3 45/15 45/16 45/19 78/23 81/9 89/19
**adding [1]** 20/10
**addition [2]** 93/7 109/7
**additional [4]** 4/25 28/17 29/4 71/5
**address [4]** 8/10 21/15 76/20 108/5
**addressed [3]** 64/22 77/8 83/11
**addressing [1]** 80/6
**adds [6]** 20/6 20/12 21/5 67/25 89/16 89/16
**adequate [2]** 52/1 93/17
**administration [5]** 64/21 65/6 65/21 70/25 86/3
**admittedly [1]** 10/11
**adopt [1]** 50/17
**adore [1]** 83/4
**adrenaline [1]** 44/9
**advance [3]** 61/24 62/4 80/12
**advantage [1]** 105/3
**advocating [1]** 105/3
**affect [1]** 69/9
**affected [1]** 81/16
**affiliated [1]** 81/20
**afford [3]** 93/17 108/16 108/18
**afoot [1]** 35/25
**afraid [3]** 31/17 52/25 55/16
**after [26]** 7/10 8/23 13/13 25/1 25/11 25/18 25/18 27/5 27/9 30/5 30/5 42/16 54/1 55/6 55/13 56/16 68/2 77/20 80/8 87/4 102/18 103/1 106/8 106/10 107/22 108/15
**aftermath [1]** 52/5
**afternoon [3]** 45/23 56/15 62/17
**again [21]** 7/13 23/11 31/5 31/20 32/8 37/8 43/18 45/6 46/8 50/5

**A**

again... [11] 52/23 53/16 55/6 55/13 58/20 65/12 69/17 74/24 102/4 102/5 106/24
against [20] 16/6 17/13 18/9 18/10 18/17 40/22 50/14 52/17 52/24 57/11 61/3 65/16 70/7 72/7 72/15 72/16 73/4 74/18 75/5 101/3
agencies [1] 108/9
agent [1] 46/22
aggravated [1] 19/8
aggravating [4] 19/4 19/11 46/8 73/19
aggregate [1] 94/18
aggressive [1] 69/21
aggressor [1] 74/18
agree [6] 77/19 89/16 89/17 100/9 100/23 103/8
agreed [1] 22/15
agreeing [3] 15/17 54/25 66/14
agreement [8] 7/15 7/19 33/19 44/15 44/22 45/3 89/14 96/11
ahead [7] 9/5 11/2 13/3 19/9 31/11 38/6 87/14
aid [2] 4/19 4/21
aided [1] 2/12
aim [1] 97/1
air [2] 78/11 100/15
akin [1] 27/21
alarming [1] 81/13
alarms [1] 78/10
alcohol [1] 109/14
Alex [2] 22/7 67/25
Alex Jones' [2] 22/7 67/25
Alexandra [2] 1/15 3/5
Alexandra Hughes [1] 3/5
aligned [1] 72/10
all [65] 3/22 5/13 8/4 16/7 18/24 19/1 20/8 25/7 25/8 25/11 31/20 32/17 40/14 43/22 44/7 47/4 47/15 47/20 47/21 47/23 48/9 49/15 49/22 50/2 50/16 53/14 53/23 55/3 56/25 58/7 58/9 61/12 61/23 65/18 69/1 70/15 70/16 71/10 72/19 74/17 75/14 78/11 82/2 85/11 85/14 85/23 86/11 87/22 89/10 90/10 92/7 92/23 93/7 94/11 99/22 103/5 103/20 104/8 108/9 109/7 109/9 109/25 110/14 110/14 110/15
alleged [1] 92/6
allocution [1] 48/16
allocutions [2] 4/12 71/12
allow [4] 59/25 105/25

allowed [1] 25/12
allows [1] 101/10
almost [3] 7/10 34/10 90/13
alone [1] 86/19
along [4] 10/6 46/23 47/1 84/21
already [11] 15/5 33/18 53/1 53/24 64/22 65/21 69/22 78/5 78/23 81/10 83/11
also [20] 7/8 7/22 10/15 19/5 22/12 24/21 51/5 53/4 54/9 60/12 62/1 63/22 64/25 70/9 77/14 78/16 93/20 104/4 105/17 108/20
alter [1] 31/10
although [9] 9/17 17/3 26/14 27/9 67/5 67/21 76/19 80/16 102/2
am [9] 6/6 38/1 63/14 94/4 99/12 100/12 100/12 102/10 102/10
amendment [15] 31/12 31/20 31/21 43/19 43/22 43/23 52/15 52/16 52/23 61/3 77/17 77/22 83/20 101/10 102/24
AMERICA [1] 1/3 3/3 87/17
American [4] 52/14 71/20 86/10 97/6
Americans [1] 32/1
AMIT [2] 1/9 50/6
Amit P. Mehta [1] 50/6
ammunition [1] 11/18
among [5] 7/19 55/9 55/25 88/3 101/16
amount [1] 108/4
analysis [1] 27/16
anecdotal [2] 46/9 90/14
anger [6] 14/21 76/14 76/18 76/19 77/5 77/15
anguish [1] 82/13
animated [2] 52/12 52/13
anonymize [1] 106/22
another [1] 15/8 21/20 34/8 43/24 55/22 63/21 104/13
answer [3] 6/23 13/1 34/11
antagonism [1] 65/10
Antifa [4] 35/16 76/23 77/16 84/2
antipathy [1] 65/10
any [55] 4/8 7/3 8/12 8/14 33/25 37/19 44/25 45/12 45/13 45/24 46/6 46/10 46/23 46/25 57/24 58/13 58/25 60/3 61/9 64/12 68/12 69/24 80/1 81/3 83/10 92/14 92/18 93/18 93/23 94/9

apocalyptic [2] 86/22 87/15
apologetic [3] 80/18 81/15 82/16
apparent [1] 57/1
appeal [6] 108/12 108/13 108/15 108/16 108/18 108/19
APPEARANCES [2] 1/13 1/20
appeared [1] 38/18
appearing [1] 3/9
appears [1] 73/13
applicable [2] 8/24 96/8
application [2] 28/20 107/2
applications [1] 4/8
applies [7] 31/4 63/15 64/23 65/22 67/1 70/8 70/9
apply [11] 9/1 9/2 18/25 52/3 64/23 65/19 66/4 69/5 69/6 70/2 70/16
appointed [1] 108/19
appreciate [1] 32/15
approached [1] 61/24
approaches [4] 48/22 57/14 59/22
approaching [1] 57/23
appropriate [3] 74/20 108/9 110/5
appropriateness [1] 54/5
approval [2] 105/5 105/10
approved [2] 105/14 108/10
apps [1] 105/12
April [1] 72/7
arc [2] 73/10 73/16
Architect [1] 107/18
are [65] 3/16 6/3 8/15 14/10 15/5 15/22 16/7 17/10 18/9 22/14 22/20 26/16 31/12 37/14 40/1 40/4 40/21 46/19 47/14 52/1 52/17 53/8 53/24 57/1 57/22 57/23 58/4

all... [1] 99/11
104/13 104/15 104/25 105/1 105/4 105/11 105/12 105/14 105/18 106/1 106/3 106/6 106/9 106/11 106/19 106/21 106/23 107/1 107/7 107/8 108/5
anybody [13] 7/5 11/5 34/14 34/14 40/4 42/8 43/8 43/15 44/7 47/18 68/20 68/22 86/10
anymore [1] 29/9
anyone [4] 56/3 68/11 69/18 81/16
anything [8] 5/8 9/24 36/1 48/2 68/20 69/20 109/11 109/25
apocalyptic...
area [4] 11/19 35/5 55/24 89/3
aren't [1] 37/12
arguably [1] 26/13
argue [4] 7/9 18/23 44/24 74/17
argued [3] 8/19 48/13 66/4
argues [2] 17/4 22/10
arguing [1] 19/25
argument [6] 4/6 8/12 18/7 24/3 30/19 43/18
arguments [4] 4/8 9/4 33/13 49/23
Arizona [1] 84/15
armed [7] 10/8 10/17 11/23 12/16 12/20 12/24 72/2
arming [1] 48/11
arms [5] 32/1 52/17 52/24 53/4 101/11
army [1] 72/1
around [14] 12/10 33/24 42/1 47/15 56/16 57/15 58/13 59/1 59/9 60/21 61/7 61/17 99/19 99/23
arranging [1] 85/11
arrest [1] 29/2
arrested [4] 64/5 64/7 64/16 80/19
arrests [6] 33/2 33/3 33/3 33/6 33/7 33/10
arrive [2] 38/17 47/3
arrived [2] 47/8 85/14
arrives [2] 68/14 85/15
arsenal [1] 9/12
arson [1] 77/2
article [2] 32/25 33/1
articulated [2] 69/23 109/8
as [154]
ascribed [2] 29/9 29/14
ashamed [4] 78/4 81/14 82/5 82/25
aside [2] 85/24 103/19
ask [12] 4/1 4/6 5/14 8/12 9/6 33/6 41/12 75/24 108/16 108/19 109/15 109/19
asked [6] 34/11 46/22 60/1 64/1 76/6 92/10
asking [4] 37/10 63/23 80/7 91/6
aspects [1] 62/15
assault [6] 17/5 17/23 18/12 24/8 42/22 60/10

**B**

back [16] 7/11 13/6 13/6 18/20 19/16 22/9 23/21 25/5 35/9 37/13 43/6 44/1 45/22 49/25

assed [1] 53/22
asserts [1] 32/22
assessment [2] 104/5 107/25
assigned [1] 55/22
assist [5] 37/10 57/25 59/6 79/11 103/6
assistance [3] 73/15 80/15 84/1
assisted [1] 37/17
assisting [1] 78/22
associate [2] 104/24 105/7
associated [3] 29/21 66/1 72/18
associates [1] 55/11
associating [1] 81/21
association [3] 72/23 84/4 96/17
assume [1] 29/17
assumed [1] 79/20
attached [2] 33/1 89/12
attack [2] 35/16 39/15
attacking [4] 40/21 100/13 100/14 102/17
attained [1] 96/15
attainment [1] 96/18
attempt [5] 42/2 42/5 79/2 79/14 104/23
attempting [1] 57/12
attempts [2] 13/15 106/9
attendance [1] 55/3
attended [1] 71/23
attention [2] 45/25 93/2
attorney [1] 80/20
ATTORNEY'S [2] 1/16 107/10
attributable [1] 33/20
authority [3] 51/7 66/20 95/23
authorize [2] 107/7 107/11
automatically [1] 11/1
available [6] 10/17 11/24 64/4 64/15 93/20 96/1
Avenue [2] 2/9 108/4
avoid [6] 61/8 63/23 93/21 99/3 99/4 99/4
avoiding [2] 25/2 47/14
awaited [1] 75/21
awaiting [1] 110/12
aware [13] 9/20 9/23 10/13 12/19 12/22 15/20 37/18 38/10 67/6 94/3 94/4 99/15 102/6
awareness [3] 14/17 57/8 66/22
away [4] 23/17 35/4 43/22 80/20

**back...** [2] 59/14 92/21
**backdrop** [1] 50/14
**backed** [1] 97/21
**background** [2] 6/12 99/16
**bad** [4] 76/14 80/3 82/22 88/18
**ballot** [1] 101/4
**ballots** [3] 52/21 77/8 77/10
**bankers** [1] 87/8
**barrel** [1] 17/18
**Barrett** [1] 2/9
**Base** [1] 70/23
**based** [6] 6/8 30/22 64/2 68/23 103/18 107/24
**basic** [1] 104/10
**basis** [4] 7/9 9/8 90/7 90/23
**battle** [1] 101/11
**be** [86] 4/13 4/13 6/21 8/14 8/24 9/7 9/11 9/12 9/21 9/21 10/12 11/23 12/24 13/17 18/15 20/10 21/19 22/14 25/8 27/21 34/1 39/14 40/7 40/20 46/6 46/13 48/13 49/24 50/7 50/22 53/11 53/18 54/11 54/21 55/4 56/6 56/17 56/19 57/24 62/5 63/19 63/23 69/12 70/21 73/13 73/19 74/9 76/13 77/24 78/6 78/8 82/23 87/12 88/10 90/3 92/15 92/15 92/21 93/3 94/19 96/14 97/6 97/10 101/3 101/22 102/15 103/12 103/21 103/23 104/1 104/4 104/19 104/20 105/3 106/5 106/12 106/19 107/17 107/18 108/19 109/9 110/11
**bear** [1] 3/11
**became** [3] 43/16 56/5 77/20
**because** [55] 5/5 10/18 11/12 15/17 24/2 24/3 24/17 24/18 24/18 25/10 28/8 28/12 29/13 34/3 34/15 35/10 42/14 45/24 45/25 47/4 47/25 48/7 55/1 59/6 60/13 62/19 64/16 66/5 70/6 70/15 70/17 72/3 74/6 74/21 75/3 84/5 84/24 85/19 86/5 88/17 89/18 90/4 90/10 91/19 94/19 97/3 97/12 98/21 98/21 102/10 103/13
**beckoning** [1] 56/21
**become** [3] 21/10 61/23 87/7
**becomes** [2] 65/16

**beds** [1] 85/20
**been** [38] 4/5 5/25 5/25 6/13 9/20 9/23 24/4 33/5 37/5 53/21 55/3 55/23 61/22 62/2 62/3 67/6 68/23 76/8 79/4 80/17 82/5 82/14 83/11 87/8 88/24 93/2 94/24 95/1 95/2 95/3 99/14 100/18 103/9 103/10 103/11 106/9 108/21 109/3
**before** [13] 1/9 18/12 25/10 26/13 33/23 41/2 53/13 59/4 60/14 66/6 76/22 78/5 79/15
**began** [4] 7/10 34/7 36/15 79/23
**begin** [4] 35/24 50/9 71/13 87/4
**beginning** [2] 16/1 53/1
**begins** [6] 33/17 59/13 60/10 61/3 84/7 100/24
**begs** [1] 49/4
**behalf** [2] 3/8 4/23
**behave** [2] 78/7 78/8
**behavior** [3] 63/7 79/1 81/13
**behest** [1] 62/16
**behind** [14] 3/13 37/2 38/24 42/20 42/22 43/2 43/3 43/5 49/13 61/4 79/13 82/12 91/3 101/21
**being** [18] 8/15 10/20 10/23 24/1 25/19 27/6 30/17 44/7 57/23 61/3 63/24 64/1 64/7 77/7 81/20 82/18 98/20 101/16
**belied** [1] 61/10
**belief** [3] 52/15 60/12 72/15
**beliefs** [2] 54/6 103/15
**belies** [1] 17/6
**believe** [9] 4/25 10/25 12/9 12/11 57/20 61/19 77/18 77/22 96/6
**believed** [1] 71/22
**believing** [1] 101/10
**belligerence** [2] 78/2 78/10
**belligerent** [1] 82/18
**benefit** [1] 95/18
**berate** [1] 49/8
**berating** [1] 102/19
**Berry's** [1] 66/7
**best** [5] 30/1 32/24 76/11 80/18 82/1
**better** [5] 42/14 80/17 82/2 82/12 101/7
**between** [10] 47/9 60/25 64/6 67/23 86/13 89/24 90/5 92/3 94/7 107/4
**beyond** [2] 25/3 44/23

**bicycle** [1] 86/3
**Biden** [1] 86/3
**Biden Administration** [1] 86/3
**big** [1] 43/2
**Bill** [1] 86/11
**bipartisan** [1] 88/11
**bit** [5] 11/7 61/5 83/8 95/8 102/5
**blasted** [1] 11/9
**blazing** [1] 78/10
**blew** [1] 78/17
**BLM** [4] 34/16 34/19 35/2 35/16
**BLM Plaza** [3] 34/16 34/19 35/2
**block** [1] 88/16
**blockade** [1] 57/14
**blogs** [1] 105/16
**blow** [1] 84/15
**blows** [1] 42/16
**bodied** [1] 31/25
**bodies** [2] 17/20 103/1
**body** [1] 18/19
**born** [1] 84/8
**both** [21] 4/6 11/7 14/4 17/10 17/16 17/18 22/14 22/16 34/20 60/21 61/5 61/21 66/25 85/2 88/15 89/2 89/2 89/4 89/4 92/9 96/13
**bottom** [1] 55/21
**bound** [2] 41/6 60/16
**box** [2] 2/3 101/5
**Boy** [2] 15/8 66/13
**Boys** [8] 14/9 15/14 54/2 72/19 88/24 88/25 89/24 90/9
**brace** [1] 80/10
**breadth** [1] 25/13
**break** [1] 92/21
**breakdown** [1] 87/21
**breaking** [1] 89/8
**breaks** [1] 44/5
**breathe** [1] 80/9
**brief** [1] 59/10
**bring** [1] 49/1
**bringing** [3] 37/18 48/11 67/5
**brings** [1] 85/5
**broadly** [1] 26/14
**broke** [3] 35/3 47/11 100/8
**broken** [1] 87/22
**Brothers** [1] 55/3
**brought** [6] 3/14 9/12 11/20 25/15 56/1 93/2
**build** [1] 11/18
**building** [25] 8/23 11/14 17/11 19/21 23/14 37/18 40/7 41/7 47/7 47/12 51/19 57/17 58/22 59/8 60/4 60/17 62/2 66/6 68/1 72/2 79/12 79/25 80/12 97/17 102/25
**builds** [1] 19/17
**built** [2] 14/14 72/20

**Biden** [1] 86/3
**burden** [4] 25/21 27/21 78/15 110/7
**Bureau** [1] 103/24
**business** [13] 73/15 73/16 76/24 77/1 77/13 83/24 84/2 84/7 88/4 88/8 88/10 100/1 100/13
**buy** [1] 33/25

**C**

**cadre** [1] 55/22
**calculated** [2] 62/24 69/9
**calculation** [5] 4/11 70/3 70/21 86/16 90/23
**calculations** [1] 70/15
**Caldwell** [1] 33/2
**caliber** [2] 69/13 69/14
**call** [4] 8/2 14/18 63/13 73/25
**Callanan** [1] 96/10
**Callanan versus United States** [1] 96/10
**called** [8] 13/16 29/20 48/17 53/10 62/2 72/8 74/1 83/25
**calling** [4] 46/19 56/21 56/25 86/25
**calls** [7] 14/17 31/18 55/16 58/15 72/15 75/4 107/3
**calm** [1] 53/12
**came** [7] 10/19 12/3 32/24 76/25 82/17 85/13 98/24
**camera** [1] 23/20
**campaign** [1] 25/11
**can** [23] 3/14 9/6 12/8 26/8 30/19 32/19 43/4 43/11 43/20 45/10 46/6 53/18 57/18 59/9 78/20 97/6 97/14 98/2 100/3 100/19 102/21 108/16 108/19
**can't** [11] 29/19 32/4 32/11 33/11 33/25 35/24 37/9 44/24 53/23 56/18 101/2
**candidates** [1] 88/15
**candidly** [1] 29/25
**cannot** [4] 22/13 103/18 108/16 108/17
**Capitol** [46] 16/3 16/5 16/8 16/14 16/20 16/21 17/19 18/8 18/17 18/20 22/21 23/7 23/9 26/17 27/25 28/2 31/20 37/2 41/17 47/12 56/10 56/17 56/21 56/25 57/11 57/12 57/18 57/24 58/5 58/10 58/11 58/13 61/24 65/11 65/12 65/13 66/6 67/18 67/19 71/24 72/2 78/10 81/19 102/16 102/18

**southern** [1] 90/14
**Capitol building** [2] 47/12 72/2
**Capitol Police** [1] 41/17
**caps** [2] 53/14 53/23
**capture** [1] 16/1
**captured** [1] 58/14
**car** [1] 88/8
**card** [1] 84/17
**care** [1] 93/19
**carried** [1] 95/25
**carries** [1] 72/5
**Carrion** [2] 41/18 49/3
**carrying** [1] 35/7
**cart** [3] 16/8 46/12 57/7
**carts** [2] 22/20 46/13
**case** [15] 3/3 6/6 8/20 26/18 26/25 29/7 31/6 59/5 85/23 89/15 90/14 93/23 94/5 107/13 107/16
**Case Number 22-15-6** [1] 3/3
**cases** [3] 94/17 94/18 101/14
**cast** [1] 103/19
**Category** [1] 71/7
**caught** [4] 16/11 42/25 86/4 98/11
**cause** [2] 65/4 105/21
**caused** [3] 65/3 65/4 84/18
**causing** [1] 70/23
**CCTV** [1] 21/25
**celebratory** [1] 82/24
**cell** [1] 24/8
**cell phone** [1] 24/8
**central** [1] 87/8
**certain** [3] 31/6 32/20 33/16
**certainly** [18] 6/10 12/13 12/14 36/15 56/22 59/3 61/5 62/2 64/5 65/8 67/8 69/8 69/14 69/14 86/9 95/9 95/14 109/5
**certification** [1] 51/17
**Certified** [1] 2/8
**certify** [1] 111/2
**CH** [1] 2/9
**chain** [1] 49/14
**challenge** [1] 108/21
**chambers** [1] 3/13
**change** [6] 89/15 89/15 108/5 108/6 110/3 110/7
**changed** [1] 47/24
**chaos** [1] 80/8
**chapter** [2] 34/12 34/12
**character** [2] 76/9 82/5
**characteristics** [4] 15/24 18/23 19/3 93/14
**characterization** [1] 86/17
**charge** [4] 22/21 44/19 44/20 95/24

**charged [5]** 44/16 92/5 97/7 98/20 98/21
**charisma [1]** 84/11
**charitably [1]** 52/12
**chart [1]** 91/20
**chat [28]** 11/21 11/22 11/25 12/1 12/4 12/7 12/12 20/7 20/7 20/24 21/3 21/6 21/9 24/7 24/12 27/8 27/8 34/6 34/6 34/9 45/14 45/16 45/17 56/11 56/19 56/19 105/15 107/3
**chats [7]** 7/20 34/13 45/24 46/1 46/2 102/1 102/3
**check [1]** 26/8
**chemical [1]** 78/11
**child [1]** 88/8
**children [8]** 35/1 78/7 82/9 82/9 83/3 87/17 87/18 99/16
**chill [2]** 59/25 59/25
**Choose [2]** 15/5 53/25
**chronologically [1]** 10/2
**chronology [2]** 8/2 103/4
**church [1]** 99/18
**circles [1]** 58/13
**Circuit [5]** 19/20 20/3 21/19 26/24 63/5
**circumstances [3]** 44/8 93/13 95/17
**circumvent [1]** 106/10
**cited [1]** 33/18
**citizens [4]** 86/11 97/8 100/20 101/11
**civil [5]** 14/13 15/5 53/24 95/22 100/7
**Civil War [3]** 15/5 53/24 95/22
**Civil War-like [1]** 14/13
**civility [1]** 75/8
**claim [1]** 105/3
**claimed [1]** 57/6
**clarification [1]** 27/14
**clarify [1]** 21/2
**classic [1]** 43/1
**clear [16]** 16/14 22/19 24/15 24/25 26/19 28/7 28/11 40/10 54/20 56/6 57/24 67/6 68/18 74/18 103/12 108/23
**cleared [1]** 26/16
**clearly [6]** 47/18 49/3 66/22 67/4 69/7 99/17
**Clerk [2]** 107/19 108/6
**client [1]** 36/9
**clipped [1]** 38/16
**cloaking [1]** 101/8
**close [4]** 42/2 42/5 63/13 89/4
**closed [1]** 42/9
**closeness [1]** 54/9
**closer [1]** 75/25
**closing [4]** 38/14 43/3

**closure [1]** 77/13
**clothing [1]** 49/13
**CNN [2]** 32/25 33/1
**co [16]** 7/15 7/19 8/21 8/22 13/8 14/18 15/23 19/1 22/17 25/7 45/4 51/1 51/10 67/5 73/9 98/4
**co-conspirators [14]** 7/15 7/19 8/21 8/22 13/8 14/18 15/23 19/1 25/7 45/4 51/1 51/10 67/5 98/4
**co-defendants [1]** 73/9
**co-leads [1]** 22/17
**Coast [1]** 89/18
**coercion [1]** 69/10
**coincidence [2]** 23/1 58/9
**cold [1]** 36/4
**collaborators [1]** 76/23
**collection [1]** 104/18
**collective [2]** 17/22 96/11
**College [1]** 51/17
**COLUMBIA [5]** 1/1 56/2 56/3 107/20 108/3
**Columbus [1]** 79/5
**Columbus Doors [1]** 79/5
**Combination [1]** 96/22
**combine [4]** 28/4 28/13 30/16 97/4
**come [22]** 9/14 25/10 38/20 41/22 43/25 48/15 57/3 66/14 68/1 68/10 68/12 69/18 69/19 74/7 85/20 89/1 89/17 90/4 90/6 97/13 99/7 102/4
**comes [8]** 23/13 27/9 36/16 55/1 73/1 83/19 85/3 85/5
**coming [9]** 17/1 20/8 23/12 30/9 56/17 67/4 84/3 99/4 101/21
**commence [1]** 107/22
**commences [2]** 26/14 26/16
**comment [1]** 39/25
**commentary [1]** 48/12
**commented [2]** 15/17 71/25
**commenting [1]** 87/5
**comments [2]** 31/9 91/10
**commission [2]** 25/1 96/23
**commit [1]** 73/20
**commitment [2]** 36/14 109/24
**committed [2]** 73/21 103/23
**committing [2]** 24/16 104/12
**common [3]** 70/19 70/20 96/8

**communicate [2]** 104/24 105/7
**communication [1]** 9/18 68/23 89/13 90/8
**communications [6]** 11/15 19/23 25/18 85/24 85/25 102/3
**Communists [1]** 53/22
**community [1]** 99/18
**comparisons [1]** 94/19
**completely [2]** 16/17 16/17
**complex [1]** 96/18
**compliance [1]** 105/24
**compliant [1]** 110/11
**computer [7]** 2/12 105/13 106/2 106/3 106/3 106/6 106/17
**computer-aided [1]** 2/12
**computer-monitoring [1]** 106/3
**computers [4]** 106/1 106/12 106/12 107/4
**conceding [1]** 30/18
**concept [1]** 48/22
**concepts [1]** 97/4
**concerning [2]** 50/10 55/10
**concerns [2]** 77/6 77/10
**Concerted [1]** 96/13
**conclude [1]** 75/17
**concluded [2]** 36/14 110/17
**conclusion [1]** 9/9 32/22 40/12 64/9
**concretely [1]** 7/24
**concurrent [1]** 103/24
**concurrently [1]** 104/3
**condition [3]** 106/13 106/15 106/16
**conditions [6]** 104/7 104/8 104/10 104/12 105/24 110/9
**condone [1]** 81/18
**conduct [64]** 4/7 4/7 4/7 6/8 6/13 7/24 8/21 8/22 10/13 13/7 15/23 17/15 18/25 19/1 24/22 24/23 25/2 25/3 25/6 27/1 35/23 36/19 36/20 44/4 44/17 51/1 51/19 52/2 58/24 61/20 61/22 61/24 61/25 62/11 62/21 62/23 62/24 63/5 65/7 66/1 67/9 69/2 69/2 69/8 70/6 71/16 91/14 94/9 94/20 95/11 95/15 97/6 97/11 98/4 98/5 98/8 98/8 101/15 101/18 103/16 104/11 105/25 106/14 109/3
**conducted [3]** 52/9 106/5 106/19
**confined [2]** 43/2 96/25
**confirm [1]** 4/1 5/15

**confrontation [1]** 60/20
**confronting [3]** 43/16 60/23 65/15
**congregated [2]** 58/8 58/10
**Congress [2]** 60/6 70/18 96/5
**congressional [1]** 64/24
**Congressmen [3]** 57/19 96/6 102/19
**conjecture [1]** 64/14
**conjure [1]** 32/19
**connected [2]** 70/19 84/24
**connection [5]** 34/21 51/14 83/21 89/23 91/10
**conscious [1]** 27/6
**consciously [2]** 26/22 63/3
**consider [9]** 19/24 25/5 25/6 25/12 72/24 93/7 93/12 93/20 103/20
**consideration [3]** 6/11 6/14 25/4
**considered [2]** 73/7 103/21
**considering [1]** 27/23
**considers [1]** 20/10
**consistent [4]** 29/19 68/4 102/15 108/20
**consoles [1]** 107/4
**conspiracies [4]** 44/16 44/20 50/12 51/2
**conspiracy [29]** 7/9 8/19 8/22 12/20 33/19 33/21 34/2 44/11 50/12 51/4 51/5 51/9 51/13 66/5 66/10 66/10 66/17 66/18 66/19 70/4 70/13 92/2 92/5 92/8 95/20 96/10 96/25 97/4 98/6
**conspiratorial [6]** 9/10 33/19 35/23 44/22 45/2 96/20
**conspirators [15]** 7/15 7/19 8/21 8/22 13/8 14/18 15/23 19/1 25/7 33/22 45/4 51/1 51/10 67/5 98/4
**conspired [2]** 51/7 97/14
**constituting [1]** 70/20
**Constitution [3]** 2/9 96/1 108/4
**contact [2]** 79/18 99/3
**contains [2]** 106/6 106/17
**contention [6]** 7/8 18/2 37/5 37/19 37/21 77/14
**contents [1]** 11/6
**context [7]** 6/22 7/2 7/6 7/7 20/5 25/7 79/3
**contexts [1]** 100/9

**continue [1]** 74/17
**CONTINUED [1]** 2/1
**continues [1]** 74/10
**Continuing [1]** 14/3
**contours [1]** 10/13
**contrast [1]** 76/11
**contribute [2]** 17/5 69/19
**contributed [2]** 12/21 60/12
**contributes [1]** 21/8
**contributions [1]** 99/19
**contrition [1]** 102/12
**control [8]** 19/19 20/4 21/12 21/17 21/18 22/20 23/8 80/4
**controlled [2]** 104/14 104/15
**controlling [1]** 23/21
**conversation [8]** 7/19 32/25 37/12 55/6 59/10 62/6 62/10 88/21
**conversations [2]** 23/3 57/22
**conveyed [1]** 79/4
**convicted [8]** 36/9 50/12 51/2 94/21 94/24 94/7 98/21 109/3
**conviction [8]** 48/8 62/23 62/25 92/12 94/2 108/21 109/15 110/2
**convictions [5]** 69/7 97/6 108/13 108/14 109/3
**convinced [2]** 63/14 102/14
**Cooper [1]** 21/12
**cooperate [1]** 104/18
**cooperated [1]** 101/23
**cooperation [1]** 54/10
**coordination [1]** 55/17
**cops [3]** 41/7 60/17 79/24
**corralling [1]** 21/20
**corrals [1]** 22/22
**correct [2]** 29/3 101/24 111/3
**corrupt [2]** 16/17 73/8
**cost [3]** 108/16 108/17 108/18
**coterminous [1]** 8/20
**could [18]** 5/14 9/14 33/5 36/12 36/13 36/23 36/24 48/13 54/11 54/25 63/19 75/24 77/11 79/19 80/13 80/15 82/1 96/19
**couldn't [1]** 80/9
**counsel [2]** 32/16 88/3 109/25
**count [11]** 51/9 70/4 70/9 70/10 70/10 70/11 70/12 94/7 94/17 94/20 94/25
**Count 1 [1]** 70/4
**Count 2 [1]** 70/9
**Count 3 [2]** 70/10

**C**

Count 3... [1] 70/10
Count 4 [1] 70/12
counterproductive [1] 80/5
country [9] 13/19 53/24 58/18 73/3 75/6 82/11 87/7 87/16 97/9
countrymen [1] 72/16
counts [4] 91/22 94/22 103/25 104/2
Counts 1 [2] 103/25 104/2
couple [6] 6/15 8/3 9/3 13/2 13/7 103/10
courage [3] 97/19 97/20 97/25
course [4] 36/16 61/9 93/7 109/14
court [47] 1/1 2/7 2/8 19/24 22/25 30/7 31/5 33/18 34/4 47/21 48/6 49/1 49/19 50/3 50/5 51/22 63/5 63/8 83/14 84/10 86/9 88/3 88/19 88/20 89/11 90/1 91/6 92/24 96/9 103/21 104/20 104/20 107/11 107/14 107/19 107/19 107/24 108/1 108/3 108/6 108/11 108/15 108/17 109/10 109/15 109/20 110/16
Court's [3] 44/2 83/13 110/3
courtroom [2] 76/19 100/2
cover [1] 34/24
covered [3] 34/6 49/18 62/23
COVID [2] 72/8 83/24
cr [2] 1/4 94/5
Crazy [1] 48/18
Crazy Roberto [1] 48/18
create [1] 89/23
created [1] 76/15
credit [1] 84/17
credit-card-swiping [1] 84/17
credulity [1] 45/12
creed [1] 73/7
creeping [1] 86/7
crime [4] 24/16 96/11 96/22 104/13
crimes [3] 73/21 96/5 96/23
criminal [28] 3/2 8/13 13/9 16/17 24/24 27/18 28/3 28/9 30/15 30/20 30/22 50/10 50/25 51/12 51/13 51/15 63/20 63/20 63/24 63/24 70/20 71/7 95/23 96/11 96/14 96/17 96/19 105/1
criminality [1] 96/16
cringe [1] 76/17

critical [1] 66/2
Critically [1] 54/15
criticizing [1] 86/10
crooked [1] 53/22
crooked-assed [1] 53/22
cross [2] 34/15 70/5
cross-section [1] 70/5
crossed [3] 77/23 101/3 103/6
crowd [10] 35/9 42/1 43/2 43/3 47/14 47/15 60/22 60/25 61/3 98/11
Crowl [1] 92/4
CRR [2] 111/2 111/8
Crystal [2] 2/6 3/8
Crystal Lustig [1] 3/8
culmination [1] 76/20
culpable [1] 69/23
curbing [1] 72/4
custodial [1] 92/18
custody [2] 91/23 103/23

**D**

D.C [38] 1/5 1/17 2/10 8/4 10/4 11/20 14/4 16/6 20/7 20/9 21/5 21/8 27/7 35/12 35/17 35/18 36/16 40/22 45/15 45/23 48/12 54/2 55/1 55/4 56/24 57/11 57/12 62/1 66/14 67/4 68/11 68/12 85/2 85/18 99/5 102/4 102/17 108/4
D.C. [7] 11/21 12/12 20/6 24/7 24/12 45/16 63/5
D.C. Circuit [1] 63/5
D.C. Op [2] 12/12 24/12
D.C. Op Jan. 6 [2] 20/6 24/7
D.C. Op Jan. 6, 21 [1] 11/21
damage [4] 13/12 70/24 84/3 97/15
danger [2] 96/20 96/24
dangerous [2] 73/8 75/2
daresay [1] 97/5
Dark [1] 87/13
data [2] 30/12 106/6
date [8] 12/9 29/14 29/16 29/17 30/1 30/2 30/3 111/7
dates [2] 55/10 66/24
daughter [1] 35/7
day [45] 7/4 7/5 10/11 10/14 11/24 15/4 16/2 19/14 19/19 20/5 20/12 23/4 26/11 27/9 29/2 30/17 32/6 36/5 36/19 56/23 62/11 65/8 69/20 73/22 74/17 74/19 78/7 78/22 78/25 80/19 81/9 81/10 81/17 82/1 82/22

deadly [2] 92/12 92/8 98/16 99/11 100/1 102/12 103/7
days [10] 13/22 14/6 53/25 84/17 87/13 98/9 104/16 107/22 108/5 108/15
dead [2] 14/24 52/20
deal [2] 67/2 67/8
dealing [1] 5/20
dealt [1] 5/20
death [3] 76/23 77/15 95/25
December [31] 7/17 9/16 9/17 10/5 10/16 11/14 12/8 12/9 12/11 12/13 14/5 14/16 14/19 14/20 15/8 15/13 20/23 20/24 21/3 36/15 45/17 54/8 54/11 54/15 55/2 55/7 62/7 66/11 88/22 88/23 89/9
December 17th [1] 89/9
December 30th [2] 12/9 45/17
decency [1] 75/8
decision [1] 86/14
decision-making [1] 86/14
decisions [1] 31/10
decreases [1] 96/15
deep [1] 82/4
deeper [3] 17/18 18/16 18/20
deeply [6] 75/4 80/18 81/15 82/15 82/25 83/4
defend [1] 87/13
defendant [12] 1/7 2/2 3/9 5/25 26/22 33/20 63/2 63/7 90/25 93/14 93/18 94/14
defendant's [3] 4/20 4/21 6/11
defendants [12] 5/21 8/19 14/12 31/5 34/5 48/7 48/9 73/9 73/25 85/22 91/22 91/25
defendants' [1] 27/2
defense [4] 3/7 8/16 91/21 93/23
defiance [1] 83/25
define [2] 86/11 96/5
defined [2] 31/22 96/1
definition [4] 6/22 6/23 21/19 100/24
degree [2] 63/21 102/2
degrees [1] 48/7
delete [6] 24/5 24/11 24/13 24/14 24/17 27/11
deleted [2] 28/17 48/3
deleting [12] 25/8 27/4 28/10 28/11 30/11 30/11 30/12 30/13 62/16 62/18 63/16 63/18
deletion [2] 25/11 26/5

deliberately [2] 63/19 79/11
delicts [1] 96/13
democratic [4] 14/23 52/20 87/21 101/5
demonic [1] 53/21
demonstrate [1] 54/9
demonstrated [1] 7/17
demonstrates [1] 7/22
denied [1] 90/20
depart [2] 69/11 96/16
departure [2] 31/1 69/24
Depending [1] 95/2
depends [1] 6/19
deploy [2] 13/18 53/12
deranged [1] 81/22
derangement [1] 87/10
described [6] 14/15 14/21 83/23 84/14 85/1 99/24
describes [4] 21/4 21/5 48/19 74/11
describing [1] 20/15
description [2] 6/11 6/17 42/14
deserve [1] 100/15
designation [2] 109/18 110/12
designed [1] 106/21
desire [1] 79/17
desktops [1] 106/4
despite [2] 74/17 78/11
destroy [2] 63/23 74/13
destroying [1] 77/23
destruction [1] 77/3
detail [7] 14/5 22/7 35/25 36/2 56/5 67/25 89/5
details [3] 8/4 50/17 91/19
detain [1] 95/23
detention [1] 91/23
determination [1] 68/23
determinations [2] 4/10 71/11
determine [3] 19/24 104/22 106/5
deterrence [3] 93/17 95/10 95/12
device [5] 29/8 29/14 29/21 105/14 106/17
devices [2] 106/4 107/4
dichotomy [3] 22/12 28/6 30/14
dictates [1] 86/13
did [62] 6/23 8/2 12/2 14/12 17/4 19/18 20/16 21/12 24/2 24/18 25/18 27/18 27/24 28/1 30/17 30/21 32/5 32/6 43/14 44/14 46/1 48/21 48/24 49/1 49/2 49/7 49/15 56/4 71/25 73/5 73/23 74/16 74/17 76/13 77/10 78/7 78/13 79/11

deliberately [2] 78/21 79/11
85/11 88/5 90/17 90/18 91/5 91/7 91/15 91/15 92/7 92/17 92/18 94/6 97/17 97/17 97/19 97/21 100/1 100/3 100/14 103/17
didn't [22] 29/11 30/13 30/20 33/8 33/9 33/24 39/21 40/17 47/23 48/4 48/25 49/10 64/23 78/9 81/2 81/3 83/15 90/3 94/9 99/22 100/1 102/4
die [4] 31/16 52/25 87/1 87/1
difference [1] 94/7
differences [1] 100/15
different [13] 30/21 37/10 38/14 47/25 48/1 56/19 58/6 77/8 85/22 92/2 92/6 98/9 109/5
differently [2] 29/1 94/12
difficult [1] 99/22
difficulty [2] 92/13 92/14
direct [6] 9/19 19/22 23/3 60/20 77/5 79/17
directed [5] 35/5 68/22 77/5 97/2 107/18
directing [3] 6/21 7/5 18/4
direction [2] 35/10 77/12
directly [7] 17/22 27/1 37/2 38/6 63/6 65/8 79/6
directs [1] 68/20
disagree [6] 66/8 72/21 75/8 100/25 101/6 103/8
disagreed [2] 72/3 100/7
disagreement [1] 100/16
disagrees [2] 72/17 75/5
disappeared [1] 48/2
disaster [1] 81/24
disavow [1] 81/19
discard [1] 73/20
discarded [2] 8/7 64/16
disclosure [1] 75/10
disconnected [2] 80/25 91/8
Discord [1] 107/2
discount [1] 85/12
discounts [1] 85/10
discovery [2] 5/4 81/12
discrepancies [1] 19/12
discretionary [1] 104/8
discuss [2] 8/23 19/12
discussed [1] 10/8 10/16 45/14 65/22
discussing [1] 66/11
disdain [1] 81/7

**disguise [1]** 106/22
**disgusted [1]** 79/1
**disheartened [1]** 54/17
**disjunctive [1]** 21/13
**disobedience [1]** 100/7
**disparaging [1]** 88/14
**disparate [1]** 46/9
**disparities [1]** 93/21
**disparity [1]** 93/22
**display [2]** 76/18 78/3
**displayed [2]** 77/25 81/1
**displeasure [2]** 52/7 53/3
**dispute [1]** 8/9
**disputes [2]** 4/5 6/2
**disrupt [2]** 58/22 60/5
**dissidents [1]** 74/13
**distinguish [1]** 101/25
**distraught [1]** 82/21
**distress [1]** 78/5
**district [11]** 1/1 1/1 1/10 56/2 56/3 68/14 107/19 107/20 108/3 108/3 108/10
**distrust [1]** 35/12
**dividing [1]** 91/12
**divorce [1]** 35/21
**divorced [1]** 92/17
**DNA [1]** 104/19
**do [63]** 6/21 7/1 12/6 13/1 14/22 18/14 24/15 26/1 29/16 29/24 31/18 35/17 39/6 39/9 39/21 39/23 41/4 42/25 43/10 50/21 50/24 52/22 57/9 59/7 60/1 60/4 60/5 61/19 62/5 63/16 64/23 66/8 66/15 68/20 69/13 70/14 75/22 76/4 76/13 77/21 81/18 84/6 87/12 90/17 90/18 90/19 91/6 91/15 97/14 97/19 97/20 97/25 98/2 99/7 101/4 101/5 101/25 105/6 105/21 108/12 108/24 109/17 109/21
**do you [1]** 12/6
**doctrinaire [1]** 86/18
**documentary [1]** 74/2
**does [31]** 6/20 14/14 17/20 21/18 21/23 29/12 32/18 36/18 42/25 43/8 51/22 54/7 59/2 60/14 60/15 65/9 65/11 65/12 65/18 65/20 68/13 68/13 68/15 73/11 78/18 78/21 85/7 89/15 89/15 89/17 99/24
**doesn't [29]** 23/9 24/19 30/10 32/21 34/13 34/14 35/21 45/19 45/25 46/14 48/1 48/2 48/25 57/2 60/2 61/15 64/4 68/10 68/11 69/18

**69/24 73/10 85/16**
90/11 90/12 101/12
**doing [15]** 14/16 16/2 17/15 22/7 22/8 25/8 36/14 47/14 49/5 54/24 74/24 75/11 80/23 84/3 84/24
**Dominic [10]** 47/11 54/16 54/23 88/22 88/23 89/7 89/9 89/25 90/6 98/25
**Dominic Pezzola [9]** 47/11 54/16 54/23 88/22 88/23 89/7 89/9 89/25 98/25
**Dominic Pezzola's [1]** 90/6
**don't [52]** 7/2 11/19 27/10 27/19 27/19 27/20 28/16 28/22 29/25 30/3 30/6 33/4 37/4 37/15 37/20 40/2 40/2 40/5 40/8 40/11 40/14 42/9 42/12 45/4 49/21 58/8 59/11 63/14 68/3 68/15 69/4 80/1 80/15 83/10 83/21 89/16 89/17 90/17 91/13 91/18 91/20 92/16 92/18 95/6 95/9 95/12 98/7 99/9 100/25 103/2 107/14 110/11
**done [7]** 36/1 47/5 54/1 62/17 77/20 82/1 103/1
**Donovan [1]** 92/4
**Donovan Crowl [1]** 92/4
**doomsday [1]** 86/22
**door [9]** 38/15 38/18 41/16 41/18 41/23 42/2 42/5 42/9 59/14
**doors [3]** 23/2 23/11 79/5
**doorway [1]** 79/23
**doubt [2]** 22/10 66/16
**Douyon [1]** 109/23
**down [4]** 82/17 87/16 88/10 100/2
**download [1]** 105/12
**Downtown [1]** 85/18
**Downtown D.C [1]** 85/18
**draw [7]** 33/11 33/25 50/19 64/9 86/12 91/11 99/6
**drawn [1]** 53/18
**dressed [1]** 57/3
**drew [1]** 50/20
**driven [1]** 24/23
**drives [1]** 57/15
**driving [1]** 46/16
**drove [2]** 45/23 76/21
**drug [2]** 104/16 104/17
**dubbed [1]** 73/8
**due [3]** 64/21 65/5 78/14
**during [5]** 56/15 64/8

**duty [2]** 31/25 72/12
**dwell [1]** 98/7
**dystopia [1]** 87/18

**E**

**each [6]** 4/12 5/25 49/18 83/21 89/1 91/21
**earlier [5]** 26/17 31/22 58/6 85/1 90/22
**earliest [1]** 71/23
**early [8]** 7/16 14/20 21/24 30/2 36/15 56/15 91/23 91/24
**easily [1]** 26/8
**east [9]** 22/25 23/11 47/13 47/16 58/4 58/8 58/10 66/5 67/19
**easy [1]** 87/6
**ECF [1]** 94/16
**ECF 57-1 [1]** 94/16
**educational [1]** 93/19
**educational/vocational [1]** 93/19
**Edwards [4]** 1/15 3/5 45/7 75/14
**effect [5]** 8/20 21/16 37/22 59/25 62/18
**effective [1]** 91/2
**effectively [2]** 91/4 106/8
**effort [5]** 17/23 59/7 59/19 61/6 96/4
**egress [1]** 58/11
**eight [6]** 46/4 46/4 64/20 71/1 76/22 85/23
**eight-level [2]** 64/20 71/1
**either [6]** 4/9 28/5 48/11 69/5 77/12 88/18
**elected [1]** 43/12
**election [14]** 7/10 13/13 15/2 52/5 52/8 52/8 52/9 77/6 77/9 86/3 87/2 87/19 87/20 88/16
**Electoral [1]** 51/17
**Electoral College [1]** 51/17
**elements [1]** 96/2
**elicited [1]** 68/8
**Ellipse [1]** 56/7
**eloquence [1]** 98/19
**else [11]** 5/8 24/3 24/18 39/5 39/25 56/3 68/11 69/19 81/16 97/11 109/25
**elsewhere [1]** 67/22
**email [4]** 1/18 1/19 2/5 11/9
**embarked [1]** 96/21
**embarrassed [2]** 63/18 78/6
**embarrassing [1]** 76/17
**emergency [1]** 96/4
**emotions [1]** 80/17
**enacted [1]** 96/5

**encounter [1]** 49/2
**encourage [2]** 60/21 68/11
**encouraged [2]** 62/4 67/14
**encouraging [1]** 66/14
**encrypt [1]** 106/21
**end [9]** 16/1 23/6 32/2 32/9 70/15 89/4 89/17 90/16 96/21
**endeavor [1]** 44/3
**ended [1]** 99/25
**ending [1]** 29/14
**endorsing [1]** 89/20
**ends [2]** 54/6 96/18
**enemy [1]** 87/7
**enforcement [1]** 27/25
**engage [5]** 17/8 62/8 62/8 77/4 98/15
**engaged [2]** 25/11 44/7 69/8
**engagement [1]** 66/9
**engages [2]** 17/15 63/7
**engaging [1]** 86/1
**enhancement [23]** 8/9 23/6 24/2 24/20 25/9 25/23 25/25 30/7 30/24 48/6 48/23 49/17 62/14 63/2 63/15 64/18 64/21 65/18 65/22 67/10 69/6 71/1 71/2
**enhancements [8]** 6/7 8/15 49/19 52/3 62/13 69/5 70/2 70/16
**enough [5]** 8/5 27/5 30/18 38/2 102/23
**Enrique [2]** 15/14 55/8
**Enrique Tarrio [2]** 15/14 55/8
**ensure [2]** 101/15 105/24
**enter [1]** 59/2
**entered [4]** 66/6 78/10 97/16 108/22
**entering [1]** 79/11 80/17
**enterprise [1]** 97/1
**enters [3]** 59/7 59/14 108/15
**enthusiastically [1]** 59/19
**entire [4]** 28/18 28/20 88/13 90/13
**entirely [1]** 99/11
**entirety [2]** 65/23 67/7
**entry [2]** 58/12 79/19
**envisioned [1]** 31/15
**episodes [1]** 90/15
**equally [1]** 88/14
**errand [2]** 44/4 71/18
**especially [2]** 75/8 81/6
**essentially [8]** 18/2 26/16 26/19 26/25 27/1 52/18 62/18 66/5
**establish [2]** 60/2 104/10

**established [1]** 90/7
**eternity.' [1]** 15/3
**even [16]** 14/24 27/9 36/19 46/6 48/10 48/24 49/12 58/18 65/8 68/6 68/9 81/4 82/2 90/12 94/18 97/11
**evening [3]** 12/1 26/5 85/15
**event [1]** 58/13
**events [6]** 9/22 39/23 55/4 76/20 81/18 103/4
**eventually [1]** 81/2
**ever [4]** 80/17 83/13 103/6 103/6
**every [7]** 25/10 32/21 38/16 46/3 90/25 99/12 103/13
**everybody [5]** 3/17 7/14 45/18 88/5 100/24
**everyone [7]** 3/12 50/1 50/8 80/16 82/12 92/22 97/11
**everyone's [1]** 77/18
**everything [10]** 18/7 18/16 40/19 42/19 80/22 82/10 82/11 89/15 91/1 91/3
**everywhere [1]** 80/9
**evidence [63]** 9/20 10/5 10/19 10/25 11/20 12/2 12/5 12/19 12/21 17/4 17/5 18/8 19/17 19/24 20/11 22/11 23/6 27/6 28/16 28/23 29/4 29/5 29/6 30/6 30/8 33/11 37/19 44/25 45/12 46/5 46/7 47/17 49/23 50/21 50/22 51/6 52/6 54/3 54/11 56/1 56/2 58/19 63/10 63/11 63/15 63/20 63/23 64/2 66/8 67/7 68/5 68/19 68/21 68/21 71/21 74/5 74/18 76/13 78/20 89/25 91/2 102/15 106/18
**evidence: [1]** 67/12
**evidence: that [1]** 67/12
**evidenced [1]** 14/5
**evidentiary [1]** 33/13
**ex [1]** 83/17
**ex-military [1]** 83/17
**exactly [6]** 14/21 16/2 18/14 31/22 92/9 99/23
**example [6]** 6/16 11/9 28/22 32/24 52/19 74/12 78/8 82/9
**except [1]** 74/25
**excessive [1]** 87/25
**exchange [2]** 42/16 88/22 89/3
**exchanges [1]** 17/9
**excuse [5]** 65/3 67/14 70/13 81/13 108/2
**execute [1]** 108/11
**execution [1]** 36/10

**E**

**execution...** [1] 66/22
**Executive** [1] 77/13
**exercise** [3] 44/6 44/10 86/22
**exhibit** [5] 16/1 16/22 23/19 32/8 32/10
**Exhibit 1508** [3] 16/1 16/22 23/19
**exhibits** [1] 5/7
**exhorts** [1] 52/21
**exist** [1] 90/11
**existed** [1] 96/7
**existential** [1] 14/13
**exists** [1] 106/16
**exit** [5] 14/25 42/8 43/17 61/17 79/20
**exits** [1] 68/2
**expands** [1] 25/3
**expect** [1] 63/8
**expectations** [1] 104/10
**expected** [2] 74/9 85/13
**expense** [1] 65/25
**expenses** [1] 88/8
**experience** [5] 35/13 44/2 73/19 82/6 88/2
**experiences** [1] 35/22
**experiencing** [1] 24/2
**explain** [2] 19/17 95/19
**explicitly** [2] 32/10 74/3
**exposed** [1] 45/3
**express** [4] 52/7 65/10 77/18 100/16
**expressed** [3] 35/12 100/5 102/11
**expressing** [2] 53/2 77/17
**expressly** [2] 7/20 83/15
**extensive** [3] 66/3 67/8 71/2
**extent** [2] 27/15 45/2
**extra** [1] 77/10
**extract** [1] 79/10
**extraction** [1] 79/15
**extreme** [1] 78/5
**extremely** [1] 74/12
**extremes** [1] 48/19
**extremist** [3] 105/2 105/8 105/18
**eyes** [3] 15/11 54/18 84/22

**F**

**f'ing** [1] 79/25
**F.3d** [2] 26/21 63/1 63/4
**fabric** [2] 75/7 75/10
**face** [8] 15/3 27/18 28/2 28/11 28/12 30/22 39/19 60/8
**Facebook** [11] 14/8 14/21 15/4 40/20 46/18 52/11 53/20 67/16 77/4 78/1 85/25

**faces** [7] 24/13 24/18 25/20 28/6 28/12 62/19 82/19
**facing** [1] 79/20
**fact** [18] 9/15 19/19 25/9 29/9 32/21 34/3 43/4 55/2 59/6 64/4 64/10 65/4 68/7 78/8 78/16 86/24 92/6 99/2
**factors** [5] 93/8 93/12 95/8 103/20 108/25
**facts** [11] 9/3 9/14 13/7 25/22 39/22 44/18 44/20 46/10 55/18 55/20 92/8
**factual** [21] 4/4 4/10 5/23 6/2 6/5 7/2 7/6 7/7 7/9 8/9 9/8 19/12 27/2 27/14 50/9 50/16 50/17 52/4 61/19 83/10 90/21
**failed** [1] 78/22
**fair** [3] 38/2 76/13 98/2
**fairest** [2] 86/16 86/17
**false** [2] 22/12 52/21
**families** [2] 81/16 100/17
**family** [18] 34/25 35/4 45/20 45/22 46/19 73/12 73/13 76/25 77/21 78/15 82/8 83/3 85/4 86/19 87/13 99/13 100/14 103/11
**fancy** [1] 85/9
**fanned** [1] 77/14
**far** [7] 5/25 55/4 64/1 64/13 98/1 109/18 109/19
**father** [3] 78/6 82/8 99/21
**faulting** [1] 35/18
**FBI** [3] 45/22 64/15 80/20
**FCI** [1] 109/19
**FCI Seagoville** [1] 109/19
**features** [1] 55/9
**February** [2] 30/2 30/4
**federal** [4] 86/13 95/23 104/13 104/13
**feel** [1] 100/19
**feels** [1] 54/17
**feet** [5] 23/17 31/24 42/20 42/22 65/14
**fellow** [3] 13/16 72/16 73/6
**felony** [2] 33/3 33/7
**felt** [2] 49/3 100/4
**fence** [1] 49/14
**few** [6] 5/23 6/3 15/22 25/15 49/22 99/10
**fight** [8] 35/8 43/1 43/7 43/8 43/11 57/19 73/7 102/18
**fighting** [3] 47/8 73/3 73/4
**file** [2] 108/14 108/17

**filming** [2] 59/13 59/14
**final** [1] 80/2
**finalize** [1] 53/13
**financial** [5] 107/7 107/8 107/9 108/1 108/7
**find** [13] 22/7 29/1 29/11 31/4 40/9 44/3 47/23 48/4 50/24 51/6 64/14 64/25 101/13
**finding** [5] 50/21 51/5 63/9
**findings** [12] 4/10 27/2 50/10 50/15 50/18 50/20 52/1 52/4 55/19 61/19 70/1 90/22
**finds** [2] 61/8 107/14
**fine** [4] 71/9 93/6 107/15 107/15
**finger** [1] 43/20
**fingers** [1] 43/21
**fire** [1] 31/25
**firearm** [1] 11/20
**first** [31] 5/24 8/18 22/24 26/4 27/13 38/6 38/10 38/21 39/2 39/5 39/8 41/5 43/22 46/11 46/12 46/14 49/7 58/11 59/22 59/24 75/17 76/4 77/17 77/22 79/14 80/16 83/12 83/17 89/8 92/5 102/20
**First Amendment** [3] 43/22 77/17 77/22
**Fischer** [4] 32/25 33/4 33/8 33/9
**Fischer's** [1] 33/10
**fits** [1] 91/21
**five** [2] 41/17 77/7
**flames** [1] 77/14
**flat** [1] 69/1
**flaws** [1] 82/4
**flew** [1] 45/22
**flies** [1] 11/19
**flight** [4] 43/1 43/7 43/12 43/12
**Florida** [1] 34/14
**Flynn** [1] 89/5
**focus** [1] 21/11
**folks** [7] 7/23 67/4 100/18
**follow** [2] 23/15 39/3
**followed** [7] 37/24 38/22 43/3 74/8 79/9 79/13 79/21
**following** [11] 37/15 40/15 52/4 58/16 67/12 68/4 93/24 96/9 100/12 102/1 104/7
**follows** [3] 70/3 70/22 103/22
**fool's** [2] 44/4 71/18
**footage** [1] 24/14
**footing** [1] 55/12
**force** [14] 7/21 13/11 18/4 18/17 31/10 51/8 51/16 53/19 60/24 62/7

**forcibleness** [1] 13/10
**forcibly** [2] 36/10 97/8
**forearm** [1] 43/5
**foregoing** [1] 111/3
**foreseeability** [4] 15/6 32/18 33/17 36/18
**foreseeable** [20] 9/11 13/8 17/8 32/23 33/15 33/15 34/1 36/21 39/14 42/12 42/21 51/14 51/23 51/25 61/22 62/3 64/25 65/2 65/9 98/5
**forgetting** [1] 94/4
**form** [4] 18/23 21/16 34/7 48/11
**formed** [3] 36/13 66/5 96/24
**former** [1] 84/14
**Forrest** [1] 89/6
**Forrest Gump** [1] 89/6
**forth** [3] 93/8 93/10 94/16
**forum** [2] 52/7 53/7
**forward** [10] 17/12 17/14 18/3 18/19 23/10 27/25 61/4 72/6 75/12 79/22
**found** [3] 49/2 97/14 98/14
**foundation** [1] 90/2
**founders** [2] 87/24 101/9
**four** [2] 48/6 48/9
**frame** [1] 75/11
**frankly** [3] 7/4 18/7 76/17
**fraudulent** [1] 52/21
**free** [2] 84/8 86/10
**freedom** [1] 31/14
**frequency** [1] 81/12
**frequently** [1] 56/12
**friends** [1] 46/18
**front** [7] 6/24 22/20 47/4 47/7 47/9 49/11 58/3
**fruitless** [1] 44/6
**frustration** [2] 77/25 78/3
**fuck** [3] 16/18 58/16 72/12
**fucking** [12] 14/24 15/3 16/25 17/11 31/12 31/16 31/18 31/21 41/7 58/17 59/20 60/17
**fueled** [1] 44/8
**full** [1] 108/7
**functioning** [1] 106/8
**fundamentally** [1] 100/10
**further** [9] 19/2 32/12 49/19 51/21 54/6 61/1 99/3 104/1 105/20
**furtherance** [3] 13/10 51/13 98/5

**G**

**gaming** [2] 106/23 107/4
**gap** [1] 33/13
**Garden** [1] 22/1
**gas** [2] 38/23 38/24
**gather** [1] 101/11
**gave** [2] 91/3 98/22
**gear** [6] 13/18 49/13 53/9 53/11 53/17 53/18
**general** [2] 89/5 95/10
**General Flynn** [1] 89/5
**generally** [2] 45/25 67/16
**generated** [1] 28/5
**generates** [1] 96/25
**genuine** [1] 81/7
**Georgia** [5] 85/13
**get** [49] 3/14 12/9 13/17 17/18 18/16 19/6 23/21 28/2 31/16 31/17 35/9 39/6 39/9 40/4 40/8 40/9 41/6 41/7 41/7 41/8 41/8 44/14 44/20 53/11 55/5 60/1 60/3 60/4 60/16 60/17 60/17 60/18 61/7 68/25 79/7 79/12 79/17 79/21 79/24 79/24 80/4 80/13 86/11 91/19 95/16 101/14 102/22 102/22 109/22
**gets** [8] 11/9 15/19 18/3 27/12 43/11 57/10 68/3 85/9
**getting** [6] 24/19 25/7 28/19 28/19 53/17 60/25
**give** [5] 49/24 82/12 91/1
**given** [11] 25/13 36/19 43/18 48/6 61/23 62/3 69/7 94/13 103/20 109/2 109/6
**gives** [4] 44/18 97/24 97/25 98/1
**GiveSendGo** [1] 74/11
**gleaned** [1] 46/6
**gloss** [1] 51/21
**glowing** [1] 99/20
**gmail.com** [1] 2/5
**go** [35] 3/24 4/4 4/15 6/1 9/5 11/2 11/24 12/25 13/3 15/10 19/9 23/16 24/8 31/18 39/4 42/2 45/5 46/15 47/6 47/15 49/7 50/16 52/25 54/18 56/10 57/17 57/19 58/22 62/23 68/22 82/1 87/12 99/3 102/18 102/20
**go ahead** [4] 9/5 11/2 11/24
**go-between** [1] 67/23
**go-time** [1] 54/18
**goals** [1] 9/10
**God** [2] 31/17 80/21
**goes** [11] 21/25 21/25

**goes... [9]** 22/3 22/21 23/21 37/11 39/2 59/1 85/8 94/21 95/12
**goggles [1]** 57/4
**going [42]** 6/1 16/25 17/13 23/2 23/14 23/14 27/23 37/25 39/10 39/13 39/15 40/13 40/14 42/13 42/21 43/25 44/12 45/18 46/13 46/14 46/20 50/16 53/24 56/6 56/7 56/9 57/5 57/9 57/25 57/25 59/20 64/18 77/1 77/24 79/10 80/21 87/15 87/16 90/16 91/19 99/23 103/12
**golf [5]** 16/8 22/20 46/12 46/13 57/7
**gone [3]** 82/2 84/18 97/22
**good [4]** 3/2 6/5 78/12 82/9
**Good morning [1]** 3/2
**Google [1]** 46/15
**Google Maps [1]** 46/15
**got [21]** 25/16 25/17 25/17 28/15 33/6 33/23 34/20 35/8 35/20 44/15 47/24 47/25 48/17 57/17 80/18 83/16 85/12 85/20 87/10 88/5 89/7
**GoToMeeting [3]** 8/2 34/6 34/6
**GoToMeetings [1]** 7/21
**gotten [1]** 98/10
**government [68]** 1/14 3/6 8/16 14/2 15/3 15/21 16/15 16/17 17/21 18/17 18/18 25/22 27/21 28/15 29/1 31/10 32/6 32/19 32/21 33/12 34/4 36/22 38/16 43/18 44/14 44/15 44/24 46/9 47/20 48/3 52/17 53/3 53/5 54/4 62/14 64/5 65/25 67/11 67/20 67/25 69/9 70/18 71/13 71/21 72/16 73/7 73/12 73/15 74/13 75/5 76/12 86/5 86/8 86/13 86/18 87/23 88/11 89/23 90/1 90/4 92/7 95/22 97/8 97/9 100/19 101/1 101/3 101/12
**government's [13]** 4/19 5/19 9/8 15/25 16/22 19/18 23/19 26/15 31/24 32/10 72/7 90/14 110/4
**Government's exhibit [1]** 32/10
**grabbing [1]** 60/10
**grabs [1]** 42/15
**granted [1]** 75/22

**grasp [1]** 99/5
**grateful [2]** 75/22 102/10
**great [4]** 13/5 64/13 67/2 67/8
**greater [4]** 93/9 96/12 97/24 98/1
**Greene [3]** 22/2 35/14 35/15
**grew [1]** 14/18
**grief [1]** 82/15
**group [2]** 6/17 22/17 23/16 26/11 37/7 37/24 38/7 47/19 48/13 56/7 58/15 65/16 67/24 68/8 68/9 68/17 68/18 96/16 96/20 96/24 105/2 105/8
**grouped [1]** 70/17
**groups [1]** 105/19
**growing [1]** 109/14
**guardrail [1]** 75/1
**guardrails [1]** 74/23
**guess [4]** 27/4 27/12 36/8 49/18
**guideline [1]** 49/18
**guidelines [20]** 4/8 4/11 4/11 8/8 8/15 8/25 22/14 22/15 24/21 25/12 33/15 52/2 62/13 62/20 70/3 70/21 71/8 71/10 90/23 93/4
**Guidelines Range [1]** 71/8
**Gump [1]** 89/6
**gun [3]** 69/19 72/4 102/4
**guns [1]** 81/3
**guy [1]** 89/9
**guys [2]** 85/13 89/3

**H**

**had [54]** 7/3 10/6 11/11 12/14 23/3 24/6 24/12 24/14 24/15 24/16 28/24 31/22 35/20 35/24 36/1 41/3 45/9 45/10 48/1 48/9 49/6 55/6 55/23 56/13 58/21 60/3 62/4 62/4 64/16 74/7 78/24 79/10 79/15 79/17 80/10 80/10 80/23 81/5 81/6 83/13 84/21 84/23 85/19 88/7 88/7 88/8 88/24 90/5 91/1 92/13 95/22 97/19 97/20 103/1
**half [2]** 36/3 43/19
**hallway [1]** 51/18
**halted [1]** 65/23
**halting [1]** 66/2
**hand [7]** 23/11 23/13 30/3 35/8 39/20 60/20 87/10
**hands [1]** 80/10
**hang [1]** 30/7
**hanging [1]** 89/21

**99/8**
**happened [7]** 27/17 33/22 81/14 82/25 94/11 100/8 100/13
**happening [7]** 16/4 16/11 40/2 40/6 40/21 57/8 58/23
**happens [2]** 26/13 42/11
**happenstance [2]** 83/20 85/2
**happiness [1]** 86/19
**happy [9]** 4/13 13/1 19/3 19/7 23/24 32/13 37/8 109/17 109/21
**harangue [2]** 49/8 49/15
**haranguing [2]** 58/15 58/16
**hard [9]** 36/21 91/11 94/18 94/22 99/13 99/13 102/8 103/10 103/11
**hardly [2]** 59/4 68/8
**harkens [1]** 25/5
**harm [1]** 97/25
**Harrelson [4]** 14/12 48/10 48/24 59/4
**Harrelson's [1]** 31/6
**has [59]** 4/2 5/15 11/14 11/25 19/2 23/1 23/23 24/4 25/15 25/22 26/19 28/15 30/25 31/7 32/12 33/18 35/23 37/5 38/8 38/16 41/1 41/4 43/5 43/6 43/18 48/6 49/19 54/1 55/8 55/13 55/14 56/16 56/17 57/5 66/4 66/22 67/11 71/21 73/13 73/22 82/4 82/14 86/8 87/7 88/20 89/7 89/11 89/19 92/14 92/15 95/1 95/2 95/14 96/9 96/21 99/24 100/8 100/24 110/9
**hasn't [3]** 6/13 93/23 95/13
**hat [9]** 30/7 34/17 34/19 38/4 38/5 38/8 38/12 38/21 79/15
**hats [1]** 84/16
**have [110]** 3/14 4/5 4/15 5/9 5/24 6/5 8/12 9/18 9/19 9/20 9/22 10/20 11/1 11/4 11/19 14/12 21/18 22/11 25/24 26/19 29/5 29/13 30/3 31/23 31/25 32/21 33/5 33/12 33/13 33/16 36/12 36/14 36/25 39/21 42/17 46/23 46/25 48/25 48/25 49/2 53/16 53/21 55/3 56/8 56/22 58/18 59/4 59/10 61/22 61/23 62/1 62/1 62/3 62/9 62/9 63/16 65/1 65/3 65/3 67/6

**71/11 72/20 73/10 73/17 76/13 77/10 78/13 79/3 80/3 80/17 81/5 82/1 82/2 82/5 83/11 83/16 85/16 87/8 90/6 90/9 90/10 93/2 97/5 97/19 97/20 97/22 98/1 99/1 99/8 99/18 99/20 100/18 100/25 101/22 101/22 102/11 102/11 102/14 103/8 103/20 103/21 104/22 106/9 107/14 108/12 108/20 109/23**
**haven't [1]** 90/2
**having [6]** 10/17 83/24 84/18 97/13 98/10 102/8
**he [348]**
**he didn't [2]** 39/21 83/15
**he said [8]** 14/8 14/23 32/6 37/22 71/25 72/10 91/8 92/17
**he'll [2]** 35/11 48/16
**he's [70]** 10/4 10/12 10/13 12/1 16/19 16/21 19/25 20/10 20/21 21/3 27/7 28/14 30/11 30/12 30/13 34/12 34/13 38/4 38/11 42/15 43/1 45/13 45/15 45/16 45/19 45/20 45/23 45/24 46/1 46/14 46/16 46/17 54/23 55/6 57/4 57/4 57/5 57/9 57/18 61/9 62/18 65/12 68/16 69/17 83/16 83/17 83/17 83/23 84/18 85/2 85/4 85/4 85/22 86/1 86/17 87/4 88/16 88/24 88/25 89/8 89/9 89/19 89/20 92/13 92/13 92/14 94/11 109/3 109/18 110/9
**head [6]** 67/17 68/6 68/18 77/2 88/2 99/23
**hear [7]** 4/12 4/13 46/1 57/18 59/16 79/16 83/13
**heard [11]** 4/13 10/5 10/7 19/11 33/12 34/11 35/14 76/5 79/12 79/16 83/12
**hearing [1]** 50/18
**heart [3]** 80/22 95/16 101/14
**heartfelt [1]** 102/9
**held [2]** 8/14 75/4
**hell [1]** 44/5
**helmet [1]** 41/19
**helmets [1]** 79/19
**help [18]** 37/6 37/16 39/11 39/13 57/5 58/1 58/21 61/10 74/7 74/16 78/17 80/4 80/16 82/1 84/1 84/6 102/13

**helped [1]** 74/6
**helpful [1]** 80/1
**helping [4]** 42/18 60/20 78/19 78/21
**Henry [2]** 26/21 63/1
**her [1]** 77/9
**here [30]** 3/16 5/10 7/3 7/13 8/3 15/24 16/16 19/25 25/22 28/15 35/23 40/18 45/7 48/23 50/17 50/22 53/16 54/8 54/22 65/9 73/17 79/24 87/12 89/4 90/22 95/15 99/14 99/15 99/15 102/9
**here's [1]** 43/24
**heroic [1]** 81/17
**HI [1]** 2/4
**hiding [1]** 25/2
**hierarchy [1]** 69/4
**high [4]** 7/4 11/24 12/25 27/20
**high-ranking [1]** 7/4
**highlight [6]** 5/23 6/3 15/22 21/22 23/8 55/18
**highlighting [1]** 21/9
**highlights [1]** 17/4
**Hilton [1]** 22/1
**Hilton Garden Inn [1]** 22/1
**him [66]** 4/13 15/12 16/12 17/17 21/5 23/22 24/3 24/16 24/19 24/19 27/11 27/11 28/1 30/14 34/18 35/12 37/10 37/11 39/23 42/16 42/20 42/23 43/2 43/4 43/5 43/6 43/17 45/9 46/4 46/19 48/17 49/3 49/12 51/25 52/16 54/19 55/9 55/17 56/1 59/4 60/13 61/12 61/22 63/23 69/15 73/10 73/14 73/17 74/7 74/8 75/11 79/18 84/1 84/3 84/6 84/20 85/16 85/24 86/6 86/25 87/9 88/10 89/14 92/7 92/11 97/22
**himself [16]** 16/16 17/14 18/4 18/18 43/11 48/16 56/24 61/4 61/7 61/8 63/19 64/10 65/15 72/18 84/5 110/10
**hinder [1]** 77/11
**his [143]**
**historical [1]** 91/13
**history [4]** 6/12 71/7 83/16 93/13
**hit [1]** 60/8
**holding [2]** 17/13 31/24
**holds [1]** 52/14
**Holiday [2]** 85/17 85/19
**Holiday Inn [2]** 85/17 85/19
**home [9]** 82/2 91/22

H    Case 1:22-cr-00015-APM   Document 802   Filed 02/23/24   Page 120 of 131

**H**

home... [7]  91/23 91/23
91/25 92/10 92/12 94/2
94/6
honestly [2]  37/5 78/20
Honor [59]  3/18 3/20
5/3 5/11 5/12 5/17 8/17
9/5 10/3 10/5 12/18
14/11 15/19 15/25
18/22 19/2 19/11 19/12
20/25 22/15 23/23
23/25 24/21 25/10
25/14 25/21 26/7 27/13
27/19 29/25 30/10
30/25 30/25 31/2 31/23
32/5 32/12 36/23 71/14
71/15 73/2 74/21 75/13
75/16 76/3 76/19 78/20
79/2 79/18 80/18 80/19
81/5 81/9 82/3 82/17
82/24 83/2 110/1
110/13
Honor's [2]  21/11
27/16
HONORABLE [3]  1/9
50/6 75/20
honored [1]  15/18
hope [1]  101/6
horrific [1]  78/15
hostile [3]  35/9 42/14
42/15
hostility [1]  35/12
hotel [26]  12/22 16/12
21/9 21/14 21/24 21/25
21/25 22/3 22/9 22/18
35/1 35/5 35/9 36/3
36/4 41/2 55/24 56/8
67/21 68/16 85/6 85/7
85/9 85/12 85/17 89/1
hours [4]  21/24 36/3
56/16 99/10
how [15]  3/22 21/4
27/12 42/12 46/1 54/4
54/4 75/6 78/8 81/11
84/4 85/7 99/25 101/7
103/2
however [2]  56/5 110/8
huge [2]  85/9 85/12
Hughes [2]  1/15 3/5
husband [2]  82/8
99/21

**I**

I also [2]  51/5 64/25
I am [4]  38/1 94/4
99/12 100/12
I assume [1]  29/17
I believe [6]  4/25 12/9
12/11 57/20 77/18
77/22
I can [5]  12/8 26/8
30/19 78/20 100/3
I cannot [1]  103/18
I couldn't [1]  80/9
I did [7]  77/10 78/13
79/11 79/16 80/3 80/11
81/2

I didn't know [2]  30/20
81/2
I'll [34]  3/24 4/1 4/4 4/6
4/10 4/13 6/3 7/12 8/8
8/23 9/3 10/2 13/3
15/21 23/5 43/25 43/25
44/13 49/24 50/22
51/20 52/4 55/18 55/19
70/16 71/5 75/17 83/8
92/21 92/21 93/24
94/15 95/8 110/8
I'm [53]  3/13 6/1 8/10
13/1 19/3 19/7 23/23
26/20 27/4 28/11 31/17
31/17 32/12 35/18 37/8
37/18 37/25 38/10
39/21 44/12 47/22
50/16 52/1 64/1 64/18
70/14 72/10 75/21
75/23 78/3 78/13 78/25
79/8 80/14 80/18 81/8
81/14 81/15 81/25
82/12 82/15 82/24 83/1
86/9 90/24 91/6 91/19
94/3 94/4 99/15 102/6
102/8 103/12
I'm going [1]  44/12
I'm just [1]  26/20
I'm not [13]  6/1 31/17
35/18 37/18 39/21
47/22 50/16 64/18
80/14 91/19 94/3 102/6
103/12
I'm sorry [2]  3/13
78/13
I've [22]  3/24 5/6 5/9
6/4 6/10 37/4 38/11
64/22 65/21 69/12
69/22 69/24 75/20
78/15 78/24 85/20
92/10 94/12 95/20
101/14 101/18 109/7
I've only [1]  38/11
ID [2]  29/20 29/20
idea [7]  35/24 43/13
44/11 80/23 84/24
86/25 99/10
identifiers [2]  21/16
29/15
ideological [1]  105/21
idiotic [3]  39/25 91/8
91/16
ignore [1]  18/15
ignores [4]  18/7 18/10
18/11 40/19
illegal [1]  91/16
image [4]  43/4 43/14
76/10 76/15
imagine [1]  76/10
IMEI [2]  29/22 29/23
immediate [4]  52/5
60/22 97/1 110/5
immediately [11]  30/5
43/5 59/13 59/22 61/15
82/24 92/11 102/20
105/9 105/23 108/2
impact [2]  17/19 98/1
important [7]  20/4 34/3

103/13
importantly [3]  7/16
56/15 109/2
impose [2]  64/18 93/8
imposed [6]  93/15 96/2
104/10 108/22 108/25
110/3
imposition [1]  107/15
imprisonment [1]
107/23
impulsivity [1]  78/9
inadvertently [3]  105/6
105/7 105/21
incarceration [6]  91/23
92/1 92/10 92/12 94/3
94/6
include [3]  25/2 53/18
104/12
includes [12]  4/22 25/1
51/3 51/15 58/16 61/21
87/11 105/2 105/15
105/18 106/4 108/10
including [6]  18/25
46/11 48/10 67/3 81/16
101/22
increases [1]  96/13
increasing [1]  7/18
indicated [1]  69/25
indicates [1]  66/24
indication [1]  88/9
indictment [5]  64/17
81/4 92/4 92/4 94/9
indictments [1]  81/2
individual [11]  16/10
33/20 38/23 68/12 75/2
86/14 96/13 98/2
101/11 105/2 105/8
individually [1]  70/14
individuals [10]  10/17
13/15 21/10 22/17
35/22 69/16 77/5 81/17
96/15 105/20
infer [6]  33/7 33/9
45/10 54/25 63/8 89/20
inference [8]  9/21
10/12 33/11 42/24 46/6
53/17 63/22 99/6
inferences [4]  33/25
50/19 50/20 64/1
inferring [1]  89/13
influence [2]  69/9
87/23
information [6]  36/25
54/24 90/8 107/7 107/8
107/9
inherently [2]  27/1
63/6
initial [2]  42/16 105/25
injury [5]  13/12 17/15
65/4 65/5 70/24
injustice [1]  73/10
injustices [1]  73/11
Inn [3]  22/1 85/17
85/19
inside [29]  16/21 23/7
24/14 24/17 25/20 28/6
28/7 28/12 30/14 38/3

39/11 39/13 40/2
40/6 40/8 40/9 40/14
40/15 44/5 45/5 49/8
51/19 51/20 58/22
58/23 61/1 65/12 100/3
inside/outside [1]  28/7
insofar [2]  69/6 95/12
inspire [1]  97/17
install [1]  106/3
installation [3]  106/7
106/9 106/10
instance [1]  82/23
instant [2]  62/22 80/8
Instead [1]  81/22
institution [3]  109/20
109/22
instrument [1]  87/8
integrity [3]  14/23
52/20 77/6
intemperate [1]  49/9
intend [1]  79/11
intending [4]  19/6 60/5
62/11 89/25
intensity [1]  81/12
intent [17]  14/14 18/9
18/16 26/20 27/2 27/12
28/10 31/9 57/9 57/9
58/21 60/3 63/8 63/10
63/12 66/18 102/16
intention [1]  79/10
intentions [2]  71/15
80/3
interact [2]  104/25
105/7
interaction [1]  38/9
interconnectedness
[1]  7/23
interfere [1]  65/20
interference [3]  64/20
64/21 71/1
interject [1]  36/6
interrupt [2]  13/3 75/23
interview [1]  39/12
interviews [1]  37/23
intimidation [2]  31/10
69/10
introduced [1]  90/10
intrusive [1]  86/13
intuition [1]  78/11
intuitively [1]  83/15
invent [1]  40/17
invention [2]  45/6 46/9
investigation [15]  4/3
4/17 4/21 5/16 6/8
26/14 26/15 27/7 62/22
62/25 63/24 63/25
64/12 74/1 108/9
invitation [2]  41/12
60/19
involve [2]  70/19 94/9
involved [7]  9/19 45/24
46/4 70/17 95/2 96/16
105/3
involving [5]  5/4 85/24
ire [2]  14/21 16/15
irrational [5]  44/3 44/8
71/19 72/14 91/17
irrationality [1]  71/18

**I**

irritants [1]  78/11
is [346]
Is everybody [1]  3/17
Is that fair [1]  98/2
is there [3]  5/8 9/24
10/25
isn't [9]  18/4 24/22
36/20 60/19 60/19
98/19 102/15 103/15
103/15
issue [3]  50/24 93/22
103/14
issues [4]  5/20 5/23
6/16 83/11
it [192]
it happened [1]  81/14
it would be [4]  9/21
9/21 78/8 97/10
it's [83]  8/9 11/10
15/10 19/18 19/19 20/4
23/3 26/3 27/15 28/8
28/8 29/11 29/12 30/5
31/24 32/22 33/6 35/13
39/25 40/6 40/10 41/7
42/12 42/12 42/21
42/23 42/23 42/24
43/14 44/4 44/6 44/7
44/10 46/18 46/18 47/9
54/17 58/7 58/8 58/19
60/7 60/12 60/17 61/4
64/25 67/6 67/18 68/18
69/3 76/8 85/21 87/1
87/6 87/15 87/18 87/19
87/19 87/25 87/25
87/25 88/1 88/1 88/17
89/6 90/5 90/13 91/1
91/11 92/16 93/2 94/18
94/22 95/2 98/14 98/21
99/13 100/15 102/21
103/10 103/11 103/13
103/16 110/4
it's like [1]  89/6
its [10]  4/19 27/18 28/2
30/7 30/21 66/22 93/23
100/20 106/8 106/10
itself [4]  65/24 78/1
84/25 98/9

**J**

j20 [2]  15/15 55/9
j6 [2]  15/15 55/9
jacket [1]  57/3
Jackson [5]  17/16 39/6
39/15 39/17 81/22
James [71]  5/4 12/11
16/22 16/25 17/7 17/8
17/9 17/12 17/17 18/12
18/20 22/2 22/11 22/13
22/19 24/4 24/9 24/11
25/19 27/11 28/1 34/15
34/18 36/20 36/25
37/12 38/17 38/24 39/5
39/15 39/19 39/23 40/1
42/13 42/14 42/17
42/21 46/14 47/18 51/3
51/11 55/17 56/9 56/16
56/17 57/14 59/16

J6 [3]  59/22 60/8 60/15
60/7 60/14 60/21 62/16
63/17 63/18 63/19
63/23 65/1 65/14 68/18
68/25 79/21 80/6 80/12
85/1 85/14 85/16 85/20
97/19
James' [4]  22/15 47/21
60/13 61/21
James's [2]  51/19
68/23
Jan [1]  21/5
Jan. [4]  11/21 20/6
24/7 45/16
Jan. 5 2021 D.C. Op [1]
45/16
January [67]  6/18 7/25
8/23 11/18 11/23 12/1
12/7 12/15 12/23 12/24
14/14 15/12 15/19
15/21 19/15 19/21
20/20 21/8 21/24 22/4
24/6 25/12 25/18 26/6
26/6 26/8 27/5 27/15
27/17 28/25 30/6 31/3
31/4 31/11 31/19 34/8
35/21 36/13 48/21 55/4
55/16 55/18 55/24
56/11 62/6 62/17 66/25
66/25 68/15 68/17
71/23 72/2 73/5 73/25
74/2 74/9 74/16 76/22
77/23 77/25 80/24
82/14 91/9 98/8 98/10
98/13 99/5
January 20th [1]  66/25
January 5th [1]  68/15
January 6 [1]  21/8
January 6th [54]  7/25
8/23 11/18 11/23 12/7
12/15 12/23 12/24
14/14 15/12 15/19
15/21 19/15 19/21
20/20 21/24 22/4 24/6
25/12 25/18 26/6 27/5
27/17 28/25 31/3 31/4
31/11 31/19 34/8 35/21
36/13 48/21 55/4 55/16
55/18 56/11 62/6 66/25
68/17 73/5 73/25 74/2
74/9 74/16 76/22 77/23
77/25 80/24 82/14 91/9
98/8 98/10 98/13 99/5
January 7th [5]  12/1
26/6 26/8 27/15 62/17
Jeffrey [1]  1/14
jeffrey.nestler [1]  1/20
Jersey [2]  11/19 48/1
Jessica [1]  97/20
Jessica Watkins [1]
97/20
job [3]  35/20 35/20
88/4
John [1]  10/7
John Zimmerman [1]
10/7
Johnson [6]  37/3 38/3
38/20 39/2 74/7 79/16

**Johnson's [1]**
join [2]  16/9 54/7
joined [4]  7/15 16/12
33/22 33/23
joining [3]  66/18 97/7
100/21
joins [1]  14/3
jointly [6]  8/13 13/9
24/23 50/10 50/24
51/12
Jonathan [1]  23/12
Jonathan Walden [1]
23/12
Jones' [2]  22/7 67/25
Josh [12]  5/4 42/13
42/14 42/17 42/21
47/18 56/9 80/6 85/1
85/14 85/16 85/20
Josh James [12]  5/4
42/13 42/14 42/17
42/21 47/18 56/9 80/6
85/1 85/14 85/16 85/20
Joshua [1]  22/2
Joshua James [1]  22/2
journey [1]  82/3
Jr [2]  2/2 3/7
JUDGE [3]  1/10 21/12
75/20
Judge Cooper [1]
21/12
Judge Mehta [1]  75/20
judgment [5]  78/9
86/15 103/21 108/15
109/24
judicial [2]  82/3 96/2
jump [1]  33/14
June [2]  1/5 111/7
jurisdiction [2]  107/12
107/13
jury [6]  36/13 86/4
91/16 97/14 98/14
103/17
jury's [1]  44/21
just [103]  3/11 3/22 4/1
4/4 4/15 5/9 5/14 5/23
5/24 6/15 7/6 7/8 9/21
10/3 13/1 13/6 13/6
15/22 15/25 18/2 23/1
23/7 24/2 24/18 24/22
25/3 25/14 26/4 26/20
27/13 29/11 30/8 30/17
30/18 31/8 31/8 31/13
33/6 37/24 38/16 38/17
39/22 41/6 42/23 42/24
43/14 44/10 45/11 46/5
49/13 49/22 49/24 50/9
50/11 55/18 58/17
59/21 59/25 59/25
60/16 61/13 63/25 64/8
64/13 67/16 68/9 69/12
69/24 70/16 73/18
74/24 75/24 77/8 79/24
82/1 82/21 83/2 83/12
85/1 85/21 87/12 87/20
88/19 89/8 89/9 89/19
91/1 91/13 93/16 93/24
93/15 94/19 95/6 95/18
98/7 99/1 101/19 103/8

**J6 [1]**
109/7 109/21
justice [1]  23/24
26/23 63/3 63/8 63/9
64/17 64/19 64/22 65/6
65/21 70/25
justifiably [1]  39/18
justify [2]  52/16 79/2

**K**

Kailua [1]  2/4
Kathryn [2]  1/14 3/5
Kathryn Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/19
keep [9]  16/23 16/25
17/12 18/13 58/17
59/15 59/17 59/20
75/25
Keeper [8]  34/17 37/10
48/13 53/8 61/17 84/15
85/3 102/3
Keepers [64]  6/18 10/4
10/11 10/18 10/21
10/23 11/8 11/13 11/16
12/23 13/14 13/23 14/4
14/8 16/12 19/14 19/22
20/13 22/6 22/6 23/18
34/10 34/21 34/25 36/1
38/17 39/3 46/18 52/7
54/2 54/7 54/10 54/13
55/22 56/8 56/21 56/23
58/4 58/7 58/9 62/5
65/1 66/15 67/13 67/15
67/24 68/6 68/10 68/17
72/18 73/6 80/23 81/19
81/21 83/16 84/6 84/13
84/19 85/4 86/2 89/24
90/9 97/16 99/4
Keepers' [3]  10/6
10/13 15/9
keeping [1]  42/6
Kelly [1]  97/21
Kelly Meggs [1]  97/21
Kellye [1]  55/25
Kellye SoRelle [1]
55/25
key [1]  55/10
kick [1]  33/17
kids [1]  95/6
kind [9]  14/15 17/8
41/12 44/9 48/25 86/21
89/22 89/23 98/9
kinds [2]  73/20 93/20
knew [10]  16/4 16/4
16/5 16/6 17/8 30/22
33/21 45/12 80/22
82/21
know [102]  6/19 8/9
10/18 11/11 15/16
16/16 26/10 26/15
26/24 27/10 28/16
28/22 29/17 29/24
29/25 30/20 33/5 33/10
34/13 34/14 36/13 37/5
40/2 40/5 40/8 40/14
40/21 40/20 43/13

**Johnson's [1]**  59/8
109/7 109/21
justice [1]  23/24
26/23 63/3 63/8 63/9
64/17 64/19 64/22 65/6
65/21 70/25

**L**

label [1]  92/8
labeling [1]  72/25
lack [5]  14/15 31/6
42/13 74/22 81/25
laid [1]  90/2
landing [1]  61/16
language [15]  13/24
14/15 15/6 15/11 15/20
18/11 21/13 23/25
24/15 24/25 48/19 49/9
76/18 80/6 86/9
laptops [1]  106/4
large [2]  18/3 42/1
largely [2]  69/12 95/18
last [14]  14/12 23/5
31/11 32/24 34/4 47/6
50/16 54/19 61/17
61/17 87/23 90/21 92/3
103/9
Lastly [1]  77/13
late [4]  12/8 12/10
12/13 14/20
later [15]  13/22 15/13
21/4 30/1 31/19 38/8
33/24 44/1 44/12 53/25
55/20 58/24 71/25
84/17 89/7
law [13]  2/2 26/18
26/25 27/25 85/8 93/16
95/6 95/23 96/7 96/8
98/3 100/8 101/12
lawful [1]  54/14
laws [2]  36/11 66/22
lawyer [3]  99/24

122

**L**

lawyer... [2] 108/18 108/19
lawyers [1] 91/21
lay [1] 103/1
lead [6] 13/11 15/2 17/9 31/3 41/15 91/24
lead-up [2] 17/9 31/3
leader [11] 12/20 15/14 19/23 20/1 20/13 20/15 22/5 22/12 22/13 67/13 69/17
leadership [15] 6/20 7/4 19/25 20/8 20/9 20/11 21/6 21/23 22/3 23/5 27/7 27/8 45/17 47/17 81/23
leading [8] 19/14 22/21 22/25 34/8 47/18 68/9 80/24 98/9
leads [2] 17/15 22/17
leap [2] 42/23 42/24
least [15] 3/14 10/16 12/22 51/4 56/20 58/2 63/10 63/11 66/9 66/10 67/15 67/17 97/22 100/2 104/17
leave [10] 22/18 23/10 40/10 40/11 41/3 41/13 43/22 61/7 61/15 86/19
leaving [1] 82/11
led [11] 6/17 6/20 6/22 6/24 7/3 35/5 37/3 47/17 73/10 77/3 77/16
Lee [1] 2/2
left [10] 3/13 10/3 13/21 31/21 36/2 39/20 61/12 73/17 80/12 82/24
legal [3] 64/22 64/24 78/14
legitimacy [1] 77/23
lend [1] 60/20
length [1] 92/19
less [1] 96/5
lesser [1] 69/15
let [20] 3/22 4/15 5/23 5/24 6/15 7/11 8/11 21/2 28/25 36/6 37/13 39/24 41/8 50/9 50/11 60/18 71/12 80/2 93/22 95/16
let's [5] 19/8 42/11 57/17 57/24 85/24
letters [4] 4/22 5/1 5/3 10/15 10/22 76/10
level [10] 64/20 65/22 70/23 71/1 71/2 71/5 71/6 93/3 100/3 100/6
levels [2] 71/3 71/4
Libertarian's [1] 86/20
Libertarian: [1] 86/18
Libertarian: small [1] 86/18
liberties [1] 13/21
liberty [1] 55/5
lick [1] 101/6
lies [1] 87/10

**Lieutenant** [4] 38/20 39/2 74/7
**Lieutenant Johnson [1]** 39/2
**Lieutenant T.K. Johnson [1]** 74/7
life [3] 82/7 82/12 86/19
lift [1] 36/22
light [1] 110/2
lightbulb [1] 99/2
like [34] 4/9 4/13 11/3 11/10 13/2 14/13 19/16 25/24 31/6 31/8 36/20 36/21 49/6 49/22 54/17 62/21 65/1 68/13 75/16 76/20 78/18 78/21 81/6 84/23 87/1 89/6 90/13 91/1 99/14 101/20 105/17 106/4 107/3 109/11
likelihood [1] 96/14
likely [5] 62/24 68/24 95/13 96/22 99/8
likes [1] 81/21
limit [1] 24/1
limitations [1] 77/22
limited [4] 24/22 91/2 95/22 96/20
line [25] 6/24 17/25 22/25 31/11 40/15 41/6 43/14 46/11 49/12 51/17 55/21 58/3 59/3 59/23 60/23 61/25 65/15 65/17 67/17 77/23 79/6 86/12 91/12 101/2 103/2
**Line 1 [2]** 51/17 61/25
**Line 2 [1]** 67/17
link [1] 74/10
listed [1] 5/9
listening [1] 46/15
listens [1] 23/13
listserv [3] 11/4 11/5 11/11
literal [2] 53/21 72/1
literally [2] 35/6 97/7
literature [1] 105/19
little [8] 11/7 36/9 44/12 49/14 61/5 75/24 83/8 95/8
live [3] 40/20 45/21 83/4
lived [1] 73/6
lives [1] 86/14
livestreaming [3] 46/16 46/17 46/17
living [1] 88/3
local [1] 104/13
located [1] 105/4
location [1] 97/13
lockdown [1] 83/25
logical [1] 64/1
long [3] 75/20 79/6 103/2
longer [4] 38/20 56/6 92/15 92/15
look [13] 7/10 12/5

44/4 62/9 76/14 78/18 78/21 89/14 97/12
looked [4] 16/15 37/4 43/17 82/19
looking [5] 38/15 45/20 59/14 91/20 97/22
looks [1] 16/22
loose [1] 44/5
loosely [1] 19/19
Lords [2] 55/8 66/24
lordsofwar [1] 15/15
lose [1] 42/13
loses [1] 60/9
loss [1] 80/4
lost [4] 87/23 88/4 88/4 99/10
lot [4] 34/6 86/22 89/21 99/25
Louis [2] 1/16 3/6
Louis Manzo [1] 3/6
love [1] 83/4
loving [2] 82/8 99/21
low [1] 25/21
lower [3] 27/23 28/14 109/5
lump [1] 97/11
Lustig [2] 2/6 3/8

**M**

machine [1] 84/17
made [12] 16/14 29/6 34/4 37/20 38/3 49/10 50/15 64/23 95/21 99/18 107/17 107/18
MAGA [6] 38/4 38/5 38/8 38/21 79/15 85/5
magnitude [1] 74/21
mail [1] 77/8
mail-in [1] 77/8
maintain [1] 107/13
majority [1] 87/11
make [27] 4/9 4/10 7/6 21/1 27/1 40/16 43/25 43/25 44/12 50/18 50/21 52/1 52/4 53/9 63/9 64/2 73/2 76/14 83/21 84/20 87/12 93/24 94/18 99/25 102/6 104/19 109/22
makes [7] 22/19 23/11 38/9 65/24 96/18 96/22 99/22
making [3] 34/18 84/13 86/14
malignant [1] 75/9
man [1] 92/16
management [1] 21/17
manager [3] 19/25 21/13 69/17
managing [1] 21/14
mandatory [2] 104/7 104/12
manifested [1] 78/1
manner [1] 106/20
mantra [1] 86/21
many [5] 24/13 34/8

**Manzo [2]** 1/16 3/6
Maps [1] 46/15
March [2] 85/5 87/4
marching [1] 102/17
**Marriott [2]** 85/9 89/1
**Marriott Hotel [1]** 89/1
mask [3] 38/23 38/24 106/22
massive [1] 13/19 13/25 47/15 53/15
material [3] 9/7 42/17 105/22
materialize [1] 34/7
materializes [2] 7/24 45/5
materials [2] 12/3 105/18
matter [5] 17/11 36/19 64/24 95/16 111/4
matters [2] 30/14 69/3
Matthew [1] 94/5
may [16] 9/7 25/24 36/6 40/7 56/20 63/8 79/3 93/2 93/3 97/12 98/25 102/14 104/20 106/12 106/14 107/9
maybe [7] 10/2 19/6 37/14 63/18 63/19 64/11 94/4
**Mayflower [4]** 22/9 56/8 85/12 85/18
**Mayflower Hotel [2]** 22/9 56/8
me [52] 3/11 3/14 3/22 4/15 5/23 5/24 6/15 7/11 8/11 13/2 21/2 26/5 27/12 28/25 36/6 37/13 44/10 45/11 49/24 50/9 50/11 64/9 65/3 67/6 67/14 69/1 70/13 75/22 76/6 76/11 76/14 76/21 76/24 77/1 77/1 77/16 77/20 77/21 78/7 79/7 80/17 80/18 82/4 82/14 85/20 86/19 91/13 93/22 95/16 102/11 103/5 108/2
mean [17] 6/19 6/20 7/12 9/7 26/2 36/21 40/11 40/17 44/16 46/8 48/2 48/2 62/9 85/5 89/20 90/18 100/6
meaningful [2] 92/11 99/18
meaningfully [1] 44/24
meaningless [1] 44/10
means [4] 31/23 44/17 48/3 97/7
meant [1] 93/4
measures [1] 96/6
mechanical [2] 2/11 mechanically [1] 2/11
media [9] 15/15 52/6 105/11 105/12 105/13 105/15 105/15 105/18 105/19
medical [2] 83/18 93/19

23/16 23/17 25/22 25/22 28/15 96/4 108/25
meetings [1] 11/15
meets [2] 28/14 85/1
megaphone [1] 38/21
Meggs [6] 51/3 51/11 68/13 69/14 97/21 101/19
MEHTA [3] 1/9 50/6 75/20
melee [3] 16/9 16/13 39/19
member [5] 34/10 88/24 88/25 99/17 104/25
members [6] 11/10 51/7 53/8 54/10 84/21 99/14
meme [2] 55/9 66/23
memo [1] 94/15
memorandum [3] 4/19 4/21 5/19
memory [1] 26/7
men [2] 20/14 67/14
Mendoza [4] 17/17 39/6 39/16 39/18
mentions [1] 67/20
mercy [1] 83/2
mere [2] 9/22 18/11
merely [1] 54/23
Merit [1] 2/7
message [5] 27/9 66/13 89/11 90/3 90/5
messaged [1] 15/8
messages [5] 12/14 13/15 46/3 46/4 46/13
messaging [1] 26/11
met [2] 65/9 99/1
methods [1] 104/23
Michael [1] 35/15
Michael Greene [1] 35/15
microphone [2] 75/24 76/7
mid [6] 30/2 36/15 54/4 54/11 62/7 66/11
mid-December [4] 36/15 54/11 62/7 66/11
mid-February [1] 30/2
mid-November [1] 54/4
middle [1] 35/6
midnight [1] 31/13
might [4] 34/1 36/12 54/13 94/19
military [1] 83/17
militia [1] 72/1
milling [1] 41/25
Million [1] 85/5
Million MAGA March [1] 85/5
millions [3] 31/16 52/24 87/1
mind [9] 41/4 54/4 58/19 60/2 60/9 60/13 66/16 98/22 103/6
mindset [1] 41/15

**mine** [1] 44/2
**minimum** [4] 52/12
54/8 98/12 98/13
**MINUTA** [184]
**Minuta's** [31] 4/23 8/21
9/9 14/6 15/20 16/19
18/16 18/25 20/5 20/11
20/16 23/7 25/6 28/7
31/2 31/9 37/6 42/20
43/6 47/22 54/3 58/14
58/19 65/7 68/5 71/15
72/5 73/9 78/19 90/4
95/18
**minutes** [8] 41/2 49/22
49/24 56/18 59/21
61/16 68/2 92/22
**mirrored** [1] 15/7
**mirrors** [1] 13/24
**misdemeanor** [3] 33/3
33/5 33/9
**mishmash** [1] 90/14
**misled** [1] 81/20
**misplaced** [1] 78/3
**misspoke** [2] 20/21
93/3
**mistake** [2] 73/2 97/10
**mitigating** [1] 73/18
**mob** [1] 53/21
**mobile** [2] 106/4 107/4
**moment** [15] 3/11
16/11 19/17 26/16
42/18 44/5 44/8 45/5
50/23 51/21 60/22
82/21 85/24 88/19 89/6
**moment's** [1] 53/12
**momentarily** [1] 95/9
**moments** [2] 60/14
66/6
**money** [2] 84/13 84/20
**money-making** [1]
84/13
**monitoring** [5] 106/2
106/3 106/7 106/8
106/10
**montages** [1] 29/7
**month** [2] 15/13 21/4
**months** [10] 46/5 71/8
76/22 91/22 91/25 93/5
94/6 95/1 103/24 104/1
**more** [37] 9/24 10/8
26/14 27/17 34/11
40/11 44/12 44/17
44/19 44/20 44/25 47/8
50/22 69/20 69/21
69/24 70/18 70/19
76/25 83/8 84/22 85/21
91/3 94/20 95/3 95/8
96/18 96/22 97/5 97/14
97/14 97/25 99/22
100/25 102/24 103/1
103/3
**morning** [10] 3/2 3/16
3/23 11/22 12/14 21/24
26/6 26/8 55/23 89/18
**mortgage** [1] 88/7
**most** [4] 7/24 20/14
34/3 67/13

**motherly** [1] 85/8
**motion** [3] 50/15 90/20
90/20
**motivated** [1] 75/3
**mount** [1] 72/12
**move** [5] 19/3 23/24
30/10 71/12 75/24
**moved** [2] 47/24 82/11
**moving** [2] 21/19 75/11
**Mr** [2] 10/22 22/24
**Mr.** [351]
**Mr. Berry's** [1] 66/7
**Mr. Caldwell** [1] 33/2
**Mr. Douyon** [1] 109/23
**Mr. Edwards** [2] 45/7
75/14
**Mr. Fischer** [4] 32/25
33/4 33/8 33/9
**Mr. Fischer's** [1] 33/10
**Mr. Greene** [2] 22/2
35/14
**Mr. Harrelson** [4]
14/12 48/10 48/24
109/4
**Mr. Harrelson's** [1]
31/6
**Mr. Jackson** [1] 39/15
**Mr. James** [48] 12/11
16/22 16/25 17/7 17/8
17/9 17/12 18/20 22/11
22/13 24/4 24/11 25/19
34/15 34/18 36/20
36/25 37/12 38/17
38/24 39/5 39/15 39/19
39/23 46/14 51/3 55/17
56/16 56/17 57/14
59/16 59/17 59/19
59/22 60/3 60/7 60/14
60/21 62/16 63/17
63/18 63/19 63/23 65/1
65/14 68/18 68/25
97/19
**Mr. James'** [4] 22/15
47/21 60/13 61/21
**Mr. James's** [2] 51/19
68/23
**Mr. Meggs** [4] 51/3
51/11 68/13 101/19
**Mr. Minuta** [164]
**Mr. Minuta's** [28] 4/23
8/21 9/9 14/6 15/20
16/19 18/16 18/25 20/5
20/11 20/16 23/7 25/6
28/7 31/2 31/9 37/6
47/22 54/3 58/14 58/19
65/7 68/5 71/15 72/5
73/9 78/19 95/18
**Mr. Nestler** [1] 33/6
**Mr. Nichols** [1] 38/9
**Mr. Peed** [1] 94/23
**Mr. Rhodes** [33] 10/10
10/21 11/8 11/23 12/11
12/15 13/22 14/3 15/12
20/1 20/6 22/1 23/4
54/9 54/17 54/21 55/7
55/14 55/16 55/25
56/20 56/24 62/6 66/11
67/12 67/22 68/24

**motherly** [1] 85/8
**Mr. Rhodes'** [3] 14/1
15/7 81/25
**Mr. Roberto** [1] 49/6
**Mr. Shipley** [25] 3/19
4/1 5/2 5/14 6/2 8/10
19/13 22/10 25/15
32/17 36/7 49/21 58/14
59/2 68/7 71/17 75/15
83/7 92/20 94/1 94/4
98/19 100/23 101/24
109/11
**Mr. Shipley's** [1] 24/3
**Mr. Stone** [1] 56/6
**Mr. Ulrich** [9] 22/5
22/10 23/15 36/24
39/10 40/17 51/4 67/23
68/21
**Mr. Ulrich's** [1] 22/18
**Mr. Vallejo's** [1] 94/15
**Mr. Walden** [3] 23/15
23/21 38/18
**Mr. Wood** [2] 94/8
94/10
**Ms.** [7] 22/2 51/3 61/25
65/1 68/13 101/19
109/6
**Ms. SoRelle** [1] 22/2
**Ms. Watkins** [5] 51/3
65/1 68/13 101/19
109/6
**Ms. Watkins'** [1] 61/25
**much** [11] 5/21 30/10
64/8 76/14 77/4 80/9
83/5 90/24 91/3 94/13
110/14
**multi** [1] 91/17
**multi-year** [1] 91/17
**multiple** [3] 55/16
94/22 97/16
**must** [28] 13/18 21/19
27/21 53/14 55/4 71/17
90/6 93/7 93/12 104/14
104/15 104/16 104/18
104/19 104/21 104/22
104/24 105/9 105/10
105/12 105/13 105/17
105/22 105/25 106/2
106/11 106/21 107/6
**my** [81] 4/10 6/6 6/13
9/17 20/14 26/7 28/12
28/24 30/1 30/2 36/8
41/10 47/21 47/22
50/14 50/15 55/19 60/2
60/12 61/19 62/62 64/14
66/16 76/9 76/14 76/17
76/19 76/24 76/25 77/1
77/3 77/4 77/4 77/6
77/7 77/13 77/15 77/21
78/1 78/2 78/4 78/5
78/6 78/9 78/11 78/13
78/14 78/15 78/19
78/25 79/1 79/2 80/2
80/4 80/5 80/7 80/20
80/22 81/8 81/8 82/5
82/7 82/7 82/9 82/9
82/9 82/10 82/14 82/25

**M**
86/18 86/19 90/3 93/2
94/1 94/24 95/21 97/10
**myself** [5] 78/23 81/5
81/21 83/9 88/4

**N**
**naive** [1] 81/20
**name** [3] 29/9 34/10
37/10
**Nancy** [1] 97/23
**Nancy Pelosi** [1] 97/23
**narrative** [2] 73/10
73/16
**narrow** [1] 36/9
**national** [2] 88/25
95/22
**natural** [2] 40/11 73/10
**nature** [5] 10/22 48/7
69/7 93/12 95/17
**necessarily** [2] 41/11
41/15
**necessary** [7] 20/4
76/8 91/14 92/16 92/19
93/9 96/7
**need** [20] 7/21 10/16
12/20 13/4 26/25 30/10
31/2 52/10 54/13 54/21
63/9 66/12 73/16 79/12
90/17 93/14 93/20 95/4
95/5 95/25
**needed** [3] 56/6 75/1
93/18
**needs** [2] 30/7 51/22
**negated** [1] 61/10
**Nestler** [2] 1/14 33/6
**network** [1] 73/20
**never** [8] 13/20 53/21
76/8 77/9 79/15 79/17
81/5 90/5
**nevertheless** [3] 50/17
67/7 69/22
**new** [15] 11/19 20/13
29/14 29/17 34/12
45/20 47/25 48/1 67/13
68/6 72/8 89/3 89/4
89/10 92/8
**New Jersey** [2] 11/19
48/1
**New York** [8] 20/13
34/12 67/13 68/6 72/8
89/3 89/4 89/10
**Newsmax** [1] 74/1
**next** [2] 26/10 101/7
**nexus** [1] 27/22
**Nichols** [2] 38/9 81/22
**night** [4] 35/3 45/16
54/19 55/24
**nine** [2] 37/2 38/22
**no** [65] 1/4 5/11 5/12
7/9 9/18 13/3 20/21
22/10 27/6 28/22 32/12
32/15 33/10 33/23
34/12 35/20 35/20
38/13 40/16 40/19 41/9
41/9 41/20 43/9 44/6
44/18 45/12 46/5 46/24
47/2 47/8 47/17 48/16

**M**
59/7 61/5 61/6 63/10
63/11 66/16 66/18 68/19
68/20 68/21 71/4 72/11
73/2 74/5 74/23 76/5
78/20 78/20 80/23
81/13 83/16 84/23
85/21 88/9 88/15 90/15
92/13 96/7 98/3
**no-win** [2] 35/20 35/20
**nobody** [4] 76/6 88/23
88/25 100/2
**non** [2] 63/11 66/12
**non-obstructive** [1]
63/11
**non-violent** [1] 66/12
**none** [2] 74/3 88/5
**nonessential** [1] 88/9
**nonpartisan** [1] 88/12
**normal** [1] 49/13
**normally** [1] 96/17
**north** [1] 47/16
**not** [183]
**note** [9] 8/18 24/21
25/14 28/18 31/1 31/4
34/4 71/5 92/3
**Note 4** [2] 31/1 71/5
**noted** [2] 14/11 31/5
**notes** [1] 53/25
**nothing** [11] 35/17
44/17 48/21 49/6 58/1
58/23 62/10 84/18
91/24 103/1 103/4
**notice** [5] 13/17 16/3
53/10 53/12 108/14
**notify** [1] 108/6
**notion** [5] 17/6 37/17
61/9 72/14 72/20
**notwithstanding** [1]
98/19
**November** [26] 7/16
9/16 9/16 10/5 10/6
10/15 11/14 12/23 13/6
13/13 14/3 14/4 14/16
14/20 32/3 34/16 34/21
34/22 34/23 53/1 53/2
53/6 53/20 54/4 54/7
87/2
**November 13th** [1]
34/21
**November 13th/14th**
**[1]** 34/23
**November 14th** [1]
34/22
**November 16th** [1]
53/20
**November 8** [1] 53/6
**November 8th** [1]
13/13
**now** [21] 8/1 13/20
26/9 30/1 35/18 36/12
36/25 42/11 42/17
43/25 44/13 55/13
57/13 73/11 74/15
78/23 83/15 86/8 86/20
87/10 110/3
**number** [4] 3/3 32/8
67/3 94/16

**N**

numbers [4]  13/19 13/25 53/15 89/3
NW [2]  1/17 2/9

**O**

Oath [76]  6/18 10/4 10/6 10/11 10/13 10/18 10/21 10/23 11/8 11/13 11/16 12/23 13/14 13/23 14/4 14/8 15/9 16/12 19/14 19/22 20/13 22/6 22/6 23/18 34/10 34/17 34/21 34/25 36/1 37/10 38/17 39/3 46/18 48/13 52/7 53/8 54/2 54/7 54/10 54/13 55/22 56/8 56/21 56/23 58/4 58/7 58/9 61/17 62/5 65/1 66/13 66/15 67/13 67/15 67/24 68/6 68/10 68/17 72/18 73/6 80/23 81/19 81/21 83/16 84/6 84/13 84/15 84/19 85/3 85/4 86/2 89/24 90/9 97/16 99/4 102/3
Oath Keeper [8]  34/17 37/10 48/13 53/8 61/17 84/15 85/3 102/3
Oath Keepers [62]  6/18 10/4 10/11 10/18 10/21 10/23 11/8 11/13 11/16 12/23 13/14 13/23 14/4 14/8 16/12 19/14 19/22 20/13 22/6 22/6 23/18 34/10 34/21 34/25 36/1 38/17 39/3 46/18 54/2 54/7 54/10 54/13 55/22 56/8 56/21 56/23 58/4 58/7 58/9 62/5 65/1 66/15 67/13 67/15 67/24 68/6 68/10 68/17 72/18 73/6 80/23 81/19 81/21 83/16 84/6 84/19 85/4 89/24 90/9 97/16 99/4
Oath Keepers' [3]  10/6 10/13 15/9
object [2]  51/8 96/14
objected [1]  90/1
objection [3]  7/1 7/8 64/22
objections [1]  4/20
objective [2]  44/22 70/20
objectives [1]  9/10
objects [1]  6/17
obligation [2]  108/1 108/7
observation [1]  95/21
observations [1]  93/25
obstruct [9]  27/3 51/16 60/6 63/8 63/9 64/17 65/5 70/25 104/23
obstructing [2]  26/23 63/3
obstruction [11]  19/5

62/14 63/2 64/18 66/1 70/7 71/4
obstructive [6]  27/1 44/17 62/21 63/6 63/11 66/1
obvious [1]  5/21
obviously [4]  6/4 7/14 8/3 67/2
occasion [1]  76/25
occasions [1]  56/20
occurred [1]  29/24
occurs [3]  26/5 62/21 64/6
off [7]  10/3 34/19 80/11 80/17 90/11 90/11 99/3
offend [1]  95/13
offense [27]  4/7 6/12 8/25 15/24 18/23 19/3 25/4 62/22 62/25 67/9 67/11 69/2 70/23 71/2 71/4 71/6 91/25 93/3 93/13 93/15 93/17 95/5 95/17 96/1 97/1 101/17 109/6
offenses [1]  44/19
offensive [2]  49/9 49/16
offered [1]  63/17
office [16]  1/16 3/8 47/21 47/22 104/9 105/10 105/14 105/23 105/25 106/2 106/25 107/6 107/8 107/10 108/8 108/10
Office's [1]  4/18
officer [21]  2/6 17/16 17/17 37/9 37/11 39/6 39/6 39/16 39/17 39/18 41/18 42/22 49/3 59/11 65/17 79/6 79/8 103/7 105/6 105/9 106/14
Officer Carrion [1]  49/3
Officer Jackson [2]  39/6 39/17
Officer Mendoza [4]  17/17 39/6 39/16 39/18
officers [30]  15/21 16/15 17/5 18/12 24/10 37/2 37/7 37/25 38/22 39/25 40/15 41/17 42/1 42/4 47/6 49/8 49/12 58/15 59/4 59/6 60/4 60/10 60/23 65/15 65/17 74/16 74/19 79/10 79/12 102/19
OFFICES [1]  2/2
official [2]  2/8 27/22
officials [1]  81/16
offs [1]  90/14
often [1]  96/17
oh [4]  11/2 38/13 41/20 76/6
Ohio [1]  34/14
OK [1]  54/16
okay [20]  3/21 4/14 5/8 5/22 8/10 10/1 12/17

30/23 38/25 39/1 42/10 75/18 92/3 92/20 93/1 110/6 110/12
old [2]  27/8 94/10
Old Leadership [1]  27/8
once [9]  33/16 51/19 56/5 57/9 57/10 59/7 65/12 68/25 79/23
one [57]  7/14 7/18 8/10 9/15 9/16 9/17 20/14 21/20 22/5 22/14 26/4 26/7 31/8 34/7 34/11 34/12 36/8 36/16 36/18 37/23 38/3 43/20 44/16 46/3 46/13 49/12 51/12 54/25 57/2 57/20 59/3 62/15 63/25 67/13 68/5 68/8 69/12 76/25 84/14 86/24 87/20 90/11 90/11 90/14 91/4 94/4 94/5 94/8 95/21 96/19 97/5 99/6 101/2 103/14 104/16 108/17 109/5
one-off [2]  90/11 90/11
one-offs [1]  90/14
ongoing [1]  109/14
online [3]  105/11 106/22 106/23
only [21]  9/14 15/7 18/25 28/23 30/24 31/2 34/10 34/15 38/11 40/9 41/3 42/15 44/21 49/4 53/2 54/22 66/14 78/14 80/3 85/19 106/15
op [12]  11/21 12/7 12/12 20/6 20/7 20/9 21/5 21/8 24/7 24/12 45/16 56/11
op chat [2]  12/7 56/11
open [2]  23/20 84/22
open-source [1]  23/20
opened [2]  83/25 88/10
opening [3]  76/24 100/6 100/8
operate [1]  11/16
operated [4]  11/25 15/12 73/15 84/12
operating [9]  10/12 10/19 11/10 11/12 12/22 14/5 14/8 22/17 97/24
operation [1]  85/3
operative [1]  39/22
opinion [1]  77/9
opinions [1]  96/2
opportunity [4]  53/13 75/21 78/16 83/13
oppose [1]  72/12
opposed [1]  8/16
option [1]  85/19
order [10]  5/5 11/24 12/25 65/5 70/25 77/14 81/17 83/25 108/11 109/24
ordered [3]  104/4 104/19 104/20

orders [1]  82/5
organization [8]  19/23 20/2 20/15 81/19 81/23 84/25 88/25 105/1
organizational [1]  69/4
organizationally [1]  68/10
organizations [1]  72/19
organize [2]  13/17 53/11
organizer [2]  20/1 69/17
organizing [1]  21/14
original [1]  96/23
other [56]  5/9 5/21 8/19 10/7 10/11 11/3 13/2 13/7 13/15 22/8 25/7 26/24 28/12 28/16 29/5 30/24 30/25 31/5 34/5 35/25 36/1 41/1 44/18 48/6 49/7 53/7 54/10 54/13 55/19 56/23 56/24 58/25 60/3 62/5 64/11 66/12 66/15 68/16 68/17 80/23 83/21 85/22 86/2 87/5 89/1 90/25 91/21 91/18 99/6 99/9 100/9 104/13 105/1 105/14 106/11 109/7
other Oath Keepers [1]  86/2
others [34]  9/13 15/16 22/11 23/8 24/16 28/1 31/18 36/20 52/16 55/9 55/25 60/21 67/14 67/16 68/13 69/21 73/19 74/23 75/2 75/11 78/15 82/15 84/11 84/23 97/8 97/14 97/21 97/24 100/16 100/21 101/1 101/20 101/25 102/2
otherwise [3]  68/21 104/24 105/7
our [19]  13/19 13/21 14/23 20/13 31/24 41/7 55/5 55/5 56/4 60/17 72/12 75/7 77/11 79/25 81/15 81/15 86/13 87/17 100/15
ourselves [1]  86/12
out [70]  10/15 10/22 22/7 23/5 23/9 23/12 23/13 23/22 24/4 24/11 25/16 26/16 28/2 31/19 32/7 33/4 35/3 37/18 39/7 39/9 39/23 39/24 40/5 40/8 40/9 41/6 41/7 41/7 41/8 41/8 41/8 42/6 42/8 42/9 43/11 44/9 59/2 59/15 60/1 60/16 60/17 60/17 60/18 60/18 61/7 61/11 68/1 79/7 79/12 79/17 79/21 79/24 79/24 80/2 80/4 80/7

orders [1]  81/1 80/22 84/15 86/18 87/10 88/21 89/8 93/23 94/23 102/22 102/22 102/23 102/25 outbursts [1]  78/6
outcome [5]  86/3 87/3 88/16 101/6 101/7
outlashes [1]  78/4
outlier [1]  94/13
outset [3]  5/24 8/18 50/11
outside [12]  16/19 28/7 35/2 36/4 40/1 40/4 40/5 59/22 61/16 65/11 102/20 105/4
over [20]  6/1 15/11 16/18 23/8 33/14 34/8 40/7 46/5 47/10 50/16 54/18 54/21 55/15 58/16 76/16 76/16 87/25 99/2 103/9 107/13
overall [1]  20/9
overreach [1]  101/1
overtake [2]  13/18 53/14
overtaking [1]  13/25
overwhelmed [1]  82/13
own [20]  14/7 21/15 21/16 28/5 35/13 36/19 48/20 54/6 65/7 65/7 74/24 76/14 78/19 83/24 85/25 85/25 86/1 98/2 100/1 103/1
ownership [1]  72/4

**P**

P. [1]  50/6
p.m [8]  23/10 27/15 58/14 59/1 59/9 61/18 92/25 110/17
page [1]  91/5
pages [1]  5/19
paid [2]  88/6 108/7
pain [1]  82/20
painted [1]  76/10
pants [1]  57/3
paragraph [3]  6/1 6/1 6/16
paragraphs [1]  91/4
parameter [1]  27/23
parameters [1]  25/23
parasite [1]  84/11
park [1]  57/15
Parler [1]  55/9
part [20]  10/17 10/21 10/23 18/3 37/12 37/15 51/5 59/14 61/2 64/14 65/16 66/17 66/18 70/20 76/4 85/3 96/4 98/18 101/2 104/9
Part D [1]  104/9
participant [1]  45/13
participate [4]  8/3 36/2 45/19 56/4
participates [2]  17/2 17/22

**P**

**participating [1]** 33/24
**participation [3]** 34/2 34/5 48/10
**particular [9]** 6/7 29/8 31/9 44/22 51/11 51/20 52/15 94/14 96/20
**particularly [3]** 7/20 27/18 99/13
**parties [3]** 4/16 8/12 88/15
**partnership [1]** 96/11
**passes [1]** 64/6
**passing [4]** 54/23 66/12 89/13 89/19
**past [8]** 30/10 31/12 43/13 43/14 59/9 60/3 83/18 94/12
**path [6]** 46/22 46/23 47/1 87/16 88/11 96/16
**paths [1]** 34/15
**patriotism [1]** 75/4
**patriots [11]** 13/16 16/4 16/6 18/10 40/21 40/22 57/10 57/11 57/12 87/11 102/17
**pay [3]** 104/4 107/15 107/25
**payable [1]** 108/2
**paycheck [1]** 58/17
**paying [1]** 45/24
**payment [1]** 107/24
**payments [3]** 88/8 107/17 107/21
**peace [2]** 72/10 72/11
**peaceful [8]** 15/10 54/18 54/21 55/15 74/9 77/24 99/2 99/9
**peacefully [1]** 62/12
**Peed [1]** 94/23
**Pelosi [1]** 97/23
**penalty [1]** 95/25
**people [31]** 6/21 18/4 20/10 21/14 21/17 22/8 26/16 39/24 42/6 42/9 43/2 48/14 52/21 57/19 57/21 59/3 59/15 65/16 67/3 68/9 77/8 84/8 87/5 97/14 97/18 97/24 99/19 100/13 100/25 101/20 103/12
**people's [1]** 100/17
**pepper [1]** 28/2
**perceive [1]** 78/23
**perceives [1]** 40/20
**Percenter [2]** 72/23 72/24
**Percenters [1]** 72/19
**perfect [2]** 53/13 78/8
**perfectly [1]** 110/11
**perhaps [1]** 69/21
**period [4]** 26/10 53/8 64/9 110/12
**periodic [2]** 104/17 106/1
**permission [1]** 106/24
**permit [1]** 101/12
**permitted [1]** 59/12

**person [16]** 3/9 11/23
21/20 22/24 25/10
26/19 26/20 43/4 43/20
61/17 63/7 65/5 70/24
76/12 76/23 106/11
**personal [4]** 13/12
35/25 36/2 77/20
**personally [1]** 103/11
**persons [2]** 105/2
105/4
**Pezzoa [9]** 47/11
54/16 54/23 88/22
88/23 89/7 89/9 89/25
98/25
**Pezzola's [1]** 90/6
**phone [34]** 8/7 17/14
24/8 25/16 28/19 28/24
28/24 28/25 29/2 29/5
29/7 29/8 29/10 29/11
29/12 29/13 29/13
42/21 42/23 46/2 47/21
47/22 47/25 48/2 48/3
64/3 64/4 64/4 64/10
64/15 89/3 90/4 90/6
105/13
**photos [1]** 105/19
**physical [7]** 49/10
51/16 60/24 65/4 65/5
70/24 77/3
**physically [1]** 17/23
64/10 67/17 82/20
**picture [1]** 15/15
**piece [2]** 23/6 30/8
**place [5]** 21/21 45/20
75/9 81/18 85/16
**placed [1]** 78/15
**placement [2]** 80/16
104/17
**Plaintiff [1]** 1/4
**plan [4]** 13/23 14/1
70/21 107/24
**planning [5]** 66/3 67/2
67/8 71/3 81/1
**plans [2]** 45/3 90/8
**platform [1]** 84/20
**plausible [1]** 40/6
**played [4]** 38/13 38/13
38/19 76/16
**Plaza [3]** 34/16 34/19
35/2
**plea [4]** 22/15 94/19
94/20 94/25
**plead [1]** 83/2
**please [3]** 5/14 50/7
55/5
**pled [3]** 51/4 94/8
101/22
**plus [6]** 9/2 9/2 9/3
22/14 22/16 46/3
**plus-3 [1]** 22/14
**PO [1]** 2/3
**podcast [1]** 72/23
**point [27]** 23/5 25/16
27/17 28/23 33/10
39/14 41/10 42/8 43/24
44/7 44/12 46/11 56/9
56/12 58/11 58/20
66/17 73/11 76/21

**pain [?]** [column cut]
92/14 99/3 109/12
110/8
**pointed [2]** 33/4 93/23
**pointing [1]** 61/12
**points [5]** 7/15 15/22
59/2 69/11 94/23
**police [74]** 16/6 17/23
18/9 35/5 35/10 35/13
35/17 35/18 37/2 37/7
37/9 37/16 37/18 37/25
39/24 40/4 40/7 40/10
40/11 40/15 40/21
40/22 41/13 41/17
42/15 42/18 42/22
43/13 47/9 49/8 53/22
57/5 57/12 57/14 57/25
58/1 58/15 58/21 59/6
59/9 59/10 59/15 59/23
60/4 60/10 60/21 60/23
60/23 61/3 61/10 65/11
65/15 65/17 65/17 74/6
78/5 78/17 78/19 78/21
78/22 79/6 79/7 79/9
79/17 79/21 80/4 80/7
81/15 82/17 89/7
102/12 102/17 102/19
103/7
**political [5]** 73/25 74/1
74/12 81/23 86/21
**politically [1]** 48/20
**politics [4]** 52/14 86/6
86/17 103/15
**poor [1]** 78/9
**portion [2]** 19/13 58/2
**posed [1]** 96/5
**poses [1]** 110/11
**posited [1]** 71/17
**position [6]** 18/18
18/19 19/18 21/7 21/8
110/4
**possess [3]** 104/14
105/18 105/22
**possible [3]** 96/18
98/13 99/8
**post [5]** 15/4 55/8
83/24
**posted [4]** 15/14 24/6
45/9 55/8
**posting [4]** 12/2 12/15
53/20 66/23
**postings [2]** 67/17
**posts [4]** 11/4 11/8
24/12 55/2
**potential [6]** 27/7 52/9
52/10 63/24 72/4 96/12
**potentially [2]** 13/11
30/19
**poured [1]** 80/22
**power [6]** 7/22 54/14
55/11 66/21 66/25
88/17
**precedent [3]** 19/20
20/3 21/19
**preclude [1]** 24/1
24/19
**prep [1]** 71/3
**preparation [3]** 66/4

**preparations [1]** 87/12
**prepared [8]** 8/10
53/17 62/8 67/5 87/13
98/15 99/6 102/6
**preparedness [2]**
53/14 53/18
**preparing [1]** 87/1
**preponderance [4]**
46/7 50/21 51/6 63/14
**prepper [1]** 86/22
**presence [4]** 9/22 10/6
51/24 80/5
**present [6]** 10/4 30/17
30/19 55/4 62/5 79/3
**presented [3]** 76/12
76/18 78/16
**presentence [7]** 4/2
4/17 4/20 5/16 6/8
104/9 108/8
**presents [1]** 96/12
**preserve [1]** 13/20
**president [4]** 15/9
54/16 55/5 81/6
**presiding [1]** 50/6
**pressure [2]** 80/9
80/11
**presumption [1]** 110/3
**pretrial [2]** 73/24
110/10
**pretty [5]** 26/19 54/17
90/24
**Prettyman [1]** 2/9
**prevent [3]** 54/14
66/21 74/23
**preview [1]** 3/22
**previously [1]** 95/14
**primarily [3]** 62/15
67/11 84/13
**primary [2]** 6/13 95/25
**Prince [1]** 72/10
**prior [4]** 23/1 62/21
94/1 106/6
**prison [1]** 91/17
**prisoners [1]** 73/25
**Prisons [1]** 103/24
**probability [1]** 96/15
**probably [2]** 49/24
61/5
**probation [18]** 2/6 3/8
4/16 4/18 104/9 105/5
105/9 105/10 105/14
105/23 105/25 106/2
106/14 106/24 107/6
107/8 108/8 108/10
**Probation's [1]** 6/10
**problem [1]** 74/19
**problems [1]** 83/23
**proceed [2]** 3/17 3/22
**proceeding [3]** 27/22
64/24 65/23
**proceedings [9]** 1/9
2/11 3/10 58/22 60/6
66/2 110/10 110/17
111/4
**proceeds [1]** 28/18
**process [6]** 44/10
87/21 101/5 103/9

**produce [1]** 87/16
**produced [1]** 2/12
**product [1]** 87/2
**products [1]** 107/2
**profanity [1]** 76/15
**proffered [1]** 63/11
**program [1]** 109/16
**prohibited [2]** 104/22
106/6
**promote [3]** 93/16 95/5
105/20
**prompted [1]** 27/11
**pronouncement [1]**
102/6
**pronouncements [1]**
85/25
**proof [2]** 55/10 96/3
**properly [2]** 53/10
54/25
**property [3]** 13/12
70/24 100/17
**proportionality [1]**
101/16
**prosecuted [1]** 100/18
**prosecution [4]** 25/2
62/25 74/11 76/13
**prosecutors [1]** 78/18
**prospective [1]** 38/15
**protect [4]** 77/16 84/1
84/6 93/17
**protected [2]** 53/22
86/11
**protecting [2]** 55/23
67/24
**protective [3]** 5/5
49/12 89/5
**protector [1]** 77/17
**protest [8]** 15/10 54/18
54/21 55/15 66/12
77/24 99/2 99/9
**protesters [2]** 35/6
35/16
**protests [1]** 77/16
**Proud [10]** 14/9 15/8
15/14 54/2 66/13 72/19
88/24 88/25 89/24 90/9
**Proud Boys [5]** 15/14
72/19 88/24 88/25
89/24
**provide [6]** 51/20
62/20 93/16 93/18 95/6
107/6
**providing [1]** 107/3
**provisions [1]** 53/9
**proximity [1]** 19/22
**PSR [3]** 5/17 19/13
109/13
**public [6]** 93/18 96/12
98/11
**pulls [1]** 42/16
**punish [1]** 95/23
**punishment [2]** 93/16
95/6
**purchases [1]** 11/17
**purpose [9]** 26/23
51/25 58/25 63/3 66/19
82/7 96/23 100/9
100/22

**P**

**purposeful** [1] 69/21
**purposely** [1] 62/24
**purposes** [6] 59/18
57/1 84/12 91/7 96/17
108/18
**pursuant** [2] 106/13
106/15
**pursue** [1] 86/19
**push** [3] 17/14 18/19
43/14
**pushed** [5] 18/3 43/13
60/8 60/9 61/4
**pushes** [3] 17/12 17/13
23/10
**pushing** [9] 16/23
18/13 27/25 43/2 43/6
59/17 61/3 61/4 65/16
**put** [10] 7/6 7/7 10/15
18/18 29/1 74/15 80/10
81/5 89/25 92/11
**puts** [2] 10/22 38/8

**Q**

**QRF** [19] 9/16 9/20
9/23 10/7 10/8 10/16
12/16 12/20 12/22
12/25 45/6 45/13 45/14
46/6 51/24 51/25 69/20
81/4 102/5
**QRFs** [1] 11/24
**Query** [1] 57/4
**question** [13] 8/6 9/6
13/1 26/2 26/18 29/4
36/17 41/9 41/9 48/17
49/4 51/23 95/7
**questioned** [1] 80/19
**questions** [6] 19/2
23/23 25/24 30/25
32/12 49/20
**quick** [1] 86/25
**quickly** [3] 4/4 43/11
76/20
**quite** [4] 57/7 87/9 97/7
97/12
**quoted** [1] 16/16
**quoting** [1] 26/20

**R**

**rah** [2] 81/24 81/24
**rah-rah Trump** [1]
81/24
**railing** [1] 86/2
**raised** [4] 4/5 6/2 85/8
103/14
**Rakoczy** [2] 1/14 3/5
**rallies** [4] 8/3 9/15 54/8
77/16
**rally** [2] 71/24 83/20
**ramifications** [1] 78/14
**ran** [2] 35/7 73/14
**range** [3] 71/8 93/6
95/1
**rank** [1] 32/19
**ranking** [1] 7/4
**rantings** [1] 91/8
**rants** [1] 78/1
**rather** [1] 79/3

63/7
**rationality** [1] 44/3
**rationalize** [1] 71/17
**RDAP** [1] 109/16
**RDAP program** [1]
109/16
**re** [5] 83/25 88/10
95/13 100/6 100/8
**re-offend** [1] 95/13
**re-opened** [2] 83/25
88/10
**re-opening** [2] 100/6
100/8
**reach** [1] 51/22
**reached** [1] 24/4
**reaches** [1] 24/11
**react** [1] 27/25
**reaction** [2] 43/7 44/8
**reactions** [1] 17/17
**read** [9] 4/2 5/15 7/2
31/8 81/4 86/22 86/24
88/13 90/25
**reading** [1] 12/3
**ready** [6] 3/17 13/18
31/17 52/25 53/12
72/25
**ready.** [1] 31/17
**ready. Get** [1] 31/17
**real** [4] 46/10 78/1
86/24 90/15
**reality** [4] 35/21 43/16
88/1 97/12
**realized** [1] 34/20
**really** [13] 30/10 53/23
68/15 68/18 68/21 69/3
82/22 83/12 90/12 94/9
100/12 102/10 102/10
**Realtime** [1] 3/2
**reason** [6] 30/11 59/5
63/17 64/12 64/15
74/20
**reasonable** [9] 13/10
32/18 33/7 33/17 36/18
53/17 106/15 106/19
106/20
**reasonably** [18] 9/11
13/8 17/7 32/22 33/14
33/15 34/1 36/14 36/21
51/14 51/23 51/25
61/22 62/3 64/25 65/2
65/9 98/5
**reasons** [11] 5/21 9/1
9/1 18/22 28/13 65/18
65/21 69/4 69/12 69/22
109/7
**rebellion** [1] 95/24
**rebuttal** [1] 86/6
**recall** [1] 12/6
**receive** [1] 11/6 94/6
**received** [8] 3/24 4/2
4/15 5/9 11/1 28/5
73/15 94/2
**receives** [2] 10/22
10/24
**receiving** [1] 76/22
**recently** [1] 91/24
**recess** [5] 50/3 50/4

**recipients** [3] 77/7
78/2 78/4
**recognized** [1] 55/14
**recognizes** [1] 55/10
**recollection** [3] 9/18
28/24 30/1
**recommend** [2] 109/15
109/20
**recommendation** [1]
4/18
**recommendations** [1]
6/10
**recommended** [1]
104/8
**record** [4] 6/5 108/23
109/12 111/3
**recorded** [2] 2/11 86/1
**recording** [2] 17/14
82/18
**records** [5] 29/5 29/6
29/7 29/12 29/13
**recruit** [1] 13/15
**Reeves** [1] 63/4
**refer** [1] 94/16
**reference** [2] 54/20
109/13
**references** [1] 25/5
**referencing** [1] 52/21
**referred** [5] 52/9 67/12
86/9 88/20 94/1
**referring** [3] 53/16
54/16 102/24
**Refers** [1] 57/10
**reflect** [8] 29/12 78/24
93/15 95/4 95/7 95/10
101/17 101/17
**reflected** [4] 95/14
98/22 102/11 109/23
**reflection** [2] 82/4 88/1
**reflects** [4] 18/16 28/7
74/21 94/20
**refrain** [1] 104/15
**regard** [3] 34/5 45/4
91/15
**regards** [2] 14/11 77/6
**Regis** [3] 35/1 85/6
85/7
**Registered** [1] 2/7
**regret** [1] 80/2
**regrettable** [1] 91/16
**regular** [1] 57/3
**regularly** [2] 77/2 84/2
**rehash** [1] 83/10
**reinvigorates** [1] 84/4
**reiterate** [1] 76/4
**reiterates** [1] 11/23
**relate** [1] 6/7
**related** [2] 4/7 51/1
**relating** [1] 28/23
**relationship** [1] 84/7
**relative** [1] 109/4
**relatively** [2] 28/14
69/1
**relaying** [1] 90/8
**release** [8] 73/24 92/14
104/2 107/8 107/21

**relevant** [17] 6/3 8/20
15/22 15/23 19/1 19/24
20/11 21/22 24/22 25/3
25/6 25/15 27/16 28/8
28/8 30/8 74/20
**relied** [1] 67/11
**religious** [1] 105/21
**relive** [1] 78/25
**relying** [2] 62/15 66/7
**remain** [1] 110/9
**remains** [1] 108/5
**remand** [1] 110/5
**remember** [4] 29/10
37/9 38/14 56/18
**remind** [1] 26/5
**remorse** [4] 73/23
74/22 78/13 81/25
**remorseful** [2] 81/8
83/1
**remove** [3] 60/24 60/24
72/13
**removed** [1] 59/3
**repeat** [1] 7/13
**repeated** [1] 90/22
**repeatedly** [2] 33/12
65/10
**replace** [1] 28/18
**replaced** [2] 25/16 29/9
**replacement** [1] 64/3
**replies** [1] 55/7
**reply** [3] 4/20 4/24 17/3
**report** [10] 4/3 4/17
4/21 5/16 6/9 104/9
105/9 105/23 108/9
110/8
**Reporter** [4] 2/7 2/7
2/8 2/8
**represented** [2] 22/6
97/9
**Republic** [2] 13/20
75/3
**repulsed** [1] 81/25
**request** [1] 9/13
**requested** [1] 107/7
**require** [1] 64/13
**requirement** [1] 65/9
**requires** [3] 26/22 63/2
63/21
**reserved** [1] 67/20
**reserving** [2] 21/9
21/15
**residence** [2] 107/12
108/11
**resist** [6] 7/21 36/10
51/7 66/20 72/13 97/8
**resistence** [1] 53/5
**resort** [3] 54/13 87/23
87/24
**resorting** [2] 100/20
100/21
**respect** [14] 36/17
50/19 50/24 52/14 54/5
62/13 63/15 64/20 66/9
67/10 67/15 77/21
93/16 95/5
**responder** [1] 83/18
**responding** [1] 38/1

**response** [1] 66/23
**responsibility** [1]
71/20
**responsible** [4] 8/14
50/25 61/21 98/4
**rest** [2] 23/17 32/13
74/15
**restitution** [2] 104/19
107/17
**restore** [1] 31/13
**restored** [1] 81/17
**restrictions** [1] 72/8
**result** [1] 87/19
**resulted** [2] 66/2 82/4
**results** [2] 15/2 52/8
**retaliate** [1] 18/9
**retrospect** [1] 40/3
**returned** [1] 56/8
103/17
**revealing** [1] 57/8
**review** [2] 49/23 76/9
**reviewed** [6] 3/25 4/2
4/16 5/6 5/15 81/11
**revolt** [1] 32/1
**revolution** [5] 14/9
14/16 54/1 72/2 86/25
**rhetoric** [2] 14/13
48/12
**rhetorical** [2] 48/25
87/25
**Rhodes** [43] 9/13
10/10 10/15 10/21 11/8
11/23 12/11 12/15
13/22 14/3 15/12 19/22
20/1 20/6 22/1 23/4
27/8 54/9 54/17 54/21
55/7 55/14 55/16 55/25
56/20 56/24 62/6 66/11
67/12 67/22 68/24
72/23 83/19 84/1 84/4
84/10 84/20 89/19 92/4
99/1 99/4 99/7 101/19
**Rhodes'** [4] 14/1 15/7
46/2 81/25
**Richmond** [1] 71/24
**Rick** [1] 81/22
**Rick Jackson** [1]
81/22
**rid** [6] 25/16 25/17
25/17 28/19 28/19
64/10
**ride** [1] 57/7
**ridiculous** [3] 48/19
88/1 92/17
**ridiculousness** [1]
49/1
**right** [42] 3/22 5/1 5/13
10/9 11/2 20/23 26/9
26/12 27/14 28/21
29/23 30/1 31/17 31/25
32/17 35/2 35/6 38/24
39/21 40/24 40/25 42/4
42/6 49/11 49/22 49/24
57/13 60/8 60/9 71/10
73/11 74/15 75/14
77/11 77/18 80/20
101/24 108/12 108/20
109/9 109/25 110/14

Case 1:22-cr-00673-LAK Document 321 Filed 02/27/24 Page 127 of 131

**R**

Rights [1] 86/11
rigorous [1] 96/2
riot [1] 17/13
rioters [3] 40/6 40/10
47/9
rise [3] 50/2 92/23
110/15
risk [1] 110/11
river [1] 9/12
RMR [2] 111/2 111/8
ROBERTO [16] 1/6 3/4
42/12 42/20 42/25 43/6
43/19 45/4 48/18 49/6
86/21 88/7 90/4 90/17
90/19 92/7
Roberto A. Minuta [1]
3/4
Roberto Minuta [6]
42/12 45/4 88/7 90/17
90/19 92/7
Roberto Minuta's [3]
42/20 43/6 90/4
Roberto's [1] 86/17
Robertson [1] 21/12
Rocket.Chat [8] 10/20
11/12 13/14 53/6 53/7
55/3 66/15 67/15
Roger [4] 36/4 55/23
56/5 67/24
Roger Stone [4] 36/4
55/23 56/5 67/24
role [15] 6/20 7/4 19/4
19/8 19/11 19/25 20/12
20/16 20/17 21/23 46/8
67/10 71/4 101/17
109/6
rooftops [1] 87/9
room [2] 41/2 85/21
rooms [2] 21/9 21/15
21/15 67/21 85/9 85/11
85/12 85/15
Rotunda [13] 17/18
17/25 23/11 24/9 24/10
38/15 42/3 44/5 51/20
59/21 61/1 79/20 79/23
rounds [1] 11/17
roving [1] 10/8
rude [1] 49/9
Rule [3] 7/12 50/15
90/20
Rule 29 [2] 7/12 50/15
rulings [1] 50/15
run [1] 104/3
rushing [1] 102/16
Ryan [1] 81/22
Ryan Nichols [1] 81/22

**S**

sacred [1] 77/11
sacrificing [2] 73/3
73/4
safety [1] 35/7
said [50] 5/25 7/12
14/8 14/23 15/1 18/8
23/1 24/4 27/11 31/15
32/3 32/6 33/6 33/18
35/15 36/25 37/22

sake [2] 83/3 83/3
Salke [1] 4/11
same [14] 15/1 15/4
15/13 17/10 21/4 51/2
70/10 70/16 70/17 92/9
94/24 97/12 102/2
110/9
sampling [1] 91/2
sand [1] 31/12
sat [1] 6/4
save [2] 8/8 13/20
saw [9] 15/16 37/1
46/3 82/4 82/19 84/14
85/23 86/5 97/15
say [22] 5/24 10/24
32/4 32/11 33/8 36/12
40/3 42/21 57/19 59/16
78/18 78/20 89/14 93/4
94/22 97/3 98/3 98/12
98/15 99/12 100/11
103/13
saying [15] 15/9 15/17
16/16 17/10 27/20
28/14 33/14 39/21
47/22 59/17 61/12
78/12 80/24 102/16
103/13
says [45] 16/23 16/24
16/25 17/12 18/12
18/13 20/7 20/13 24/13
24/25 26/25 28/11
31/20 31/23 32/10
32/22 39/5 39/8 39/12
39/23 40/19 40/24 41/5
42/17 43/21 44/21
44/25 45/7 52/19 52/23
52/24 57/2 57/7 57/16
57/17 57/20 57/21
59/19 60/1 60/11 60/14
61/11 62/18 87/6 98/3
scenario [1] 43/1
scheme [1] 70/20
scope [12] 4/6 8/13
8/18 9/9 13/9 33/19
35/23 51/12 52/2 61/20
66/3 71/2
scrambling [3] 13/17
53/11 86/5
screaming [2] 60/11
87/8
scrum [1] 18/3
Seagoville [1] 109/19
seal [2] 5/1 5/5
search [2] 106/14
106/19
searched [1] 47/23
searches [3] 106/1
106/5 106/12
seat [1] 14/2

seated [1] 50/7
second [22] 26/7 28/23
31/12 31/21 38/14 38/6
38/9 38/11 39/3 43/19
43/21 43/23 47/18 51/8
52/15 52/16 52/23
61/13 66/7 83/20
101/10 102/24
Second Amendment
[6] 31/12 43/19 43/23
52/15 52/23 61/13
seconds [2] 18/11
38/19
section [1] 70/5
secure [1] 11/12
security [7] 8/4 14/5
22/7 35/25 36/2 56/5
67/25
sedition [3] 36/10
95/20 97/4
seditious [9] 50/12
51/4 51/5 51/8 66/10
70/4 92/2 92/5 95/20
see [15] 16/11 32/3
32/5 32/10 35/12 37/5
37/9 42/1 42/4 42/12
43/4 43/20 59/10 78/7
79/19
seeing [3] 27/25 59/15
87/20
seek [1] 105/10
seeking [1] 36/10
seems [6] 36/21 40/3
59/5 68/22 69/1 102/10
seen [8] 38/11 41/1
41/3 46/23 46/25 88/13
90/9 90/10
sees [5] 17/7 53/3
87/22 87/22 88/15
self [2] 86/1 110/8
self-recorded [1] 86/1
self-report [1] 110/8
Senate [1] 51/18
sending [1] 56/13
sense [13] 7/11 36/9
36/18 40/16 68/15
74/25 75/4 83/17 94/24
99/25 100/1 100/23
102/1
sensitive [1] 101/1
sent [4] 25/19 33/2
35/10 88/10
sentence [22] 71/16
74/21 74/25 75/11
91/17 92/10 92/18 93/8
93/14 94/13 95/4 95/7
95/10 108/11 108/13
108/14 108/22 108/24
108/25 109/5 109/9
110/3
sentenced [6] 5/25
91/22 91/25 101/16
101/22 104/1
sentences [2] 93/20
94/16
sentencing [15] 1/9
3/16 4/19 4/22 17/3
20/1 45/1 58/6 91/7

91/24 91/24 93/23
93/24 95/1 99/13
sentencings [3] 94/1
94/3 103/14
sentiment [1] 100/4
separate [3] 21/3 63/9
91/7
sequence [2] 39/22
90/21
Serbian [2] 13/23 14/1
serious [2] 94/20 97/5
seriousness [3] 93/15
95/5 101/18
serve [1] 104/1
server [7] 10/18 10/20
10/23 11/10 11/13 45/8
45/9
service [2] 47/25 48/1
services [5] 47/24
64/11 105/15 106/21
106/23
serving [1] 92/13
session [1] 50/5
set [10] 13/18 39/3
53/9 53/11 82/8 85/24
93/8 93/10 97/6 107/24
sets [1] 94/16
severity [1] 110/2
shall [10] 104/7 106/5
106/23 107/1 107/9
107/17 107/18 108/6
108/8 108/14
shaping [1] 6/6
share [1] 107/9
shared [1] 60/13
sharing [1] 91/21
she [2] 97/20 97/21
shield [2] 17/13 89/7
Shipley [28] 2/2 2/3 3/7
3/19 4/1 5/2 5/14 6/2
8/10 19/13 22/10 25/15
32/17 36/7 49/21 58/14
59/2 68/7 71/17 75/15
83/7 92/20 94/1 94/4
98/19 100/23 101/24
109/11
Shipley's [1] 24/3
shirt [1] 57/3
shirts [1] 84/16
shit [3] 32/4 32/11
42/13
shoot [1] 77/1
shop [1] 100/7
short [3] 13/16 53/10
92/21
shortly [3] 8/24 27/5
80/7
should [24] 3/14 5/9
8/14 8/24 11/24 12/25
14/22 16/23 18/12
18/24 25/6 25/8 29/7
29/12 30/3 34/19 73/16
73/19 87/21 93/19 95/7
99/6 100/11 100/18
shoulder [2] 60/8 60/9
shoulders [1] 44/23
shouldn't [1] 78/13
show [12] 19/16 20/3

93/24 95/1 99/13
showed [13] 22/11
22/15 24/16 24/17
24/17 25/19 25/20 28/6
28/6 43/3 50/22 52/6
98/10
showing [5] 23/20 24/9
24/9 55/16 58/3
shown [6] 16/21 21/25
24/13 52/11 73/22
110/10
shows [16] 28/12
30/13 30/14 38/20
41/22 42/3 52/12 57/8
57/16 58/2 61/2 62/19
66/9 67/8 71/22 74/22
shred [1] 102/15
shut [1] 100/2
shutdown [1] 88/5
shutdowns [1] 87/4
shuttered [1] 88/9
sic [2] 49/6 49/7 93/10
side [17] 4/9 4/12 15/5
22/23 22/25 47/13
47/14 47/15 47/16
47/16 53/25 58/4 58/10
58/11 66/5 67/18 67/19
signal [11] 23/11 23/13
25/17 28/20 34/13
45/25 45/25 46/1 46/2
56/19 56/19
signals [1] 68/1
signed [2] 80/20 84/22
significance [2] 88/21
89/12
significant [4] 71/16
74/25 75/10 92/19
silly [2] 40/3 43/14
similar [3] 44/2 80/6
89/2
similarly [1] 101/21
simply [7] 33/4 48/3
60/9 69/3 70/16 98/10
103/19
since [2] 82/5 96/7
sincerely [2] 78/3
78/25
single [2] 25/10 92/6
sinister [1] 85/21
sites [1] 105/15
sits [2] 73/11 94/8
sitting [2] 41/2 99/14
situated [2] 94/12
101/21
situation [7] 61/8
62/20 78/12 78/24 80/8
80/14 81/6
six [1] 36/3
Skype [1] 107/2
slab [1] 23/17
slap [1] 92/8
slightly [1] 109/4
small [2] 55/22 86/18
smart [1] 107/5
so [112]
so I think [4] 64/13

**S**

so I think... [3] 65/18 67/1 94/11
So it's [1] 94/22
social [9] 15/15 52/6 75/7 105/11 105/12 105/13 105/15 105/15 105/19
software [5] 106/3 106/7 106/8 106/10 107/2
solution [1] 88/15
some [51] 4/4 4/25 6/2 6/20 7/7 8/24 9/1 13/7 13/24 14/6 14/12 19/12 19/16 21/16 35/24 36/18 39/24 44/9 46/11 48/9 48/11 49/23 49/23 51/20 55/16 55/18 55/19 56/8 57/19 57/19 64/11 67/20 68/13 73/9 73/18 79/3 83/18 84/21 87/9 89/22 89/23 90/7 98/2 100/3 100/6 100/25 101/15 102/2 102/19 102/24 103/3
somebody [15] 11/4 24/3 24/18 33/2 39/25 52/13 56/12 58/20 58/21 69/3 69/15 90/12 94/2 94/21 102/18
somehow [3] 37/6 37/17 89/14
someone [2] 62/11 72/25
something [15] 3/13 10/25 11/4 21/22 29/19 35/25 37/22 52/22 62/7 66/12 74/15 80/10 83/14 99/9 103/18
sometime [1] 30/4
sometimes [2] 6/24 94/21
somewhat [1] 9/21
son [1] 35/8
soon [6] 7/6 8/5 13/13 43/16 59/13 80/13
SoRelle [2] 22/2 55/25
sorry [4] 3/13 75/23 78/13 100/12
sort [28] 6/20 7/2 8/11 17/22 18/3 18/4 44/9 59/19 61/11 62/15 63/25 67/23 68/1 68/5 68/8 84/4 86/17 87/15 87/20 91/11 94/23 97/3 97/10 98/18 99/10 99/22 101/8 109/14
sought [2] 8/15 25/9
soul [1] 31/16
sounds [1] 25/24
source [6] 6/13 23/20 82/14
space [2] 30/12 43/2
span [1] 33/14
speak [4] 48/16 75/17 75/21 83/8
speaking [1] 54/20

speaker [2] 44/23 44/17
special [2] 18/23 104/4
specializes [1] 107/3
specific [13] 15/23 19/3 21/21 26/20 27/2 27/12 28/10 29/20 50/22 63/10 68/12 93/23 95/12
specifically [13] 5/20 13/10 17/16 19/13 20/7 20/12 27/10 27/24 31/15 32/2 51/15 65/23 77/5
speculate [1] 63/17
speculation [3] 32/19 63/22 64/14
spelling [1] 109/22
spent [1] 36/3
spirit [1] 74/24
spoke [2] 79/5 79/15
spoken [2] 57/23 99/20
spray [1] 28/2
spraying [1] 28/1
spurring [1] 48/14
squarely [1] 31/4
St. [3] 35/1 85/6 85/7
St. Regis Hotel [3] 35/1 85/6 85/7
Stack [2] 21/10 22/21
Stack 2 [2] 21/10 22/21
staff [1] 88/4
stage [1] 36/22
stairs [7] 37/1 37/11 39/4 41/15 59/1 82/17 97/18
stand [5] 15/18 16/16 35/17 73/1 88/16
standing [8] 15/1 36/4 40/13 41/17 42/22 49/11 49/13 60/25
stands [5] 36/9 45/7 50/3 92/24 110/16
stark [1] 76/11
start [6] 10/2 13/6 44/13 62/22 93/22 95/21
started [4] 3/15 12/10 12/10 39/19
starting [1] 62/14
starts [1] 87/2
state [12] 41/4 50/11 52/13 52/14 54/3 58/19 60/13 70/16 72/3 72/8 98/22 104/13
stated [4] 28/17 30/11 69/13 79/25
statements [4] 14/13 15/7 30/22 31/6
STATES [13] 1/1 1/3 1/10 3/3 26/21 51/7 63/1 63/4 66/21 70/7 87/17 96/10 105/5
statute [2] 93/11 96/7
statutes [1] 96/5
stay [6] 21/23 85/6 85/7 85/13 85/16 86/18
stayed [5] 35/1 55/24 67/21 67/22 79/13

staying [1] 65/21
stays [3] 22/1 22/2 23/10
steeping [1] 101/8
stemmed [1] 77/7
stenography [2] 2/11
step [2] 19/16 63/25
steps [3] 37/25 40/13 79/5
Stewart [10] 9/13 10/15 46/2 83/19 84/1 84/15 84/20 89/19 92/4 99/1
Stewart Rhodes [8] 9/13 10/15 83/19 84/1 84/20 89/19 92/4 99/1
Stewart Rhodes' [1] 46/2
sticking [1] 26/4
still [2] 42/7 43/4
stitching [1] 46/10
stolen [1] 77/10
Stone [5] 36/4 55/23 56/5 56/6 67/24
stop [4] 41/21 75/11 78/9 103/12
stopped [1] 90/1
storage [2] 30/12 30/12
storefront [1] 77/3
storm [2] 53/13 57/12
storming [3] 14/1 16/5 57/10
strain [1] 75/9
strange [2] 58/7 58/8
Street [1] 1/17
streets [6] 13/19 13/25 16/7 46/21 53/14 57/13
strength [1] 90/15
stressful [1] 81/10
stressor [2] 78/23 81/9
stretches [1] 45/12
strict [2] 21/18 24/1
strictly [1] 96/2
striking [1] 39/19
strong [1] 58/19
struck [1] 90/24
structure [1] 73/14
studied [1] 90/18
stuff [3] 45/13 86/23 91/13
stupidity [1] 82/14
subject [5] 5/5 63/20 96/7 106/1 106/12
subjectives [1] 93/10
subjects [1] 34/7
submissions [1] 93/24
submit [5] 12/18 25/21 32/5 104/16 104/21
submits [1] 13/22
submitted [4] 4/23 14/7 29/6 71/21
subscriber [1] 11/5
substance [4] 104/14 104/16 104/21 104/22
substantial [2] 65/24 71/1
substantially [1] 65/20

substantive [3] 44/16 70/11 96/25
successfully [1] 96/14
such [12] 8/22 14/12 21/18 27/20 62/23 81/13 104/2 105/18 105/22 107/2 108/6 108/18
sufficient [3] 64/6 93/9 108/25
suggest [1] 7/3
suggested [1] 62/11
suggestion [1] 61/6
suggests [2] 58/24 103/5
sum [2] 90/25 96/24
summarize [1] 91/4
sun [1] 89/17
supervised [2] 104/2 107/21
supervision [5] 104/6 104/11 104/17 106/17 107/12
supervisor [2] 20/1 21/13
support [8] 9/2 32/22 55/19 61/20 65/8 73/20 87/13 87/21
supported [2] 87/9 95/24
supporters [2] 35/16 87/6
supportive [2] 73/14 73/20
supports [1] 37/19
suppose [2] 6/25 26/14
supposed [2] 70/14 103/17
Supreme [1] 96/9
Supreme Court [1] 96/9
sure [6] 18/6 21/1 53/9 76/1 100/23 109/22
surprise [1] 86/5
surprised [1] 16/10
surprising [1] 60/7
surrounded [1] 73/5
surrounding [1] 72/1
surveillance [1] 23/20
suspicion [1] 106/15
sustain [1] 52/2
swiping [1] 84/17
switched [2] 42/19 64/11
symptom [1] 87/20
syndrome [1] 87/10
system [4] 14/23 52/20 72/15 82/4
systems [1] 106/24

**T**

T-shirt [1] 57/3
T-shirts [1] 84/16
T.K. [1] 74/7
table [1] 88/3
tablets [1] 107/4
take [3] 19/16 25/4 32/1 34/19 43/22 49/22

53/8 72/25 73/7 80/11 84/11 92/21
taken [1] 6/10
takes [3] 13/14 22/9 85/16
taking [5] 40/7 46/9 52/16 52/24 88/20
talk [12] 7/5 8/4 8/7 8/8 17/19 19/5 19/8 35/11 53/23 55/19 88/19 95/8
talking [15] 33/2 33/3 33/5 33/7 33/8 33/9 39/22 42/15 54/19 55/17 56/13 66/11 73/3 73/4 87/5
talks [2] 72/22 88/14
tamper [1] 104/23
tangential [1] 30/8
tantamount [1] 70/6
target [2] 16/14 34/18
Tarik [3] 37/3 79/14 79/16
Tarik Johnson [2] 37/3 79/16
Tarik Johnson's [1] 79/14
Tarrio [2] 15/14 55/8
task [1] 84/23
tattoo [1] 84/8
taunt [4] 61/13 61/14 61/14 102/24
tear [1] 75/10
telecommunications [1] 107/1
tell [4] 12/13 46/15 80/21 87/6
telling [1] 98/25
tells [1] 102/18
ten [3] 41/2 49/24 92/22
term [2] 21/11 21/18 31/22 107/21
terms [19] 6/12 7/24 49/16 50/9 55/15 64/1 64/3 66/3 67/3 69/1 69/11 88/14 95/4 99/20 99/25 100/13 103/24 104/3 108/24
terrible [1] 78/24
terribly [1] 95/13
terrorism [10] 31/1 32/3 32/5 32/11 48/5 48/22 49/16 49/17 69/6 74/25
terrorist [2] 104/25 105/8
test [1] 104/16
testified [8] 17/16 22/5 22/11 36/24 39/10 39/17 45/22 67/23
testify [1] 35/14
testimony [3] 22/19 40/17 66/7
testing [2] 104/21 104/23
tests [1] 104/18
Texas [5] 11/19 45/20 47/24 47/25 109/19

text [4] 88/1 89/11
90/3 90/5
than [35] 5/9 9/24
26/17 34/11 35/25 36/1
41/1 44/17 44/25 48/1
49/7 56/24 60/3 66/12
68/16 69/15 69/21
69/24 76/25 85/21
85/22 92/15 92/15 93/9
95/3 96/6 96/12 96/18
98/1 98/10 99/6 99/9
101/1 103/1 109/5
thank [20] 8/17 20/25
32/14 32/15 49/21 50/8
57/20 57/21 71/14
75/13 75/14 76/2 76/5
83/5 83/6 92/20 92/22
103/2 110/13 110/14
thank you [14] 8/17
32/14 49/21 57/20
57/21 71/14 75/13
75/14 76/2 76/5 83/6
92/20 92/22 110/13
Thanks [1] 50/1
that [702]
that day [1] 10/14
that'll [1] 109/9
that's [76] 5/6 5/25
6/16 6/22 6/23 6/25
7/10 11/13 14/25 16/19
20/21 21/4 21/22 22/12
23/15 27/15 28/8 29/21
30/6 30/8 30/18 31/21
35/11 36/8 36/16 38/19
39/2 39/8 40/11 40/24
41/1 41/3 41/10 41/10
41/14 42/3 42/8 44/15
44/23 45/11 45/17
47/15 47/24 48/21
49/16 49/16 50/22
56/18 57/5 61/12 61/12
63/25 64/12 69/2 72/2
72/25 73/5 74/13 83/14
84/3 84/5 84/19 85/11
85/19 87/2 88/2 88/22
89/10 89/20 91/14 93/9
94/5 98/3 100/10 101/7
108/21
their [31] 16/16 17/11
17/17 17/20 24/18
25/19 28/6 34/1 35/4
35/7 35/9 58/17 61/24
74/24 76/23 77/17
77/18 78/20 82/13
82/19 84/22 86/14
87/17 88/4 88/4 96/16
98/2 100/24 101/11
101/17 103/1
them [69] 8/12 10/12
10/22 10/24 14/9 15/18
18/5 21/14 21/20 22/9
22/16 22/22 22/25
24/17 25/8 25/20 28/2
28/6 35/6 35/10 37/16
39/3 41/8 41/8 41/15
42/16 44/18 46/4 46/10
46/15 49/10 49/11

56/21 59/6 60/10 60/18
60/18 60/24 60/24
61/11 61/13 61/14
61/14 72/17 77/19
79/11 79/13 79/13 80/2
80/7 80/21 80/22 82/12
82/15 82/18 84/12 86/5
90/5 97/25 98/1 102/14
102/22 102/22 102/24
103/2 103/3
themselves [4] 17/19
33/25 48/11 98/20
then [65] 4/1 4/6 4/8
4/10 4/11 4/12 4/23
4/25 6/22 6/25 8/6 11/5
11/17 14/17 15/12
15/19 17/1 18/14 20/16
21/7 21/15 21/24 22/4
22/9 24/11 26/24 28/17
28/18 33/16 34/7 34/20
34/22 36/15 36/19 38/8
38/19 38/23 39/24 42/2
42/17 42/18 43/20
53/22 53/25 57/15
59/11 59/19 61/2 61/9
61/15 61/15 63/21
65/12 65/14 65/15
65/25 66/13 70/21
71/12 75/17 83/23
84/17 90/22 102/23
102/25
there [88] 4/25 5/8 7/18
9/11 9/16 9/17 9/24
9/25 10/25 11/23 12/19
12/19 12/21 12/24 16/4
16/5 16/7 22/10 23/6
24/13 26/10 27/19
27/20 27/21 29/5 29/18
30/20 34/11 34/24
34/25 35/15 40/7 41/21
44/21 45/2 45/8 46/23
46/25 51/24 54/16 55/5
56/17 56/23 57/3 57/5
57/10 57/24 57/25
58/21 58/23 58/24 60/5
60/22 62/10 65/25 68/3
68/8 71/25 72/11 73/14
74/5 74/23 78/3 80/8
80/12 82/7 82/19 83/22
84/19 84/23 85/2 85/4
85/4 85/13 90/7 91/1
91/2 91/3 91/12 94/7
95/9 101/15 102/2
102/13 102/13 102/14
103/5 106/9
there's [40] 7/8 7/9 8/6
9/18 26/24 27/5 28/16
28/22 29/17 29/20
33/10 38/23 40/6 41/17
41/18 44/6 44/11 45/12
46/5 47/8 47/17 48/16
55/25 56/2 59/7 61/5
63/10 64/5 64/8 66/16
67/2 68/19 68/20 81/13
89/8 92/6 95/6 103/4
106/16 109/13
thereafter [1] 104/18

thereat [4] 45/9 55/5
45/10 107/15
therefrom [1] 50/20
therein [1] 50/20
these [27] 3/9 7/23
10/22 11/15 12/23
17/10 21/14 21/17 24/9
25/7 33/12 41/7 51/10
52/19 57/22 60/17
70/17 79/24 85/9 94/18
96/6 101/14 102/1
103/14 106/5 106/11
110/10
they [124]
they're [18] 5/5 22/22
35/8 37/15 37/15 41/25
41/25 42/7 46/14 47/14
49/11 60/25 82/13 85/2
89/2 89/2 102/3 102/25
they've [4] 33/23 34/20
35/20 99/14
thing [12] 23/5 34/23
39/5 39/8 41/3 41/5
44/21 49/7 82/1 86/24
99/7 102/20
things [13] 7/13 7/17
11/24 12/25 33/22 36/8
45/8 57/2 62/3 62/4
74/3 90/21 97/3
think [79] 6/3 6/19 6/21
7/10 26/1 26/2 26/18
27/9 27/19 27/19 27/20
28/13 30/6 30/8 30/14
34/3 36/12 36/13 37/15
37/20 44/2 45/5 46/3
49/3 49/19 51/22 52/1
53/17 54/25 57/16 58/7
58/8 63/13 63/25 64/13
64/17 64/23 65/7 65/18
66/8 67/1 68/3 68/4
68/7 69/5 69/12 69/13
69/22 83/14 85/23 86/4
86/16 88/20 89/20
90/17 91/14 91/15
91/18 91/21 92/16
92/18 94/10 94/11
94/23 95/6 95/9 95/13
95/14 98/14 98/14 99/9
99/21 99/24 100/6
100/10 101/4 108/24
109/4 110/11
thinking [3] 6/6 42/7
98/23
thinks [5] 15/10 40/4
84/5 88/17 99/1
this [137]
those [58] 5/3 5/4 5/7
7/16 8/4 9/22 14/6 14/7
14/10 16/7 18/22 19/2
21/15 23/2 28/13 31/7
37/1 37/15 45/24 48/9
50/16 50/17 52/17
55/10 56/15 59/5 60/4
61/19 61/25 65/18 69/4
69/15 69/22 70/1 71/10
74/18 76/11 77/5 77/10
77/17 79/20 81/17
90/22 94/3 94/24 95/8

97/18 99/19 100/18
101/16 101/21 101/22
103/20 104/10
though [5] 25/24 41/10
59/4 92/3 97/11
thought [16] 20/18
20/19 39/10 39/12
42/18 44/4 44/7 44/9
77/24 80/15 81/20
82/13 92/11 101/18
103/6 109/2
thread [4] 20/8 46/10
72/5 75/7
threat [5] 32/4 32/11
49/11 77/19 96/12
threaten [1] 49/10
threatened [3] 51/16
65/3 77/2
threatening [4] 70/24
76/24 84/3 100/17
threatens [1] 75/10
threats [3] 76/23 77/15
100/16
three [23] 6/4 19/3
44/16 46/5 50/12 51/14
56/20 65/22 71/2 72/19
72/23 72/24 74/3 77/8
84/17 85/11 85/14 89/6
89/16 89/18 89/21
93/25 94/10
Three Percenter [2]
72/23 72/24
Three Percenters [1]
72/19
three-level [2] 65/22
71/2
threshold [2] 27/24
28/15
through [35] 3/24 4/4
4/15 6/4 7/20 9/3 11/9
11/14 12/23 13/2 13/7
17/18 24/8 35/9 36/23
36/24 38/20 38/21 39/3
39/17 41/22 47/6 59/12
66/21 67/16 76/12
77/13 81/1 82/3 86/14
90/15 90/21 100/16
101/5 103/9
through-strength [1]
90/15
throughout [5] 8/21
71/23 73/24 99/15
110/10
throw [1] 92/7
thus [2] 5/25 55/4
thwart [1] 62/24
time [39] 7/16 12/10
13/20 14/9 15/10 15/10
19/16 25/3 26/10 31/13
32/21 35/19 38/16
43/21 54/1 54/18 54/18
55/14 56/16 58/3 58/20
64/6 64/9 66/17 72/12
73/1 75/22 83/5 84/14
87/9 91/8 92/5 94/11
99/1 101/7 102/8
106/19 107/25 108/7

title [2] 68/5 68/6
titled [1] 111/4
titular [1] 68/5
today [3] 95/15 101/13
102/9
together [4] 20/8 34/22
46/10 89/4
told [7] 24/3 34/18 56/9
77/1 79/7 79/7 80/22
tone [1] 76/15
too [5] 24/13 63/25
64/8 64/13 109/19
took [11] 14/21 15/11
16/11 27/3 46/22 47/1
52/6 73/24 74/1 81/18
85/14
tool [1] 95/25
top [5] 88/1 94/6 94/17
94/20 94/25
tops [1] 79/19
total [5] 70/21 71/6
90/25 93/3 104/5
tough [2] 35/19 35/19
toward [9] 18/5 22/21
22/25 23/14 23/14
23/16 24/23 65/10
96/21
towards [3] 35/12
38/15 49/11
town [3] 35/19 35/19
84/16
trades [1] 85/18
tradition [1] 101/9
trailing [1] 37/14
trained [1] 80/14
training [2] 83/18
93/19
transcript [1] 1/9 2/11
111/3
transcription [1] 2/12
transfer [6] 29/24
54/14 66/21 66/25
88/17 107/11
transformed [1] 82/6
transition [7] 7/22
55/11
trapped [3] 35/4 40/7
43/1
traumatizing [1] 81/10
traveled [1] 56/3
treason [2] 70/5 95/24
96/6
treating [1] 100/20
tremendous [1] 82/15
trial [10] 10/19 52/11
66/7 68/8 79/4 81/2
81/12 94/21 94/25
99/15
trials [1] 6/4
tried [2] 86/8 101/14
trip [7] 38/4 38/4 38/6
38/9 38/10 38/21 39/2
trips [1] 38/3
trouble [1] 84/18
Troy [2] 1/15 3/5
Troy Edwards [1] 3/5
true [7] 6/25 56/12 59/2

**T**

true... [4]  59/24 68/4
70/10 74/4
Trump [4]  35/16 81/24
87/6 87/10
trunkful [1]  84/16
trust [1]  80/21
trusted [2]  20/14 67/14
truth [1]  80/21
try [4]  44/9 60/3 83/8
89/23
trying [10]  12/5 35/8
40/4 40/8 59/15 61/7
61/9 79/7 79/21 88/16
tunnel [1]  47/6
turn [6]  6/15 8/11
32/19 42/1 61/7 72/20
turned [2]  80/5 80/8
turns [5]  16/22 33/16
33/20 42/15 81/23
TV [1]  41/2
twice [1]  43/20
twisted [2]  73/6 86/21
Twitter [2]  73/25 74/10
two [40]  7/13 7/17 9/15
9/22 13/22 22/20 28/13
31/8 35/1 36/8 36/17
36/20 37/17 38/3 43/21
46/13 51/13 53/25
56/20 56/24 57/2 59/3
62/15 66/24 70/18
70/19 71/3 85/6 85/20
89/3 89/16 90/5 91/4
91/22 91/25 94/3 94/9
97/3 97/4 104/17
twofold [1]  26/3
type [2]  80/14 95/11
typical [1]  86/20
tyrannical [5]  52/17
53/4 73/8 88/11 101/4
tyranny [7]  31/13
31/24 52/24 72/12 86/7
86/12 100/24
tyrants [1]  72/13

**U**

U.S [3]  1/16 107/19
108/10
U.S. [3]  37/2 107/10
108/3
U.S. Attorney's [1]
107/10
U.S. Capitol [1]  37/2
U.S. District Court [1]
108/3
U.S.C. [3]  93/8 108/21
110/4
Ulrich [11]  22/5 22/10
23/15 23/15 36/24
39/10 40/17 51/4 51/11
67/23 68/21
Ulrich's [1]  22/18
ultimate [3]  8/6 73/1
109/6
ultimately [17]  7/23 9/7
11/18 21/10 26/2 36/16
36/17 42/25 54/24
57/15 58/9 60/8 63/13

unacceptable [1]
76/19
unannounced [1]
106/1
unaware [1]  81/10
uncertainty [1]  53/9
unconstitutional [1]
72/13
under [20]  5/1 5/5
19/11 19/19 19/22
22/14 23/24 23/25
24/21 24/22 31/1 33/15
70/5 71/5 78/5 95/23
109/1 110/3 110/9
110/9
underlying [1]  29/6
underneath [1]  68/25
understand [14]  7/1
7/2 8/1 20/3 20/4 21/11
30/19 31/23 41/14 48/5
91/10 100/3 110/7
110/7
understanding [6]
7/18 9/10 28/7 56/4
66/19 79/9
understood [7]  5/22
19/19 54/12 54/12
63/19 63/22 98/12
undertaken [6]  8/13
13/9 24/23 50/10 50/25
51/12
undeserving [1]  78/2
undisputed [1]  103/5
unfortunately [3]
86/20 87/11 103/7
UNITED [13]  1/1 1/3
1/10 3/3 26/21 51/7
63/1 63/4 66/21 70/7
87/17 96/10 105/5
United States [7]
26/21 51/7 63/1 66/21
70/7 87/17 105/5
United States versus
Reeves [1]  63/4
unknown [1]  64/8
104/25 105/1
unlawful [1]  104/15
unlawfully [1]  104/14
unless [5]  19/2 23/23
26/25 30/25 49/19
unlike [3]  68/12 73/9
90/24
unnecessary [2]  76/17
88/21
unpaid [1]  108/5
unrelated [2]  64/12
96/23
until [9]  23/10 35/24
36/2 45/5 79/12 81/4
81/11 87/9 108/6
unwarranted [1]  93/21
up [47]  7/11 8/23 9/14
11/14 11/18 13/18
14/14 17/9 19/21 25/15
29/6 31/3 32/1 32/20
33/6 34/8 37/1 37/11
37/13 37/25 39/3 40/13

52/17 52/22 52/24 53/4
53/9 53/12 59/1 65/16
70/15 72/12 73/6 75/25
80/24 89/5 89/17 97/18
98/9 98/10 98/11 99/25
101/11
upcoming [1]  86/2
upon [11]  6/8 9/13
33/20 64/2 68/23 72/20
76/9 79/19 95/2 103/18
107/24
upper [2]  31/1 43/6
uprising [1]  101/10
us [8]  15/19 16/18
35/21 58/16 71/12
87/21 88/5 98/22
usdoj.gov [2]  1/19
1/20
use [24]  7/21 10/8
18/17 31/9 45/25 51/15
51/16 53/19 60/24
66/20 76/6 76/17 84/12
86/8 101/3 104/15
105/11 105/17 105/20
105/22 106/21 106/23
107/1 109/14
used [8]  11/13 13/11
18/19 38/14 63/24
74/13 80/6 104/22
uses [4]  43/20 43/21
84/11 106/11
using [4]  13/24 54/5
78/19 100/22
usual [1]  82/18
utterly [1]  61/10

**V**

vacuum [1]  18/15
Vallejo's [1]  94/15
vandalism [2]  77/2
77/15
vandalizing [2]  100/14
100/17
variance [1]  108/24
various [5]  4/22 7/14
7/15 51/2 81/1
varying [1]  48/7
vast [1]  87/11
venture [1]  84/13
verbal [2]  78/2 78/4
80/4
verdict [7]  44/14 44/15
44/17 44/21 44/25 45/1
103/17
versus [5]  3/3 26/21
63/1 63/4 96/10
very [12]  52/12 73/22
75/21 76/14 77/20
80/25 81/10 83/1 94/11
94/13 101/3 110/14
vest [1]  57/4
victim [1]  70/17
victimized [1]  84/21
victims [1]  102/12
video [42]  15/1 23/20
24/5 24/6 24/7 24/8
24/12 25/17 26/4 27/5

37/1 37/4 37/8 38/11
38/14 38/16 38/19
39/18 40/20 41/22 42/3
43/3 49/15 57/16 57/25
58/2 58/3 58/14 59/16
61/2 61/6 62/16 62/19
62/19 63/16 63/18
88/13 105/19
videos [10]  12/2 14/6
25/19 48/18 52/11
52/19 76/16 77/4 86/1
87/5
Vienna [4]  22/1 85/17
85/17 85/19
view [18]  9/8 17/21
26/15 36/8 52/15 54/5
62/2 69/15 71/19 71/22
74/14 75/3 86/7 97/10
101/1 105/11 105/17
105/22
viewpoint [1]  48/20
views [2]  54/4 77/18
vilify [1]  103/3
vindictive [1]  74/11
violation [2]  106/16
106/18
violence [32]  14/17
14/18 15/7 16/5 17/1
17/2 17/9 18/10 35/3
40/21 46/25 47/4 48/14
52/10 54/6 54/13 57/11
72/9 72/15 72/20 75/5
77/19 81/11 81/13
94/10 95/2 98/13 98/16
100/21 101/3 105/4
105/20
violent [7]  53/21 61/23
66/12 71/5 74/5 101/9
105/3
Virginia [5]  71/24
71/24 72/1 81/3 83/20
Virginia's [1]  72/3
vision [1]  87/15
vocational [1]  93/19
voice [2]  75/25 107/3
voluminous [1]  102/4
vote [1]  77/11
vs [1]  1/5

**W**

waging [1]  70/6
waiting [1]  61/16
waives [1]  107/15
wake [1]  52/22
Walden [7]  23/12 23/13
23/15 23/21 38/18 40/1
68/1
walk [6]  9/3 13/2 13/6
36/23 36/24 47/13
walked [3]  22/6 39/17
59/4
walking [6]  6/24 57/18
58/4 59/5 67/18 102/25
walks [3]  23/9 41/5
59/9
want [23]  19/5 21/22
32/3 32/10 39/6 39/9

42/9 58/17 59/17 60/1
74/15 80/11 83/10
86/24 88/19 95/18 98/7
103/12 108/23
wanted [9]  7/6 21/1
41/13 80/3 80/7 80/16
82/23 89/23 99/8
wanting [1]  46/19
wants [1]  42/8
war [16]  14/13 15/5
15/6 16/7 31/15 46/21
46/23 53/24 55/9 55/11
57/12 66/24 70/6 72/11
95/22 96/4
warn [1]  106/11
warned [3]  24/19 25/19
31/11
warning [1]  28/4
warped [2]  74/25 75/4
warrant [2]  69/24
71/16
warranted [1]  109/4
warrants [1]  48/22
was [232]
Washington [17]  1/1
1/17 2/10 14/4 54/2
55/1 56/23 62/1 66/14
67/4 68/11 68/12 69/18
98/24 99/5 99/7 108/4
wasn't [6]  13/22 41/12
49/12 58/20 84/24
90/10
watched [3]  35/15
35/15 35/17
watches [2]  15/25
107/5
watching [1]  41/2
Watkins [8]  51/3 51/11
65/1 68/13 69/15 97/20
101/19 109/6
Watkins' [1]  61/25
way [29]  11/10 16/3
16/8 18/8 18/11 23/10
28/1 31/19 32/7 33/10
35/9 38/1 52/8 61/11
65/11 67/18 78/7 80/1
83/10 84/21 88/17
88/18 97/17 99/10
100/4 100/19 100/20
102/23 103/16
ways [2]  98/18 101/2
we [63]  3/14 3/16 8/4
8/8 10/18 11/11 11/18
11/19 13/18 14/7 15/5
15/16 16/23 18/13
18/22 27/10 27/14
28/22 29/5 29/6 29/11
29/16 29/24 31/12
31/23 31/25 32/5 32/5
33/4 36/23 36/24 38/13
38/14 39/10 39/12
39/17 43/2 44/3 45/10
46/1 49/6 53/14 53/16
53/24 55/4 59/11 59/16
63/16 68/14 68/16
72/20 72/21 75/8 84/8
86/11 86/12 87/12 90/3

**W**

we... **[5]** 90/10 95/19 95/19 97/15 109/23
**We are [1]** 15/5
**we'd [2]** 12/18 25/21
**we'll [7]** 3/22 4/11 7/5 8/7 48/15 62/9 71/13
**we're [7]** 19/25 30/18 39/22 56/17 57/25 57/25 87/15
**we've [4]** 5/19 8/19 25/9 103/9
**weapon [2]** 49/1 56/1
**weaponized [1]** 74/12
**weapons [3]** 9/12 48/11 67/5
**wearing [8]** 34/17 34/18 38/4 38/5 38/11 38/23 57/4 57/4
**website [3]** 10/21 11/9 13/23
**week [6]** 14/12 32/24 34/4 50/16 88/24 90/21
**weeks [5]** 7/16 30/9 34/8 55/13 89/7
**weight's [1]** 44/23
**well [25]** 4/16 5/7 7/11 8/7 8/14 15/20 27/13 28/25 33/6 36/12 37/22 40/23 44/13 45/8 46/13 50/14 50/18 51/18 52/2 76/24 79/8 99/15 100/3 104/7 109/20
**well-aware [1]** 15/20
**went [6]** 37/1 37/6 78/12 90/21 97/18 97/18
**were [75]** 4/23 4/25 5/1 5/3 5/4 9/14 13/16 14/15 16/4 22/7 22/8 22/16 23/2 24/13 25/11 27/14 30/9 33/2 34/22 35/4 35/5 37/2 39/10 39/13 45/8 47/12 48/14 49/13 51/2 51/11 51/17 51/18 52/11 53/10 55/22 56/9 56/9 56/23 58/23 60/5 62/1 62/7 67/24 69/8 76/12 76/16 76/24 77/1 78/2 78/4 78/5 79/7 79/10 79/20 79/21 80/2 80/23 82/19 82/20 82/20 84/19 84/23 89/24 91/25 92/8 96/6 97/21 98/15 98/23 99/6 99/15 102/1 102/6 102/9 102/12
**weren't [7]** 33/24 33/24 98/20 100/18 102/13 102/13 102/23
**west [9]** 22/23 47/4 47/7 47/9 47/13 47/15 58/10 67/18 89/18
**what [127]**
**what's [8]** 29/16 40/2 40/6 40/14 41/6 43/10 46/19 60/16
**whatever [2]** 29/23

**whatsoever [1]** 81/3
**when [79]** 8/8 10/21 10/24 12/1 12/6 12/10 12/15 16/3 16/15 16/21 17/12 17/17 17/20 18/12 20/12 20/19 20/21 22/18 22/22 23/15 23/21 24/8 25/4 27/3 27/5 28/13 29/24 30/16 33/22 35/3 35/11 38/17 38/17 40/1 40/5 40/9 40/13 41/5 42/14 42/22 43/21 44/3 44/5 44/20 47/8 47/13 47/23 57/14 58/10 58/17 58/17 60/7 64/4 64/6 64/15 66/23 68/14 71/23 72/16 72/21 72/22 73/1 73/5 73/15 73/18 75/5 75/8 78/18 82/17 83/24 88/9 90/20 91/2 97/13 98/25 99/13 102/19 102/20 106/15
**whenever [1]** 33/13
**where [44]** 6/21 8/1 10/3 22/1 22/1 22/3 23/16 26/11 29/17 38/11 45/14 46/14 46/15 49/3 56/8 59/22 60/22 60/25 62/21 63/5 63/6 63/10 63/11 67/21 67/22 68/16 69/3 73/10 82/23 86/12 87/12 88/14 89/2 91/24 92/5 94/8 95/19 98/18 99/25 100/24 101/2 101/13 101/20 103/14
**whether [15]** 8/6 27/4 33/1 41/13 51/23 56/18 77/19 94/25 95/2 100/9 100/11 102/5 106/6 106/7 106/9
**which [50]** 4/22 6/20 7/13 8/13 9/19 11/4 13/23 21/5 27/8 29/14 29/16 37/25 46/5 48/19 49/1 50/15 51/8 52/8 53/3 53/7 53/17 54/8 60/5 61/1 61/17 61/20 61/22 65/24 70/10 70/12 74/3 77/2 79/25 92/17 93/5 94/2 94/15 94/17 94/17 95/25 96/19 96/21 96/24 96/24 97/1 99/8 99/21 100/4 103/5 108/9
**while [8]** 12/21 35/7 78/19 84/18 85/4 92/14 104/6 104/11
**Whiskey [2]** 20/22 20/23
**who [48]** 10/8 15/9 16/10 18/9 21/10 23/12 39/18 40/3 42/8 46/19 48/24 51/4 51/17 51/18 52/13 52/13 52/14 56/12 58/4 58/20 58/21

69/15 73/19 76/11 83/4 84/2 84/23 88/3 89/25 94/13 95/24 97/9 98/25 99/19 101/16 101/19 101/20 101/21 101/22 103/2 105/2 105/4 105/20 106/11
**who's [2]** 11/5 46/17
**who've [1]** 94/24
**whole [2]** 82/7 89/15
**whose [1]** 98/4
**why [21]** 9/4 13/7 19/17 24/12 24/15 28/17 35/11 36/20 37/25 39/5 39/14 45/20 47/3 49/4 64/23 80/1 80/15 95/19 98/17 98/23 101/12
**wide [1]** 84/22
**widespread [1]** 81/11
**wife [4]** 34/25 77/7 82/9 85/6
**wife's [1]** 35/8
**will [37]** 8/4 9/1 9/2 11/23 12/13 23/19 28/18 29/13 31/16 34/24 50/17 52/3 52/24 69/6 69/11 69/12 70/2 70/21 79/2 84/6 84/6 87/1 96/14 96/16 99/12 103/7 103/21 103/23 104/1 104/3 104/4 104/19 106/19 107/11 107/13 107/22 107/24
**Willard [1]** 36/4
**Willard Hotel [1]** 36/4
**William [6]** 2/2 2/3 2/7 3/7 111/2 111/8
**willingness [2]** 53/2 53/4
**win [2]** 35/20 35/20
**window [3]** 47/11 89/8 98/23
**wish [2]** 105/11 108/13
**within [11]** 9/9 48/12 51/12 59/21 65/14 68/10 104/16 107/22 108/2 108/5 108/15
**without [12]** 38/20 46/10 72/11 77/18 80/17 82/14 92/13 100/20 100/21 105/5 106/24 108/17
**witness [1]** 34/11
**witnesses [1]** 10/7
**women [1]** 82/19
**won't [1]** 58/18
**wonder [1]** 27/12
**wonderful [2]** 99/21 99/21
**wondering [1]** 27/4
**Wood [3]** 94/5 94/8 94/10
**word [5]** 7/3 25/8 57/16 57/24 58/1
**words [37]** 11/3 14/1 14/7 14/7 14/10 16/6

18/10 18/11 28/11 31/3 31/3 52/18 57/22 58/16 58/24 59/24 59/24 62/18 65/8 78/19 78/25 80/2 81/8 83/6 89/16 89/16 89/18 89/21 98/20 98/21 98/22 98/22 102/9
**work [2]** 30/13 54/1
**worked [1]** 103/16
**works [3]** 75/6 85/8 101/7
**world [5]** 71/19 71/22 74/13 75/3 78/1
**worse [1]** 87/16
**worst [1]** 49/7
**worthy [1]** 91/17
**would [69]** 4/9 4/13 9/11 9/12 9/18 9/19 9/20 9/21 9/21 9/22 10/12 11/1 11/5 12/24 13/2 13/11 13/17 14/18 15/2 17/8 18/15 21/10 25/14 39/14 40/15 46/23 46/25 52/16 53/11 53/18 56/13 56/22 61/22 61/23 62/1 62/1 62/3 62/8 63/7 63/16 64/13 65/2 65/3 67/6 75/11 76/10 76/16 76/20 77/4 78/6 78/8 78/18 80/16 81/5 84/15 88/10 89/12 90/3 92/3 97/10 97/19 97/20 97/21 98/3 98/12 98/18 102/15 109/11 109/21
**wouldn't [2]** 90/9 90/10
**wounds [1]** 101/6
**Woven [1]** 73/2
**wrap [1]** 99/22
**writes [2]** 53/7 53/20
**writing [2]** 54/22 84/14
**written [1]** 76/11
**wrongdoing [1]** 63/21
**wrote [2]** 15/4 54/15

**Y**

**Yeah [3]** 19/7 41/24 59/18
**year [1]** 91/17
**years [3]** 78/24 94/10 103/10
**yelling [2]** 79/24 102/21
**yes [17]** 3/18 3/20 5/17 5/18 13/5 16/24 17/24 18/1 18/13 20/24 20/25 21/1 43/24 45/15 76/1 76/3 110/1
**yet [4]** 54/22 59/16 82/2 101/22
**York [8]** 20/13 34/12 67/13 68/6 72/8 89/3 89/4 89/10
**you [261]**
**you know [1]** 45/7

**you're [12]** 19/6 30/18 34/18 40/5 40/13 40/15 42/22 72/24 98/25 101/24 102/19 102/21
**you've [8]** 6/2 37/24 48/17 75/22 88/13 90/18 91/21 92/2
**young [3]** 35/1 35/7 99/16
**your [114]**
**Your Honor [59]** 3/18 3/20 5/3 5/11 5/12 5/17 8/17 9/5 10/3 10/5 12/18 14/11 15/19 15/25 18/22 19/2 19/11 19/12 20/25 22/15 23/23 23/25 24/21 25/10 25/14 25/21 26/7 27/13 27/19 29/25 30/10 30/25 30/25 31/2 31/23 32/5 32/12 36/23 71/14 71/15 73/2 74/21 75/13 75/16 76/3 76/19 78/20 79/2 79/18 80/18 80/19 81/5 81/9 82/3 82/17 82/24 83/2 110/1 110/13
**Your Honor's [2]** 21/11 27/16
**yours [2]** 37/6 99/14
**yourself [11]** 34/18 72/24 72/25 80/11 100/5 101/8 101/9 101/13 101/20 101/25 102/14
**YouTube [1]** 87/5

**Z**

**Zaremba [3]** 2/7 111/2 111/8
**Zimmerman [1]** 10/7